# EXHIBIT 1

EXHIBIT 24
U. S. Dist. Court
S. D. of N. Y.
APR  6 1939

Detective Comics, Inc.
480 Lexington Avenue
New York, N. Y.

        I, the undersigned, am an artist or author and
have performed work for strip entitled "SUPERMAN"

        In consideration of $150.00 agreed to be paid me
by you, I hereby sell and transfer such work and strip, all
good will attached thereto and exclusive right to the use of
the characters and story, continuity and title of strip contained
therein, to you and your assigns to have and hold forever and to
be your exclusive property and I agree not to employ said
characters or said story in any other strips or sell any like
strip or story containing the same characters by their names
contained therein or under any other names at any time hereafter
to any other person, firm or corporation, or permit the use
thereof by said other parties without obtaining your written
consent therefor.  The intent hereof is to give you exclusive
right to use and acknowledge that you own said characters or
story and the use thereof, exclusively. I have received the
above sum of money.

                               *Joe Shuster*
                               *Jerome Siegel*

Accepted:

DETECTIVE COMICS, INC.

By _____

Confidential

WB005794