AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MARK WARREN PEARY, individually and in his capacity as executor of the Estate of Joseph Shuster <br><br> *Plaintiff(s)* <br><br> v. <br><br> DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC. <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-00910 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DC Comics, Inc., 4000 Warner Blvd., Burbank, California 91522
DC Comics,1700 Broadway, Lbby 1, New York, New York 10019
DC Entertainment, Inc., 4000 Warner Blvd., Burbank, California 91522
Warner Bros. Discovery Inc., 230 Park Avenue South, New York, New York 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.,
23823 Malibu Road, Suite 50-363, Malibu, CA 90265
(310) 246-3333
mtoberoff@toberoffandassociates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*