AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00910-JMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DC COMICS, INC.
was received by me on *(date)* 02/05/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sue Zouky, NYS Department of State , who is designated by law to accept service of process on behalf of *(name of organization)* DC COMICS, INC. on *(date)* 02/06/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 98.02 for travel and $ _____ for services, for a total of $ 98.02 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 02/12/2025

*Server's signature*

Austin Taylor
*Printed name and title*

P.O. Box 582, Guilderland, NY 12084
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases.

Also, see attached Addendum

Civil Action No. 1:25-cv-00910-JMF

## ADDENDUM

On February 6, 2025, at 2:22 p.m., I served a Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases, upon Defendant, DC COMICS, INC., by personally delivering to and leaving with SUE ZOUKY, a white female approximately 65 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue, Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to Section 306 of the Business Corporation Law of the State of New York.

That deponent personally knew said SUE ZOUKY, to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

Austin Taylor

Sworn to before me this
11th day of February, 2025

Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2028