AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00910-JMF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WARNER BROS. DISCOVERY INC.
was received by me on *(date)* 02/05/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sue Zouky, NYS Department of State , who is
designated by law to accept service of process on behalf of *(name of organization)*
WARNER BROS. DISCOVERY INC. on *(date)* 02/06/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 98.02 for travel and $ _____ for services, for a total of $ 98.02 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 02/12/2025

*Server's signature*

Austin Taylor
*Printed name and title*

P.O. Box 582, Guilderland, NY 12084

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases.

Also, see attached Addendum

Civil Action No. 1:25-cv-00910-JMF

# ADDENDUM

On February 6, 2025, at 2:22 p.m., I served a Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases, upon Defendant, WARNER BROS. DISCOVERY INC., by personally delivering to and leaving with SUE ZOUKY, a white female approximately 65 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue, Albany, New York, one true copy thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to Section 307 of the Business Corporation Law of the State of New York for Unauthorized Foreign Entities

That deponent personally knew said SUE ZOUKY, to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

On February 11, 2025, I served a Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases, along with a copy of this signed, Notarized Affidavit of Service, on Defendant, WARNER BROS. DISCOVERY INC., by sending via Registered Mail, with Return Receipt, to WARNER BROS. DISCOVERY INC., 4000 Warner Blvd., Burbank, CA 91522, pursuant to section §307 of the Business Corporation Law of New York State for service upon Unauthorized Foreign Entities.

Registered Mail No. RF798 898 301 US; Return Receipt No. 9590 9402 4986 9063 2996 63.

_____
Austin Taylor

Sworn to before me this
11th day of February, 2025

_____
Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2028

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00910-JMF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DC COMICS

was received by me on *(date)* 02/05/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Zouky, NYS Department of State , who is designated by law to accept service of process on behalf of *(name of organization)* DC COMICS on *(date)* 02/06/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 98.02 for travel and $ _____ for services, for a total of $ 98.02 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 02/12/2025

*Server's signature*

Austin Taylor
*Printed name and title*

P.O. Box 582, Guilderland, NY 12084

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases.

Also, see attached Addendum

# Civil Action No. 1:25-cv-00910-JMF

## ADDENDUM

On February 6, 2025, at 2:22 p.m., I served a Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases, upon Defendant, DC COMICS, by personally delivering to and leaving with SUE ZOUKY, a white female approximately 65 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue, Albany, New York, one true copy thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to Section 307 of the Business Corporation Law of the State of New York for Unauthorized Foreign Entities

That deponent personally knew said SUE ZOUKY, to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

On February 11, 2025, I served a Summons in a Civil Action, Complaint (with Exhibits 1-2), Notice of Initial Pretrial Conference, Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases, along with a copy of this signed, Notarized Affidavit of Service, on Defendant, DC COMICS, by sending via Registered Mail, with Return Receipt, to DC COMICS, 1700 Broadway, Lbby 1, New York, NY 10019, pursuant to section §307 of the Business Corporation Law of New York State for service upon Unauthorized Foreign Entities.

Registered Mail No. RF798 898 289 US; Return Receipt No. 9590 9402 4986 9063 2996 87.

_____
Austin Taylor

Sworn to before me this
11th day of February, 2025

_____
Christopher E. Neumeister
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2028