AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00910-JMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DC Entertainment, Inc. was received by me on *(date)* Feb 7, 2025, 12:00 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robyn Hutt-Banks , who is designated by law to accept service of process on behalf of *(name of organization)* DC Entertainment, Inc.  on *(date)* Tue, Feb 11 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/12/2025

_____
Server's signature

Thomas Newton, Process Server
_____
Printed name and title

107 S West St Suite 417, Alexandria , VA 22314
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 11, 2025, 1:22 pm EST at 1209 Orange Street Wilmington, DE 19801 received by Robyn Hutt-Banks. Age: 60; Ethnicity: African American; Gender: Female; Weight: 175; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: Intake Specialist ; The documents served were: Complaint, Summons, Notice of Initial Pretrial Conference and Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases