UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WARREN PEARY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC.; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00910-JMF<br><br>NOTICE OF APPEARANCE OF NATASHA TELEANU |

　　　　PLEASE TAKE NOTICE that Natasha W. Teleanu of O'Melveny & Myers LLP hereby enters her appearance as counsel for Defendants DC Comics, DC Comics Inc., DC Entertainment,[1] and Warner Bros. Discovery, Inc., and hereby certifies that she is admitted to practice in the United States District Court for the Southern District of New York.

Dated: February 20, 2025

By:　*/s/ Natasha W. Teleanu*

　　Natasha W. Teleanu
　　O'MELVENY & MYERS LLP
　　1301 Avenue of the Americas, Suite 1700
　　New York, NY 10019-6022
　　Telephone: (212) 326-2000
　　Facsimile: (212) 326-2061
　　Email: nteleanu@omm.com

　　*Counsel for Defendants*

---

[1] The complaint caption erroneously references "DC Entertainment, Inc." rather than "DC Entertainment."

-1-