UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WARREN PEARY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC.; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-00910-JMF<br><br>NOTICE OF APPEARANCE OF DANIELLE FEUER |

　　　　PLEASE TAKE NOTICE that Danielle Feuer of O'Melveny & Myers LLP hereby enters her appearance as counsel for Defendants DC Comics, DC Comics Inc., DC Entertainment,[1] and Warner Bros. Discovery, Inc., and hereby certifies that she is admitted to practice in the United States District Court for the Southern District of New York.

Dated: February 20, 2025

By: */s/ Danielle Feuer*

Danielle Feuer
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: dfeuer@omm.com

*Counsel for Defendants*

---

[1] The complaint caption erroneously references "DC Entertainment, Inc." rather than "DC Entertainment."