UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WARREN PEARY,<br><br>    Plaintiff,<br><br>  v.<br><br>DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC.; and DOES 1-10,<br><br>    Defendants. | Case No. 1:25-cv-00910-JMF<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1, DC Comics; DC Comics Inc.; DC Entertainment;[1] and Warner Bros. Discovery, Inc. make the following disclosures through their undersigned counsel:

  DC Comics is a general partnership. Its partners are (i) Warner Communications LLC and (ii) E.C. Publications, Inc. Warner Communications LLC's sole member is Historic TW Inc., a Delaware corporation with a principal place of business in New York. E.C. Publications, Inc. is a New York corporation with a principal place of business in California. Warner Bros. Discovery, Inc.—a publicly held corporation (NASDAQ: WBD)—indirectly owns more than 10% of E.C. Publications, Inc.'s stock. Warner Bros. Discovery, Inc. is a Delaware corporation with a principal place of business in New York. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

  DC Comics Inc. was a New York corporation with a principal place of business in New York. DC Comics Inc. was dissolved in 1993. It has no parent corporation, and no publicly held

---

[1] The complaint caption erroneously references "DC Entertainment, Inc." rather than "DC Entertainment."

corporation owns 10% or more of its stock.

     DC Entertainment is a former d/b/a of E.C. Publications, Inc. (a general partner of DC Comics).

                                      Respectfully submitted,

Dated: February 20, 2025           O'MELVENY & MYERS LLP

                                      By: */s/ Danielle Feuer*

Danielle Feuer
 dfeuer@omm.com
Natasha W. Teleanu
 nteleanu@omm.com
1301 Avenue of the Americas, Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Daniel M. Petrocelli (*pro hac vice* motion forthcoming)
 dpetrocelli@omm.com
Matt Kline (*pro hac vice* motion forthcoming)
 mkline@omm.com
Cassandra L. Seto (*pro hac vice* motion forthcoming)
 cseto@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Defendants*