O'Melveny

O'Melveny & Myers LLP          T: +1 212 326 2000
1301 Avenue of the Americas    F: +1 212 326 2061
Suite 1700                     omm.com
New York, NY 10019-6022

February 20, 2025

Danielle Feuer
D: +1 212 728 5865
dfeuer@omm.com

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Joint Letter-Motion for Extension of Time and Adjournment of Initial Pretrial Conference –** *Peary v. DC Comics, Inc., et al.***, Case No. 1:25-cv-00910-JMF**

Dear Judge Furman:

    Plaintiff Mark Warren Peary and Defendants DC Comics Inc.; DC Comics; DC Entertainment; and Warner Bros. Discovery, Inc. (collectively, "DC," and together with Peary, the "Parties") jointly move for an extension of deadlines and an adjournment of the initial pretrial conference, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Civil Rule 7.1(e), and Paragraphs 2(D) and 4(A) of Your Honor's Individual Rules and Practices in Civil Cases.

**Background**

    Peary filed his Complaint against DC on January 31, 2025, and served DC Comics Inc.; DC Comics; and Warner Bros. Discovery, Inc. on February 6, 2025 (Dkt. Nos. 11-12) and DC Entertainment on February 11, 2025 (Dkt. No. 13).  Therefore, the deadlines are February 27, 2025, for DC Comics Inc.; DC Comics; and Warner Bros. Discovery, Inc.; and March 4, 2025, for DC Entertainment to respond to the Complaint.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i), (b).

    In response to DC's request to extend its time to respond to the Complaint, Peary and DC have agreed to consolidate DC's response deadlines and extend them and related deadlines for the convenience of the Parties and their counsel.  No previous requests for adjournments or extensions of time have been made by any of the Parties.

    The Parties' first scheduled appearance before the Court is April 29, 2025, at 9:00 a.m. for the initial pretrial conference (Dkt. No. 8).  In advance of that conference, the parties must file a joint letter and proposed Civil Case Management Plan and Scheduling Order with the Court by April 24, 2025 (*id.*).  The Parties request an adjournment of the conference and extension of the pre-conference filing deadline to allow for responses to the Complaint and/or any counterclaims to be filed.  The Parties respectfully request that the initial pretrial conference be adjourned to a date thereafter convenient for the Court.  To that end, the Parties also request

that the deadline to file a joint letter and proposed Civil Case Management Plan and Scheduling Order be the Thursday of the week prior to the initial pretrial conference.

**The Parties Seek Brief Extensions and an Adjournment of the Initial Pretrial Conference.**

The Parties respectfully request a brief extension of all deadlines and an adjournment of the initial pretrial conference. Specifically, the parties propose the following schedule:

- March 24, 2025: DC's deadline to respond to the Complaint;

- April 25, 2025: Peary's deadline to oppose any Rule 12(b) motion filed by DC or to respond to DC's answers and counterclaims, if DC does not file a Rule 12(b) motion; and

- May 9, 2025: DC's deadline to file a reply in support of any Rule 12(b) motion.

Respectfully submitted,

Dated: February 20, 2025

O'MELVENY & MYERS LLP

By:  /s/ Danielle Feuer

Danielle Feuer
 dfeuer@omm.com
Natasha W. Teleanu
 nteleanu@omm.com
1301 Avenue of the Americas, Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Daniel M. Petrocelli (*pro hac vice* motion forthcoming)
 dpetrocelli@omm.com
Matt Kline (*pro hac vice* motion forthcoming)
 mkline@omm.com
Cassandra L. Seto (*pro hac vice* motion forthcoming)
 cseto@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Defendants*

Application GRANTED.  The Court adopts the parties' proposed schedule.  The initial pretrial conference scheduled for April 29, 2025 is hereby RESCHEDULED for **May 13, 2025** at **9:00 a.m.**  The parties should submit their joint letter and Civil Case Management Plan and Scheduling Order **no later than the Thursday before the initial pretrial conference**.  The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED

[signature]

February 21, 2025

2

Dated:  February 20, 2025              TOBEROFF & ASSOCIATES, P.C.

                                       By:   /s/ Marc Toberoff

                                       Marc Toberoff
                                       mtoberoff@toberoffandassociates.com
                                       23823 Malibu Road, Suite 50-363
                                       Malibu, CA 90265
                                       Telephone: (310) 246-3333
                                       Facsimile: (310) 246-3101

                                       *Attorneys for Plaintiff*