**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK WARREN PEARY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC.; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00910-JMF<br><br>**DECLARATION OF DANIEL M. PETROCELLI** |

　　　　I, Daniel M. Petrocelli, state the following:

　　　　1.　　I am a Partner of O'Melveny & Myers LLP. I submit this declaration in support of my Motion for Admission Pro Hac Vice. I have personal knowledge of the facts set forth in this declaration, and if called, I would testify to these facts under oath.

　　　　2.　　I am a member in good standing of the bar of the state of California. Attached as Exhibit A is a Certificate of Good Standing issued by the Supreme Court of California.

　　　　3.　　I have never been convicted of a felony.

　　　　4.　　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

　　　　5.　　There are no disciplinary proceedings presently against me in any state or federal court.

　　　　6.　　My office address is 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035. I can be reached by telephone at (310) 553-6700 and by fax at (310) 246-6779.

-2-

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 27, 2025
Los Angeles, California

                                                */s/ Daniel M. Petrocelli*
                                                Daniel M. Petrocelli