UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WARREN PEARY,<br><br>                Plaintiff,<br><br>        v.<br><br>DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC.; and DOES 1-10,<br><br>                Defendants. | Case No. 1:25-cv-00910-JMF<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF CASSANDRA L. SETO** |

       Pursuant to Local Civil Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Cassandra L. Seto, hereby move this Court for an Order for admission to practice Pro Hac Vice as counsel for DC Comics Inc.; DC Comics; DC Entertainment;[1] and Warner Bros. Discovery, Inc., in the above-captioned action.

       I am a member in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: February 27, 2025　　　　　　　　　　Respectfully submitted,
Los Angeles, California

                                                    By: */s/ Cassandra L. Seto*
                                                         Cassandra L. Seto
                                                         O'Melveny & Myers LLP
                                                         1999 Avenue of the Stars, 8th Floor
                                                        Los Angeles, California  90067-6035
                                                        Telephone: (310) 553-6700
                                                        Facsimile: (310) 246-6779
                                                        cseto@omm.com

---

      [1] The complaint caption erroneously references "DC Entertainment, Inc." rather than "DC Entertainment."