UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WARREN PEARY,<br><br>     Plaintiff,<br><br>    v.<br><br>DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC.; and DOES 1-10,<br><br>     Defendants. | Case No. 1:25-cv-00910-JMF<br><br>**[PROPOSED] ORDER ON MOTION FOR ADMISSION PRO HAC VICE OF CASSANDRA L. SETO** |

  The motion of Cassandra L. Seto, for admission to practice Pro Hac Vice in the above-captioned action, is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information appears as follows:

  Cassandra L. Seto
  O'MELVENY & MYERS LLP
  1999 Avenue of the Stars, 8th Floor
  Los Angeles, CA  90067-6035
  Telephone: (310) 553-6700
  Facsimile: (310) 246-6779

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for DC Comics Inc.; DC Comics; DC Entertainment; and Warner Bros. Discovery, Inc., in the above-captioned action;

-1-

-2-

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

  Dated: _____, 2025

                                                 _____
                                                   United States District Judge