# EXHIBIT 6



CANADA

CONSOLIDATION

CODIFICATION

# Copyright Act

# Loi sur le droit d'auteur

R.S.C., 1985, c. C-42

L.R.C. (1985), ch. C-42

Current to January 22, 2025

À jour au 22 janvier 2025

Last amended on November 7, 2024

Dernière modification le 7 novembre 2024

Published by the Minister of Justice at the following address:
http://laws-lois.justice.gc.ca

Publié par le ministre de la Justice à l'adresse suivante :
http://lois-laws.justice.gc.ca

## OFFICIAL STATUS
## OF CONSOLIDATIONS

Subsections 31(1) and (2) of the *Legislation Revision and Consolidation Act*, in force on June 1, 2009, provide as follows:

**Published consolidation is evidence**

**31 (1)** Every copy of a consolidated statute or consolidated regulation published by the Minister under this Act in either print or electronic form is evidence of that statute or regulation and of its contents and every copy purporting to be published by the Minister is deemed to be so published, unless the contrary is shown.

**Inconsistencies in Acts**

**(2)** In the event of an inconsistency between a consolidated statute published by the Minister under this Act and the original statute or a subsequent amendment as certified by the Clerk of the Parliaments under the *Publication of Statutes Act*, the original statute or amendment prevails to the extent of the inconsistency.

## CARACTÈRE OFFICIEL
## DES CODIFICATIONS

Les paragraphes 31(1) et (2) de la *Loi sur la révision et la codification des textes législatifs*, en vigueur le 1er juin 2009, prévoient ce qui suit :

**Codifications comme élément de preuve**

**31 (1)** Tout exemplaire d'une loi codifiée ou d'un règlement codifié, publié par le ministre en vertu de la présente loi sur support papier ou sur support électronique, fait foi de cette loi ou de ce règlement et de son contenu. Tout exemplaire donné comme publié par le ministre est réputé avoir été ainsi publié, sauf preuve contraire.

**Incompatibilité — lois**

**(2)** Les dispositions de la loi d'origine avec ses modifications subséquentes par le greffier des Parlements en vertu de la *Loi sur la publication des lois* l'emportent sur les dispositions incompatibles de la loi codifiée publiée par le ministre en vertu de la présente loi.

## LAYOUT

The notes that appeared in the left or right margins are now in boldface text directly above the provisions to which they relate. They form no part of the enactment, but are inserted for convenience of reference only.

## MISE EN PAGE

Les notes apparaissant auparavant dans les marges de droite ou de gauche se retrouvent maintenant en caractères gras juste au-dessus de la disposition à laquelle elles se rattachent. Elles ne font pas partie du texte, n'y figurant qu'à titre de repère ou d'information.

## NOTE

This consolidation is current to January 22, 2025. The last amendments came into force on November 7, 2024. Any amendments that were not in force as of January 22, 2025 are set out at the end of this document under the heading "Amendments Not in Force".

## NOTE

Cette codification est à jour au 22 janvier 2025. Les dernières modifications sont entrées en vigueur le 7 novembre 2024. Toutes modifications qui n'étaient pas en vigueur au 22 janvier 2025 sont énoncées à la fin de ce document sous le titre « Modifications non en vigueur ».

<div style="display: flex;">
<div>

**TABLE OF PROVISIONS**

**An Act respecting copyright**

### Short Title

1    Short title

### Interpretation

2      Definitions
2.1    Compilations
2.11   Definition of maker
2.2    Definition of publication
2.3    Telecommunication
2.4    Communication to the public by telecommunication
2.5    What constitutes rental
2.6    Exclusive distributor
2.7    Exclusive licence

### PART I

## Copyright and Moral Rights in Works

### Copyright

3    Copyright in works

#### Works in which Copyright may Subsist

5    Conditions for subsistence of copyright

#### Term of Copyright

6      Term of copyright
6.1    Anonymous and pseudonymous works
6.2    Anonymous and pseudonymous works of joint authorship
7      Term of copyright in certain posthumous works
9      Cases of joint authorship
11.1   Cinematographic works
12     Where copyright belongs to Her Majesty

</div>
<div>

**TABLE ANALYTIQUE**

**Loi concernant le droit d'auteur**

### Titre abrégé

1    Titre abrégé

### Définitions et dispositions interprétatives

2      Définitions
2.1    Compilations
2.11   Définition de producteur
2.2    Définition de publication
2.3    Télécommunication
2.4    Communication au public par télécommunication
2.5    Location
2.6    Distributeur exclusif
2.7    Licence exclusive

### PARTIE I

## Droit d'auteur et droits moraux sur les oeuvres

### Droit d'auteur

3    Droit d'auteur sur l'oeuvre

#### Oeuvres susceptibles de faire l'objet d'un droit d'auteur

5    Conditions d'obtention du droit d'auteur

#### Durée du droit d'auteur

6      Durée du droit d'auteur
6.1    Oeuvres anonymes et pseudonymes
6.2    Oeuvres anonymes et pseudonymes de collaboration
7      Durée du droit d'auteur sur certaines oeuvres posthumes
9      Oeuvres créées en collaboration
11.1   Oeuvre cinématographique
12     Quand le droit d'auteur appartient à Sa Majesté

</div>
</div>

Ownership of Copyright

**13**   Ownership of copyright

**14**   Limitation where author is first owner of copyright

Moral Rights

**14.1**   Moral rights

**14.2**   Term

**PART II**

Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances

Performers' Rights

Copyright

**15**   Copyright in performer's performance

**16**   Contractual arrangements

**17**   Cinematographic works

Moral Rights

**17.1**   Moral rights

**17.2**   Application and term

Rights of Sound Recording Makers

**18**   Copyright in sound recordings

Provisions Applicable to both Performers and Sound Recording Makers

**19**   Right to remuneration — Canada

**19.1**   Deemed publication — Canada

**19.2**   Deemed publication — WPPT country

**20**   Conditions — Canada

Rights of Broadcasters

**21**   Copyright in communication signals

Reciprocity

**22**   Reciprocity

Term of Rights

**23**   Term of copyright — performer's performance

Ownership of Copyright

**24**   Ownership of copyright

**25**   Assignment of rights

Possession du droit d'auteur

**13**   Possession du droit d'auteur

**14**   Limitation dans le cas où l'auteur est le premier possesseur du droit d'auteur

Droits moraux

**14.1**   Droits moraux

**14.2**   Durée

**PARTIE II**

Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations

Droits de l'artiste-interprète

Droit d'auteur

**15**   Droit d'auteur sur la prestation

**16**   Modalités contractuelles

**17**   Oeuvre cinématographique

Droits moraux

**17.1**   Droits moraux

**17.2**   Application et durée

Droits du producteur d'enregistrement sonore

**18**   Droit d'auteur sur l'enregistrement sonore

Dispositions communes aux artistes-interprètes et aux producteurs d'enregistrements sonores

**19**   Droit à rémunération : Canada

**19.1**   Assimilation : Canada

**19.2**   Assimilation : pays partie au traité de l'OIEP

**20**   Conditions : Canada

Droits des radiodiffuseurs

**21**   Droit d'auteur sur le signal de communication

Réciprocité

**22**   Réciprocité

Durée des droits

**23**   Durée des droits : prestation

Titularité

**24**   Titularité

**25**   Cession

**Performers' Rights — WTO Countries**

26   Performer's performance in WTO country

**Droits des artistes-interprètes — pays OMC**

26   Prestation dans un pays membre de l'OMC

## PART III

### Infringement of Copyright and Moral Rights and Exceptions to Infringement

#### Infringement of Copyright

##### General

27   Infringement generally

##### Parallel Importation of Books

27.1   Importation of books

##### Moral Rights Infringement

28.1   Infringement generally

28.2   Nature of right of integrity

##### Exceptions

##### Fair Dealing

29   Research, private study, etc.

29.1   Criticism or review

29.2   News reporting

##### Non-commercial User-generated Content

29.21   Non-commercial user-generated content

##### Reproduction for Private Purposes

29.22   Reproduction for private purposes

##### Fixing Signals and Recording Programs for Later Listening or Viewing

29.23   Reproduction for later listening or viewing

##### Backup Copies

29.24   Backup copies

##### Acts Undertaken without Motive of Gain

29.3   Motive of gain

##### Educational Institutions

29.4   Reproduction for instruction

29.5   Performances

29.6   News and commentary

29.7   Reproduction of broadcast

## PARTIE III

### Violation du droit d'auteur et des droits moraux, et cas d'exception

#### Violation du droit d'auteur

##### Règle générale

27   Règle générale

##### Importations parallèles de livres

27.1   Importation de livres sans le consentement du titulaire du droit d'auteur au Canada

##### Violation des droits moraux

28.1   Atteinte aux droits moraux

28.2   Nature du droit à l'intégrité

##### Exceptions

##### Utilisation équitable

29   Étude privée, recherche, etc.

29.1   Critique et compte rendu

29.2   Communication des nouvelles

##### Contenu non commercial généré par l'utilisateur

29.21   Contenu non commercial généré par l'utilisateur

##### Reproduction à des fins privées

29.22   Reproduction à des fins privées

##### Fixation d'un signal et enregistrement d'une émission pour écoute ou visionnement en différé

29.23   Fixation ou reproduction pour écoute ou visionnement en différé

##### Copies de sauvegarde

29.24   Copies de sauvegarde

##### Actes à but non lucratif

29.3   Intention

##### Établissements d'enseignement

29.4   Reproduction à des fins pédagogiques

29.5   Représentations

29.6   Actualités et commentaires

29.7   Reproduction d'émissions

*Copyright*
**TABLE OF PROVISIONS**

*Droit d'auteur*
**TABLE ANALYTIQUE**

| | |
|---|---|
| **29.8** Unlawful reception | **29.8** Réception illicite |
| **29.9** Records and marking | **29.9** Obligations relatives à l'étiquetage |
| **30** Literary collections | **30** Recueils |
| **30.01** Meaning of lesson | **30.01** Définition de leçon |
| **30.02** Exception — digital reproduction of works | **30.02** Exception : reproduction numérique d'oeuvres |
| **30.03** Royalties — digital reproduction agreement | **30.03** Accord de reproduction numérique |
| **30.04** Work available through Internet | **30.04** Oeuvre sur Internet |

**Libraries, Archives and Museums**

**Bibliothèques, musées ou services d'archives**

| | |
|---|---|
| **30.1** Management and maintenance of collection | **30.1** Gestion et conservation de collections |
| **30.2** Research or private study | **30.2** Étude privée ou recherche |
| **30.21** Copying works deposited in archive | **30.21** Copie d'une oeuvre déposée dans un service d'archives |

**Machines Installed in Educational Institutions, Libraries, Archives and Museums**

**Disposition commune aux établissements d'enseignement, bibliothèques, musées ou services d'archives**

| | |
|---|---|
| **30.3** No infringement by educational institution, etc. | **30.3** Reprographie |

**Libraries, Archives and Museums in Educational Institutions**

**Bibliothèques, musées ou services d'archives faisant partie d'un établissement d'enseignement**

| | |
|---|---|
| **30.4** Application to libraries, etc. within educational institutions | **30.4** Précision |

**Library and Archives of Canada**

**Bibliothèque et Archives du Canada**

| | |
|---|---|
| **30.5** Permitted acts | **30.5** Actes licites |

**Computer Programs**

**Programmes d'ordinateur**

| | |
|---|---|
| **30.6** Permitted acts | **30.6** Actes licites |
| **30.61** Interoperability of computer programs | **30.61** Interopérabilité |

**Encryption Research**

**Recherche sur le chiffrement**

| | |
|---|---|
| **30.62** Encryption research | **30.62** Recherche sur le chiffrement |

**Security**

**Sécurité**

| | |
|---|---|
| **30.63** Security | **30.63** Sécurité |

**Incidental Inclusion**

**Incorporation incidente**

| | |
|---|---|
| **30.7** Incidental use | **30.7** Incorporation incidente |

**Temporary Reproductions for Technological Processes**

**Reproductions temporaires pour processus technologiques**

| | |
|---|---|
| **30.71** Temporary reproductions | **30.71** Reproductions temporaires |

**Ephemeral Recordings**

**Enregistrements éphémères**

| | |
|---|---|
| **30.8** Ephemeral recordings | **30.8** Enregistrements éphémères : entreprise de programmation |
| **30.9** Ephemeral recordings — broadcasting undertaking | **30.9** Enregistrements éphémères : entreprise de radiodiffusion |

**Retransmission**

**Retransmission**

| | |
|---|---|
| **31** Interpretation | **31** Définitions |

| | | | | |
|---|---|---|---|---|
| | **Network Services** | | | **Services réseau** |
| 31.1 | Network services | | 31.1 | Services réseau |
| | **Persons with Perceptual Disabilities** | | | **Personnes ayant des déficiences perceptuelles** |
| 32 | Reproduction in alternate format | | 32 | Production d'un exemplaire sur un autre support |
| 32.01 | Print disability — outside Canada | | 32.01 | Déficience de lecture des imprimés : à l'étranger |
| 32.02 | Definition of non-profit organization | | 32.02 | Définition de organisme sans but lucratif |
| | **Statutory Obligations** | | | **Obligations découlant de la loi** |
| 32.1 | No infringement | | 32.1 | Non-violation |
| | **Miscellaneous** | | | **Autres cas de non-violation** |
| 32.2 | Permitted acts | | 32.2 | Actes licites |
| | **Interpretation** | | | **Interprétation** |
| 32.3 | No right to equitable remuneration | | 32.3 | Précision |
| | **Compensation for Acts Done Before Recognition of Copyright of Performers and Broadcasters** | | | **Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur des artistes-interprètes et des radiodiffuseurs** |
| 32.4 | Certain rights and interests protected | | 32.4 | Protection de certains droits et intérêts |
| 32.5 | Certain rights and interests protected | | 32.5 | Protection de certains droits et intérêts |
| 32.6 | Certain rights and interests protected | | 32.6 | Protection de certains droits et intérêts |
| | **Compensation for Acts Done Before Recognition of Copyright or Moral Rights** | | | **Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur ou des droits moraux** |
| 33 | Certain rights and interests protected | | 33 | Protection de certains droits et intérêts |
| 33.1 | Certain rights and interests protected | | 33.1 | Protection de certains droits et intérêts |
| 33.2 | Certain rights and interests protected | | 33.2 | Protection de certains droits et intérêts |
| | **PART IV** | | | **PARTIE IV** |
| | **Remedies** | | | **Recours** |
| | **Civil Remedies** | | | **Recours civils** |
| | **Infringement of Copyright and Moral Rights** | | | **Violation du droit d'auteur et des droits moraux** |
| 34 | Copyright | | 34 | Droit d'auteur |
| 34.1 | Presumptions respecting copyright and ownership | | 34.1 | Présomption de propriété |
| 35 | Liability for infringement | | 35 | Violation du droit d'auteur : responsabilité |
| 38 | Recovery of possession of copies, plates | | 38 | Propriété des planches |
| 38.1 | Statutory damages | | 38.1 | Dommages-intérêts préétablis |
| 38.2 | Maximum amount that may be recovered | | 38.2 | Dommages-intérêts maximaux |
| 39 | Injunction only remedy when defendant not aware of copyright | | 39 | Cas où le seul recours est l'injonction |
| 39.1 | Wide injunction | | 39.1 | Interdiction |

**40** No injunction in case of a building

## Technological Protection Measures and Rights Management Information

**41** Definitions

**41.1** Prohibition

**41.11** Law enforcement and national security

**41.12** Interoperability

**41.121** Diagnosis, maintenance and repair

**41.13** Encryption research

**41.14** Personal information

**41.15** Security

**41.16** Persons with perceptual disabilities

**41.17** Broadcasting undertakings

**41.18** Radio apparatus

**41.19** Reduction of damages

**41.2** Injunction only remedy

**41.21** Regulations

**41.22** Prohibition — rights management information

## General Provisions

**41.23** Protection of separate rights

**41.24** Concurrent jurisdiction of Federal Court

## Provisions Respecting Providers of Network Services or Information Location Tools

**41.25** Notice of claimed infringement

**41.26** Obligations related to notice

**41.27** Injunctive relief only — providers of information location tools

## Criminal Remedies

**42** Offences

**43** Infringement in case of dramatic, operatic or musical work

## Limitation or Prescription Period

**43.1** Limitation or prescription period for civil remedies

## Importation and Exportation

### Interpretation

**44** Definitions

### Prohibition and Detention by Customs Officer

#### Prohibition

**44.01** Prohibition on importation or exportation

**40** Pas d'injonction en matière d'oeuvres architecturales

## Mesures techniques de protection et information sur le régime des droits

**41** Définitions

**41.1** Interdiction

**41.11** Enquêtes

**41.12** Interopérabilité

**41.121** Diagnostic, maintien et réparation

**41.13** Chiffrement

**41.14** Renseignements personnels

**41.15** Sécurité

**41.16** Personnes ayant une déficience perceptuelle

**41.17** Entreprises de radiodiffusion

**41.18** Appareil radio

**41.19** Annulation ou réduction de dommages-intérêts

**41.2** Cas où le seul recours est l'injonction

**41.21** Règlements

**41.22** Interdiction : information sur le régime des droits

## Dispositions générales

**41.23** Protection des droits distincts

**41.24** Juridiction concurrente de la Cour fédérale

## Dispositions concernant les fournisseurs de services réseau et d'outils de repérage

**41.25** Avis de prétendue violation

**41.26** Obligations

**41.27** Injonction : fournisseurs d'outils de repérage

## Recours criminels

**42** Infractions et peines

**43** Atteinte au droit d'auteur sur une oeuvre dramatique ou musicale

## Prescription

**43.1** Prescription

## Importation et exportation

### Définitions

**44** Définitions

### Interdiction et rétention par les agents des douanes

#### Interdiction

**44.01** Interdiction d'importation et d'exportation

| | Request for Assistance | | | Demande d'aide |
|---|---|---|---|---|
| 44.02 | Request for assistance | | 44.02 | Demande d'aide |
| | Measures Relating to Detained Copies | | | Mesures relatives aux exemplaires retenus |
| 44.03 | Provision of information by customs officer | | 44.03 | Fourniture de renseignements par l'agent des douanes |
| 44.04 | Provision of information to pursue remedy | | 44.04 | Fourniture de renseignements en vue de l'exercice de recours |
| 44.05 | Restriction on information use — section 44.03 | | 44.05 | Utilisation des renseignements fournis au titre de l'article 44.03 |
| 44.06 | Inspection | | 44.06 | Inspection |
| 44.07 | Liability for charges | | 44.07 | Obligation de payer les frais |
| | No Liability | | | Immunité |
| 44.08 | No liability | | 44.08 | Immunité |
| | Powers of Court Relating to Detained Copies | | | Pouvoirs du tribunal relativement aux exemplaires retenus |
| 44.09 | Application to court | | 44.09 | Demande au tribunal |
| 44.1 | Damages against copyright owner | | 44.1 | Dommages-intérêts à l'encontre du titulaire du droit d'auteur |
| | Prohibition Resulting from Notice | | | Interdiction d'importation sur notification |
| 44.11 | Importation of certain copyright works prohibited | | 44.11 | Interdiction : certains exemplaires |
| | Court-ordered Detention | | | Ordonnance judiciaire de rétention |
| 44.12 | Power of court | | 44.12 | Pouvoir du tribunal |
| 44.2 | Importation of books | | 44.2 | Importation de livres |
| 44.3 | Limitation | | 44.3 | Restriction |
| 44.4 | Importation of other subject-matter | | 44.4 | Application aux autres objets du droit d'auteur |
| 45 | Exceptions | | 45 | Importations autorisées |

**PART V**

Administration

Copyright Office

**PARTIE V**

Administration

Bureau du droit d'auteur

| 46 | Copyright Office | | 46 | Bureau du droit d'auteur |
|---|---|---|---|---|
| 47 | Powers of Commissioner and Registrar | | 47 | Pouvoirs du commissaire et du registraire |
| 48 | Registrar | | 48 | Registraire |
| 49 | Register of Copyrights, certificates and certified copies | | 49 | Inscription, certificat et copie |
| 50 | Other duties of Registrar | | 50 | Autres attributions du registraire |
| 52 | Control of business and officials | | 52 | Direction des affaires et fonctionnaires |
| 53 | Register to be evidence | | 53 | Preuve |
| | Registration | | | Enregistrement |
| 54 | Register of Copyrights | | 54 | Registre des droits d'auteur |
| 55 | Copyright in works | | 55 | Oeuvres |
| 56 | Copyright in subject-matter other than works | | 56 | Autres objets du droit d'auteur |

| | | | | |
|---|---|---|---|---|
| 56.1 | Recovery of damages | | 56.1 | Recouvrement |
| 57 | Registration of assignment or licence | | 57 | Enregistrement d'une cession ou d'une licence |
| 58 | Execution of instruments | | 58 | Exécution de la cession ou de la concession |

**Fees**

| 59 | Fees regulations |
|---|---|

**Taxes**

| 59 | Règlement fixant les taxes |
|---|---|

**PART VI**

## Miscellaneous Provisions

### Substituted Right

| 60 | Subsistence of substituted right |
|---|---|

### Clerical Errors

| 61 | Clerical errors do not invalidate |
|---|---|

### Regulations

| 62 | Regulations |
|---|---|

### Industrial Designs and Topographies

| 64 | Interpretation |
|---|---|
| 64.1 | Non-infringement re useful article features |
| 64.2 | Application of Act to topographies |

**PART VII**

## Copyright Board

| 66 | Establishment |
|---|---|
| 66.1 | Duties of Chair |
| 66.2 | Remuneration and expenses |
| 66.3 | Conflict of interest prohibited |
| 66.4 | Staff |
| 66.5 | Concluding matters after membership expires |
| 66.501 | Fair and equitable |
| 66.502 | Informal and expeditious |
| 66.503 | For greater certainty |
| 66.504 | Case manager |
| 66.51 | Interim decisions |
| 66.52 | Variation of decisions |
| 66.6 | Regulations |
| 66.7 | General powers, etc. |
| 66.71 | Distribution, publication of notices |
| 66.8 | Studies |
| 66.9 | Report |
| 66.91 | Regulations |

**PARTIE VI**

## Divers

### Droits substitués

| 60 | Droits substitués |
|---|---|

### Erreurs matérielles

| 61 | Les erreurs d'écriture n'entraînent pas l'invalidation |
|---|---|

### Règlements

| 62 | Règlements |
|---|---|

### Dessins industriels et topographies

| 64 | Définitions |
|---|---|
| 64.1 | Non-violation : caractéristiques d'objets utilitaires |
| 64.2 | Application de la loi aux topographies |

**PARTIE VII**

## Commission du droit d'auteur

| 66 | Constitution |
|---|---|
| 66.1 | Rôle du président |
| 66.2 | Rémunération |
| 66.3 | Conflits d'intérêt |
| 66.4 | Personnel |
| 66.5 | Prolongation |
| 66.501 | Justice et équité |
| 66.502 | Procédure rapide et informelle |
| 66.503 | Précision |
| 66.504 | Gestion de l'instance |
| 66.51 | Décisions provisoires |
| 66.52 | Modifications de décisions |
| 66.6 | Règlement |
| 66.7 | Attributions générales |
| 66.71 | Publication d'avis |
| 66.8 | Études |
| 66.9 | Rapport |
| 66.91 | Règlements |

**PART VII.1**

## Collective Administration of Copyright

### Collective Societies

| 67 | Filing of proposed tariffs |
| 67.1 | Designation of collective society — paragraph 19(2)(a) |
| 67.2 | Requests regarding repertoire |

### Tariffs

### Proposed Tariffs

| 68 | Filing |
| 68.1 | Form and content |
| 68.2 | Publication and notification |
| 68.3 | Filing of objection |
| 68.4 | Reply to objection |

### Withdrawal or Amendment of Proposed Tariff

| 69 | Request to withdraw or amend |
| 69.1 | Approval by Board |

### Approval of Tariffs

| 70 | Approval |
| 70.1 | Publication of approved tariff |

### Fixing of Royalty Rates in Individual Cases

| 71 | Application to fix |
| 71.1 | Agreement |

### Special Rules Related to Royalty Rates

| 72 | Special royalty rates |
| 72.1 | Radio performances in places other than theatres |

### Effects Related to Tariffs and Fixing of Royalty Rates

### Permitted Acts and Enforcement

| 73 | Effect of fixing royalties |
| 73.1 | Order — compliance with terms and conditions |
| 73.2 | Continuation of rights |
| 73.3 | Proceedings barred — tariff |
| 73.4 | Approval of request made under section 69 |
| 73.5 | Effect of fixing of royalties |

**PARTIE VII.1**

## Gestion collective du droit d'auteur

### Sociétés de gestion

| 67 | Dépôt d'un projet de tarif |
| 67.1 | Désignation pour l'application de l'alinéa 19(2)a) |
| 67.2 | Demandes relatives au répertoire |

### Tarifs

### Projets de tarif

| 68 | Dépôt |
| 68.1 | Forme et teneur |
| 68.2 | Publication du projet de tarif |
| 68.3 | Dépôt d'une opposition |
| 68.4 | Réponse aux oppositions |

### Retrait ou modification du projet de tarif

| 69 | Demande de retrait ou de modification |
| 69.1 | Approbation par la Commission |

### Homologation du tarif

| 70 | Homologation |
| 70.1 | Publication du tarif homologué |

### Fixation des redevances dans des cas particuliers

| 71 | Demande de fixation |
| 71.1 | Entente |

### Règles particulières relatives aux redevances

| 72 | Tarifs spéciaux |
| 72.1 | Exécutions par radio dans des endroits autres que des théâtres |

### Conséquences liées aux tarifs et à la fixation de redevances

### Actes autorisés et recours

| 73 | Portée de l'homologation et de la fixation |
| 73.1 | Ordonnance : conformité aux modalités afférentes |
| 73.2 | Maintien des droits |
| 73.3 | Interdiction des recours |
| 73.4 | Approbation d'une demande visée à l'article 69 |
| 73.5 | Portée de la fixation |

### Effects of Agreement

**74**    No application

### Claim by Copyright Owner — Particular Royalties

**75**    Claims by non-members

### Examination of Agreements

**76**    Definition of Commissioner

**76.1**    Examination and fixing of royalty

### PART VII.2

### Certain Applications to Board

### Owners Who Cannot be Located

**77**    Circumstances in which licence may be issued by Board

### Compensation for Acts Done Before Recognition of Copyright or Moral Rights

**78**    Board may determine compensation

### PART VIII

### Private Copying

### Interpretation

**79**    Definitions

### Copying for Private Use

**80**    Where no infringement of copyright

### Right of Remuneration

**81**    Right of remuneration

### Levy on Blank Audio Recording Media

**82**    Liability to pay levy

**83**    Filing of proposed tariffs

### Distribution of Levies Paid

**84**    Distribution by collecting body

**85**    Reciprocity

### Exemption from Levy

**86**    Where no levy payable

### Regulations

**87**    Regulations

### Civil Remedies

**88**    Right of recovery

### Portée de l'entente

**74**    Portée de l'entente

### Réclamation du titulaire du droit d'auteur : redevances particulières

**75**    Réclamations des non-membres

### Examen des ententes

**76**    Définition de commissaire

**76.1**    Examen et fixation

### PARTIE VII.2

### Demandes particulières à la Commission

### Titulaires introuvables

**77**    Délivrance d'une licence

### Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur ou des droits moraux

**78**    Indemnité fixée par la Commission

### PARTIE VIII

### Copie pour usage privé

### Définitions

**79**    Définitions

### Copie pour usage privé

**80**    Non-violation du droit d'auteur

### Droit à rémunération

**81**    Rémunération

### Redevances

**82**    Obligation

**83**    Dépôt d'un projet de tarif

### Répartition des redevances

**84**    Organisme de perception

**85**    Réciprocité

### Exemption

**86**    Aucune redevance payable

### Règlements

**87**    Règlements

### Recours civils

**88**    Droit de recouvrement

*Copyright*
**TABLE OF PROVISIONS**

*Droit d'auteur*
**TABLE ANALYTIQUE**

**PART IX**

General Provisions

89  No copyright, etc., except by statute

90  Interpretation

91  Adherence to Berne and Rome Conventions

92  Review of Act

**SCHEDULE I**

Existing Rights

**SCHEDULE II**

**SCHEDULE III**

**PARTIE IX**

Dispositions générales

89  Revendication d'un droit d'auteur

90  Règle d'interprétation

91  Conventions de Berne et de Rome

92  Examen

**ANNEXE I**

Droits existants

**ANNEXE II**

**ANNEXE III**



**R.S.C., 1985, c. C-42**

**An Act respecting copyright**

# Short Title

**Short title**
**1** This Act may be cited as the *Copyright Act*.
R.S., c. C-30, s. 1.

# Interpretation

**Definitions**
**2** In this Act,

***architectural work*** means any building or structure or any model of a building or structure; (*œuvre architecturale*)

***architectural work of art*** [Repealed, 1993, c. 44, s. 53]

***artistic work*** includes paintings, drawings, maps, charts, plans, photographs, engravings, sculptures, works of artistic craftsmanship, architectural works, and compilations of artistic works; (*œuvre artistique*)

***Berne Convention country*** means a country that is a party to the Convention for the Protection of Literary and Artistic Works concluded at Berne on September 9, 1886, or any one of its revisions, including the Paris Act of 1971; (*pays partie à la Convention de Berne*)

***Board*** means the Copyright Board established by subsection 66(1); (*Commission*)

***book*** means a volume or a part or division of a volume, in printed form, but does not include

**(a)** a pamphlet,

**(b)** a newspaper, review, magazine or other periodical,

---

**L.R.C., 1985, ch. C-42**

**Loi concernant le droit d'auteur**

# Titre abrégé

**Titre abrégé**
**1** *Loi sur le droit d'auteur.*
S.R., ch. C-30, art. 1.

# Définitions et dispositions interprétatives

**Définitions**
**2** Les définitions qui suivent s'appliquent à la présente loi.

***accessible sur le marché*** S'entend, en ce qui concerne une œuvre ou de tout autre objet du droit d'auteur

**a)** qu'il est possible de se procurer, au Canada, à un prix et dans un délai raisonnables, et de trouver moyennant des efforts raisonnables;

**b)** pour lequel il est possible d'obtenir, à un prix et dans un délai raisonnables et moyennant des efforts raisonnables, une licence octroyée par une société de gestion pour la reproduction, l'exécution en public ou la communication au public par télécommunication, selon le cas. (*commercially available*)

***Accord Canada–États-Unis–Mexique*** S'entend de l'*Accord* au sens de l'article 2 de la *Loi de mise en œuvre de l'Accord Canada–États-Unis–Mexique*. (*Canada–United States–Mexico Agreement*)

***appareil récepteur*** [Abrogée, 1993, ch. 44, art. 79]

***artiste interprète*** [Abrogée, 1997, ch. 24, art. 1]

***artiste-interprète*** Tout artiste-interprète ou exécutant. (*French version only*)

***bibliothèque, musée ou service d'archives*** S'entend :

Droit d'auteur
Définitions et dispositions interprétatives
**Article** 2

**(c)** a map, chart, plan or sheet music where the map, chart, plan or sheet music is separately published, and

**(d)** an instruction or repair manual that accompanies a product or that is supplied as an accessory to a service; (*livre*)

**broadcaster** means a body that, in the course of operating a broadcasting undertaking, broadcasts a communication signal in accordance with the law of the country in which the broadcasting undertaking is carried on, but excludes a body whose primary activity in relation to communication signals is their retransmission; (*radiodiffuseur*)

**Canada–United States–Mexico Agreement** has the meaning assigned by the definition *Agreement* in section 2 of the *Canada–United States–Mexico Agreement Implementation Act*; (*Accord Canada–États-Unis–Mexique*)

**choreographic work** includes any work of choreography, whether or not it has any story line; (*œuvre chorégraphique*)

**cinematograph** [Repealed, 1997, c. 24, s. 1]

**cinematographic work** includes any work expressed by any process analogous to cinematography, whether or not accompanied by a soundtrack; (*œuvre cinématographique*)

**collective society** means a society, association or corporation that carries on the business of collective administration of copyright or of the remuneration right conferred by section 19 or 81 for the benefit of those who, by assignment, grant of licence, appointment of it as their agent or otherwise, authorize it to act on their behalf in relation to that collective administration, and

**(a)** operates a licensing scheme, applicable in relation to a repertoire of works, performer's performances, sound recordings or communication signals of more than one author, performer, sound recording maker or broadcaster, pursuant to which the society, association or corporation sets out classes of uses that it agrees to authorize under this Act, and the royalties and terms and conditions on which it agrees to authorize those classes of uses, or

**(b)** carries on the business of collecting and distributing royalties or levies payable under this Act in relation to a repertoire of works, performer's performances, sound recordings or communication signals of more than one author, performer, sound recording maker or broadcaster; (*société de gestion*)

**a)** d'un établissement doté ou non de la personnalité morale qui :

**(i)** d'une part, n'est pas constitué ou administré pour réaliser des profits, ni ne fait partie d'un organisme constitué ou administré pour réaliser des profits, ni n'est administré ou contrôlé directement ou indirectement par un tel organisme,

**(ii)** d'autre part, rassemble et gère des collections de documents ou d'objets qui sont accessibles au public ou aux chercheurs;

**b)** de tout autre établissement à but non lucratif visé par règlement. (*library, archive or museum*)

**Commission** La Commission du droit d'auteur constituée au titre du paragraphe 66(1). (*Board*)

**compilation** Les œuvres résultant du choix ou de l'arrangement de tout ou partie d'œuvres littéraires, dramatiques, musicales ou artistiques ou de données. (*compilation*)

**conférence** Sont assimilés à une conférence les allocutions, discours et sermons. (*lecture*)

**contrefaçon**

**a)** À l'égard d'une œuvre sur laquelle existe un droit d'auteur, toute reproduction, y compris l'imitation déguisée, qui a été faite contrairement à la présente loi ou qui a fait l'objet d'un acte contraire à la présente loi;

**b)** à l'égard d'une prestation sur laquelle existe un droit d'auteur, toute fixation ou reproduction de celle-ci qui a été faite contrairement à la présente loi ou qui a fait l'objet d'un acte contraire à la présente loi;

**c)** à l'égard d'un enregistrement sonore sur lequel existe un droit d'auteur, toute reproduction de celle-ci qui a été faite contrairement à la présente loi ou qui a fait l'objet d'un acte contraire à la présente loi;

**d)** à l'égard d'un signal de communication sur lequel existe un droit d'auteur, toute fixation ou reproduction de la fixation qui a été faite contrairement à la présente loi ou qui a fait l'objet d'un acte contraire à la présente loi.

La présente définition exclut la reproduction — autre que celle visée par l'alinéa 27(2)e) et l'article 27.1 — faite avec le consentement du titulaire du droit d'auteur dans le pays de production. (*infringing*)

**débit** [Abrogée, 1997, ch. 24, art. 1]

Copyright
Interpretation
**Section** 2

Droit d'auteur
Définitions et dispositions interprétatives
**Article** 2

**collective work** means

(a) an encyclopaedia, dictionary, year book or similar work,

(b) a newspaper, review, magazine or similar periodical, and

(c) any work written in distinct parts by different authors, or in which works or parts of works of different authors are incorporated; (*recueil*)

**commercially available** means, in relation to a work or other subject-matter,

(a) available on the Canadian market within a reasonable time and for a reasonable price and may be located with reasonable effort, or

(b) for which a licence to reproduce, perform in public or communicate to the public by telecommunication is available from a collective society within a reasonable time and for a reasonable price and may be located with reasonable effort; (*accessible sur le marché*)

**communication signal** means radio waves transmitted through space without any artificial guide, for reception by the public; (*signal de communication*)

**compilation** means

(a) a work resulting from the selection or arrangement of literary, dramatic, musical or artistic works or of parts thereof, or

(b) a work resulting from the selection or arrangement of data; (*compilation*)

**computer program** means a set of instructions or statements, expressed, fixed, embodied or stored in any manner, that is to be used directly or indirectly in a computer in order to bring about a specific result; (*programme d'ordinateur*)

**copyright** means the rights described in

(a) section 3, in the case of a work,

(b) sections 15 and 26, in the case of a performer's performance,

(c) section 18, in the case of a sound recording, or

(d) section 21, in the case of a communication signal; (*droit d'auteur*)

**country** includes any territory; (*pays*)

**déficience perceptuelle** Déficience qui empêche la lecture ou l'écoute d'une œuvre littéraire, dramatique, musicale ou artistique sur le support original ou la rend difficile, en raison notamment :

a) de la privation en tout ou en grande partie du sens de l'ouïe ou de la vue ou de l'incapacité d'orienter le regard;

b) de l'incapacité de tenir ou de manipuler un livre;

c) d'une insuffisance relative à la compréhension. (*perceptual disability*)

**distributeur exclusif** S'entend, en ce qui concerne un livre, de toute personne qui remplit les conditions suivantes :

a) le titulaire du droit d'auteur sur le livre au Canada ou le titulaire d'une licence exclusive au Canada s'y rapportant lui a accordé, avant ou après l'entrée en vigueur de la présente définition, par écrit, la qualité d'unique distributeur pour tout ou partie du Canada ou d'unique distributeur pour un secteur du marché pour tout ou partie du Canada;

b) elle répond aux critères fixés par règlement pris en vertu de l'article 2.6.

Il est entendu qu'une personne ne peut être distributeur exclusif au sens de la présente définition si aucun règlement n'est pris en vertu de l'article 2.6. (*exclusive distributor*)

**droit d'auteur** S'entend du droit visé :

a) dans le cas d'une œuvre, à l'article 3;

b) dans le cas d'une prestation, aux articles 15 et 26;

c) dans le cas d'un enregistrement sonore, à l'article 18;

d) dans le cas d'un signal de communication, à l'article 21. (*copyright*)

**droits moraux** Les droits visés aux paragraphes 14.1(1) et 17.1(1). (*moral rights*)

**enregistrement sonore** Enregistrement constitué de sons provenant ou non de l'exécution d'une œuvre et fixés sur un support matériel quelconque; est exclue de la présente définition la bande sonore d'une œuvre cinématographique lorsqu'elle accompagne celle-ci. (*sound recording*)

**établissement d'enseignement** :

Droit d'auteur
Définitions et dispositions interprétatives
**Article** 2

**defendant** includes a respondent to an application; (*Version anglaise seulement*)

**delivery** [Repealed, 1997, c. 24, s. 1]

**dramatic work** includes

(a) any piece for recitation, choreographic work or mime, the scenic arrangement or acting form of which is fixed in writing or otherwise,

(b) any cinematographic work, and

(c) any compilation of dramatic works; (*œuvre dramatique*)

**educational institution** means

(a) a non-profit institution licensed or recognized by or under an Act of Parliament or the legislature of a province to provide pre-school, elementary, secondary or post-secondary education,

(b) a non-profit institution that is directed or controlled by a board of education regulated by or under an Act of the legislature of a province and that provides continuing, professional or vocational education or training,

(c) a department or agency of any order of government, or any non-profit body, that controls or supervises education or training referred to in paragraph (a) or (b), or

(d) any other non-profit institution prescribed by regulation; (*établissement d'enseignement*)

**engravings** includes etchings, lithographs, woodcuts, prints and other similar works, not being photographs; (*gravure*)

**every original literary, dramatic, musical and artistic work** includes every original production in the literary, scientific or artistic domain, whatever may be the mode or form of its expression, such as compilations, books, pamphlets and other writings, lectures, dramatic or dramatico-musical works, musical works, translations, illustrations, sketches and plastic works relative to geography, topography, architecture or science; (*toute œuvre littéraire, dramatique, musicale ou artistique originale*)

**exclusive distributor** means, in relation to a book, a person who

(a) has, before or after the coming into force of this definition, been appointed in writing, by the owner or

a) Établissement sans but lucratif agréé aux termes des lois fédérales ou provinciales pour dispenser de l'enseignement aux niveaux préscolaire, élémentaire, secondaire ou postsecondaire, ou reconnu comme tel;

b) établissement sans but lucratif placé sous l'autorité d'un conseil scolaire régi par une loi provinciale et qui dispense des cours d'éducation ou de formation permanente, technique ou professionnelle;

c) ministère ou organisme, quel que soit l'ordre de gouvernement, ou entité sans but lucratif qui exerce une autorité sur l'enseignement et la formation visés aux alinéas a) et b);

d) tout autre établissement sans but lucratif visé par règlement. (*educational institution*)

**gravure** Sont assimilées à une gravure les gravures à l'eau-forte, les lithographies, les gravures sur bois, les estampes et autres œuvres similaires, à l'exclusion des photographies. (*engravings*)

**livre** Tout volume ou toute partie ou division d'un volume présentés sous forme imprimée, à l'exclusion :

a) des brochures;

b) des journaux, revues, magazines et autres périodiques;

c) des feuilles de musique, cartes, graphiques ou plans, s'ils sont publiés séparément;

d) des manuels d'instruction ou d'entretien qui accompagnent un produit ou sont fournis avec des services. (*book*)

**locaux** S'il s'agit d'un établissement d'enseignement, lieux où celui-ci dispense l'enseignement ou la formation visés à la définition de ce terme ou exerce son autorité sur eux. (*premises*)

**membre de l'OMC** Membre de l'Organisation mondiale du commerce au sens du paragraphe 2(1) de la *Loi de mise en œuvre de l'Accord sur l'Organisation mondiale du commerce*. (*WTO Member*)

**ministre** Sauf aux articles 44 à 44.12, le ministre de l'Industrie. (*Minister*)

**œuvre** Est assimilé à une œuvre le titre de l'œuvre lorsque celui-ci est original et distinctif. (*work*)

**œuvre architecturale** Tout bâtiment ou édifice ou tout modèle ou maquette de bâtiment ou d'édifice. (*architectural work*)

*Copyright*
Interpretation
**Section** 2

*Droit d'auteur*
Définitions et dispositions interprétatives
**Article** 2

exclusive licensee of the copyright in the book in Canada, as

**(i)** the only distributor of the book in Canada or any part of Canada, or

**(ii)** the only distributor of the book in Canada or any part of Canada in respect of a particular sector of the market, and

**(b)** meets the criteria established by regulations made under section 2.6,

and, for greater certainty, if there are no regulations made under section 2.6, then no person qualifies under this definition as an "exclusive distributor"; (*distributeur exclusif*)

***Her Majesty's Realms and Territories*** [Repealed, 1997, c. 24, s. 1]

***infringing*** means

**(a)** in relation to a work in which copyright subsists, any copy, including any colourable imitation, made or dealt with in contravention of this Act,

**(b)** in relation to a performer's performance in respect of which copyright subsists, any fixation or copy of a fixation of it made or dealt with in contravention of this Act,

**(c)** in relation to a sound recording in respect of which copyright subsists, any copy of it made or dealt with in contravention of this Act, or

**(d)** in relation to a communication signal in respect of which copyright subsists, any fixation or copy of a fixation of it made or dealt with in contravention of this Act.

The definition includes a copy that is imported in the circumstances set out in paragraph 27(2)(e) and section 27.1 but does not otherwise include a copy made with the consent of the owner of the copyright in the country where the copy was made; (*contrefaçon*)

***lecture*** includes address, speech and sermon; (*conférence*)

***legal representatives*** includes heirs, executors, administrators, successors and assigns, or agents or attorneys who are thereunto duly authorized in writing; (*représentants légaux*)

***library, archive or museum*** means

***œuvre artistique*** Sont compris parmi les œuvres artistiques les peintures, dessins, sculptures, œuvres architecturales, gravures ou photographies, les œuvres artistiques dues à des artisans ainsi que les graphiques, cartes, plans et compilations d'œuvres artistiques. (*artistic work*)

***œuvre chorégraphique*** S'entend de toute chorégraphie, que l'œuvre ait ou non un sujet. (*choreographic work*)

***œuvre cinématographique*** Y est assimilée toute œuvre exprimée par un procédé analogue à la cinématographie, qu'elle soit accompagnée ou non d'une bande sonore. (*cinematographic work*)

***œuvre créée en collaboration*** Œuvre exécutée par la collaboration de deux ou plusieurs auteurs, et dans laquelle la part créée par l'un n'est pas distincte de celle créée par l'autre ou les autres. (*work of joint authorship*)

***œuvre d'art architecturale*** [Abrogée, 1993, ch. 44, art. 53]

***œuvre de sculpture*** [Abrogée, 1997, ch. 24, art. 1]

***œuvre dramatique*** Y sont assimilées les pièces pouvant être récitées, les œuvres chorégraphiques ou les pantomimes dont l'arrangement scénique ou la mise en scène est fixé par écrit ou autrement, les œuvres cinématographiques et les compilations d'œuvres dramatiques. (*dramatic work*)

***œuvre littéraire*** Y sont assimilés les tableaux, les programmes d'ordinateur et les compilations d'œuvres littéraires. (*literary work*)

***œuvre musicale*** Toute œuvre ou toute composition musicale — avec ou sans paroles — et toute compilation de celles-ci. (*musical work*)

***pays*** S'entend notamment d'un territoire. (*country*)

***pays partie à la Convention de Berne*** Pays partie à la Convention pour la protection des œuvres littéraires et artistiques, conclue à Berne le 9 septembre 1886, ou à l'une de ses versions révisées, notamment celle de l'Acte de Paris de 1971. (*Berne Convention country*)

***pays partie à la Convention de Rome*** Pays partie à la Convention internationale sur la protection des artistes interprètes ou exécutants, des producteurs d'enregistrements sonores et des organismes de radiodiffusion, conclue à Rome le 26 octobre 1961. (*Rome Convention country*)

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 20 of 195

Copyright
Interpretation
**Section** 2

Droit d'auteur
Définitions et dispositions interprétatives
**Article** 2

**(a)** an institution, whether or not incorporated, that is not established or conducted for profit or that does not form a part of, or is not administered or directly or indirectly controlled by, a body that is established or conducted for profit, in which is held and maintained a collection of documents and other materials that is open to the public or to researchers, or

**(b)** any other non-profit institution prescribed by regulation; (*bibliothèque, musée ou service d'archives*)

*literary work* includes tables, computer programs, and compilations of literary works; (*œuvre littéraire*)

*maker* means

**(a)** in relation to a cinematographic work, the person by whom the arrangements necessary for the making of the work are undertaken, or

**(b)** in relation to a sound recording, the person by whom the arrangements necessary for the first fixation of the sounds are undertaken; (*producteur*)

*Minister*, except in sections 44 to 44.12, means the Minister of Industry; (*ministre*)

*moral rights* means the rights described in subsections 14.1(1) and 17.1(1); (*droits moraux*)

*musical work* means any work of music or musical composition, with or without words, and includes any compilation thereof; (*œuvre musicale*)

*perceptual disability* means a disability that prevents or inhibits a person from reading or hearing a literary, musical, dramatic or artistic work in its original format, and includes such a disability resulting from

**(a)** severe or total impairment of sight or hearing or the inability to focus or move one's eyes,

**(b)** the inability to hold or manipulate a book, or

**(c)** an impairment relating to comprehension; (*déficience perceptuelle*)

*performance* means any acoustic or visual representation of a work, performer's performance, sound recording or communication signal, including a representation made by means of any mechanical instrument, radio receiving set or television receiving set; (*représentation* ou *exécution*)

*performer's performance* means any of the following when done by a performer:

*pays partie à la Convention universelle* Pays partie à la Convention universelle sur le droit d'auteur, adoptée à Genève (Suisse) le 6 septembre 1952, ou dans sa version révisée à Paris (France) le 24 juillet 1971. (*UCC country*)

*pays partie au traité de l'ODA* Pays partie au Traité de l'OMPI sur le droit d'auteur, adopté à Genève le 20 décembre 1996. (*WCT country*)

*pays partie au traité de l'OIEP* Pays partie au Traité de l'OMPI sur les interprétations et exécutions et les phonogrammes, adopté à Genève le 20 décembre 1996. (*WPPT country*)

*pays signataire* Pays partie à la Convention de Berne, à la Convention universelle ou au traité de l'ODA, ou membre de l'OMC. (*treaty country*)

*photographie* Y sont assimilées les photolithographies et toute œuvre exprimée par un procédé analogue à la photographie. (*photograph*)

*planche* Sont assimilés à une planche toute planche stéréotypée ou autre, pierre, matrice, transposition et épreuve négative, et tout moule ou cliché, destinés à l'impression ou à la reproduction d'exemplaires d'une œuvre, ainsi que toute matrice ou autre pièce destinées à la fabrication ou à la reproduction d'enregistrements sonores, de prestations ou de signaux de communication, selon le cas. (*plate*)

*prestation* Selon le cas, que l'œuvre soit encore protégée ou non et qu'elle soit déjà fixée sous une forme matérielle quelconque ou non :

**a)** l'exécution ou la représentation d'une œuvre artistique, dramatique ou musicale par un artiste-interprète;

**b)** la récitation ou la lecture d'une œuvre littéraire par celui-ci;

**c)** une improvisation dramatique, musicale ou littéraire par celui-ci, inspirée ou non d'une œuvre préexistante. (*performer's performance*)

*producteur* La personne qui effectue les opérations nécessaires à la confection d'une œuvre cinématographique, ou à la première fixation de sons dans le cas d'un enregistrement sonore. (*maker*)

*programme d'ordinateur* Ensemble d'instructions ou d'énoncés destiné, quelle que soit la façon dont ils sont exprimés, fixés, incorporés ou emmagasinés, à être utilisé directement ou indirectement dans un ordinateur en vue d'un résultat particulier. (*computer program*)

Copyright
Interpretation
**Section** 2

Droit d'auteur
Définitions et dispositions interprétatives
**Article** 2

**(a)** a performance of an artistic work, dramatic work or musical work, whether or not the work was previously fixed in any material form, and whether or not the work's term of copyright protection under this Act has expired,

**(b)** a recitation or reading of a literary work, whether or not the work's term of copyright protection under this Act has expired, or

**(c)** an improvisation of a dramatic work, musical work or literary work, whether or not the improvised work is based on a pre-existing work; (*prestation*)

*photograph* includes photo-lithograph and any work expressed by any process analogous to photography; (*photographie*)

*plaintiff* includes an applicant; (*Version anglaise seulement*)

*plate* includes

**(a)** any stereotype or other plate, stone, block, mould, matrix, transfer or negative used or intended to be used for printing or reproducing copies of any work, and

**(b)** any matrix or other appliance used or intended to be used for making or reproducing sound recordings, performer's performances or communication signals; (*planche*)

*premises* means, in relation to an educational institution, a place where education or training referred to in the definition "educational institution" is provided, controlled or supervised by the educational institution; (*locaux*)

*receiving device* [Repealed, 1993, c. 44, s. 79]

*Rome Convention country* means a country that is a party to the International Convention for the Protection of Performers, Producers of Phonograms and Broadcasting Organisations, done at Rome on October 26, 1961; (*pays partie à la Convention de Rome*)

*sculpture* includes a cast or model; (*sculpture*)

*sound recording* means a recording, fixed in any material form, consisting of sounds, whether or not of a performance of a work, but excludes any soundtrack of a cinematographic work where it accompanies the cinematographic work; (*enregistrement sonore*)

*telecommunication* means any transmission of signs, signals, writing, images or sounds or intelligence of any

*radiodiffuseur* Organisme qui, dans le cadre de l'exploitation d'une entreprise de radiodiffusion, émet un signal de communication en conformité avec les lois du pays où il exploite cette entreprise; est exclu de la présente définition l'organisme dont l'activité principale, liée au signal de communication, est la retransmission de celui-ci. (*broadcaster*)

*recueil*

**a)** Les encyclopédies, dictionnaires, annuaires ou œuvres analogues;

**b)** les journaux, revues, magazines ou autres publications périodiques;

**c)** toute œuvre composée, en parties distinctes, par différents auteurs ou dans laquelle sont incorporées des œuvres ou parties d'œuvres d'auteurs différents. (*collective work*)

*représentants légaux* Sont compris parmi les représentants légaux les héritiers, exécuteurs testamentaires, administrateurs, successeurs et ayants droit, ou les agents ou fondés de pouvoir régulièrement constitués par mandat écrit. (*legal representatives*)

*représentation*, *exécution* ou *audition* [Abrogée, 1997, ch. 24, art. 1]

*représentation* ou *exécution* Toute exécution sonore ou toute représentation visuelle d'une œuvre, d'une prestation, d'un enregistrement sonore ou d'un signal de communication, selon le cas, y compris l'exécution ou la représentation à l'aide d'un instrument mécanique, d'un appareil récepteur de radio ou d'un appareil récepteur de télévision. (*performance*)

*royaumes et territoires de Sa Majesté* [Abrogée, 1997, ch. 24, art. 1]

*sculpture* Y sont assimilés les moules et les modèles. (*sculpture*)

*signal de communication* Ondes radioélectriques diffusées dans l'espace sans guide artificiel, aux fins de réception par le public. (*communication signal*)

*société de gestion* Association, société ou personne morale autorisée — notamment par voie de cession, licence ou mandat — à se livrer à la gestion collective du droit d'auteur ou du droit à rémunération conféré par les articles 19 ou 81 pour l'exercice des activités suivantes :

**a)** l'administration d'un système d'octroi de licences portant sur un répertoire d'œuvres, de prestations,

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 22 of 195

Copyright
Interpretation
**Sections** 2-2.1

Droit d'auteur
Définitions et dispositions interprétatives
**Articles** 2-2.1

nature by wire, radio, visual, optical or other electromagnetic system; (*télécommunication*)

***treaty country*** means a Berne Convention country, UCC country, WCT country or WTO Member; (*pays signataire*)

***UCC country*** means a country that is a party to the Universal Copyright Convention, adopted on September 6, 1952 in Geneva, Switzerland, or to that Convention as revised in Paris, France on July 24, 1971; (*pays partie à la Convention universelle*)

***WCT country*** means a country that is a party to the WIPO Copyright Treaty, adopted in Geneva on December 20, 1996; (*pays partie au traité de l'ODA*)

***work*** includes the title thereof when such title is original and distinctive; (*œuvre*)

***work of joint authorship*** means a work produced by the collaboration of two or more authors in which the contribution of one author is not distinct from the contribution of the other author or authors; (*œuvre créée en collaboration*)

***work of sculpture*** [Repealed, 1997, c. 24, s. 1]

***WPPT country*** means a country that is a party to the WIPO Performances and Phonograms Treaty, adopted in Geneva on December 20, 1996; (*pays partie au traité de l'OIEP*)

***WTO Member*** means a Member of the World Trade Organization as defined in subsection 2(1) of the *World Trade Organization Agreement Implementation Act*. (*membre de l'OMC*)

R.S., 1985, c. C-42, s. 2; R.S., 1985, c. 10 (4th Supp.), s. 1; 1988, c. 65, s. 61; 1992, c. 1, s. 145(F); 1993, c. 23, s. 1, c. 44, ss. 53, 79; 1994, c. 47, s. 56; 1995, c. 1, s. 62; 1997, c. 24, s. 1; 2012, c. 20, s. 2; 2014, c. 32, s. 2; 2018, c. 27, s. 280; 2020, c. 1, s. 23.

## Compilations

**2.1 (1)** A compilation containing two or more of the categories of literary, dramatic, musical or artistic works shall be deemed to be a compilation of the category making up the most substantial part of the compilation.

## Idem

**(2)** The mere fact that a work is included in a compilation does not increase, decrease or otherwise affect the protection conferred by this Act in respect of the copyright in the work or the moral rights in respect of the work.

1993, c. 44, s. 54.

---

d'enregistrements sonores ou de signaux de communication de plusieurs auteurs, artistes-interprètes, producteurs d'enregistrements sonores ou radiodiffuseurs et en vertu duquel elle établit les catégories d'utilisation qu'elle autorise au titre de la présente loi ainsi que les redevances et modalités afférentes;

**b)** la perception et la répartition des redevances à payer en vertu de la présente loi relativement à un répertoire d'œuvres, de prestations, d'enregistrements sonores ou de signaux de communication de plusieurs auteurs, artistes-interprètes, producteurs d'enregistrements sonores ou radiodiffuseurs. (*collective society*)

***télécommunication*** Vise toute transmission de signes, signaux, écrits, images, sons ou renseignements de toute nature par fil, radio, procédé visuel ou optique, ou autre système électromagnétique. (*telecommunication*)

***toute œuvre littéraire, dramatique, musicale ou artistique originale*** S'entend de toute production originale du domaine littéraire, scientifique ou artistique quels qu'en soient le mode ou la forme d'expression, tels les compilations, livres, brochures et autres écrits, les conférences, les œuvres dramatiques ou dramatico-musicales, les œuvres musicales, les traductions, les illustrations, les croquis et les ouvrages plastiques relatifs à la géographie, à la topographie, à l'architecture ou aux sciences. (*every original literary, dramatic, musical and artistic work*)

L.R. (1985), ch. C-42, art. 2; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 1; 1988, ch. 65, art. 61; 1992, ch. 1, art. 145(F); 1993, ch. 23, art. 1, ch. 44, art. 53 et 79; 1994, ch. 47, art. 56; 1995, ch. 1, art. 62; 1997, ch. 24, art. 1; 2012, ch. 20, art. 2; 2014, ch. 32, art. 2; 2018, ch. 27, art. 280; 2020, ch. 1, art. 23.

## Compilations

**2.1 (1)** La compilation d'œuvres de catégories diverses est réputée constituer une compilation de la catégorie représentant la partie la plus importante.

## Idem

**(2)** L'incorporation d'une œuvre dans une compilation ne modifie pas la protection conférée par la présente loi à l'œuvre au titre du droit d'auteur ou des droits moraux.

1993, ch. 44, art. 54.

---

*Copyright*
Interpretation
**Sections** 2.11-2.2

*Droit d'auteur*
Définitions et dispositions interprétatives
**Articles** 2.11-2.2

### Definition of *maker*

**2.11** For greater certainty, the arrangements referred to in paragraph (b) of the definition *maker* in section 2, as that term is used in section 19 and in the definition *eligible maker* in section 79, include arrangements for entering into contracts with performers, financial arrangements and technical arrangements required for the first fixation of the sounds for a sound recording.

1997, c. 24, s. 2.

### Definition of *publication*

**2.2 (1)** For the purposes of this Act, **publication** means

  **(a)** in relation to works,

    **(i)** making copies of a work available to the public,

    **(ii)** the construction of an architectural work, and

    **(iii)** the incorporation of an artistic work into an architectural work, and

  **(b)** in relation to sound recordings, making copies of a sound recording available to the public,

but does not include

  **(c)** the performance in public, or the communication to the public by telecommunication, of a literary, dramatic, musical or artistic work or a sound recording, or

  **(d)** the exhibition in public of an artistic work.

### Issue of photographs and engravings

**(2)** For the purpose of subsection (1), the issue of photographs and engravings of sculptures and architectural works is not deemed to be publication of those works.

### Where no consent of copyright owner

**(3)** For the purposes of this Act, other than in respect of infringement of copyright, a work or other subject-matter is not deemed to be published or performed in public or communicated to the public by telecommunication if that act is done without the consent of the owner of the copyright.

### Unpublished works

**(4)** Where, in the case of an unpublished work, the making of the work is extended over a considerable period, the conditions of this Act conferring copyright are deemed to have been complied with if the author was,

### Définition de *producteur*

**2.11** Il est entendu que pour l'application de l'article 19 et de la définition de *producteur admissible* à l'article 79, les opérations nécessaires visées à la définition de *producteur* à l'article 2 s'entendent des opérations liées à la conclusion des contrats avec les artistes-interprètes, au financement et aux services techniques nécessaires à la première fixation de sons dans le cas d'un enregistrement sonore.

1997, ch. 24, art. 2.

### Définition de *publication*

**2.2 (1)** Pour l'application de la présente loi, **publication** s'entend :

  **a)** à l'égard d'une œuvre, de la mise à la disposition du public d'exemplaires de l'œuvre, de l'édification d'une œuvre architecturale ou de l'incorporation d'une œuvre artistique à celle-ci;

  **b)** à l'égard d'un enregistrement sonore, de la mise à la disposition du public d'exemplaires de celui-ci.

Sont exclues de la publication la représentation ou l'exécution en public d'une œuvre littéraire, dramatique, musicale ou artistique ou d'un enregistrement sonore, leur communication au public par télécommunication ou l'exposition en public d'une œuvre artistique.

### Édition de photographies et de gravures

**(2)** Pour l'application du paragraphe (1), l'édition de photographies et de gravures de sculptures et d'œuvres architecturales n'est pas réputée être une publication de ces œuvres.

### Absence de consentement du titulaire du droit d'auteur

**(3)** Pour l'application de la présente loi — sauf relativement à la violation du droit d'auteur —, une œuvre ou un autre objet du droit d'auteur n'est pas réputé publié, représenté en public ou communiqué au public par télécommunication si le consentement du titulaire du droit d'auteur n'a pas été obtenu.

### Œuvre non publiée

**(4)** Quand, dans le cas d'une œuvre non publiée, la création de l'œuvre s'étend sur une période considérable, les conditions de la présente loi conférant le droit d'auteur sont réputées observées si l'auteur, pendant une partie

*Droit d'auteur*
Définitions et dispositions interprétatives
**Articles** 2.2-2.4

during any substantial part of that period, a subject or citizen of, or a person ordinarily resident in, a country to which this Act extends.

1997, c. 24, s. 2.

### Telecommunication

**2.3** A person who communicates a work or other subject-matter to the public by telecommunication does not by that act alone perform it in public, nor by that act alone is deemed to authorize its performance in public.

1997, c. 24, s. 2.

### Communication to the public by telecommunication

**2.4 (1)** For the purposes of communication to the public by telecommunication,

**(a)** persons who occupy apartments, hotel rooms or dwelling units situated in the same building are part of the public, and a communication intended to be received exclusively by such persons is a communication to the public;

**(b)** a person whose only act in respect of the communication of a work or other subject-matter to the public consists of providing the means of telecommunication necessary for another person to so communicate the work or other subject-matter does not communicate that work or other subject-matter to the public; and

**(c)** where a person, as part of

**(i)** a network, within the meaning of the *Broadcasting Act*, whose operations result in the communication of works or other subject-matter to the public, or

**(ii)** any programming undertaking whose operations result in the communication of works or other subject-matter to the public,

transmits by telecommunication a work or other subject-matter that is communicated to the public by another person who is not a retransmitter of a signal within the meaning of subsection 31(1), the transmission and communication of that work or other subject-matter by those persons constitute a single communication to the public for which those persons are jointly and severally liable.

### Communication to the public by telecommunication

**(1.1)** For the purposes of this Act, communication of a work or other subject-matter to the public by telecommunication includes making it available to the public by telecommunication in a way that allows a member of the

### Télécommunication

importante de cette période, était sujet, citoyen ou résident habituel d'un pays visé par la présente loi.

1997, ch. 24, art. 2.

### Télécommunication

**2.3** Quiconque communique au public par télécommunication une œuvre ou un autre objet du droit d'auteur ne les exécute ni ne les représente ni du fait de cela, ni n'est réputé, du seul fait de cette communication, autoriser une telle exécution ou représentation en public.

1997, ch. 24, art. 2.

### Communication au public par télécommunication

**2.4 (1)** Les règles qui suivent s'appliquent dans les cas de communication au public par télécommunication :

**a)** font partie du public les personnes qui occupent les locaux d'un même immeuble d'habitation, tel un appartement ou une chambre d'hôtel, et la communication qui leur est exclusivement destinée est une communication au public;

**b)** n'effectue pas une communication au public la personne qui ne fait que fournir à un tiers les moyens de télécommunication nécessaires pour que celui-ci l'effectue;

**c)** toute transmission par une personne par télécommunication, communiquée au public par une autre — sauf le retransmetteur d'un signal, au sens du paragraphe 31(1) — constitue une communication unique au public, ces personnes étant en l'occurrence solidaires, dès lors qu'elle s'effectue par suite de l'exploitation même d'un réseau au sens de la *Loi sur la radiodiffusion* ou d'une entreprise de programmation.

### Communication au public par télécommunication

**(1.1)** Pour l'application de la présente loi, constitue notamment une communication au public par télécommunication le fait de mettre à la disposition du public par télécommunication une œuvre ou un autre objet du droit

Copyright
Interpretation
**Sections** 2.4-2.7

Droit d'auteur
Définitions et dispositions interprétatives
**Articles** 2.4-2.7

public to have access to it from a place and at a time individually chosen by that member of the public.

### Regulations

**(2)** The Governor in Council may make regulations defining "programming undertaking" for the purpose of paragraph (1)(c).

### Exception

**(3)** A work is not communicated in the manner described in paragraph (1)(c) or 3(1)(f) where a signal carrying the work is retransmitted to a person who is a retransmitter within the meaning of subsection 31(1).

1997, c. 24, s. 2; 2002, c. 26, s. 1; 2012, c. 20, s. 3.

### What constitutes rental

**2.5 (1)** For the purposes of paragraphs 3(1)(h) and (i), 15(1)(c) and 18(1)(c), an arrangement, whatever its form, constitutes a rental of a computer program or sound recording if, and only if,

**(a)** it is in substance a rental, having regard to all the circumstances; and

**(b)** it is entered into with motive of gain in relation to the overall operations of the person who rents out the computer program or sound recording, as the case may be.

### Motive of gain

**(2)** For the purpose of paragraph (1)(b), a person who rents out a computer program or sound recording with the intention of recovering no more than the costs, including overhead, associated with the rental operations does not by that act alone have a motive of gain in relation to the rental operations.

1997, c. 24, s. 2.

### Exclusive distributor

**2.6** The Governor in Council may make regulations establishing distribution criteria for the purpose of paragraph (b) of the definition *exclusive distributor* in section 2.

1997, c. 24, s. 2.

### Exclusive licence

**2.7** For the purposes of this Act, an exclusive licence is an authorization to do any act that is subject to copyright to the exclusion of all others including the copyright owner, whether the authorization is granted by the owner or an exclusive licensee claiming under the owner.

1997, c. 24, s. 2.

d'auteur de manière que chacun puisse y avoir accès de l'endroit et au moment qu'il choisit individuellement.

### Règlement

**(2)** Le gouverneur en conseil peut, par règlement, définir « entreprise de programmation » pour l'application de l'alinéa (1)c).

### Restriction

**(3)** La retransmission d'un signal à un retransmetteur au sens du paragraphe 31(1) n'est pas visée par les alinéas (1)c) et 3(1)f).

1997, ch. 24, art. 2; 2002, ch. 26, art. 1; 2012, ch. 20, art. 3.

### Location

**2.5 (1)** Pour l'application des alinéas 3(1)h) et i), 15(1)c) et 18(1)c), équivaut à une location l'accord — quelle qu'en soit la forme et compte tenu des circonstances — qui en a la nature et qui est conclu avec l'intention de faire un gain dans le cadre des activités générales du loueur de programme d'ordinateur ou d'enregistrement sonore, selon le cas.

### Intention du loueur

**(2)** Il n'y a toutefois pas intention de faire un gain lorsque le loueur n'a que l'intention de recouvrer les coûts — frais généraux compris — afférents à la location.

1997, ch. 24, art. 2.

### Distributeur exclusif

**2.6** Le gouverneur en conseil peut, par règlement, fixer les critères de distribution pour l'application de la définition de *distributeur exclusif* figurant à l'article 2.

1997, ch. 24, art. 2.

### Licence exclusive

**2.7** Pour l'application de la présente loi, une licence exclusive est l'autorisation accordée au licencié d'accomplir un acte visé par un droit d'auteur de façon exclusive, qu'elle soit accordée par le titulaire du droit d'auteur ou par une personne déjà titulaire d'une licence exclusive; l'exclusion vise tous les titulaires.

1997, ch. 24, art. 2.

*Copyright*
**PART I** Copyright and Moral Rights in Works
**Section** 3

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les œuvres
**Article** 3

# PART I

# Copyright and Moral Rights in Works

## Copyright

### Copyright in works

**3 (1)** For the purposes of this Act, ***copyright***, in relation to a work, means the sole right to produce or reproduce the work or any substantial part thereof in any material form whatever, to perform the work or any substantial part thereof in public or, if the work is unpublished, to publish the work or any substantial part thereof, and includes the sole right

    **(a)** to produce, reproduce, perform or publish any translation of the work,

    **(b)** in the case of a dramatic work, to convert it into a novel or other non-dramatic work,

    **(c)** in the case of a novel or other non-dramatic work, or of an artistic work, to convert it into a dramatic work, by way of performance in public or otherwise,

    **(d)** in the case of a literary, dramatic or musical work, to make any sound recording, cinematograph film or other contrivance by means of which the work may be mechanically reproduced or performed,

    **(e)** in the case of any literary, dramatic, musical or artistic work, to reproduce, adapt and publicly present the work as a cinematographic work,

    **(f)** in the case of any literary, dramatic, musical or artistic work, to communicate the work to the public by telecommunication,

    **(g)** to present at a public exhibition, for a purpose other than sale or hire, an artistic work created after June 7, 1988, other than a map, chart or plan,

    **(h)** in the case of a computer program that can be reproduced in the ordinary course of its use, other than by a reproduction during its execution in conjunction with a machine, device or computer, to rent out the computer program,

    **(i)** in the case of a musical work, to rent out a sound recording in which the work is embodied, and

    **(j)** in the case of a work that is in the form of a tangible object, to sell or otherwise transfer ownership of the tangible object, as long as that ownership has

# PARTIE I

# Droit d'auteur et droits moraux sur les œuvres

## Droit d'auteur

### Droit d'auteur sur l'œuvre

**3 (1)** Le droit d'auteur sur l'œuvre comporte le droit exclusif de produire ou reproduire la totalité ou une partie importante de l'œuvre, sous une forme matérielle quelconque, d'en exécuter ou d'en représenter la totalité ou une partie importante en public et, si l'œuvre n'est pas publiée, d'en publier la totalité ou une partie importante; ce droit comporte, en outre, le droit exclusif :

    **a)** de produire, reproduire, représenter ou publier une traduction de l'œuvre;

    **b)** s'il s'agit d'une œuvre dramatique, de la transformer en un roman ou en une autre œuvre non dramatique;

    **c)** s'il s'agit d'un roman ou d'une autre œuvre non dramatique, ou d'une œuvre artistique, de transformer cette œuvre en une œuvre dramatique, par voie de représentation publique ou autrement;

    **d)** s'il s'agit d'une œuvre littéraire, dramatique ou musicale, d'en faire un enregistrement sonore, film cinématographique ou autre support, à l'aide desquels l'œuvre peut être reproduite, représentée ou exécutée mécaniquement;

    **e)** s'il s'agit d'une œuvre littéraire, dramatique, musicale ou artistique, de reproduire, d'adapter et de présenter publiquement l'œuvre en tant qu'œuvre cinématographique;

    **f)** de communiquer au public, par télécommunication, une œuvre littéraire, dramatique, musicale ou artistique;

    **g)** de présenter au public lors d'une exposition, à des fins autres que la vente ou la location, une œuvre artistique — autre qu'une carte géographique ou marine, un plan ou un graphique — créée après le 7 juin 1988;

    **h)** de louer un programme d'ordinateur qui peut être reproduit dans le cadre normal de son utilisation, sauf la reproduction effectuée pendant son exécution avec un ordinateur ou autre machine ou appareil;

    **i)** s'il s'agit d'une œuvre musicale, d'en louer tout enregistrement sonore;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 27 of 195

*Copyright*
**PART I** Copyright and Moral Rights in Works
Copyright
**Sections** 3-5

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les oeuvres
Droit d'auteur
**Articles** 3-5

never previously been transferred in or outside Canada with the authorization of the copyright owner,

and to authorize any such acts.

**Simultaneous fixing**

**(1.1)** A work that is communicated in the manner described in paragraph (1)(f) is fixed even if it is fixed simultaneously with its communication.

**(1.2) to (4)** [Repealed, 1997, c. 24, s. 3]

R.S., 1985, c. C-42, s. 3; R.S., 1985, c. 10 (4th Supp.), s. 2; 1988, c. 65, s. 62; 1993, c. 23, s. 2, c. 44, s. 55; 1997, c. 24, s. 3; 2012, c. 20, s. 4.

**4** [Repealed, 1997, c. 24, s. 4]

# Works in which Copyright may Subsist

**Conditions for subsistence of copyright**

**5 (1)** Subject to this Act, copyright shall subsist in Canada, for the term hereinafter mentioned, in every original literary, dramatic, musical and artistic work if any one of the following conditions is met:

**(a)** in the case of any work, whether published or unpublished, including a cinematographic work, the author was, at the date of the making of the work, a citizen or subject of, or a person ordinarily resident in, a treaty country;

**(b)** in the case of a cinematographic work, whether published or unpublished, the maker, at the date of the making of the cinematographic work,

**(i)** if a corporation, had its headquarters in a treaty country, or

**(ii)** if a natural person, was a citizen or subject of, or a person ordinarily resident in, a treaty country; or

**(c)** in the case of a published work, including a cinematographic work,

**(i)** in relation to subparagraph 2.2(1)(a)(i), the first publication in such a quantity as to satisfy the reasonable demands of the public, having regard to the nature of the work, occurred in a treaty country, or

**j)** s'il s'agit d'une œuvre sous forme d'un objet tangible, d'effectuer le transfert de propriété, notamment par vente, de l'objet, dans la mesure où la propriété de celui-ci n'a jamais été transférée au Canada ou à l'étranger avec l'autorisation du titulaire du droit d'auteur.

Est inclus dans la présente définition le droit exclusif d'autoriser ces actes.

**Fixation**

**(1.1)** Dans le cadre d'une communication effectuée au titre de l'alinéa (1)f), une œuvre est fixée même si sa fixation se fait au moment de sa communication.

**(1.2) à (4)** [Abrogés, 1997, ch. 24, art. 3]

L.R. (1985), c. C-42, art. 3; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 2; 1988, ch. 65, art. 62; 1993, ch. 23, art. 2, ch. 44, art. 55; 1997, ch. 24, art. 3; 2012, ch. 20, art. 4.

**4** [Abrogé, 1997, ch. 24, art. 4]

# Œuvres susceptibles de faire l'objet d'un droit d'auteur

**Conditions d'obtention du droit d'auteur**

**5 (1)** Sous réserve des autres dispositions de la présente loi, le droit d'auteur existe au Canada, pendant la durée mentionnée ci-après, sur toute œuvre littéraire, dramatique, musicale ou artistique originale si l'une des conditions suivantes est réalisée :

**a)** pour toute œuvre publiée ou non, y compris une œuvre cinématographique, l'auteur était, à la date de sa création, citoyen, sujet ou résident habituel d'un pays signataire;

**b)** dans le cas d'une œuvre cinématographique — publiée ou non —, à la date de sa création, le producteur était citoyen, sujet ou résident habituel d'un pays signataire ou avait son siège social dans un tel pays;

**c)** s'il s'agit d'une œuvre publiée, y compris une œuvre cinématographique, selon le cas :

**(i)** la mise à la disposition du public d'exemplaires de l'œuvre en quantité suffisante pour satisfaire la demande raisonnable du public, compte tenu de la nature de l'œuvre, a eu lieu pour la première fois dans un pays signataire,

**(ii)** l'édification d'une œuvre architecturale ou l'incorporation d'une œuvre artistique à celle-ci, a eu lieu pour la première fois dans un pays signataire.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 28 of 195

Copyright
PART I Copyright and Moral Rights in Works
Works in which Copyright may Subsist
Section 5

Droit d'auteur
PARTIE I Droit d'auteur et droits moraux sur les oeuvres
Oeuvres susceptibles de faire l'objet d'un droit d'auteur
Article 5

**(ii)** in relation to subparagraph 2.2(1)(a)(ii) or (iii), the first publication occurred in a treaty country.

### Protection for older works

**(1.01)** For the purposes of subsection (1), a country that becomes a Berne Convention country, a WCT country or a WTO Member after the date of the making or publication of a work is deemed to have been a Berne Convention country, a WCT country or a WTO Member, as the case may be, at that date, subject to subsection (1.02) and sections 33 to 33.2.

### Limitation

**(1.02)** Subsection (1.01) does not confer copyright protection in Canada on a work whose term of copyright protection in the country referred to in that subsection had expired before that country became a Berne Convention country, a WCT country or a WTO Member, as the case may be.

### Application of subsections (1.01) and (1.02)

**(1.03)** Subsections (1.01) and (1.02) apply, and are deemed to have applied, regardless of whether the country in question became a Berne Convention country, a WCT country or a WTO Member before or after the coming into force of those subsections.

### First publication

**(1.1)** The first publication described in subparagraph (1)(c)(i) or (ii) is deemed to have occurred in a treaty country notwithstanding that it in fact occurred previously elsewhere, if the interval between those two publications did not exceed thirty days.

### Idem

**(1.2)** Copyright shall not subsist in Canada otherwise than as provided by subsection (1), except in so far as the protection conferred by this Act is extended as hereinafter provided to foreign countries to which this Act does not extend.

### Minister may extend copyright to other countries

**(2)** Where the Minister certifies by notice, published in the *Canada Gazette*, that any country that is not a treaty country grants or has undertaken to grant, either by treaty, convention, agreement or law, to citizens of Canada, the benefit of copyright on substantially the same basis as to its own citizens or copyright protection substantially equal to that conferred by this Act, the country shall, for the purpose of the rights conferred by this Act, be treated as if it were a country to which this Act extends, and the Minister may give a certificate, notwithstanding that the remedies for enforcing the rights, or the restrictions on the importation of copies of

### Présomption

**(1.01)** Pour l'application du paragraphe (1), le pays qui devient un pays partie à la Convention de Berne ou au traité de l'ODA, ou un membre de l'OMC après la date de création ou de publication de l'œuvre est réputé l'être devenu, selon le cas, à cette date, sous réserve du paragraphe (1.02) et des articles 33 à 33.2.

### Réserve

**(1.02)** Le paragraphe (1.01) ne confère aucun droit à la protection d'une œuvre au Canada lorsque la durée de protection accordée par le pays visé a expiré avant que celui-ci ne devienne un pays partie à la Convention de Berne ou au traité de l'ODA, ou un membre de l'OMC, selon le cas.

### Application des paragraphes (1.01) et (1.02)

**(1.03)** Les paragraphes (1.01) et (1.02) s'appliquent et sont réputés avoir été applicables, que le pays en question soit devenu un pays partie à la Convention de Berne ou au traité de l'ODA, ou un membre de l'OMC avant ou après leur entrée en vigueur.

### Première publication

**(1.1)** Est réputée avoir été publiée pour la première fois dans un pays signataire l'œuvre qui y est publiée dans les trente jours qui suivent sa première publication dans un autre pays.

### Idem

**(1.2)** Le droit d'auteur n'existe au Canada qu'en application du paragraphe (1), sauf dans la mesure où la protection garantie par la présente loi est étendue, conformément aux prescriptions qui suivent, à des pays étrangers auxquels la présente loi ne s'applique pas.

### Étendue du droit d'auteur à d'autres pays

**(2)** Si le ministre certifie par avis, publié dans la *Gazette du Canada*, qu'un pays autre qu'un pays signataire accorde ou s'est engagé à accorder, par traité, convention, contrat ou loi, aux citoyens du Canada les avantages du droit d'auteur aux conditions sensiblement les mêmes qu'à ses propres citoyens, ou une protection de droit d'auteur réellement équivalente à celle que garantit la présente loi, ce pays est traité, pour l'objet des droits conférés par la présente loi, comme s'il était un pays tombant sous l'application de la présente loi; et il est loisible au ministre de délivrer ce certificat, bien que les recours pour assurer l'exercice du droit d'auteur, ou les

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les oeuvres
Oeuvres susceptibles de faire l'objet d'un droit d'auteur
**Articles** 5-6.2

works, under the law of such country, differ from those in this Act.

**(2.1)** [Repealed, 1994, c. 47, s. 57]

**(3) to (6)** [Repealed, 1997, c. 24, s. 5]

**Reciprocity protection preserved**

**(7)** For greater certainty, the protection to which a work is entitled by virtue of a notice published under subsection (2), or under that subsection as it read at any time before the coming into force of this subsection, is not affected by reason only of the country in question becoming a treaty country.

R.S., 1985, c. C-42, s. 5; 1993, c. 15, s. 2, c. 44, s. 57; 1994, c. 47, s. 57; 1997, c. 24, s. 5; 2001, c. 34, s. 34; 2012, c. 20, s. 5.

# Term of Copyright

**Term of copyright**

**6** Except as otherwise expressly provided by this Act, the term for which copyright subsists is the life of the author, the remainder of the calendar year in which the author dies, and a period of 70 years following the end of that calendar year.

R.S., 1985, c. C-42, s. 6; 1993, c. 44, s. 58; 2022, c. 10, s. 276.

**Anonymous and pseudonymous works**

**6.1 (1)** Except as provided in section 6.2 and in subsection (2), where the identity of the author of a work is unknown, copyright in the work shall subsist until the end of 75 years following the end of the calendar year in which the work is made. However, if the work is published before the copyright expires, the copyright continues until the earlier of the end of 75 years following the end of the calendar year in which the first publication occurs and 100 years following the end of the calendar year in which the work was made.

**Identity of author commonly known**

**(2)** Where, during any term referred to in subsection (1), the author's identity becomes commonly known, the term provided in section 6 applies.

1993, c. 44, s. 58; 2020, c. 1, s. 24.

**Anonymous and pseudonymous works of joint authorship**

**6.2 (1)** Except as provided in subsection (2), where the identity of all the authors of a work of joint authorship is unknown, copyright in the work shall subsist until the end of 75 years following the end of the calendar year in which the work is made. However, if the work is published before the copyright expires, the copyright

restrictions sur l'importation d'exemplaires des œuvres, aux termes de la loi de ce pays, diffèrent de ceux que prévoit la présente loi.

**(2.1)** [Abrogé, 1994, ch. 47, art. 57]

**(3) à (6)** [Abrogés, 1997, ch. 24, art. 5]

**Protection du certificat**

**(7)** Il est entendu que le fait, pour le pays visé, de devenir un pays signataire ne modifie en rien la protection conférée par l'avis publié conformément au paragraphe (2), en son état actuel ou en tout état antérieur à l'entrée en vigueur du présent paragraphe.

L.R. (1985), ch. C-42, art. 5; 1993, ch. 15, art. 2, ch. 44, art. 57; 1994, ch. 47, art. 57; 1997, ch. 24, art. 5; 2001, ch. 34, art. 34; 2012, ch. 20, art. 5.

# Durée du droit d'auteur

**Durée du droit d'auteur**

**6** Sauf disposition contraire expresse de la présente loi, le droit d'auteur subsiste pendant la vie de l'auteur, puis jusqu'à la fin de la soixante-dixième année suivant celle de son décès.

L.R. (1985), ch. C-42, art. 6; 1993, ch. 44, art. 58; 2022, ch. 10, art. 276.

**Œuvres anonymes et pseudonymes**

**6.1 (1)** Sous réserve du paragraphe (2) et de l'article 6.2, lorsque l'identité de l'auteur d'une œuvre n'est pas connue, le droit d'auteur expire à la fin de la soixante-quinzième année suivant l'année de la création de l'œuvre; toutefois, si l'œuvre est publiée avant l'expiration du droit d'auteur, celui-ci demeure jusqu'à la fin de la soixante-quinzième année suivant l'année de sa première publication ou, si elle lui est antérieure, la fin de la centième année suivant l'année de sa création.

**Identité généralement connue de l'auteur**

**(2)** Lorsque, durant toute période visée au paragraphe (1), l'identité de l'auteur devient généralement connue, l'article 6 s'applique en conséquence.

1993, ch. 44, art. 58; 2020, ch. 1, art. 24.

**Œuvres anonymes et pseudonymes de collaboration**

**6.2 (1)** Sous réserve du paragraphe (2), lorsque l'identité des coauteurs d'une œuvre créée en collaboration n'est pas connue, le droit d'auteur expire à la fin de la soixante-quinzième année suivant l'année de la création de l'œuvre; toutefois, si l'œuvre est publiée avant l'expiration du droit d'auteur, celui-ci demeure jusqu'à la fin

*Copyright*
**PART I** Copyright and Moral Rights in Works
Term of Copyright
**Sections** 6.2-7

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les oeuvres
Durée du droit d'auteur
**Articles** 6.2-7

continues until the earlier of the end of 75 years following the end of the calendar year in which the first publication occurs and 100 years following the end of the calendar year in which the work was made.

### Identity of author commonly known

**(2)** If, during any term referred to in subsection (1), the identity of one or more of the authors becomes commonly known, copyright subsists for the life of whichever of those authors dies last, the remainder of the calendar year in which that author dies and a period of 70 years following the end of that calendar year.

1993, c. 44, s. 58; 2020, c. 1, s. 24; 2022, c. 10, s. 277.

### Term of copyright in certain posthumous works

**7 (1)** Subject to subsection (2), in the case of a literary, dramatic or musical work, or an engraving, in which copyright subsists at the date of the death of the author — or, in the case of a work of joint authorship, at or immediately before the date of the death of the author who dies last — but which has not been published or, in the case of a lecture or a dramatic or musical work, been performed in public or communicated to the public by telecommunication, before that date, copyright subsists for the longer of

    **(a)** the period until publication, or performance in public or communication to the public by telecommunication, whichever may first happen, as well as the remainder of the calendar year of the publication or of the performance in public or communication to the public by telecommunication, as the case may be, and for a period of 50 years following the end of that calendar year, and

    **(b)** the life of the author — or, in the case of a work of joint authorship, the life of the author who dies last — as well as the remainder of the calendar year in which that author dies and a period of 70 years following the end of the calendar year in which that author dies.

### Application of subsection (1)

**(2)** Subsection (1) applies only if the work in question was published or performed in public or communicated to the public by telecommunication, as the case may be, before December 31, 1998.

### Transitional provision

**(3)** If a work was not published or performed in public or communicated to the public by telecommunication before December 31, 1998, if subsection (1) would apply to that work had it been published or performed in public or communicated to the public by telecommunication before that day, and if the relevant death referred to in

de la soixante-quinzième année suivant l'année de sa première publication ou, si elle lui est antérieure, la fin de la centième année suivant l'année de sa création.

### Identité généralement connue d'un coauteur

**(2)** Lorsque, durant toute période visée au paragraphe (1), l'identité d'un ou plusieurs des coauteurs devient généralement connue, le droit d'auteur subsiste pendant la vie du dernier survivant de ces auteurs, puis jusqu'à la fin de la soixante-dixième année suivant celle de son décès.

1993, ch. 44, art. 58; 2020, ch. 1, art. 24; 2022, ch. 10, art. 277.

### Durée du droit d'auteur sur certaines œuvres posthumes

**7 (1)** Sous réserve du paragraphe (2), lorsqu'une œuvre littéraire, dramatique ou musicale, ou une gravure, qui est encore protégée à la date de la mort de l'auteur ou, dans le cas d'une œuvre créée en collaboration, à la date de la mort de l'auteur qui décède le dernier n'a pas été publiée ni, en ce qui concerne une conférence ou une œuvre dramatique ou musicale, exécutée ou représentée en public ou communiquée au public par télécommunication avant cette date, le droit d'auteur subsiste, selon la plus longue des périodes suivantes :

    **a)** jusqu'à sa publication, ou jusqu'à son exécution ou sa représentation en public ou sa communication au public par télécommunication, selon l'événement qui se produit en premier lieu, puis jusqu'à la fin de la cinquantième année suivant celle de cette publication ou de cette exécution ou représentation en public ou communication au public par télécommunication;

    **b)** jusqu'à la fin de la soixante-dixième année suivant celle du décès de l'auteur ou, dans le cas d'une œuvre créée en collaboration, du dernier survivant des coauteurs.

### Application du paragraphe (1)

**(2)** Le paragraphe (1) ne s'applique que dans les cas où l'œuvre a été publiée, ou exécutée ou représentée en public ou communiquée au public par télécommunication, selon le cas, avant le 31 décembre 1998.

### Disposition transitoire

**(3)** L'œuvre, dans le cas où elle n'a pas été publiée, ou exécutée ou représentée en public ou communiquée au public par télécommunication avant le 31 décembre 1998, où le paragraphe (1) s'y appliquerait si elle l'avait été et où le décès mentionné au paragraphe (1) est survenu au cours des cinquante années précédant cette date,

Case 1:25-cv-00910-JMF     Document 26-7     Filed 02/28/25     Page 31 of 195

*Copyright*
**PART I** Copyright and Moral Rights in Works
Term of Copyright
**Sections** 7-11.1

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les oeuvres
Durée du droit d'auteur
**Articles** 7-11.1

subsection (1) occurred during the period of 50 years immediately before that day, copyright subsists in the work, whether or not the work is published or performed in public or communicated to the public by telecommunication on or after that day,

**(a)** until December 31, 2048; or

**(b)** for the life of the author — or, in the case of a work of joint authorship, the life of the author who dies last — as well as the remainder of the calendar year in which that author dies and a period of 70 years following the end of that calendar year, if that period ends after December 31, 2048.

R.S., 1985, c. C-42, s. 7; 1993, ch. 44, s. 58; 1997, c. 24, s. 6; 2022, c. 10, s. 278.

**8** [Repealed, 1993, c. 44, s. 59]

### Cases of joint authorship

**9** In the case of a work of joint authorship, except as provided in section 6.2 or subsection 7(1) or (3), copyright subsists during the life of the author who dies last, for the remainder of the calendar year in which that author dies, and for a period of 70 years following the end of that calendar year, and references in this Act to the period after the expiration of any specified number of years from the end of the calendar year of the death of the author shall be construed as references to the period after the expiration of the like number of years from the end of the calendar year of the death of the author who dies last.

R.S., 1985, c. C-42, s. 9; 1993, ch. 44, s. 60; 2020, c. 1, s. 25; 2022, c. 10, s. 279.

**10** [Repealed, 2012, c. 20, s. 6]

**11** [Repealed, 1997, c. 24, s. 8]

### Cinematographic works

**11.1** Except for cinematographic works in which the arrangement or acting form or the combination of incidents represented give the work a dramatic character, copyright in a cinematographic work or a compilation of cinematographic works shall subsist until the end of 70 years following the end of the calendar year in which the cinematographic work or the compilation is made. However, if the cinematographic work or the compilation is published before the copyright expires, the copyright continues until the earlier of the end of 75 years following the end of the calendar year in which the first publication occurs and 100 years following the end of the calendar year in which the cinematographic work or the compilation was made.

1993, c. 44, s. 60; 1997, c. 24, s. 9; 2020, c. 1, s. 26.

continue d'être protégée par le droit d'auteur, qu'elle soit ou non publiée, ou exécutée ou représentée en public ou communiquée au public par télécommunication à cette date ou après celle-ci, selon le cas :

**a)** jusqu'au 31 décembre 2048;

**b)** jusqu'à la fin de la soixante-dixième année suivant celle du décès de l'auteur ou, dans le cas d'une œuvre créée en collaboration, du dernier survivant des coauteurs, si cette période se termine après le 31 décembre 2048.

L.R. (1985), ch. C-42, art. 7; 1993, ch. 44, art. 58; 1997, ch. 24, art. 6; 2022, ch. 10, art. 278.

**8** [Abrogé, 1993, ch. 44, art. 59]

### Œuvres créées en collaboration

**9** Sous réserve de l'article 6.2 et des paragraphes 7(1) et (3), lorsqu'il s'agit d'une œuvre créée en collaboration, le droit d'auteur subsiste pendant la vie du dernier survivant des coauteurs, puis jusqu'à la fin de la soixante-dixième année suivant celle de son décès. Toute mention dans la présente loi de la période qui suit l'expiration d'un nombre spécifié d'années après l'année de la mort de l'auteur doit s'interpréter comme une mention de la période qui suit l'expiration d'un nombre égal d'années après l'année du décès du dernier survivant des coauteurs.

L.R. (1985), ch. C-42, art. 9; 1993, ch. 44, art. 60; 2020, ch. 1, art. 25; 2022, ch. 10, art. 279.

**10** [Abrogé, 2012, ch. 20, art. 6]

**11** [Abrogé, 1997, ch. 24, art. 8]

### Œuvre cinématographique

**11.1** Sauf dans le cas d'œuvres cinématographiques auxquelles les dispositifs de la mise en scène ou les combinaisons des incidents représentés donnent un caractère dramatique, le droit d'auteur sur une œuvre cinématographique ou une compilation d'œuvres cinématographiques expire à la fin de la soixante-dixième année suivant l'année de la création de l'œuvre ou de la compilation; toutefois, si l'œuvre ou la compilation est publiée avant l'expiration du droit d'auteur, celui-ci demeure jusqu'à la fin de la soixante-quinzième année suivant l'année de sa première publication ou, si elle lui est antérieure, la fin de la centième année suivant l'année de sa création.

1993, ch. 44, art. 60; 1997, ch. 24, art. 9; 2020, ch. 1, art. 26.

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les oeuvres
Durée du droit d'auteur
**Articles 12-13**

#### Where copyright belongs to Her Majesty

**12** Without prejudice to any rights or privileges of the Crown, where any work is, or has been, prepared or published by or under the direction or control of Her Majesty or any government department, the copyright in the work shall, subject to any agreement with the author, belong to Her Majesty and in that case shall continue for the remainder of the calendar year of the first publication of the work and for a period of fifty years following the end of that calendar year.

R.S., 1985, c. C-42, s. 12; 1993, c. 44, s. 60.

## Ownership of Copyright

#### Ownership of copyright

**13 (1)** Subject to this Act, the author of a work shall be the first owner of the copyright therein.

**(2)** [Repealed, 2012, c. 20, s. 7]

#### Work made in the course of employment

**(3)** Where the author of a work was in the employment of some other person under a contract of service or apprenticeship and the work was made in the course of his employment by that person, the person by whom the author was employed shall, in the absence of any agreement to the contrary, be the first owner of the copyright, but where the work is an article or other contribution to a newspaper, magazine or similar periodical, there shall, in the absence of any agreement to the contrary, be deemed to be reserved to the author a right to restrain the publication of the work, otherwise than as part of a newspaper, magazine or similar periodical.

#### Assignments and licences

**(4)** The owner of the copyright in any work may assign the right, either wholly or partially, and either generally or subject to limitations relating to territory, medium or sector of the market or other limitations relating to the scope of the assignment, and either for the whole term of the copyright or for any other part thereof, and may grant any interest in the right by licence, but no assignment or grant is valid unless it is in writing signed by the owner of the right in respect of which the assignment or grant is made, or by the owner's duly authorized agent.

#### Ownership in case of partial assignment

**(5)** Where, under any partial assignment of copyright, the assignee becomes entitled to any right comprised in copyright, the assignee, with respect to the rights so assigned, and the assignor, with respect to the rights not assigned, shall be treated for the purposes of this Act as

#### Quand le droit d'auteur appartient à Sa Majesté

**12** Sous réserve de tous les droits ou privilèges de la Couronne, le droit d'auteur sur les œuvres préparées ou publiées par l'entremise, sous la direction ou la surveillance de Sa Majesté ou d'un ministère du gouvernement, appartient, sauf stipulation conclue avec l'auteur, à Sa Majesté et, dans ce cas, il subsiste jusqu'à la fin de la cinquantième année suivant celle de la première publication de l'œuvre.

L.R. (1985), ch. C-42, art. 12; 1993, ch. 44, art. 60.

## Possession du droit d'auteur

#### Possession du droit d'auteur

**13 (1)** Sous réserve des autres dispositions de la présente loi, l'auteur d'une œuvre est le premier titulaire du droit d'auteur sur cette œuvre.

**(2)** [Abrogé, 2012, ch. 20, art. 7]

#### Œuvre exécutée dans l'exercice d'un emploi

**(3)** Lorsque l'auteur est employé par une autre personne en vertu d'un contrat de louage de service ou d'apprentissage, et que l'œuvre est exécutée dans l'exercice de cet emploi, l'employeur est, à moins de stipulation contraire, le premier titulaire du droit d'auteur; mais lorsque l'œuvre est un article ou une autre contribution, à un journal, à une revue ou à un périodique du même genre, l'auteur, en l'absence de convention contraire, est réputé posséder le droit d'interdire la publication de cette œuvre ailleurs que dans un journal, une revue ou un périodique semblable.

#### Cession et licences

**(4)** Le titulaire du droit d'auteur sur une œuvre peut céder ce droit, en totalité ou en partie, d'une façon générale ou avec des restrictions relatives au territoire, au support matériel, au secteur du marché ou à la portée de la cession, pour la durée complète ou partielle de la protection; il peut également concéder, par une licence, un intérêt quelconque dans ce droit; mais la cession ou la concession n'est valable que si elle est rédigée par écrit et signée par le titulaire du droit qui en fait l'objet, ou par son agent dûment autorisé.

#### Possession dans le cas de cession partielle

**(5)** Lorsque, en vertu d'une cession partielle du droit d'auteur, le cessionnaire est investi d'un droit quelconque compris dans le droit d'auteur, sont traités comme titulaires du droit d'auteur, pour l'application de la présente loi, le cessionnaire, en ce qui concerne les droits cédés, et le cédant, en ce qui concerne les droits non cédés, les

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 33 of 195

*Copyright*
**PART I** Copyright and Moral Rights in Works
Ownership of Copyright
**Sections 13-14.1**

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les oeuvres
Possession du droit d'auteur
**Articles 13-14.1**

the owner of the copyright, and this Act has effect accordingly.

### Assignment of right of action

**(6)** For greater certainty, it is deemed always to have been the law that a right of action for infringement of copyright may be assigned in association with the assignment of the copyright or the grant of an interest in the copyright by licence.

### Exclusive licence

**(7)** For greater certainty, it is deemed always to have been the law that a grant of an exclusive licence in a copyright constitutes the grant of an interest in the copyright by licence.

R.S., 1985, c. C-42, s. 13; 1997, c. 24, s. 10; 2012, c. 20, s. 7.

### Limitation where author is first owner of copyright

**14 (1)** Where the author of a work is the first owner of the copyright therein, no assignment of the copyright and no grant of any interest therein, made by him, otherwise than by will, after June 4, 1921, is operative to vest in the assignee or grantee any rights with respect to the copyright in the work beyond the expiration of twenty-five years from the death of the author, and the reversionary interest in the copyright expectant on the termination of that period shall, on the death of the author, notwithstanding any agreement to the contrary, devolve on his legal representatives as part of the estate of the author, and any agreement entered into by the author as to the disposition of such reversionary interest is void.

### Restriction

**(2)** Nothing in subsection (1) shall be construed as applying to the assignment of the copyright in a collective work or a licence to publish a work or part of a work as part of a collective work.

**(3)** [Repealed, 1997, c. 24, s. 11]

**(4)** [Repealed, R.S., 1985, c. 10 (4th Supp.), s. 3]

R.S., 1985, c. C-42, s. 14; R.S., 1985, c. 10 (4th Supp.), s. 3; 1997, c. 24, s. 11.

**14.01** [Repealed, 1997, c. 24, s. 12]

# Moral Rights

### Moral rights

**14.1 (1)** The author of a work has, subject to section 28.2, the right to the integrity of the work and, in connection with an act mentioned in section 3, the right, where reasonable in the circumstances, to be associated with

dispositions de la présente loi recevant leur application en conséquence.

### Cession d'un droit de recours

**(6)** Il est entendu que la cession du droit d'action pour violation du droit d'auteur est réputée avoir toujours pu se faire en relation avec la cession du droit d'auteur ou la concession par licence de l'intérêt dans celui-ci.

### Licence exclusive

**(7)** Il est entendu que la concession d'une licence exclusive sur un droit d'auteur est réputée toujours avoir valu concession par licence d'un intérêt dans ce droit d'auteur.

L.R. (1985), ch. C-42, art. 13; 1997, ch. 24, art. 10; 2012, ch. 20, art. 7.

### Limitation dans le cas où l'auteur est le premier possesseur du droit d'auteur

**14 (1)** Lorsque l'auteur d'une œuvre est le premier titulaire du droit d'auteur sur cette œuvre, aucune cession du droit d'auteur ni aucune concession d'un intérêt dans ce droit, faite par lui — autrement que par testament — après le 4 juin 1921, n'a l'effet d'investir le cessionnaire ou le concessionnaire d'un droit quelconque, à l'égard du droit d'auteur sur l'œuvre, pendant plus de vingt-cinq ans à compter de la mort de l'auteur; la réversibilité du droit d'auteur, en expectative à la fin de cette période, est dévolue, à la mort de l'auteur, nonobstant tout arrangement contraire, à ses représentants légaux comme faisant partie de ses biens; toute stipulation conclue par lui concernant la disposition d'un tel droit de réversibilité est nulle.

### Restriction

**(2)** Le paragraphe (1) ne doit pas s'interpréter comme s'appliquant à la cession du droit d'auteur sur un recueil ou à une licence de publier une œuvre, en totalité ou en partie, à titre de contribution à un recueil.

**(3)** [Abrogé, 1997, ch. 24, art. 11]

**(4)** [Abrogé, L.R. (1985), ch. 10 (4e suppl.), art. 3]

L.R. (1985), ch. C-42, art. 14; L.R. (1985), ch. 10 (4e suppl.), art. 3; 1997, ch. 24, art. 11.

**14.01** [Abrogé, 1997, ch. 24, art. 12]

# Droits moraux

### Droits moraux

**14.1 (1)** L'auteur d'une œuvre a le droit, sous réserve de l'article 28.2, à l'intégrité de l'œuvre et, à l'égard de tout acte mentionné à l'article 3, le droit, compte tenu des

*Droit d'auteur*
**PARTIE I** Droit d'auteur et droits moraux sur les oeuvres
Droits moraux
**Articles** 14.1-14.2

the work as its author by name or under a pseudonym and the right to remain anonymous.

### No assignment of moral rights

**(2)** Moral rights may not be assigned but may be waived in whole or in part.

### No waiver by assignment

**(3)** An assignment of copyright in a work does not by that act alone constitute a waiver of any moral rights.

### Effect of waiver

**(4)** Where a waiver of any moral right is made in favour of an owner or a licensee of copyright, it may be invoked by any person authorized by the owner or licensee to use the work, unless there is an indication to the contrary in the waiver.

R.S., 1985, c. 10 (4th Supp.), s. 4.

### Term

**14.2 (1)** Moral rights in respect of a work subsist for the same term as the copyright in the work.

### Succession

**(2)** The moral rights in respect of a work pass, on the death of its author, to

**(a)** the person to whom those rights are specifically bequeathed;

**(b)** where there is no specific bequest of those moral rights and the author dies testate in respect of the copyright in the work, the person to whom that copyright is bequeathed; or

**(c)** where there is no person described in paragraph (a) or (b), the person entitled to any other property in respect of which the author dies intestate.

### Subsequent succession

**(3)** Subsection (2) applies, with such modifications as the circumstances require, on the death of any person who holds moral rights.

R.S., 1985, c. 10 (4th Supp.), s. 4; 1997, c. 24, s. 13.

usages raisonnables, d'en revendiquer, même sous pseudonyme, la création, ainsi que le droit à l'anonymat.

### Incessibilité

**(2)** Les droits moraux sont incessibles; ils sont toutefois susceptibles de renonciation, en tout ou en partie.

### Portée de la cession

**(3)** La cession du droit d'auteur n'emporte pas renonciation automatique aux droits moraux.

### Effet de la renonciation

**(4)** La renonciation au bénéfice du titulaire du droit d'auteur ou du détenteur d'une licence peut, à moins d'une stipulation contraire, être invoquée par quiconque est autorisé par l'un ou l'autre à utiliser l'œuvre.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 4.

### Durée

**14.2 (1)** Les droits moraux sur une œuvre ont la même durée que le droit d'auteur sur celle-ci.

### Décès

**(2)** Au décès de l'auteur, les droits moraux sont dévolus à son légataire ou, à défaut de disposition testamentaire expresse, soit au légataire du droit d'auteur, soit, en l'absence d'un tel légataire, aux héritiers de l'auteur.

### Dévolutions subséquentes

**(3)** Le paragraphe (2) s'applique, avec les adaptations nécessaires, à toute dévolution subséquente.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 4; 1997, ch. 24, art. 13.

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
**Article** 15

**PART II**

# Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances

## Performers' Rights

### Copyright

**Copyright in performer's performance**

**15 (1)** Subject to subsection (2), a performer has a copyright in the performer's performance, consisting of the sole right to do the following in relation to the performer's performance or any substantial part thereof:

    **(a)** if it is not fixed,

        **(i)** to communicate it to the public by telecommunication,

        **(ii)** to perform it in public, where it is communicated to the public by telecommunication otherwise than by communication signal, and

        **(iii)** to fix it in any material form,

    **(b)** if it is fixed,

        **(i)** to reproduce any fixation that was made without the performer's authorization,

        **(ii)** where the performer authorized a fixation, to reproduce any reproduction of that fixation, if the reproduction being reproduced was made for a purpose other than that for which the performer's authorization was given, and

        **(iii)** where a fixation was permitted under Part III or VIII, to reproduce any reproduction of that fixation, if the reproduction being reproduced was made for a purpose other than one permitted under Part III or VIII, and

    **(c)** to rent out a sound recording of it,

and to authorize any such acts.

**Copyright in performer's performance**

**(1.1)** Subject to subsections (2.1) and (2.2), a performer's copyright in the performer's performance consists of the

**PARTIE II**

# Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations

## Droits de l'artiste-interprète

### Droit d'auteur

**Droit d'auteur sur la prestation**

**15 (1)** Sous réserve du paragraphe (2), l'artiste-interprète a un droit d'auteur qui comporte le droit exclusif, à l'égard de sa prestation ou de toute partie importante de celle-ci :

    **a)** si elle n'est pas déjà fixée :

        **(i)** de la communiquer au public par télécommunication,

        **(ii)** de l'exécuter en public lorsqu'elle est ainsi communiquée autrement que par signal de communication,

        **(iii)** de la fixer sur un support matériel quelconque;

    **b)** d'en reproduire :

        **(i)** toute fixation faite sans son autorisation,

        **(ii)** lorsqu'il en a autorisé la fixation, toute reproduction de celle-ci faite à des fins autres que celles visées par cette autorisation,

        **(iii)** lorsqu'une fixation est permise en vertu des parties III ou VIII, toute reproduction de celle-ci faite à des fins autres que celles prévues par ces parties;

    **c)** d'en louer l'enregistrement sonore.

Il a aussi le droit d'autoriser ces actes.

**Droit d'auteur sur la prestation**

**(1.1)** Sous réserve des paragraphes (2.1) et (2.2), l'artiste-interprète a un droit d'auteur qui comporte le droit

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Performers' Rights
Copyright
**Section** 15

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Droits de l'artiste-interprète
Droit d'auteur
**Article** 15

sole right to do the following acts in relation to the performer's performance or any substantial part of it and to authorize any of those acts:

**(a)** if it is not fixed,

**(i)** to communicate it to the public by telecommunication,

**(ii)** to perform it in public, if it is communicated to the public by telecommunication otherwise than by communication signal, and

**(iii)** to fix it in any material form;

**(b)** if it is fixed in a sound recording, to reproduce that fixation;

**(c)** to rent out a sound recording of it;

**(d)** to make a sound recording of it available to the public by telecommunication in a way that allows a member of the public to have access to the sound recording from a place and at a time individually chosen by that member of the public and to communicate the sound recording to the public by telecommunication in that way; and

**(e)** if it is fixed in a sound recording that is in the form of a tangible object, to sell or otherwise transfer ownership of the tangible object, as long as that ownership has never previously been transferred in or outside Canada with the authorization of the owner of the copyright in the performer's performance.

### Conditions

**(2)** Subsection (1) applies only if the performer's performance

**(a)** takes place in Canada or in a Rome Convention country;

**(b)** is fixed in

**(i)** a sound recording whose maker, at the time of the first fixation,

**(A)** if a natural person, was a Canadian citizen or permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act*, or a citizen or permanent resident of a Rome Convention country, or

**(B)** if a corporation, had its headquarters in Canada or in a Rome Convention country, or

exclusif, à l'égard de sa prestation ou de toute partie importante de celle-ci :

**a)** si elle n'est pas déjà fixée :

**(i)** de la communiquer au public par télécommunication,

**(ii)** de l'exécuter en public lorsqu'elle est ainsi communiquée autrement que par signal de communication,

**(iii)** de la fixer sur un support matériel quelconque;

**b)** de la reproduire lorsqu'elle a été fixée au moyen d'un enregistrement sonore;

**c)** d'en louer l'enregistrement sonore;

**d)** d'en mettre l'enregistrement sonore à la disposition du public et de le lui communiquer, par télécommunication, de manière que chacun puisse y avoir accès de l'endroit et au moment qu'il choisit individuellement;

**e)** lorsque la prestation est fixée au moyen d'un enregistrement sonore sous forme d'un objet tangible, d'effectuer le transfert de propriété, notamment par vente, de l'objet, dans la mesure où la propriété de celui-ci n'a jamais été transférée au Canada ou à l'étranger avec l'autorisation du titulaire du droit d'auteur sur la prestation.

Il a aussi le droit d'autoriser ces actes.

### Conditions

**(2)** La prestation visée au paragraphe (1) doit être, selon le cas :

**a)** exécutée au Canada ou dans un pays partie à la Convention de Rome;

**b)** fixée au moyen d'un enregistrement sonore dont le producteur, lors de la première fixation, soit est un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* ou un citoyen ou un résident permanent d'un pays partie à la Convention de Rome, soit, s'il s'agit d'une personne morale, a son siège social au Canada ou dans un tel pays, ou fixée au moyen d'un enregistrement sonore publié pour la première fois au Canada ou dans un pays partie à la Convention de Rome en quantité suffisante pour satisfaire la demande raisonnable du public;

**c)** transmise en direct par signal de communication émis à partir du Canada ou d'un pays partie à la

Case 1:25-cv-00910-JMF   Document 26-7   Filed 02/28/25   Page 37 of 195

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Performers' Rights
Copyright
**Section** 15

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Droits de l'artiste-interprète
Droit d'auteur
**Article** 15

**(ii)** a sound recording whose first publication in such a quantity as to satisfy the reasonable demands of the public occurred in Canada or in a Rome Convention country; or

**(c)** is transmitted at the time of the performer's performance by a communication signal broadcast from Canada or a Rome Convention country by a broadcaster that has its headquarters in the country of broadcast.

### Conditions for copyright

**(2.1)** Subsection (1.1) applies if

**(a)** the performer's performance takes place in Canada;

**(b)** the performer's performance is fixed in

  **(i)** a sound recording whose maker, at the time of its first fixation,

    **(A)** was a Canadian citizen or permanent resident as defined in subsection 2(1) of the *Immigration and Refugee Protection Act*, in the case of a natural person, or

    **(B)** had its headquarters in Canada, in the case of a corporation, or

  **(ii)** a sound recording whose first publication in a quantity sufficient to satisfy the reasonable demands of the public occurred in Canada; or

**(c)** the performer's performance is transmitted at the time of its performance by a communication signal broadcast from Canada by a broadcaster that has its headquarters in Canada.

### Conditions for copyright

**(2.2)** Subsection (1.1) also applies if

**(a)** the performer's performance takes place in a WPPT country;

**(b)** the performer's performance is fixed in

  **(i)** a sound recording whose maker, at the time of its first fixation,

    **(A)** was a citizen or permanent resident of a WPPT country, in the case of a natural person, or

    **(B)** had its headquarters in a WPPT country, in the case of a corporation, or

Convention de Rome par un radiodiffuseur dont le siège social est situé dans le pays d'émission.

### Autres conditions

**(2.1)** Le paragraphe (1.1) s'applique lorsque la prestation, selon le cas :

**a)** est exécutée au Canada;

**b)** est fixée au moyen d'un enregistrement sonore dont le producteur, lors de la première fixation, soit est un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés*, soit, s'il s'agit d'une personne morale, a son siège social au Canada, ou est fixée au moyen d'un enregistrement sonore dont la première publication en quantité suffisante pour satisfaire la demande raisonnable du public a eu lieu au Canada;

**c)** est transmise en direct par signal de communication émis à partir du Canada par un radiodiffuseur dont le siège social est situé au Canada.

### Autres conditions

**(2.2)** Le paragraphe (1.1) s'applique également lorsque la prestation, selon le cas :

**a)** est exécutée dans un pays partie au traité de l'OIEP;

**b)** est fixée au moyen d'un enregistrement sonore dont le producteur, lors de la première fixation, soit est un citoyen ou un résident permanent d'un pays partie au traité de l'OIEP, soit, s'il s'agit d'une personne morale, a son siège social dans un tel pays, ou est fixée au moyen d'un enregistrement sonore dont la première publication en quantité suffisante pour satisfaire la demande raisonnable du public a eu lieu dans un pays partie au traité de l'OIEP;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 38 of 195

*Copyright*
PART II Copyright in Performers' Performances, Sound Recordings and Communication
Signals and Moral Rights in Performers' Performances
Performers' Rights
Copyright
**Sections 15-17**

*Droit d'auteur*
PARTIE II Droit d'auteur sur les prestations, enregistrements sonores et signaux de
communication et droits moraux sur les prestations
Droits de l'artiste-interprète
Droit d'auteur
**Articles 15-17**

**(ii)** a sound recording whose first publication in a quantity sufficient to satisfy the reasonable demands of the public occurred in a WPPT country; or

**(c)** the performer's performance is transmitted at the time of its performance by a communication signal broadcast from a WPPT country by a broadcaster that has its headquarters in that country.

**Publication**

**(3)** The first publication is deemed to have occurred in a country referred to in paragraph (2)(b) notwithstanding that it in fact occurred previously elsewhere, if the interval between those two publications does not exceed thirty days.

**Publication**

**(4)** The first publication of a sound recording is deemed to have occurred in a WPPT country, despite an earlier publication elsewhere, if the interval between the publication in that WPPT country and the earlier publication does not exceed 30 days.

R.S., 1985, c. C-42, s. 15; 1993, c. 44, s. 61; 1997, c. 24, s. 14; 2001, c. 27, s. 235; 2012, c. 20, s. 9.

**Contractual arrangements**

**16** Nothing in section 15 prevents the performer from entering into a contract governing the use of the performer's performance for the purpose of broadcasting, fixation or retransmission.

R.S., 1985, c. C-42, s. 16; 1994, c. 47, s. 59; 1997, c. 24, s. 14.

**Cinematographic works**

**17 (1)** Where the performer authorizes the embodiment of the performer's performance in a cinematographic work, the performer may no longer exercise, in relation to the performance where embodied in that cinematographic work, the copyright referred to in subsection 15(1).

**Right to remuneration**

**(2)** Where there is an agreement governing the embodiment referred to in subsection (1) and that agreement provides for a right to remuneration for the reproduction, performance in public or communication to the public by telecommunication of the cinematographic work, the performer may enforce that right against

**(a)** the other party to the agreement or, if that party assigns the agreement, the assignee, and

**(b)** any other person who

**c)** est transmise en direct par signal de communication émis à partir d'un pays partie au traité de l'OIEP par un radiodiffuseur dont le siège social est situé dans le pays d'émission.

**Première publication**

**(3)** Est réputé avoir été publié pour la première fois dans un pays visé à l'alinéa (2)b) l'enregistrement sonore qui y est publié dans les trente jours qui suivent sa première publication dans un autre pays.

**Publication**

**(4)** Est réputé avoir été publié pour la première fois dans un pays partie au traité de l'OIEP l'enregistrement sonore qui y est publié dans les trente jours qui suivent sa première publication dans un autre pays.

L.R. (1985), ch. C-42, art. 15; 1993, ch. 44, art. 61; 1997, ch. 24, art. 14; 2001, ch. 27, art. 235; 2012, ch. 20, art. 9.

**Modalités contractuelles**

**16** L'article 15 n'a pas pour effet d'empêcher l'artiste-interprète de prévoir, par contrat, les modalités d'utilisation de sa prestation aux fins de radiodiffusion, de fixation ou de retransmission.

L.R. (1985), ch. C-42, art. 16; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14.

**Œuvre cinématographique**

**17 (1)** Dès lors qu'il autorise l'incorporation de sa prestation dans une œuvre cinématographique, l'artiste-interprète ne peut plus exercer, à l'égard de la prestation ainsi incorporée, le droit d'auteur visé au paragraphe 15(1).

**Droit à rémunération**

**(2)** Lorsqu'une telle incorporation fait l'objet d'un contrat qui prévoit un droit à rémunération pour la reproduction, l'exécution en public ou la communication au public par télécommunication de l'œuvre cinématographique, l'artiste-interprète peut revendiquer ce droit auprès de l'autre partie contractante ou de tout cessionnaire du contrat ou auprès de toute autre personne qui est titulaire du droit d'auteur en ce qui touche la reproduction, l'exécution en public ou la communication au public par télécommunication de l'œuvre et qui, de fait, reproduit ou exécute en public l'œuvre ou la communique au public par télécommunication; cette partie contractante ou ce cessionnaire et ce titulaire du droit

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Performers' Rights
Copyright
**Sections 17-17.1**

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Droits de l'artiste-interprète
Droit d'auteur
**Articles 17-17.1**

**(i)** owns the copyright in the cinematographic work governing the reproduction of the cinematographic work, its performance in public or its communication to the public by telecommunication, and

**(ii)** reproduces the cinematographic work, performs it in public or communicates it to the public by telecommunication,

and persons referred to in paragraphs (a) and (b) are jointly and severally liable to the performer in respect of the remuneration relating to that copyright.

#### Application of subsection (2)

**(3)** Subsection (2) applies only if the performer's performance is embodied in a prescribed cinematographic work.

#### Exception

**(4)** If so requested by a country that is a party to the Canada–United States–Mexico Agreement, the Minister may, by a statement published in the *Canada Gazette*, grant the benefits conferred by this section, subject to any terms and conditions specified in the statement, to performers who are nationals of that country or another country that is a party to that Agreement or are Canadian citizens or permanent residents within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* and whose performer's performances are embodied in works other than the prescribed cinematographic works referred to in subsection (3).

R.S., 1985, c. C-42, s. 17; 1994, c. 47, s. 59; 1997, c. 24, s. 14; 2001, c. 27, s. 236; 2020, c. 1, s. 27.

## Moral Rights

#### Moral rights

**17.1 (1)** In the cases referred to in subsections 15(2.1) and (2.2), a performer of a live aural performance or a performance fixed in a sound recording has, subject to subsection 28.2(1), the right to the integrity of the performance, and — in connection with an act mentioned in subsection 15(1.1) or one for which the performer has a right to remuneration under section 19 — the right, if it is reasonable in the circumstances, to be associated with the performance as its performer by name or under a pseudonym and the right to remain anonymous.

#### No assignment of moral rights

**(2)** Moral rights may not be assigned but may be waived in whole or in part.

d'auteur sont solidairement responsables envers l'artiste-interprète du paiement de la rémunération afférente au droit d'auteur visé.

#### Application du paragraphe (2)

**(3)** Le paragraphe (2) s'applique si la prestation de l'artiste-interprète est incorporée dans une œuvre cinématographique qui est une production définie par règlement.

#### Exception

**(4)** Sur demande d'un pays partie à l'Accord Canada–États-Unis–Mexique, le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, accorder, aux conditions qu'il peut préciser dans cette déclaration, les avantages conférés par le présent article aux artistes-interprètes — ressortissants de ce pays ou d'un autre pays partie à cet accord, ou citoyens canadiens ou résidents permanents au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* — dont les prestations sont incorporées dans des œuvres cinématographiques qui sont des productions non visées par le paragraphe (3).

L.R. (1985), ch. C-42, art. 17; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14; 2001, ch. 27, art. 236; 2020, ch. 1, art. 27.

## Droits moraux

#### Droits moraux

**17.1 (1)** Dans les cas visés aux paragraphes 15(2.1) et (2.2), l'artiste-interprète a, sous réserve du paragraphe 28.2(1), le droit à l'intégrité de sa prestation exécutée en direct ou de sa prestation fixée au moyen d'un enregistrement sonore et, à l'égard de tout acte mentionné au paragraphe 15(1.1) ou pour lequel il a droit à une rémunération en vertu de l'article 19, le droit, compte tenu des usages raisonnables, de revendiquer la création de la prestation, même sous pseudonyme, ainsi que le droit à l'anonymat.

#### Incessibilité

**(2)** Les droits moraux sont incessibles; ils sont toutefois susceptibles de renonciation, en tout ou en partie.

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication
Signals and Moral Rights in Performers' Performances
Performers' Rights
Moral Rights
**Sections 17.1-18**

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de
communication et droits moraux sur les prestations
Droits de l'artiste-interprète
Droits moraux
**Articles 17.1-18**

### No waiver by assignment

**(3)** An assignment of copyright in a performer's performance does not by itself constitute a waiver of any moral rights.

### Effect of waiver

**(4)** If a waiver of any moral right is made in favour of an owner or a licensee of a copyright, it may be invoked by any person authorized by the owner or licensee to use the performer's performance, unless there is an indication to the contrary in the waiver.

2012, c. 20, s. 10.

### Application and term

**17.2 (1)** Subsection 17.1(1) applies only in respect of a performer's performance that occurs after the coming into force of that subsection. The moral rights subsist for the same term as the copyright in that performer's performance.

### Succession

**(2)** The moral rights in respect of a performer's performance pass, on the performer's death, to

   **(a)** the person to whom those rights are specifically bequeathed;

   **(b)** if there is not a specific bequest of those moral rights and the performer dies testate in respect of the copyright in the performer's performance, the person to whom that copyright is bequeathed; or

   **(c)** if there is not a person as described in paragraph (a) or (b), the person entitled to any other property in respect of which the performer dies intestate.

### Subsequent succession

**(3)** Subsection (2) applies, with any modifications that the circumstances require, on the death of any person who holds moral rights.

2012, c. 20, s. 10.

# Rights of Sound Recording Makers

### Copyright in sound recordings

**18 (1)** Subject to subsection (2), the maker of a sound recording has a copyright in the sound recording, consisting of the sole right to do the following in relation to the sound recording or any substantial part thereof:

   **(a)** to publish it for the first time,

### Portée de la cession

**(3)** La cession du droit d'auteur sur la prestation de l'artiste-interprète n'emporte pas renonciation automatique aux droits moraux.

### Effet de la renonciation

**(4)** La renonciation au bénéfice du titulaire du droit d'auteur ou du détenteur d'une licence peut, à moins d'une stipulation contraire, être invoquée par quiconque est autorisé par l'un ou l'autre à utiliser la prestation.

2012, ch. 20, art. 10.

### Application et durée

**17.2 (1)** Le paragraphe 17.1(1) s'applique uniquement dans le cas d'une prestation exécutée après son entrée en vigueur. Les droits moraux sur la prestation ont la même durée que le droit d'auteur sur celle-ci.

### Décès

**(2)** Au décès de l'artiste-interprète, les droits moraux sont dévolus au légataire de ces droits ou, à défaut de disposition testamentaire expresse, soit au légataire du droit d'auteur, soit, en l'absence d'un tel légataire, aux héritiers légaux de l'artiste-interprète.

### Dévolutions subséquentes

**(3)** Le paragraphe (2) s'applique, avec les adaptations nécessaires, à toute dévolution subséquente.

2012, ch. 20, art. 10.

# Droits du producteur d'enregistrement sonore

### Droit d'auteur sur l'enregistrement sonore

**18 (1)** Sous réserve du paragraphe (2), le producteur d'un enregistrement sonore a un droit d'auteur qui comporte le droit exclusif, à l'égard de la totalité ou de toute partie importante de l'enregistrement sonore :

   **a)** de le publier pour la première fois;

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Rights of Sound Recording Makers
**Section** 18

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Droits du producteur d'enregistrement sonore
**Article** 18

**(b)** to reproduce it in any material form, and

**(c)** to rent it out,

and to authorize any such acts.

### Copyright in sound recordings

**(1.1)** Subject to subsections (2.1) and (2.2), a sound recording maker's copyright in the sound recording also includes the sole right to do the following acts in relation to the sound recording or any substantial part of it and to authorize any of those acts:

**(a)** to make it available to the public by telecommunication in a way that allows a member of the public to have access to it from a place and at a time individually chosen by that member of the public and to communicate it to the public by telecommunication in that way; and

**(b)** if it is in the form of a tangible object, to sell or otherwise transfer ownership of the tangible object, as long as that ownership has never previously been transferred in or outside Canada with the authorization of the owner of the copyright in the sound recording.

### Conditions for copyright

**(2)** Subsection (1) applies only if

**(a)** at the time of the first fixation or, if that first fixation was extended over a considerable period, during any substantial part of that period, the maker of the sound recording

**(i)** was a Canadian citizen or permanent resident as defined in section 2(1) of the *Immigration and Refugee Protection Act*,

**(ii)** was a citizen or permanent resident of a Berne Convention country, a Rome Convention country, a WPPT country or a country that is a WTO Member, or

**(iii)** had its headquarters in one of those countries, in the case of a corporation; or

**(b)** the first publication of the sound recording in a quantity sufficient to satisfy the reasonable demands of the public occurred in any country referred to in paragraph (a).

### Conditions for copyright

**(2.1)** Subsection (1.1) applies if

### Droit d'auteur sur l'enregistrement sonore

**(1.1)** Sous réserve des paragraphes (2.1) et (2.2), le droit d'auteur du producteur d'un enregistrement sonore comporte également le droit exclusif, à l'égard de la totalité ou de toute partie importante de celui-ci :

**a)** de le mettre à la disposition du public et de le lui communiquer, par télécommunication, de manière que chacun puisse y avoir accès de l'endroit et au moment qu'il choisit individuellement;

**b)** lorsque l'enregistrement sonore est sous forme d'un objet tangible, d'effectuer le transfert de propriété, notamment par vente, de l'objet, dans la mesure où la propriété de celui-ci n'a jamais été transférée au Canada ou à l'étranger avec l'autorisation du titulaire du droit d'auteur sur l'enregistrement sonore.

Le producteur a aussi le droit d'autoriser ces actes.

### Conditions

**(2)** Le paragraphe (1) s'applique uniquement lorsque, selon le cas :

**a)** le producteur, lors de la première fixation, soit est un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* ou un citoyen ou un résident permanent d'un pays partie à la Convention de Berne, à la Convention de Rome ou au traité de l'OIEP, ou membre de l'OMC, soit, s'il s'agit d'une personne morale, a son siège social au Canada ou dans un tel pays, ou, si la première fixation s'étend sur une période considérable, en a été un citoyen ou un résident permanent ou y a eu son siège social pendant une partie importante de cette période;

**b)** la première publication de l'enregistrement sonore en quantité suffisante pour satisfaire la demande raisonnable du public a eu lieu dans tout pays visé à l'alinéa a).

### Autres conditions

**(2.1)** Le paragraphe (1.1) s'applique lorsque, selon le cas :

Copyright
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Rights of Sound Recording Makers
**Section** 18

Droit d'auteur
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Droits du producteur d'enregistrement sonore
**Article** 18

**(a)** at the time of the first fixation or, if that first fixation was extended over a considerable period, during any substantial part of that period, the maker of the sound recording

**(i)** was a Canadian citizen or permanent resident as defined in subsection 2(1) of the *Immigration and Refugee Protection Act*, or

**(ii)** had its headquarters in Canada, in the case of a corporation; or

**(b)** the first publication of the sound recording in a quantity sufficient to satisfy the reasonable demands of the public occurred in Canada.

### Conditions for copyright

**(2.2)** Subsection (1.1) also applies if

**(a)** at the time of the first fixation or, if that first fixation was extended over a considerable period, during any substantial part of that period, the maker of the sound recording

**(i)** was a citizen or permanent resident of a WPPT country, or

**(ii)** had its headquarters in a WPPT country, in the case of a corporation; or

**(b)** the first publication of the sound recording in a quantity sufficient to satisfy the reasonable demands of the public occurred in a WPPT country.

### Publication

**(3)** The first publication is deemed to have occurred in a country referred to in paragraph (2)(a) notwithstanding that it in fact occurred previously elsewhere, if the interval between those two publications does not exceed thirty days.

### Publication

**(4)** The first publication of a sound recording is deemed to have occurred in a WPPT country, despite an earlier publication elsewhere, if the interval between the publication in that WPPT country and the earlier publication does not exceed 30 days.

R.S., 1985, c. C-42, s. 18; R.S., 1985, c. 10 (4th Supp.), s. 17(F); 1994, c. 47, s. 59; 1997, c. 24, s. 14; 2001, c. 27, s. 237; 2012, c. 20, s. 11.

**a)** le producteur, lors de la première fixation, soit est un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés*, soit, s'il s'agit d'une personne morale, a son siège social au Canada, ou, si la première fixation s'étend sur une période considérable, en a été un citoyen ou un résident permanent ou y a eu son siège social pendant une partie importante de cette période;

**b)** la première publication de l'enregistrement sonore en quantité suffisante pour satisfaire la demande raisonnable du public a eu lieu au Canada.

### Autres conditions

**(2.2)** Le paragraphe (1.1) s'applique également lorsque, selon le cas :

**a)** le producteur, lors de la première fixation, soit est un citoyen ou un résident permanent d'un pays partie au traité de l'OIEP, soit, s'il s'agit d'une personne morale, a son siège social dans un tel pays, ou, si la première fixation s'étend sur une période considérable, en a été un citoyen ou un résident permanent ou y a eu son siège social pendant une partie importante de cette période;

**b)** la première publication de l'enregistrement sonore en quantité suffisante pour satisfaire la demande raisonnable du public a eu lieu dans un pays partie au traité de l'OIEP.

### Publication

**(3)** Est réputé avoir été publié pour la première fois dans tout pays visé à l'alinéa (2)a) l'enregistrement sonore qui y est publié dans les trente jours qui suivent sa première publication dans un autre pays.

### Publication

**(4)** Est réputé avoir été publié pour la première fois dans un pays partie au traité de l'OIEP l'enregistrement sonore qui y est publié dans les trente jours qui suivent sa première publication dans un autre pays.

L.R. (1985), ch. C-42, art. 18; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 17(F); 1994, ch. 47, art. 59; 1997, ch. 24, art. 14; 2001, ch. 27, art. 237; 2012, ch. 20, art. 11.

Current to January 22, 2025
Last amended on November 7, 2024
28
À jour au 22 janvier 2025
Dernière modification le 7 novembre 2024

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Dispositions communes aux artistes-interprètes et aux producteurs d'enregistrements sonores
**Article** 19

## Provisions Applicable to both Performers and Sound Recording Makers

### Right to remuneration — Canada

**19 (1)** If a sound recording has been published, the performer and maker are entitled, subject to subsection 20(1), to be paid equitable remuneration for its performance in public or its communication to the public by telecommunication, except for a communication in the circumstances referred to in paragraph 15(1.1)(d) or 18(1.1)(a) and any retransmission.

### Right to remuneration — Rome Convention country

**(1.1)** If a sound recording has been published, the performer and maker are entitled, subject to subsections 20(1.1) and (2), to be paid equitable remuneration for its performance in public or its communication to the public by telecommunication, except for

**(a)** a communication in the circumstances referred to in paragraph 15(1.1)(d) or 18(1.1)(a), if the person entitled to the equitable remuneration is entitled to the right referred to in those paragraphs for that communication; and

**(b)** any retransmission.

### Right to remuneration — WPPT country

**(1.2)** If a sound recording has been published, the performer and maker are entitled, subject to subsections 20(1.2) and (2.1), to be paid equitable remuneration for its performance in public or its communication to the public by telecommunication, except for a communication in the circumstances referred to in paragraph 15(1.1)(d) or 18(1.1)(a) and any retransmission.

### Royalties

**(2)** For the purpose of providing the remuneration mentioned in this section, a person who performs a published sound recording in public or communicates it to the public by telecommunication is liable to pay royalties

**(a)** in the case of a sound recording of a musical work, to the collective society authorized under Part VII.1 to collect them; or

**(b)** in the case of a sound recording of a literary work or dramatic work, to either the maker of the sound recording or the performer.

## Dispositions communes aux artistes-interprètes et aux producteurs d'enregistrements sonores

### Droit à rémunération : Canada

**19 (1)** Sous réserve du paragraphe 20(1), l'artiste-interprète et le producteur ont chacun droit à une rémunération équitable pour l'exécution en public ou la communication au public par télécommunication — à l'exclusion de la communication visée aux alinéas 15(1.1)d) ou 18(1.1)a) et de toute retransmission — de l'enregistrement sonore publié.

### Droit à rémunération : pays partie à la Convention de Rome

**(1.1)** Sous réserve des paragraphes 20(1.1) et (2), l'artiste-interprète et le producteur ont chacun droit à une rémunération équitable pour l'exécution en public ou la communication au public par télécommunication de l'enregistrement sonore publié, à l'exclusion :

**a)** de la communication visée aux alinéas 15(1.1)d) ou 18(1.1)a) si la personne ayant droit à la rémunération équitable jouit également du droit exclusif mentionné à ces alinéas pour cette communication;

**b)** de toute retransmission.

### Droit à rémunération : pays partie au traité de l'OIEP

**(1.2)** Sous réserve des paragraphes 20(1.2) et (2.1), l'artiste-interprète et le producteur ont chacun droit à une rémunération équitable pour l'exécution en public ou la communication au public par télécommunication — à l'exclusion de la communication visée aux alinéas 15(1.1)d) ou 18(1.1)a) et de toute retransmission — de l'enregistrement sonore publié.

### Redevances

**(2)** En vue de cette rémunération, quiconque exécute en public ou communique au public par télécommunication l'enregistrement sonore publié doit verser des redevances :

**a)** dans le cas de l'enregistrement sonore d'une œuvre musicale, à la société de gestion chargée, en vertu de la partie VII.1, de les percevoir;

**b)** dans le cas de l'enregistrement sonore d'une œuvre littéraire ou d'une œuvre dramatique, soit au producteur, soit à l'artiste-interprète.

Droit d'auteur
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Dispositions communes aux artistes-interprètes et aux producteurs d'enregistrements sonores
**Articles** 19-20

### Division of royalties

**(3)** The royalties, once paid pursuant to paragraph (2)(a) or (b), shall be divided so that

**(a)** the performer or performers receive in aggregate fifty per cent; and

**(b)** the maker or makers receive in aggregate fifty per cent.

R.S., 1985, c. C-42, s. 19; 1994, c. 47, s. 59; 1997, c. 24, s. 14; 2012, c. 20, s. 12; 2018, c. 27, s. 281.

### Deemed publication — Canada

**19.1** Despite subsection 2.2(1), a sound recording that has been made available to the public by telecommunication in a way that allows a member of the public to access it from a place and at a time individually chosen by that member of the public, or that has been communicated to the public by telecommunication in that way, is deemed to have been published for the purposes of subsection 19(1).

2012, c. 20, s. 13.

### Deemed publication — WPPT country

**19.2** Despite subsection 2.2(1), a sound recording that has been made available to the public by telecommunication in a way that allows a member of the public to access it from a place and at a time individually chosen by that member of the public, or that has been communicated to the public by telecommunication in that way, is deemed to have been published for the purposes of subsection 19(1.2).

2012, c. 20, s. 14.

### Conditions — Canada

**20 (1)** The right to remuneration conferred by subsection 19(1) applies only if

**(a)** the maker was, at the date of the first fixation, a Canadian citizen or permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if a corporation, had its headquarters in Canada; or

**(b)** all the fixations done for the sound recording occurred in Canada.

### Conditions — Rome Convention country

**(1.1)** The right to remuneration conferred by subsection 19(1.1) applies only if

**(a)** the maker was, at the date of the first fixation, a citizen or permanent resident of a Rome Convention country or, if a corporation, had its headquarters in a Rome Convention country; or

### Partage des redevances

**(3)** Les redevances versées en application de l'alinéa (2)a) ou b), selon le cas, sont partagées par moitié entre le producteur et l'artiste-interprète.

L.R. (1985), ch. C-42, art. 19; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14; 2012, ch. 20, art. 12; 2018, ch. 27, art. 281.

### Assimilation : Canada

**19.1** Malgré le paragraphe 2.2(1), s'il a été mis à la disposition du public ou lui a été communiqué, par télécommunication, de manière que chacun puisse y avoir accès de l'endroit et au moment qu'il choisit individuellement, l'enregistrement sonore est réputé, pour l'application du paragraphe 19(1), avoir été publié.

2012, ch. 20, art. 13.

### Assimilation : pays partie au traité de l'OIEP

**19.2** Malgré le paragraphe 2.2(1), s'il a été mis à la disposition du public ou lui a été communiqué, par télécommunication, de manière que chacun puisse y avoir accès de l'endroit et au moment qu'il choisit individuellement, l'enregistrement sonore est réputé, pour l'application du paragraphe 19(1.2), avoir été publié.

2012, ch. 20, art. 14.

### Conditions : Canada

**20 (1)** Le droit à rémunération conféré par le paragraphe 19(1) ne peut être exercé que si, selon le cas :

**a)** le producteur, à la date de la première fixation, soit est un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés*, soit, s'il s'agit d'une personne morale, a son siège social au Canada;

**b)** toutes les fixations réalisées en vue de la confection de l'enregistrement sonore ont eu lieu au Canada.

### Conditions : pays partie à la Convention de Rome

**(1.1)** Le droit à rémunération conféré par le paragraphe 19(1.1) ne peut être exercé que si, selon le cas :

**a)** le producteur, à la date de la première fixation, soit est un citoyen ou un résident permanent d'un pays partie à la Convention de Rome, soit, s'il s'agit d'une personne morale, a son siège social dans un tel pays;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 45 of 195

*Copyright*
PART II Copyright in Performers' Performances, Sound Recordings and Communication
Signals and Moral Rights in Performers' Performances
Provisions Applicable to both Performers and Sound Recording Makers

Section 20

*Droit d'auteur*
PARTIE II Droit d'auteur sur les prestations, enregistrements sonores et signaux de
communication et droits moraux sur les prestations
Dispositions communes aux artistes-interprètes et aux producteurs d'enregistrements
sonores

Article 20

**(b)** all the fixations done for the sound recording occurred in a Rome Convention country.

**Conditions — WPPT country**

**(1.2)** The right to remuneration conferred by subsection 19(1.2) applies only if

    **(a)** the maker was, at the date of the first fixation, a citizen or permanent resident of a WPPT country or, if a corporation, had its headquarters in a WPPT country; or

    **(b)** all the fixations done for the sound recording occurred in a WPPT country.

**Exception — Rome Convention country**

**(2)** Despite subsection (1.1), if the Minister is of the opinion that a Rome Convention country does not grant a right to remuneration, similar in scope and duration to that provided by subsection 19(1.1), for the performance in public or the communication to the public of a sound recording whose maker, at the date of its first fixation, was a Canadian citizen or permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if a corporation, had its headquarters in Canada, the Minister may, by a statement published in the *Canada Gazette*, limit the scope and duration of the protection for sound recordings whose first fixation is done by a maker who is a citizen or permanent resident of that country or, if a corporation, has its headquarters in that country.

**Exception — WPPT country**

**(2.1)** Despite subsection (1.2), if the Minister is of the opinion that a WPPT country does not grant a right to remuneration, similar in scope and duration to that provided by subsection 19(1.2), for the performance in public or the communication to the public of a sound recording whose maker, at the date of its first fixation, was a Canadian citizen or permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if a corporation, had its headquarters in Canada, the Minister may, by a statement published in the *Canada Gazette*, limit the scope and duration of the protection for sound recordings whose first fixation is done by a maker who is a citizen or permanent resident of that country or, if a corporation, has its headquarters in that country.

**b)** toutes les fixations réalisées en vue de la confection de l'enregistrement sonore ont eu lieu dans un pays partie à la Convention de Rome.

**Conditions : pays partie au traité de l'OIEP**

**(1.2)** Le droit à rémunération conféré par le paragraphe 19(1.2) ne peut être exercé que si, selon le cas :

    **a)** le producteur, à la date de la première fixation, soit est un citoyen ou un résident permanent d'un pays partie au traité de l'OIEP, soit, s'il s'agit d'une personne morale, a son siège social dans un tel pays;

    **b)** toutes les fixations réalisées en vue de la confection de l'enregistrement sonore ont eu lieu dans un pays partie au traité de l'OIEP.

**Exception : pays partie à la Convention de Rome**

**(2)** Malgré le paragraphe (1.1), s'il est d'avis qu'un pays partie à la Convention de Rome n'accorde pas de droit à rémunération semblable, en ce qui concerne l'étendue et la durée, à celui prévu au paragraphe 19(1.1), pour l'exécution en public ou la communication au public d'un enregistrement sonore dont le producteur, à la date de la première fixation, soit est un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* soit, s'il s'agit d'une personne morale, a son siège social au Canada, le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, limiter l'étendue et la durée de la protection qui sera accordée dans le cas des enregistrements sonores dont la première fixation est effectuée par un producteur citoyen ou résident permanent de ce pays ou, s'il s'agit d'une personne morale, ayant son siège social dans ce pays.

**Exception : pays partie au traité de l'OIEP**

**(2.1)** Malgré le paragraphe (1.2), s'il est d'avis qu'un pays partie au traité de l'OIEP n'accorde pas de droit à rémunération semblable, en ce qui concerne l'étendue et la durée, à celui prévu au paragraphe 19(1.2), pour l'exécution en public ou la communication au public d'un enregistrement sonore dont le producteur, à la date de la première fixation, soit est un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés*, soit, s'il s'agit d'une personne morale, a son siège social au Canada, le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, limiter l'étendue et la durée de la protection qui sera accordée dans le cas des enregistrements sonores dont la première fixation est effectuée par un producteur citoyen ou résident permanent de ce pays ou, s'il s'agit d'une personne morale, ayant son siège social dans ce pays.

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Provisions Applicable to both Performers and Sound Recording Makers

**Sections** 20-21

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Dispositions communes aux artistes-interprètes et aux producteurs d'enregistrements sonores

**Articles** 20-21

**(3)** [Repealed, 2020, c. 1, s. 28]

**(4)** [Repealed, 2020, c. 1, s. 28]

R.S., 1985, c. C-42, s. 20; 1994, c. 47, s. 59; 1997, c. 24, s. 14; 2001, c. 27, s. 238; 2012, c. 20, s. 15; 2020, c. 1, s. 28.

# Rights of Broadcasters

### Copyright in communication signals

**21 (1)** Subject to subsection (2), a broadcaster has a copyright in the communication signals that it broadcasts, consisting of the sole right to do the following in relation to the communication signal or any substantial part thereof:

**(a)** to fix it,

**(b)** to reproduce any fixation of it that was made without the broadcaster's consent,

**(c)** to authorize another broadcaster to retransmit it to the public simultaneously with its broadcast, and

**(d)** in the case of a television communication signal, to perform it in a place open to the public on payment of an entrance fee,

and to authorize any act described in paragraph (a), (b) or (d).

### Conditions for copyright

**(2)** Subsection (1) applies only if the broadcaster

**(a)** at the time of the broadcast, had its headquarters in Canada, in a country that is a WTO Member or in a Rome Convention country; and

**(b)** broadcasts the communication signal from that country.

### Exception

**(3)** Notwithstanding subsection (2), if the Minister is of the opinion that a Rome Convention country or a country that is a WTO Member does not grant the right mentioned in paragraph (1)(d), the Minister may, by a statement published in the *Canada Gazette*, declare that broadcasters that have their headquarters in that country are not entitled to that right.

R.S., 1985, c. C-42, s. 21; 1994, c. 47, s. 59; 1997, c. 24, s. 14.

**(3)** [Abrogé, 2020, ch. 1, art. 28]

**(4)** [Abrogé, 2020, ch. 1, art. 28]

L.R. (1985), ch. C-42, art. 20; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14; 2001, ch. 27, art. 238; 2012, ch. 20, art. 15; 2020, ch. 1, art. 28.

# Droits des radiodiffuseurs

### Droit d'auteur sur le signal de communication

**21 (1)** Sous réserve du paragraphe (2), le radiodiffuseur a un droit d'auteur qui comporte le droit exclusif, à l'égard du signal de communication qu'il émet ou de toute partie importante de celui-ci :

**a)** de le fixer;

**b)** d'en reproduire toute fixation faite sans son autorisation;

**c)** d'autoriser un autre radiodiffuseur à le retransmettre au public simultanément à son émission;

**d)** d'exécuter en public un signal de communication télévisuel en un lieu accessible au public moyennant droit d'entrée.

Il a aussi le droit d'autoriser les actes visés aux alinéas a), b) et d).

### Conditions

**(2)** Pour l'application du paragraphe (1), le radiodiffuseur doit, au moment de l'émission, avoir son siège social au Canada ou dans un pays partie à la Convention de Rome ou membre de l'OMC, et émettre le signal de communication à partir de ce pays.

### Exception

**(3)** Toutefois, lorsqu'il est d'avis que le pays partie à la Convention de Rome ou membre de l'OMC où se situe le siège social du radiodiffuseur ne prévoit pas le droit prévu à l'alinéa (1)d), le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, établir que ce radiodiffuseur ne peut bénéficier d'un tel droit.

L.R. (1985), ch. C-42, art. 21; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14.

Copyright
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Reciprocity
**Section** 22

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Réciprocité
**Article** 22

# Reciprocity

## Réciprocité

**Reciprocity**

**22 (1)** If the Minister is of the opinion that a country other than a Rome Convention country or a WPPT country grants or has undertaken to grant

  **(a)** to performers and to makers of sound recordings, or

  **(b)** to broadcasters

that are Canadian citizens or permanent residents within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if corporations, have their headquarters in Canada, as the case may be, whether by treaty, convention, agreement or law, benefits substantially equivalent to those conferred by this Part, the Minister may, by a statement published in the *Canada Gazette*,

  **(c)** grant the benefits conferred by this Part

    **(i)** to performers and to makers of sound recordings, or

    **(ii)** to broadcasters

  as the case may be, that are citizens, subjects or permanent residents of or, if corporations, have their headquarters in that country, and

  **(d)** declare that that country shall, as regards those benefits, be treated as if it were a country to which this Part extends.

**Reciprocity**

**(2)** If the Minister is of the opinion that a country other than a Rome Convention country or a WPPT country neither grants nor has undertaken to grant

  **(a)** to performers, and to makers of sound recordings, or

  **(b)** to broadcasters

that are Canadian citizens or permanent residents within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if corporations, have their headquarters in Canada, as the case may be, whether by treaty, convention, agreement or law, benefits substantially equivalent to those conferred by this Part, the Minister may, by a statement published in the *Canada Gazette*,

  **(c)** grant the benefits conferred by this Part to performers, makers of sound recordings or broadcasters

**Réciprocité**

**22 (1)** Lorsqu'il est d'avis qu'un pays, autre qu'un pays partie à la Convention de Rome ou au traité de l'OIEP, accorde ou s'est engagé à accorder, par traité, convention, contrat ou loi, aux artistes-interprètes et aux producteurs d'enregistrements sonores, ou aux radiodiffuseurs, qui, selon le cas, sont des citoyens canadiens ou des résidents permanents au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* ou, s'il s'agit de personnes morales, ont leur siège social au Canada, essentiellement les mêmes avantages que ceux conférés par la présente partie, le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, à la fois :

  **a)** accorder les avantages conférés par la présente partie respectivement aux artistes-interprètes et aux producteurs d'enregistrements sonores, ou aux radiodiffuseurs, sujets, citoyens ou résidents permanents de ce pays ou, s'il s'agit de personnes morales, ayant leur siège social dans ce pays;

  **b)** énoncer que ce pays est traité, à l'égard de ces avantages, comme s'il était un pays visé par l'application de la présente partie.

**Réciprocité**

**(2)** Lorsqu'il est d'avis qu'un pays, autre qu'un pays partie à la Convention de Rome ou au traité de l'OIEP, n'accorde pas ni ne s'est engagé à accorder, par traité, convention, contrat ou loi, aux artistes-interprètes et aux producteurs d'enregistrements sonores, ou aux radiodiffuseurs, qui, selon le cas, sont des citoyens canadiens ou des résidents permanents au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* ou, s'il s'agit de personnes morales, ont leur siège social au Canada, essentiellement les mêmes avantages que ceux conférés par la présente partie, le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, à la fois :

  **a)** accorder les avantages conférés par la présente partie aux artistes-interprètes, producteurs d'enregistrements sonores ou radiodiffuseurs sujets, citoyens ou résidents permanents de ce pays ou, s'il s'agit de personnes morales, ayant leur siège social dans ce pays,

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Reciprocity
**Sections 22-23**

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Réciprocité
**Articles 22-23**

that are citizens, subjects or permanent residents of or, if corporations, have their headquarters in that country, as the case may be, to the extent that that country grants that those benefits to performers, makers of sound recordings or broadcasters that are Canadian citizens or permanent residents within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if corporations, have their headquarters in Canada, and

**(d)** declare that that country shall, as regards those benefits, be treated as if it were a country to which this Part extends.

#### Application of Act

**(3)** Any provision of this Act that the Minister specifies in a statement referred to in subsection (1) or (2)

**(a)** applies in respect of performers, makers of sound recordings or broadcasters covered by that statement, as if they were citizens of or, if corporations, had their headquarters in Canada; and

**(b)** applies in respect of a country covered by that statement, as if that country were Canada.

#### Application of Act

**(4)** Subject to any exceptions that the Minister may specify in a statement referred to in subsection (1) or (2), the other provisions of this Act also apply in the way described in subsection (3).

R.S., 1985, c. C-42, s. 22; 1994, c. 47, s. 59; 1997, c. 24, s. 14; 2001, c. 27, s. 239; 2012, c. 20, s. 16.

## Term of Rights

#### Term of copyright — performer's performance

**23 (1)** Subject to this Act, copyright in a performer's performance subsists until the end of 50 years after the end of the calendar year in which the performance occurs. However,

**(a)** if the performance is fixed in a sound recording before the copyright expires, the copyright continues until the end of 70 years after the end of the calendar year in which the first fixation of the performance in a sound recording occurs; and

**(b)** if a sound recording in which the performance is fixed is published before the copyright expires, the copyright continues until the earlier of the end of 75 years after the end of the calendar year in which the first such publication occurs and the end of 100 years after the end of the calendar year in which the first

dans la mesure où ces avantages y sont accordés aux artistes-interprètes, producteurs ou radiodiffuseurs qui sont des citoyens canadiens ou de tels résidents permanents ou, s'il s'agit de personnes morales, ayant leur siège social au Canada;

**b)** énoncer que ce pays est traité, à l'égard de ces avantages, comme s'il était un pays visé par l'application de la présente partie.

#### Application

**(3)** Les dispositions de la présente loi que le ministre précise dans la déclaration s'appliquent :

**a)** aux artistes-interprètes, producteurs d'enregistrements sonores ou radiodiffuseurs visés par cette déclaration comme s'ils étaient citoyens du Canada ou, s'il s'agit de personnes morales, avaient leur siège social au Canada;

**b)** au pays visé par la déclaration, comme s'il s'agissait du Canada.

#### Autres dispositions

**(4)** Les autres dispositions de la présente loi s'appliquent de la manière prévue au paragraphe (3), sous réserve des exceptions que le ministre peut prévoir dans la déclaration.

L.R. (1985), ch. C-42, art. 22; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14; 2001, ch. 27, art. 239; 2012, ch. 20, art. 16.

## Durée des droits

#### Durée des droits : prestation

**23 (1)** Sous réserve des autres dispositions de la présente loi, le droit d'auteur sur la prestation expire à la fin de la cinquantième année suivant l'année civile de son exécution. Toutefois :

**a)** si la prestation est fixée au moyen d'un enregistrement sonore avant l'expiration du droit d'auteur, celui-ci demeure jusqu'à la fin de la soixante-dixième année suivant l'année civile de la première fixation de la prestation au moyen d'un enregistrement sonore;

**b)** si un enregistrement sonore au moyen duquel la prestation est fixée est publié avant l'expiration du droit d'auteur, celui-ci demeure jusqu'à la fin de la soixante-quinzième année suivant l'année civile où un tel enregistrement sonore est publié pour la première fois ou, si elle lui est antérieure, la fin de la centième

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 49 of 195

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Term of Rights
**Section** 23

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Durée des droits
**Article** 23

fixation of the performance in a sound recording occurs.

### Term of copyright — sound recording

**(1.1)** Subject to this Act, copyright in a sound recording subsists until the end of 70 years after the end of the calendar year in which the first fixation of the sound recording occurs. However, if the sound recording is published before the copyright expires, the copyright continues until the earlier of the end of 75 years after the end of the calendar year in which the first publication of the sound recording occurs and the end of 100 years after the end of the calendar year in which that first fixation occurs.

### Term of copyright — communication signal

**(1.2)** Subject to this Act, copyright in a communication signal subsists until the end of 50 years after the end of the calendar year in which the communication signal is broadcast.

### Term of right to remuneration

**(2)** The rights to remuneration conferred on performers and makers by section 19 have the same terms, respectively, as those provided by subsections (1) and (1.1).

### Application of subsections (1) to (2)

**(3)** Subsections (1) to (2) apply whether the fixation, performance or broadcast occurred before or after the coming into force of this section.

### Berne Convention countries, Rome Convention countries, WTO Members

**(4)** Where the performer's performance, sound recording or communication signal meets the requirements set out in section 15, 18 or 21, as the case may be, a country that becomes a Berne Convention country, a Rome Convention country or a WTO Member after the date of the fixation, performance or broadcast is, as of becoming a Berne Convention country, Rome Convention country or WTO Member, as the case may be, deemed to have been such at the date of the fixation, performance or broadcast.

### Where term of protection expired

**(5)** Subsection (4) does not confer any protection in Canada where the term of protection in the country referred to in that subsection had expired before that country became a Berne Convention country, Rome Convention country or WTO Member, as the case may be.

R.S., 1985, c. C-42, s. 23; 1994, c. 47, s. 59; 1997, c. 24, s. 14; 2012, c. 20, s. 17; 2015, c. 36, s. 81; 2020, c. 1, s. 29.

année suivant l'année civile où la prestation est fixée au moyen d'un enregistrement sonore pour la première fois.

### Durée du droit : enregistrement sonore

**(1.1)** Sous réserve des autres dispositions de la présente loi, le droit d'auteur sur l'enregistrement sonore expire à la fin de la soixante-dixième année suivant l'année civile de sa première fixation; toutefois, s'il est publié avant l'expiration du droit d'auteur, celui-ci demeure jusqu'à la fin de la soixante-quinzième année suivant l'année civile de sa première publication ou, si elle lui est antérieure, la fin de la centième année suivant l'année civile de cette fixation.

### Durée du droit : signal de communication

**(1.2)** Sous réserve des autres dispositions de la présente loi, le droit d'auteur sur le signal de communication expire à la fin de la cinquantième année suivant l'année civile de l'émission du signal.

### Durée du droit à rémunération

**(2)** Le droit à rémunération de l'artiste-interprète prévu à l'article 19 a une durée identique à celle prévue au paragraphe (1) et celui du producteur, une durée identique à celle prévue au paragraphe (1.1).

### Application des paragraphes (1) à (2)

**(3)** Les paragraphes (1) à (2) s'appliquent même si la fixation, l'exécution ou l'émission a eu lieu avant la date d'entrée en vigueur du présent article.

### Pays partie à la Convention de Berne ou à la Convention de Rome ou membre de l'OMC

**(4)** Lorsque la prestation, l'enregistrement sonore ou le signal de communication répondent aux conditions énoncées aux articles 15, 18 ou 21, selon le cas, le pays qui devient partie à la Convention de Berne ou à la Convention de Rome ou membre de l'OMC après la date de la fixation, de l'exécution ou de l'émission, selon le cas, est dès lors réputé l'avoir été à cette date.

### Droit de protection expiré

**(5)** Le paragraphe (4) ne confère aucune protection au Canada lorsque la durée de protection accordée par le pays visé a expiré avant son adhésion à la Convention de Berne, à la Convention de Rome ou à l'OMC, selon le cas.

L.R. (1985), ch. C-42, art. 23; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14; 2012, ch. 20, art. 17; 2015, ch. 36, art. 81; 2020, ch. 1, art. 29.

*Copyright*
**PART II** Copyright in Performers' Performances, Sound Recordings and Communication Signals and Moral Rights in Performers' Performances
Ownership of Copyright
**Sections** 24-26

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Titularité
**Articles** 24-26

# Ownership of Copyright

### Ownership of copyright

**24** The first owner of the copyright

**(a)** in a performer's performance, is the performer;

**(b)** in a sound recording, is the maker; or

**(c)** in a communication signal, is the broadcaster that broadcasts it.

R.S., 1985, c. C-42, s. 24; 1994, c. 47, s. 59; 1997, c. 24, s. 14.

### Assignment of rights

**25** Subsections 13(4) to (7) apply, with such modifications as the circumstances require, in respect of the rights conferred by this Part on performers, makers of sound recordings and broadcasters.

R.S., 1985, c. C-42, s. 25; 1993, c. 44, s. 62; 1994, c. 47, s. 59; 1997, c. 24, s. 14.

# Performers' Rights — WTO Countries

### Performer's performance in WTO country

**26 (1)** Where a performer's performance takes place on or after January 1, 1996 in a country that is a WTO Member, the performer has, as of the date of the performer's performance, a copyright in the performer's performance, consisting of the sole right to do the following in relation to the performer's performance or any substantial part thereof:

**(a)** if it is not fixed, to communicate it to the public by telecommunication and to fix it in a sound recording, and

**(b)** if it has been fixed in a sound recording without the performer's authorization, to reproduce the fixation or any substantial part thereof,

and to authorize any such acts.

### Where country joins WTO after Jan. 1, 1996

**(2)** Where a performer's performance takes place on or after January 1, 1996 in a country that becomes a WTO Member after the date of the performer's performance, the performer has the copyright described in subsection (1) as of the date the country becomes a WTO Member.

### Performer's performances before Jan. 1, 1996

**(3)** Where a performer's performance takes place before January 1, 1996 in a country that is a WTO Member, the

# Titularité

### Titularité

**24** Sont respectivement les premiers titulaires du droit d'auteur :

**a)** sur sa prestation, l'artiste-interprète;

**b)** sur l'enregistrement sonore, le producteur;

**c)** sur le signal de communication qu'il émet, le radio-diffuseur.

L.R. (1985), ch. C-42, art. 24; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14.

### Cession

**25** Les paragraphes 13(4) à (7) s'appliquent, avec les adaptations nécessaires, aux droits conférés par la présente partie à l'artiste-interprète, au producteur d'enregistrement sonore et au radiodiffuseur.

L.R. (1985), ch. C-42, art. 25; 1993, ch. 44, art. 62; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14.

# Droits des artistes-interprètes — pays OMC

### Prestation dans un pays membre de l'OMC

**26 (1)** L'artiste-interprète dont la prestation a lieu après le 31 décembre 1995 dans un pays membre de l'OMC a, à compter de la date de la prestation, un droit d'auteur qui comporte le droit exclusif, à l'égard de sa prestation ou de toute partie importante de celle-ci :

**a)** si elle n'est pas déjà fixée, de la communiquer au public par télécommunication et de la fixer par enregistrement sonore;

**b)** si elle est fixée au moyen d'un enregistrement sonore sans son autorisation, de reproduire la totalité ou toute partie importante de la fixation.

Il a aussi le droit d'autoriser ces actes.

### Adhésion après le 1er janvier 1996

**(2)** Toutefois, si la prestation a lieu après le 31 décembre 1995 dans un pays qui devient membre de l'OMC après la date de la prestation, l'artiste-interprète a le droit d'auteur visé au paragraphe (1) à compter de la date d'adhésion.

### Prestation avant le 1er janvier 1996

**(3)** L'artiste-interprète dont la prestation a lieu avant le 1er janvier 1996 dans un pays membre de l'OMC a, à

*Droit d'auteur*
**PARTIE II** Droit d'auteur sur les prestations, enregistrements sonores et signaux de communication et droits moraux sur les prestations
Droits des artistes-interprètes — pays OMC
**Article** 26

performer has, as of January 1, 1996, the sole right to do and to authorize the act described in paragraph (1)(b).

### Where country joins WTO after Jan. 1, 1996

**(4)** Where a performer's performance takes place before January 1, 1996 in a country that becomes a WTO Member on or after January 1, 1996, the performer has the right described in subsection (3) as of the date the country becomes a WTO Member.

### Term of performer's rights

**(5)** The rights conferred by this section subsist for the remainder of the calendar year in which the performer's performance takes place and a period of fifty years following the end of that calendar year.

### Assignment of rights

**(6)** Subsections 13(4) to (7) apply, with such modifications as the circumstances require, in respect of a performer's rights conferred by this section.

### Limitation

**(7)** Notwithstanding an assignment of a performer's right conferred by this section, the performer, as well as the assignee, may

**(a)** prevent the reproduction of

**(i)** any fixation of the performer's performance, or

**(ii)** any substantial part of such a fixation,

where the fixation was made without the performer's consent or the assignee's consent; and

**(b)** prevent the importation of any fixation of the performer's performance, or any reproduction of such a fixation, that the importer knows or ought to have known was made without the performer's consent or the assignee's consent.

R.S., 1985, c. C-42, s. 26; R.S., 1985, c. 10 (4th Supp.), s. 17(F); 1993, c. 44, s. 63; 1994, c. 47, s. 59; 1997, c. 24, s. 14.

compter de cette date, le droit exclusif d'exécuter et d'autoriser l'acte visé à l'alinéa (1)b).

### Adhésion après le 1er janvier 1996

**(4)** Toutefois, si la prestation a lieu avant le 1er janvier 1996 dans un pays qui devient membre de l'OMC après le 31 décembre 1995, l'artiste-interprète a le droit visé au paragraphe (3) à compter de la date d'adhésion.

### Durée de protection

**(5)** Les droits accordés par le présent article subsistent jusqu'à la fin de la cinquantième année suivant celle où la prestation de l'artiste-interprète a eu lieu.

### Cession

**(6)** Les paragraphes 13(4) à (7) s'appliquent, avec les adaptations nécessaires, aux droits de l'artiste-interprète conférés par le présent article.

### Réserve

**(7)** Malgré la cession d'un droit qui lui est conféré par le présent article, l'artiste-interprète peut, tout comme le cessionnaire, empêcher :

**a)** la reproduction de la totalité ou d'une partie importante de toute fixation de sa prestation faite sans son autorisation ou celle du cessionnaire;

**b)** lorsque l'importateur sait ou devrait savoir qu'une fixation de la prestation de l'artiste-interprète a été faite sans l'autorisation de celui-ci ou du cessionnaire l'importation d'une telle fixation ou d'une reproduction de celle-ci.

L.R. (1985), ch. C-42, art. 26; L.R. (1985), ch. 10 (4e suppl.), art. 17(F); 1993, ch. 44, art. 63; 1994, ch. 47, art. 59; 1997, ch. 24, art. 14.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 52 of 195

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
**Section** 27

Droit d'auteur
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
**Article** 27

# PART III

# Infringement of Copyright and Moral Rights and Exceptions to Infringement

## Infringement of Copyright

### General

#### Infringement generally

**27 (1)** It is an infringement of copyright for any person to do, without the consent of the owner of the copyright, anything that by this Act only the owner of the copyright has the right to do.

#### Secondary infringement

**(2)** It is an infringement of copyright for any person to

(a) sell or rent out,

(b) distribute to such an extent as to affect prejudicially the owner of the copyright,

(c) by way of trade distribute, expose or offer for sale or rental, or exhibit in public,

(d) possess for the purpose of doing anything referred to in paragraphs (a) to (c), or

(e) import into Canada for the purpose of doing anything referred to in paragraphs (a) to (c),

a copy of a work, sound recording or fixation of a performer's performance or of a communication signal that the person knows or should have known infringes copyright or would infringe copyright if it had been made in Canada by the person who made it.

#### Clarification

**(2.1)** For greater certainty, a copy made outside Canada does not infringe copyright under subsection (2) if, had it been made in Canada, it would have been made under a limitation or exception under this Act.

#### Secondary infringement — exportation

**(2.11)** It is an infringement of copyright for any person, for the purpose of doing anything referred to in

# PARTIE III

# Violation du droit d'auteur et des droits moraux, et cas d'exception

## Violation du droit d'auteur

### Règle générale

#### Règle générale

**27 (1)** Constitue une violation du droit d'auteur l'accomplissement, sans le consentement du titulaire de ce droit, d'un acte qu'en vertu de la présente loi seul ce titulaire a la faculté d'accomplir.

#### Violation à une étape ultérieure

**(2)** Constitue une violation du droit d'auteur l'accomplissement de tout acte ci-après en ce qui a trait à l'exemplaire d'une œuvre, d'une fixation d'une prestation, d'un enregistrement sonore ou d'une fixation d'un signal de communication alors que la personne qui accomplit l'acte sait ou devrait savoir que la production de l'exemplaire constitue une violation de ce droit, ou en constituerait une si l'exemplaire avait été produit au Canada par la personne qui l'a produit :

a) la vente ou la location;

b) la mise en circulation de façon à porter préjudice au titulaire du droit d'auteur;

c) la mise en circulation, la mise ou l'offre en vente ou en location, ou l'exposition en public, dans un but commercial;

d) la possession en vue de l'un ou l'autre des actes visés aux alinéas a) à c);

e) l'importation au Canada en vue de l'un ou l'autre des actes visés aux alinéas a) à c).

#### Précision

**(2.1)** Il est entendu que la production de l'exemplaire à l'étranger ne constitue pas une violation du droit d'auteur visée au paragraphe (2) dans le cas où, si l'exemplaire avait été produit au Canada, il l'aurait été au titre d'une exception ou restriction prévue par la présente loi.

#### Violation à une étape ultérieure — exportation

**(2.11)** Constitue une violation du droit d'auteur l'exportation ou la tentative d'exportation, en vue de l'un ou

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 53 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Infringement of Copyright
General
**Section** 27

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Violation du droit d'auteur
Règle générale
**Article** 27

paragraphs (2)(a) to (c), to export or attempt to export a copy — of a work, sound recording or fixation of a performer's performance or of a communication signal — that the person knows or should have known was made without the consent of the owner of the copyright in the country where the copy was made.

**Exception**

**(2.12)** Subsection (2.11) does not apply with respect to a copy that was made under a limitation or exception under this Act or, if it was made outside Canada, that would have been made under such a limitation or exception had it been made in Canada.

**Secondary infringement related to lesson**

**(2.2)** It is an infringement of copyright for any person to do any of the following acts with respect to anything that the person knows or should have known is a lesson, as defined in subsection 30.01(1), or a fixation of one:

**(a)** to sell it or to rent it out;

**(b)** to distribute it to an extent that the owner of the copyright in the work or other subject-matter that is included in the lesson is prejudicially affected;

**(c)** by way of trade, to distribute it, expose or offer it for sale or rental or exhibit it in public;

**(d)** to possess it for the purpose of doing anything referred to in any of paragraphs (a) to (c);

**(e)** to communicate it by telecommunication to any person other than a person referred to in paragraph 30.01(3)(a); or

**(f)** to circumvent or contravene any measure taken in conformity with paragraph 30.01(6)(b), (c) or (d).

**Infringement — provision of services**

**(2.3)** It is an infringement of copyright for a person, by means of the Internet or another digital network, to provide a service primarily for the purpose of enabling acts of copyright infringement if an actual infringement of copyright occurs by means of the Internet or another digital network as a result of the use of that service.

**Factors**

**(2.4)** In determining whether a person has infringed copyright under subsection (2.3), the court may consider

l'autre des actes visés aux alinéas (2)a) à c), de l'exemplaire d'une œuvre, d'une fixation d'une prestation, d'un enregistrement sonore ou d'une fixation d'un signal de communication alors que la personne qui exporte ou tente d'exporter l'exemplaire sait ou devrait savoir que celui-ci a été produit sans le consentement du titulaire du droit d'auteur dans le pays où il a été produit.

**Exception**

**(2.12)** Le paragraphe (2.11) ne s'applique pas à l'exemplaire produit au titre d'une exception ou restriction prévue par la présente loi ni à celui produit à l'étranger qui, s'il avait été produit au Canada, l'aurait été au titre d'une telle exception ou restriction.

**Violation à une étape ultérieure : leçon**

**(2.2)** Constitue une violation du droit d'auteur le fait pour une personne d'accomplir tout acte ci-après à l'égard de ce qu'elle sait ou devrait savoir être une leçon au sens du paragraphe 30.01(1) ou la fixation d'une telle leçon :

**a)** la vente ou la location;

**b)** la mise en circulation de façon à porter préjudice au titulaire du droit d'auteur sur l'œuvre ou tout autre objet du droit d'auteur qui est compris dans la leçon;

**c)** la mise en circulation, la mise ou l'offre en vente ou en location, ou l'exposition en public, dans un but commercial;

**d)** la possession en vue de l'un des actes visés aux alinéas a) à c);

**e)** la communication par télécommunication à toute personne qui n'est pas visée à l'alinéa 30.01(3)a);

**f)** le contournement ou la contravention des mesures prises en conformité avec les alinéas 30.01(6)b), c) ou d).

**Violation relative aux fournisseurs de services**

**(2.3)** Constitue une violation du droit d'auteur le fait pour une personne de fournir un service sur Internet ou tout autre réseau numérique principalement en vue de faciliter l'accomplissement d'actes qui constituent une violation du droit d'auteur, si une autre personne commet une telle violation sur Internet ou tout autre réseau numérique en utilisant ce service.

**Facteurs**

**(2.4)** Lorsqu'il s'agit de décider si une personne a commis une violation du droit d'auteur prévue au paragraphe

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 54 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Infringement of Copyright
General
**Section** 27

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Violation du droit d'auteur
Règle générale
**Article** 27

**(a)** whether the person expressly or implicitly marketed or promoted the service as one that could be used to enable acts of copyright infringement;

**(b)** whether the person had knowledge that the service was used to enable a significant number of acts of copyright infringement;

**(c)** whether the service has significant uses other than to enable acts of copyright infringement;

**(d)** the person's ability, as part of providing the service, to limit acts of copyright infringement, and any action taken by the person to do so;

**(e)** any benefits the person received as a result of enabling the acts of copyright infringement; and

**(f)** the economic viability of the provision of the service if it were not used to enable acts of copyright infringement.

(2.3), le tribunal peut prendre en compte les facteurs suivants :

**a)** le fait que la personne a fait valoir, même implicitement, dans le cadre de la commercialisation du service ou de la publicité relative à celui-ci, qu'il pouvait faciliter l'accomplissement d'actes qui constituent une violation du droit d'auteur;

**b)** le fait que la personne savait que le service était utilisé pour faciliter l'accomplissement d'un nombre important de ces actes;

**c)** le fait que le service a des utilisations importantes, autres que celle de faciliter l'accomplissement de ces actes;

**d)** la capacité de la personne, dans le cadre de la fourniture du service, de limiter l'accomplissement de ces actes et les mesures qu'elle a prises à cette fin;

**e)** les avantages que la personne a tirés en facilitant l'accomplissement de ces actes;

**f)** la viabilité économique de la fourniture du service si celui-ci n'était pas utilisé pour faciliter l'accomplissement de ces actes.

**Knowledge of importer**

**(3)** In determining whether there is an infringement under subsection (2) in the case of an activity referred to in any of paragraphs (2)(a) to (d) in relation to a copy that was imported in the circumstances referred to in paragraph (2)(e), it is irrelevant whether the importer knew or should have known that the importation of the copy infringed copyright.

**Précision**

**(3)** Lorsqu'il s'agit de décider si les actes visés aux alinéas (2)a) à d), dans les cas où ils se rapportent à un exemplaire importé dans les conditions visées à l'alinéa (2)e), constituent des violations du droit d'auteur, le fait que l'importateur savait ou aurait dû savoir que l'importation de l'exemplaire constituait une violation n'est pas pertinent.

**Plates**

**(4)** It is an infringement of copyright for any person to make or possess a plate that has been specifically designed or adapted for the purpose of making infringing copies of a work or other subject-matter.

**Planches**

**(4)** Constitue une violation du droit d'auteur la confection d'une planche conçue ou adaptée précisément pour la contrefaçon d'une œuvre ou de tout autre objet du droit d'auteur, ou le fait de l'avoir en sa possession.

**Public performance for profit**

**(5)** It is an infringement of copyright for any person, for profit, to permit a theatre or other place of entertainment to be used for the performance in public of a work or other subject-matter without the consent of the owner of the copyright unless that person was not aware, and had no reasonable ground for suspecting, that the performance would be an infringement of copyright.

**Représentation dans un but de profit**

**(5)** Constitue une violation du droit d'auteur le fait, dans un but de profit, de permettre l'utilisation d'un théâtre ou d'un autre lieu de divertissement pour l'exécution en public d'une œuvre ou de tout autre objet du droit d'auteur sans le consentement du titulaire du droit d'auteur, à moins que la personne qui permet cette utilisation n'ait ignoré et n'ait eu aucun motif raisonnable de soupçonner que l'exécution constituerait une violation du droit d'auteur.

R.S., 1985, c. C-42, s. 27; R.S., 1985, c. 1 (3rd Supp.), s. 13, c. 10 (4th Supp.), s. 5; 1993, c. 44, s. 64; 1997, c. 24, s. 15; 2012, c. 20, s. 18; 2014, c. 32, s. 3.

L.R. (1985), ch. C-42, art. 27; L.R. (1985), ch. 1 (3ᵉ suppl.), art. 13, ch. 10 (4ᵉ suppl.), art. 5; 1993, ch. 44, art. 64; 1997, ch. 24, art. 15; 2012, ch. 20, art. 18; 2014, ch. 32, art. 3.

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Infringement of Copyright
Parallel Importation of Books
**Section 27.1**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Violation du droit d'auteur
Importations parallèles de livres
**Article 27.1**

# Parallel Importation of Books

## Importation of books

**27.1 (1)** Subject to any regulations made under subsection (6), it is an infringement of copyright in a book for any person to import the book where

    **(a)** copies of the book were made with the consent of the owner of the copyright in the book in the country where the copies were made, but were imported without the consent of the owner of the copyright in the book in Canada; and

    **(b)** the person knows or should have known that the book would infringe copyright if it was made in Canada by the importer.

## Secondary infringement

**(2)** Subject to any regulations made under subsection (6), where the circumstances described in paragraph (1)(a) exist, it is an infringement of copyright in an imported book for any person who knew or should have known that the book would infringe copyright if it was made in Canada by the importer to

    **(a)** sell or rent out the book;

    **(b)** by way of trade, distribute, expose or offer for sale or rental, or exhibit in public, the book; or

    **(c)** possess the book for the purpose of any of the activities referred to in paragraph (a) or (b).

## Limitation

**(3)** Subsections (1) and (2) only apply where there is an exclusive distributor of the book and the acts described in those subsections take place in the part of Canada or in respect of the particular sector of the market for which the person is the exclusive distributor.

## Exclusive distributor

**(4)** An exclusive distributor is deemed, for the purposes of entitlement to any of the remedies under Part IV in relation to an infringement under this section, to derive an interest in the copyright in question by licence.

## Notice

**(5)** No exclusive distributor, copyright owner or exclusive licensee is entitled to a remedy under Part IV in relation to an infringement under this section unless, before the infringement occurred, notice has been given within

# Importations parallèles de livres

## Importation de livres sans le consentement du titulaire du droit d'auteur au Canada

**27.1 (1)** Sous réserve des règlements pris en application du paragraphe (6), constitue une violation du droit d'auteur sur un livre l'importation d'exemplaires de celui-ci dans les cas où les conditions suivantes sont réunies :

    **a)** la production des exemplaires s'est faite avec le consentement du titulaire du droit d'auteur dans le pays de production, mais leur importation se fait sans le consentement du titulaire du droit d'auteur au Canada;

    **b)** l'importateur sait ou devrait savoir qu'il violerait le droit d'auteur s'il produisait les exemplaires au Canada.

## Actes ultérieurs

**(2)** Sous réserve des règlements pris en application du paragraphe (6), constitue une violation du droit d'auteur sur un livre l'accomplissement de tout acte ci-après en ce qui a trait à des exemplaires visés à l'alinéa (1)a) alors que la personne qui accomplit l'acte sait ou devrait savoir que l'importateur aurait violé le droit d'auteur s'il avait produit les exemplaires au Canada :

    **a)** la vente ou la location;

    **b)** la mise en circulation, la mise ou l'offre en vente ou en location, ou l'exposition en public, dans un but commercial;

    **c)** la possession en vue de faire tout acte visé aux alinéas a) ou b).

## Précision

**(3)** Les paragraphes (1) et (2) ne s'appliquent que si, d'une part, il y a un distributeur exclusif du livre et, d'autre part, l'importation ou les actes mentionnés au paragraphe (2) se rapportent à la partie du Canada ou au secteur du marché pour lesquels il a cette qualité.

## Recours

**(4)** Pour l'exercice des recours prévus à la partie IV relativement à la violation prévue au présent article, le distributeur exclusif est réputé posséder un intérêt concédé par licence sur un droit d'auteur.

## Avis

**(5)** Le titulaire du droit d'auteur sur le livre ou le titulaire d'une licence exclusive s'y rapportant ou le distributeur exclusif du livre ne peuvent exercer les recours prévus à la partie IV pour la violation prévue au présent article

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Infringement of Copyright
Parallel Importation of Books
**Sections 27.1-28.2**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Violation du droit d'auteur
Importations parallèles de livres
**Articles 27.1-28.2**

the prescribed time and in the prescribed manner to the person referred to in subsection (1) or (2), as the case may be, that there is an exclusive distributor of the book.

#### Regulations

**(6)** The Governor in Council may, by regulation, establish terms and conditions for the importation of certain categories of books, including remaindered books, books intended solely for re-export and books imported by special order.

1997, c. 24, s. 15.

**28** [Repealed, 1997, c. 24, s. 15]

**28.01** [Repealed, 1997, c. 24, s. 16]

**28.02 and 28.03** [Repealed, 1997, c. 24, s. 17]

## Moral Rights Infringement

#### Infringement generally

**28.1** Any act or omission that is contrary to any of the moral rights of the author of a work or of the performer of a performer's performance is, in the absence of the author's or performer's consent, an infringement of those rights.

R.S., 1985, c. 10 (4th Supp.), s. 6; 2012, c. 20, s. 19.

#### Nature of right of integrity

**28.2 (1)** The author's or performer's right to the integrity of a work or performer's performance is infringed only if the work or the performance is, to the prejudice of its author's or performer's honour or reputation,

   **(a)** distorted, mutilated or otherwise modified; or

   **(b)** used in association with a product, service, cause or institution.

#### Where prejudice deemed

**(2)** In the case of a painting, sculpture or engraving, the prejudice referred to in subsection (1) shall be deemed to have occurred as a result of any distortion, mutilation or other modification of the work.

#### When work not distorted, etc.

**(3)** For the purposes of this section,

   **(a)** a change in the location of a work, the physical means by which a work is exposed or the physical structure containing a work, or

que si, avant les faits qui donnent lieu au litige, l'importateur ou la personne visée au paragraphe (2) ont été avisés, selon les modalités réglementaires, du fait qu'il y a un distributeur exclusif du livre.

#### Règlements

**(6)** Le gouverneur en conseil peut par règlement déterminer les conditions et modalités pour l'importation de certaines catégories de livres notamment les soldes d'éditeur, les livres importés exclusivement en vue de l'exportation et ceux qui font l'objet de commandes spéciales.

1997, ch. 24, art. 15.

**28** [Abrogé, 1997, ch. 24, art. 15]

**28.01** [Abrogé, 1997, ch. 24, art. 16]

**28.02 et 28.03** [Abrogés, 1997, ch. 24, art. 17]

## Violation des droits moraux

#### Atteinte aux droits moraux

**28.1** Constitue une violation des droits moraux de l'auteur sur son œuvre ou de l'artiste-interprète sur sa prestation tout fait — acte ou omission — non autorisé et contraire à ceux-ci.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 6; 2012, ch. 20, art. 19.

#### Nature du droit à l'intégrité

**28.2 (1)** Il n'y a violation du droit à l'intégrité que si l'œuvre ou la prestation, selon le cas, est, d'une manière préjudiciable à l'honneur ou à la réputation de l'auteur ou de l'artiste-interprète, déformée, mutilée ou autrement modifiée, ou utilisée en liaison avec un produit, une cause, un service ou une institution.

#### Présomption de préjudice

**(2)** Toute déformation, mutilation ou autre modification d'une peinture, d'une sculpture ou d'une gravure est réputée préjudiciable au sens du paragraphe (1).

#### Non-modification

**(3)** Pour l'application du présent article, ne constitue pas nécessairement une déformation, mutilation ou autre modification de l'œuvre un changement de lieu, du cadre de son exposition ou de la structure qui la contient ou toute mesure de restauration ou de conservation prise de bonne foi.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 6; 2012, ch. 20, art. 20.

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Moral Rights Infringement
**Sections** 28.2-29.2

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Violation des droits moraux
**Articles** 28.2-29.2

**(b)** steps taken in good faith to restore or preserve the work

shall not, by that act alone, constitute a distortion, mutilation or other modification of the work.

R.S., 1985, c. 10 (4th Supp.), s. 6; 2012, c. 20, s. 20.

# Exceptions

## Fair Dealing

### Research, private study, etc.

**29** Fair dealing for the purpose of research, private study, education, parody or satire does not infringe copyright.

R.S., 1985, c. C-42, s. 29; R.S., 1985, c. 10 (4th Supp.), s. 7; 1994, c. 47, s. 61; 1997, c. 24, s. 18; 2012, c. 20, s. 21.

### Criticism or review

**29.1** Fair dealing for the purpose of criticism or review does not infringe copyright if the following are mentioned:

**(a)** the source; and

**(b)** if given in the source, the name of the

**(i)** author, in the case of a work,

**(ii)** performer, in the case of a performer's performance,

**(iii)** maker, in the case of a sound recording, or

**(iv)** broadcaster, in the case of a communication signal.

1997, c. 24, s. 18.

### News reporting

**29.2** Fair dealing for the purpose of news reporting does not infringe copyright if the following are mentioned:

**(a)** the source; and

**(b)** if given in the source, the name of the

**(i)** author, in the case of a work,

**(ii)** performer, in the case of a performer's performance,

**(iii)** maker, in the case of a sound recording, or

# Exceptions

## Utilisation équitable

### Étude privée, recherche, etc.

**29** L'utilisation équitable d'une œuvre ou de tout autre objet du droit d'auteur aux fins d'étude privée, de recherche, d'éducation, de parodie ou de satire ne constitue pas une violation du droit d'auteur.

L.R. (1985), ch. C-42, art. 29; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 7; 1994, ch. 47, art. 61; 1997, ch. 24, art. 18; 2012, ch. 20, art. 21.

### Critique et compte rendu

**29.1** L'utilisation équitable d'une œuvre ou de tout autre objet du droit d'auteur aux fins de critique ou de compte rendu ne constitue pas une violation du droit d'auteur à la condition que soient mentionnés :

**a)** d'une part, la source;

**b)** d'autre part, si ces renseignements figurent dans la source :

**(i)** dans le cas d'une œuvre, le nom de l'auteur,

**(ii)** dans le cas d'une prestation, le nom de l'artiste-interprète,

**(iii)** dans le cas d'un enregistrement sonore, le nom du producteur,

**(iv)** dans le cas d'un signal de communication, le nom du radiodiffuseur.

1997, ch. 24, art. 18.

### Communication des nouvelles

**29.2** L'utilisation équitable d'une œuvre ou de tout autre objet du droit d'auteur pour la communication des nouvelles ne constitue pas une violation du droit d'auteur à la condition que soient mentionnés :

**a)** d'une part, la source;

**b)** d'autre part, si ces renseignements figurent dans la source :

**(i)** dans le cas d'une œuvre, le nom de l'auteur,

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 58 of 195

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Fair Dealing
**Sections 29.2-29.21**

Droit d'auteur
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Utilisation équitable
**Articles 29.2-29.21**

**(iv)** broadcaster, in the case of a communication signal.

1997, c. 24, s. 18.

## Non-commercial User-generated Content

**Non-commercial user-generated content**

**29.21 (1)** It is not an infringement of copyright for an individual to use an existing work or other subject-matter or copy of one, which has been published or otherwise made available to the public, in the creation of a new work or other subject-matter in which copyright subsists and for the individual — or, with the individual's authorization, a member of their household — to use the new work or other subject-matter or to authorize an intermediary to disseminate it, if

**(a)** the use of, or the authorization to disseminate, the new work or other subject-matter is done solely for non-commercial purposes;

**(b)** the source — and, if given in the source, the name of the author, performer, maker or broadcaster — of the existing work or other subject-matter or copy of it are mentioned, if it is reasonable in the circumstances to do so;

**(c)** the individual had reasonable grounds to believe that the existing work or other subject-matter or copy of it, as the case may be, was not infringing copyright; and

**(d)** the use of, or the authorization to disseminate, the new work or other subject-matter does not have a substantial adverse effect, financial or otherwise, on the exploitation or potential exploitation of the existing work or other subject-matter — or copy of it — or on an existing or potential market for it, including that the new work or other subject-matter is not a substitute for the existing one.

**Definitions**

**(2)** The following definitions apply in subsection (1).

***intermediary*** means a person or entity who regularly provides space or means for works or other subject-matter to be enjoyed by the public.  (*intermédiaire*)

**(ii)** dans le cas d'une prestation, le nom de l'artiste-interprète,

**(iii)** dans le cas d'un enregistrement sonore, le nom du producteur,

**(iv)** dans le cas d'un signal de communication, le nom du radiodiffuseur.

1997, ch. 24, art. 18.

## Contenu non commercial généré par l'utilisateur

**Contenu non commercial généré par l'utilisateur**

**29.21 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour une personne physique, d'utiliser une œuvre ou tout autre objet du droit d'auteur ou une copie de ceux-ci — déjà publiés ou mis à la disposition du public — pour créer une autre œuvre ou un autre objet du droit d'auteur protégés et, pour cette personne de même que, si elle les y autorise, celles qui résident habituellement avec elle, d'utiliser la nouvelle œuvre ou le nouvel objet ou d'autoriser un intermédiaire à le diffuser, si les conditions suivantes sont réunies :

**a)** la nouvelle œuvre ou le nouvel objet n'est utilisé qu'à des fins non commerciales, ou l'autorisation de le diffuser n'est donnée qu'à telles fins;

**b)** si cela est possible dans les circonstances, la source de l'œuvre ou de l'autre objet ou de la copie de ceux-ci et, si ces renseignements figurent dans la source, les noms de l'auteur, de l'artiste-interprète, du producteur ou du radiodiffuseur sont mentionnés;

**c)** la personne croit, pour des motifs raisonnables, que l'œuvre ou l'objet ou la copie de ceux-ci, ayant servi à la création n'était pas contrefait;

**d)** l'utilisation de la nouvelle œuvre ou du nouvel objet, ou l'autorisation de le diffuser, n'a aucun effet négatif important, pécuniaire ou autre, sur l'exploitation — actuelle ou éventuelle — de l'œuvre ou autre objet ou de la copie de ceux-ci ayant servi à la création ou sur tout marché actuel ou éventuel à son égard, notamment parce que l'œuvre ou l'objet nouvellement créé ne peut s'y substituer.

**Définitions**

**(2)** Les définitions qui suivent s'appliquent au paragraphe (1).

***intermédiaire*** Personne ou entité qui fournit régulièrement un espace ou des moyens pour permettre au public

Copyright
PART III Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Non-commercial User-generated Content
Sections 29.21-29.22

Droit d'auteur
PARTIE III Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Contenu non commercial généré par l'utilisateur
Articles 29.21-29.22

*use* means to do anything that by this Act the owner of the copyright has the sole right to do, other than the right to authorize anything. (*utiliser*)

2012, c. 20, s. 22.

*utiliser* S'entend du fait d'accomplir tous actes qu'en vertu de la présente loi seul le titulaire du droit d'auteur a la faculté d'accomplir, sauf celui d'en autoriser l'accomplissement. (*use*)

2012, ch. 20, art. 22.

## Reproduction for Private Purposes

## Reproduction à des fins privées

**Reproduction for private purposes**

**29.22 (1)** It is not an infringement of copyright for an individual to reproduce a work or other subject-matter or any substantial part of a work or other subject-matter if

(a) the copy of the work or other subject-matter from which the reproduction is made is not an infringing copy;

(b) the individual legally obtained the copy of the work or other subject-matter from which the reproduction is made, other than by borrowing it or renting it, and owns or is authorized to use the medium or device on which it is reproduced;

(c) the individual, in order to make the reproduction, did not circumvent, as defined in section 41, a technological protection measure, as defined in that section, or cause one to be circumvented;

(d) the individual does not give the reproduction away; and

(e) the reproduction is used only for the individual's private purposes.

**Meaning of *medium or device***

**(2)** For the purposes of paragraph (1)(b), a ***medium or device*** includes digital memory in which a work or subject-matter may be stored for the purpose of allowing the telecommunication of the work or other subject-matter through the Internet or other digital network.

**Limitation — audio recording medium**

**(3)** In the case of a work or other subject-matter that is a musical work embodied in a sound recording, a performer's performance of a musical work embodied in a sound recording or a sound recording in which a musical work or a performer's performance of a musical work is embodied, subsection (1) does not apply if the reproduction is made onto an audio recording medium as defined in section 79.

**Reproduction à des fins privées**

**29.22 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour une personne physique, de reproduire l'intégralité ou toute partie importante d'une œuvre ou d'un autre objet du droit d'auteur si les conditions suivantes sont réunies :

a) la copie de l'œuvre ou de l'autre objet du droit d'auteur reproduite n'est pas contrefaite;

b) la personne a obtenu la copie légalement, autrement que par emprunt ou location, et soit est propriétaire du support ou de l'appareil sur lequel elle est reproduite, soit est autorisée à l'utiliser;

c) elle ne contourne pas ni ne fait contourner une mesure technique de protection, au sens de ces termes à l'article 41, pour faire la reproduction;

d) elle ne donne la reproduction à personne;

e) elle n'utilise la reproduction qu'à des fins privées.

**Définition : support ou appareil**

**(2)** À l'alinéa (1)b), la mention ***du support ou de l'appareil*** s'entend notamment de la mémoire numérique dans laquelle il est possible de stocker une œuvre ou un autre objet du droit d'auteur pour en permettre la communication par télécommunication sur Internet ou tout autre réseau numérique.

**Non-application : support audio**

**(3)** Dans le cas où l'œuvre ou l'autre objet est l'enregistrement sonore d'une œuvre musicale ou de la prestation d'une œuvre musicale ou l'œuvre musicale, ou la prestation d'une œuvre musicale fixée au moyen d'un enregistrement sonore, le paragraphe (1) ne s'applique pas si la reproduction est faite sur un support audio, au sens de l'article 79.

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Reproduction for Private Purposes
**Sections 29.22-29.23**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Reproduction à des fins privées
**Articles 29.22-29.23**

**Limitation — destruction of reproductions**

**(4)** Subsection (1) does not apply if the individual gives away, rents or sells the copy of the work or other subject-matter from which the reproduction is made without first destroying all reproductions of that copy that the individual has made under that subsection.

2012, c. 20, s. 22.

# Fixing Signals and Recording Programs for Later Listening or Viewing

**Reproduction for later listening or viewing**

**29.23 (1)** It is not an infringement of copyright for an individual to fix a communication signal, to reproduce a work or sound recording that is being broadcast or to fix or reproduce a performer's performance that is being broadcast, in order to record a program for the purpose of listening to or viewing it later, if

**(a)** the individual receives the program legally;

**(b)** the individual, in order to record the program, did not circumvent, as defined in section 41, a technological protection measure, as defined in that section, or cause one to be circumvented;

**(c)** the individual makes no more than one recording of the program;

**(d)** the individual keeps the recording no longer than is reasonably necessary in order to listen to or view the program at a more convenient time;

**(e)** the individual does not give the recording away; and

**(f)** the recording is used only for the individual's private purposes.

**Limitation**

**(2)** Subsection (1) does not apply if the individual receives the work, performer's performance or sound recording under an on-demand service.

**Definitions**

**(3)** The following definitions apply in this section.

***broadcast*** means any transmission of a work or other subject-matter by telecommunication for reception by the public, but does not include a transmission that is made solely for performance in public. (*radiodiffusion*)

**Non-application : destruction des reproductions**

**(4)** Le paragraphe (1) ne s'applique pas si la personne donne, loue ou vend la copie reproduite sans en avoir au préalable détruit toutes les reproductions faites au titre de ce paragraphe.

2012, ch. 20, art. 22.

# Fixation d'un signal et enregistrement d'une émission pour écoute ou visionnement en différé

**Fixation ou reproduction pour écoute ou visionnement en différé**

**29.23 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour une personne physique, de fixer un signal de communication, de reproduire une œuvre ou un enregistrement sonore lorsqu'il est communiqué par radiodiffusion ou de fixer ou de reproduire une prestation lorsqu'elle est ainsi communiquée, afin d'enregistrer une émission pour l'écouter ou la regarder en différé, si les conditions suivantes sont réunies :

**a)** la personne reçoit l'émission de façon licite;

**b)** elle ne contourne pas ni ne fait contourner une mesure technique de protection, au sens de ces termes à l'article 41, pour enregistrer l'émission;

**c)** elle ne fait pas plus d'un enregistrement de l'émission;

**d)** elle ne conserve l'enregistrement que le temps vraisemblablement nécessaire pour écouter ou regarder l'émission à un moment plus opportun;

**e)** elle ne donne l'enregistrement à personne;

**f)** elle n'utilise l'enregistrement qu'à des fins privées.

**Restriction**

**(2)** Le paragraphe (1) ne s'applique pas si la personne reçoit l'œuvre, la prestation ou l'enregistrement sonore dans le cadre de la fourniture d'un service sur demande.

**Définitions**

**(3)** Les définitions qui suivent s'appliquent au présent article.

***radiodiffusion*** Transmission par télécommunication d'une œuvre ou de tout autre objet du droit d'auteur et destinée à être reçue par le public, à l'exception de celle

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 61 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Fixing Signals and Recording Programs for Later Listening or Viewing
Sections 29.23-29.3

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Fixation d'un signal et enregistrement d'une émission pour écoute ou visionnement en différé
Articles 29.23-29.3

***on-demand service*** means a service that allows a person to receive works, performer's performances and sound recordings at times of their choosing. (*service sur demande*)

2012, c. 20, s. 22.

## Backup Copies

### Backup copies

**29.24 (1)** It is not an infringement of copyright in a work or other subject-matter for a person who owns — or has a licence to use — a copy of the work or subject-matter (in this section referred to as the "source copy") to reproduce the source copy if

**(a)** the person does so solely for backup purposes in case the source copy is lost, damaged or otherwise rendered unusable;

**(b)** the source copy is not an infringing copy;

**(c)** the person, in order to make the reproduction, did not circumvent, as defined in section 41, a technological protection measure, as defined in that section, or cause one to be circumvented; and

**(d)** the person does not give any of the reproductions away.

### Backup copy becomes source copy

**(2)** If the source copy is lost, damaged or otherwise rendered unusable, one of the reproductions made under subsection (1) becomes the source copy.

### Destruction

**(3)** The person shall immediately destroy all reproductions made under subsection (1) after the person ceases to own, or to have a licence to use, the source copy.

2012, c. 20, s. 22.

## Acts Undertaken without Motive of Gain

### Motive of gain

**29.3 (1)** No action referred to in section 29.4, 29.5, 30.2 or 30.21 may be carried out with motive of gain.

qui est faite uniquement à l'occasion d'une exécution en public. (*broadcast*)

***service sur demande*** Service qui permet à la personne de recevoir une œuvre, une prestation ou un enregistrement sonore au moment qui lui convient. (*on-demand service*)

2012, ch. 20, art. 22.

## Copies de sauvegarde

### Copies de sauvegarde

**29.24 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour la personne qui est propriétaire de la copie (au présent article appelée ***copie originale***) d'une œuvre ou de tout autre objet du droit d'auteur, ou qui est titulaire d'une licence en autorisant l'utilisation, de la reproduire si les conditions ci-après sont réunies :

**a)** la reproduction est effectuée exclusivement à des fins de sauvegarde au cas où il serait impossible d'utiliser la copie originale, notamment en raison de perte ou de dommage;

**b)** la copie originale n'est pas contrefaite;

**c)** la personne ne contourne pas ni ne fait contourner une mesure technique de protection, au sens de ces termes à l'article 41, pour faire la reproduction;

**d)** elle ne donne aucune reproduction à personne.

### Assimilation

**(2)** Une des reproductions faites au titre du paragraphe (1) est assimilée à la copie originale en cas d'impossibilité d'utiliser celle-ci, notamment en raison de perte ou de dommage.

### Destruction

**(3)** La personne est tenue de détruire toutes les reproductions faites au titre du paragraphe (1) dès qu'elle cesse d'être propriétaire de la copie originale ou d'être titulaire de la licence qui en autorise l'utilisation.

2012, ch. 20, art. 22.

## Actes à but non lucratif

### Intention

**29.3 (1)** Les actes visés aux articles 29.4, 29.5, 30.2 et 30.21 ne doivent pas être accomplis dans l'intention de faire un gain.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Actes à but non lucratif
**Articles 29.3-29.5**

**Cost recovery**

**(2)** An educational institution, library, archive or museum, or person acting under its authority does not have a motive of gain where it or the person acting under its authority, does anything referred to in section 29.4, 29.5, 30.2 or 30.21 and recovers no more than the costs, including overhead costs, associated with doing that act.

1997, c. 24, s. 18.

**Coûts**

**(2)** Les établissements d'enseignement, bibliothèques, musées ou services d'archives, de même que les personnes agissant sous leur autorité sont toutefois réputés ne pas avoir l'intention de faire un gain lorsque, dans l'accomplissement des actes visés aux articles 29.4, 29.5, 30.2 et 30.21, ils ne font que recouvrer les coûts y afférents, frais généraux compris.

1997, ch. 24, art. 18.

## Educational Institutions

## Établissements d'enseignement

### Reproduction for instruction

**29.4 (1)** It is not an infringement of copyright for an educational institution or a person acting under its authority for the purposes of education or training on its premises to reproduce a work, or do any other necessary act, in order to display it.

### Reproduction à des fins pédagogiques

**29.4 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour un établissement d'enseignement ou une personne agissant sous l'autorité de celui-ci, de reproduire une œuvre pour la présenter visuellement à des fins pédagogiques et dans les locaux de l'établissement et d'accomplir tout autre acte nécessaire pour la présenter à ces fins.

### Reproduction for examinations, etc.

**(2)** It is not an infringement of copyright for an educational institution or a person acting under its authority to

**(a)** reproduce, translate or perform in public on the premises of the educational institution, or

**(b)** communicate by telecommunication to the public situated on the premises of the educational institution

a work or other subject-matter as required for a test or examination.

### Questions d'examen

**(2)** Ne constituent pas des violations du droit d'auteur, si elles sont faites par un établissement d'enseignement ou une personne agissant sous l'autorité de celui-ci dans le cadre d'un examen ou d'un contrôle :

**a)** la reproduction, la traduction ou l'exécution en public d'une œuvre ou de tout autre objet du droit d'auteur dans les locaux de l'établissement;

**b)** la communication par télécommunication d'une œuvre ou de tout autre objet du droit d'auteur au public se trouvant dans les locaux de l'établissement.

### If work commercially available

**(3)** Except in the case of manual reproduction, the exemption from copyright infringement provided by subsections (1) and (2) does not apply if the work or other subject-matter is commercially available, within the meaning of paragraph (a) of the definition *commercially available* in section 2, in a medium that is appropriate for the purposes referred to in those subsections.

1997, c. 24, s. 18; 2012, c. 20, s. 23.

### Accessibilité sur le marché

**(3)** Sauf cas de reproduction manuscrite, les exceptions prévues aux paragraphes (1) et (2) ne s'appliquent pas si l'œuvre ou l'autre objet du droit d'auteur sont accessibles sur le marché — au sens de l'alinéa a) de la définition de ce terme à l'article 2 — sur un support approprié, aux fins visées par ces dispositions.

1997, ch. 24, art. 18; 2012, ch. 20, art. 23.

### Performances

**29.5** It is not an infringement of copyright for an educational institution or a person acting under its authority to do the following acts if they are done on the premises of an educational institution for educational or training purposes and not for profit, before an audience consisting primarily of students of the educational institution, instructors acting under the authority of the educational

### Représentations

**29.5** Ne constituent pas des violations du droit d'auteur les actes ci-après, s'ils sont accomplis par un établissement d'enseignement ou une personne agissant sous l'autorité de celui-ci, dans les locaux de celui-ci, à des fins pédagogiques et non en vue d'un profit, devant un auditoire formé principalement d'élèves de l'établissement, d'enseignants agissant sous l'autorité de l'établissement

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 63 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Sections 29.5-29.7**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Articles 29.5-29.7**

institution or any person who is directly responsible for setting a curriculum for the educational institution:

**(a)** the live performance in public, primarily by students of the educational institution, of a work;

**(b)** the performance in public of a sound recording, or of a work or performer's performance that is embodied in a sound recording, as long as the sound recording is not an infringing copy or the person responsible for the performance has no reasonable grounds to believe that it is an infringing copy;

**(c)** the performance in public of a work or other subject-matter at the time of its communication to the public by telecommunication; and

**(d)** the performance in public of a cinematographic work, as long as the work is not an infringing copy or the person responsible for the performance has no reasonable grounds to believe that it is an infringing copy.

1997, c. 24, s. 18; 2012, c. 20, s. 24.

### News and commentary

**29.6 (1)** It is not an infringement of copyright for an educational institution or a person acting under its authority to

**(a)** make, at the time of its communication to the public by telecommunication, a single copy of a news program or a news commentary program, excluding documentaries, for the purposes of performing the copy for the students of the educational institution for educational or training purposes; and

**(b)** perform the copy in public before an audience consisting primarily of students of the educational institution on its premises for educational or training purposes.

**(2)** [Repealed, 2012, c. 20, s. 25]

1997, c. 24, s. 18; 2012, c. 20, s. 25.

### Reproduction of broadcast

**29.7 (1)** Subject to subsection (2) and section 29.9, it is not an infringement of copyright for an educational institution or a person acting under its authority to

**(a)** make a single copy of a work or other subject-matter at the time that it is communicated to the public by telecommunication; and

ou d'autres personnes qui sont directement responsables de programmes d'études pour cet établissement :

**a)** l'exécution en direct et en public d'une œuvre, principalement par des élèves de l'établissement;

**b)** l'exécution en public tant de l'enregistrement sonore que de l'œuvre ou de la prestation qui le constituent, à condition que l'enregistrement ne soit pas un exemplaire contrefait ou que la personne qui l'exécute n'ait aucun motif raisonnable de croire qu'il s'agit d'un exemplaire contrefait;

**c)** l'exécution en public d'une œuvre ou de tout autre objet du droit d'auteur lors de leur communication au public par télécommunication;

**d)** l'exécution en public d'une œuvre cinématographique, à condition que l'œuvre ne soit pas un exemplaire contrefait ou que la personne qui l'exécute n'ait aucun motif raisonnable de croire qu'il s'agit d'un exemplaire contrefait.

1997, ch. 24, art. 18; 2012, ch. 20, art. 24.

### Actualités et commentaires

**29.6 (1)** Les actes ci-après ne constituent pas des violations du droit d'auteur s'ils sont accomplis par un établissement d'enseignement ou une personne agissant sous l'autorité de celui-ci :

**a)** la reproduction à des fins pédagogiques, en un seul exemplaire, d'émissions d'actualités ou de commentaires d'actualités, à l'exclusion des documentaires, lors de leur communication au public par télécommunication en vue de leur présentation aux élèves de l'établissement;

**b)** les exécutions en public de l'exemplaire devant un auditoire formé principalement d'élèves de l'établissement dans les locaux de l'établissement et à des fins pédagogiques.

**(2)** [Abrogé, 2012, ch. 20, art. 25]

1997, ch. 24, art. 18; 2012, ch. 20, art. 25.

### Reproduction d'émissions

**29.7 (1)** Sous réserve du paragraphe (2) et de l'article 29.9, les actes ci-après ne constituent pas des violations du droit d'auteur s'ils sont accomplis par un établissement d'enseignement ou une personne agissant sous l'autorité de celui-ci :

**a)** la reproduction à des fins pédagogiques, en un seul exemplaire, d'une œuvre ou de tout autre objet du droit d'auteur lors de leur communication au public par télécommunication;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 64 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Sections 29.7-29.9**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Articles 29.7-29.9**

**(b)** keep the copy for up to thirty days to decide whether to perform the copy for educational or training purposes.

#### Royalties for reproduction

**(2)** An educational institution that has not destroyed the copy by the expiration of the thirty days infringes copyright in the work or other subject-matter unless it pays any royalties, and complies with any terms and conditions, fixed under this Act for the making of the copy.

#### Royalties for performance

**(3)** It is not an infringement of copyright for the educational institution or a person acting under its authority to perform the copy in public for educational or training purposes on the premises of the educational institution before an audience consisting primarily of students of the educational institution if the educational institution pays the royalties and complies with any terms and conditions fixed under this Act for the performance in public.

1997, c. 24, s. 18.

#### Unlawful reception

**29.8** The exceptions to infringement of copyright provided for under sections 29.5 to 29.7 do not apply where the communication to the public by telecommunication was received by unlawful means.

1997, c. 24, s. 18.

#### Records and marking

**29.9 (1)** Where an educational institution or person acting under its authority

**(a)** [Repealed, 2012, c. 20, s. 26]

**(b)** makes a copy of a work or other subject-matter communicated to the public by telecommunication and performs it pursuant to section 29.7,

the educational institution shall keep a record of the information prescribed by regulation in relation to the making of the copy, the destruction of it or any performance in public of it for which royalties are payable under this Act and shall, in addition, mark the copy in the manner prescribed by regulation.

#### Regulations

**(2)** The Board may, with the approval of the Governor in Council, make regulations

**(a)** prescribing the information in relation to the making, destruction, performance and marking of copies that must be kept under subsection (1),

**b)** la conservation de l'exemplaire pour une période maximale de trente jours afin d'en déterminer la valeur du point de vue pédagogique.

#### Paiement des redevances ou destruction

**(2)** L'établissement d'enseignement qui n'a pas détruit l'exemplaire à l'expiration des trente jours viole le droit d'auteur s'il n'acquitte pas les redevances ni ne respecte les modalités fixées sous le régime de la présente loi pour la reproduction.

#### Exécution en public

**(3)** L'exécution en public, devant un auditoire formé principalement d'élèves de l'établissement, de l'exemplaire dans les locaux de l'établissement et à des fins pédagogiques, par l'établissement ou une personne agissant sous l'autorité de celui-ci, ne constitue pas une violation du droit d'auteur si l'établissement acquitte les redevances et respecte les modalités fixées sous le régime de la présente loi pour l'exécution en public.

1997, ch. 24, art. 18.

#### Réception illicite

**29.8** Les exceptions prévues aux articles 29.5 à 29.7 ne s'appliquent pas si la communication au public par télécommunication a été captée par des moyens illicites.

1997, ch. 24, art. 18.

#### Obligations relatives à l'étiquetage

**29.9 (1)** L'établissement d'enseignement est tenu de consigner les renseignements prévus par règlement, selon les modalités réglementaires, quant aux reproductions et destructions qu'il fait et aux exécutions en public pour lesquelles des redevances doivent être acquittées sous le régime de la présente loi, et d'étiqueter les exemplaires selon les modalités réglementaires, dans les cas suivants :

**a)** [Abrogé, 2012, ch. 20, art. 26]

**b)** reproduction d'une œuvre ou de tout autre objet du droit d'auteur lors de sa communication au public par télécommunication et exécution de l'exemplaire, dans le cadre de l'article 29.7.

#### Règlements

**(2)** La Commission peut, par règlement et avec l'approbation du gouverneur en conseil, préciser :

**a)** les renseignements relatifs aux reproductions, destructions et exécutions en public visées au paragraphe (1) que doivent consigner les établissements d'enseignement et qui doivent figurer sur les étiquettes;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 65 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Sections 29.9-30.01**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Articles 29.9-30.01**

**(b)** prescribing the manner and form in which records referred to in that subsection must be kept and copies destroyed or marked, and

**(c)** respecting the sending of information to collective societies that carry on the business of collecting royalties referred to in subsection 29.7(2) or (3).

1997, c. 24, s. 18; 2012, c. 20, s. 26; 2018, c. 27, s. 282.

### Literary collections

**30** The publication in a collection, mainly composed of non-copyright matter, intended for the use of educational institutions, and so described in the title and in any advertisements issued by the publisher, of short passages from published literary works in which copyright subsists and not themselves published for the use of educational institutions, does not infringe copyright in those published literary works if

**(a)** not more than two passages from works by the same author are published by the same publisher within five years;

**(b)** the source from which the passages are taken is acknowledged; and

**(c)** the name of the author, if given in the source, is mentioned.

R.S., 1985, c. C-42, s. 30; R.S., 1985, c. 10 (4th Supp.), s. 7; 1997, c. 24, s. 18.

### Meaning of *lesson*

**30.01 (1)** For the purposes of this section, ***lesson*** means a lesson, test or examination, or part of one, in which, or during the course of which, an act is done in respect of a work or other subject-matter by an educational institution or a person acting under its authority that would otherwise be an infringement of copyright but is permitted under a limitation or exception under this Act.

### Application

**(2)** This section does not apply so as to permit any act referred to in paragraph (3)(a), (b) or (c) with respect to a work or other subject-matter whose use in the lesson constitutes an infringement of copyright or for whose use in the lesson the consent of the copyright owner is required.

### Communication by telecommunication

**(3)** Subject to subsection (6), it is not an infringement of copyright for an educational institution or a person acting under its authority

**b)** les modalités de consignation de ces renseignements, et d'étiquetage et de destruction des exemplaires;

**c)** les modalités de transmission de ces renseignements aux sociétés de gestion qui se livrent à la perception des redevances visées aux paragraphes 29.7(2) ou (3).

1997, ch. 24, art. 18; 2012, ch. 20, art. 26; 2018, ch. 27, art. 282.

### Recueils

**30** La publication de courts extraits d'œuvres littéraires encore protégées, publiées et non destinées elles-mêmes à l'usage des établissements d'enseignement, dans un recueil qui est composé principalement de matières non protégées, préparé pour être utilisé dans les établissements d'enseignement et désigné comme tel dans le titre et dans les annonces faites par l'éditeur ne constitue pas une violation du droit d'auteur sur ces œuvres littéraires publiées à condition que :

**a)** le même éditeur ne publie pas plus de deux passages tirés des œuvres du même auteur dans l'espace de cinq ans;

**b)** la source de l'emprunt soit indiquée;

**c)** le nom de l'auteur, s'il figure dans la source, soit mentionné.

L.R. (1985), ch. C-42, art. 30; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 7; 1997, ch. 24, art. 18.

### Définition de *leçon*

**30.01 (1)** Au présent article, ***leçon*** s'entend de tout ou partie d'une leçon, d'un examen ou d'un contrôle dans le cadre desquels un établissement d'enseignement ou une personne agissant sous l'autorité de celui-ci accomplit à l'égard d'une œuvre ou de tout autre objet du droit d'auteur un acte qui, n'eussent été les exceptions et restrictions prévues par la présente loi, aurait constitué une violation du droit d'auteur.

### Limite

**(2)** Le présent article n'a pas pour effet de permettre l'accomplissement des actes visés aux alinéas (3)a) à c) à l'égard d'une œuvre ou de tout autre objet du droit d'auteur dont l'utilisation dans le cadre de la leçon constitue une violation du droit d'auteur ou est subordonnée à l'autorisation du titulaire du droit d'auteur.

### Communication par télécommunication

**(3)** Sous réserve du paragraphe (6), ne constitue pas une violation du droit d'auteur le fait, pour un établissement d'enseignement ou une personne agissant sous son autorité :

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 66 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Section** 30.01

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Article** 30.01

**(a)** to communicate a lesson to the public by telecommunication for educational or training purposes, if that public consists only of students who are enrolled in a course of which the lesson forms a part or of other persons acting under the authority of the educational institution;

**(b)** to make a fixation of the lesson for the purpose of the act referred to in paragraph (a); or

**(c)** to do any other act that is necessary for the purpose of the acts referred to in paragraphs (a) and (b).

**Participation by telecommunication**

**(4)** A student who is enrolled in a course of which the lesson forms a part is deemed to be a person on the premises of the educational institution when the student participates in or receives the lesson by means of communication by telecommunication under paragraph (3)(a).

**Reproducing lessons**

**(5)** It is not an infringement of copyright for a student who has received a lesson by means of communication by telecommunication under paragraph (3)(a) to reproduce the lesson in order to be able to listen to or view it at a more convenient time. However, the student shall destroy the reproduction within 30 days after the day on which the students who are enrolled in the course to which the lesson relates have received their final course evaluations.

**Conditions**

**(6)** The educational institution and any person acting under its authority, except a student, shall

**(a)** destroy any fixation of the lesson within 30 days after the day on which the students who are enrolled in the course to which the lesson relates have received their final course evaluations;

**(b)** take measures that can reasonably be expected to limit the communication by telecommunication of the lesson to the persons referred to in paragraph (3)(a);

**(c)** take, in relation to the communication by telecommunication of the lesson in digital form, measures that can reasonably be expected to prevent the students from fixing, reproducing or communicating the lesson other than as they may do under this section; and

**a)** de communiquer une leçon au public par télécommunication à des fins pédagogiques si le public visé est formé uniquement d'élèves inscrits au cours auquel la leçon se rapporte ou d'autres personnes agissant sous l'autorité de l'établissement;

**b)** de faire une fixation de cette leçon en vue d'accomplir l'acte visé à l'alinéa a);

**c)** d'accomplir tout autre acte nécessaire à ces actes.

**Participation des élèves**

**(4)** L'élève inscrit au cours auquel la leçon se rapporte est réputé se trouver dans les locaux de l'établissement d'enseignement lorsqu'il reçoit la leçon ou y participe au moyen d'une communication par télécommunication au titre de l'alinéa (3)a).

**Reproduction de la leçon par l'élève**

**(5)** Ne constitue pas une violation du droit d'auteur le fait, pour l'élève qui reçoit une leçon au moyen d'une communication par télécommunication au titre de l'alinéa (3)a), d'en faire la reproduction pour l'écouter ou la regarder à un moment plus opportun. L'élève doit toutefois détruire la reproduction dans les trente jours suivant la date à laquelle les élèves inscrits au cours auquel la leçon se rapporte ont reçu leur évaluation finale.

**Conditions**

**(6)** L'établissement d'enseignement et la personne agissant sous son autorité, à l'exclusion de l'élève, sont tenus :

**a)** de détruire toute fixation de la leçon dans les trente jours suivant la date à laquelle les élèves inscrits au cours auquel la leçon se rapporte ont reçu leur évaluation finale;

**b)** de prendre des mesures dont il est raisonnable de croire qu'elles auront pour effet de limiter aux personnes visées à l'alinéa (3)a) la communication par télécommunication de la leçon;

**c)** s'agissant de la communication par télécommunication de la leçon sous forme numérique, de prendre des mesures dont il est raisonnable de croire qu'elles auront pour effet d'empêcher les élèves de la fixer, de la reproduire ou de la communiquer en contravention avec le présent article;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 67 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Sections 30.01-30.02**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Articles 30.01-30.02**

**(d)** take, in relation to a communication by telecommunication in digital form, any measure prescribed by regulation.

2012, c. 20, s. 27.

### Exception — digital reproduction of works

**30.02 (1)** Subject to subsections (3) to (5), it is not an infringement of copyright for an educational institution that has a reprographic reproduction licence under which the institution is authorized to make reprographic reproductions of works in a collective society's repertoire for an educational or training purpose

**(a)** to make a digital reproduction — of the same general nature and extent as the reprographic reproduction authorized under the licence — of a paper form of any of those works;

**(b)** to communicate the digital reproduction by telecommunication for an educational or training purpose to persons acting under the authority of the institution; or

**(c)** to do any other act that is necessary for the purpose of the acts referred to in paragraphs (a) and (b).

### Exception

**(2)** Subject to subsections (3) to (5), it is not an infringement of copyright for a person acting under the authority of the educational institution to whom the work has been communicated under paragraph (1)(b) to print one copy of the work.

### Conditions

**(3)** An educational institution that makes a digital reproduction of a work under paragraph (1)(a) shall

**(a)** pay to the collective society, with respect to all the persons to whom the digital reproduction is communicated by the institution under paragraph (1)(b), the royalties that would be payable if one reprographic reproduction were distributed by the institution to each of those persons, and comply with the licence terms and conditions applicable to a reprographic reproduction to the extent that they are reasonably applicable to a digital reproduction;

**(b)** take measures to prevent the digital reproduction from being communicated by telecommunication to any persons who are not acting under the authority of the institution;

**(c)** take measures to prevent a person to whom the work has been communicated under paragraph (1)(b) from printing more than one copy, and to prevent any

**d)** de prendre toute mesure réglementaire relativement à la communication par télécommunication sous forme numérique.

2012, ch. 20, art. 27.

### Exception : reproduction numérique d'œuvres

**30.02 (1)** Sous réserve des paragraphes (3) à (5), ne constitue pas une violation du droit d'auteur le fait, pour l'établissement d'enseignement qui est titulaire d'une licence l'autorisant à reproduire par reprographie à des fins pédagogiques des œuvres faisant partie du répertoire d'une société de gestion :

**a)** soit de faire une reproduction numérique — de même nature et de même étendue que la reproduction autorisée par la licence — de l'une ou l'autre de ces œuvres qui est sur support papier;

**b)** soit de communiquer par télécommunication la reproduction numérique visée à l'alinéa a) à des fins pédagogiques à toute personne agissant sous son autorité;

**c)** soit d'accomplir tout autre acte nécessaire à ces actes.

### Exception : impression de reproductions numériques d'œuvres

**(2)** Sous réserve des paragraphes (3) à (5), ne constitue pas une violation du droit d'auteur le fait, pour la personne agissant sous l'autorité de l'établissement d'enseignement à qui l'œuvre a été communiquée au titre de l'alinéa (1)b), d'en faire une seule impression.

### Conditions

**(3)** L'établissement d'enseignement qui fait une reproduction numérique d'une œuvre au titre de l'alinéa (1)a) doit :

**a)** verser à la société de gestion, à l'égard des personnes auxquelles il a communiqué la reproduction numérique au titre de l'alinéa (1)b), les redevances qu'il aurait été tenu de lui verser s'il avait remis à chacune de ces personnes un exemplaire reprographique de l'œuvre, et respecter les modalités afférentes à la licence autorisant la reprographie qui sont applicables à la reproduction numérique de l'œuvre;

**b)** prendre des mesures en vue d'empêcher la communication par télécommunication de la reproduction numérique à des personnes autres que celles agissant sous son autorité;

**c)** prendre des mesures en vue d'empêcher l'impression de la reproduction numérique à plus d'un exemplaire par la personne à qui elle a été communiquée au

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 68 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Section** 30.02

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Article** 30.02

other reproduction or communication of the digital re-production; and

**(d)** take any measure prescribed by regulation.

#### Restriction

**(4)** An educational institution may not make a digital re-production of a work under paragraph (1)(a) if

**(a)** the institution has entered into a digital reproduction agreement respecting the work with a collective society under which the institution may make a digital reproduction of the work, may communicate the digital reproduction by telecommunication to persons acting under the authority of the institution and may permit those persons to print at least one copy of the work;

**(b)** there is a tariff approved under section 70 that is applicable to the digital reproduction of the work, to the communication of the digital reproduction by telecommunication to persons acting under the authority of the institution and to the printing by those persons of at least one copy of the work; or

**(c)** the institution has been informed by the collective society that is authorized to enter into reprographic agreements with respect to the work that the owner of the copyright in the work has informed it, under subsection (5), that the owner refuses to authorize the collective society to enter into a digital reproduction agreement with respect to the work.

#### Restriction

**(5)** If the owner of the copyright in a work informs the collective society that is authorized to enter into reprographic agreements with respect to the work that the owner refuses to authorize it to enter into digital reproduction agreements with respect to the work, the collective society shall inform the educational institutions with which it has entered into reprographic reproduction agreements with respect to the work that they are not permitted to make digital reproductions under subsection (1).

#### Deeming provision

**(6)** The owner of the copyright in a work who, in respect of the work, has authorized a collective society to enter into a reprographic reproduction agreement with an educational institution is deemed to have authorized the society to enter into a digital reproduction agreement with the institution — subject to the same restrictions as a reprographic reproduction agreement — unless the owner has refused to give this authorization under subsection (5) or has authorized another collective society to enter

titre de l'alinéa (1)b), et toute autre reproduction ou communication;

**d)** prendre toutes les mesures réglementaires.

#### Restriction

**(4)** L'établissement d'enseignement n'est pas autorisé à faire une reproduction numérique d'une œuvre au titre de l'alinéa (1)a) si, selon le cas :

**a)** il a conclu avec une société de gestion un accord de reproduction numérique l'autorisant à faire une reproduction numérique de l'œuvre et à la communiquer par télécommunication aux personnes agissant sous son autorité et autorisant celles-ci à en imprimer un certain nombre d'exemplaires;

**b)** un tarif homologué au titre de l'article 70 est applicable à la reproduction numérique de l'œuvre, à la communication de celle-ci par télécommunication aux personnes agissant sous son autorité et à l'impression par celles-ci d'un certain nombre d'exemplaires de l'œuvre;

**c)** la société de gestion autorisée à conclure un accord de reproduction par reprographie de l'œuvre l'a avisé qu'elle a été informée par le titulaire du droit d'auteur sur l'œuvre, au titre du paragraphe (5), que celui-ci lui interdit de conclure un accord de reproduction numérique de celle-ci.

#### Restriction

**(5)** Si le titulaire du droit d'auteur sur une œuvre informe la société de gestion autorisée à conclure un accord de reproduction par reprographie qu'il lui interdit de conclure un accord autorisant la reproduction numérique de celle-ci, la société de gestion informe les établissements d'enseignement avec lesquels elle a conclu un accord de reproduction par reprographie de l'œuvre qu'ils ne sont pas autorisés à faire de reproductions numériques de celle-ci au titre du paragraphe (1).

#### Présomption

**(6)** Le titulaire du droit d'auteur sur une œuvre qui, à l'égard de celle-ci, permet à une société de gestion de conclure un accord de reproduction par reprographie avec un établissement d'enseignement est réputé lui avoir permis, sous réserve des restrictions applicables à cet accord, de conclure un accord de reproduction numérique avec cet établissement, sauf s'il a opposé l'interdiction mentionnée au paragraphe (5) ou s'il a permis à une autre société de gestion de conclure un tel accord.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 69 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Sections 30.02-30.03**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Articles 30.02-30.03**

into a digital reproduction agreement with respect to the work.

**Maximum amount that may be recovered**

**(7)** In proceedings against an educational institution for making a digital reproduction of a paper form of a work, or for communicating such a reproduction by telecommunication for an educational or training purpose to persons acting under the authority of the institution, the owner of the copyright in the work may not recover an amount more than

(a) in the case where there is a digital reproduction licence that meets the conditions described in paragraph (4)(a) in respect of the work — or, if none exists in respect of the work, in respect of a work of the same category — the amount of royalties that would be payable under that licence in respect of those acts or, if there is more than one applicable licence, the greatest amount of royalties payable under any of those licences; and

(b) in the case where there is no licence described in paragraph (a) but there is a reprographic reproduction licence in respect of the work — or, if none exists in respect of the work, in respect of a work of the same category — the amount of royalties that would be payable under that licence in respect of those acts or, if there is more than one applicable licence, the greatest amount of royalties payable under any of those licences.

**No damages**

**(8)** The owner of the copyright in a work may not recover any damages against a person acting under the authority of the educational institution who, in respect of a digital reproduction of the work that is communicated to the person by telecommunication, prints one copy of the work if, at the time of the printing, it was reasonable for the person to believe that the communication was made in accordance with paragraph (1)(b).

2012, c. 20, s. 27; 2018, c. 27, s. 283.

**Royalties — digital reproduction agreement**

**30.03 (1)** If an educational institution has paid royalties to a collective society for the digital reproduction of a work under paragraph 30.02(3)(a) and afterwards the institution enters into a digital reproduction agreement described in paragraph 30.02(4)(a) with any collective society,

(a) in the case where the institution would — under that digital reproduction agreement — pay a greater amount of royalties for the digital reproduction of that work than what was payable under paragraph 30.02(3)(a), the institution shall pay to the collective

**Dommages-intérêts maximaux**

**(7)** Le titulaire du droit d'auteur sur une œuvre qui poursuit un établissement d'enseignement pour avoir fait une reproduction numérique d'une copie de l'œuvre sur support papier, ou pour avoir communiqué par télécommunication une telle reproduction à des fins pédagogiques à toute personne agissant sous son autorité ne peut recouvrer une somme qui dépasse :

a) dans le cas où il existe une licence de reproduction numérique — conforme aux conditions mentionnées à l'alinéa (4)a) — de l'œuvre ou, à défaut, d'une œuvre de la même catégorie, la somme qui aurait été versée au titre de cette licence pour l'accomplissement de l'acte en question ou, s'il existe plus d'une telle licence, la somme la plus élevée de toutes celles prévues par ces licences;

b) dans les autres cas, s'il existe une licence de reproduction reprographique de l'œuvre ou, à défaut, d'une œuvre de la même catégorie, la somme qui aurait été versée au titre de cette licence pour l'accomplissement de l'acte en question ou, s'il existe plus d'une telle licence, la somme la plus élevée de toutes celles prévues par ces licences.

**Dommages-intérêts**

**(8)** Le titulaire du droit d'auteur sur une œuvre ne peut recouvrer de dommages-intérêts auprès d'une personne agissant sous l'autorité de l'établissement d'enseignement qui a fait une seule impression d'une reproduction numérique de l'œuvre qui lui a été communiquée par télécommunication si, au moment de l'impression, il était raisonnable pour la personne de croire que cette communication avait été faite en conformité avec l'alinéa (1)b).

2012, ch. 20, art. 27; 2018, ch. 27, art. 283.

**Accord de reproduction numérique**

**30.03 (1)** Si l'établissement d'enseignement a versé des redevances à une société de gestion à l'égard de la reproduction numérique d'une œuvre au titre de l'alinéa 30.02(3)a) et qu'il conclut par la suite avec toute société de gestion un accord de reproduction numérique visé à l'alinéa 30.02(4)a) :

a) dans le cas où l'accord prévoit pour la reproduction numérique de l'œuvre des redevances supérieures à celles qui étaient payables au titre de l'alinéa 30.02(3)a), l'établissement d'enseignement doit verser à la première société de gestion la différence entre le

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 70 of 195

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Section 30.03**

Droit d'auteur
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Article 30.03**

society to which it paid royalties under that paragraph the difference between

(i) the amount of royalties that the institution would have had to pay for the digital reproduction of that work if the agreement had been entered into on the day on which the institution first made a digital reproduction under paragraph 30.02(1)(a), and

(ii) the amount of royalties that the institution paid to the society under paragraph 30.02(3)(a) for the digital reproduction of that work from the day on which that paragraph comes into force until the day on which they enter into the digital reproduction agreement; and

(b) in the case where the institution would — under that digital reproduction agreement — pay a lesser amount of royalties for the digital reproduction of that work than what was payable under paragraph 30.02(3)(a), the collective society to which the institution paid royalties under that paragraph shall pay to the institution the difference between

(i) the amount of royalties that the institution paid to the society under paragraph 30.02(3)(a) for the digital reproduction of that work from the day on which that paragraph comes into force until the day on which they enter into the digital reproduction agreement, and

(ii) the amount of royalties that the institution would have had to pay for the digital reproduction of that work if the agreement had been entered into on the day on which the institution first made a digital reproduction under paragraph 30.02(1)(a).

**Royalties — tariff**

**(2)** If an educational institution has paid royalties to a collective society for the digital reproduction of a work under paragraph 30.02(3)(a) and afterwards a tariff applies to the digital reproduction of that work under paragraph 30.02(4)(b),

(a) in the case where the institution would — under the tariff — pay a greater amount of royalties for the digital reproduction of that work than what was payable under paragraph 30.02(3)(a), the institution shall pay to the collective society to which it paid royalties under that paragraph the difference between

(i) the amount of royalties that the institution would have had to pay for the digital reproduction of that work if the tariff had been approved on the day on which the institution first made a digital reproduction under paragraph 30.02(1)(a), and

montant des redevances qu'il aurait eu à verser si l'accord avait été conclu à la date à laquelle il a fait la première reproduction numérique de l'œuvre au titre de l'alinéa 30.02(1)a) et le montant des redevances qu'il lui a versées au titre de l'alinéa 30.02(3)a) à compter de la date d'entrée en vigueur de cet alinéa jusqu'à la date de conclusion de l'accord;

b) dans le cas où l'accord prévoit pour la reproduction numérique de l'œuvre des redevances inférieures à celles qui étaient payables au titre de l'alinéa 30.02(3)a), la première société de gestion doit verser à l'établissement d'enseignement la différence entre le montant des redevances qu'il lui a versées au titre de cet alinéa à compter de la date d'entrée en vigueur de celui-ci jusqu'à la date de conclusion de l'accord et le montant des redevances qu'il aurait eu à verser si l'accord avait été conclu à la date à laquelle il a fait cette première reproduction numérique au titre de l'alinéa 30.02(1)a).

**Tarif pour la reproduction numérique**

**(2)** Si l'établissement d'enseignement a versé des redevances à une société de gestion, au titre de l'alinéa 30.02(3)a), à l'égard de la reproduction numérique d'une œuvre à laquelle s'applique un tarif visé à l'alinéa 30.02(4)b) :

a) dans le cas où les redevances prévues par le tarif sont supérieures à celles qui étaient payables au titre de l'alinéa 30.02(3)a), l'établissement d'enseignement doit verser à la société de gestion la différence entre le montant des redevances qu'il aurait eu à verser si le tarif avait été homologué à la date à laquelle il a fait la première reproduction numérique de l'œuvre au titre de l'alinéa 30.02(1)a) et le montant des redevances qu'il lui a versées au titre de l'alinéa 30.02(3)a) à compter de la date d'entrée en vigueur de cet alinéa jusqu'à la date de l'homologation;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 71 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Sections 30.03-30.04**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Articles 30.03-30.04**

**(ii)** the amount of royalties that the institution paid to the society under paragraph 30.02(3)(a) for the digital reproduction of that work from the day on which that paragraph comes into force until the day on which the tariff is approved; and

**(b)** in the case where the institution would — under the tariff — pay a lesser amount of royalties for the digital reproduction of that work than what was payable under paragraph 30.02(3)(a), the collective society to which the institution paid royalties under that paragraph shall pay to the institution the difference between

**(i)** the amount of royalties that the institution paid to the society under paragraph 30.02(3)(a) for the digital reproduction of that work from the day on which that paragraph comes into force until the day on which the tariff is approved, and

**(ii)** the amount of royalties that the institution would have had to pay for the digital reproduction of that work if the tariff had been approved on the day on which the institution first made a digital reproduction under paragraph 30.02(1)(a).

2012, c. 20, s. 27; 2018, c. 27, s. 284(E).

### Work available through Internet

**30.04 (1)** Subject to subsections (2) to (5), it is not an infringement of copyright for an educational institution, or a person acting under the authority of one, to do any of the following acts for educational or training purposes in respect of a work or other subject-matter that is available through the Internet:

**(a)** reproduce it;

**(b)** communicate it to the public by telecommunication, if that public primarily consists of students of the educational institution or other persons acting under its authority;

**(c)** perform it in public, if that public primarily consists of students of the educational institution or other persons acting under its authority; or

**(d)** do any other act that is necessary for the purpose of the acts referred to in paragraphs (a) to (c).

### Conditions

**(2)** Subsection (1) does not apply unless the educational institution or person acting under its authority, in doing any of the acts described in that subsection in respect of the work or other subject-matter, mentions the following:

**b)** dans le cas où les redevances prévues par le tarif sont inférieures à celles qui étaient payables au titre de l'alinéa 30.02(3)a), la société de gestion doit verser à l'établissement d'enseignement la différence entre le montant des redevances qu'il lui a versées au titre de cet alinéa à compter de la date d'entrée en vigueur de celui-ci jusqu'à la date de l'homologation et le montant des redevances qu'il aurait eu à verser si le tarif avait été homologué à la date à laquelle il a fait cette première reproduction numérique au titre de l'alinéa 30.02(1)a).

2012, ch. 20, art. 27; 2018, ch. 27, art. 284(A).

### Œuvre sur Internet

**30.04 (1)** Sous réserve des paragraphes (2) à (5), ne constitue pas une violation du droit d'auteur le fait pour un établissement d'enseignement ou une personne agissant sous son autorité d'accomplir les actes ci-après à des fins pédagogiques à l'égard d'une œuvre ou de tout autre objet du droit d'auteur qui sont accessibles sur Internet :

**a)** les reproduire;

**b)** les communiquer au public par télécommunication si le public visé est principalement formé d'élèves de l'établissement d'enseignement ou d'autres personnes agissant sous son autorité;

**c)** les exécuter en public si le public visé est principalement formé d'élèves de l'établissement d'enseignement ou d'autres personnes agissant sous son autorité;

**d)** accomplir tout autre acte nécessaire à ces actes.

### Conditions

**(2)** Le paragraphe (1) ne s'applique que si l'établissement d'enseignement ou la personne agissant sous son autorité, dans l'accomplissement des actes visés à ce paragraphe, mentionne :

**a)** d'une part, la source;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 72 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Educational Institutions
**Section** 30.04

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Établissements d'enseignement
**Article** 30.04

**(a)** the source; and

**(b)** if given in the source, the name of

    **(i)** the author, in the case of a work,

    **(ii)** the performer, in the case of a performer's performance,

    **(iii)** the maker, in the case of a sound recording, and

    **(iv)** the broadcaster, in the case of a communication signal.

**Non-application**

**(3)** Subsection (1) does not apply if the work or other subject-matter — or the Internet site where it is posted — is protected by a technological protection measure that restricts access to the work or other subject-matter or to the Internet site.

**Non-application**

**(4)** Subsection (1) does not permit a person to do any act described in that subsection in respect of a work or other subject-matter if

    **(a)** that work or other subject-matter — or the Internet site where it is posted — is protected by a technological protection measure that restricts the doing of that act; or

    **(b)** a clearly visible notice — and not merely the copyright symbol — prohibiting that act is posted at the Internet site where the work or other subject-matter is posted or on the work or other subject-matter itself.

**Non-application**

**(5)** Subsection (1) does not apply if the educational institution or person acting under its authority knows or should have known that the work or other subject-matter was made available through the Internet without the consent of the copyright owner.

**Regulations**

**(6)** The Governor in Council may make regulations for the purposes of paragraph (4)(b) prescribing what constitutes a clearly visible notice.

2012, c. 20, s. 27.

**b)** d'autre part, si ces renseignements figurent dans la source :

    **(i)** dans le cas d'une œuvre, le nom de l'auteur,

    **(ii)** dans le cas d'une prestation, le nom de l'artiste-interprète,

    **(iii)** dans le cas d'un enregistrement sonore, le nom du producteur,

    **(iv)** dans le cas d'un signal de communication, le nom du radiodiffuseur.

**Non-application**

**(3)** Le paragraphe (1) ne s'applique pas dans le cas où le site Internet sur lequel est affiché l'œuvre ou l'autre objet du droit d'auteur, ou l'œuvre ou l'autre objet du droit d'auteur sont protégés par une mesure technique de protection qui restreint l'accès au site ou à l'œuvre ou à l'autre objet du droit d'auteur.

**Non-application**

**(4)** Le paragraphe (1) n'a pas pour effet d'autoriser l'accomplissement d'un acte à l'égard d'une œuvre ou de tout autre objet du droit d'auteur si, selon le cas :

    **a)** le site Internet sur lequel est affiché l'œuvre ou l'autre objet du droit d'auteur, ou l'œuvre ou l'autre objet du droit d'auteur sont protégés par une mesure technique de protection qui restreint l'accomplissement de cet acte;

    **b)** un avis bien visible — et non le seul symbole du droit d'auteur — stipulant qu'il est interdit d'accomplir cet acte figure sur le site Internet, l'œuvre ou l'objet.

**Non-application**

**(5)** Le paragraphe (1) ne s'applique pas dans le cas où l'établissement d'enseignement ou la personne agissant sous son autorité sait ou devrait savoir que l'œuvre ou l'autre objet du droit d'auteur ont été ainsi rendus accessibles sans l'autorisation du titulaire du droit d'auteur.

**Règlement**

**(6)** Le gouverneur en conseil peut, pour l'application de l'alinéa (4)b), préciser par règlement ce en quoi consiste un avis bien visible.

2012, ch. 20, art. 27.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Bibliothèques, musées ou services d'archives
**Article** 30.1

## Libraries, Archives and Museums

### Management and maintenance of collection

**30.1 (1)** It is not an infringement of copyright for a library, archive or museum or a person acting under the authority of a library, archive or museum to make, for the maintenance or management of its permanent collection or the permanent collection of another library, archive or museum, a copy of a work or other subject-matter, whether published or unpublished, in its permanent collection

    **(a)** if the original is rare or unpublished and is

        **(i)** deteriorating, damaged or lost, or

        **(ii)** at risk of deterioration or becoming damaged or lost;

    **(b)** for the purposes of on-site consultation if the original cannot be viewed, handled or listened to because of its condition or because of the atmospheric conditions in which it must be kept;

    **(c)** in an alternative format if the library, archive or museum or a person acting under the authority of the library, archive or museum considers that the original is currently in a format that is obsolete or is becoming obsolete, or that the technology required to use the original is unavailable or is becoming unavailable;

    **(d)** for the purposes of internal record-keeping and cataloguing;

    **(e)** for insurance purposes or police investigations; or

    **(f)** if necessary for restoration.

### Limitation

**(2)** Paragraphs (1)(a) to (c) do not apply where an appropriate copy is commercially available in a medium and of a quality that is appropriate for the purposes of subsection (1).

### Destruction of intermediate copies

**(3)** If a person must make an intermediate copy in order to make a copy under subsection (1), the person must destroy the intermediate copy as soon as it is no longer needed.

## Bibliothèques, musées ou services d'archives

### Gestion et conservation de collections

**30.1 (1)** Ne constituent pas des violations du droit d'auteur les cas ci-après de reproduction, par une bibliothèque, un musée ou un service d'archives ou une personne agissant sous l'autorité de ceux-ci, d'une œuvre ou de tout autre objet du droit d'auteur, publiés ou non, en vue de la gestion ou de la conservation de leurs collections permanentes ou des collections permanentes d'autres bibliothèques, musées ou services d'archives :

    **a)** reproduction dans les cas où l'original, qui est rare ou non publié, se détériore, s'est abîmé ou a été perdu ou risque de se détériorer, de s'abîmer ou d'être perdu;

    **b)** reproduction, pour consultation sur place, dans les cas où l'original ne peut être regardé, écouté ou manipulé en raison de son état, ou doit être conservé dans des conditions atmosphériques particulières;

    **c)** reproduction sur un autre support, la bibliothèque, le musée ou le service d'archives ou toute personne agissant sous l'autorité de ceux-ci étant d'avis que le support original est désuet ou en voie de le devenir ou fait appel à une technique non disponible ou en voie de le devenir;

    **d)** reproduction à des fins internes liées à la tenue de dossier ou au catalogage;

    **e)** reproduction aux fins d'assurance ou d'enquêtes policières;

    **f)** reproduction nécessaire à la restauration.

### Existence d'exemplaires sur le marché

**(2)** Les alinéas (1)a) à c) ne s'appliquent pas si des exemplaires de l'œuvre ou de l'autre objet du droit d'auteur sont accessibles sur le marché et sont sur un support et d'une qualité appropriés aux fins visées au paragraphe (1).

### Copies intermédiaires

**(3)** Si, dans les cas visés au paragraphe (1), il est nécessaire de faire des copies intermédiaires, celles-ci doivent être détruites dès qu'elles ne sont plus nécessaires.

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Libraries, Archives and Museums
**Sections 30.1-30.2**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Bibliothèques, musées ou services d'archives
**Articles 30.1-30.2**

### Regulations

**(4)** The Governor in Council may make regulations with respect to the procedure for making copies under subsection (1).

1997, c. 24, s. 18; 1999, c. 31, s. 59(E); 2012, c. 20, s. 28.

### Research or private study

**30.2 (1)** It is not an infringement of copyright for a library, archive or museum or a person acting under its authority to do anything on behalf of any person that the person may do personally under section 29 or 29.1.

### Copies of articles for research, etc.

**(2)** It is not an infringement of copyright for a library, archive or museum or a person acting under the authority of a library, archive or museum to make, by reprographic reproduction, for any person requesting to use the copy for research or private study, a copy of a work that is, or that is contained in, an article published in

    **(a)** a scholarly, scientific or technical periodical; or

    **(b)** a newspaper or periodical, other than a scholarly, scientific or technical periodical, if the newspaper or periodical was published more than one year before the copy is made.

### Restriction

**(3)** Paragraph (2)(b) does not apply in respect of a work of fiction or poetry or a dramatic or musical work.

### Conditions

**(4)** A library, archive or museum may provide the person for whom the copy is made under subsection (2) with the copy only on the condition that

    **(a)** the person is provided with a single copy of the work; and

    **(b)** the library, archive or museum informs the person that the copy is to be used solely for research or private study and that any use of the copy for a purpose other than research or private study may require the authorization of the copyright owner of the work in question.

### Patrons of other libraries, etc.

**(5)** Subject to subsection (5.02), a library, archive or museum, or a person acting under the authority of one, may

### Règlements

**(4)** Le gouverneur en conseil peut, par règlement, préciser la procédure à suivre pour les cas de reproduction visés au paragraphe (1).

1997, ch. 24, art. 18; 1999, ch. 31, art. 59(A); 2012, ch. 20, art. 28.

### Étude privée ou recherche

**30.2 (1)** Ne constituent pas des violations du droit d'auteur les actes accomplis par une bibliothèque, un musée ou un service d'archives ou une personne agissant sous l'autorité de ceux-ci pour une personne qui peut elle-même les accomplir dans le cadre des articles 29 et 29.1.

### Articles de périodique

**(2)** Ne constitue pas une violation du droit d'auteur le fait pour une bibliothèque, un musée ou un service d'archives ou une personne agissant sous l'autorité de ceux-ci, de reproduire par reprographie, à des fins d'étude privée ou de recherche, une œuvre qui a la forme d'un article — ou qui est contenue dans un article — si, selon le cas :

    **a)** celui-ci a été publié dans une revue savante ou un périodique de nature scientifique ou technique;

    **b)** le journal ou le périodique — autre qu'une revue savante ou le périodique visé à l'alinéa a) — dans lequel il paraît a été publié plus d'un an avant la reproduction.

### Restrictions

**(3)** Le paragraphe (2)b) ne s'applique pas dans le cas où l'œuvre est une œuvre de fiction ou de poésie ou une œuvre musicale ou dramatique.

### Conditions

**(4)** La bibliothèque, le musée ou le service d'archives doit se conformer aux conditions suivantes :

    **a)** ne remettre qu'une seule copie de l'œuvre reproduite au titre du paragraphe (2) à la personne à qui elle est destinée;

    **b)** informer cette personne que la copie ne peut être utilisée qu'à des fins d'étude privée ou de recherche et que tout usage à d'autres fins peut exiger l'autorisation du titulaire du droit d'auteur sur l'œuvre en cause.

### Actes destinés aux usagers d'autres bibliothèques, musées ou services d'archives

**(5)** Sous réserve du paragraphe (5.02), la bibliothèque, le musée ou le service d'archives, ou toute personne

Copyright
PART III Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Libraries, Archives and Museums
Section 30.2

Droit d'auteur
PARTIE III Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Bibliothèques, musées ou services d'archives
Article 30.2

do, on behalf of a patron of another library, archive or museum, anything under subsection (1) or (2) that it is authorized by this section to do on behalf of one of its own patrons.

**Deeming**

**(5.01)** For the purpose of subsection (5), the making of a copy of a work other than by reprographic reproduction is deemed to be a making of a copy of the work that may be done under subsection (2).

**Limitation regarding copies in digital form**

**(5.02)** A library, archive or museum, or a person acting under the authority of one, may, under subsection (5), provide a copy in digital form to a person who has requested it through another library, archive or museum if the providing library, archive or museum or person takes measures to prevent the person who has requested it from

**(a)** making any reproduction of the digital copy, including any paper copies, other than printing one copy of it;

**(b)** communicating the digital copy to any other person; and

**(c)** using the digital copy for more than five business days from the day on which the person first uses it.

**Destruction of intermediate copies**

**(5.1)** Where an intermediate copy is made in order to copy a work referred to in subsection (5), once the copy is given to the patron, the intermediate copy must be destroyed.

**Regulations**

**(6)** The Governor in Council may, for the purposes of this section, make regulations

**(a)** defining "newspaper" and "periodical";

**(b)** defining scholarly, scientific and technical periodicals;

**(c)** prescribing the information to be recorded about any action taken under subsection (1) or (5) and the manner and form in which the information is to be kept; and

**(d)** prescribing the manner and form in which the conditions set out in subsection (4) are to be met.

1997, c. 24, s. 18; 2012, c. 20, s. 29.

agissant sous l'autorité de ceux-ci, peuvent accomplir pour les usagers d'une autre bibliothèque, d'un autre musée ou d'un autre service d'archives, les actes qu'ils peuvent accomplir, en vertu des paragraphes (1) ou (2), pour leurs propres usagers.

**Assimilation**

**(5.01)** Pour l'application du paragraphe (5), la reproduction d'une œuvre autrement que par reprographie est réputée être une reproduction de l'œuvre qui est autorisée au titre du paragraphe (2).

**Restrictions applicables aux copies numériques**

**(5.02)** La bibliothèque, le musée ou le service d'archives, ou toute personne agissant sous l'autorité de ceux-ci, peuvent, au titre du paragraphe (5), fournir une copie numérique à une personne en ayant fait la demande par l'intermédiaire d'une autre bibliothèque, d'un autre musée ou d'un autre service d'archives s'ils prennent, ce faisant, des mesures en vue d'empêcher la personne qui la reçoit de la reproduire, sauf pour une seule impression, de la communiquer à une autre personne ou de l'utiliser pendant une période de plus de cinq jours ouvrables après la date de la première utilisation.

**Copies intermédiaires**

**(5.1)** Dès qu'une copie est remise au titre du paragraphe (5), toute copie intermédiaire faite en vue de sa réalisation doit être détruite.

**Règlements**

**(6)** Le gouverneur en conseil peut, par règlement et pour l'application du présent article :

**a)** définir « journal » et « périodique »;

**b)** définir ce qui constitue une revue savante ou un périodique de nature scientifique ou technique;

**c)** préciser les renseignements à obtenir concernant les actes accomplis dans le cadre des paragraphes (1) et (5), ainsi que leur mode de conservation;

**d)** déterminer la façon dont les conditions visées au paragraphe (4) peuvent être remplies.

1997, ch. 24, art. 18; 2012, ch. 20, art. 29.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Bibliothèques, musées ou services d'archives
**Article** 30.21

### Copying works deposited in archive

**30.21 (1)** Subject to subsections (3) and (3.1), it is not an infringement of copyright for an archive to make, for any person requesting to use the copy for research or private study, a copy of an unpublished work that is deposited in the archive and provide the person with it.

### Notice

**(2)** When a person deposits a work in an archive, the archive must give the person notice that it may copy the work in accordance with this section.

### Conditions for copying of works

**(3)** The archive may copy the work only on the condition that

**(a)** the person who deposited the work, if a copyright owner, did not, at the time the work was deposited, prohibit its copying; and

**(b)** copying has not been prohibited by any other owner of copyright in the work.

### Condition for providing copy

**(3.1)** The archive may provide the person for whom a copy is made under subsection (1) with the copy only on the condition that

**(a)** the person is provided with a single copy of the work; and

**(b)** the archive informs the person that the copy is to be used solely for research or private study and that any use of the copy for a purpose other than research or private study may require the authorization of the copyright owner of the work in question.

### Regulations

**(4)** The Governor in Council may prescribe by regulation the manner and form in which the conditions set out in subsections (3) and (3.1) may be met.

**(5) to (7)** [Repealed, 2004, c. 11, s. 21]

1997, c. 24, s. 18; 1999, c. 31, s. 60(E); 2004, c. 11, s. 21; 2012, c. 20, s. 30.

### Copie d'une œuvre déposée dans un service d'archives

**30.21 (1)** Sous réserve des paragraphes (3) et (3.1), ne constitue pas une violation du droit d'auteur le fait, pour un service d'archives, de reproduire et de fournir à la personne qui lui en fait la demande à des fins d'étude privée ou de recherche, une œuvre non publiée déposée auprès de lui.

### Avis

**(2)** Au moment du dépôt, le service d'archives doit toutefois aviser le déposant qu'une reproduction de l'œuvre pourrait être faite en vertu du présent article.

### Conditions pour la reproduction

**(3)** Il ne peut faire la reproduction que si :

**a)** le titulaire du droit d'auteur ne l'a pas interdite au moment où il déposait l'œuvre;

**b)** aucun autre titulaire du droit d'auteur ne l'a par ailleurs interdite.

### Autres conditions applicables au service d'archives

**(3.1)** Il doit aussi se conformer aux conditions suivantes :

**a)** ne remettre qu'une seule copie de l'œuvre reproduite au titre du paragraphe (1) à la personne à qui elle est destinée;

**b)** informer cette personne que la copie ne peut être utilisée qu'à des fins d'étude privée ou de recherche et que tout usage de la copie à d'autres fins peut exiger l'autorisation du titulaire du droit d'auteur sur l'œuvre en cause.

### Règlements

**(4)** Le gouverneur en conseil peut, par règlement, préciser la façon dont le service doit se conformer aux conditions visées aux paragraphes (3) et (3.1).

**(5) à (7)** [Abrogés, 2004, ch. 11, art. 21]

1997, ch. 24, art. 18; 1999, ch. 31, art. 60(A); 2004, ch. 11, art. 21; 2012, ch. 20, art. 30.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 77 of 195

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement Exceptions
Machines Installed in Educational Institutions, Libraries, Archives and Museums
Section 30.3

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception Exceptions
Disposition commune aux établissements d'enseignement, bibliothèques, musées ou services d'archives
Article 30.3

# Machines Installed in Educational Institutions, Libraries, Archives and Museums

# Disposition commune aux établissements d'enseignement, bibliothèques, musées ou services d'archives

**No infringement by educational institution, etc.**

**30.3 (1)** An educational institution or a library, archive or museum does not infringe copyright where

**(a)** a copy of a work is made using a machine for the making, by reprographic reproduction, of copies of works in printed form;

**(b)** the machine is installed by or with the approval of the educational institution, library, archive or museum on its premises for use by students, instructors or staff at the educational institution or by persons using the library, archive or museum; and

**(c)** there is affixed in the prescribed manner and location a notice warning of infringement of copyright.

**Application**

**(2)** Subsection (1) only applies if, in respect of a reprographic reproduction,

**(a)** the educational institution, library, archive or museum has entered into an agreement with a collective society that is authorized by copyright owners to grant licences on their behalf;

**(b)** the Board has, in accordance with subsection 71(2), fixed the royalty rates and related terms and conditions;

**(c)** a tariff has been approved in accordance with section 70; or

**(d)** a collective society has filed a proposed tariff in accordance with section 68.

**Order**

**(3)** Where a collective society offers to negotiate or has begun to negotiate an agreement referred to in paragraph (2)(a), the Board may, at the request of either party, order that the educational institution, library, archive or museum be treated as an institution to which subsection (1) applies, during the period specified in the order.

**Agreement with copyright owner**

**(4)** Where an educational institution, library, archive or museum has entered into an agreement with a copyright

**Reprographie**

**30.3 (1)** Un établissement d'enseignement, une bibliothèque, un musée ou un service d'archives ne viole pas le droit d'auteur dans le cas où :

**a)** une œuvre imprimée est reproduite au moyen d'une machine à reprographier;

**b)** la machine a été installée dans leurs locaux par eux ou avec leur autorisation à l'usage des enseignants ou élèves ou du personnel des établissements d'enseignement ou des usagers des bibliothèques, musées ou services d'archives;

**c)** l'avertissement réglementaire a été affiché selon les modalités réglementaires.

**Application**

**(2)** Le paragraphe (1) ne s'applique que si, selon le cas, en ce qui touche la reprographie :

**a)** ils ont conclu une entente avec une société de gestion habilitée par le titulaire du droit d'auteur à octroyer des licences;

**b)** la Commission a fixé, conformément au paragraphe 71(2), les redevances et les modalités afférentes;

**c)** il existe déjà un tarif homologué au titre de l'article 70;

**d)** une société de gestion a déposé, conformément à l'article 68, un projet de tarif.

**Ordonnance**

**(3)** Toutefois, lorsque l'entente mentionnée à l'alinéa (2)a) est en cours de négociation ou que la société de gestion offre de négocier une telle entente, la Commission peut, à la demande de l'une des parties, rendre une ordonnance déclarant que le paragraphe (1) s'applique, pour une période donnée, à l'établissement d'enseignement, à la bibliothèque, au musée ou au service d'archives, selon le cas.

**Entente conclue avec le titulaire du droit d'auteur**

**(4)** Si l'établissement d'enseignement, la bibliothèque, le musée ou le service d'archives a conclu une entente

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 78 of 195

*Copyright*
PART III Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Machines Installed in Educational Institutions, Libraries, Archives and Museums
**Sections 30.3-30.5**

*Droit d'auteur*
PARTIE III Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Disposition commune aux établissements d'enseignement, bibliothèques, musées ou services d'archives
**Articles 30.3-30.5**

owner other than a collective society respecting reprographic reproduction, subsection (1) applies only in respect of the works of the copyright owner that are covered by the agreement.

### Regulations

**(5)** The Governor in Council may, for the purposes of paragraph 1(c), prescribe by regulation the manner of affixing and location of notices and the dimensions, form and contents of notices.

1997, c. 24, s. 18; 2018, c. 27, s. 285.

## Libraries, Archives and Museums in Educational Institutions

### Application to libraries, etc. within educational institutions

**30.4** For greater certainty, the exceptions to infringement of copyright provided for under sections 29.4 to 30.3 and 45 also apply in respect of a library, archive or museum that forms part of an educational institution.

1997, c. 24, s. 18.

## Library and Archives of Canada

### Permitted acts

**30.5** It is not an infringement of copyright for the Librarian and Archivist of Canada under the *Library and Archives of Canada Act*, to

**(a)** make a copy of a work or other subject-matter in taking a representative sample for the purpose of preservation under subsection 8(2) of that Act;

**(b)** effect the fixation of a copy of a publication, as defined in section 2 of that Act, that is provided by telecommunication in accordance with subsection 10(1) of that Act;

**(c)** make a copy of a recording, as defined in subsection 11(2) of that Act, for the purposes of section 11 of that Act; or

**(d)** at the time that a broadcasting undertaking, as defined in subsection 2(1) of the *Broadcasting Act*, communicates a work or other subject-matter to the public by telecommunication, make a copy of the work or other subject-matter that is included in that communication.

1997, c. 24, s. 18; 2004, c. 11, s. 25.

relative à la reprographie avec un titulaire du droit d'auteur — autre qu'une société de gestion —, le paragraphe (1) ne s'applique qu'aux œuvres de ce titulaire visées par cette entente.

### Règlements

**(5)** Le gouverneur en conseil peut, par règlement, préciser l'information que doit contenir l'avertissement et la forme qu'il doit prendre, les dimensions de l'affiche où il doit figurer ainsi que le lieu où doit être installée l'affiche.

1997, ch. 24, art. 18; 2018, ch. 27, art. 285.

## Bibliothèques, musées ou services d'archives faisant partie d'un établissement d'enseignement

### Précision

**30.4** Il est entendu que les exceptions prévues aux articles 29.4 à 30.3 et 45 s'appliquent aux bibliothèques, musées ou services d'archives faisant partie d'un établissement d'enseignement.

1997, ch. 24, art. 18.

## Bibliothèque et Archives du Canada

### Actes licites

**30.5** Ne constitue pas une violation du droit d'auteur le fait, dans le cadre de la *Loi sur la Bibliothèque et les Archives du Canada*, pour le bibliothécaire et archiviste du Canada :

**a)** de reproduire des œuvres ou autres objets du droit d'auteur dans le cadre de la constitution d'échantillons à des fins de préservation au titre du paragraphe 8(2) de cette loi;

**b)** d'effectuer la fixation d'un exemplaire d'une publication — au sens de l'article 2 de cette loi — remise par télécommunication au titre du paragraphe 10(1) de cette loi;

**c)** de reproduire un enregistrement au sens du paragraphe 11(2) de cette loi;

**d)** de reproduire les œuvres ou autres objets du droit d'auteur communiqués au public par télécommunication par une entreprise de radiodiffusion — au sens du paragraphe 2(1) de la *Loi sur la radiodiffusion* — au moment où se fait cette communication.

1997, ch. 24, art. 18; 2004, ch. 11, art. 25.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Programmes d'ordinateur
**Articles** 30.6-30.61

# Computer Programs

### Permitted acts

**30.6** It is not an infringement of copyright in a computer program for a person who owns a copy of the computer program that is authorized by the owner of the copyright, or has a licence to use a copy of the computer program, to

**(a)** reproduce the copy by adapting, modifying or converting it, or translating it into another computer language, if the person proves that the reproduced copy

**(i)** is essential for the compatibility of the computer program with a particular computer,

**(ii)** is solely for the person's own use, and

**(iii)** was destroyed immediately after the person ceased to be the owner of the copy of the computer program or to have a licence to use it; or

**(b)** reproduce for backup purposes the copy or a reproduced copy referred to in paragraph (a) if the person proves that the reproduction for backup purposes was destroyed immediately after the person ceased to be the owner of the copy of the computer program or to have a licence to use it.

1997, c. 24, s. 18; 2012, c. 20, s. 31.

### Interoperability of computer programs

**30.61 (1)** It is not an infringement of copyright in a computer program for a person who owns a copy of the computer program that is authorized by the owner of the copyright, or has a licence to use a copy of the computer program, to reproduce the copy if

**(a)** they reproduce the copy for the sole purpose of obtaining information that would allow the person to make the program and another computer program interoperable; and

**(b)** they do not use or disclose that information, except as necessary to make the program and another computer program interoperable or to assess that interoperability.

### No limitation

**(2)** In the case where that information is used or disclosed as necessary to make another computer program interoperable with the program, subsection (1) applies

# Programmes d'ordinateur

### Actes licites

**30.6** Ne constitue pas une violation du droit d'auteur le fait, pour le propriétaire d'un exemplaire — autorisé par le titulaire du droit d'auteur — d'un programme d'ordinateur, ou pour le titulaire d'une licence permettant l'utilisation d'un exemplaire d'un tel programme :

**a)** de reproduire l'exemplaire par adaptation, modification ou conversion, ou par traduction en un autre langage informatique, s'il établit que la copie est destinée à assurer la compatibilité du programme avec un ordinateur donné, qu'elle ne sert qu'à son propre usage et qu'elle a été détruite dès qu'il a cessé d'être propriétaire de l'exemplaire ou titulaire de la licence, selon le cas;

**b)** de reproduire à des fins de sauvegarde l'exemplaire ou la copie visée à l'alinéa a) s'il établit que la reproduction a été détruite dès qu'il a cessé d'être propriétaire de l'exemplaire ou titulaire de la licence, selon le cas.

1997, ch. 24, art. 18; 2012, ch. 20, art. 31.

### Interopérabilité

**30.61 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour le propriétaire d'un exemplaire — autorisé par le titulaire du droit d'auteur — d'un programme d'ordinateur, ou pour le titulaire d'une licence permettant l'utilisation d'un exemplaire d'un tel programme, de le reproduire si les conditions suivantes sont réunies :

**a)** il reproduit son exemplaire dans le seul but d'obtenir de l'information lui permettant de rendre ce programme et un autre programme d'ordinateur interopérables;

**b)** toute utilisation ou communication de l'information est nécessaire pour rendre ce programme et un autre programme d'ordinateur interopérables ou pour évaluer leur interopérabilité.

### Précision

**(2)** Lorsque l'utilisation ou la communication de l'information est nécessaire pour permettre de rendre le programme et un autre programme d'ordinateur interopérables, le paragraphe (1) s'applique même si cet autre programme d'ordinateur qui contient cette information

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Computer Programs
**Sections 30.61-30.63**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Programmes d'ordinateur
**Articles 30.61-30.63**

even if the other computer program incorporates the information and is then sold, rented or otherwise distributed.

2012, c. 20, s. 31.

## Encryption Research

#### Encryption research

**30.62 (1)** Subject to subsections (2) and (3), it is not an infringement of copyright for a person to reproduce a work or other subject-matter for the purposes of encryption research if

**(a)** it would not be practical to carry out the research without making the copy;

**(b)** the person has lawfully obtained the work or other subject-matter; and

**(c)** the person has informed the owner of the copyright in the work or other subject-matter.

#### Limitation

**(2)** Subsection (1) does not apply if the person uses or discloses information obtained through the research to commit an act that is an offence under the *Criminal Code*.

#### Limitation — computer program

**(3)** Subsection (1) applies with respect to a computer program only if, in the event that the research reveals a vulnerability or a security flaw in the program and the person intends to make the vulnerability or security flaw public, the person gives adequate notice of the vulnerability or security flaw and of their intention to the owner of copyright in the program. However, the person need not give that adequate notice if, in the circumstances, the public interest in having the vulnerability or security flaw made public without adequate notice outweighs the owner's interest in receiving that notice.

2012, c. 20, s. 31.

## Security

#### Security

**30.63 (1)** Subject to subsections (2) and (3), it is not an infringement of copyright for a person to reproduce a work or other subject-matter for the sole purpose, with the consent of the owner or administrator of a computer, computer system or computer network, of assessing the vulnerability of the computer, system or network or of correcting any security flaws.

est mis en circulation, notamment par la vente ou la location.

2012, ch. 20, art. 31.

## Recherche sur le chiffrement

#### Recherche sur le chiffrement

**30.62 (1)** Sous réserve des paragraphes (2) et (3), ne constitue pas une violation du droit d'auteur le fait, pour une personne, en vue de faire une recherche sur le chiffrement, de reproduire une œuvre ou tout autre objet du droit d'auteur si les conditions suivantes sont réunies :

**a)** la recherche est difficilement réalisable autrement;

**b)** l'œuvre ou autre objet a été obtenu légalement;

**c)** la personne en a informé le titulaire du droit d'auteur sur l'œuvre ou autre objet.

#### Réserve

**(2)** Le paragraphe (1) ne s'applique pas lorsque la personne utilise ou communique de l'information obtenue par l'entremise de la recherche afin de commettre un acte qui constitue une infraction au sens du *Code criminel*.

#### Réserve — programme d'ordinateur

**(3)** Lorsqu'une personne découvre, par l'entremise de la recherche, une vulnérabilité ou un défaut de sécurité dans un programme d'ordinateur, le paragraphe (1) s'applique relativement à ce programme si, avant de les rendre publics, elle donne au titulaire du droit d'auteur sur le programme un préavis suffisant faisant état de ceux-ci et de son intention de les rendre publics. Elle peut cependant les rendre publics sans préavis si, compte tenu des circonstances, l'intérêt du public d'être informé à cet égard l'emporte sur l'intérêt du titulaire de recevoir le préavis.

2012, ch. 20, art. 31.

## Sécurité

#### Sécurité

**30.63 (1)** Sous réserve des paragraphes (2) et (3), ne constitue pas une violation du droit d'auteur le fait, pour une personne, de reproduire une œuvre ou tout autre objet du droit d'auteur dans le seul but d'évaluer la vulnérabilité d'un ordinateur, d'un système informatique ou d'un réseau d'ordinateurs ou de corriger tout défaut de sécurité, dans le cas où l'évaluation ou la correction sont autorisées par le propriétaire ou l'administrateur de ceux-ci.

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Security
**Sections 30.63-30.71**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Sécurité
**Articles 30.63-30.71**

**Limitation**

**(2)** Subsection (1) does not apply if the person uses or discloses information obtained through the assessment or correction to commit an act that is an offence under the *Criminal Code*.

**Limitation — computer program**

**(3)** Subsection (1) applies with respect to a computer program only if, in the event that the assessment or correction reveals a vulnerability or a security flaw in the program and the person intends to make the vulnerability or security flaw public, the person gives adequate notice of the vulnerability or security flaw and of their intention to the owner of copyright in the program. However, the person need not give that adequate notice if, in the circumstances, the public interest in having the vulnerability or security flaw made public without adequate notice outweighs the owner's interest in receiving that notice.

2012, c. 20, s. 31.

## Incidental Inclusion

**Incidental use**

**30.7** It is not an infringement of copyright to incidentally and not deliberately

**(a)** include a work or other subject-matter in another work or other subject-matter; or

**(b)** do any act in relation to a work or other subject-matter that is incidentally and not deliberately included in another work or other subject-matter.

1997, c. 24, s. 18.

## Temporary Reproductions for Technological Processes

**Temporary reproductions**

**30.71** It is not an infringement of copyright to make a reproduction of a work or other subject-matter if

**(a)** the reproduction forms an essential part of a technological process;

**(b)** the reproduction's only purpose is to facilitate a use that is not an infringement of copyright; and

**(c)** the reproduction exists only for the duration of the technological process.

2012, c. 20, s. 32.

**Réserve**

**(2)** Le paragraphe (1) ne s'applique pas lorsque la personne utilise ou communique de l'information obtenue par l'entremise de l'évaluation ou de la correction afin de commettre un acte qui constitue une infraction au sens du *Code criminel*.

**Réserve — programme d'ordinateur**

**(3)** Lorsqu'une personne découvre, par l'entremise de l'évaluation ou de la correction, une vulnérabilité ou un défaut de sécurité dans un programme d'ordinateur, le paragraphe (1) s'applique relativement à ce programme si, avant de les rendre publics, elle donne au titulaire du droit d'auteur sur le programme un préavis suffisant faisant état de ceux-ci et de son intention de les rendre publics. Elle peut cependant les rendre publics sans préavis si, compte tenu des circonstances, l'intérêt du public d'être informé à cet égard l'emporte sur l'intérêt du titulaire de recevoir le préavis.

2012, ch. 20, art. 31.

## Incorporation incidente

**Incorporation incidente**

**30.7** Ne constituent pas des violations du droit d'auteur, s'ils sont accomplis de façon incidente et non délibérée :

**a)** l'incorporation d'une œuvre ou de tout autre objet du droit d'auteur dans une autre œuvre ou un autre objet du droit d'auteur;

**b)** un acte quelconque en ce qui a trait à l'œuvre ou l'autre objet du droit d'auteur ainsi incorporés.

1997, ch. 24, art. 18.

## Reproductions temporaires pour processus technologiques

**Reproductions temporaires**

**30.71** Ne constitue pas une violation du droit d'auteur le fait de reproduire une œuvre ou tout autre objet du droit d'auteur si les conditions suivantes sont réunies :

**a)** la reproduction est un élément essentiel d'un processus technologique;

**b)** elle a pour seul but de faciliter une utilisation qui ne constitue pas une violation du droit d'auteur;

**c)** elle n'existe que pour la durée du processus technologique.

2012, ch. 20, art. 32.

Droit d'auteur
PARTIE III Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Enregistrements éphémères
Article 30.8

# Ephemeral Recordings

### Ephemeral recordings

**30.8 (1)** It is not an infringement of copyright for a programming undertaking to fix or reproduce in accordance with this section a performer's performance or work, other than a cinematographic work, that is performed live or a sound recording that is performed at the same time as the performer's performance or work, if the undertaking

**(a)** is authorized to communicate the performer's performance, work or sound recording to the public by telecommunication;

**(b)** makes the fixation or the reproduction itself, for its own broadcasts;

**(c)** does not synchronize the fixation or reproduction with all or part of another recording, performer's performance or work; and

**(d)** does not cause the fixation or reproduction to be used in an advertisement intended to sell or promote, as the case may be, a product, service, cause or institution.

### Record keeping

**(2)** The programming undertaking must record the dates of the making and destruction of all fixations and reproductions and any other prescribed information about the fixation or reproduction, and keep the record current.

### Right of access by copyright owners

**(3)** The programming undertaking must make the record referred to in subsection (2) available to owners of copyright in the works, sound recordings or performer's performances, or their representatives, within twenty-four hours after receiving a request.

### Destruction

**(4)** The programming undertaking must destroy the fixation or reproduction within thirty days after making it, unless

**(a)** the copyright owner authorizes its retention; or

**(b)** it is deposited in an archive, in accordance with subsection (6).

### Royalties

**(5)** Where the copyright owner authorizes the fixation or reproduction to be retained after the thirty days, the

# Enregistrements éphémères

### Enregistrements éphémères : entreprise de programmation

**30.8 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour une entreprise de programmation de fixer ou de reproduire, en conformité avec les autres dispositions du présent article, une œuvre — sauf une œuvre cinématographique — ou une prestation d'une telle œuvre exécutée en direct, ou un enregistrement sonore exécuté en même temps que cette œuvre ou cette prestation, pourvu que :

**a)** l'entreprise ait le droit de les communiquer au public par télécommunication;

**b)** elle réalise la fixation ou la reproduction par ses propres moyens et pour sa propre diffusion;

**c)** la fixation ou la reproduction ne soit pas synchronisée avec tout ou partie d'une autre œuvre ou prestation ou d'un autre enregistrement sonore;

**d)** la fixation ou la reproduction ne soit pas utilisée dans une annonce qui vise à vendre ou promouvoir, selon le cas, un produit, une cause, un service ou une institution.

### Registre

**(2)** L'entreprise doit inscrire, dans un registre qu'elle tient à jour, la date de la fixation ou de la reproduction et, le cas échéant, celle de la destruction, ainsi que tout autre renseignement visé par règlement concernant la fixation ou la reproduction.

### Inspection

**(3)** Elle met ce registre à la dispositon du titulaire du droit d'auteur ou de son représentant pour inspection dans les vingt-quatre heures qui suivent la réception d'une demande à cet effet.

### Destruction

**(4)** Elle est tenue de détruire la fixation ou la reproduction dans les trente jours de sa réalisation, sauf si elle reçoit l'autorisation à l'effet contraire du titulaire du droit d'auteur ou si elle a fait le dépôt visé au paragraphe (6).

### Autorisation accordée

**(5)** Lorsque le titulaire du droit d'auteur l'autorise à garder la fixation ou la reproduction au-delà du délai de

Copyright
PART III Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Ephemeral Recordings
Section 30.8

Droit d'auteur
PARTIE III Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Enregistrements éphémères
Article 30.8

programming undertaking must pay any applicable royalty.

### Archive

**(6)** Where the programming undertaking considers a fixation or reproduction to be of an exceptional documentary character, the undertaking may, with the consent of an official archive, deposit it in the official archive and must notify the copyright owner, within thirty days, of the deposit of the fixation or reproduction.

### Definition of *official archive*

**(7)** In subsection (6), *official archive* means the Library and Archives of Canada or any archive established under the law of a province for the preservation of the official archives of the province.

### Application

**(8)** This section does not apply where a licence is available from a collective society to make the fixation or reproduction of the performer's performance, work or sound recording.

### Telecommunications by networks

**(9)** A broadcasting undertaking, as defined in the *Broadcasting Act*, may make a single reproduction of a fixation or reproduction made by a programming undertaking and communicate it to the public by telecommunication, within the period referred to in subsection (4), if the broadcasting undertaking meets the conditions set out in subsection (1) and is part of a prescribed network that includes the programming undertaking.

### Limitations

**(10)** The reproduction and communication to the public by telecommunication must be made

    **(a)** in accordance with subsections (2) to (6); and

    **(b)** within thirty days after the day on which the programming undertaking made the fixation or reproduction.

### Definition of *programming undertaking*

**(11)** In this section, *programming undertaking* means

    **(a)** a *programming undertaking*, as defined in subsection 2(1) of the *Broadcasting Act*, that is carried on lawfully under that Act;

    **(b)** a programming undertaking described in paragraph (a) that originates programs within a *network*,

trente jours, elle doit verser les redevances afférentes, le cas échéant.

### Dépôt aux archives

**(6)** Si elle estime que la fixation ou la reproduction réalisée dans les conditions visées au paragraphe (1) présente un caractère documentaire exceptionnel, l'entreprise peut, avec le consentement des archives officielles, la déposer auprès de celles-ci. Le cas échéant, elle avise le titulaire du droit d'auteur du dépôt dans les trente jours qui suivent.

### Définition de *archives officielles*

**(7)** Au paragraphe (6), *archives officielles* s'entend de Bibliothèque et Archives du Canada et des établissements qui sont constitués en vertu d'une loi provinciale pour la conservation des archives officielles de la province.

### Non-application

**(8)** Le présent article ne s'applique pas dans les cas où l'entreprise peut obtenir, par l'intermédiaire d'une société de gestion, une licence l'autorisant à faire une telle fixation ou reproduction.

### Entreprise de radiodiffusion

**(9)** Pendant la période visée au paragraphe (4), une entreprise de radiodiffusion au sens de la *Loi sur la radiodiffusion* peut, si elle fait partie d'un réseau désigné par règlement dont fait aussi partie l'entreprise de programmation et pourvu qu'elle remplisse les conditions visées au paragraphe (1), faire une seule reproduction de cette fixation ou reproduction et la communiquer au public par télécommunication.

### Application des paragraphes (2) à (6)

**(10)** Le cas échéant, les paragraphes (2) à (6) s'appliquent, les délais en cause étant calculés à compter de la date de la réalisation de la fixation ou reproduction par l'entreprise de programmation.

### Définition de *entreprise de programmation*

**(11)** Pour l'application du présent article, *entreprise de programmation* s'entend, selon le cas :

    **a)** d'une *entreprise de programmation*, au sens du paragraphe 2(1) de la *Loi sur la radiodiffusion*, qui est exploitée légalement sous le régime de cette loi;

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Ephemeral Recordings
**Sections 30.8-30.9**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Enregistrements éphémères
**Articles 30.8-30.9**

as defined in subsection 2(1) of the *Broadcasting Act*; or

**(c)** a *distribution undertaking*, as defined in subsection 2(1) of the *Broadcasting Act*, that is carried on lawfully under that Act, in respect of the programs that it originates.

For greater certainty, it does not include an *online undertaking*, as defined in subsection 2(1) of the *Broadcasting Act*.

1997, c. 24, s. 18; 2004, c. 11, s. 26; 2012, c. 20, s. 33; 2023, c. 8, s. 38.

### Ephemeral recordings — broadcasting undertaking

**30.9 (1)** It is not an infringement of copyright for a broadcasting undertaking to reproduce in accordance with this section a sound recording, or a performer's performance or work that is embodied in a sound recording, solely for the purpose of their broadcasting, if the undertaking

**(a)** owns the copy of the sound recording, performer's performance or work and that copy is authorized by the owner of the copyright, or has a licence to use the copy;

**(b)** is authorized to communicate the sound recording, performer's performance or work to the public by telecommunication;

**(c)** makes the reproduction itself, for its own broadcasts;

**(d)** does not synchronize the reproduction with all or part of another recording, performer's performance or work; and

**(e)** does not cause the reproduction to be used in an advertisement intended to sell or promote, as the case may be, a product, service, cause or institution.

### Record keeping

**(2)** The broadcasting undertaking must record the dates of the making and destruction of all reproductions and any other prescribed information about the reproduction, and keep the record current.

### Right of access by copyright owners

**(3)** The broadcasting undertaking must make the record referred to in subsection (2) available to owners of copyright in the sound recordings, performer's performances or works, or their representatives, within twenty-four hours after receiving a request.

**b)** d'une telle entreprise qui produit des émissions dans le cadre d'un *réseau*, au sens du paragraphe 2(1) de la *Loi sur la radiodiffusion*;

**c)** d'une *entreprise de distribution*, au sens du paragraphe 2(1) de la *Loi sur la radiodiffusion*, exploitée légalement sous le régime de cette loi, pour les émissions qu'elle produit elle-même.

Il est entendu que la présente définition ne s'entend pas d'une *entreprise en ligne*, au sens du paragraphe 2(1) de la *Loi sur la radiodiffusion*.

1997, ch. 24, art. 18; 2004, ch. 11, art. 26; 2012, ch. 20, art. 33; 2023, ch. 8, art. 38.

### Enregistrements éphémères : entreprise de radiodiffusion

**30.9 (1)** Ne constitue pas une violation du droit d'auteur le fait pour une entreprise de radiodiffusion de reproduire, en conformité avec les autres dispositions du présent article, un enregistrement sonore ou une prestation ou œuvre fixée au moyen d'un enregistrement sonore aux seules fins de leur radiodiffusion, si les conditions suivantes sont réunies :

**a)** elle en est le propriétaire et il s'agit d'exemplaires autorisés par le titulaire du droit d'auteur ou elle est le titulaire d'une licence en permettant l'utilisation;

**b)** elle ait le droit de les communiquer au public par télécommunication;

**c)** elle réalise la reproduction par ses propres moyens et pour sa propre diffusion;

**d)** la reproduction ne soit pas synchronisée avec tout ou partie d'une autre œuvre ou prestation ou d'un autre enregistrement sonore;

**e)** elle ne soit pas utilisée dans une annonce qui vise à vendre ou promouvoir, selon le cas, un produit, une cause, un service ou une institution.

### Registre

**(2)** L'entreprise doit inscrire, dans un registre qu'elle tient à jour, la date de la reproduction ainsi que, le cas échéant, celle de la destruction, ainsi que tout autre renseignement visé par règlement concernant la reproduction.

### Inspection

**(3)** Elle met ce registre à la disposition du titulaire du droit d'auteur ou de son représentant pour inspection dans les vingt-quatre heures qui suivent la réception d'une demande à cet effet.

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Ephemeral Recordings
**Sections 30.9-31**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Enregistrements éphémères
**Articles 30.9-31**

**Destruction**

**(4)** The broadcasting undertaking must destroy the reproduction when it no longer possesses the sound recording, or performer's performance or work embodied in the sound recording, or its licence to use the sound recording, performer's performance or work expires, or at the latest within 30 days after making the reproduction, unless the copyright owner authorizes the reproduction to be retained.

**Royalty**

**(5)** If the copyright owner authorizes the reproduction to be retained, the broadcasting undertaking must pay any applicable royalty.

**(6)** [Repealed, 2012, c. 20, s. 34]

**Definition of *broadcasting undertaking***

**(7)** In this section, ***broadcasting undertaking*** means a *broadcasting undertaking*, as defined in subsection 2(1) of the *Broadcasting Act*, that holds a broadcasting licence issued by the Canadian Radio-television and Telecommunications Commission under that Act. For greater certainty, it does not include an *online undertaking*, as defined in that subsection 2(1).

1997, c. 24, s. 18; 2012, c. 20, s. 34; 2023, c. 8, s. 39.

# Retransmission

**Interpretation**

**31 (1)** In this section,

***new media retransmitter*** means a person whose retransmission would be lawful under the *Broadcasting Act* — as that Act read immediately before the day on which section 31.1 of that Act comes into force — only by reason of the *Exemption order for digital media broadcasting undertakings*, issued by the Canadian Radio-television and Telecommunications Commission as the appendix to Broadcasting Order CRTC 2012-409, as it read immediately before that day; (*retransmetteur de nouveaux médias*)

***retransmitter*** means a person who performs a function comparable to that of a cable retransmission system, but does not include a new media retransmitter; (*retransmetteur*)

***signal*** means a signal that carries a literary, dramatic, musical or artistic work and is transmitted for free reception by the public by a terrestrial radio or terrestrial television station. (*signal*)

**Destruction**

**(4)** Elle est tenue — sauf autorisation à l'effet contraire du titulaire du droit d'auteur — de détruire la reproduction dans les trente jours suivant sa réalisation ou, si elle est antérieure, soit à la date où l'enregistrement sonore ou la prestation ou œuvre fixée au moyen d'un enregistrement sonore n'est plus en sa possession, soit à la date d'expiration de la licence permettant l'utilisation de l'enregistrement, de la prestation ou de l'œuvre.

**Autorisation du titulaire**

**(5)** Lorsque le titulaire du droit d'auteur l'autorise à garder la reproduction, elle doit verser les redevances afférentes, le cas échéant.

**(6)** [Abrogé, 2012, ch. 20, art. 34]

**Définition de *entreprise de radiodiffusion***

**(7)** Pour l'application du présent article, ***entreprise de radiodiffusion*** s'entend d'une *entreprise de radiodiffusion*, au sens du paragraphe 2(1) de la *Loi sur la radiodiffusion*, qui est titulaire d'une licence de radiodiffusion délivrée par le Conseil de la radiodiffusion et des télécommunications canadiennes en vertu de cette loi. Il est entendu que la présente définition ne s'entend pas d'une *entreprise en ligne*, au sens de ce paragraphe.

1997, ch. 24, art. 18; 2012, ch. 20, art. 34; 2023, ch. 8, art. 39.

# Retransmission

**Définitions**

**31 (1)** Les définitions qui suivent s'appliquent au présent article.

***œuvre*** Œuvre littéraire, dramatique, musicale ou artistique. (*French version only*)

***retransmetteur*** Personne, autre qu'un retransmetteur de nouveaux médias, dont l'activité est comparable à celle d'un système de retransmission par fil. (*retransmitter*)

***retransmetteur de nouveaux médias*** Personne dont la retransmission serait légale selon les dispositions de la *Loi sur la radiodiffusion*, dans sa version antérieure à la date d'entrée en vigueur de l'article 31.1 de cette loi, uniquement en raison de l'*Ordonnance d'exemption relative aux entreprises de radiodiffusion de médias numériques* rendue par le Conseil de la radiodiffusion et des télécommunications canadiennes et figurant à l'annexe de son ordonnance de radiodiffusion CRTC 2012-409, dans sa version antérieure à cette date. (*new media retransmitter*)

*Copyright*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Retransmission
**Sections 31-31.1**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Retransmission
**Articles 31-31.1**

*signal* Tout signal porteur d'une œuvre transmis à titre gratuit au public par une station terrestre de radio ou de télévision. (*signal*)

**Retransmission of local and distant signals**

**(2)** It is not an infringement of copyright for a retransmitter to communicate to the public by telecommunication any literary, dramatic, musical or artistic work if

**(a)** the communication is a retransmission of a local or distant signal;

**(b)** the retransmission is lawful under the *Broadcasting Act*;

**(c)** the signal is retransmitted simultaneously and without alteration, except as otherwise required or permitted by or under the laws of Canada;

**(d)** in the case of the retransmission of a distant signal, the retransmitter has paid any royalties, and complied with any terms and conditions, fixed under this Act; and

**(e)** the retransmitter complies with the applicable conditions, if any, referred to in paragraph (3)(b).

**Regulations**

**(3)** The Governor in Council may make regulations

**(a)** defining "local signal" and "distant signal" for the purposes of subsection (2); and

**(b)** prescribing conditions for the purposes of paragraph (2)(e), and specifying whether any such condition applies to all retransmitters or only to a class of retransmitter.

R.S., 1985, c. C-42, s. 31; R.S., 1985, c. 10 (4th Supp.), s. 7; 1988, c. 65, s. 63; 1997, c. 24, ss. 16, 52(F); 2002, c. 26, s. 2; 2023, c. 8, s. 40.

## Network Services

**Network services**

**31.1 (1)** A person who, in providing services related to the operation of the Internet or another digital network, provides any means for the telecommunication or the reproduction of a work or other subject-matter through the Internet or that other network does not, solely by reason of providing those means, infringe copyright in that work or other subject-matter.

**Incidental acts**

**(2)** Subject to subsection (3), a person referred to in subsection (1) who caches the work or other subject-matter,

**Retransmission d'un signal local ou éloigné**

**(2)** Ne constitue pas une violation du droit d'auteur le fait, pour le retransmetteur, de communiquer une œuvre au public par télécommunication si, à la fois :

**a)** la communication consiste en la retransmission d'un signal local ou éloigné, selon le cas;

**b)** la retransmission est licite en vertu de la *Loi sur la radiodiffusion*;

**c)** le signal est retransmis, sauf obligation ou permission légale ou réglementaire, simultanément et sans modification;

**d)** dans le cas de la retransmission d'un signal éloigné, le retransmetteur a acquitté les redevances et respecté les modalités fixées sous le régime de la présente loi;

**e)** le retransmetteur respecte les conditions applicables, le cas échéant, visées à l'alinéa (3) b).

**Règlements**

**(3)** Le gouverneur en conseil peut, par règlement :

**a)** définir « signal local » et « signal éloigné » pour l'application du paragraphe (2);

**b)** fixer des conditions pour l'application de l'alinéa (2) e) et, le cas échéant, prévoir si elles s'appliquent à l'ensemble des retransmetteurs ou à une catégorie de ceux-ci.

L.R. (1985), ch. C-42, art. 31; L.R. (1985), ch. 10 (4 e suppl.), art. 7; 1988, ch. 65, art. 63; 1997, ch. 24, art. 16 et 52(F); 2002, ch. 26, art. 2; 2023, ch. 8, art. 40.

## Services réseau

**Services réseau**

**31.1 (1)** La personne qui, dans le cadre de la prestation de services liés à l'exploitation d'Internet ou d'un autre réseau numérique, fournit des moyens permettant la télécommunication ou la reproduction d'une œuvre ou de tout autre objet du droit d'auteur par l'intermédiaire d'Internet ou d'un autre réseau ne viole pas le droit d'auteur sur l'œuvre ou l'autre objet du seul fait qu'elle fournit ces moyens.

**Acte lié**

**(2)** Sous réserve du paragraphe (3), si la personne met l'œuvre ou l'autre objet du droit d'auteur en antémémoire

Case 1:25-cv-00910-JMF   Document 26-7   Filed 02/28/25   Page 87 of 195

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Network Services
**Section 31.1**

Droit d'auteur
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Services réseau
**Article 31.1**

or does any similar act in relation to it, to make the telecommunication more efficient does not, by virtue of that act alone, infringe copyright in the work or other subject-matter.

**Conditions for application**

**(3)** Subsection (2) does not apply unless the person, in respect of the work or other subject-matter,

**(a)** does not modify it, other than for technical reasons;

**(b)** ensures that any directions related to its caching or the doing of any similar act, as the case may be, that are specified in a manner consistent with industry practice by whoever made it available for telecommunication through the Internet or another digital network, and that lend themselves to automated reading and execution, are read and executed; and

**(c)** does not interfere with the use of technology that is lawful and consistent with industry practice in order to obtain data on the use of the work or other subject-matter.

**Hosting**

**(4)** Subject to subsection (5), a person who, for the purpose of allowing the telecommunication of a work or other subject-matter through the Internet or another digital network, provides digital memory in which another person stores the work or other subject-matter does not, by virtue of that act alone, infringe copyright in the work or other subject-matter.

**Condition for application**

**(5)** Subsection (4) does not apply in respect of a work or other subject-matter if the person providing the digital memory knows of a decision of a court of competent jurisdiction to the effect that the person who has stored the work or other subject-matter in the digital memory infringes copyright by making the copy of the work or other subject-matter that is stored or by the way in which he or she uses the work or other subject-matter.

**Exception**

**(6)** Subsections (1), (2) and (4) do not apply in relation to an act that constitutes an infringement of copyright under subsection 27(2.3).

2012, c. 20, s. 35.

ou effectue toute autre opération similaire à leur égard en vue de rendre la télécommunication plus efficace, elle ne viole pas le droit d'auteur sur l'œuvre ou l'autre objet du seul fait qu'elle accomplit un tel acte.

**Conditions d'application**

**(3)** Le paragraphe (2) ne s'applique que si la personne respecte les conditions ci-après en ce qui a trait à l'œuvre ou à l'autre objet du droit d'auteur :

**a)** elle ne les modifie pas, sauf pour des raisons techniques;

**b)** elle veille à ce que les directives relatives à leur mise en antémémoire ou à l'exécution à leur égard d'une opération similaire, selon le cas, qui ont été formulées, suivant les pratiques de l'industrie, par quiconque les a mis à disposition pour télécommunication par l'intermédiaire d'Internet ou d'un autre réseau numérique soient lues et exécutées automatiquement si elles s'y prêtent;

**c)** elle n'entrave pas l'usage, à la fois licite et conforme aux pratiques de l'industrie, de la technologie pour l'obtention de données sur leur utilisation.

**Stockage**

**(4)** Sous réserve du paragraphe (5), quiconque fournit à une personne une mémoire numérique pour qu'elle y stocke une œuvre ou tout autre objet du droit d'auteur en vue de permettre leur télécommunication par l'intermédiaire d'Internet ou d'un autre réseau numérique ne viole pas le droit d'auteur sur l'œuvre ou l'autre objet du seul fait qu'il fournit cette mémoire.

**Conditions d'application**

**(5)** Le paragraphe (4) ne s'applique pas à l'égard d'une œuvre ou de tout autre objet du droit d'auteur si la personne qui fournit la mémoire numérique sait qu'un tribunal compétent a rendu une décision portant que la personne qui y a stocké l'œuvre ou l'autre objet viole le droit d'auteur du fait de leur reproduction ou en raison de la manière dont elle les utilise.

**Exception**

**(6)** Les paragraphes (1), (2) et (4) ne s'appliquent pas à l'égard des actes qui constituent une violation du droit d'auteur prévue au paragraphe 27(2.3).

2012, ch. 20, art. 35.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Personnes ayant des déficiences perceptuelles
**Article** 32

# Persons with Perceptual Disabilities

# Personnes ayant des déficiences perceptuelles

### Reproduction in alternate format

**32 (1)** It is not an infringement of copyright for a person with a perceptual disability, for a person acting at the request of such a person or for a non-profit organization acting for the benefit of such a person to

(a) reproduce a literary, musical, artistic or dramatic work, other than a cinematographic work, in a format specially designed for persons with a perceptual disability;

(a.1) fix a performer's performance of a literary, musical, artistic or dramatic work, other than a cinematographic work, in a format specially designed for persons with a perceptual disability;

(a.2) reproduce a sound recording, or a fixation of a performer's performance referred to in paragraph (a.1), in a format specially designed for persons with a perceptual disability;

(b) translate, adapt or reproduce in sign language a literary or dramatic work, other than a cinematographic work, in a format specially designed for persons with a perceptual disability;

(b.1) provide a person with a perceptual disability with, or provide such a person with access to, a work or other subject-matter to which any of paragraphs (a) to (b) applies, in a format specially designed for persons with a perceptual disability, and do any other act that is necessary for that purpose; or

(c) perform in public a literary or dramatic work, other than a cinematographic work, in sign language, either live or in a format specially designed for persons with a perceptual disability.

### Production d'un exemplaire sur un autre support

**32 (1)** Ne constitue pas une violation du droit d'auteur le fait, pour une personne ayant une déficience perceptuelle, une personne agissant à sa demande ou un organisme sans but lucratif agissant dans son intérêt, d'accomplir l'un des actes suivants :

**a)** la reproduction d'une œuvre littéraire, dramatique — sauf cinématographique —, musicale ou artistique sur un support pouvant servir aux personnes ayant une déficience perceptuelle;

**a.1)** la fixation d'une prestation d'une œuvre littéraire, dramatique 4 — sauf cinématographique —, musicale ou artistique sur un support pouvant servir aux personnes ayant une déficience perceptuelle;

**a.2)** la reproduction d'un enregistrement sonore ou de la fixation visée à l'alinéa a.1) sur un support pouvant servir aux personnes ayant une déficience perceptuelle;

**b)** la traduction, l'adaptation ou la reproduction en langage gestuel d'une œuvre littéraire ou dramatique — sauf cinématographique — fixée sur un support pouvant servir aux personnes ayant une déficience perceptuelle;

**b.1)** la fourniture à toute personne ayant une déficience perceptuelle d'une œuvre ou de tout autre objet du droit d'auteur auxquels l'un des alinéas a) à b) s'applique — ou le fait de lui donner accès à une telle œuvre ou à un tel objet — sur un support pouvant servir aux personnes ayant une déficience perceptuelle et l'accomplissement de tout autre acte nécessaire pour ce faire;

**c)** l'exécution en public en langage gestuel d'une œuvre littéraire ou dramatique — sauf cinématographique — soit en direct soit sur un support pouvant servir aux personnes ayant une déficience perceptuelle.

### Limitation

**(2)** Subsection (1) does not apply if the work or other subject-matter is commercially available, within the meaning of paragraph (a) of the definition *commercially available* in section 2, in a format specially designed to meet the needs of the person with a perceptual disability referred to in that subsection.

### Exception

**(2)** Le paragraphe (1) ne s'applique pas si l'œuvre ou l'autre objet du droit d'auteur est accessible sur le marché — au sens de l'alinéa a) de la définition de ce terme à l'article 2 — sur un support pouvant servir à la personne ayant une déficience perceptuelle visée à ce paragraphe.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Personnes ayant une déficience perceptuelle
**Articles 32-32.01**

**(3)** [Repealed, 2016, c. 4, s. 1]

R.S., 1985, c. C-42, s. 32; R.S., 1985, c. 10 (4th Supp.), s. 7; 1997, c. 24, s. 19; 2012, c. 20, s. 36; 2016, c. 4, s. 1.

### Print disability — outside Canada

**32.01 (1)** Subject to this section, it is not an infringement of copyright for a non-profit organization acting for the benefit of persons with a print disability to do any of the following:

**(a)** for the purpose of doing any of the acts set out in paragraph (b),

**(i)** reproduce a literary, musical, artistic or dramatic work, other than a cinematographic work, in a format specially designed for persons with a print disability,

**(ii)** fix a performer's performance of a literary, musical, artistic or dramatic work, other than a cinematographic work, in a format specially designed for persons with a print disability, or

**(iii)** reproduce a sound recording, or a fixation of a performer's performance referred to in subparagraph (ii), in a format specially designed for persons with a print disability;

**(b)** provide either of the following with, or provide either of the following with access to, a work or other subject-matter to which any of subparagraphs (a)(i) to (iii) applies, in a format specially designed for persons with a print disability, and do any other act that is necessary for that purpose:

**(i)** a non-profit organization, in a country other than Canada, acting for the benefit of persons with a print disability in that country, or

**(ii)** a person with a print disability, in a country other than Canada, who has made a request to be provided with, or provided with access to, the work or other subject-matter through a non-profit organization acting for the benefit of persons with a print disability in that country.

### Available in other country

**(2)** Paragraph (1)(b) does not apply if the work or other subject-matter, in the format specially designed for persons with a print disability, is available in the other country within a reasonable time and for a reasonable price and may be located in that country with reasonable effort.

**(3)** [Abrogé, 2016, ch. 4, art. 1]

L.R. (1985), ch. C-42, art. 32; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 7; 1997, ch. 24, art. 19; 2012, ch. 20, art. 36; 2016, ch. 4, art. 1.

### Déficience de lecture des imprimés : à l'étranger

**32.01 (1)** Sous réserve des autres dispositions du présent article, les actes ci-après ne constituent pas une violation du droit d'auteur s'ils sont accomplis par un organisme sans but lucratif agissant dans l'intérêt des personnes ayant une déficience de lecture des imprimés :

**a)** lorsqu'ils sont accomplis en vue de l'accomplissement de l'un des actes visés à l'alinéa b) :

**(i)** la reproduction d'une œuvre littéraire, dramatique — sauf cinématographique —, musicale ou artistique sur un support pouvant servir à ces personnes,

**(ii)** la fixation d'une prestation d'une œuvre littéraire, dramatique — sauf cinématographique —, musicale ou artistique, sur un support pouvant servir à ces personnes,

**(iii)** la reproduction d'un enregistrement sonore ou de la fixation visée au sous-alinéa (ii) sur un support pouvant servir à ces personnes;

**b)** la fourniture aux organismes ou aux personnes ci-après d'une œuvre ou de tout autre objet du droit d'auteur auxquels l'un des sous-alinéas a)(i) à (iii) s'applique — ou le fait de leur donner accès à une telle œuvre ou à un tel objet — sur un support pouvant servir aux personnes ayant une déficience de lecture des imprimés et l'accomplissement de tout autre acte nécessaire pour ce faire :

**(i)** les organismes sans but lucratif, dans un pays étranger, agissant dans l'intérêt des personnes ayant une déficience de lecture des imprimés dans ce pays,

**(ii)** les personnes, dans un pays étranger, ayant une déficience de lecture des imprimés qui en ont fait la demande auprès d'un organisme sans but lucratif agissant dans l'intérêt de telles personnes dans ce pays.

### Disponible dans le pays de destination

**(2)** L'alinéa (1)b) ne s'applique pas s'il est possible de se procurer l'œuvre ou l'autre objet du droit d'auteur — sur le support pouvant servir aux personnes ayant une déficience de lecture des imprimés — dans le pays de destination, à un prix et dans un délai raisonnables, et de le trouver moyennant des efforts raisonnables.

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Persons with Perceptual Disabilities
**Section 32.01**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Personnes ayant des déficiences perceptuelles
**Article 32.01**

### Marrakesh Treaty country

**(3)** An injunction is the only remedy that the owner of the copyright in the work or other subject-matter has against a non-profit organization relying on the exception set out in paragraph (1)(b) if

**(a)** the other country referred to in that paragraph is a Marrakesh Treaty country; and

**(b)** the non-profit organization infringes copyright by reason only that the work or other subject-matter, in the format described in subsection (2), is available, and may be located, as described in that subsection.

The owner of the copyright bears the burden of demonstrating that the work or other subject-matter, in the format described in subsection (2), is available, and may be located, as described in that subsection.

### Not Marrakesh Treaty country

**(3.1)** An injunction is the only remedy that the owner of the copyright in the work or other subject-matter has against a non-profit organization relying on the exception set out in paragraph (1)(b) if

**(a)** the other country referred to in that paragraph is not a Marrakesh Treaty country;

**(b)** the non-profit organization infringes copyright by reason only that the work or other subject-matter, in the format described in subsection (2), is available, and may be located, as described in that subsection; and

**(c)** the non-profit organization demonstrates that it had reasonable grounds to believe that the work or other subject-matter, in the format described in subsection (2), was not available, and could not be located, as described in that subsection.

### Royalty

**(4)** A non-profit organization relying on the exception set out in subsection (1) shall pay, in accordance with the regulations, any royalty established under the regulations to the copyright owner.

### If copyright owner cannot be located

**(5)** If the organization cannot locate the copyright owner, despite making reasonable efforts to do so, the organization shall pay, in accordance with the regulations, any royalty established under the regulations to a collective society.

### Pays partie au Traité de Marrakech

**(3)** L'injonction constitue le seul recours que le titulaire du droit d'auteur sur l'œuvre ou l'autre objet du droit d'auteur peut exercer contre un organisme sans but lucratif qui invoque l'exception prévue à l'alinéa (1)b) dans le cas où, à la fois :

**a)** le pays de destination est un pays partie au Traité de Marrakech;

**b)** l'organisme commet une violation du droit d'auteur du seul fait de la possibilité de se procurer l'œuvre ou l'autre objet du droit d'auteur sur le support pouvant servir aux personnes ayant une déficience de lecture des imprimés dans le pays de destination, à un prix et dans un délai raisonnables, et de le trouver moyennant des efforts raisonnables.

Il incombe au titulaire du droit d'auteur d'établir l'existence d'une telle possibilité.

### Pays qui n'est pas partie au Traité de Marrakech

**(3.1)** L'injonction constitue le seul recours que le titulaire du droit d'auteur sur l'œuvre ou l'autre objet du droit d'auteur peut exercer contre un organisme sans but lucratif qui invoque l'exception prévue à l'alinéa (1)b) dans le cas où, à la fois :

**a)** le pays de destination n'est pas un pays partie au Traité de Marrakech;

**b)** l'organisme commet une violation du droit d'auteur du seul fait de la possibilité de se procurer l'œuvre ou l'autre objet du droit d'auteur sur le support pouvant servir aux personnes ayant une déficience de lecture des imprimés dans le pays de destination, à un prix et dans un délai raisonnables, et de le trouver moyennant des efforts raisonnables;

**c)** l'organisme établit qu'il avait des motifs raisonnables de croire à l'absence d'une telle possibilité.

### Redevances au titulaire du droit d'auteur

**(4)** L'organisme sans but lucratif qui invoque l'exception prévue au paragraphe (1) verse les redevances réglementaires au titulaire du droit d'auteur conformément aux règlements.

### Titulaire du droit d'auteur introuvable

**(5)** Si l'organisme est incapable de trouver le titulaire du droit d'auteur, malgré des efforts sérieux déployés à cette fin, il verse les redevances réglementaires à une société de gestion conformément aux règlements.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Personnes ayant des déficiences perceptuelles
**Article 32.01**

## Reports

**(6)** A non-profit organization relying on the exception set out in subsection (1) shall submit reports to an authority, in accordance with the regulations, on the organization's activities under this section.

## Regulations

**(7)** The Governor in Council may make regulations

    **(a)** requiring that, before a non-profit organization provides, or provides access to, a work or other subject-matter under paragraph (1)(b), the organization enter into a contract with respect to the use of the work or other subject-matter with, as the case may be, the recipient non-profit organization or the non-profit organization through which the request was made;

    **(b)** respecting the form and content of such contracts;

    **(c)** respecting any royalties to be paid under subsections (4) and (5);

    **(d)** respecting to which collective society a royalty is payable in relation to works or other subject-matter, or classes of works or other subject-matter, for the purposes of subsection (5);

    **(e)** respecting what constitutes reasonable efforts for the purposes of subsection (5); and

    **(f)** respecting the reports to be made, and the authorities to which the reports are to be submitted, under subsection (6).

## Definitions

**(8)** The following definitions apply in this section.

***Marrakesh Treaty country*** means a country that is a party to the Marrakesh Treaty to Facilitate Access to Published Works for Persons Who Are Blind, Visually Impaired, or Otherwise Print Disabled, done at Marrakesh on June 27, 2013. (*pays partie au Traité de Marrakech*)

***print disability*** means a disability that prevents or inhibits a person from reading a literary, musical, artistic or dramatic work in its original format and includes such a disability resulting from

    **(a)** severe or total impairment of sight or the inability to focus or move one's eyes;

    **(b)** the inability to hold or manipulate a book; or

## Rapport

**(6)** L'organisme sans but lucratif qui invoque l'exception prévue au paragraphe (1) fait rapport sur ses activités dans le cadre du présent article conformément aux règlements.

## Règlements

**(7)** Le gouverneur en conseil peut prendre des règlements :

    **a)** exigeant que l'organisme sans but lucratif, avant que celui-ci ne fournisse une œuvre ou un autre objet du droit d'auteur — ou n'y donne accès — au titre de l'alinéa (1)b), conclue un contrat relativement à l'utilisation de l'œuvre ou de l'autre objet soit avec l'organisme sans but lucratif destinataire, soit avec celui auprès duquel la demande a été faite;

    **b)** prévoyant la forme et le contenu du contrat;

    **c)** concernant les redevances à verser au titre des paragraphes (4) et (5);

    **d)** concernant les sociétés de gestion à qui verser les redevances à l'égard d'œuvres ou d'autres objets du droit d'auteur, ou de catégories d'œuvres ou d'autres objets du droit d'auteur, pour l'application du paragraphe (5);

    **e)** concernant ce qui constitue des efforts sérieux pour l'application du paragraphe (5);

    **f)** concernant les rapports à faire au titre du paragraphe (6) et l'autorité à qui les communiquer.

## Définitions

**(8)** Les définitions qui suivent s'appliquent au présent article.

***déficience de lecture des imprimés*** Déficience qui empêche la lecture d'une œuvre littéraire, dramatique, musicale ou artistique sur le support original ou la rend difficile, en raison notamment :

    **a)** de la privation en tout ou en grande partie du sens de la vue ou de l'incapacité d'orienter le regard;

    **b)** de l'incapacité de tenir ou de manipuler un livre;

    **c)** d'une insuffisance relative à la compréhension. (*print disability*)

***pays partie au Traité de Marrakech*** Pays partie au Traité de Marrakech visant à faciliter l'accès des aveugles, des déficients visuels et des personnes ayant d'autres difficultés de lecture des textes imprimés aux

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Exceptions
Persons with Perceptual Disabilities
**Sections 32.01-32.1**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Personnes ayant des déficiences perceptuelles
**Articles 32.01-32.1**

**(c)** an impairment relating to comprehension. (*déficience de lecture des imprimés*)

2012, c. 20, s. 37; 2016, c. 4, s. 2.

### Definition of *non-profit organization*

**32.02**  In sections 32 and 32.01, **non-profit organization** includes a department, agency or other portion of any order of government, including a municipal or local government, when it is acting on a non-profit basis.

2016, c. 4, s. 3.

## Statutory Obligations

### No infringement

**32.1 (1)**  It is not an infringement of copyright for any person

**(a)** to disclose, pursuant to the *Access to Information Act*, a record within the meaning of that Act, or to disclose, pursuant to any like Act of the legislature of a province, like material;

**(b)** to disclose, pursuant to the *Privacy Act*, personal information within the meaning of that Act, or to disclose, pursuant to any like Act of the legislature of a province, like information;

**(c)** to make a copy of an object referred to in section 14 of the *Cultural Property Export and Import Act*, for deposit in an institution pursuant to a direction under that section; and

**(d)** to make a fixation or copy of a work or other subject-matter in order to comply with the *Broadcasting Act* or any rule, regulation or other instrument made under it.

### Limitation

**(2)**  Nothing in paragraph (1)(a) or (b) authorizes a person to whom a record or information is disclosed to do anything that, by this Act, only the owner of the copyright in the record, personal information or like information, as the case may be, has a right to do.

### Destruction of fixation or copy

**(3)**  Unless the *Broadcasting Act* otherwise provides, a person who makes a fixation or copy under paragraph (1)(d) shall destroy it immediately on the expiration of the period for which it must be kept pursuant to that Act, rule, regulation or other instrument.

1997, c. 24, s. 19.

œuvres publiées, fait à Marrakech le 27 juin 2013. (*Marrakesh Treaty country*)

2012, ch. 20, art. 37; 2016, ch. 4, art. 2.

### Définition de *organisme sans but lucratif*

**32.02**  Aux articles 32 et 32.01, **organisme sans but lucratif** s'entend notamment d'un ministère, d'un organisme ou d'un autre secteur de tout ordre de gouvernement — y compris une administration municipale ou locale —, lorsqu'il agit sans but lucratif.

2016, ch. 4, art. 3.

## Obligations découlant de la loi

### Non-violation

**32.1 (1)**  Ne constituent pas des violations du droit d'auteur :

**a)** la communication de documents effectuée en vertu de la *Loi sur l'accès à l'information* ou la communication de documents du même genre effectuée en vertu d'une loi provinciale d'objet comparable;

**b)** la communication de renseignements personnels effectuée en vertu de la *Loi sur la protection des renseignements personnels* ou la communication de renseignements du même genre effectuée en vertu d'une loi provinciale d'objet comparable;

**c)** la reproduction d'un objet visé à l'article 14 de la *Loi sur l'exportation et l'importation de biens culturels* pour dépôt dans un établissement selon les directives données conformément à cet article;

**d)** la fixation ou la reproduction d'une œuvre ou de tout autre objet du droit d'auteur destinée à répondre à une exigence de la *Loi sur la radiodiffusion* ou de ses textes d'application.

### Restriction s'appliquant aux alinéas (1)a) et b)

**(2)**  Les alinéas (1)a) et b) n'autorisent pas les personnes qui reçoivent communication de documents ou renseignements à exercer les droits que la présente loi ne confère qu'au titulaire d'un droit d'auteur.

### Restriction s'appliquant à l'alinéa (1)d)

**(3)**  Sauf disposition contraire de la *Loi sur la radiodiffusion*, la personne qui a produit la fixation ou la reproduction visée à l'alinéa (1)d) doit détruire l'exemplaire à l'expiration de la période de conservation prévue par cette loi ou ses textes d'application.

1997, ch. 24, art. 19.

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Autres cas de non-violation
**Article** 32.2

## Miscellaneous

### Permitted acts

**32.2 (1)** It is not an infringement of copyright

**(a)** for an author of an artistic work who is not the owner of the copyright in the work to use any mould, cast, sketch, plan, model or study made by the author for the purpose of the work, if the author does not thereby repeat or imitate the main design of the work;

**(b)** for any person to reproduce, in a painting, drawing, engraving, photograph or cinematographic work

**(i)** an architectural work, provided the copy is not in the nature of an architectural drawing or plan, or

**(ii)** a sculpture or work of artistic craftsmanship or a cast or model of a sculpture or work of artistic craftsmanship, that is permanently situated in a public place or building;

**(c)** for any person to make or publish, for the purposes of news reporting or news summary, a report of a lecture given in public, unless the report is prohibited by conspicuous written or printed notice affixed before and maintained during the lecture at or about the main entrance of the building in which the lecture is given, and, except while the building is being used for public worship, in a position near the lecturer;

**(d)** for any person to read or recite in public a reasonable extract from a published work;

**(e)** for any person to make or publish, for the purposes of news reporting or news summary, a report of an address of a political nature given at a public meeting; or

**(f)** for an individual to use for private or non-commercial purposes, or permit the use of for those purposes, a photograph or portrait that was commissioned by the individual for personal purposes and made for valuable consideration, unless the individual and the owner of the copyright in the photograph or portrait have agreed otherwise.

## Autres cas de non-violation

### Actes licites

**32.2 (1)** Ne constituent pas des violations du droit d'auteur :

**a)** l'utilisation, par l'auteur d'une œuvre artistique, lequel n'est pas titulaire du droit d'auteur sur cette œuvre, des moules, moulages, esquisses, plans, modèles ou études qu'il a faits en vue de la création de cette œuvre, à la condition de ne pas en répéter ou imiter par là les grandes lignes;

**b)** la reproduction dans une peinture, un dessin, une gravure, une photographie ou une œuvre cinématographique :

**(i)** d'une œuvre architecturale, à la condition de ne pas avoir le caractère de dessins ou plans architecturaux,

**(ii)** d'une sculpture ou d'une œuvre artistique due à des artisans, ou d'un moule ou modèle de celles-ci, érigées en permanence sur une place publique ou dans un édifice public;

**c)** la production ou la publication, pour des comptes rendus d'événements d'actualité ou des revues de presse, du compte rendu d'une conférence faite en public, à moins qu'il n'ait été défendu d'en rendre compte par un avis écrit ou imprimé et visiblement affiché, avant et pendant la conférence, à la porte ou près de la porte d'entrée principale de l'édifice où elle a lieu; l'affiche doit encore être posée près du conférencier, sauf lorsqu'il parle dans un édifice servant, à ce moment, à un culte public;

**d)** la lecture ou récitation en public, par une personne, d'un extrait, de longueur raisonnable, d'une œuvre publiée;

**e)** la production ou la publication, pour des comptes rendus d'événements d'actualité ou des revues de presse, du compte rendu d'une allocution de nature politique prononcée lors d'une assemblée publique;

**f)** le fait pour une personne physique d'utiliser à des fins non commerciales ou privées — ou de permettre d'utiliser à de telles fins — la photographie ou le portrait qu'elle a commandé à des fins personnelles et qui a été confectionné contre rémunération, à moins que la personne physique et le titulaire du droit d'auteur sur la photographie ou le portrait n'aient conclu une entente à l'effet contraire.

Droit d'auteur
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Exceptions
Autres cas de non-violation
**Article** 32.2

**Further permitted acts**

**(2)** It is not an infringement of copyright for a person to do any of the following acts without motive of gain at any agricultural or agricultural-industrial exhibition or fair that receives a grant from or is held by its directors under federal, provincial or municipal authority:

**(a)** the live performance in public of a musical work;

**(b)** the performance in public of a sound recording embodying a musical work or a performer's performance of a musical work; or

**(c)** the performance in public of a communication signal carrying

**(i)** the live performance in public of a musical work, or

**(ii)** a sound recording embodying a musical work or a performer's performance of a musical work.

**Further permitted acts**

**(3)** No religious organization or institution, educational institution and no charitable or fraternal organization shall be held liable to pay any compensation for doing any of the following acts in furtherance of a religious, educational or charitable object:

**(a)** the live performance in public of a musical work;

**(b)** the performance in public of a sound recording embodying a musical work or a performer's performance of a musical work; or

**(c)** the performance in public of a communication signal carrying

**(i)** the live performance in public of a musical work, or

**(ii)** a sound recording embodying a musical work or a performer's performance of a musical work.

1997, c. 24, s. 19; 2012, c. 20, s. 38.

**Actes licites**

**(2)** Ne constituent pas des violations du droit d'auteur les actes ci-après, s'ils sont accomplis sans intention de gain, à une exposition ou foire agricole ou industrielle et agricole, qui reçoit une subvention fédérale, provinciale ou municipale, ou est tenue par ses administrateurs en vertu d'une autorisation fédérale, provinciale ou municipale :

**a)** l'exécution, en direct et en public, d'une œuvre musicale;

**b)** l'exécution en public tant de l'enregistrement sonore que de l'œuvre musicale ou de la prestation de l'œuvre musicale qui le constituent;

**c)** l'exécution en public du signal de communication porteur :

**(i)** de l'exécution, en direct et en public, d'une œuvre musicale,

**(ii)** tant de l'enregistrement sonore que de l'œuvre musicale ou de la prestation d'une œuvre musicale qui le constituent.

**Actes licites**

**(3)** Les organisations ou institutions religieuses, les établissements d'enseignement et les organisations charitables ou fraternelles ne sont pas tenus de payer une compensation si les actes suivants sont accomplis dans l'intérêt d'une entreprise religieuse, éducative ou charitable :

**a)** l'exécution, en direct et en public, d'une œuvre musicale;

**b)** l'exécution en public tant de l'enregistrement sonore que de l'œuvre musicale ou de la prestation de l'œuvre musicale qui le constituent;

**c)** l'exécution en public du signal de communication porteur :

**(i)** de l'exécution, en direct et en public, d'une œuvre musicale,

**(ii)** tant de l'enregistrement sonore que de l'œuvre musicale ou de la prestation d'une œuvre musicale qui le constituent.

1997, ch. 24, art. 19; 2012, ch. 20, art. 38.

Copyright
PART III Infringement of Copyright and Moral Rights and Exceptions to Infringement
Interpretation
Sections 32.3-32.5

Droit d'auteur
PARTIE III Violation du droit d'auteur et des droits moraux, et cas d'exception
Interprétation
Articles 32.3-32.5

## Interpretation

### No right to equitable remuneration

**32.3** For the purposes of sections 29 to 32.2, an act that does not infringe copyright does not give rise to a right to remuneration conferred by section 19.

1997, c. 24, s. 19.

## Compensation for Acts Done Before Recognition of Copyright of Performers and Broadcasters

### Certain rights and interests protected

**32.4 (1)** Notwithstanding section 27, where a person has, before the later of January 1, 1996 and the day on which a country becomes a WTO member, incurred an expenditure or liability in connection with, or in preparation for, the doing of an act that would have infringed copyright under section 26 commencing on the later of those days, had that country been a WTO member, any right or interest of that person that

**(a)** arises from or in connection with the doing of that act, and

**(b)** is subsisting and valuable on the later of those days

is not prejudiced or diminished by reason only that that country has become a WTO member, except as provided by an order of the Board made under subsection 78(3).

### Compensation

**(2)** Notwithstanding subsection (1), a person's right or interest that is protected by that subsection terminates if and when the owner of the copyright pays that person such compensation as is agreed to between the parties or, failing agreement, as is determined by the Board in accordance with section 78.

### Limitation

**(3)** Nothing in subsections (1) and (2) affects any right of a performer available in law or equity.

1997, c. 24, s. 19.

### Certain rights and interests protected

**32.5 (1)** Notwithstanding section 27, where a person has, before the later of the coming into force of Part II and the day on which a country becomes a Rome Convention country, incurred an expenditure or liability in

## Interprétation

### Précision

**32.3** Pour l'application des articles 29 à 32.2, un acte qui ne constitue pas une violation du droit d'auteur ne donne pas lieu au droit à rémunération conféré par l'article 19.

1997, ch. 24, art. 19.

## Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur des artistes-interprètes et des radiodiffuseurs

### Protection de certains droits et intérêts

**32.4 (1)** Par dérogation à l'article 27, lorsque, avant le 1er janvier 1996 ou, si elle est postérieure, la date où un pays devient membre de l'OMC, une personne a fait des dépenses ou contracté d'autres obligations relatives à l'exécution d'un acte qui, accompli après cette date, violerait le droit d'auteur conféré par l'article 26, le seul fait que ce pays soit devenu membre de l'OMC ne porte pas atteinte aux droits ou intérêts de cette personne, qui, d'une part, sont nés ou résultent de l'exécution de cet acte et, d'autre part, sont appréciables en argent à cette date, sauf dans la mesure prévue par une ordonnance de la Commission rendue en application du paragraphe 78(3).

### Indemnisation

**(2)** Toutefois, les droits ou intérêts protégés en application du paragraphe (1) s'éteignent lorsque le titulaire du droit d'auteur verse à cette personne une indemnité convenue par les deux parties, laquelle, à défaut d'entente, est déterminée par la Commission conformément à l'article 78.

### Réserve

**(3)** Les paragraphes (1) et (2) ne portent pas atteinte aux droits dont dispose l'artiste-interprète en droit ou en équity.

1997, ch. 24, art. 19.

### Protection de certains droits et intérêts

**32.5 (1)** Par dérogation à l'article 27, lorsque, avant la date d'entrée en vigueur de la partie II ou, si elle est postérieure, la date où un pays devient partie à la Convention de Rome, une personne a fait des dépenses ou

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Compensation for Acts Done Before Recognition of Copyright of Performers and
Broadcasters
**Sections 32.5-32.6**

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur des artistes-
interprètes et des radiodiffuseurs
**Articles 32.5-32.6**

connection with, or in preparation for, the doing of an act that would have infringed copyright under section 15 or 21 commencing on the later of those days, had Part II been in force or had that country been a Rome Convention country, any right or interest of that person that

**(a)** arises from or in connection with the doing of that act, and

**(b)** is subsisting and valuable on the later of those days

is not prejudiced or diminished by reason only that Part II has come into force or that the country has become a Rome Convention country, except as provided by an order of the Board made under subsection 78(3).

### Compensation

**(2)** Notwithstanding subsection (1), a person's right or interest that is protected by that subsection terminates if and when the owner of the copyright pays that person such compensation as is agreed to between the parties or, failing agreement, as is determined by the Board in accordance with section 78.

### Limitation

**(3)** Nothing in subsections (1) and (2) affects any right of a performer available in law or equity.

1997, c. 24, s. 19.

### Certain rights and interests protected

**32.6** Despite sections 27, 28.1 and 28.2, if a person has, before the day on which subsection 15(1.1), 17.1(1) or 18(1.1) applies in respect of a particular performers' performance or sound recording, incurred an expenditure or a liability in connection with, or in preparation for, the doing of an act that would, if done after that day, have infringed rights under that subsection, any right or interest of that person that arises from, or in connection with, the doing of that act and that is subsisting and valuable on that day is not, for two years after the day on which this section comes into force, prejudiced or diminished by reason only of the subsequent application of that subsection in respect of the performers' performance or sound recording.

2012, c. 20, s. 39.

contracté d'autres obligations relatives à l'exécution d'un acte qui, s'il était accompli après cette date, violerait le droit d'auteur conféré par les articles 15 ou 21, le seul fait que la partie II soit entrée en vigueur ou que le pays soit devenu partie à la Convention de Rome ne porte pas atteinte aux droits ou intérêts de cette personne, qui, d'une part, sont nés ou résultent de l'exécution de cet acte et, d'autre part, sont appréciables en argent à cette date, sauf dans la mesure prévue par une ordonnance de la Commission rendue en application du paragraphe 78(3).

### Indemnisation

**(2)** Toutefois, les droits ou intérêts protégés en application du paragraphe (1) s'éteignent lorsque le titulaire du droit d'auteur verse à cette personne une indemnité convenue par les deux parties, laquelle, à défaut d'entente, est déterminée par la Commission conformément à l'article 78.

### Réserve

**(3)** Les paragraphes (1) et (2) ne portent pas atteinte aux droits dont dispose l'artiste-interprète en droit ou en equity.

1997, ch. 24, art. 19.

### Protection de certains droits et intérêts

**32.6** Par dérogation aux articles 27, 28.1 et 28.2, si, avant la date à laquelle les droits visés à l'un des paragraphes 15(1.1), 17.1(1) et 18(1.1) s'appliquent à l'égard d'une prestation ou d'un enregistrement sonore donné, une personne a fait des dépenses ou contracté d'autres obligations relatives à l'exécution d'un acte qui, accompli après cette date, violerait ces droits, le seul fait que l'une de ces dispositions s'applique par la suite à la prestation ou à l'enregistrement sonore ne porte pas atteinte, pendant les deux ans suivant l'entrée en vigueur du présent article, aux droits ou intérêts de cette personne qui, d'une part, sont nés ou résultent de l'exécution de cet acte et, d'autre part, sont appréciables en argent à cette date.

2012, ch. 20, art. 39.

Copyright
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement
Compensation for Acts Done Before Recognition of Copyright or Moral Rights

Sections 33-33.1

*Droit d'auteur*
**PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur ou des droits moraux
Articles 33-33.1

# Compensation for Acts Done Before Recognition of Copyright or Moral Rights

### Certain rights and interests protected

**33 (1)** Despite subsections 27(1), (2) and (4) and sections 27.1, 28.1 and 28.2, if a person has, before the later of January 1, 1996 and the day on which a country becomes a treaty country other than a WCT country, incurred an expenditure or liability in connection with, or in preparation for, the doing of an act that, if that country had been such a treaty country, would have infringed copyright in a work or moral rights in respect of a work, any right or interest of that person that arises from, or in connection with, the doing of that act and that is subsisting and valuable on the later of those days is not, except as provided by an order of the Board made under subsection 78(3), prejudiced or diminished by reason only of that country having become such a treaty country.

### Compensation

**(2)** Notwithstanding subsection (1), a person's right or interest that is protected by that subsection terminates, as against the copyright owner or author, if and when that copyright owner or the author, as the case may be, pays that person such compensation as is agreed to between the parties or, failing agreement, as is determined by the Board in accordance with section 78.

R.S., 1985, c. C-42, s. 33; R.S., 1985, c. 10 (4th Supp.), s. 7; 1997, c. 24, s. 19; 2012, c. 20, s. 40.

### Certain rights and interests protected

**33.1 (1)** Despite subsections 27(1), (2) and (4) and sections 27.1, 28.1 and 28.2, if a person has, before the later of the day on which this section comes into force and the day on which a country that is a treaty country but not a WCT country becomes a WCT country, incurred an expenditure or liability in connection with, or in preparation for, the doing of an act that, if that country had been a WCT country, would have infringed a right under paragraph 3(1)(j), any right or interest of that person that arises from, or in connection with, the doing of that act and that is subsisting and valuable on the later of those days is not, except as provided by an order of the Board made under subsection 78(3), prejudiced or diminished by reason only of that country having become a WCT country.

### Compensation

**(2)** Despite subsection (1), a person's right or interest that is protected by that subsection terminates as against the copyright owner if and when the owner pays the person any compensation that is agreed to between the

# Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur ou des droits moraux

### Protection de certains droits et intérêts

**33 (1)** Par dérogation aux paragraphes 27(1), (2) et (4) et aux articles 27.1, 28.1 et 28.2, dans le cas où, avant le 1er janvier 1996 ou, si elle est postérieure, la date où un pays devient un pays signataire autre qu'un pays partie au traité de l'ODA, une personne a fait des dépenses ou contracté d'autres obligations relatives à l'exécution d'un acte qui, accompli après cette date, violerait le droit d'auteur ou les droits moraux sur une œuvre, le seul fait que ce pays soit devenu un tel pays signataire ne porte pas atteinte aux droits ou intérêts de cette personne qui, d'une part, sont nés ou résultent de l'exécution de cet acte et, d'autre part, sont appréciables en argent à cette date, sauf dans la mesure prévue par une ordonnance de la Commission rendue en application du paragraphe 78(3).

### Indemnisation

**(2)** Toutefois, les droits ou intérêts protégés en application du paragraphe (1) s'éteignent à l'égard du titulaire ou de l'auteur lorsque l'un ou l'autre, selon le cas, verse à cette personne une indemnité convenue par les deux parties, laquelle, à défaut d'entente, est déterminée par la Commission conformément à l'article 78.

L.R. (1985), ch. C-42, art. 33; L.R. (1985), ch. 10 (4e suppl.), art. 7; 1997, ch. 24, art. 19; 2012, ch. 20, art. 40.

### Protection de certains droits et intérêts

**33.1 (1)** Par dérogation aux paragraphes 27(1), (2) et (4) et aux articles 27.1, 28.1 et 28.2, dans le cas où, avant la date d'entrée en vigueur du présent article ou, si elle est postérieure, la date où un pays signataire autre qu'un pays partie au traité de l'ODA devient un pays partie à ce traité, une personne a fait des dépenses ou contracté d'autres obligations relatives à l'exécution d'un acte qui, accompli après cette date, violerait le droit visé à l'alinéa 3(1)j), le seul fait que ce pays soit devenu un pays partie à ce traité ne porte pas atteinte aux droits ou intérêts de cette personne qui, d'une part, sont nés ou résultent de l'exécution de cet acte et, d'autre part, sont appréciables en argent à cette date, sauf dans la mesure prévue par une ordonnance de la Commission rendue en application du paragraphe 78(3).

### Indemnisation

**(2)** Toutefois, les droits ou intérêts protégés en application du paragraphe (1) s'éteignent à l'égard du titulaire du droit d'auteur lorsque celui-ci verse à la personne visée à ce paragraphe une indemnité convenue par les deux

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 98 of 195

*Copyright*                                            *Droit d'auteur*
**PART III** Infringement of Copyright and Moral Rights and Exceptions to Infringement        **PARTIE III** Violation du droit d'auteur et des droits moraux, et cas d'exception
Compensation for Acts Done Before Recognition of Copyright or Moral Rights            Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur ou des droits
                                                            moraux
**Sections 33.1-34**                                                      **Articles 33.1-34**

parties or, failing agreement, that is determined by the Board in accordance with section 78.

2012, c. 20, s. 41.

### Certain rights and interests protected

**33.2 (1)** Despite subsections 27(1), (2) and (4) and sections 27.1, 28.1 and 28.2, if a person has, before the later of the day on which this section comes into force and the day on which a country that is not a treaty country becomes a WCT country, incurred an expenditure or a liability in connection with, or in preparation for, the doing of an act that, if that country had been a WCT country, would have infringed copyright in a work or moral rights in respect of a work, any right or interest of that person that arises from, or in connection with, the doing of that act and that is subsisting and valuable on the later of those days is not, except as provided by an order of the Board made under subsection 78(3), prejudiced or diminished by reason only of that country having become a WCT country.

### Compensation

**(2)** Despite subsection (1), a person's right or interest that is protected by that subsection terminates as against the copyright owner if and when that owner pays the person any compensation that is agreed to between the parties or, failing agreement, that is determined by the Board in accordance with section 78.

2012, c. 20, s. 41.

## PART IV

# Remedies

## Civil Remedies

### Infringement of Copyright and Moral Rights

#### Copyright

**34 (1)** Where copyright has been infringed, the owner of the copyright is, subject to this Act, entitled to all remedies by way of injunction, damages, accounts, delivery up and otherwise that are or may be conferred by law for the infringement of a right.

#### Moral rights

**(2)** In any proceedings for an infringement of moral rights, the court may grant to the holder of those rights

parties, laquelle, à défaut d'entente, est déterminée par la Commission conformément à l'article 78.

2012, ch. 20, art. 41.

### Protection de certains droits et intérêts

**33.2 (1)** Par dérogation aux paragraphes 27(1), (2) et (4) et aux articles 27.1, 28.1 et 28.2, dans le cas où, avant la date d'entrée en vigueur du présent article ou, si elle est postérieure, la date où un pays qui n'est pas un pays signataire devient un pays partie au traité de l'ODA, une personne a fait des dépenses ou contracté d'autres obligations relatives à l'exécution d'un acte qui, accompli après cette date, violerait le droit d'auteur ou les droits moraux sur une œuvre, le seul fait que ce pays soit devenu un pays partie à ce traité ne porte pas atteinte aux droits ou intérêts de cette personne qui, d'une part, sont nés ou résultent de l'exécution de cet acte et, d'autre part, sont appréciables en argent à cette date, sauf dans la mesure prévue par une ordonnance de la Commission rendue en application du paragraphe 78(3).

### Indemnisation

**(2)** Toutefois, les droits ou intérêts protégés en application du paragraphe (1) s'éteignent à l'égard du titulaire du droit d'auteur lorsque celui-ci verse à la personne visée à ce paragraphe une indemnité convenue par les deux parties, laquelle, à défaut d'entente, est déterminée par la Commission conformément à l'article 78.

2012, ch. 20, art. 41.

## PARTIE IV

# Recours

## Recours civils

### Violation du droit d'auteur et des droits moraux

#### Droit d'auteur

**34 (1)** En cas de violation d'un droit d'auteur, le titulaire du droit est admis, sous réserve des autres dispositions de la présente loi, à exercer tous les recours — en vue notamment d'une injonction, de dommages-intérêts, d'une reddition de compte ou d'une remise — que la loi accorde ou peut accorder pour la violation d'un droit.

#### Droits moraux

**(2)** Le tribunal saisi d'un recours en violation des droits moraux peut accorder au titulaire de ces droits les réparations qu'il pourrait accorder, par voie d'injonction, de dommages-intérêts, de reddition de compte, de remise

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 99 of 195

*Copyright*
**PART IV** Remedies
Civil Remedies
Infringement of Copyright and Moral Rights
**Sections 34-34.1**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Articles 34-34.1**

all remedies by way of injunction, damages, accounts, delivery up and otherwise that are or may be conferred by law for the infringement of a right.

#### Costs

**(3)** The costs of all parties in any proceedings in respect of the infringement of a right conferred by this Act shall be in the discretion of the court.

#### Summary proceedings

**(4)** The following proceedings may be commenced or proceeded with by way of application or action and shall, in the case of an application, be heard and determined without delay and in a summary way:

**(a)** proceedings for infringement of copyright or moral rights;

**(b)** proceedings taken under section 44.12, 44.2 or 44.4; and

**(c)** proceedings taken in respect of

(i) a tariff approved by the Board under Part VII.1 or VIII, or

(ii) agreements referred to in subsection 67(3).

#### Practice and procedure

**(5)** The rules of practice and procedure, in civil matters, of the court in which proceedings are commenced by way of application apply to those proceedings, but where those rules do not provide for the proceedings to be heard and determined without delay and in a summary way, the court may give such directions as it considers necessary in order to so provide.

#### Actions

**(6)** The court in which proceedings are instituted by way of application may, where it considers it appropriate, direct that the proceeding be proceeded with as an action.

#### Meaning of *application*

**(7)** In this section, ***application*** means a proceeding that is commenced other than by way of a writ or statement of claim.

R.S., 1985, c. C-42, s. 34; R.S., 1985, c. 10 (4th Supp.), s. 8; 1993, c. 15, s. 3(E), c. 44, s. 65; 1994, c. 47, s. 62; 1997, c. 24, s. 20; 2012, c. 20, s. 43; 2014, c. 32, s. 6; 2018, c. 27, s. 286.

#### Presumptions respecting copyright and ownership

**34.1 (1)** In any civil proceedings taken under this Act in which the defendant puts in issue either the existence of the copyright or the title of the plaintiff to it,

ou autrement, et que la loi prévoit ou peut prévoir pour la violation d'un droit.

#### Frais

**(3)** Les frais de toutes les parties à des procédures relatives à la violation d'un droit prévu par la présente loi sont à la discrétion du tribunal.

#### Requête ou action

**(4)** Les procédures suivantes peuvent être engagées ou continuées par une requête ou une action :

**a)** les procédures pour violation du droit d'auteur ou des droits moraux;

**b)** les procédures visées aux articles 44.12, 44.2 ou 44.4;

**c)** les procédures relatives aux tarifs homologués par la Commission en vertu des parties VII.1 ou VIII ou aux ententes visées au paragraphe 67(3).

Le tribunal statue sur les requêtes sans délai et suivant une procédure sommaire.

#### Règles applicables

**(5)** Les requêtes visées au paragraphe (4) sont, en matière civile, régies par les règles de procédure et de pratique du tribunal saisi des requêtes si ces règles ne prévoient pas que les requêtes doivent être jugées sans délai et suivant une procédure sommaire. Le tribunal peut, dans chaque cas, donner les instructions qu'il estime indiquées à cet effet.

#### Actions

**(6)** Le tribunal devant lequel les procédures sont engagées par requête peut, s'il l'estime indiqué, ordonner que la requête soit instruite comme s'il s'agissait d'une action.

#### Définition de *requête*

**(7)** Au présent article, ***requête*** s'entend d'une procédure engagée autrement que par un bref ou une déclaration.

L.R. (1985), ch. C-42, art. 34; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 8; 1993, ch. 15, art. 3(A), ch. 44, art. 65; 1994, ch. 47, art. 62; 1997, ch. 24, art. 20; 2012, ch. 20, art. 43; 2014, ch. 32, art. 6; 2018, ch. 27, art. 286.

#### Présomption de propriété

**34.1 (1)** Dans toute procédure civile engagée en vertu de la présente loi où le défendeur conteste l'existence du droit d'auteur ou la qualité du demandeur :

Droit d'auteur
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Article** 34.1

**(a)** copyright shall be presumed, unless the contrary is proved, to subsist in the work, performer's performance, sound recording or communication signal, as the case may be; and

**(b)** the author, performer, maker or broadcaster, as the case may be, shall, unless the contrary is proved, be presumed to be the owner of the copyright.

### Where no grant registered

**(2)** Where any matter referred to in subsection (1) is at issue and no assignment of the copyright, or licence granting an interest in the copyright, has been registered under this Act,

**(a)** if a name purporting to be that of

    **(i)** the author of the work,

    **(ii)** the performer of the performer's performance,

    **(iii)** the maker of the sound recording, or

    **(iv)** the broadcaster of the communication signal

is printed or otherwise indicated thereon in the usual manner, the person whose name is so printed or indicated shall, unless the contrary is proved, be presumed to be the author, performer, maker or broadcaster;

**(b)** if

    **(i)** no name is so printed or indicated, or if the name so printed or indicated is not the true name of the author, performer, maker or broadcaster or the name by which that person is commonly known, and

    **(ii)** a name purporting to be that of the publisher or owner of the work, performer's performance, sound recording or communication signal is printed or otherwise indicated thereon in the usual manner,

the person whose name is printed or indicated as described in subparagraph (ii) shall, unless the contrary is proved, be presumed to be the owner of the copyright in question; and

**(c)** if, on a cinematographic work, a name purporting to be that of the maker of the cinematographic work appears in the usual manner, the person so named shall, unless the contrary is proved, be presumed to be the maker of the cinematographic work.

1997, c. 24, s. 20; 2012, c. 20, s. 44.

**a)** l'œuvre, la prestation, l'enregistrement sonore ou le signal de communication, selon le cas, est, jusqu'à preuve contraire, présumé être protégé par le droit d'auteur;

**b)** l'auteur, l'artiste-interprète, le producteur ou le radiodiffuseur, selon le cas, est, jusqu'à preuve contraire, réputé être titulaire de ce droit d'auteur.

### Aucun enregistrement

**(2)** Dans toute contestation de cette nature, lorsque aucun acte de cession du droit d'auteur ni aucune licence concédant un intérêt dans le droit d'auteur n'a été enregistré sous l'autorité de la présente loi :

**a)** si un nom paraissant être celui de l'auteur de l'œuvre, de l'artiste-interprète de la prestation, du producteur de l'enregistrement sonore ou du radiodiffuseur du signal de communication y est imprimé ou autrement indiqué, de la manière habituelle, la personne dont le nom est ainsi imprimé ou indiqué est, jusqu'à preuve contraire, présumée être l'auteur, l'artiste-interprète, le producteur ou le radiodiffuseur;

**b)** si aucun nom n'est imprimé ou indiqué de cette façon, ou si le nom ainsi imprimé ou indiqué n'est pas le véritable nom de l'auteur, de l'artiste-interprète, du producteur ou du radiodiffuseur, selon le cas, ou le nom sous lequel il est généralement connu, et si un nom paraissant être celui de l'éditeur ou du titulaire du droit d'auteur y est imprimé ou autrement indiqué de la manière habituelle, la personne dont le nom est ainsi imprimé ou indiqué est, jusqu'à preuve contraire, présumée être le titulaire du droit d'auteur en question;

**c)** si un nom paraissant être celui du producteur d'une œuvre cinématographique y est indiqué de la manière habituelle, cette personne est présumée, jusqu'à preuve contraire, être le producteur de l'œuvre.

1997, ch. 24, art. 20; 2012, ch. 20, art. 44.

Droit d'auteur
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Articles 35-38**

### Liability for infringement

**35 (1)** Where a person infringes copyright, the person is liable to pay such damages to the owner of the copyright as the owner has suffered due to the infringement and, in addition to those damages, such part of the profits that the infringer has made from the infringement and that were not taken into account in calculating the damages as the court considers just.

### Proof of profits

**(2)** In proving profits,

**(a)** the plaintiff shall be required to prove only receipts or revenues derived from the infringement; and

**(b)** the defendant shall be required to prove every element of cost that the defendant claims.

R.S., 1985, c. C-42, s. 35; 1997, c. 24, s. 20.

**36** [Repealed, 2012, c. 20, s. 45]

**37** [Repealed, 2012, c. 20, s. 45]

### Recovery of possession of copies, plates

**38 (1)** Subject to subsection (2), the owner of the copyright in a work or other subject-matter may

**(a)** recover possession of all infringing copies of that work or other subject-matter, and of all plates used or intended to be used for the production of infringing copies, and

**(b)** take proceedings for seizure of those copies or plates before judgment if, under the law of Canada or of the province in which those proceedings are taken, a person is entitled to take such proceedings,

as if those copies or plates were the property of the copyright owner.

### Powers of court

**(2)** On application by

**(a)** a person from whom the copyright owner has recovered possession of copies or plates referred to in subsection (1),

**(b)** a person against whom proceedings for seizure before judgment of copies or plates referred to in subsection (1) have been taken, or

**(c)** any other person who has an interest in those copies or plates,

a court may order that those copies or plates be destroyed, or may make any other order that it considers appropriate in the circumstances.

### Violation du droit d'auteur : responsabilité

**35 (1)** Quiconque viole le droit d'auteur est passible de payer, au titulaire du droit qui a été violé, des dommages-intérêts et, en sus, la proportion, que le tribunal peut juger équitable, des profits qu'il a réalisés en commettant cette violation et qui n'ont pas été pris en compte pour la fixation des dommages-intérêts.

### Détermination des profits

**(2)** Dans la détermination des profits, le demandeur n'est tenu d'établir que ceux provenant de la violation et le défendeur doit prouver chaque élément du coût qu'il allègue.

L.R. (1985), ch. C-42, art. 35; 1997, ch. 24, art. 20.

**36** [Abrogé, 2012, ch. 20, art. 45]

**37** [Abrogé, 2012, ch. 20, art. 45]

### Propriété des planches

**38 (1)** Sous réserve du paragraphe (2), le titulaire du droit d'auteur peut, comme s'il en était le propriétaire, recouvrer la possession de tous les exemplaires contrefaits d'œuvres ou de tout autre objet de ce droit d'auteur et de toutes les planches qui ont servi ou sont destinées à servir à la confection de ces exemplaires, ou engager à leur égard des procédures de saisie avant jugement si une loi fédérale ou une loi de la province où sont engagées les procédures le lui permet.

### Pouvoirs du tribunal

**(2)** Un tribunal peut, sur demande de la personne qui avait la possession des exemplaires et planches visés au paragraphe (1), de la personne contre qui des procédures de saisie avant jugement ont été engagées en vertu du paragraphe (1) ou de toute autre personne ayant un intérêt dans ceux-ci, ordonner la destruction de ces exemplaires ou planches ou rendre toute autre ordonnance qu'il estime indiquée.

Copyright
**PART IV** Remedies
Civil Remedies
Infringement of Copyright and Moral Rights
**Sections 38-38.1**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Articles 38-38.1**

### Notice to interested persons

**(3)** Before making an order under subsection (2), the court shall direct that notice be given to any person who has an interest in the copies or plates in question, unless the court is of the opinion that the interests of justice do not require such notice to be given.

### Circumstances court to consider

**(4)** In making an order under subsection (2), the court shall have regard to all the circumstances, including

**(a)** the proportion, importance and value of the infringing copy or plate, as compared to the substrate or carrier embodying it; and

**(b)** the extent to which the infringing copy or plate is severable from, or a distinct part of, the substrate or carrier embodying it.

### Limitation

**(5)** Nothing in this Act entitles the copyright owner to damages in respect of the possession or conversion of the infringing copies or plates.

R.S., 1985, c. C-42, s. 38; 1997, c. 24, s. 20.

### Statutory damages

**38.1 (1)** Subject to this section, a copyright owner may elect, at any time before final judgment is rendered, to recover, instead of damages and profits referred to in subsection 35(1), an award of statutory damages for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally,

**(a)** in a sum of not less than $500 and not more than $20,000 that the court considers just, with respect to all infringements involved in the proceedings for each work or other subject-matter, if the infringements are for commercial purposes; and

**(b)** in a sum of not less than $100 and not more than $5,000 that the court considers just, with respect to all infringements involved in the proceedings for all works or other subject-matter, if the infringements are for non-commercial purposes.

### Autres personnes intéressées

**(3)** Le tribunal doit, avant de rendre l'ordonnance visée au paragraphe (2), en faire donner préavis aux personnes ayant un intérêt dans les exemplaires ou les planches, sauf s'il estime que l'intérêt de la justice ne l'exige pas.

### Facteurs

**(4)** Le tribunal doit, lorsqu'il rend une ordonnance visée au paragraphe (2), tenir compte notamment des facteurs suivants :

**a)** la proportion que représente l'exemplaire contrefait ou la planche par rapport au support dans lequel ils sont incorporés, de même que leur valeur et leur importance par rapport à ce support;

**b)** la mesure dans laquelle cet exemplaire ou cette planche peut être extrait de ce support ou en constitue une partie distincte.

### Limite

**(5)** La présente loi n'a pas pour effet de permettre au titulaire du droit d'auteur de recouvrer des dommages-intérêts en ce qui touche la possession des exemplaires ou des planches visés au paragraphe (1) ou l'usurpation du droit de propriété sur ceux-ci.

L.R. (1985), ch. C-42, art. 38; 1997, ch. 24, art. 20.

### Dommages-intérêts préétablis

**38.1 (1)** Sous réserve des autres dispositions du présent article, le titulaire du droit d'auteur, en sa qualité de demandeur, peut, avant le jugement ou l'ordonnance qui met fin au litige, choisir de recouvrer, au lieu des dommages-intérêts et des profits visés au paragraphe 35(1), les dommages-intérêts préétablis ci-après pour les violations reprochées en l'instance à un même défendeur ou à plusieurs défendeurs solidairement responsables :

**a)** dans le cas des violations commises à des fins commerciales, pour toutes les violations — relatives à une œuvre donnée ou à un autre objet donné du droit d'auteur —, des dommages-intérêts dont le montant, d'au moins 500 $ et d'au plus 20 000 $, est déterminé selon ce que le tribunal estime équitable en l'occurrence;

**b)** dans le cas des violations commises à des fins non commerciales, pour toutes les violations — relatives à toutes les œuvres données ou tous les autres objets donnés du droit d'auteur —, des dommages-intérêts, d'au moins 100 $ et d'au plus 5 000 $, dont le montant est déterminé selon ce que le tribunal estime équitable en l'occurrence.

*Copyright*
**PARTIE IV** Remedies
Civil Remedies
Infringement of Copyright and Moral Rights
**Section** 38.1

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Article** 38.1

### Infringement of subsection 27(2.3)

**(1.1)** An infringement under subsection 27(2.3) may give rise to an award of statutory damages with respect to a work or other subject-matter only if the copyright in that work or other subject-matter was actually infringed as a result of the use of a service referred to in that subsection.

### Deeming — infringement of subsection 27(2.3)

**(1.11)** For the purpose of subsection (1), an infringement under subsection 27(2.3) is deemed to be for a commercial purpose.

### Infringements not involved in proceedings

**(1.12)** If the copyright owner has made an election under subsection (1) with respect to a defendant's infringements that are for non-commercial purposes, they are barred from recovering statutory damages under this section from that defendant with respect to any other of the defendant's infringements that were done for non-commercial purposes before the institution of the proceedings in which the election was made.

### No other statutory damages

**(1.2)** If a copyright owner has made an election under subsection (1) with respect to a defendant's infringements that are for non-commercial purposes, every other copyright owner is barred from electing to recover statutory damages under this section in respect of that defendant for any of the defendant's infringements that were done for non-commercial purposes before the institution of the proceedings in which the election was made.

### If defendant unaware of infringement

**(2)** If a copyright owner has made an election under subsection (1) and the defendant satisfies the court that the defendant was not aware and had no reasonable grounds to believe that the defendant had infringed copyright, the court may reduce the amount of the award under paragraph (1)(a) to less than $500, but not less than $200.

### Special case

**(3)** In awarding statutory damages under paragraph (1)(a) or subsection (2), the court may award, with respect to each work or other subject-matter, a lower amount than $500 or $200, as the case may be, that the court considers just, if

  **(a)** either

    **(i)** there is more than one work or other subject-matter in a single medium, or

### Violation du paragraphe 27(2.3)

**(1.1)** La violation visée au paragraphe 27(2.3) ne peut donner droit à l'octroi de dommages-intérêts préétablis à l'égard d'une œuvre donnée ou à un autre objet donné du droit d'auteur que si le droit d'auteur de l'une ou de l'autre a été violé par suite de l'utilisation des services mentionnés à ce paragraphe.

### Violation réputée : paragraphe 27(2.3)

**(1.11)** Pour l'application du paragraphe (1), la violation du droit d'auteur visée au paragraphe 27(2.3) est réputée être commise à des fins commerciales.

### Réserve

**(1.12)** Toutefois, le titulaire du droit d'auteur qui a choisi de recouvrer des dommages-intérêts préétablis auprès de la personne visée au paragraphe (1) pour des violations qu'elle a commises à des fins non commerciales ne pourra pas recouvrer auprès d'elle de tels dommages-intérêts au titre du présent article pour les violations commises à ces fins avant la date de l'introduction de l'instance et qu'il ne lui a pas reprochées dans le cadre de celle-ci.

### Réserve

**(1.2)** Si un titulaire du droit d'auteur a choisi de recouvrer des dommages-intérêts préétablis auprès de la personne visée au paragraphe (1) pour des violations qu'elle a commises à des fins non commerciales, aucun autre titulaire du droit d'auteur ne pourra recouvrer auprès d'elle de tels dommages-intérêts au titre du présent article pour les violations commises à ces fins avant la date de l'introduction de l'instance.

### Cas particuliers

**(2)** Dans les cas où le défendeur convainc le tribunal qu'il ne savait pas et n'avait aucun motif raisonnable de croire qu'il avait violé le droit d'auteur, le tribunal peut réduire le montant des dommages-intérêts visés à l'alinéa (1)a) jusqu'à 200 $.

### Cas particuliers

**(3)** Dans les cas où plus d'une œuvre ou d'un autre objet du droit d'auteur sont incorporés dans un même support matériel ou dans le cas où seule la violation visée au paragraphe 27(2.3) donne ouverture aux dommages-intérêts préétablis, le tribunal peut, selon ce qu'il estime équitable en l'occurrence, réduire, à l'égard de chaque œuvre ou autre objet du droit d'auteur, le montant minimal visé à l'alinéa (1)a) ou au paragraphe (2), selon le cas, s'il est d'avis que même s'il accordait le montant minimal de dommages-intérêts préétabli le montant total de ces

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 104 of 195

Copyright
**PART IV** Remedies
Civil Remedies
Infringement of Copyright and Moral Rights
**Section** 38.1

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Article** 38.1

**(ii)** the award relates only to one or more infringements under subsection 27(2.3); and

**(b)** the awarding of even the minimum amount referred to in that paragraph or that subsection would result in a total award that, in the court's opinion, is grossly out of proportion to the infringement.

### Limitation — certain acts

**(4)** A collective society or copyright owner who has authorized a collective society to act on their behalf may make an election under this section with respect to an act set out in subsection (4.1) only if applicable royalties are set out in an approved tariff or fixed under subsection 71(2) and the defendant has not paid them. If they make the election, the collective society or copyright owner may only recover, in lieu of any other remedy of a monetary nature provided by this Act, an award of statutory damages in respect of such acts in a sum of not less than three and not more than ten times the amount of the applicable royalties, as the court considers just.

### Acts for the purposes of subsection (4)

**(4.1)** Subsection (4) applies with respect to the following acts:

**(a)** the performance in public of musical works or dramatico-musical works, of performer's performances of such works, or of sound recordings embodying such works or performances; and

**(b)** the communication to the public by telecommunication of musical works or dramatico-musical works, other than as described in subsection 31(2), of performer's performances of such works, or of sound recordings embodying such works or performances.

### Factors to consider

**(5)** In exercising its discretion under subsections (1) to (4), the court shall consider all relevant factors, including

**(a)** the good faith or bad faith of the defendant;

**(b)** the conduct of the parties before and during the proceedings;

**(c)** the need to deter other infringements of the copyright in question; and

**(d)** in the case of infringements for non-commercial purposes, the need for an award to be proportionate to the infringements, in consideration of the hardship

dommages-intérêts serait extrêmement disproportionné à la violation.

### Réserve : certains actes

**(4)** La société de gestion collective ou le titulaire du droit d'auteur qui a habilité une société de gestion à agir à son profit ne peut, relativement à un acte mentionné au paragraphe (4.1), se prévaloir du présent article que si les redevances applicables en l'espèce figurent dans un tarif homologué ou sont fixées conformément au paragraphe 71(2) et que le défendeur ne les a pas payées. S'ils se prévalent du présent article, la société ou le titulaire ne peut, en lieu et place de tout autre redressement pécuniaire prévu par la présente loi, que recouvrer des dommages-intérêts préétablis relatifs à ces actes dont le montant, de trois à dix fois le montant de ces redevances, est déterminé selon ce que le tribunal estime équitable en l'occurrence.

### Actes pour l'application du paragraphe (4)

**(4.1)** Le paragraphe (4) s'applique aux actes suivants :

**a)** l'exécution en public d'œuvres musicales ou dramatico-musicales, de leurs prestations ou d'enregistrements sonores constitués de ces œuvres ou prestations;

**b)** la communication au public par télécommunication — à l'exclusion de la communication visée au paragraphe 31(2) — d'œuvres musicales ou dramatico-musicales, de leurs prestations ou d'enregistrements sonores constitués de ces œuvres ou prestations.

### Facteurs

**(5)** Lorsqu'il rend une décision relativement aux paragraphes (1) à (4), le tribunal tient compte notamment des facteurs suivants :

**a)** la bonne ou mauvaise foi du défendeur;

**b)** le comportement des parties avant l'instance et au cours de celle-ci;

**c)** la nécessité de créer un effet dissuasif à l'égard de violations éventuelles du droit d'auteur en question;

**d)** dans le cas d'une violation qui est commise à des fins non commerciales, la nécessité d'octroyer des dommages-intérêts dont le montant soit proportionnel à la violation et tienne compte des difficultés qui

*Copyright*
**PARTIE IV** Remedies
Civil Remedies
Infringement of Copyright and Moral Rights
**Sections 38.1-38.2**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Articles 38.1-38.2**

the award may cause to the defendant, whether the infringement was for private purposes or not, and the impact of the infringements on the plaintiff.

### No award

**(6)** No statutory damages may be awarded against

**(a)** an educational institution or a person acting under its authority that has committed an act referred to in section 29.6 or 29.7 and has not paid any royalties or complied with any terms and conditions fixed under this Act in relation to the commission of the act;

**(b)** an educational institution, library, archive or museum that is sued in the circumstances referred to in section 38.2;

**(c)** a person who infringes copyright under paragraph 27(2)(e) or section 27.1, where the copy in question was made with the consent of the copyright owner in the country where the copy was made; or

**(d)** an educational institution that is sued in the circumstances referred to in subsection 30.02(7) or a person acting under its authority who is sued in the circumstances referred to in subsection 30.02(8).

### Exemplary or punitive damages not affected

**(7)** An election under subsection (1) does not affect any right that the copyright owner may have to exemplary or punitive damages.

1997, c. 24, s. 20; 2012, c. 20, s. 46; 2018, c. 27, s. 287.

### Maximum amount that may be recovered

**38.2 (1)** An owner of copyright in a work who has not authorized a collective society to authorize its reprographic reproduction may recover, in proceedings against an educational institution, library, archive or museum that has reproduced the work, a maximum amount equal to the amount of royalties that would have been payable to the society in respect of the reprographic reproduction, if it were authorized, either

**(a)** under any agreement entered into with the collective society; or

**(b)** under a tariff approved by the Board under section 70.

### Cas où les dommages-intérêts préétablis ne peuvent être accordés

**(6)** Ne peuvent être condamnés aux dommages-intérêts préétablis :

**a)** l'établissement d'enseignement ou la personne agissant sous l'autorité de celui-ci qui a fait les actes visés aux articles 29.6 ou 29.7 sans acquitter les redevances ou sans observer les modalités afférentes fixées sous le régime de la présente loi;

**b)** l'établissement d'enseignement, la bibliothèque, le musée ou le service d'archives, selon le cas, qui est poursuivi dans les circonstances prévues à l'article 38.2;

**c)** la personne qui commet la violation visée à l'alinéa 27(2)e) ou à l'article 27.1 dans les cas où la reproduction en cause a été faite avec le consentement du titulaire du droit d'auteur dans le pays de production;

**d)** l'établissement d'enseignement qui est poursuivi dans les circonstances prévues au paragraphe 30.02(7) et la personne agissant sous son autorité qui est poursuivie dans les circonstances prévues au paragraphe 30.02(8).

### Dommages-intérêts exemplaires

**(7)** Le choix fait par le demandeur en vertu du paragraphe (1) n'a pas pour effet de supprimer le droit de celui-ci, le cas échéant, à des dommages-intérêts exemplaires ou punitifs.

1997, ch. 24, art. 20; 2012, ch. 20, art. 46; 2018, ch. 27, art. 287.

### Dommages-intérêts maximaux

**38.2 (1)** Le titulaire du droit d'auteur sur une œuvre qui n'a pas habilité une société de gestion à autoriser la reproduction par reprographie de cette œuvre ne peut, dans le cas où il poursuit un établissement d'enseignement, une bibliothèque, un musée ou un service d'archives, selon le cas, pour avoir fait une telle reproduction, recouvrer un montant supérieur à celui qui aurait été payable à la société de gestion si, d'une part, il l'avait ainsi habilitée, et si, d'autre part, la partie poursuivie :

**a)** soit avait conclu avec une société de gestion une entente concernant la reprographie;

**b)** soit était assujettie au paiement de redevances pour la reprographie prévu par un tarif homologué au titre de l'article 70.

Copyright
**PART IV** Remedies
Civil Remedies
Infringement of Copyright and Moral Rights
**Sections 38.2-39.1**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Articles 38.2-39.1**

**Agreements with more than one collective society**

**(2)** Where agreements respecting reprographic reproduction have been signed with more than one collective society or where more than one tariff applies or where both agreements and tariffs apply, the maximum amount that the copyright owner may recover is the largest amount of the royalties provided for in any of those agreements or tariffs.

**Application**

**(3)** Subsections (1) and (2) apply only where

  **(a)** the collective society is entitled to authorize, or the tariff provides for the payment of royalties in respect of, the reprographic reproduction of that category of work; and

  **(b)** copying of that general nature and extent is covered by the agreement or tariff.

1997, c. 24, s. 20; 2018, c. 27, s. 288.

**Injunction only remedy when defendant not aware of copyright**

**39 (1)** Subject to subsection (2), in any proceedings for infringement of copyright, the plaintiff is not entitled to any remedy other than an injunction in respect of the infringement if the defendant proves that, at the date of the infringement, the defendant was not aware and had no reasonable ground for suspecting that copyright subsisted in the work or other subject-matter in question.

**Exception where copyright registered**

**(2)** Subsection (1) does not apply if, at the date of the infringement, the copyright was duly registered under this Act.

R.S., 1985, c. C-42, s. 39; 1997, c. 24, s. 20.

**Wide injunction**

**39.1 (1)** When granting an injunction in respect of an infringement of copyright in a work or other subject-matter, the court may further enjoin the defendant from infringing the copyright in any other work or subject-matter if

  **(a)** the plaintiff is the owner of the copyright or the person to whom an interest in the copyright has been granted by licence; and

  **(b)** the plaintiff satisfies the court that the defendant will likely infringe the copyright in those other works or subject-matter unless enjoined by the court from doing so.

**Cas de plusieurs ententes ou tarifs**

**(2)** Si l'entente est conclue séparément avec plusieurs sociétés de gestion ou que les redevances sont payables conformément à différents tarifs homologués relatifs à la reprographie, ou les deux à la fois, le montant que le titulaire du droit d'auteur peut recouvrer ne peut excéder le montant le plus élevé de tous ceux que prévoient les ententes ou les tarifs.

**Application**

**(3)** Les paragraphes (1) et (2) ne s'appliquent que si, d'une part, les sociétés de gestion peuvent autoriser la reproduction par reprographie de ce genre d'œuvre ou qu'il existe un tarif homologué à cet égard et si, d'autre part, l'entente ou le tarif traite, dans une certaine mesure, de la nature et de l'étendue de la reproduction.

1997, ch. 24, art. 20; 2018, ch. 27, art. 288.

**Cas où le seul recours est l'injonction**

**39 (1)** Sous réserve du paragraphe (2), dans le cas de procédures engagées pour violation du droit d'auteur, le demandeur ne peut obtenir qu'une injonction à l'égard de cette violation si le défendeur prouve que, au moment de la commettre, il ne savait pas et n'avait aucun motif raisonnable de soupçonner que l'œuvre ou tout autre objet du droit d'auteur était protégé par la présente loi.

**Exception**

**(2)** Le paragraphe (1) ne s'applique pas si, à la date de la violation, le droit d'auteur était dûment enregistré sous le régime de la présente loi.

L.R. (1985), ch. C-42, art. 39; 1997, ch. 24, art. 20.

**Interdiction**

**39.1 (1)** Dans les cas où il accorde une injonction pour violation du droit d'auteur sur une œuvre ou un autre objet, le tribunal peut en outre interdire au défendeur de violer le droit d'auteur sur d'autres œuvres ou d'autres objets dont le demandeur est le titulaire ou sur d'autres œuvres ou d'autres objets dans lesquels il a un intérêt concédé par licence, si le demandeur lui démontre que, en l'absence de cette interdiction, le défendeur violera vraisemblablement le droit d'auteur sur ces autres œuvres ou ces autres objets.

Copyright
**PART IV** Remedies
Civil Remedies
Infringement of Copyright and Moral Rights
**Sections 39.1-41**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Violation du droit d'auteur et des droits moraux
**Articles 39.1-41**

**Application of injunction**

**(2)** An injunction granted under subsection (1) may extend to works or other subject-matter

**(a)** in respect of which the plaintiff was not, at the time the proceedings were commenced, the owner of the copyright or the person to whom an interest in the copyright has been granted by licence; or

**(b)** that did not exist at the time the proceedings were commenced.

1997, c. 24, s. 20.

**No injunction in case of a building**

**40 (1)** Where the construction of a building or other structure that infringes or that, if completed, would infringe the copyright in some other work has been commenced, the owner of the copyright is not entitled to obtain an injunction in respect of the construction of that building or structure or to order its demolition.

**Certain remedies inapplicable**

**(2)** Sections 38 and 42 do not apply in any case in respect of which subsection (1) applies.

R.S., 1985, c. C-42, s. 40; 1997, c. 24, s. 21.

# Technological Protection Measures and Rights Management Information

**Definitions**

**41** The following definitions apply in this section and in sections 41.1 to 41.21.

*circumvent* means,

**(a)** in respect of a technological protection measure within the meaning of paragraph (a) of the definition *technological protection measure*, to descramble a scrambled work or computer program, or decrypt an encrypted work or computer program or to otherwise avoid, bypass, remove, deactivate or impair the technological protection measure, unless it is done with the authority of the copyright owner; and

**(b)** in respect of a technological protection measure within the meaning of paragraph (b) of the definition *technological protection measure*, to avoid, bypass, remove, deactivate or impair the technological protection measure. (*contourner*)

**Application de l'injunction**

**(2)** Cette injonction peut viser même les œuvres ou les autres objets sur lesquels le demandeur n'avait pas de droit d'auteur ou à l'égard desquels il n'était pas titulaire d'une licence lui concédant un intérêt sur un droit d'auteur au moment de l'introduction de l'instance, ou qui n'existaient pas à ce moment.

1997, ch. 24, art. 20.

**Pas d'injonction en matière d'œuvres architecturales**

**40 (1)** Lorsque a été commencée la construction d'un bâtiment ou autre édifice qui constitue, ou constituerait lors de l'achèvement, une violation du droit d'auteur sur une autre œuvre, le titulaire de ce droit n'a pas qualité pour obtenir une injonction en vue d'empêcher la construction de ce bâtiment ou édifice ou d'en prescrire la démolition.

**Inapplicabilité des articles 38 et 42**

**(2)** Les articles 38 et 42 ne s'appliquent pas aux cas visés au paragraphe (1).

L.R. (1985), ch. C-42, art. 40; 1997, ch. 24, art. 21.

# Mesures techniques de protection et information sur le régime des droits

**Définitions**

**41** Les définitions qui suivent s'appliquent au présent article et aux articles 41.1 à 41.21.

*contourner*

**a)** S'agissant de la mesure technique de protection au sens de l'alinéa a) de la définition de ce terme, éviter, supprimer, désactiver ou entraver la mesure — notamment décoder ou déchiffrer l'œuvre ou le programme d'ordinateur protégés par la mesure — sans l'autorisation du titulaire du droit d'auteur;

**b)** s'agissant de la mesure technique de protection au sens de l'alinéa b) de la définition de ce terme, éviter, supprimer, désactiver ou entraver la mesure. (*circumvent*)

*mesure technique de protection* Toute technologie ou tout dispositif ou composant qui, dans le cadre normal de son fonctionnement :

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41-41.1**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41-41.1**

*technological protection measure* means any effective technology, device or component that, in the ordinary course of its operation,

**(a)** controls access to a work, including a computer program, to a performer's performance fixed in a sound recording or to a sound recording and whose use is authorized by the copyright owner;

**(b)** restricts the doing — with respect to a work, to a performer's performance fixed in a sound recording or to a sound recording — of any act referred to in section 3, 15 or 18 and any act for which remuneration is payable under section 19. (*mesure technique de protection*)

R.S., 1985, c. C-42, s. 41; R.S., 1985, c. 10 (4th Supp.), s. 9; 1997, c. 24, s. 22; 2012, c. 20, s. 47; 2024, c. 26, s. 1.

**a)** soit contrôle efficacement l'accès à une œuvre, y compris un programme d'ordinateur, à une prestation fixée au moyen d'un enregistrement sonore ou à un enregistrement sonore et est autorisé par le titulaire du droit d'auteur;

**b)** soit restreint efficacement l'accomplissement, à l'égard d'une œuvre, d'une prestation fixée au moyen d'un enregistrement sonore ou d'un enregistrement sonore, d'un acte visé aux articles 3, 15 ou 18 ou pour lequel l'article 19 prévoit le versement d'une rémunération. (*technological protection measure*)

L.R. (1985), ch. C-42, art. 41; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 9; 1997, ch. 24, art. 22; 2012, ch. 20, art. 47; 2024, ch. 26, art. 1.

## Prohibition

**41.1 (1)** No person shall

**(a)** circumvent a technological protection measure within the meaning of paragraph (a) of the definition *technological protection measure* in section 41;

**(b)** offer services to the public or provide services if

**(i)** the services are offered or provided primarily for the purposes of circumventing a technological protection measure,

**(ii)** the uses or purposes of those services are not commercially significant other than when they are offered or provided for the purposes of circumventing a technological protection measure, or

**(iii)** the person markets those services as being for the purposes of circumventing a technological protection measure or acts in concert with another person in order to market those services as being for those purposes; or

**(c)** manufacture, import, distribute, offer for sale or rental or provide — including by selling or renting — any technology, device or component if

**(i)** the technology, device or component is designed or produced primarily for the purposes of circumventing a technological protection measure,

**(ii)** the uses or purposes of the technology, device or component are not commercially significant other than when it is used for the purposes of circumventing a technological protection measure, or

**(iii)** the person markets the technology, device or component as being for the purposes of

## Interdiction

**41.1 (1)** Nul ne peut :

**a)** contourner une mesure technique de protection au sens de l'alinéa a) de la définition de ce terme à l'article 41;

**b)** offrir au public ou fournir des services si, selon le cas :

**(i)** les services ont pour principal objet de contourner une mesure technique de protection,

**(ii)** les services n'ont aucune application ou utilité importante du point de vue commercial si ce n'est le contournement d'une mesure technique de protection,

**(iii)** il présente — lui-même ou de concert avec une autre personne — les services comme ayant pour objet le contournement d'une mesure technique de protection;

**c)** fabriquer, importer, fournir, notamment par vente ou location, offrir en vente ou en location ou mettre en circulation toute technologie ou tout dispositif ou composant si, selon le cas :

**(i)** la technologie ou le dispositif ou composant a été conçu ou produit principalement en vue de contourner une mesure technique de protection,

**(ii)** la technologie ou le dispositif ou composant n'a aucune application ou utilité importante du point de vue commercial si ce n'est le contournement d'une mesure technique de protection,

**(iii)** il présente au public — lui-même ou de concert avec une autre personne — la technologie ou le

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 109 of 195

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.1-41.11**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.1-41.11**

circumventing a technological protection measure or acts in concert with another person in order to market the technology, device or component as being for those purposes.

### Circumvention of technological protection measure

**(2)** The owner of the copyright in a work, a performer's performance fixed in a sound recording or a sound recording in respect of which paragraph (1)(a) has been contravened is, subject to this Act and any regulations made under section 41.21, entitled to all remedies — by way of injunction, damages, accounts, delivery up and otherwise — that are or may be conferred by law for the infringement of copyright against the person who contravened that paragraph.

### No statutory damages

**(3)** The owner of the copyright in a work, a performer's performance fixed in a sound recording or a sound recording in respect of which paragraph (1)(a) has been contravened may not elect under section 38.1 to recover statutory damages from an individual who contravened that paragraph only for his or her own private purposes.

### Services, technology, device or component

**(4)** Every owner of the copyright in a work, a performer's performance fixed in a sound recording or a sound recording in respect of which a technological protection measure has been or could be circumvented as a result of the contravention of paragraph (1)(b) or (c) is, subject to this Act and any regulations made under section 41.21, entitled to all remedies — by way of injunction, damages, accounts, delivery up and otherwise — that are or may be conferred by law for the infringement of copyright against the person who contravened paragraph (1)(b) or (c).

2012, c. 20, s. 47.

### Law enforcement and national security

**41.11 (1)** Paragraph 41.1(1)(a) does not apply if a technological protection measure is circumvented for the purposes of an investigation related to the enforcement of any Act of Parliament or any Act of the legislature of a province, or for the purposes of activities related to the protection of national security.

dispositif ou composant comme ayant pour objet le contournement d'une mesure technique de protection.

### Contournement de la mesure technique de protection

**(2)** Sous réserve des autres dispositions de la présente loi et des règlements pris en vertu de l'article 41.21, le titulaire du droit d'auteur sur une œuvre, une prestation fixée au moyen d'un enregistrement sonore ou un enregistrement sonore est admis, en cas de contravention de l'alinéa (1)a) relativement à l'œuvre, à la prestation ou à l'enregistrement, à exercer contre le contrevenant tous les recours — en vue notamment d'une injonction, de dommages-intérêts, d'une reddition de compte ou d'une remise — que la loi prévoit ou peut prévoir pour la violation d'un droit d'auteur.

### Réserve

**(3)** Le titulaire du droit d'auteur sur une œuvre, une prestation fixée au moyen d'un enregistrement sonore ou un enregistrement sonore n'est pas admis à recouvrer les dommages-intérêts préétablis visés à l'article 38.1 dans le cas où l'auteur de la contravention à l'alinéa (1)a) est une personne physique et n'a contrevenu à cet alinéa qu'à des fins privées.

### Services, technologie, dispositif ou composant

**(4)** Sous réserve des autres dispositions de la présente loi et des règlements pris en vertu de l'article 41.21, le titulaire du droit d'auteur sur une œuvre, une prestation fixée au moyen d'un enregistrement sonore ou un enregistrement sonore est admis à exercer, contre la personne qui a contrevenu aux alinéas (1)b) ou c), tous les recours — en vue notamment d'une injonction, de dommages-intérêts, d'une reddition de compte ou d'une remise — que la loi prévoit ou peut prévoir pour la violation d'un droit d'auteur, dans le cas où la contravention a entraîné ou pourrait entraîner le contournement de la mesure technique de protection qui protège l'œuvre, la prestation ou l'enregistrement.

2012, ch. 20, art. 47.

### Enquêtes

**41.11 (1)** L'alinéa 41.1(1)a) ne s'applique pas dans le cas où la mesure technique de protection est contournée dans le cadre d'une enquête relative à l'application d'une loi fédérale ou provinciale ou d'activités liées à la sécurité nationale.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 110 of 195

Copyright
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.11-41.12**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.11-41.12**

### Services

**(2)** Paragraph 41.1(1)(b) does not apply if the services are provided by or for the persons responsible for carrying out such an investigation or such activities.

### Technology, device or component

**(3)** Paragraph 41.1(1)(c) does not apply if the technology, device or component is manufactured, imported or provided by the persons responsible for carrying out such an investigation or such activities, or is manufactured, imported, provided or offered for sale or rental as a service provided to those persons.

2012, c. 20, s. 47.

### Interoperability

**41.12 (1)** Paragraph 41.1(1)(a) does not apply to a person who circumvents a technological protection measure that protects a lawfully obtained computer program for the purpose of

**(a)** obtaining information that would allow the person to make the program or a device in which it is embedded interoperable with any other computer program, device or component; or

**(b)** making the program or a device in which it is embedded interoperable with any other computer program, device or component.

### Services

**(2)** Paragraph 41.1(1)(b) does not apply to a person who offers services to the public or provides services for the purposes of circumventing a technological protection measure if the person does so for the purpose of making the computer program and any other computer program interoperable.

### Technology, device or component

**(3)** Paragraph 41.1(1)(c) does not apply to a person who manufactures, imports or provides a technology, device or component for the purposes of circumventing a technological protection measure if the person does so for the purpose of making the computer program and any other computer program interoperable and

**(a)** uses that technology, device or component only for that purpose; or

**(b)** provides that technology, device or component to another person only for that purpose.

### Sharing of information

**(4)** A person referred to in paragraph (1)(a) may communicate the information obtained under that paragraph to

### Services

**(2)** L'alinéa 41.1(1)b) ne s'applique pas dans le cas où les services sont fournis par les personnes chargées de mener l'enquête ou les activités ou pour ces personnes.

### Technologie, dispositif ou composant

**(3)** L'alinéa 41.1(1)c) ne s'applique pas dans le cas où la technologie ou le dispositif ou composant est fabriqué, importé ou fourni par les personnes chargées de mener l'enquête ou les activités ou fabriqué, importé, offert en vente ou en location ou fourni dans le cadre de la prestation de services à ces personnes.

2012, ch. 20, art. 47.

### Interopérabilité

**41.12 (1)** L'alinéa 41.1(1)a) ne s'applique pas à la personne qui contourne la mesure technique de protection d'un programme d'ordinateur obtenu légalement dans le but :

**a)** soit d'obtenir de l'information lui permettant de rendre ce programme ou un dispositif dans lequel il est intégré interopérable avec un autre programme d'ordinateur, dispositif ou composant;

**b)** soit de rendre ce programme ou un dispositif dans lequel il est intégré interopérable avec un autre programme d'ordinateur, dispositif ou composant.

### Services

**(2)** L'alinéa 41.1(1)b) ne s'applique pas à la personne qui offre au public ou fournit des services en vue de contourner la mesure technique de protection afin de rendre le programme et un autre programme d'ordinateur interopérables.

### Technologie, dispositif ou composant

**(3)** L'alinéa 41.1(1)c) ne s'applique pas à la personne qui fabrique, importe ou fournit une technologie ou un dispositif ou composant en vue de contourner la mesure technique de protection afin de rendre le programme et un autre programme d'ordinateur interopérables et qui, soit les utilise uniquement à cette fin, soit les fournit à une autre personne uniquement à cette fin.

### Communication de l'information

**(4)** La personne visée à l'alinéa (1)a) peut communiquer l'information ainsi obtenue à toute autre personne afin

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 111 of 195

Copyright
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.12-41.121**

Droit d'auteur
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.12-41.121**

another person for the purposes of allowing that person to make the computer program or a device in which it is embedded interoperable with any other computer program, device or component.

#### Limitation — technology

**(5)** A person to whom the technology, device or component referred to in subsection (3) is provided may use it only for the purpose of making the computer program and any other computer program interoperable.

#### Limitation — information

**(6)** A person to whom the information referred to in subsection (4) is communicated may use it only for the purpose of making the computer program or a device in which it is embedded interoperable with any other computer program, device or component.

#### Non-application

**(7)** A person is not entitled to benefit from the exceptions under subsection (1) or (6) if, for the purposes of making the computer program or a device in which it is embedded interoperable with any other computer program, device or component, the person does an act that constitutes an infringement of copyright.

#### Non-application

**(8)** A person is not entitled to benefit from the exceptions under subsection (2), (3) or (5) if, for the purposes of making the computer program and any other computer program interoperable, the person does an act that constitutes an infringement of copyright.

#### Non-application

**(9)** A person is not entitled to benefit from the exception under subsection (4) if, for the purposes of making the computer program or a device in which it is embedded interoperable with any other computer program, device or component, the person does an act that constitutes an infringement of copyright or an act that contravenes any Act of Parliament or any Act of the legislature of a province.

2012, c. 20, s. 47; 2024, c. 27, s. 1.

#### Diagnosis, maintenance and repair

**41.121 (1)** Paragraph 41.1(1)(a) does not apply to a person who circumvents a technological protection measure for the sole purpose of maintaining or repairing a product, including any related diagnosing, if the work, performer's performance fixed in a sound recording or sound recording to which the technological protection measure controls access forms a part of the product.

de permettre à cette personne de rendre le programme d'ordinateur ou un dispositif dans lequel il est intégré interopérable avec un autre programme d'ordinateur, dispositif ou composant.

#### Utilisation de technologie

**(5)** La personne à qui la technologie, le dispositif ou composant visé au paragraphe (3) est fourni peut uniquement l'utiliser en vue de rendre le programme d'ordinateur et un autre programme d'ordinateur interopérables.

#### Utilisation d'information

**(6)** La personne à qui l'information visée au paragraphe (4) est communiquée peut uniquement l'utiliser en vue de rendre le programme d'ordinateur ou un dispositif dans lequel il est intégré interopérable avec un autre programme d'ordinateur, dispositif ou composant.

#### Exclusion

**(7)** Ne peut bénéficier de l'application des paragraphes (1) ou (6) la personne qui, en vue de rendre le programme d'ordinateur ou un dispositif dans lequel il est intégré interopérable avec un autre programme d'ordinateur, dispositif ou composant, accomplit un acte qui constitue une violation du droit d'auteur.

#### Exclusion

**(8)** Ne peut bénéficier de l'application des paragraphes (2), (3) ou (5) la personne qui, en vue de rendre le programme d'ordinateur et un autre programme d'ordinateur interopérables, accomplit un acte qui constitue une violation du droit d'auteur.

#### Exclusion

**(9)** Ne peut bénéficier de l'application du paragraphe (4) la personne qui, en vue de rendre le programme d'ordinateur ou un dispositif dans lequel il est intégré interopérable avec un autre programme d'ordinateur, dispositif ou composant, accomplit un acte qui constitue une violation du droit d'auteur ou qui contrevient à une loi fédérale ou provinciale.

2012, ch. 20, art. 47; 2024, ch. 27, art. 1.

#### Diagnostic, maintien et réparation

**41.121 (1)** L'alinéa 41.1(1)a) ne s'applique pas à la personne qui contourne une mesure technique de protection dans le seul but d'effectuer tout entretien ou toute réparation sur un produit, y compris tout diagnostic connexe, duquel fait partie une œuvre, une prestation fixée au moyen d'un enregistrement sonore ou un enregistrement sonore dont l'accès est contrôlé par la mesure technique de protection.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 112 of 195

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.121-41.13**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.121-41.13**

#### For greater certainty

**(2)** For greater certainty, subsection (1) applies to a person who circumvents a technological protection measure in the circumstances referred to in that subsection for another person.

#### Non-application

**(3)** A person acting in the circumstances referred to in subsection (1) is not entitled to benefit from the exception under that subsection if the person does an act that constitutes an infringement of copyright.

2024, c. 26, s. 2.

#### Encryption research

**41.13 (1)** Paragraph 41.1(1)(a) does not apply to a person who, for the purposes of encryption research, circumvents a technological protection measure by means of decryption if

**(a)** it would not be practical to carry out the research without circumventing the technological protection measure;

**(b)** the person has lawfully obtained the work, the performer's performance fixed in a sound recording or the sound recording that is protected by the technological protection measure; and

**(c)** the person has informed the owner of the copyright in the work, the performer's performance fixed in a sound recording or the sound recording who has applied the technological protection measure.

#### Non-application

**(2)** However, a person acting in the circumstances referred to in subsection (1) is not entitled to benefit from the exception under that subsection if the person does an act that constitutes an infringement of copyright or an act that contravenes any Act of Parliament or any Act of the legislature of a province.

#### Technology, device or component

**(3)** Paragraph 41.1(1)(c) does not apply to a person referred to in subsection (1) who manufactures a technology, device or component for the purposes of circumventing a technological protection measure that is subject to paragraph 41.1(1)(a) if the person does so for the purpose of encryption research and

**(a)** uses that technology, device or component only for that purpose; or

#### Précision

**(2)** Il est entendu que le paragraphe (1) s'applique à la personne qui, dans les circonstances prévues à ce paragraphe, contourne la mesure technique de protection pour une autre personne.

#### Exclusion

**(3)** Ne peut toutefois bénéficier de l'application du paragraphe (1) la personne qui, dans les circonstances prévues à ce paragraphe, accomplit un acte qui constitue une violation du droit d'auteur.

2024, ch. 26, art. 2.

#### Chiffrement

**41.13 (1)** L'alinéa 41.1(1)a) ne s'applique pas à la personne qui, en vue de faire une recherche sur le chiffrement, contourne une mesure technique de protection au moyen du déchiffrement, si les conditions suivantes sont réunies :

**a)** la recherche est difficilement réalisable autrement;

**b)** l'œuvre, la prestation fixée au moyen d'un enregistrement sonore ou l'enregistrement sonore a été obtenu légalement;

**c)** la personne en a informé le titulaire du droit d'auteur sur l'œuvre, la prestation fixée au moyen d'un enregistrement sonore ou l'enregistrement sonore qui a protégé l'œuvre, la prestation ou l'enregistrement par la mesure.

#### Exclusion

**(2)** Ne peut toutefois bénéficier de l'application du paragraphe (1) la personne qui, dans les circonstances prévues à ce paragraphe, accomplit un acte qui constitue une violation du droit d'auteur ou qui contrevient à une loi fédérale ou provinciale.

#### Technologie, dispositif ou composant

**(3)** L'alinéa 41.1(1)c) ne s'applique pas à la personne visée au paragraphe (1) qui fabrique une technologie ou un dispositif ou composant en vue de contourner la mesure technique de protection visée à l'alinéa 41.1(1)a) afin de faire une recherche sur le chiffrement et qui, soit l'utilise uniquement à cette fin, soit le fournit à une autre personne qui collabore avec elle à la recherche sur le chiffrement.

2012, ch. 20, art. 47.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 113 of 195

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.13-41.15**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.13-41.15**

**(b)** provides that technology, device or component only for that purpose to another person who is collaborating with the person.

2012, c. 20, s. 47.

### Personal information

**41.14 (1)** Paragraph 41.1(1)(a) does not apply to a person who circumvents a technological protection measure if

**(a)** the work, performer's performance fixed in a sound recording or sound recording that is protected by the technological protection measure is not accompanied by a notice indicating that its use will permit a third party to collect and communicate personal information relating to the user or, in the case where it is accompanied by such a notice, the user is not provided with the option to prevent the collection and communication of personal information without the user's use of it being restricted; and

**(b)** the only purpose of circumventing the technological protection measure is to verify whether it permits the collection or communication of personal information and, if it does, to prevent it.

### Services, technology, device or component

**(2)** Paragraphs 41.1(1)(b) and (c) do not apply to a person who offers services to the public or provides services, or manufactures, imports or provides a technology, device or component, for the purposes of circumventing a technological protection measure in accordance with subsection (1), to the extent that the services, technology, device or component do not unduly impair the technological protection measure.

2012, c. 20, s. 47.

### Security

**41.15 (1)** Paragraph 41.1(1)(a) does not apply to a person who circumvents a technological protection measure that is subject to that paragraph for the sole purpose of, with the consent of the owner or administrator of a computer, computer system or computer network, assessing the vulnerability of the computer, system or network or correcting any security flaws.

### Services

**(2)** Paragraph 41.1(1)(b) does not apply if the services are provided to a person described in subsection (1).

### Renseignements personnels

**41.14 (1)** L'alinéa 41.1(1)a) ne s'applique pas à la personne qui contourne la mesure technique de protection d'une œuvre, d'une prestation fixée au moyen d'un enregistrement sonore ou d'un enregistrement sonore si les conditions suivantes sont réunies :

**a)** l'œuvre, la prestation ou l'enregistrement n'est pas accompagné d'un avertissement indiquant que son utilisation permet à un tiers de collecter et de communiquer des renseignements personnels sur l'utilisateur ou, s'il l'est, l'utilisateur ne peut empêcher la collecte et la communication de ces renseignements sans que l'utilisation ne soit restreinte;

**b)** le contournement a uniquement pour objet de vérifier si la mesure technique de protection ou l'œuvre, la prestation ou l'enregistrement permet la collecte ou la communication de renseignements personnels ou, le cas échéant, de les empêcher.

### Services, technologie, dispositif ou composant

**(2)** Les alinéas 41.1(1)b) et c) ne s'appliquent pas à la personne qui offre au public ou fournit des services, ou qui fabrique, importe ou fournit une technologie ou un dispositif ou composant, en vue du contournement d'une mesure technique de protection en conformité avec le paragraphe (1) dans la mesure où les services, la technologie ou le dispositif ou composant ne nuisent pas indûment au fonctionnement de la mesure technique de protection.

2012, ch. 20, art. 47.

### Sécurité

**41.15 (1)** L'alinéa 41.1(1)a) ne s'applique pas à la personne qui contourne la mesure technique de protection visée à cet alinéa dans le seul but d'évaluer la vulnérabilité d'un ordinateur, d'un système informatique ou d'un réseau d'ordinateurs ou de corriger tout défaut de sécurité dans le cas où l'évaluation ou la correction sont autorisées par le propriétaire ou l'administrateur de ceux-ci.

### Services

**(2)** L'alinéa 41.1(1)b) ne s'applique pas dans le cas où les services sont fournis à la personne visée au paragraphe (1).

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.15-41.17**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.15-41.17**

**Technology, device or component**

**(3)** Paragraph 41.1(1)(c) does not apply if the technology, device or component is manufactured or imported by a person described in subsection (1), or is manufactured, imported, provided — including by selling or renting — offered for sale or rental or distributed as a service provided to that person.

**Non-application**

**(4)** A person acting in the circumstances referred to in subsection (1) is not entitled to benefit from the exception under that subsection if the person does an act that constitutes an infringement of copyright or an act that contravenes any Act of Parliament or any Act of the legislature of a province.

2012, c. 20, s. 47.

**Persons with perceptual disabilities**

**41.16 (1)** Paragraph 41.1(1)(a) does not apply to a person with a perceptual disability, to another person acting at their request or to a non-profit organization, as defined in section 32.02, acting for their benefit, if that person or organization circumvents a technological protection measure solely for one or more of the following purposes:

**(a)** to make a work, a performer's performance fixed in a sound recording or a sound recording perceptible to the person with a perceptual disability;

**(b)** to permit a person, or a non-profit organization referred to in subsection 32(1), to benefit from the exception set out in section 32;

**(c)** to permit a non-profit organization referred to in subsection 32.01(1) to benefit from the exception set out in section 32.01.

**Services, technology, device or component**

**(2)** Paragraphs 41.1(1)(b) and (c) do not apply to a person who offers or provides services to persons or non-profit organizations referred to in subsection (1) or who manufactures, imports or provides a technology, device or component, for the sole purpose of enabling those persons or non-profit organizations to circumvent a technological protection measure in accordance with that subsection.

2012, c. 20, s. 47; 2016, c. 4, s. 4.

**Broadcasting undertakings**

**41.17** Paragraph 41.1(1)(a) does not apply to a broadcasting undertaking that circumvents a technological protection measure for the sole purpose of making an ephemeral reproduction of a work, a performer's

**Technologie, dispositif ou composant**

**(3)** L'alinéa 41.1(1)c) ne s'applique pas dans le cas où la technologie ou le dispositif ou composant est fabriqué ou importé par la personne visée au paragraphe (1), ou est fabriqué, importé, fourni, notamment par vente ou location, offert en vente ou en location ou mis en circulation dans le cadre de services fournis à cette personne.

**Exclusion**

**(4)** Ne peut toutefois bénéficier de l'application du paragraphe (1) la personne qui, dans les circonstances prévues à ce paragraphe, accomplit un acte qui constitue une violation du droit d'auteur ou qui contrevient à une loi fédérale ou provinciale.

2012, ch. 20, art. 47.

**Personnes ayant une déficience perceptuelle**

**41.16 (1)** L'alinéa 41.1(1)a) ne s'applique pas à la personne ayant une déficience perceptuelle — ni à la personne agissant à sa demande ou à l'organisme sans but lucratif, au sens de l'article 32.02, agissant dans son intérêt — qui contourne la mesure technique de protection dans le seul but d'accomplir un ou plusieurs des actes suivants :

**a)** rendre perceptible l'œuvre, la prestation fixée au moyen d'un enregistrement sonore ou l'enregistrement sonore protégé par la mesure;

**b)** permettre à une personne, ou à un organisme sans but lucratif visé au paragraphe 32(1), de bénéficier de l'exception prévue à l'article 32;

**c)** permettre à un organisme sans but lucratif visé au paragraphe 32.01(1) de bénéficier de l'exception prévue à l'article 32.01.

**Services, technologie, dispositif ou composant**

**(2)** Les alinéas 41.1(1)b) et c) ne s'appliquent pas à la personne qui offre ou fournit des services, ou qui fabrique, importe ou fournit une technologie ou un dispositif ou composant, dans le seul but de permettre aux personnes ou à l'organisme sans but lucratif visés au paragraphe (1) de contourner une mesure technique de protection en conformité avec ce paragraphe.

2012, ch. 20, art. 47; 2016, ch. 4, art. 4.

**Entreprises de radiodiffusion**

**41.17** L'alinéa 41.1(1)a) ne s'applique pas à l'entreprise de radiodiffusion qui contourne la mesure technique de protection dans le seul but de faire une reproduction éphémère conformément à l'article 30.9 dans le cas où le

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 115 of 195

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.17-41.2**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.17-41.2**

performance fixed in a sound recording or a sound recording in accordance with section 30.9, unless the owner of the copyright in the work, the performer's performance fixed in a sound recording or the sound recording that is protected by the technological protection measure makes available the necessary means to enable the making of such a reproduction in a timely manner in light of the broadcasting undertaking's business requirements.

2012, c. 20, s. 47.

### Radio apparatus

**41.18 (1)** Paragraph 41.1(1)(a) does not apply to a person who circumvents a technological protection measure on a radio apparatus for the sole purpose of gaining access to a telecommunications service by means of the radio apparatus.

### Services or technology, device or component

**(2)** Paragraphs 41.1(1)(b) and (c) do not apply to a person who offers the services to the public or provides the services, or manufactures, imports or provides the technology, device or component, for the sole purpose of facilitating access to a telecommunications service by means of a radio apparatus.

### Definitions

**(3)** The following definitions apply in this section.

***radio apparatus*** has the same meaning as in section 2 of the *Radiocommunication Act*. (*appareil radio*)

***telecommunications service*** has the same meaning as in subsection 2(1) of the *Telecommunications Act*. (*service de télécommunication*)

2012, c. 20, s. 47.

### Reduction of damages

**41.19** A court may reduce or remit the amount of damages it awards in the circumstances described in subsection 41.1(1) if the defendant satisfies the court that the defendant was not aware, and had no reasonable grounds to believe, that the defendant's acts constituted a contravention of that subsection.

2012, c. 20, s. 47.

### Injunction only remedy

**41.2** If a court finds that a defendant that is a library, archive or museum or an educational institution has contravened subsection 41.1(1) and the defendant satisfies the court that it was not aware, and had no reasonable

titulaire du droit d'auteur sur l'œuvre, la prestation fixée au moyen d'un enregistrement sonore ou l'enregistrement sonore protégé par la mesure technique ne lui fournit pas les moyens de faire une telle reproduction en temps utile, compte tenu des exigences des affaires normales de l'entreprise.

2012, ch. 20, art. 47.

### Appareil radio

**41.18 (1)** L'alinéa 41.1(1)a) ne s'applique pas à la personne qui contourne la mesure technique de protection d'un appareil radio uniquement afin d'accéder à un service de télécommunication au moyen de celui-ci.

### Services

**(2)** Les alinéas 41.1(1)b) et c) ne s'appliquent pas à la personne qui offre au public ou fournit des services, ou qui fabrique, importe ou fournit une technologie ou un dispositif ou composant visant uniquement à faciliter l'accès à un service de télécommunication au moyen d'un appareil radio.

### Définitions

**(3)** Les définitions qui suivent s'appliquent au présent article.

***appareil radio*** S'entend au sens de l'article 2 de la *Loi sur la radiocommunication*. (*radio apparatus*)

***service de télécommunication*** S'entend au sens du paragraphe 2(1) de la *Loi sur les télécommunications*. (*telecommunications service*)

2012, ch. 20, art. 47.

### Annulation ou réduction de dommages-intérêts

**41.19** Le tribunal peut annuler ou réduire le montant des dommages-intérêts qu'il accorde, dans les cas visés au paragraphe 41.1(1), si le défendeur le convainc qu'il ne savait pas et n'avait aucun motif raisonnable de croire qu'il avait contrevenu à ce paragraphe.

2012, ch. 20, art. 47.

### Cas où le seul recours est l'injonction

**41.2** Dans le cas où le défendeur est une bibliothèque, un musée, un service d'archives ou un établissement d'enseignement et où le tribunal est d'avis qu'il a contrevenu au paragraphe 41.1(1), le demandeur ne peut obtenir qu'une injonction à l'égard du défendeur si celui-ci convainc le tribunal qu'il ne savait pas et n'avait aucun

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.2-41.21**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.2-41.21**

grounds to believe, that its actions constituted a contravention of that subsection, the plaintiff is not entitled to any remedy other than an injunction.

2012, c. 20, s. 47.

### Regulations

**41.21 (1)** The Governor in Council may make regulations excluding from the application of section 41.1 any technological protection measure that protects a work, a performer's performance fixed in a sound recording or a sound recording, or classes of them, or any class of such technological protection measures, if the Governor in Council considers that the application of that section to the technological protection measure or class of technological protection measures would unduly restrict competition in the aftermarket sector in which the technological protection measure is used.

### Regulations

**(2)** The Governor in Council may make regulations

**(a)** prescribing additional circumstances in which paragraph 41.1(1)(a) does not apply, having regard to the following factors:

**(i)** whether not being permitted to circumvent a technological protection measure that is subject to that paragraph could adversely affect the use a person may make of a work, a performer's performance fixed in a sound recording or a sound recording when that use is authorized,

**(ii)** whether the work, the performer's performance fixed in a sound recording or the sound recording is commercially available,

**(iii)** whether not being permitted to circumvent a technological protection measure that is subject to that paragraph could adversely affect criticism, review, news reporting, commentary, parody, satire, teaching, scholarship or research that could be made or done in respect of the work, the performer's performance fixed in a sound recording or the sound recording,

**(iv)** whether being permitted to circumvent a technological protection measure that is subject to that paragraph could adversely affect the market for the work, the performer's performance fixed in a sound recording or the sound recording or its market value,

**(v)** whether the work, the performer's performance fixed in a sound recording or the sound recording is

motif raisonnable de croire qu'il avait contrevenu à ce paragraphe.

2012, ch. 20, art. 47.

### Règlements

**41.21 (1)** Le gouverneur en conseil peut, par règlement, soustraire à l'application de l'article 41.1 toute mesure technique de protection ou catégorie de mesures techniques de protection de l'œuvre, de la prestation fixée au moyen d'un enregistrement sonore ou de l'enregistrement sonore ou toute catégorie de ceux-ci, s'il estime que l'application de cet article à la mesure diminuerait indûment la concurrence sur le marché secondaire où celle-ci est utilisée.

### Règlements

**(2)** Le gouverneur en conseil peut, par règlement :

**a)** prévoir d'autres cas dans lesquels l'alinéa 41.1(1)a) ne s'applique pas, compte tenu des critères suivants :

**(i)** le fait que l'impossibilité de contourner une mesure technique de protection visée à cet alinéa pourrait nuire à une utilisation autorisée qui peut être faite d'une œuvre, d'une prestation fixée au moyen d'un enregistrement sonore ou d'un enregistrement sonore,

**(ii)** l'accessibilité sur le marché de l'œuvre, de la prestation ou de l'enregistrement,

**(iii)** le fait que l'impossibilité de contourner une telle mesure technique de protection pourrait nuire à toute critique et à tout compte rendu, nouvelle, commentaire, parodie, satire, enseignement, étude ou recherche dont l'œuvre, la prestation ou l'enregistrement peut faire l'objet,

**(iv)** le fait que la possibilité de contourner une telle mesure technique de protection pourrait nuire à la valeur marchande, ou à la demande sur le marché, de l'œuvre, de la prestation ou de l'enregistrement,

**(v)** le fait que l'œuvre, la prestation ou l'enregistrement protégé par une telle mesure technique de protection est accessible sur le marché et est sur un support qui permet l'archivage par une organisation sans but lucratif, la préservation ou l'utilisation à des fins pédagogiques,

**(vi)** tout autre critère pertinent;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 117 of 195

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections 41.21-41.22**

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles 41.21-41.22**

commercially available in a medium and in a quality that is appropriate for non-profit archival, preservation or educational uses, and

**(vi)** any other relevant factor; and

**(b)** requiring the owner of the copyright in a work, a performer's performance fixed in a sound recording or a sound recording that is protected by a technological protection measure to provide access to the work, performer's performance fixed in a sound recording or sound recording to persons who are entitled to the benefit of any of the limitations on the application of paragraph 41.1(1)(a) prescribed under paragraph (a). The regulations may prescribe the manner in which, and the time within which, access is to be provided, as well as any conditions that the owner of the copyright is to comply with.

2012, c. 20, s. 47.

### Prohibition — rights management information

**41.22 (1)** No person shall knowingly remove or alter any rights management information in electronic form without the consent of the owner of the copyright in the work, the performer's performance or the sound recording, if the person knows or should have known that the removal or alteration will facilitate or conceal any infringement of the owner's copyright or adversely affect the owner's right to remuneration under section 19.

### Removal or alteration of rights management information

**(2)** The owner of the copyright in a work, a performer's performance fixed in a sound recording or a sound recording is, subject to this Act, entitled to all remedies — by way of injunction, damages, accounts, delivery up and otherwise — that are or may be conferred by law for the infringement of copyright against a person who contravenes subsection (1).

### Subsequent acts

**(3)** The copyright owner referred to in subsection (2) has the same remedies against a person who, without the owner's consent, knowingly does any of the following acts with respect to any material form of the work, the performer's performance fixed in a sound recording or the sound recording and knows or should have known that the rights management information has been removed or altered in a way that would give rise to a remedy under that subsection:

**(a)** sells it or rents it out;

**b)** prévoir que le titulaire du droit d'auteur sur l'œuvre, la prestation ou l'enregistrement protégé par une telle mesure technique est tenu d'y donner accès à la personne qui jouit d'une exception prévue sous le régime de l'alinéa a) et préciser les modalités — notamment de temps — d'accès ou autres auxquelles le titulaire doit se conformer.

2012, ch. 20, art. 47.

### Interdiction : information sur le régime des droits

**41.22 (1)** Nul ne peut supprimer ou modifier sciemment, sans l'autorisation du titulaire du droit d'auteur sur l'œuvre, la prestation fixée au moyen d'un enregistrement sonore ou l'enregistrement sonore, l'information sur le régime des droits sous forme électronique, alors qu'il sait ou devrait savoir que cet acte aura pour effet de faciliter ou de cacher toute violation du droit d'auteur du titulaire ou de porter atteinte à son droit d'être rémunéré en vertu de l'article 19.

### Suppression ou modification de l'information sur le régime des droits

**(2)** Le titulaire du droit d'auteur est alors admis, sous réserve des autres dispositions de la présente loi, à exercer contre la personne qui contrevient au paragraphe (1) tous les recours — en vue notamment d'une injonction, de dommages-intérêts, d'une reddition de compte ou d'une remise — que la loi prévoit ou peut prévoir pour la violation d'un droit d'auteur.

### Autres actes

**(3)** Le titulaire du droit d'auteur visé au paragraphe (2) a les mêmes recours contre la personne qui, sans son autorisation, accomplit sciemment tout acte ci-après en ce qui a trait à toute forme matérielle de l'œuvre, de la prestation fixée au moyen d'un enregistrement sonore ou de l'enregistrement sonore, alors qu'elle sait ou devrait savoir que l'information sur le régime des droits a été supprimée ou modifiée de manière à donner lieu à un recours au titre de ce paragraphe :

**a)** la vente ou la location;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 118 of 195

*Copyright*
**PART IV** Remedies
Civil Remedies
Technological Protection Measures and Rights Management Information
**Sections** 41.22-41.23

*Droit d'auteur*
**PARTIE IV** Recours
Recours civils
Mesures techniques de protection et information sur le régime des droits
**Articles** 41.22-41.23

**(b)** distributes it to an extent that the copyright owner is prejudicially affected;

**(c)** by way of trade, distributes it, exposes or offers it for sale or rental or exhibits it in public;

**(d)** imports it into Canada for the purpose of doing anything referred to in any of paragraphs (a) to (c); or

**(e)** communicates it to the public by telecommunication.

#### Definition of *rights management information*

**(4)** In this section, ***rights management information*** means information that

**(a)** is attached to or embodied in a copy of a work, a performer's performance fixed in a sound recording or a sound recording, or appears in connection with its communication to the public by telecommunication; and

**(b)** identifies or permits the identification of the work or its author, the performance or its performer, the sound recording or its maker or the holder of any rights in the work, the performance or the sound recording, or concerns the terms or conditions of the work's, performance's or sound recording's use.

2012, c. 20, s. 47.

## General Provisions

#### Protection of separate rights

**41.23 (1)** Subject to this section, the owner of any copyright, or any person or persons deriving any right, title or interest by assignment or grant in writing from the owner, may individually for himself or herself, as a party to the proceedings in his or her own name, protect and enforce any right that he or she holds, and, to the extent of that right, title and interest, is entitled to the remedies provided by this Act.

#### Copyright owner to be made party

**(2)** If proceedings under subsection (1) are taken by a person other than the copyright owner, the copyright owner shall be made a party to those proceedings, except

**(a)** in the case of proceedings taken under section 44.12, 44.2 or 44.4;

**(b)** in the case of interlocutory proceedings, unless the court is of the opinion that the interests of justice require the copyright owner to be a party; and

**b)** la mise en circulation de façon à porter préjudice au titulaire du droit d'auteur;

**c)** la mise en circulation, la mise ou l'offre en vente ou en location, ou l'exposition en public, dans un but commercial;

**d)** l'importation au Canada en vue de l'un des actes visés aux alinéas a) à c);

**e)** la communication au public par télécommunication.

#### Définition de *information sur le régime des droits*

**(4)** Au présent article, ***information sur le régime des droits*** s'entend de l'information qui, d'une part, est jointe ou intégrée à un exemplaire d'une œuvre, à une prestation fixée au moyen d'un enregistrement sonore ou à un enregistrement sonore, ou apparaît à l'égard de leur communication au public par télécommunication et qui, d'autre part, les identifie, en identifie l'auteur, l'artiste-interprète ou le producteur, ou identifie tout titulaire d'un droit sur eux, ou permet de le faire. Est également visée par la présente définition l'information sur les conditions et modalités de leur utilisation.

2012, ch. 20, art. 47.

## Dispositions générales

#### Protection des droits distincts

**41.23 (1)** Sous réserve des autres dispositions du présent article, le titulaire d'un droit d'auteur ou quiconque possède un droit, un titre ou un intérêt acquis par cession ou concession consentie par écrit par le titulaire peut, individuellement pour son propre compte, en son propre nom comme partie à une procédure, soutenir et faire valoir les droits qu'il détient, et il peut exercer les recours prévus par la présente loi dans toute l'étendue de son droit, de son titre et de son intérêt.

#### Partie à la procédure

**(2)** Lorsqu'une procédure est engagée au titre du paragraphe (1) par une personne autre que le titulaire du droit d'auteur, ce dernier doit être constitué partie à cette procédure sauf :

**a)** dans le cas d'une procédure engagée en vertu des articles 44.12, 44.2 ou 44.4;

**b)** dans le cas d'une procédure interlocutoire, à moins que le tribunal estime qu'il est dans l'intérêt de la

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 119 of 195

Copyright
**PART IV** Remedies
Civil Remedies
General Provisions
**Sections 41.23-41.25**

Droit d'auteur
**PARTIE IV** Recours
Recours civils
Dispositions générales
**Articles 41.23-41.25**

**(c)** in any other case in which the court is of the opinion that the interests of justice do not require the copyright owner to be a party.

### Owner's liability for costs

**(3)** A copyright owner who is made a party to proceedings under subsection (2) is not liable for any costs unless the copyright owner takes part in the proceedings.

### Apportionment of damages, profits

**(4)** If a copyright owner is made a party to proceedings under subsection (2), the court, in awarding damages or profits, shall, subject to any agreement between the person who took the proceedings and the copyright owner, apportion the damages or profits referred to in subsection 35(1) between them as the court considers appropriate.

2012, c. 20, s. 47; 2014, c. 32, s. 6.

### Concurrent jurisdiction of Federal Court

**41.24** The Federal Court has concurrent jurisdiction with provincial courts to hear and determine all proceedings, other than the prosecution of offences under sections 42 and 43, for the enforcement of a provision of this Act or of the civil remedies provided by this Act.

2012, c. 20, s. 47.

## Provisions Respecting Providers of Network Services or Information Location Tools

### Notice of claimed infringement

**41.25 (1)** An owner of the copyright in a work or other subject-matter may send a notice of claimed infringement to a person who provides

**(a)** the means, in the course of providing services related to the operation of the Internet or another digital network, of telecommunication through which the electronic location that is the subject of the claim of infringement is connected to the Internet or another digital network;

**(b)** for the purpose set out in subsection 31.1(4), the digital memory that is used for the electronic location to which the claim of infringement relates; or

**(c)** an information location tool as defined in subsection 41.27(5).

**c)** dans tous les autres cas où le tribunal estime que l'intérêt de la justice ne l'exige pas.

### Frais

**(3)** Le titulaire du droit d'auteur visé au paragraphe (2) n'est pas tenu de payer les frais à moins d'avoir participé à la procédure.

### Répartition des dommages-intérêts

**(4)** Le tribunal peut, sous réserve de toute entente entre le demandeur et le titulaire du droit d'auteur visé au paragraphe (2), répartir entre eux, de la manière qu'il estime indiquée, les dommages-intérêts et les profits visés au paragraphe 35(1).

2012, ch. 20, art. 47; 2014, ch. 32, art. 6.

### Juridiction concurrente de la Cour fédérale

**41.24** La Cour fédérale, concurremment avec les tribunaux provinciaux, connaît de toute procédure liée à l'application de la présente loi, à l'exclusion des poursuites des infractions visées aux articles 42 et 43.

2012, ch. 20, art. 47.

## Dispositions concernant les fournisseurs de services réseau et d'outils de repérage

### Avis de prétendue violation

**41.25 (1)** Le titulaire d'un droit d'auteur sur une œuvre ou tout autre objet du droit d'auteur peut envoyer un avis de prétendue violation à la personne qui fournit, selon le cas :

**a)** dans le cadre de la prestation de services liés à l'exploitation d'Internet ou d'un autre réseau numérique, les moyens de télécommunication par lesquels l'emplacement électronique qui fait l'objet de la prétendue violation est connecté à Internet ou à tout autre réseau numérique;

**b)** en vue du stockage visé au paragraphe 31.1(4), la mémoire numérique qui est utilisée pour l'emplacement électronique en cause;

**c)** un outil de repérage au sens du paragraphe 41.27(5).

*Droit d'auteur*
**PARTIE IV** Recours
Dispositions concernant les fournisseurs de services réseau et d'outils de repérage
**Articles** 41.25-41.26

**Form and content of notice**

**(2)** A notice of claimed infringement shall be in writing in the form, if any, prescribed by regulation and shall

   **(a)** state the claimant's name and address and any other particulars prescribed by regulation that enable communication with the claimant;

   **(b)** identify the work or other subject-matter to which the claimed infringement relates;

   **(c)** state the claimant's interest or right with respect to the copyright in the work or other subject-matter;

   **(d)** specify the location data for the electronic location to which the claimed infringement relates;

   **(e)** specify the infringement that is claimed;

   **(f)** specify the date and time of the commission of the claimed infringement; and

   **(g)** contain any other information that may be prescribed by regulation.

**Prohibited content**

**(3)** A notice of claimed infringement shall not contain

   **(a)** an offer to settle the claimed infringement;

   **(b)** a request or demand, made in relation to the claimed infringement, for payment or for personal information;

   **(c)** a reference, including by way of hyperlink, to such an offer, request or demand; and

   **(d)** any other information that may be prescribed by regulation.

2012, c. 20, s. 47; 2018, c. 27, s. 243.

**Obligations related to notice**

**41.26 (1)** A person described in paragraph 41.25(1)(a) or (b) who receives a notice of claimed infringement that complies with subsections 41.25(2) and (3) shall, on being paid any fee that the person has lawfully charged for doing so,

   **(a)** as soon as feasible forward the notice electronically to the person to whom the electronic location identified by the location data specified in the notice belongs and inform the claimant of its forwarding or, if

**Forme de l'avis**

**(2)** L'avis de prétendue violation est établi par écrit, en la forme éventuellement prévue par règlement, et, en outre :

   **a)** précise les nom et adresse du demandeur et contient tout autre renseignement prévu par règlement qui permet la communication avec lui;

   **b)** identifie l'œuvre ou l'autre objet du droit d'auteur auquel la prétendue violation se rapporte;

   **c)** déclare les intérêts ou droits du demandeur à l'égard de l'œuvre ou de l'autre objet visé;

   **d)** précise les données de localisation de l'emplacement électronique qui fait l'objet de la prétendue violation;

   **e)** précise la prétendue violation;

   **f)** précise la date et l'heure de la commission de la prétendue violation;

   **g)** contient, le cas échéant, tout autre renseignement prévu par règlement.

**Contenu interdit**

**(3)** Toutefois, il ne peut contenir les éléments suivants :

   **a)** une offre visant le règlement de la prétendue violation;

   **b)** une demande ou exigence, relative à cette prétendue violation, visant le versement de paiements ou l'obtention de renseignements personnels;

   **c)** un renvoi, notamment au moyen d'un hyperlien, à une telle offre, demande ou exigence;

   **d)** tout autre renseignement prévu par règlement, le cas échéant.

2012, ch. 20, art. 47; 2018, ch. 27, art. 243.

**Obligations**

**41.26 (1)** La personne visée aux alinéas 41.25(1)a) ou b) qui reçoit un avis conforme aux paragraphes 41.25(2) et (3) a l'obligation d'accomplir les actes ci-après, moyennant paiement des droits qu'elle peut exiger :

   **a)** transmettre dès que possible par voie électronique une copie de l'avis à la personne à qui appartient l'emplacement électronique identifié par les données de localisation qui sont précisées dans l'avis et informer dès que possible le demandeur de cette transmission

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 121 of 195

*Copyright*
**PART IV** Remedies
Provisions Respecting Providers of Network Services or Information Location Tools
**Sections** 41.26-41.27

*Droit d'auteur*
**PARTIE IV** Recours
Dispositions concernant les fournisseurs de services réseau et d'outils de repérage
**Articles** 41.26-41.27

applicable, of the reason why it was not possible to forward it; and

**(b)** retain records that will allow the identity of the person to whom the electronic location belongs to be determined, and do so for six months beginning on the day on which the notice of claimed infringement is received or, if the claimant commences proceedings relating to the claimed infringement and so notifies the person before the end of those six months, for one year after the day on which the person receives the notice of claimed infringement.

#### Fees related to notices

**(2)** The Minister may, by regulation, fix the maximum fee that a person may charge for performing his or her obligations under subsection (1). If no maximum is fixed by regulation, the person may not charge any amount under that subsection.

#### Damages related to notices

**(3)** A claimant's only remedy against a person who fails to perform his or her obligations under subsection (1) is statutory damages in an amount that the court considers just, but not less than $5,000 and not more than $10,000.

#### Regulations — change of amounts

**(4)** The Governor in Council may, by regulation, increase or decrease the minimum or maximum amount of statutory damages set out in subsection (3).

2012, c. 20, s. 47; 2018, c. 27, s. 244.

#### Injunctive relief only — providers of information location tools

**41.27 (1)** In any proceedings for infringement of copyright, the owner of the copyright in a work or other subject-matter is not entitled to any remedy other than an injunction against a provider of an information location tool that is found to have infringed copyright by making a reproduction of the work or other subject-matter or by communicating that reproduction to the public by telecommunication.

#### Conditions for application

**(2)** Subsection (1) applies only if the provider, in respect of the work or other subject-matter,

**(a)** makes and caches, or does any act similar to caching, the reproduction in an automated manner for the purpose of providing the information location tool;

**(b)** communicates that reproduction to the public by telecommunication for the purpose of providing the

ou, le cas échéant, des raisons pour lesquelles elle n'a pas pu l'effectuer;

**b)** conserver, pour une période de six mois à compter de la date de réception de l'avis de prétendue violation, un registre permettant d'identifier la personne à qui appartient l'emplacement électronique et, dans le cas où, avant la fin de cette période, une procédure est engagée par le titulaire du droit d'auteur à l'égard de la prétendue violation et qu'elle en a reçu avis, conserver le registre pour une période d'un an suivant la date de la réception de l'avis de prétendue violation.

#### Droits

**(2)** Le ministre peut, par règlement, fixer le montant maximal des droits qui peuvent être exigés pour les actes prévus au paragraphe (1). À défaut de règlement à cet effet, le montant de ces droits est nul.

#### Dommages-intérêts

**(3)** Le seul recours dont dispose le demandeur contre la personne qui n'exécute pas les obligations que lui impose le paragraphe (1) est le recouvrement des dommages-intérêts préétablis dont le montant est, selon ce que le tribunal estime équitable en l'occurrence, d'au moins 5 000 $ et d'au plus 10 000 $.

#### Règlement

**(4)** Le gouverneur en conseil peut, par règlement, changer les montants minimal et maximal des dommages-intérêts préétablis visés au paragraphe (3).

2012, ch. 20, art. 47; 2018, ch. 27, art. 244.

#### Injonction : fournisseurs d'outils de repérage

**41.27 (1)** Dans les procédures pour violation du droit d'auteur, le titulaire du droit d'auteur ne peut obtenir qu'une injonction comme recours contre le fournisseur d'un outil de repérage en cas de détermination de responsabilité pour violation du droit d'auteur découlant de la reproduction de l'œuvre ou de l'autre objet du droit d'auteur ou de la communication de la reproduction au public par télécommunication.

#### Conditions d'application

**(2)** Le paragraphe (1) ne s'applique que si le fournisseur respecte les conditions ci-après en ce qui a trait à l'œuvre ou à l'autre objet du droit d'auteur :

**a)** il reproduit l'œuvre ou l'objet et met cette reproduction en antémémoire ou effectue à son égard toute autre opération similaire, de façon automatique, et ce en vue de fournir l'outil de repérage;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 122 of 195

*Copyright*
**PART IV** Remedies
Provisions Respecting Providers of Network Services or Information Location Tools
**Section 41.27**

*Droit d'auteur*
**PARTIE IV** Recours
Dispositions concernant les fournisseurs de services réseau et d'outils de repérage
**Article 41.27**

information that has been located by the information location tool;

**(c)** does not modify the reproduction, other than for technical reasons;

**(d)** complies with any conditions relating to the making or caching, or doing of any act similar to caching, of reproductions of the work or other subject-matter, or to the communication of the reproductions to the public by telecommunication, that were specified in a manner consistent with industry practice by whoever made the work or other subject-matter available through the Internet or another digital network and that lend themselves to automated reading and execution; and

**(e)** does not interfere with the use of technology that is lawful and consistent with industry practice in order to obtain data on the use of the work or other subject-matter.

### Limitation

**(3)** If the provider receives a notice of claimed infringement, relating to a work or other subject-matter, that complies with subsections 41.25(2) and (3) after the work or other subject-matter has been removed from the electronic location set out in the notice, then subsection (1) applies, with respect to reproductions made from that electronic location, only to infringements that occurred before the day that is 30 days — or the period that may be prescribed by regulation — after the day on which the provider receives the notice.

### Exception

**(4)** Subsection (1) does not apply to the provision of the information location tool if the provision of that tool constitutes an infringement of copyright under subsection 27(2.3).

### Factors — scope of injunction

**(4.1)** If it grants an injunction as set out in subsection (1), the court shall, among any other relevant factors, consider the following in establishing the terms of the injunction:

**(a)** the harm likely to be suffered by the copyright owner if steps are not taken to prevent or restrain the infringement; and

**(b)** the burden imposed on the provider and on the operation of the information location tool, including

**(i)** the aggregate effect of the injunction and any injunctions from other proceedings,

**b)** il communique cette reproduction au public par télécommunication, et ce en vue de fournir l'information repérée par l'outil de repérage;

**c)** il ne modifie pas la reproduction, sauf pour des raisons techniques;

**d)** il se conforme aux conditions relatives à la reproduction, à la mise en antémémoire de cette reproduction ou à l'exécution à son égard de toute autre opération similaire, ou à la communication au public par télécommunication de la reproduction, qui ont été formulées, suivant les pratiques de l'industrie, par la personne ayant rendu l'œuvre ou l'objet accessibles sur Internet ou un autre réseau numérique et qui se prêtent à une lecture ou à une exécution automatique;

**e)** il n'entrave pas l'usage, à la fois licite et conforme aux pratiques de l'industrie, de la technologie pour l'obtention de données sur l'utilisation de l'œuvre ou de l'objet.

### Réserve

**(3)** Dans le cas où le fournisseur reçoit un avis de prétendue violation conforme aux paragraphes 41.25(2) et (3) à l'égard d'une œuvre ou d'un autre objet du droit d'auteur après le retrait de celui-ci de l'emplacement électronique mentionné dans l'avis, le paragraphe (1) ne s'applique, à l'égard des reproductions faites à partir de cet emplacement, qu'aux violations commises avant l'expiration de trente jours — ou toute autre période prévue par règlement — suivant la réception de l'avis.

### Exception

**(4)** Le paragraphe (1) ne s'applique pas à l'égard de la fourniture de l'outil de repérage si celle-ci constitue une violation du droit d'auteur prévue au paragraphe 27(2.3).

### Facteurs : portée de l'injonction

**(4.1)** S'il accorde l'injonction mentionnée au paragraphe (1), le tribunal tient compte lorsqu'il en établit les termes, en plus de tout autre facteur pertinent, de ce qui suit :

**a)** l'ampleur des dommages que subirait vraisemblablement le titulaire du droit d'auteur si aucune mesure n'était prise pour prévenir ou restreindre la violation;

**b)** le fardeau imposé au fournisseur de l'outil de repérage ainsi que sur l'exploitation de l'outil de repérage, notamment :

**(i)** l'effet cumulatif de cette injonction eu égard aux injonctions déjà accordées dans d'autres instances,

*Droit d'auteur*
**PARTIE IV** Recours
Dispositions concernant les fournisseurs de services réseau et d'outils de repérage
**Articles** 41.27-42

**(ii)** whether implementing the injunction would be technically feasible and effective in addressing the infringement,

**(iii)** whether implementing the injunction would interfere with the use of the information location tool for non-infringing acts, and

**(iv)** the availability of less burdensome and comparably effective means of preventing or restraining the infringement.

### Limitation

**(4.2)** A court is not permitted to grant an injunction under section 39.1 against a provider who is the subject of an injunction set out in subsection (1).

### Meaning of *information location tool*

**(5)** In this section, **information location tool** means any tool that makes it possible to locate information that is available through the Internet or another digital network.

2012, c. 20, s. 47; 2018, c. 27, s. 245.

# Criminal Remedies

### Offences

**42 (1)** Every person commits an offence who knowingly

**(a)** makes for sale or rental an infringing copy of a work or other subject-matter in which copyright subsists;

**(b)** sells or rents out, or by way of trade exposes or offers for sale or rental, an infringing copy of a work or other subject-matter in which copyright subsists;

**(c)** distributes infringing copies of a work or other subject-matter in which copyright subsists, either for the purpose of trade or to such an extent as to affect prejudicially the owner of the copyright;

**(d)** by way of trade exhibits in public an infringing copy of a work or other subject-matter in which copyright subsists;

**(e)** possesses, for sale, rental, distribution for the purpose of trade or exhibition in public by way of trade, an infringing copy of a work or other subject-matter in which copyright subsists;

**(f)** imports, for sale or rental, into Canada any infringing copy of a work or other subject-matter in which copyright subsists; or

**(ii)** le fait que l'exécution de l'injonction constituerait une solution techniquement réalisable et efficace à l'encontre de la violation,

**(iii)** la possibilité que l'exécution de l'injonction entrave l'utilisation licite de l'outil de repérage,

**(iv)** l'existence de moyens aussi efficaces et moins contraignants de prévenir ou restreindre la violation.

### Limite

**(4.2)** Le tribunal ne peut accorder l'injonction visée à l'article 39.1 si le fournisseur est déjà visé par une injonction au titre du paragraphe (1).

### Définition de *outil de repérage*

**(5)** Au présent article, **outil de repérage** s'entend de tout outil permettant de repérer l'information qui est accessible sur l'Internet ou tout autre réseau numérique.

2012, ch. 20, art. 47; 2018, ch. 27, art. 245.

# Recours criminels

### Infractions et peines

**42 (1)** Commet une infraction quiconque, sciemment :

**a)** se livre, en vue de la vente ou de la location, à la contrefaçon d'une œuvre ou d'un autre objet du droit d'auteur protégés;

**b)** en vend ou en loue, ou commercialement en met ou en offre en vente ou en location un exemplaire contrefait;

**c)** en met en circulation des exemplaires contrefaits, soit dans un but commercial, soit de façon à porter préjudice au titulaire du droit d'auteur;

**d)** en expose commercialement en public un exemplaire contrefait;

**e)** en a un exemplaire contrefait en sa possession, pour le vendre, le louer, le mettre en circulation dans un but commercial ou l'exposer commercialement en public;

**f)** en importe pour la vente ou la location, au Canada, un exemplaire contrefait;

**g)** en exporte ou tente d'en exporter, pour la vente ou la location, un exemplaire contrefait.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 124 of 195

*Copyright*
**PART IV** Remedies
Criminal Remedies
**Section** 42

*Droit d'auteur*
**PARTIE IV** Recours
Recours criminels
**Article** 42

**(g)** exports or attempts to export, for sale or rental, an infringing copy of a work or other subject-matter in which copyright subsists.

**Possession and performance offences**

**(2)** Every person commits an offence who knowingly

**(a)** makes or possesses any plate that is specifically designed or adapted for the purpose of making infringing copies of any work or other subject-matter in which copyright subsists; or

**(b)** for private profit causes to be performed in public, without the consent of the owner of the copyright, any work or other subject-matter in which copyright subsists.

**Punishment**

**(2.1)** Every person who commits an offence under subsection (1) or (2) is liable

**(a)** on conviction on indictment, to a fine of not more than $1,000,000 or to imprisonment for a term of not more than five years or to both; or

**(b)** on summary conviction, to a fine of not more than $25,000 or to imprisonment for a term of not more than six months or to both.

**Power of court to deal with copies or plates**

**(3)** The court before which any proceedings under this section are taken may, on conviction, order that all copies of the work or other subject-matter that appear to it to be infringing copies, or all plates in the possession of the offender predominantly used for making infringing copies, be destroyed or delivered up to the owner of the copyright or otherwise dealt with as the court may think fit.

**Notice**

**(3.01)** Before making an order under subsection (3), the court shall require that notice be given to the owner of the copies or plates and to any other person who, in the court's opinion, appears to have a right or interest in them, unless the court is of the opinion that the interests of justice do not require that the notice be given.

**Circumvention of technological protection measure**

**(3.1)** Every person, except a person who is acting on behalf of a library, archive or museum or an educational

**Possession et infractions découlant d'une action, et peines**

**(2)** Commet une infraction quiconque, sciemment :

**a)** confectionne ou possède une planche conçue ou adaptée précisément pour la contrefaçon d'une œuvre ou de tout autre objet du droit d'auteur protégés;

**b)** fait, dans un but de profit, exécuter ou représenter publiquement une œuvre ou un autre objet du droit d'auteur protégés sans le consentement du titulaire du droit d'auteur.

**Peine**

**(2.1)** Quiconque commet une infraction visée aux paragraphes (1) ou (2) est passible, sur déclaration de culpabilité :

**a)** par mise en accusation, d'une amende maximale d'un million de dollars et d'un emprisonnement maximal de cinq ans, ou de l'une de ces peines;

**b)** par procédure sommaire, d'une amende maximale de vingt-cinq mille dollars et d'un emprisonnement maximal de six mois, ou de l'une de ces peines.

**Le tribunal peut disposer des exemplaires ou planches**

**(3)** Le tribunal devant lequel sont portées de telles poursuites peut, en cas de condamnation, ordonner que tous les exemplaires de l'œuvre ou d'un autre objet du droit d'auteur ou toutes les planches en la possession du contrefacteur, qu'il estime être des exemplaires contrefaits ou des planches ayant servi principalement à la fabrication d'exemplaires contrefaits, soient détruits ou remis entre les mains du titulaire du droit d'auteur, ou qu'il en soit autrement disposé au gré du tribunal.

**Préavis**

**(3.01)** Avant de rendre l'ordonnance, le tribunal exige qu'un préavis soit donné au propriétaire des exemplaires ou des planches visés et à toute autre personne qui lui semble avoir un droit ou intérêt sur ceux-ci, sauf s'il estime que l'intérêt de la justice ne l'exige pas.

**Infraction : contournement de mesure technique de protection**

**(3.1)** Quiconque — à l'exception de la personne qui agit pour le compte d'une bibliothèque, d'un musée, d'un

Case 1:25-cv-00910-JMF     Document 26-7     Filed 02/28/25     Page 125 of 195

*Copyright*
**PART IV** Remedies
Criminal Remedies
**Section** 42

*Droit d'auteur*
**PARTIE IV** Recours
Recours criminels
**Article** 42

institution, is guilty of an offence who knowingly and for commercial purposes contravenes section 41.1 and is liable

**(a)** on conviction on indictment, to a fine not exceeding $1,000,000 or to imprisonment for a term not exceeding five years or to both; or

**(b)** on summary conviction, to a fine not exceeding $25,000 or to imprisonment for a term not exceeding six months or to both.

### Offence — infringement related to rights management information

**(3.2)** Every person, except a person who is acting on behalf of a library, archive or museum or an educational institution, commits an offence who knowingly and for commercial purposes

**(a)** removes or alters any rights management information in electronic form without the consent of the owner of the copyright in the work, the performer's performance fixed in a sound recording or the sound recording, if the person knows that the removal or alteration will facilitate or conceal any infringement of the owner's copyright or adversely affect the owner's right to remuneration under section 19; or

**(b)** does any of the acts referred to in paragraphs 41.22(3)(a) to (e) with respect to any material form of the work, the performer's performance fixed in a sound recording or the sound recording without the consent of the owner of the copyright and knows that

**(i)** the rights management information in electronic form has been removed or altered without the consent of the owner of the copyright, and

**(ii)** the removal or alteration will facilitate or conceal any infringement of the owner's copyright or adversely affect the owner's right to remuneration under section 19.

### Punishment

**(3.3)** Every person who commits an offence under subsection (3.2) is liable

**(a)** on conviction on indictment to a fine of not more than $1,000,000 or to imprisonment for a term of not more than five years or to both; or

**(b)** on summary conviction to a fine of not more than $25,000 or to imprisonment for a term of not more than six months or to both.

service d'archives ou d'un établissement d'enseignement — contrevient sciemment et à des fins commerciales à l'article 41.1 commet une infraction passible :

**a)** sur déclaration de culpabilité par mise en accusation, d'une amende maximale de 1 000 000 $ et d'un emprisonnement maximal de cinq ans, ou de l'une de ces peines;

**b)** sur déclaration de culpabilité par procédure sommaire, d'une amende maximale de 25 000 $ et d'un emprisonnement maximal de six mois, ou de l'une de ces peines.

### Infraction : violation relative à l'information sur le régime des droits

**(3.2)** Commet une infraction quiconque, à l'exception de la personne qui agit pour le compte d'une bibliothèque, d'un musée, d'un service d'archives ou d'un établissement d'enseignement, sciemment et à des fins commerciales :

**a)** soit supprime ou modifie l'information sur le régime des droits sous forme électronique, sans l'autorisation du titulaire du droit d'auteur sur l'œuvre, la prestation fixée au moyen d'un enregistrement sonore ou l'enregistrement sonore lui-même, alors qu'il sait que cet acte aura pour effet de faciliter ou de cacher toute violation du droit d'auteur du titulaire ou de porter atteinte au droit de celui-ci d'être rémunéré en vertu de l'article 19;

**b)** soit accomplit, sans l'autorisation du titulaire du droit d'auteur, tout acte visé à l'un des alinéas 41.22(3)a) à e) en ce qui a trait à toute forme matérielle de l'œuvre, de la prestation fixée au moyen d'un enregistrement sonore ou de l'enregistrement sonore lui-même, alors qu'il sait que l'information sur le régime des droits sous forme électronique a été supprimée ou modifiée sans le consentement du titulaire du droit d'auteur et que cette suppression ou modification aura pour effet de faciliter ou de cacher toute violation du droit d'auteur du titulaire ou de porter atteinte à son droit d'être rémunéré en vertu de l'article 19.

### Peine

**(3.3)** Quiconque commet une infraction visée au paragraphe (3.2) est passible, sur déclaration de culpabilité :

**a)** par mise en accusation, d'une amende maximale de 1 000 000 $ et d'un emprisonnement maximal de cinq ans, ou de l'une de ces peines;

**b)** par procédure sommaire, d'une amende maximale de 25 000 $ et d'un emprisonnement maximal de six mois, ou de l'une de ces peines.

### Definition of *rights management information*

**(3.4)** In subsection (3.2), *rights management information* has the same meaning as in subsection 41.22(4).

### Limitation period

**(4)** Proceedings by summary conviction in respect of an offence under this section may be instituted at any time within, but not later than, two years after the time when the offence was committed.

### Parallel importation

**(5)** For the purposes of this section, a copy of a work or other subject-matter is not infringing if the copy was made with the consent of the owner of the copyright in the country where the copy was made.

R.S., 1985, c. C-42, s. 42; R.S., 1985, c. 10 (4th Suppl.), s. 10; 1997, c. 24, s. 24; 2012, c. 20, s. 48; 2014, c. 32, s. 4; 2020, c. 1, s. 30.

### Infringement in case of dramatic, operatic or musical work

**43 (1)** Any person who, without the written consent of the owner of the copyright or of the legal representative of the owner, knowingly performs or causes to be performed in public and for private profit the whole or any part, constituting an infringement, of any dramatic or operatic work or musical composition in which copyright subsists in Canada is guilty of an offence and liable on summary conviction to a fine not exceeding two hundred and fifty dollars and, in the case of a second or subsequent offence, either to that fine or to imprisonment for a term not exceeding two months or to both.

### Change or suppression of title or author's name

**(2)** Any person who makes or causes to be made any change in or suppression of the title, or the name of the author, of any dramatic or operatic work or musical composition in which copyright subsists in Canada, or who makes or causes to be made any change in the work or composition itself without the written consent of the author or of his legal representative, in order that the work or composition may be performed in whole or in part in public for private profit, is guilty of an offence and liable on summary conviction to a fine not exceeding five hundred dollars and, in the case of a second or subsequent offence, either to that fine or to imprisonment for a term not exceeding four months or to both.

R.S., c. C-30, s. 26.

### Définition de *information sur le régime des droits*

**(3.4)** Au paragraphe (3.2), *information sur le régime des droits* s'entend au sens du paragraphe 41.22(4).

### Prescription

**(4)** Les procédures pour déclaration de culpabilité par procédure sommaire visant une infraction prévue au présent article se prescrivent par deux ans à compter de sa perpétration.

### Importation parallèle

**(5)** Pour l'application du présent article, n'est pas considéré comme un exemplaire contrefait l'exemplaire d'une œuvre ou d'un autre objet du droit d'auteur produit avec le consentement du titulaire du droit d'auteur dans le pays de production.

L.R. (1985), ch. C-42, art. 42; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 10; 1997, ch. 24, art. 24; 2012, ch. 20, art. 48; 2014, ch. 32, art. 4; 2020, ch. 1, art. 30.

### Atteinte au droit d'auteur sur une œuvre dramatique ou musicale

**43 (1)** Quiconque, sans le consentement écrit du titulaire du droit d'auteur ou de son représentant légal, sciemment, exécute ou représente, ou fait exécuter ou représenter, en public et dans un but de lucre personnel, et de manière à constituer une exécution ou représentation illicite, la totalité ou une partie d'une œuvre dramatique, d'un opéra ou d'une composition musicale sur laquelle un droit d'auteur existe au Canada, est coupable d'une infraction et encourt, sur déclaration de culpabilité par procédure sommaire, une amende maximale de deux cent cinquante dollars; la récidive est punie de la même amende et d'un emprisonnement maximal de deux mois, ou de l'une de ces peines.

### Altération du titre ou de la signature d'une œuvre dramatique ou musicale

**(2)** Quiconque modifie ou fait modifier, retranche ou fait retrancher, le titre ou le nom de l'auteur d'une œuvre dramatique, d'un opéra ou d'une composition musicale sur laquelle un droit d'auteur existe au Canada, ou opère ou fait opérer dans une telle œuvre, sans le consentement écrit de l'auteur ou de son représentant légal, un changement, afin que la totalité ou une partie de cette œuvre puisse être exécutée ou représentée en public, dans un but de lucre personnel, est coupable d'une infraction et encourt, sur déclaration de culpabilité par procédure sommaire, une amende maximale de cinq cents dollars; la récidive est punie de la même amende et d'un emprisonnement maximal de quatre mois, ou de l'une de ces peines.

S.R., ch. C-30, art. 26.

*Copyright*
**PART IV** Remedies
Limitation or Prescription Period
**Sections 43.1-44**

*Droit d'auteur*
**PARTIE IV** Recours
Prescription
**Articles 43.1-44**

# Limitation or Prescription Period

### Limitation or prescription period for civil remedies

**43.1 (1)** Subject to subsection (2), a court may award a remedy for any act or omission that has been done contrary to this Act only if

**(a)** the proceedings for the act or omission giving rise to a remedy are commenced within three years after it occurred, in the case where the plaintiff knew, or could reasonably have been expected to know, of the act or omission at the time it occurred; or

**(b)** the proceedings for the act or omission giving rise to a remedy are commenced within three years after the time when the plaintiff first knew of it, or could reasonably have been expected to know of it, in the case where the plaintiff did not know, and could not reasonably have been expected to know, of the act or omission at the time it occurred.

### Restriction

**(2)** The court shall apply the limitation or prescription period set out in paragraph (1)(a) or (b) only in respect of a party who pleads a limitation period.

1994, c. 47, s. 64; 1997, c. 24, s. 25; 2012, c. 20, s. 49.

# Importation and Exportation

## Interpretation

### Definitions

**44** The following definitions apply in sections 44.02 to 44.4.

***court*** means the Federal Court or the superior court of a province. (*tribunal*)

***customs officer*** has the meaning assigned by the definition *officer* in subsection 2(1) of the *Customs Act*. (*agent des douanes*)

***duties*** has the same meaning as in subsection 2(1) of the *Customs Act*. (*droits*)

***Minister*** means the Minister of Public Safety and Emergency Preparedness. (*ministre*)

***release*** has the same meaning as in subsection 2(1) of the *Customs Act*. (*dédouanement*)

# Prescription

### Prescription

**43.1 (1)** Sous réserve du paragraphe (2), le tribunal ne peut accorder de réparations à l'égard d'un fait — acte ou omission — contraire à la présente loi que dans les cas suivants :

**a)** le demandeur engage une procédure dans les trois ans qui suivent le moment où le fait visé par le recours a eu lieu, s'il avait connaissance du fait au moment où il a eu lieu ou s'il est raisonnable de s'attendre à ce qu'il en ait eu connaissance à ce moment;

**b)** le demandeur engage une procédure dans les trois ans qui suivent le moment où il a pris connaissance du fait visé par le recours ou le moment où il est raisonnable de s'attendre à ce qu'il en ait pris connaissance, s'il n'en avait pas connaissance au moment où il a eu lieu ou s'il n'est pas raisonnable de s'attendre à ce qu'il en ait eu connaissance à ce moment.

### Restriction

**(2)** Le tribunal ne fait jouer la prescription visée aux alinéas (1)a) ou b) qu'à l'égard de la partie qui l'invoque.

1994, ch. 47, art. 64; 1997, ch. 24, art. 25; 2012, ch. 20, art. 49.

# Importation et exportation

## Définitions

### Définitions

**44** Les définitions qui suivent s'appliquent aux articles 44.02 à 44.4.

***agent des douanes*** S'entend au sens du paragraphe 2(1) de la *Loi sur les douanes*. (*customs officer*)

***dédouanement*** S'entend au sens du paragraphe 2(1) de la *Loi sur les douanes*. (*release*)

***droits*** S'entend au sens du paragraphe 2(1) de la *Loi sur les douanes*. (*duties*)

***jour ouvrable*** S'entend d'un jour qui n'est ni un samedi, ni un jour férié. (*working day*)

***ministre*** Le ministre de la Sécurité publique et de la Protection civile. (*Minister*)

Droit d'auteur
**PARTIE IV** Recours
Importation et exportation
Définitions
**Articles** 44-44.02

**working day** means a day other than a Saturday or a holiday. (*jour ouvrable*)

R.S., 1985, c. C-42, s. 44; R.S., 1985, c. 41 (3rd Suppl.), s. 116; 1997, c. 36, s. 205; 1999, c. 17, s. 119; 2005, c. 38, s. 139; 2014, c. 32, s. 5.

# Prohibition and Detention by Customs Officer

## Prohibition

### Prohibition on importation or exportation

**44.01 (1)** Copies of a work or other subject-matter in which copyright subsists shall not be imported or exported if

**(a)** they were made without the consent of the owner of the copyright in the country where they were made; and

**(b)** they infringe copyright or, if they were not made in Canada, they would infringe copyright had they been made in Canada by the person who made them.

### Exception

**(2)** Subsection (1) does not apply to copies that are imported or exported by an individual in their possession or baggage if the circumstances, including the number of copies, indicate that the copies are intended only for their personal use.

2014, c. 32, s. 5; 2020, c. 1, s. 31.

## Request for Assistance

### Request for assistance

**44.02 (1)** The owner of copyright in a work or other subject-matter may file with the Minister, in the form and manner specified by the Minister, a request for assistance in pursuing remedies under this Act with respect to copies imported or exported in contravention of section 44.01.

### Information in request

**(2)** The request for assistance shall include the copyright owner's name and address in Canada and any other information that is required by the Minister, including information about the work or other subject-matter in question.

### Validity period

**(3)** A request for assistance is valid for a period of two years beginning on the day on which it is accepted by the

**tribunal** La Cour fédérale ou la cour supérieure d'une province. (*court*)

L.R. (1985), ch. C-42, art. 44; L.R. (1985), ch. 41 (3e suppl.), art. 116; 1997, ch. 36, art. 205; 1999, ch. 17, art. 119; 2005, ch. 38, art. 139; 2014, ch. 32, art. 5.

# Interdiction et rétention par les agents des douanes

## Interdiction

### Interdiction d'importation et d'exportation

**44.01 (1)** Sont interdits d'importation et d'exportation les exemplaires d'une œuvre ou d'un autre objet du droit d'auteur protégés si :

**a)** d'une part, ils ont été produits sans le consentement du titulaire du droit d'auteur dans le pays de production;

**b)** d'autre part, ils violent le droit d'auteur ou, s'agissant d'exemplaires qui n'ont pas été produits au Canada, ils le violeraient s'ils y avaient été produits par la personne qui les a produits.

### Exception

**(2)** Les interdictions prévues au paragraphe (1) ne s'appliquent pas aux exemplaires qu'une personne physique a en sa possession ou dans ses bagages si les circonstances, notamment le nombre d'exemplaires, indiquent que ceux-ci ne sont destinés qu'à son usage personnel.

2014, ch. 32, art. 5; 2020, ch. 1, art. 31.

## Demande d'aide

### Demande d'aide

**44.02 (1)** Le titulaire du droit d'auteur sur une œuvre ou un autre objet du droit d'auteur peut présenter au ministre, selon les modalités que celui-ci précise, une demande d'aide en vue de faciliter l'exercice de ses recours au titre de la présente loi à l'égard des exemplaires importés ou exportés en contravention de l'article 44.01.

### Contenu de la demande

**(2)** La demande d'aide précise les nom et adresse au Canada du titulaire du droit d'auteur, ainsi que tout autre renseignement exigé par le ministre, notamment en ce qui a trait à l'œuvre ou à l'autre objet du droit d'auteur qu'elle vise.

### Période de validité

**(3)** La demande d'aide est valide pour une période de deux ans à compter du jour de son acceptation par le ministre. Celui-ci peut, sur demande du titulaire du droit

Case 1:25-cv-00910-JMF     Document 26-7     Filed 02/28/25     Page 129 of 195

*Copyright*
**PART IV** Remedies
Importation and Exportation
Prohibition and Detention by Customs Officer
**Sections 44.02-44.04**

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Interdiction et rétention par les agents des douanes
**Articles 44.02-44.04**

Minister. The Minister may, at the request of the copyright owner, extend the period for two years, and may do so more than once.

**Security**

**(4)** The Minister may, as a condition of accepting a request for assistance or of extending a request's period of validity, require that the copyright owner furnish security, in an amount and form fixed by the Minister, for the payment of an amount for which the copyright owner becomes liable under section 44.07.

**Update**

**(5)** The copyright owner shall inform the Minister in writing, as soon as practicable, of any changes to

   **(a)** the subsistence of the copyright that is the subject of the request for assistance; or

   **(b)** the ownership of that copyright.

2014, c. 32, s. 5.

## Measures Relating to Detained Copies

### Provision of information by customs officer

**44.03** A customs officer who is detaining copies of a work or other subject-matter under section 101 of the *Customs Act* may, in the officer's discretion, to obtain information about whether the importation or exportation of the copies is prohibited under section 44.01, provide the owner of copyright in that work or subject-matter with a sample of the copies and with any information about the copies that the customs officer reasonably believes does not directly or indirectly identify any person.

2014, c. 32, s. 5.

### Provision of information to pursue remedy

**44.04 (1)** A customs officer who is detaining copies of a work or other subject-matter under section 101 of the *Customs Act* and who has reasonable grounds to suspect that the importation or exportation of the copies is prohibited under section 44.01 may, in the officer's discretion, if the Minister has accepted a request for assistance with respect to the work or subject-matter filed by the owner of copyright in it, provide that owner with a sample of the copies and with information about the copies that could assist them in pursuing a remedy under this Act, such as

d'auteur, prolonger de deux ans cette période, et ce plus d'une fois.

**Sûreté**

**(4)** Le ministre peut exiger, comme condition d'acceptation de la demande d'aide ou de la prolongation de la période de validité de celle-ci, qu'une sûreté, dont il fixe le montant et la nature, soit fournie par le titulaire du droit d'auteur afin de garantir l'exécution des obligations de ce dernier au titre de l'article 44.07.

**Tenue à jour**

**(5)** Le titulaire du droit d'auteur est tenu d'informer par écrit le ministre, dès que possible, de tout changement relatif :

   **a)** à l'existence du droit d'auteur visé par la demande d'aide;

   **b)** à la titularité de ce droit d'auteur.

2014, ch. 32, art. 5.

## Mesures relatives aux exemplaires retenus

### Fourniture de renseignements par l'agent des douanes

**44.03** L'agent des douanes qui retient des exemplaires d'une œuvre ou de tout autre objet du droit d'auteur en vertu de l'article 101 de la *Loi sur les douanes* peut, à sa discrétion et en vue d'obtenir des renseignements sur l'éventuelle interdiction, au titre de l'article 44.01, de leur importation ou leur exportation, fournir au titulaire du droit d'auteur sur l'œuvre ou l'autre objet du droit d'auteur des échantillons des exemplaires et tout renseignement à leur sujet s'il croit, pour des motifs raisonnables, que le renseignement ne peut, même indirectement, identifier quiconque.

2014, ch. 32, art. 5.

### Fourniture de renseignements en vue de l'exercice de recours

**44.04 (1)** L'agent des douanes qui a des motifs raisonnables de soupçonner que des exemplaires d'une œuvre ou d'un autre objet du droit d'auteur qu'il retient en vertu de l'article 101 de la *Loi sur les douanes* sont interdits d'importation ou d'exportation au titre de l'article 44.01 peut, à sa discrétion, fournir au titulaire du droit d'auteur sur l'œuvre ou l'autre objet du droit d'auteur, si celui-ci a présenté une demande d'aide acceptée par le ministre à l'égard de cette œuvre ou de cet autre objet du droit d'auteur, des échantillons des exemplaires ainsi que des renseignements au sujet des exemplaires qui pourraient lui être utiles pour l'exercice de ses recours au titre de la présente loi, tels que :

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 130 of 195

*Copyright*
**PART IV** Remedies
Importation and Exportation
Prohibition and Detention by Customs Officer
**Section** 44.04

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Interdiction et rétention par les agents des douanes
**Article** 44.04

**(a)** a description of the copies and of their characteristics;

**(b)** the name and address of their owner, importer, exporter and consignee and of the person who made them and of any other person involved in their movement;

**(c)** their quantity;

**(d)** the countries in which they were made and through which they passed in transit; and

**(e)** the day on which they were imported, if applicable.

**Detention**

**(2)** Subject to subsection (3), the customs officer shall not detain, for the purpose of enforcing section 44.01, the copies for more than 10 working days — or, if the copies are perishable, for more than five days — after the day on which the customs officer first sends or makes available a sample or information to the copyright owner under subsection (1). At the request of the copyright owner made while the copies are detained for the purpose of enforcing section 44.01, the customs officer may, having regard to the circumstances, detain non-perishable copies for one additional period of not more than 10 working days.

**Notice of proceedings**

**(3)** If, before the copies are no longer detained for the purpose of enforcing section 44.01, the owner of copyright has provided the Minister, in the manner specified by the Minister, with a copy of a document filed with a court commencing proceedings to obtain a remedy under this Act with respect to the detained copies, the customs officer shall continue to detain them until the Minister is informed in writing that

**(a)** the proceedings are finally disposed of, settled or abandoned;

**(b)** a court directs that the copies are no longer to be detained for the purpose of the proceedings; or

**(c)** the copyright owner consents to the copies no longer being so detained.

**a)** leur description et celle de leurs caractéristiques;

**b)** les nom et adresse de leur propriétaire, importateur, exportateur et consignataire ainsi que de la personne qui les a produits et de toute personne jouant un rôle dans leur mouvement;

**c)** leur nombre;

**d)** les pays où ils ont été produits et ceux par lesquels ils ont transité;

**e)** la date de leur importation, le cas échéant.

**Rétention**

**(2)** Sous réserve du paragraphe (3), l'agent des douanes ne peut, dans le cadre de l'application de l'article 44.01, retenir les exemplaires pendant plus de dix jours ouvrables après la date où, pour la première fois, des échantillons ou renseignements sont envoyés au titulaire du droit d'auteur ou sont mis à sa disposition en application du paragraphe (1). S'agissant d'exemplaires périssables, il ne peut les retenir pendant plus de cinq jours après cette date. À la demande du titulaire, présentée avant la fin de la rétention des exemplaires dans le cadre de l'application de cet article, l'agent des douanes peut, compte tenu des circonstances, retenir les exemplaires non-périssables pour une seule période supplémentaire d'au plus dix jours ouvrables.

**Avis du recours**

**(3)** Si, avant la fin de la rétention des exemplaires dans le cadre de l'application de l'article 44.01, le titulaire du droit d'auteur communique au ministre, selon les modalités fixées par celui-ci, une copie de l'acte introductif d'instance déposé devant un tribunal dans le cadre d'un recours formé au titre de la présente loi à l'égard de ces exemplaires, l'agent des douanes retient ceux-ci jusqu'à ce que le ministre soit informé par écrit, selon le cas :

**a)** du prononcé de la décision finale sur le recours, du règlement ou de l'abandon de celui-ci;

**b)** de la décision d'un tribunal ordonnant la fin de la rétention des exemplaires pour l'exercice du recours;

**c)** du consentement du titulaire à ce qu'il soit mis fin à cette rétention.

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Interdiction et rétention par les agents des douanes
**Articles 44.04-44.07**

**Continued detention**

**(4)** The occurrence of any of the events referred to in paragraphs (3)(a) to (c) does not preclude a customs officer from continuing to detain the copies under the *Customs Act* for a purpose other than the proceedings.

2014, c. 32, s. 5; 2020, c. 1, s. 32.

**Restriction on information use  — section 44.03**

**44.05 (1)** A person who receives a sample or information that is provided under section 44.03 shall not use the information, or information that is derived from the sample, for any purpose other than to give information to the customs officer about whether the importation or exportation of the copies is prohibited under section 44.01.

**Restriction on information use  — subsection 44.04(1)**

**(2)** A person who receives a sample or information that is provided under subsection 44.04(1) shall not use the information, or information that is derived from the sample, for any purpose other than to pursue remedies under this Act.

**For greater certainty**

**(3)** For greater certainty, subsection (2) does not prevent the confidential communication of information about the copies for the purpose of reaching an out-of-court settlement.

2014, c. 32, s. 5.

**Inspection**

**44.06** After a sample or information has been provided under subsection 44.04(1), a customs officer may, in the officer's discretion, give the owner, importer, exporter and consignee of the detained copies and the owner of copyright an opportunity to inspect the copies.

2014, c. 32, s. 5.

**Liability for charges**

**44.07 (1)** The owner of copyright who has received a sample or information under subsection 44.04(1) is liable to Her Majesty in right of Canada for the storage and handling charges for the detained copies — and, if applicable, for the charges for destroying them — for the period beginning on the day after the day on which a customs officer first sends or makes available a sample or information to that owner under that subsection and ending on the first day on which one of the following occurs:

**(a)** the copies are no longer detained for the purpose of enforcing section 44.01 or, if subsection 44.04(3)

**Poursuite de la rétention**

**(4)** La survenance de l'un ou l'autre des faits visés aux alinéas (3)a) à c) n'empêche pas l'agent des douanes de continuer à retenir les exemplaires en vertu de la *Loi sur les douanes* dans un but étranger au recours.

2014, ch. 32, art. 5; 2020, ch. 1, art. 32.

**Utilisation des renseignements fournis au titre de l'article 44.03**

**44.05 (1)** La personne qui reçoit des échantillons ou des renseignements fournis au titre de l'article 44.03 ne peut utiliser ces renseignements et ceux obtenus au moyen des échantillons qu'en vue de fournir à l'agent des douanes des renseignements au sujet de l'éventuelle interdiction d'importation ou d'exportation des exemplaires au titre de l'article 44.01.

**Utilisation des renseignements fournis au titre du paragraphe 44.04(1)**

**(2)** La personne qui reçoit des échantillons ou des renseignements fournis au titre du paragraphe 44.04(1) ne peut utiliser ces renseignements et ceux obtenus au moyen des échantillons qu'en vue d'exercer ses recours au titre de la présente loi.

**Précision**

**(3)** Il est entendu que le paragraphe (2) n'interdit pas la communication de renseignements au sujet des exemplaires qui est faite confidentiellement afin de parvenir à un règlement à l'amiable.

2014, ch. 32, art. 5.

**Inspection**

**44.06** L'agent des douanes qui a fourni des échantillons ou des renseignements en vertu du paragraphe 44.04(1) peut, à sa discrétion, donner au propriétaire, à l'importateur, à l'exportateur et au consignataire des exemplaires retenus et au titulaire du droit d'auteur la possibilité de les inspecter.

2014, ch. 32, art. 5.

**Obligation de payer les frais**

**44.07 (1)** Le titulaire du droit d'auteur qui a reçu des échantillons ou des renseignements au titre du paragraphe 44.04(1) est tenu de payer à Sa Majesté du chef du Canada les frais d'entreposage, de manutention et, le cas échéant, de destruction des exemplaires retenus, et ce pour la période commençant le jour suivant celui où, pour la première fois, des échantillons ou renseignements lui sont envoyés ou sont mis à sa disposition en application de ce paragraphe et se terminant dès le jour où l'une ou l'autre des conditions suivantes est remplie :

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 132 of 195

Copyright
**PART IV** Remedies
Importation and Exportation
Prohibition and Detention by Customs Officer
**Section** 44.07

Droit d'auteur
**PARTIE IV** Recours
Importation et exportation
Interdiction et rétention par les agents des douanes
**Article** 44.07

applies, for the purpose of the proceedings referred to in that subsection;

**(b)** the Minister receives written notification in which the owner states that the importation or exportation of the copies does not, with respect to the owner's copyright, contravene section 44.01;

**(c)** the Minister receives written notification in which the owner states that they will not, while the copies are detained for the purpose of enforcing section 44.01, commence proceedings to obtain a remedy under this Act with respect to them.

**Exception — paragraph (1)(a)**

**(2)** Despite paragraph (1)(a), if the copies are forfeited under subsection 39(1) of the *Customs Act* and the Minister did not, before the end of the detention of the copies for the purpose of enforcing section 44.01, receive a copy of a document filed with a court commencing proceedings to obtain a remedy under this Act with respect to the detained copies or the written notification referred to in paragraph (1)(b) or (c), the period ends on the day on which the copies are forfeited.

**Exception — paragraph (1)(c)**

**(3)** Despite paragraph (1)(c), if the copies are forfeited under subsection 39(1) of the *Customs Act* after the Minister has received the written notification referred to in that paragraph, the period ends on the day on which the copies are forfeited.

**Joint and several or solidary liability**

**(4)** The owner and the importer or exporter of copies that are forfeited in the circumstances set out in subsection (2) or (3) are jointly and severally, or solidarily, liable to the owner of copyright for all the charges under subsection (1) paid by the copyright owner with respect to the period

**(a)** in the circumstances referred to in subsection (2), beginning on the day on which the copies are no longer detained for the purpose of enforcing section 44.01 and ending on the day on which the copies are forfeited; and

**(b)** in the circumstances referred to in subsection (3), beginning on the day on which the Minister receives the written notification referred to in paragraph (1)(c) and ending on the day on which the copies are forfeited.

**a)** les exemplaires ne sont plus retenus dans le cadre de l'application de l'article 44.01 ou, si le paragraphe 44.04(3) s'applique, pour l'exercice du recours visé à ce paragraphe;

**b)** le ministre reçoit de lui une déclaration écrite portant que l'importation ou l'exportation des exemplaires n'est pas contraire, relativement à ses droits d'auteur, à l'article 44.01;

**c)** le ministre reçoit de lui une déclaration écrite l'informant qu'il n'entreprendra pas de recours au titre de la présente loi à l'égard de ces exemplaires pendant qu'ils sont retenus dans le cadre de l'application de l'article 44.01.

**Exception — alinéa (1)a)**

**(2)** Malgré l'alinéa (1)a), la période se termine le jour de la confiscation si les exemplaires sont confisqués en vertu du paragraphe 39(1) de la *Loi sur les douanes* et que le ministre n'a reçu, avant la fin de la rétention dans le cadre de l'application de l'article 44.01, ni copie de l'acte introductif d'instance déposé devant un tribunal dans le cadre d'un recours formé au titre de la présente loi à l'égard de ces exemplaires, ni l'une des déclarations visées aux alinéas (1)b) ou c).

**Exception — alinéa (1)c)**

**(3)** Malgré l'alinéa (1)c), si les exemplaires sont confisqués en vertu du paragraphe 39(1) de la *Loi sur les douanes* après la réception par le ministre de la déclaration visée à cet alinéa, la période se termine le jour de la confiscation.

**Obligation solidaire de rembourser**

**(4)** Le propriétaire et l'importateur ou l'exportateur des exemplaires confisqués dans les circonstances visées aux paragraphes (2) ou (3) sont solidairement tenus de rembourser au titulaire du droit d'auteur les frais que celui-ci a payés aux termes du paragraphe (1) :

**a)** dans les circonstances visées au paragraphe (2), pour la période commençant le jour où prend fin la rétention des exemplaires dans le cadre de l'application de l'article 44.01 et se terminant le jour de la confiscation;

**b)** dans les circonstances visées au paragraphe (3), pour la période commençant le jour où le ministre reçoit la déclaration visée à l'alinéa (1)c) et se terminant le jour de la confiscation.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 133 of 195

*Copyright*
**PART IV** Remedies
Importation and Exportation
Prohibition and Detention by Customs Officer
**Sections 44.07-44.09**

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Interdiction et rétention par les agents des douanes
**Articles 44.07-44.09**

**Exception**

**(5)** Subsections (1) to (3) do not apply if

**(a)** the detention of the copies for the purpose of enforcing section 44.01 ends before the expiry of 10 working days — or, if the copies are perishable, before the expiry of five days — after the day on which the customs officer first sends or makes available a sample or information to the copyright owner under subsection 44.04(1); and

**(b)** the Minister has not, by the end of the detention, received a copy of a document filed with a court commencing proceedings to obtain a remedy under this Act with respect to the detained copies or the written notification referred to in paragraph (1)(b) or (c).

2014, c. 32, s. 5.

No Liability

**No liability**

**44.08** Neither Her Majesty nor a customs officer is liable for any loss or damage suffered in relation to the enforcement or application of sections 44.01 to 44.04 and 44.06 because of

**(a)** the detention of copies of a work or other subject-matter, except if the detention contravenes subsection 44.04(2);

**(b)** the failure to detain copies; or

**(c)** the release or cessation of detention of any copies, except if the release or cessation contravenes subsection 44.04(3).

2014, c. 32, s. 5.

Powers of Court Relating to Detained Copies

**Application to court**

**44.09 (1)** In the course of proceedings referred to in subsection 44.04(3), the court may, on the application of the Minister or a party to the proceedings,

**(a)** impose conditions on the storage or detention of the copies that are the subject of the proceedings; or

**(b)** direct that the copies are no longer to be detained for the purpose of the proceedings, on any conditions that the court may impose, if their owner, importer, exporter or consignee furnishes security in an amount fixed by the court.

**Exception**

**(5)** Les paragraphes (1) à (3) ne s'appliquent pas si la rétention des exemplaires dans le cadre de l'application de l'article 44.01 prend fin :

**a)** d'une part, avant l'expiration de dix jours ouvrables — ou s'il s'agit d'exemplaires périssables, avant l'expiration de cinq jours — après le jour où, pour la première fois, des échantillons ou renseignements sont envoyés au titulaire du droit d'auteur ou sont mis à sa disposition en application du paragraphe 44.04(1);

**b)** d'autre part, sans que le ministre n'ait reçu copie de l'acte introductif d'instance déposé devant un tribunal dans le cadre d'un recours formé au titre de la présente loi à l'égard de ces exemplaires ou l'une des déclarations visées aux alinéas (1)b) ou c).

2014, ch. 32, art. 5.

Immunité

**Immunité**

**44.08** Ni Sa Majesté ni l'agent des douanes ne peuvent être tenus responsables des dommages ou des pertes liés à l'application ou au contrôle d'application des articles 44.01 à 44.04 et 44.06 qui découlent, selon le cas :

**a)** de la rétention d'exemplaires d'une œuvre ou de tout autre objet du droit d'auteur, sauf si elle est contraire au paragraphe 44.04(2);

**b)** de l'omission de retenir des exemplaires;

**c)** du dédouanement ou de la fin de la rétention d'exemplaires, sauf si l'un ou l'autre est contraire au paragraphe 44.04(3).

2014, ch. 32, art. 5.

Pouvoirs du tribunal relativement aux exemplaires retenus

**Demande au tribunal**

**44.09 (1)** Dans le cadre du recours mentionné au paragraphe 44.04(3), le tribunal peut, à la demande du ministre ou d'une partie :

**a)** assortir de conditions la rétention ou l'entreposage des exemplaires visés;

**b)** ordonner qu'il soit mis fin, aux conditions qu'il peut préciser, à leur rétention pour l'exercice du recours, si une sûreté, dont il fixe le montant, est fournie par leur propriétaire, importateur, exportateur ou consignataire.

Copyright
**PART IV** Remedies
Importation and Exportation
Prohibition and Detention by Customs Officer
**Sections 44.09-44.1**

Droit d'auteur
**PARTIE IV** Recours
Importation et exportation
Interdiction et rétention par les agents des douanes
**Articles 44.09-44.1**

### Minister's consent

**(2)** If a party applies to have the detained copies stored in a place other than a bonded warehouse or a sufferance warehouse, as those terms are defined in subsection 2(1) of the *Customs Act*, the Minister must consent to the storage of the copies in that place before a condition to that effect is imposed under subsection (1).

### Customs Act

**(3)** The court may impose a condition described in subsection (2) despite section 31 of the *Customs Act*.

### Continued detention

**(4)** A direction under paragraph (1)(b) that the copies are no longer to be detained for the purpose of the proceedings does not preclude a customs officer from continuing to detain the copies under the *Customs Act* for another purpose.

### Security

**(5)** In the course of proceedings referred to in subsection 44.04(3), the court may, on the application of the Minister or a party to the proceedings, require the owner of copyright to furnish security, in an amount fixed by the court,

**(a)** to cover duties, storage and handling charges, and any other amount that may become chargeable against the copies; and

**(b)** to answer any damages that may, because of the detention of the copies, be sustained by the owner, importer, exporter or consignee of the copies.

2014, c. 32, s. 5.

### Damages against copyright owner

**44.1 (1)** The court may award damages against the owner of copyright who commenced proceedings referred to in subsection 44.04(3) to the owner, importer, exporter or consignee of the copies who is a party to the proceedings for losses, costs or prejudice suffered as a result of the detention of the copies if the proceedings are dismissed or discontinued.

### Damages awarded to copyright owner

**(2)** Any damages under subsection 34(1) awarded to the owner of copyright in proceedings referred to in subsection 44.04(3) are to include the charges incurred by the copyright owner as a result of storing, handling or, if applicable, destroying the detained copies.

1993, c. 44, s. 66; 1997, c. 24, s. 27; 2005, c. 38, ss. 142, 145; 2014, c. 32, s. 5.

### Consentement du ministre

**(2)** Si une partie demande que les exemplaires retenus soient entreposés dans un établissement autre qu'un entrepôt d'attente ou un entrepôt de stockage au sens du paragraphe 2(1) de la *Loi sur les douanes*, le ministre doit approuver l'entreposage dans l'établissement avant que le tribunal ne fixe une condition à cet effet.

### Loi sur les douanes

**(3)** Le tribunal peut fixer une condition visée au paragraphe (2) malgré l'article 31 de la *Loi sur les douanes*.

### Poursuite de la rétention

**(4)** L'ordonnance rendue en vertu de l'alinéa (1)b) mettant fin à la rétention pour l'exercice du recours n'empêche pas l'agent des douanes de continuer à retenir les exemplaires en vertu de la *Loi sur les douanes* dans un autre but.

### Sûreté

**(5)** Dans le cadre du recours mentionné au paragraphe 44.04(3), le tribunal peut, à la demande du ministre ou d'une partie, obliger le titulaire du droit d'auteur à fournir une sûreté, d'un montant fixé par le tribunal, en vue de couvrir les droits, les frais de manutention et d'entreposage et les autres charges éventuellement applicables ainsi que les dommages que peut subir, du fait de la rétention, le propriétaire, l'importateur, l'exportateur ou le consignataire des exemplaires.

2014, ch. 32, art. 5.

### Dommages-intérêts à l'encontre du titulaire du droit d'auteur

**44.1 (1)** En cas de désistement ou de rejet du recours mentionné au paragraphe 44.04(3), le tribunal peut accorder des dommages-intérêts au propriétaire, à l'importateur, à l'exportateur ou au consignataire des exemplaires visés qui est une partie au recours, à l'encontre du titulaire du droit d'auteur qui l'a exercé, pour les frais engagés ou pour les pertes ou le préjudice subis en raison de la rétention des exemplaires.

### Dommages-intérêts accordés au titulaire du droit d'auteur

**(2)** Les dommages-intérêts accordés, aux termes du paragraphe 34(1), au titulaire du droit d'auteur qui a exercé

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Interdiction et rétention par les agents des douanes
**Articles** 44.1-44.12

le recours mentionné au paragraphe 44.04(3) comprennent notamment les frais d'entreposage, de manutention et, le cas échéant, de destruction qu'il a engagés en raison de la rétention des exemplaires.

1993, ch. 44, art. 66; 1997, ch. 24, art. 27; 2005, ch. 38, art. 142 et 145; 2014, ch. 32, art. 5.

## Prohibition Resulting from Notice

**Importation of certain copyright works prohibited**

**44.11** Copies made outside Canada of any work in which copyright subsists that if made in Canada would infringe copyright and as to which the owner of the copyright gives notice in writing to the Canada Border Services Agency that the owner desires that the copies not be imported into Canada, shall not be so imported and are deemed to be included in tariff item No. 9897.00.00 in the List of Tariff Provisions set out in the schedule to the *Customs Tariff*, with section 136 of that Act applying accordingly.

2014, c. 32, s. 5.

## Court-ordered Detention

**Power of court**

**44.12 (1)** A court may make an order described in subsection (3) if the court is satisfied that

**(a)** copies of the work are about to be imported into Canada, or have been imported into Canada but have not been released;

**(b)** the copies were either

**(i)** made without the consent of the person who is owner of the copyright in the country where they were made, or

**(ii)** made elsewhere than in a country to which this Act extends; and

**(c)** the copies would infringe copyright if they were made in Canada by the importer and the importer knows or should have known this.

**Who may apply**

**(2)** A court may make an order described in subsection (3) on application by the owner of the copyright in a work in Canada.

**Order of court**

**(3)** In an order made under subsection (1), the court may

## Interdiction d'importation sur notification

**Interdiction : certains exemplaires**

**44.11** Les exemplaires de toute œuvre sur laquelle existe un droit d'auteur, produits hors du Canada, qui, s'ils étaient produits au Canada, constitueraient des contrefaçons et au sujet desquels le titulaire du droit d'auteur a notifié par écrit à l'Agence des services frontaliers du Canada son intention d'en interdire l'importation au Canada ne peuvent être ainsi importés et sont réputés inclus dans le n° tarifaire 9897.00.00 de la liste des dispositions tarifaires de l'annexe du *Tarif des douanes*, l'article 136 de cette loi s'appliquant en conséquence.

2014, ch. 32, art. 5.

## Ordonnance judiciaire de rétention

**Pouvoir du tribunal**

**44.12 (1)** Le tribunal peut rendre l'ordonnance visée au paragraphe (3) s'il est convaincu que les conditions suivantes sont réunies :

**a)** des exemplaires de l'œuvre sont sur le point d'être importés au Canada, ou l'ont été, mais n'ont pas été dédouanés;

**b)** les exemplaires ont été produits :

**(i)** soit sans le consentement de la personne qui est titulaire du droit d'auteur dans le pays de production,

**(ii)** soit ailleurs que dans un pays visé par la présente loi;

**c)** l'importateur sait ou aurait dû savoir que la production de ces exemplaires aurait violé le droit d'auteur s'il l'avait faite au Canada.

**Demandeurs**

**(2)** La demande d'ordonnance peut être présentée par le titulaire du droit d'auteur sur l'œuvre au Canada.

**Ordonnance visant le ministre**

**(3)** Dans son ordonnance, le tribunal peut :

Copyright
**PART IV** Remedies
Importation and Exportation
Court-ordered Detention
**Section** 44.12

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Ordonnance judiciaire de rétention
**Article** 44.12

**(a)** direct the Minister

**(i)** to take reasonable measures, on the basis of information reasonably required by the Minister and provided by the applicant, to detain the copies of the work, and

**(ii)** to notify the applicant and the importer, immediately after detaining the copies of the work, of the detention and the reasons for the detention; and

**(b)** provide for any other matters that the court considers appropriate.

### How application made

**(4)** An application for an order under subsection (1) may be made in an action or otherwise, and either on notice or *ex parte*, except that it must always be made on notice to the Minister.

### Security

**(5)** Before making an order under subsection (1), the court may require the applicant to furnish security, in an amount fixed by the court,

**(a)** to cover duties, storage and handling charges and any other amount that may become chargeable against the copies of the work; and

**(b)** to answer any damages that may by reason of the order be incurred by the owner, importer or consignee of the work.

### Application for directions

**(6)** The Minister may apply to the court for directions in implementing an order made under subsection (1).

### Minister may allow inspection

**(7)** The Minister may give the applicant or the importer an opportunity to inspect the detained copies of the work for the purpose of substantiating or refuting, as the case may be, the applicant's claim.

### If applicant fails to commence action

**(8)** Unless an order made under subsection (1) provides otherwise, the Minister shall, subject to the *Customs Act* and to any other Act of Parliament that prohibits, controls or regulates the importation or exportation of goods, release the copies of the work without further notice to the applicant if, within 10 working days after the applicant has been notified under subparagraph (3)(a)(ii), the applicant has not notified the Minister that they have commenced a proceeding for a final determination by the court of the issues referred to in paragraphs (1)(b) and (c).

**a)** enjoindre au ministre :

**(i)** de prendre, sur la foi de renseignements que ce dernier a valablement exigés du demandeur, des mesures raisonnables pour retenir les exemplaires,

**(ii)** de notifier sans délai la rétention, et les motifs de celle-ci, tant au demandeur qu'à l'importateur;

**b)** prévoir toute autre mesure qu'il juge indiquée.

### Demande

**(4)** La demande est faite dans une action ou toute autre procédure sur avis adressé au ministre et, pour toute autre personne, soit sur avis, soit *ex parte*.

### Sûreté

**(5)** Avant de rendre l'ordonnance, le tribunal peut obliger le demandeur à fournir une sûreté, d'un montant que le tribunal fixe, en vue de couvrir les droits, les frais de manutention et d'entreposage et les autres charges éventuellement applicables, ainsi que les dommages que peut subir, du fait de l'ordonnance, le propriétaire, l'importateur ou le consignataire de l'œuvre.

### Demande d'instructions

**(6)** Le ministre peut s'adresser au tribunal pour obtenir des instructions quant à l'application de l'ordonnance.

### Permission du ministre d'inspecter

**(7)** Le ministre peut donner au demandeur ou à l'importateur la possibilité d'inspecter les exemplaires retenus afin de justifier ou de réfuter les prétentions énoncées dans la demande.

### Obligation du demandeur

**(8)** Sauf disposition contraire de l'ordonnance et sous réserve de la *Loi sur les douanes* ou de toute autre loi fédérale prohibant, contrôlant ou réglementant les importations ou les exportations, le ministre dédouane les exemplaires de l'œuvre, sans autre avis au demandeur, si celui-ci, dans les dix jours ouvrables qui suivent la notification prévue au sous-alinéa (3)a)(ii), ne l'a pas avisé qu'il a engagé une procédure pour que le tribunal statue définitivement sur l'existence des faits visés aux alinéas (1)b) et c).

Copyright
**PART IV** Remedies
Importation and Exportation
Court-ordered Detention
**Sections 44.12-44.2**

Droit d'auteur
**PARTIE IV** Recours
Importation et exportation
Ordonnance judiciaire de rétention
**Articles 44.12-44.2**

### If court finds in plaintiff's favour

**(9)** If, in a proceeding commenced under this section, the court is satisfied that the circumstances referred to in paragraphs (1)(b) and (c) existed, the court may make any order that it considers appropriate in the circumstances, including an order that the copies of the work be destroyed, or that they be delivered up to the plaintiff as the plaintiff's property absolutely.

### Other remedies not affected

**(10)** For greater certainty, nothing in this section affects any remedy available under any other provision of this Act or any other Act of Parliament.

2014, c. 32, s. 5.

### Importation of books

**44.2 (1)** A court may, subject to this section, make an order described in subsection 44.12(3) in relation to a book where the court is satisfied that

    **(a)** copies of the book are about to be imported into Canada, or have been imported into Canada but have not yet been released;

    **(b)** copies of the book were made with the consent of the owner of the copyright in the book in the country where the copies were made, but were imported without the consent of the owner in Canada of the copyright in the book; and

    **(c)** the copies would infringe copyright if they were made in Canada by the importer and the importer knows or should have known this.

### Who may apply

**(2)** A court may make an order described in subsection 44.12(3) in relation to a book on application by

    **(a)** the owner of the copyright in the book in Canada;

    **(b)** the exclusive licensee of the copyright in the book in Canada; or

    **(c)** the exclusive distributor of the book.

### Limitation

**(3)** Subsections (1) and (2) only apply where there is an exclusive distributor of the book and the acts described in those subsections take place in the part of Canada or in respect of the particular sector of the market for which the person is the exclusive distributor.

### Destruction ou restitution de l'œuvre

**(9)** Lorsque, au cours d'une procédure engagée sous le régime du présent article, il est convaincu de l'existence des faits visés aux alinéas (1)b) et c), le tribunal peut rendre toute ordonnance qu'il juge indiquée, notamment quant à la destruction des exemplaires de l'œuvre ou à leur remise au demandeur en toute propriété.

### Autres recours non touchés

**(10)** Il est entendu que le présent article n'a pas pour effet de porter atteinte aux autres recours prévus par la présente loi ou toute autre loi fédérale.

2014, ch. 32, art. 5.

### Importation de livres

**44.2 (1)** Le tribunal peut rendre l'ordonnance prévue au paragraphe 44.12(3) à l'égard d'un livre lorsqu'il est convaincu que les conditions suivantes sont réunies :

    **a)** les exemplaires du livre sont importés au Canada — ou sur le point de l'être — sans être dédouanés;

    **b)** leur production s'est faite avec le consentement du titulaire du droit d'auteur dans le pays de production, mais leur importation s'est faite sans le consentement du titulaire du droit d'auteur au Canada;

    **c)** l'importateur sait ou aurait dû savoir que la production de ces exemplaires aurait violé le droit d'auteur s'il l'avait faite au Canada.

### Demandeurs

**(2)** La demande pour obtenir l'ordonnance visée au paragraphe 44.12(3) peut être présentée par :

    **a)** le titulaire du droit d'auteur sur le livre au Canada;

    **b)** le titulaire d'une licence exclusive au Canada s'y rapportant;

    **c)** le distributeur exclusif du livre.

### Précision

**(3)** Les paragraphes (1) et (2) ne s'appliquent que si, d'une part, il y a un distributeur exclusif du livre et, d'autre part, l'importation se rapporte à la partie du Canada ou au secteur du marché pour lesquels il a cette qualité.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 138 of 195

*Copyright*
**PART IV** Remedies
Importation and Exportation
Court-ordered Detention
**Sections 44.2-45**

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Ordonnance judiciaire de rétention
**Articles 44.2-45**

### Application of certain provisions

**(4)** Subsections 44.12(3) to (10) apply, with such modifications as the circumstances require, in respect of an order made under subsection (1).

1994, c. 47, s. 66; 1997, c. 24, s. 28; 2014, c. 32, s. 6.

### Limitation

**44.3** No exclusive licensee of the copyright in a book in Canada, and no exclusive distributor of a book, may obtain an order under section 44.2 against another exclusive licensee of the copyright in that book in Canada or against another exclusive distributor of that book.

1997, c. 24, s. 28.

### Importation of other subject-matter

**44.4** Section 44.12 applies, with such modifications as the circumstances require, in respect of a sound recording, performer's performance or communication signal, where a fixation or a reproduction of a fixation of it

    **(a)** is about to be imported into Canada, or has been imported into Canada but has not yet been released;

    **(b)** either

        **(i)** was made without the consent of the person who then owned the copyright in the sound recording, performer's performance or communication signal, as the case may be, in the country where the fixation or reproduction was made, or

        **(ii)** was made elsewhere than in a country to which Part II extends; and

    **(c)** would infringe the right of the owner of copyright in the sound recording, performer's performance or communication signal if it was made in Canada by the importer and the importer knows or should have known this.

1997, c. 24, s. 28; 2014, c. 32, s. 6.

### Exceptions

**45 (1)** Notwithstanding anything in this Act, it is lawful for a person

    **(a)** to import for their own use not more than two copies of a work or other subject-matter made with the consent of the owner of the copyright in the country where it was made;

    **(b)** to import for use by a department of the Government of Canada or a province copies of a work or other subject-matter made with the consent of the owner of the copyright in the country where it was made;

### Application de certaines dispositions

**(4)** Les paragraphes 44.12(3) à (10) s'appliquent, avec les adaptations nécessaires, aux ordonnances rendues en vertu du paragraphe (1).

1994, ch. 47, art. 66; 1997, ch. 24, art. 28; 2014, ch. 32, art. 6.

### Restriction

**44.3** Le titulaire d'une licence exclusive au Canada se rapportant à un livre et le distributeur exclusif du livre ne peuvent obtenir l'ordonnance visée à l'article 44.2 contre un autre titulaire de licence exclusive au Canada se rapportant au même livre ou un autre distributeur exclusif de celui-ci.

1997, ch. 24, art. 28.

### Application aux autres objets du droit d'auteur

**44.4** L'article 44.12 s'applique, avec les adaptations nécessaires, à la prestation de l'artiste-interprète, à l'enregistrement sonore ou au signal de communication lorsque, dans le cas d'une fixation de ceux-ci ou d'une reproduction d'une telle fixation, les conditions suivantes sont réunies :

    **a)** la fixation ou la reproduction de la fixation est importée au Canada — ou sur le point de l'être — sans être dédouanée;

    **b)** elle a été faite soit sans le consentement du titulaire du droit d'auteur dans le pays de la fixation ou de la reproduction, soit ailleurs que dans un pays visé par la partie II;

    **c)** l'importateur sait ou aurait dû savoir que la fixation ou la reproduction violerait les droits du titulaire du droit d'auteur concerné s'il l'avait faite au Canada.

1997, ch. 24, art. 28; 2014, ch. 32, art. 6.

### Importations autorisées

**45 (1)** Malgré les autres dispositions de la présente loi, il est loisible à toute personne :

    **a)** d'importer pour son propre usage deux exemplaires au plus d'une œuvre ou d'un autre objet du droit d'auteur produits avec le consentement du titulaire du droit d'auteur dans le pays de production;

    **b)** d'importer, pour l'usage d'un ministère du gouvernement du Canada ou de l'une des provinces, des

Copyright
**PART IV** Remedies
Importation and Exportation
Court-ordered Detention
**Sections** 45-47

*Droit d'auteur*
**PARTIE IV** Recours
Importation et exportation
Ordonnance judiciaire de rétention
**Articles** 45-47

**(c)** at any time before copies of a work or other subject-matter are made in Canada, to import any copies, except copies of a book, made with the consent of the owner of the copyright in the country where the copies were made, that are required for the use of a library, archive, museum or educational institution;

**(d)** to import, for the use of a library, archive, museum or educational institution, not more than one copy of a book that is made with the consent of the owner of the copyright in the country where the book was made; and

**(e)** to import copies, made with the consent of the owner of the copyright in the country where they were made, of any used books, except textbooks of a scientific, technical or scholarly nature for use within an educational institution in a course of instruction.

**Satisfactory evidence**

**(2)** An officer of customs may, in the officer's discretion, require a person seeking to import a copy of a work or other subject-matter under this section to produce satisfactory evidence of the facts necessary to establish the person's right to import the copy.

R.S., 1985, c. C-42, s. 45; R.S., 1985, c. 41 (3rd Suppl.), s. 117; 1993, c. 44, s. 67; 1994, c. 47, s. 67; 1997, c. 24, s. 28.

# PART V

# Administration

## Copyright Office

### Copyright Office

**46** The Copyright Office shall be attached to the Patent Office.

R.S., c. C-30, s. 29.

### Powers of Commissioner and Registrar

**47** The Commissioner of Patents shall exercise the powers conferred and perform the duties imposed on him by this Act under the direction of the Minister, and, in the absence of the Commissioner of Patents or if the Commissioner is unable to act, the Registrar of Copyrights or other officer temporarily appointed by the Minister may,

exemplaires — produits avec le consentement du titulaire du droit d'auteur dans le pays de production — d'une œuvre ou d'un autre objet du droit d'auteur;

**c)** en tout temps avant la production au Canada d'exemplaires d'une œuvre ou d'un autre objet du droit d'auteur, d'importer les exemplaires, sauf ceux d'un livre, — produits avec le consentement du titulaire du droit d'auteur dans le pays de production — requis pour l'usage d'un établissement d'enseignement, d'une bibliothèque, d'un service d'archives ou d'un musée;

**d)** d'importer au plus un exemplaire d'un livre — produit avec le consentement du titulaire du droit d'auteur dans le pays de production du livre — pour l'usage d'un établissement d'enseignement, d'une bibliothèque, d'un service d'archives ou d'un musée;

**e)** d'importer des exemplaires de livres d'occasion produits avec le consentement du titulaire du droit d'auteur dans le pays de production, sauf s'il s'agit de livres de nature scientifique, technique ou savante qui sont importés pour servir de manuels scolaires dans un établissement d'enseignement.

**Preuve satisfaisante**

**(2)** Un fonctionnaire de la douane peut, à sa discrétion, exiger que toute personne qui cherche à importer un exemplaire d'une œuvre ou d'un autre objet du droit d'auteur en vertu du présent article lui fournisse la preuve satisfaisante des faits à l'appui de son droit de faire cette importation.

L.R. (1985), ch. C-42, art. 45; L.R. (1985), ch. 41 (3e suppl.), art. 117; 1993, ch. 44, art. 67; 1994, ch. 47, art. 67; 1997, ch. 24, art. 28.

# PARTIE V

# Administration

## Bureau du droit d'auteur

### Bureau du droit d'auteur

**46** Le Bureau du droit d'auteur est attaché au Bureau des brevets.

S.R., ch. C-30, art. 29.

### Pouvoirs du commissaire et du registraire

**47** Sous la direction du ministre, le commissaire aux brevets exerce les pouvoirs que la présente loi lui confère et exécute les fonctions qu'elle lui impose. En cas d'absence ou d'empêchement du commissaire, le registraire des droits d'auteur ou un autre fonctionnaire temporairement nommé par le ministre peut, à titre de commissaire

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 140 of 195

*Copyright*
**PART V** Administration
Copyright Office
**Sections 47-53**

*Droit d'auteur*
**PARTIE V** Administration
Bureau du droit d'auteur
**Articles 47-53**

as Acting Commissioner, exercise those powers and perform those duties under the direction of the Minister.

R.S., c. C-30, s. 30.

### Registrar

**48** There shall be a Registrar of Copyrights.

R.S., c. C-30, s. 31.

### Register of Copyrights, certificates and certified copies

**49** The Commissioner of Patents, the Registrar of Copyrights or an officer, clerk or employee of the Copyright Office may sign certificates and certified copies of the Register of Copyrights.

R.S., 1985, c. C-42, s. 49; 1992, c. 1, s. 47; 1993, c. 15, s. 4.

### Other duties of Registrar

**50** The Registrar of Copyrights shall perform such other duties in connection with the administration of this Act as may be assigned to him by the Commissioner of Patents.

R.S., c. C-30, s. 33.

**51** [Repealed, 1992, c. 1, s. 48]

### Control of business and officials

**52** The Commissioner of Patents shall, subject to the Minister, oversee and direct the officers, clerks and employees of the Copyright Office, have general control of the business thereof and perform such other duties as are assigned to him by the Governor in Council.

R.S., c. C-30, s. 35.

### Register to be evidence

**53 (1)** The Register of Copyrights is evidence of the particulars entered in it, and a copy of an entry in the Register is evidence of the particulars of the entry if it is certified by the Commissioner of Patents, the Registrar of Copyrights or an officer, clerk or employee of the Copyright Office as a true copy.

### Owner of copyright

**(2)** A certificate of registration of copyright is evidence that the copyright subsists and that the person registered is the owner of the copyright.

### Assignee

**(2.1)** A certificate of registration of an assignment of copyright is evidence that the right recorded on the certificate has been assigned and that the assignee registered is the owner of that right.

suppléant, exercer ces pouvoirs et exécuter ces fonctions sous la direction du ministre.

S.R., ch. C-30, art. 30.

### Registraire

**48** Est nommé un registraire des droits d'auteur.

S.R., ch. C-30, art. 31.

### Inscription, certificat et copie

**49** Les certificats et copies certifiées conformes d'inscriptions faites dans le registre des droits d'auteur peuvent être signés par le commissaire aux brevets, le registraire des droits d'auteur ou tout membre du personnel du Bureau du droit d'auteur.

L.R. (1985), ch. C-42, art. 49; 1992, ch. 1, art. 47; 1993, ch. 15, art. 4.

### Autres attributions du registraire

**50** Le registraire des droits d'auteur exerce, relativement à l'administration de la présente loi, les autres fonctions que peut lui attribuer le commissaire aux brevets.

S.R., ch. C-30, art. 33.

**51** [Abrogé, 1992, ch. 1, art. 48]

### Direction des affaires et fonctionnaires

**52** Sous la direction du ministre, le commissaire aux brevets assure la direction et contrôle la gestion du personnel du Bureau du droit d'auteur, exerce l'administration générale des affaires de ce Bureau et exerce les autres fonctions que lui attribue le gouverneur en conseil.

S.R., ch. C-30, art. 35.

### Preuve

**53 (1)** Le registre des droits d'auteur, de même que la copie d'inscriptions faites dans ce registre, certifiée conforme par le commissaire aux brevets, le registraire des droits d'auteur ou tout membre du personnel du Bureau du droit d'auteur, fait foi de son contenu.

### Titulaire du droit d'auteur

**(2)** Le certificat d'enregistrement du droit d'auteur constitue la preuve de l'existence du droit d'auteur et du fait que la personne figurant à l'enregistrement en est le titulaire.

### Cessionnaire

**(2.1)** Le certificat d'enregistrement de la cession d'un droit d'auteur constitue la preuve que le droit qui y est inscrit a été cédé et que le cessionnaire figurant à l'enregistrement en est le titulaire.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 141 of 195

*Copyright*
**PART V** Administration
Copyright Office
**Sections 53-54**

*Droit d'auteur*
**PARTIE V** Administration
Bureau du droit d'auteur
**Articles 53-54**

### Licensee

**(2.2)** A certificate of registration of a licence granting an interest in a copyright is evidence that the interest recorded on the certificate has been granted and that the licensee registered is the holder of that interest.

### Admissibility

**(3)** A certified copy or certificate appearing to have been issued under this section is admissible in all courts without proof of the signature or official character of the person appearing to have signed it.

R.S., 1985, c. C-42, s. 53; 1992, c. 1, s. 49; 1993, c. 15, s. 5; 1997, c. 24, s. 30.

## Registration

### Register of Copyrights

**54 (1)** The Minister shall cause to be kept at the Copyright Office a register to be called the Register of Copyrights in which may be entered

**(a)** the names or titles of works and of other subject-matter in which copyright subsists;

**(b)** the names and addresses of authors, performers, makers of sound recordings, broadcasters, owners of copyright, assignees of copyright, and persons to whom an interest in copyright has been granted by licence; and

**(c)** such other particulars as may be prescribed by regulation.

**(2)** [Repealed, 1997, c. 24, s. 31]

### Single entry sufficient

**(3)** In the case of an encyclopaedia, newspaper, review, magazine or other periodical work, or work published in a series of books or parts, it is not necessary to make a separate entry for each number or part, but a single entry for the whole work is sufficient.

### Indices

**(4)** There shall also be kept at the Copyright Office such indices of the Register established under this section as may be prescribed by regulation.

### Inspection and extracts

**(5)** The Register and indices established under this section shall at all reasonable times be open to inspection, and any person is entitled to make copies of or take extracts from the Register.

### Titulaire de licence

**(2.2)** Le certificat d'enregistrement de la licence accordant un intérêt dans un droit d'auteur constitue la preuve que l'intérêt qui y est inscrit a été concédé par licence et que le titulaire de la licence figurant au certificat d'enregistrement détient cet intérêt.

### Admissibilité en preuve

**(3)** Les copies certifiées conformes et les certificats censés être délivrés selon les paragraphes (1) ou (2) sont admissibles en preuve sans qu'il soit nécessaire de prouver l'authenticité de la signature qui y est apposée ou la qualité officielle du signataire.

L.R. (1985), ch. C-42, art. 53; 1992, ch. 1, art. 49; 1993, ch. 15, art. 5; 1997, ch. 24, art. 30.

## Enregistrement

### Registre des droits d'auteur

**54 (1)** Le ministre fait tenir, au Bureau du droit d'auteur, un registre des droits d'auteur pour l'inscription :

**a)** des noms ou titres des œuvres ou autres objets du droit d'auteur;

**b)** des noms et adresses des auteurs, artistes-interprètes, producteurs d'enregistrements sonores, radiodiffuseurs et autres titulaires de droit d'auteur, des cessionnaires de droit d'auteur et des titulaires de licences accordant un intérêt dans un droit d'auteur;

**c)** de tous autres détails qui peuvent être prévus par règlement.

**(2)** [Abrogé, 1997, ch. 24, art. 31]

### Une seule inscription suffit

**(3)** Dans le cas d'une encyclopédie, d'un journal, revue, magazine ou autre publication périodique, ou d'une œuvre publiée en une série de tomes ou de volumes, il n'est pas nécessaire de faire une inscription distincte pour chaque numéro ou tome, mais une seule inscription suffit pour l'œuvre entière.

### Index

**(4)** Sont aussi établis au Bureau du droit d'auteur, pour le registre tenu en vertu du présent article, les index prévus par règlement.

### Accès

**(5)** Le registre et les index doivent être, à toute heure convenable, accessibles au public, qui peut les reproduire en tout ou en partie.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 142 of 195

*Copyright*
**PART V** Administration
Registration
**Sections 54-56**

*Droit d'auteur*
**PARTIE V** Administration
Enregistrement
**Articles 54-56**

### Former registration effective

**(6)** Any registration made under the *Copyright Act*, chapter 70 of the Revised Statutes of Canada, 1906, has the same force and effect as if made under this Act.

### Subsisting copyright

**(7)** Any work in which copyright, operative in Canada, subsisted immediately before January 1, 1924 is registrable under this Act.

R.S., 1985, c. C-42, s. 54; 1992, c. 1, s. 50; 1997, c. 24, s. 31.

### Copyright in works

**55 (1)** Application for the registration of a copyright in a work may be made by or on behalf of the author of the work, the owner of the copyright in the work, an assignee of the copyright, or a person to whom an interest in the copyright has been granted by licence.

### Application for registration

**(2)** An application under subsection (1) must be filed with the Copyright Office, be accompanied by the fee prescribed by or determined under the regulations, and contain the following information:

**(a)** the name and address of the owner of the copyright in the work;

**(b)** a declaration that the applicant is the author of the work, the owner of the copyright in the work, an assignee of the copyright, or a person to whom an interest in the copyright has been granted by licence;

**(c)** the category of the work;

**(d)** the title of the work;

**(e)** the name of the author and, if the author is dead, the date of the author's death, if known;

**(f)** in the case of a published work, the date and place of the first publication; and

**(g)** any additional information prescribed by regulation.

R.S., 1985, c. C-42, s. 55; 1997, c. 24, s. 32.

### Copyright in subject-matter other than works

**56 (1)** Application for the registration of a copyright in subject-matter other than a work may be made by or on behalf of the owner of the copyright in the subject-matter, an assignee of the copyright, or a person to whom an interest in the copyright has been granted by licence.

### Ancien enregistrement effectif

**(6)** Tout enregistrement effectué en vertu de la *Loi des droits d'auteur*, chapitre 70 des Statuts revisés du Canada de 1906, a la même valeur et le même effet que s'il était effectué en vertu de la présente loi.

### Droit d'auteur existant

**(7)** Est enregistrable, aux termes de la présente loi, toute œuvre sur laquelle existait un droit d'auteur, en vigueur au Canada, immédiatement avant le 1er janvier 1924.

L.R. (1985), ch. C-42, art. 54; 1992, ch. 1, art. 50; 1997, ch. 24, art. 31.

### Œuvres

**55 (1)** La demande d'enregistrement d'un droit d'auteur sur une œuvre peut être faite par l'auteur, le titulaire ou le cessionnaire du droit d'auteur, ou le titulaire d'une licence accordant un intérêt dans ce droit, ou en leur nom.

### Demande d'enregistrement

**(2)** Elle doit être déposée au Bureau du droit d'auteur avec la taxe dont le montant est fixé par les règlements ou déterminé en conformité avec ceux-ci, et comporter les renseignements suivants :

**a)** les nom et adresse du titulaire du droit d'auteur;

**b)** une déclaration précisant que le demandeur est l'auteur, le titulaire ou le cessionnaire de ce droit ou le titulaire d'une licence accordant un intérêt dans celui-ci;

**c)** la catégorie à laquelle appartient l'œuvre;

**d)** le titre de l'œuvre;

**e)** le nom de l'auteur et, s'il est décédé, la date de son décès si elle est connue;

**f)** dans le cas d'une œuvre publiée, la date et le lieu de la première publication;

**g)** tout renseignement supplémentaire prévu par règlement.

L.R. (1985), ch. C-42, art. 55; 1997, ch. 24, art. 32.

### Autres objets du droit d'auteur

**56 (1)** La demande d'enregistrement d'un droit d'auteur sur une prestation, un enregistrement sonore ou un signal de communication peut être faite par le titulaire ou le cessionnaire du droit d'auteur, ou le titulaire d'une licence accordant un intérêt dans ce droit, ou en leur nom.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 143 of 195

*Copyright*
**PART V** Administration
Registration
**Sections** 56-57

*Droit d'auteur*
**PARTIE V** Administration
Enregistrement
**Articles** 56-57

**Application for registration**

**(2)** An application under subsection (1) must be filed with the Copyright Office, be accompanied by the fee prescribed by or determined under the regulations, and contain the following information:

    **(a)** the name and address of the owner of the copyright in the subject-matter;

    **(b)** a declaration that the applicant is the owner of the copyright in the subject-matter, an assignee of the copyright, or a person to whom an interest in the copyright has been granted by licence;

    **(c)** whether the subject-matter is a performer's performance, a sound recording or a communication signal;

    **(d)** the title, if any, of the subject-matter;

    **(e)** the date of

        **(i)** in the case of a performer's performance, its first fixation in a sound recording or, if it is not fixed in a sound recording, its first performance,

        **(ii)** in the case of a sound recording, the first fixation, or

        **(iii)** in the case of a communication signal, its broadcast; and

    **(f)** any additional information prescribed by regulation.

R.S., 1985, c. C-42, s. 56; 1993, c. 15, s. 6; 1997, c. 24, s. 32.

**Recovery of damages**

**56.1** Where a person purports to have the authority to apply for the registration of a copyright under section 55 or 56 on behalf of another person, any damage caused by a fraudulent or erroneous assumption of such authority is recoverable in any court of competent jurisdiction.

1997, c. 24, s. 32.

**Registration of assignment or licence**

**57 (1)** The Registrar of Copyrights shall register an assignment of copyright, or a licence granting an interest in a copyright, on being furnished with

    **(a)** the original instrument or a certified copy of it, or other evidence satisfactory to the Registrar of the assignment or licence; and

    **(b)** the fee prescribed by or determined under the regulations.

**Demande d'enregistrement**

**(2)** Elle doit être déposée au Bureau du droit d'auteur avec la taxe dont le montant est fixé par les règlements ou déterminé en conformité avec ceux-ci, et comporter les renseignements suivants :

    **a)** les nom et adresse du titulaire du droit d'auteur;

    **b)** une déclaration précisant que le demandeur est le titulaire ou le cessionnaire de ce droit, ou le titulaire d'une licence accordant un intérêt dans celui-ci;

    **c)** l'objet du droit d'auteur;

    **d)** son titre, s'il y a lieu;

    **e)** la date de la première fixation d'une prestation au moyen d'un enregistrement sonore, ou de sa première exécution si elle n'est pas ainsi fixée, la date de la première fixation dans le cas de l'enregistrement sonore et la date de l'émission dans le cas du signal de communication;

    **f)** tout renseignement supplémentaire prévu par règlement.

L.R. (1985), ch. C-42, art. 56; 1993, ch. 15, art. 6; 1997, ch. 24, art. 32.

**Recouvrement**

**56.1** Tout dommage causé par erreur ou par l'action frauduleuse d'une personne qui prétend pouvoir au nom de l'une des personnes visées aux articles 55 ou 56 faire une demande d'enregistrement peut être recouvré devant un tribunal compétent.

1997, ch. 24, art. 32.

**Enregistrement d'une cession ou d'une licence**

**57 (1)** Le registraire des droits d'auteur enregistre, sur production du document original ou d'une copie certifiée conforme ou de toute autre preuve qu'il estime satisfaisante et sur paiement de la taxe dont le montant est fixé par les règlements ou déterminé conformément à ceux-ci, l'acte de cession d'un droit d'auteur ou la licence accordant un intérêt dans ce droit.

**(2)** [Repealed, 1992, c. 1, s. 51]

### When assignment or licence is void

**(3)** Any assignment of copyright, or any licence granting an interest in a copyright, shall be adjudged void against any subsequent assignee or licensee for valuable consideration without actual notice, unless the prior assignment or licence is registered in the manner prescribed by this Act before the registering of the instrument under which the subsequent assignee or licensee claims.

### Rectification of Register by the Court

**(4)** The Federal Court may, on application of the Registrar of Copyrights or of any interested person, order the rectification of the Register of Copyrights by

**(a)** the making of any entry wrongly omitted to be made in the Register,

**(b)** the expunging of any entry wrongly made in or remaining on the Register, or

**(c)** the correction of any error or defect in the Register,

and any rectification of the Register under this subsection shall be retroactive from such date as the Court may order.

R.S., 1985, c. C-42, s. 57; 1992, c. 1, s. 51; 1993, c. 15, s. 7; 1997, c. 24, s. 33.

### Execution of instruments

**58 (1)** Any assignment of a copyright, or any licence granting an interest in a copyright, may be executed, subscribed or acknowledged at any place in a treaty country, a Rome Convention country or a WPPT country by the assignor, licensor or secured or hypothecary debtor, before any notary public, commissioner or other official, or the judge of any court, who is authorized by law to administer oaths or certify documents in that place and who also subscribes their signature and affixes to, or impresses on, the assignment or licence their official seal or the seal of the court of which they are a judge.

### Execution of instruments

**(2)** Any assignment of copyright, or any licence granting an interest in a copyright, may be executed, subscribed or acknowledged by the assignor, licensor or mortgagor, in any other foreign country before any notary public, commissioner or other official or the judge of any court of the foreign country, who is authorized to administer oaths or perform notarial acts in that foreign country and whose

**(2)** [Abrogé, 1992, ch. 1, art. 51]

### Annulation de la cession ou de la concession

**(3)** Tout acte de cession d'un droit d'auteur ou toute licence concédant un intérêt dans un droit d'auteur doit être déclaré nul à l'encontre de tout cessionnaire du droit d'auteur ou titulaire de l'intérêt concédé qui le devient subséquemment à titre onéreux sans connaissance de l'acte de cession ou licence antérieur, à moins que celui-ci n'ait été enregistré de la manière prévue par la présente loi avant l'enregistrement de l'instrument sur lequel la réclamation est fondée.

### Rectification des registres par la Cour

**(4)** La Cour fédérale peut, sur demande du registraire des droits d'auteur ou de toute personne intéressée, ordonner la rectification d'un enregistrement de droit d'auteur effectué en vertu de la présente loi :

**a)** soit en y faisant une inscription qui a été omise du registre par erreur;

**b)** soit en radiant une inscription qui a été faite par erreur ou est restée dans le registre par erreur;

**c)** soit en corrigeant une erreur ou un défaut dans le registre.

Pareille rectification du registre a effet rétroactif à compter de la date que peut déterminer la Cour.

L.R. (1985), ch. C-42, art. 57; 1992, ch. 1, art. 51; 1993, ch. 15, art. 7; 1997, ch. 24, art. 33.

### Exécution de la cession ou de la concession

**58 (1)** Tout acte de cession d'un droit d'auteur ou toute licence concédant un intérêt sur un droit d'auteur peut être exécuté, souscrit ou attesté en tout lieu dans un pays signataire ou dans un pays partie à la Convention de Rome ou au traité de l'OIEP par le cédant, le concédant ou le débiteur hypothécaire, devant un notaire public, un commissaire ou autre fonctionnaire ou un juge légalement autorisé à faire prêter serment ou à certifier des documents en ce lieu, qui appose à l'acte sa signature et son sceau officiel ou celui de son tribunal.

### Exécution de la cession ou de la concession

**(2)** La même procédure est valable en tout autre pays étranger, l'autorité du notaire public, commissaire ou autre fonctionnaire ou juge de ce pays étranger devant être certifiée par un agent diplomatique ou consulaire du Canada exerçant ses fonctions dans le pays en question.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 145 of 195

Copyright
**PART V** Administration
Registration
**Sections** 58-60

Droit d'auteur
**PARTIE V** Administration
Enregistrement
**Articles** 58-60

authority shall be proved by the certificate of a diplomatic or consular officer of Canada performing their functions in that foreign country.

### Seals to be evidence

**(3)** The official seal or seal of the court or the certificate of a diplomatic or consular officer is evidence of the execution of the instrument, and the instrument with the seal or certificate affixed or attached thereto is admissible as evidence in any action or proceeding brought under this Act without further proof.

### Other testimony

**(4)** The provisions of subsections (1) and (2) shall be deemed to be permissive only, and the execution of any assignment of copyright, or any licence granting an interest in a copyright, may in any case be proved in accordance with the applicable rules of evidence.

R.S., 1985, c. C-42, s. 58; 1997, c. 24, s. 34; 2012, c. 20, s. 50.

## Fees

### Fees regulations

**59** The Governor in Council may make regulations

**(a)** prescribing fees, or the manner of determining fees, to be paid for anything required or authorized to be done in the administration of this Act; and

**(b)** prescribing the time and manner in which the fees must be paid.

R.S., 1985, c. C-42, s. 59; 1993, c. 15, s. 8.

### PART VI

# Miscellaneous Provisions

## Substituted Right

### Subsistence of substituted right

**60 (1)** Where any person is immediately before January 1, 1924 entitled to any right in any work that is set out in column I of Schedule I, or to any interest in such a right, he is, as from that date, entitled to the substituted right set out in column II of that Schedule, or to the same interest in the substituted right, and to no other right or interest, and the substituted right shall subsist for the term for which it would have subsisted if this Act had been in force at the date when the work was made, and the work had been one entitled to copyright thereunder.

### Sceaux constituent une preuve

**(3)** Un sceau officiel, sceau de tribunal ou certificat d'un agent diplomatique ou consulaire constitue la preuve de l'exécution de l'acte; l'acte portant un tel sceau ou certificat est admissible en preuve dans toute action ou procédure intentée en vertu de la présente loi, sans autre preuve.

### Preuve

**(4)** Les dispositions énoncées aux paragraphes (1) et (2) sont réputées facultatives seulement, et l'exécution de toute cession d'un droit d'auteur ou de toute concession d'un intérêt dans un droit d'auteur par licence peut, dans tous les cas, être prouvée par les règles de preuve applicables en l'occurrence.

L.R. (1985), ch. C-42, art. 58; 1997, ch. 24, art. 34; 2012, ch. 20, art. 50.

## Taxes

### Règlement fixant les taxes

**59** Le gouverneur en conseil peut, par règlement :

**a)** fixer les taxes à acquitter pour tout acte ou service accompli aux termes de la présente loi, ou en préciser le mode de détermination;

**b)** déterminer les modalités de paiement de celles-ci, notamment le délai.

L.R. (1985), ch. C-42, art. 59; 1993, ch. 15, art. 8.

### PARTIE VI

# Divers

## Droits substitués

### Droits substitués

**60 (1)** Quiconque jouit, immédiatement avant le 1$^{er}$ janvier 1924, à l'égard d'une œuvre, d'un droit spécifié dans la colonne I de l'annexe I, ou d'un intérêt dans un droit semblable, bénéficie, à partir de cette date, du droit substitué indiqué dans la colonne II de cette annexe, ou du même intérêt dans le droit substitué, à l'exclusion de tout autre droit ou intérêt; le droit substitué durera aussi longtemps qu'il aurait duré si la présente loi avait été en vigueur au moment où l'œuvre a été créée et que celle-ci eût été admise au droit d'auteur sous son régime.

*Copyright*
**PART VI** Miscellaneous Provisions
Substituted Right
**Section** 60

*Droit d'auteur*
**PARTIE VI** Divers
Droits substitués
**Article** 60

**Where author has assigned the right**

**(2)**  Where the author of any work in which any right that is set out in column I of Schedule I subsists on January 1, 1924 has, before that date, assigned the right or granted any interest therein for the whole term of the right, then at the date when, but for the passing of this Act, the right would have expired, the substituted right conferred by this section shall, in the absence of express agreement, pass to the author of the work, and any interest therein created before January 1, 1924 and then subsisting shall determine, but the person who immediately before the date at which the right would have expired was the owner of the right or interest is entitled at his option either

**(a)** on giving such notice as is hereinafter mentioned, to an assignment of the right or the grant of a similar interest therein for the remainder of the term of the right for such consideration as, failing agreement, may be determined by arbitration, or

**(b)** without any assignment or grant, to continue to reproduce or perform the work in like manner as theretofore subject to the payment, if demanded by the author within three years after the date at which the right would have expired, of such royalties to the author as, failing agreement, may be determined by arbitration, or, where the work is incorporated in a collective work and the owner of the right or interest is the proprietor of that collective work, without any payment,

and the notice referred to in paragraph (a) must be given not more than one year or less than six months before the date at which the right would have expired, and must be sent by registered post to the author, or, if he cannot with reasonable diligence be found, advertised in the *Canada Gazette*.

**Definition of *author***

**(3)**  For the purposes of this section, **author** includes the legal representatives of a deceased author.

**Works made before this Act in force**

**(4)**  Subject to this Act, copyright shall not subsist in any work made before January 1, 1924 otherwise than under and in accordance with the provisions of this section.

R.S., 1985, c. C-42, s. 60; R.S., 1985, c. 10 (4th Supp.), s. 17(F); 1997, c. 24, s. 52(F).

**Lorsque l'auteur a cédé son droit**

**(2)**  Si l'auteur d'une œuvre sur laquelle un droit mentionné à la colonne I de l'annexe I subsiste le 1$^{er}$ janvier 1924 a, avant cette date, cédé le droit ou concédé un intérêt dans ce droit pour toute la durée de celui-ci, alors, à la date où, n'eût été l'adoption de la présente loi, le droit aurait expiré, le droit substitué conféré par le présent article passe, en l'absence de toute convention expresse, à l'auteur de l'œuvre et tout intérêt y afférent ayant pris naissance avant le 1$^{er}$ janvier 1924 et subsistant à cette date prend fin; mais la personne qui, immédiatement avant la date où le droit aurait ainsi expiré, était le titulaire du droit ou de l'intérêt est admise, à son choix :

**a)** sur avis, à recevoir une cession du droit ou la concession d'un intérêt semblable dans ce droit pour la période non expirée de la protection moyennant la considération qui, en l'absence d'une convention, peut être fixée par arbitrage;

**b)** sans une telle cession ou concession, à continuer de reproduire, d'exécuter ou de représenter l'œuvre de la même manière qu'avant cette date sous réserve du paiement à l'auteur, si celui-ci l'exige dans les trois ans après la date où le droit aurait ainsi expiré, des redevances qui, en l'absence de convention, peuvent être fixées par arbitrage, ou sans paiement de ce genre, si l'œuvre est incorporée dans un recueil dont le propriétaire est le titulaire du droit ou de l'intérêt.

L'avis prévu à l'alinéa a) doit être donné dans un délai d'au plus une année et d'au moins six mois avant la date où le droit aurait ainsi pris fin, et être adressé, par lettre recommandée, à l'auteur; si celui-ci reste introuvable, malgré les diligences raisonnables, l'avis doit être publié dans la *Gazette du Canada*.

**Définition de *auteur***

**(3)**  Pour l'application du présent article, sont assimilés à un auteur les représentants légaux d'un auteur décédé.

**Œuvres créées avant l'entrée en vigueur de la présente loi**

**(4)**  Sous réserve des autres dispositions de la présente loi, le droit d'auteur sur les œuvres créées avant le 1$^{er}$ janvier 1924 subsiste uniquement en vertu et en conformité avec les prescriptions du présent article.

L.R. (1985), ch. C-42, art. 60; L.R. (1985), ch. 10 (4$^e$ suppl.), art. 17(F); 1997, ch. 24, art. 52(F).

Copyright
**PART VI** Miscellaneous Provisions
Clerical Errors
**Sections 61-64**

*Droit d'auteur*
**PARTIE VI** Divers
Erreurs matérielles
**Articles 61-64**

# Clerical Errors

### Clerical errors do not invalidate

**61** Clerical errors in any instrument of record in the Copyright Office do not invalidate the instrument, but they may be corrected under the authority of the Registrar of Copyrights.

R.S., 1985, c. C-42, s. 61; 1992, c. 1, s. 52; 1993, c. 15, s. 10.

# Regulations

### Regulations

**62 (1)** The Governor in Council may make regulations

**(a)** for the purposes of paragraph 30.01(6)(d), respecting measures, which may vary according to circumstances specified in the regulations;

**(b)** for the purposes of paragraph 30.02(3)(d), respecting measures, which may vary according to circumstances specified in the regulations;

**(c)** prescribing the form of a notice of claimed infringement referred to in section 41.25 and prescribing the information that must be and that is not permitted to be contained in it;

**(d)** prescribing anything that by this Act is to be prescribed by regulation; and

**(e)** generally for carrying out the purposes and provisions of this Act.

### Rights saved

**(2)** The Governor in Council may make orders for altering, revoking or varying any order in council made under this Act, but any order made under this section does not affect prejudicially any rights or interests acquired or accrued at the date when the order comes into operation, and shall provide for the protection of those rights and interests.

R.S., 1985, c. C-42, s. 62; 1997, c. 24, s. 37; 2012, c. 20, s. 51; 2018, c. 27, s. 246.

# Industrial Designs and Topographies

**63** [Repealed, 1997, c. 24, s. 38]

### Interpretation

**64 (1)** In this section and section 64.1,

***article*** means any thing that is made by hand, tool or machine; (*objet*)

# Erreurs matérielles

### Les erreurs d'écriture n'entraînent pas l'invalidation

**61** Un document d'enregistrement n'est pas invalide en raison d'erreurs d'écriture; elles peuvent être corrigées sous l'autorité du registraire des droits d'auteur.

L.R. (1985), ch. C-42, art. 61; 1992, ch. 1, art. 52; 1993, ch. 15, art. 10.

# Règlements

### Règlements

**62 (1)** Le gouverneur en conseil peut, par règlement :

**a)** prévoir les mesures à prendre pour l'application de l'alinéa 30.01(6)d), lesquelles peuvent varier selon les circonstances précisées;

**b)** prévoir les mesures à prendre pour l'application de l'alinéa 30.02(3)d), lesquelles peuvent varier selon les circonstances précisées;

**c)** prévoir la forme de l'avis prévu à l'article 41.25 et préciser les renseignements qui doivent y figurer et ceux qui ne peuvent pas y figurer;

**d)** prendre toute mesure d'ordre réglementaire prévue par la présente loi;

**e)** prendre toute autre mesure d'application de la présente loi.

### Sauvegarde des droits acquis

**(2)** Le gouverneur en conseil peut prendre les décrets destinés à changer, révoquer ou modifier tout décret pris en vertu de la présente loi. Toutefois, aucun décret pris en vertu du présent article ne porte atteinte ou préjudice aux droits ou intérêts acquis ou nés au moment de la mise à exécution de ce décret, ces droits et intérêts devant y trouver protection.

L.R. (1985), ch. C-42, art. 62; 1997, ch. 24, art. 37; 2012, ch. 20, art. 51; 2018, ch. 27, art. 246.

# Dessins industriels et topographies

**63** [Abrogé, 1997, ch. 24, art. 38]

### Définitions

**64 (1)** Les définitions qui suivent s'appliquent au présent article et à l'article 64.1.

***dessin*** Caractéristiques ou combinaison de caractéristiques visuelles d'un objet fini, en ce qui touche la

Copyright
**PART VI** Miscellaneous Provisions
Industrial Designs and Topographies
**Section** 64

Droit d'auteur
**PARTIE VI** Divers
Dessins industriels et topographies
**Article** 64

**design** means features of shape, configuration, pattern or ornament and any combination of those features that, in a finished article, appeal to and are judged solely by the eye; (*dessin*)

**useful article** means an article that has a utilitarian function and includes a model of any such article; (*objet utilitaire*)

**utilitarian function**, in respect of an article, means a function other than merely serving as a substrate or carrier for artistic or literary matter. (*fonction utilitaire*)

#### Non-infringement re certain designs

**(2)** Where copyright subsists in a design applied to a useful article or in an artistic work from which the design is derived and, by or under the authority of any person who owns the copyright in Canada or who owns the copyright elsewhere,

**(a)** the article is reproduced in a quantity of more than fifty, or

**(b)** where the article is a plate, engraving or cast, the article is used for producing more than fifty useful articles,

it shall not thereafter be an infringement of the copyright or the moral rights for anyone

**(c)** to reproduce the design of the article or a design not differing substantially from the design of the article by

**(i)** making the article, or

**(ii)** making a drawing or other reproduction in any material form of the article, or

**(d)** to do with an article, drawing or reproduction that is made as described in paragraph (c) anything that the owner of the copyright has the sole right to do with the design or artistic work in which the copyright subsists.

#### Exception

**(3)** Subsection (2) does not apply in respect of the copyright or the moral rights in an artistic work in so far as the work is used as or for

**(a)** a graphic or photographic representation that is applied to the face of an article;

**(b)** a trademark or a representation thereof or a label;

configuration, le motif ou les éléments décoratifs. (*design*)

**fonction utilitaire** Fonction d'un objet autre que celle de support d'un produit artistique ou littéraire. (*utilitarian function*)

**objet** Tout ce qui est réalisé à la main ou à l'aide d'un outil ou d'une machine. (*article*)

**objet utilitaire** Objet remplissant une fonction utilitaire, y compris tout modèle ou toute maquette de celui-ci. (*useful article*)

#### Non-violation : cas de certains dessins

**(2)** Ne constitue pas une violation du droit d'auteur ou des droits moraux sur un dessin appliqué à un objet utilitaire, ou sur une œuvre artistique dont le dessin est tiré, ni le fait de reproduire ce dessin, ou un dessin qui n'en diffère pas sensiblement, en réalisant l'objet ou toute reproduction graphique ou matérielle de celui-ci, ni le fait d'accomplir avec un objet ainsi réalisé, ou sa reproduction, un acte réservé exclusivement au titulaire du droit, pourvu que l'objet, de par l'autorisation du titulaire — au Canada ou à l'étranger — remplisse l'une des conditions suivantes :

**a)** être reproduit à plus de cinquante exemplaires;

**b)** s'agissant d'une planche, d'une gravure ou d'un moule, servir à la production de plus de cinquante objets utilitaires.

#### Exception

**(3)** Le paragraphe (2) ne s'applique pas au droit d'auteur ou aux droits moraux sur une œuvre artistique dans la mesure où elle est utilisée à l'une ou l'autre des fins suivantes :

**a)** représentations graphiques ou photographiques appliquées sur un objet;

**b)** marques de commerce, ou leurs représentations, ou étiquettes;

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 149 of 195

Copyright
**PART VI** Miscellaneous Provisions
Industrial Designs and Topographies
**Sections** 64-64.1

Droit d'auteur
**PARTIE VI** Divers
Dessins industriels et topographies
**Articles** 64-64.1

**(c)** material that has a woven or knitted pattern or that is suitable for piece goods or surface coverings or for making wearing apparel;

**(d)** an architectural work that is a building or a model of a building;

**(e)** a representation of a real or fictitious being, event or place that is applied to an article as a feature of shape, configuration, pattern or ornament;

**(f)** articles that are sold as a set, unless more than fifty sets are made; or

**(g)** such other work or article as may be prescribed by regulation.

### Idem

**(4)** Subsections (2) and (3) apply only in respect of designs created after the coming into force of this subsection, and section 64 of this Act and the *Industrial Design Act*, as they read immediately before the coming into force of this subsection, as well as the rules made under them, continue to apply in respect of designs created before that coming into force.

R.S., 1985, c. C-42, s. 64; R.S., 1985, c. 10 (4th Supp.), s. 11; 1993, c. 44, s. 68; 1997, c. 24, s. 39; 2014, c. 20, s. 366(E).

### Non-infringement re useful article features

**64.1 (1)** The following acts do not constitute an infringement of the copyright or moral rights in a work:

**(a)** applying to a useful article features that are dictated solely by a utilitarian function of the article;

**(b)** by reference solely to a useful article, making a drawing or other reproduction in any material form of any features of the article that are dictated solely by a utilitarian function of the article;

**(c)** doing with a useful article having only features described in paragraph (a), or with a drawing or reproduction made as described in paragraph (b), anything that the owner of the copyright has the sole right to do with the work; and

**(d)** using any method or principle of manufacture or construction.

### Exception

**(2)** Nothing in subsection (1) affects

**(a)** the copyright, or

**(b)** the moral rights, if any,

---

**c)** matériel dont le motif est tissé ou tricoté ou utilisable à la pièce ou comme revêtement ou vêtement;

**d)** œuvres architecturales qui sont des bâtiments ou des modèles ou maquettes de bâtiments;

**e)** représentations d'êtres, de lieux ou de scènes réels ou imaginaires pour donner une configuration, un motif ou un élément décoratif à un objet;

**f)** objets vendus par ensembles, pourvu qu'il n'y ait pas plus de cinquante ensembles;

**g)** autres œuvres ou objets désignés par règlement.

### Idem

**(4)** Les paragraphes (2) et (3) ne s'appliquent qu'aux dessins créés après leur entrée en vigueur. L'article 64 de la présente loi et la *Loi sur les dessins industriels*, dans leur version antérieure à l'entrée en vigueur du présent article, et leurs règles d'application, continuent de s'appliquer aux dessins créés avant celle-ci.

L.R. (1985), ch. C-42, art. 64; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 11; 1993, ch. 44, art. 68; 1997, ch. 24, art. 39; 2014, ch. 20, art. 366(A).

### Non-violation : caractéristiques d'objets utilitaires

**64.1 (1)** Ne constitue pas une violation du droit d'auteur ou des droits moraux sur une œuvre le fait :

**a)** de conférer à un objet utilitaire des caractéristiques de celui-ci résultant uniquement de sa fonction utilitaire;

**b)** de faire, à partir seulement d'un objet utilitaire, une reproduction graphique ou matérielle des caractéristiques de celui-ci qui résultent uniquement de sa fonction utilitaire;

**c)** d'accomplir, avec un objet visé à l'alinéa a) ou avec une reproduction visée à l'alinéa b), un acte réservé exclusivement au titulaire du droit;

**d)** d'utiliser tout principe ou toute méthode de réalisation de l'œuvre.

### Exception

**(2)** Le paragraphe (1) ne vise pas le droit d'auteur ou, le cas échéant, les droits moraux sur tout enregistrement sonore, film cinématographique ou autre support, à l'aide desquels l'œuvre peut être reproduite, représentée ou exécutée mécaniquement.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 11; 1997, ch. 24, art. 40.

Droit d'auteur
**PARTIE VI** Divers
Dessins industriels et topographies
**Articles** 64.1-66

in any sound recording, cinematograph film or other contrivance by means of which a work may be mechanically reproduced or performed.

R.S., 1985, c. 10 (4th Supp.), s. 11; 1997, c. 24, s. 40.

### Application of Act to topographies

**64.2 (1)** This Act does not apply, and shall be deemed never to have applied, to any topography or to any design, however expressed, that is intended to generate all or part of a topography.

### Computer programs

**(2)** For greater certainty, the incorporation of a computer program into an integrated circuit product or the incorporation of a work into such a computer program may constitute an infringement of the copyright or moral rights in a work.

### Definitions

**(3)** In this section, "topography" and "integrated circuit product" have the same meaning as in the *Integrated Circuit Topography Act*.

1990, c. 37, s. 33.

**65** [Repealed, 1993, c. 44, s. 69]

# PART VII

# Copyright Board

### Establishment

**66 (1)** There is established a Board to be known as the Copyright Board, consisting of not more than five members, including a Chair and a Vice-chair, to be appointed by the Governor in Council.

### Service

**(2)** The members of the Board shall be appointed to serve either full-time or part-time.

### Chair

**(3)** The Chair must be a judge, either sitting or retired, of a superior court.

### Tenure

**(4)** Each member of the Board shall hold office during good behaviour for a term not exceeding five years, but may be removed at any time by the Governor in Council for cause.

### Application de la loi aux topographies

**64.2 (1)** La présente loi ne s'applique pas et est réputée ne s'être jamais appliquée aux topographies ou aux schémas, sous quelque forme qu'ils soient, destinés à produire tout ou partie d'une topographie.

### Programmes informatiques

**(2)** Il est entendu que peut constituer une violation du droit d'auteur ou des droits moraux sur une œuvre l'incorporation de tout programme d'ordinateur dans un circuit intégré ou de toute œuvre dans un tel programme.

### Définitions de *topographie* et *circuit intégré*

**(3)** Pour l'application du présent article, *topographie* et *circuit intégré* s'entendent au sens de la *Loi sur les topographies de circuits intégrés*.

1990, ch. 37, art. 33.

**65** [Abrogé, 1993, ch. 44, art. 69]

# PARTIE VII

# Commission du droit d'auteur

### Constitution

**66 (1)** Est constituée la Commission du droit d'auteur, composée d'au plus cinq commissaires, dont le président et le vice-président, nommés par le gouverneur en conseil.

### Mandat

**(2)** Les commissaires sont nommés à temps plein ou à temps partiel.

### Président

**(3)** Le gouverneur en conseil choisit le président parmi les juges de cour supérieure, en fonction ou à la retraite.

### Durée du mandat

**(4)** Les commissaires sont nommés à titre inamovible pour un mandat maximal de cinq ans, sous réserve de la révocation motivée que prononce le gouverneur en conseil.

*Droit d'auteur*
**PARTIE VII** Commission du droit d'auteur
**Articles** 66-66.3

### Re-appointment

**(5)** A member of the Board is eligible to be re-appointed once only.

### Prohibition

**(6)** A member of the Board shall not be employed in the public service within the meaning of the *Federal Public Sector Labour Relations Act* during the member's term of office.

### Members deemed public service employees

**(7)** A full-time member of the Board, other than the Chair, is deemed to be employed in

    **(a)** the public service for the purposes of the *Public Service Superannuation Act*; and

    **(b)** the federal public administration for the purposes of any regulations made pursuant to section 9 of the *Aeronautics Act*.

R.S., 1985, c. C-42, s. 66; R.S., 1985, c. 10 (1st Supp.), s. 1, c. 10 (4th Supp.), s. 12; 2003, c. 22, s. 154(E), 224(E), 225(E); 2017, c. 9, s. 55; 2018, c. 27, s. 290.

### Duties of Chair

**66.1 (1)** The Chair shall direct the work of the Board and apportion its work among its members.

### Absence or incapacity of Chair

**(2)** If the Chair is absent or incapacitated or if the office of Chair is vacant, the Vice-chair has all the powers and functions of the Chair during the absence, incapacity or vacancy.

### Duties of Vice-chair

**(3)** The Vice-chair is the chief executive officer of the Board and has supervision over and direction of the Board and its staff.

R.S., 1985, c. 10 (4th Supp.), s. 12; 2018, c. 27, s. 291(E).

### Remuneration and expenses

**66.2** The members of the Board shall be paid such remuneration as may be fixed by the Governor in Council and are entitled to be paid reasonable travel and living expenses incurred by them in the course of their duties under this Act while absent from their ordinary place of residence.

R.S., 1985, c. 10 (4th Supp.), s. 12.

### Conflict of interest prohibited

**66.3 (1)** A member of the Board shall not, directly or indirectly, engage in any activity, have any interest in a business or accept or engage in any office or employment that is inconsistent with the member's duties.

### Nouveau mandat

**(5)** Les mandats des commissaires sont renouvelables une seule fois.

### Interdiction de cumul

**(6)** Les commissaires ne peuvent, pendant leur mandat, faire partie de la fonction publique au sens de la *Loi sur les relations de travail dans le secteur public fédéral*.

### Fonctionnaires

**(7)** Les commissaires à temps plein autres que le président sont réputés rattachés :

    **a)** à la fonction publique pour l'application de la *Loi sur la pension de la fonction publique*;

    **b)** à l'administration publique fédérale pour l'application des règlements pris sous le régime de l'article 9 de la *Loi sur l'aéronautique*.

L.R. (1985), ch. C-42, art. 66; L.R. (1985), ch. 10 (1er suppl.), art. 1, ch. 10 (4e suppl.), art. 12; 2003, ch. 22, art. 154(A), 224(A) et 225(A); 2017, ch. 9, art. 55; 2018, ch. 27, art. 290.

### Rôle du président

**66.1 (1)** Le président assume la direction des travaux de la Commission et, notamment, voit à la répartition des tâches entre les commissaires.

### Absence et empêchement

**(2)** En cas d'absence ou d'empêchement du président, ou de vacance de son poste, la présidence est assumée par le vice-président.

### Attributions du vice-président

**(3)** Le vice-président est le premier dirigeant de la Commission et, à ce titre, il en assure la direction et contrôle la gestion de son personnel.

L.R. (1985), ch. 10 (4e suppl.), art. 12; 2018, ch. 27, art. 291(A).

### Rémunération

**66.2** Les commissaires reçoivent la rémunération fixée par le gouverneur en conseil et ont droit aux frais de déplacement et autres entraînés par l'accomplissement de leurs fonctions hors du lieu habituel de leur résidence.

L.R. (1985), ch. 10 (4e suppl.), art. 12.

### Conflits d'intérêt

**66.3 (1)** Les commissaires ne peuvent, directement ou indirectement, se livrer à des activités, avoir des intérêts dans une entreprise, ni occuper de charge ou d'emploi qui sont incompatibles avec leurs fonctions.

*Copyright*
**PART VII** Copyright Board
**Sections** 66.3-66.501

*Droit d'auteur*
**PARTIE VII** Commission du droit d'auteur
**Articles** 66.3-66.501

### Termination of conflict of interest

**(2)** Where a member of the Board becomes aware that he is in a conflict of interest contrary to subsection (1), the member shall, within one hundred and twenty days, terminate the conflict or resign.

R.S., 1985, c. 10 (4th Suppl.), s. 12.

### Staff

**66.4 (1)** Such officers and employees as are necessary for the proper conduct of the work of the Board shall be appointed in accordance with the *Public Service Employment Act*.

### Idem

**(2)** The officers and employees referred to in subsection (1) shall be deemed to be employed in the public service for the purposes of the *Public Service Superannuation Act*.

### Technical assistance

**(3)** The Board may engage on a temporary basis the services of persons having technical or specialized knowledge to advise and assist in the performance of its duties and the Board may, in accordance with Treasury Board directives, fix and pay the remuneration and expenses of those persons.

R.S., 1985, c. 10 (4th Suppl.), s. 12; 2003, c. 22, s. 225(E).

### Concluding matters after membership expires

**66.5 (1)** A member of the Board whose term expires may conclude the matters that the member has begun to consider.

### Decisions

**(2)** Matters before the Board shall be decided by a majority of the members of the Board and the presiding member shall have a second vote in the case of a tie.

R.S., 1985, c. 10 (4th Suppl.), s. 12.

### Fair and equitable

**66.501** The Board shall fix royalty and levy rates and any related terms and conditions under this Act that are fair and equitable, in consideration of

  **(a)** what would have been agreed upon between a willing buyer and a willing seller acting in a competitive market with all relevant information, at arm's length and free of external constraints;

  **(b)** the public interest;

  **(c)** any regulation made under subsection 66.91(1); and

### Suppression du conflit

**(2)** Le commissaire qui apprend l'existence d'un conflit d'intérêt doit, dans les cent vingt jours, y mettre fin ou se démettre de ses fonctions.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12.

### Personnel

**66.4 (1)** Le personnel nécessaire à l'exercice des activités de la Commission est nommé conformément à la *Loi sur l'emploi dans la fonction publique.*

### Présomption

**(2)** Ce personnel est réputé faire partie de la fonction publique pour l'application de la *Loi sur la pension de la fonction publique.*

### Experts

**(3)** La Commission peut, à titre temporaire, retenir les services d'experts pour l'assister dans l'exercice de ses fonctions et, conformément aux instructions du Conseil du Trésor, fixer et payer leur rémunération et leurs frais.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12; 2003, ch. 22, art. 225(A).

### Prolongation

**66.5 (1)** Le commissaire dont le mandat est échu peut terminer les affaires dont il est saisi.

### Décisions

**(2)** Les décisions sont prises à la majorité des commissaires, celui qui préside disposant d'une voix prépondérante en cas de partage.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12.

### Justice et équité

**66.501** La Commission fixe des redevances et des modalités afférentes en vertu de la présente loi qui sont justes et équitables, compte tenu :

  **a)** de ce qui serait convenu entre un acheteur et un vendeur consentants dans un marché concurrentiel avec tous les renseignements pertinents, sans lien de dépendance ni contrainte externe;

  **b)** de l'intérêt public;

  **c)** de tout règlement pris en vertu du paragraphe 66.91(1);

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 153 of 195

*Copyright*
**PART VII** Copyright Board
**Sections 66.501-66.504**

*Droit d'auteur*
**PARTIE VII** Commission du droit d'auteur
**Articles 66.501-66.504**

**(d)** any other criterion that the Board considers appropriate.

2018, c. 27, s. 292.

### Informal and expeditious

**66.502** All matters before the Board shall be dealt with as informally and expeditiously as the circumstances and considerations of fairness permit but, in any case, within any period or no later than any day provided for under this Act.

2018, c. 27, s. 292.

### For greater certainty

**66.503** For greater certainty, any person or entity may authorize any other person or entity to act on their behalf in any matter before the Board.

2018, c. 27, s. 292.

### Case manager

**66.504 (1)** The Chair may assign a member, officer or employee of the Board or a person engaged under subsection 66.4(3) to act as a case manager of a matter before the Board.

### Powers

**(2)** The case manager may give any directions or make any orders with respect to the case management of the matter, but is not permitted to make a direction or order that is inconsistent with

**(a)** this Act;

**(b)** regulations made under subsection 66.6(1), unless authorized to do so under regulations made under paragraph 66.6(1.1)(b); or

**(c)** regulations made under paragraph 66.91(2)(a) to (c), unless authorized to do so under regulations made under paragraph 66.91(2)(d).

### Deemed direction or order of Board

**(3)** A direction given, or an order made, by a case manager is deemed to be a direction or order of the Board, including for the purposes of paragraph 28(1)(j) of the *Federal Courts Act*.

### Delegation

**(4)** The Chair may delegate his or her power under subsection (1) to the Vice-chair.

2018, c. 27, s. 292.

**d)** de tout autre critère qu'elle estime approprié.

2018, ch. 27, art. 292.

### Procédure rapide et informelle

**66.502** Dans la mesure où l'équité et les circonstances le permettent, les affaires dont la Commission est saisie sont instruites avec célérité et sans formalisme, mais en tout état de cause dans tout délai ou au plus tard à toute date prévus sous le régime de la présente loi.

2018, ch. 27, art. 292.

### Précision

**66.503** Il est entendu que toute personne ou entité peut en autoriser une autre à agir en son nom dans toute affaire dont la Commission est saisie.

2018, ch. 27, art. 292.

### Gestion de l'instance

**66.504 (1)** Le président peut, relativement aux affaires dont la Commission est saisie, désigner, à titre de gestionnaire de l'instance, un commissaire, un membre du personnel ou un expert.

### Pouvoirs

**(2)** Le gestionnaire peut donner toute directive ou rendre toute ordonnance relativement à la gestion de l'instance d'une affaire. Cependant il ne peut donner une directive ou rendre une ordonnance qui n'est pas conforme :

**a)** à la présente loi;

**b)** aux règlements pris en vertu du paragraphe 66.6(1), à moins qu'un règlement pris en vertu de l'alinéa 66.6(1.1)b) ne l'y autorise;

**c)** aux règlements pris en vertu des alinéas 66.91(2)a) à c), à moins qu'un règlement pris en vertu de l'alinéa 66.91(2)d) ne l'y autorise.

### Direction ou ordonnance de la Commission

**(3)** Une directive donnée par un gestionnaire de l'instance ou une ordonnance rendue par celui-ci est réputée être une directive ou une ordonnance de la Commission, notamment pour l'application de l'alinéa 28(1)j) de la *Loi sur les cours fédérales*.

### Délégation

**(4)** Le président peut déléguer au vice-président les attributions que lui confère le paragraphe (1).

2018, ch. 27, art. 292.

*Copyright*
**PART VII** Copyright Board
**Sections** 66.51-66.6

*Droit d'auteur*
**PARTIE VII** Commission du droit d'auteur
**Articles** 66.51-66.6

### Interim decisions

**66.51** The Board may, on application, make an interim decision.

R.S., 1985, c. 10 (4th Suppl.), s. 12.

### Variation of decisions

**66.52** A decision of the Board respecting royalties or their related terms and conditions that is made under subsection 70(1), 71(2), 76.1(1) or 83(8) may, on application, be varied by the Board if, in its opinion, there has been a material change in circumstances since the decision was made.

R.S., 1985, c. 10 (4th Suppl.), s. 12; 1988, c. 65, s. 64; 1997, c. 24, s. 42; 2018, c. 27, s. 293.

### Regulations

**66.6 (1)** The Board may, with the approval of the Governor in Council, make regulations governing

**(a)** the practice and procedure in respect of the Board's hearings, including the number of members of the Board that constitutes a quorum;

**(b)** the time and manner in which applications and notices must be made or given;

**(c)** the establishment of forms for the making or giving of applications and notices; and

**(d)** the carrying out of the work of the Board, the management of its internal affairs and the duties of its officers and employees.

### Case management

**(1.1)** The Board may, with the approval of the Governor in Council, make regulations governing the case management of matters before the Board, including regulations

**(a)** governing the directions a case manager may give and the orders they may make; and

**(b)** authorizing a case manager to give a direction or make an order that adapts, restricts or excludes the application of any provision of regulations made under subsection (1) to a matter or any step in a matter.

### Publication of proposed regulations

**(2)** A copy of each regulation that the Board proposes to make under subsection (1) or (1.1) shall be published in

### Décisions provisoires

**66.51** La Commission peut, sur demande, rendre des décisions provisoires.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12.

### Modifications de décisions

**66.52** La Commission peut, sur demande, modifier toute décision relative aux redevances ou aux modalités afférentes rendue au titre des paragraphes 70(1), 71(2), 76.1(1) ou 83(8), si, à son avis, les circonstances qui existaient au moment de rendre cette décision ont évolué de manière importante.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12; 1988, ch. 65, art. 64; 1997, ch. 24, art. 42; 2018, ch. 27, art. 293.

### Règlement

**66.6 (1)** La Commission peut, avec l'approbation du gouverneur en conseil, prendre des règlements régissant :

**a)** la pratique et la procédure des audiences, ainsi que le quorum;

**b)** les modalités, y compris les délais, d'établissement des demandes et les avis à donner;

**c)** l'établissement de formules pour les demandes et les avis;

**d)** de façon générale, l'exercice de ses activités, la gestion de ses affaires et les fonctions de son personnel.

### Gestion de l'instance

**(1.1)** La Commission peut, avec l'approbation du gouverneur en conseil, prendre des règlements régissant la gestion de l'instance relativement aux affaires dont cette Commission est saisie, notamment, des règlements :

**a)** régissant les directives qu'un gestionnaire de l'instance peut donner et les ordonnances qu'il peut rendre;

**b)** permettant à celui-ci de donner une directive ou de rendre une ordonnance qui adapte, restreint ou exclut l'application à une affaire, ou à une de ses étapes, de toute disposition d'un règlement pris en vertu du paragraphe (1).

### Publication des projets de règlement

**(2)** Les projets de règlements d'application des paragraphes (1) ou (1.1) sont publiés dans la *Gazette du Canada* au moins soixante jours avant la date prévue

*Copyright*
**PART VII** Copyright Board
**Sections** 66.6-66.71

*Droit d'auteur*
**PARTIE VII** Commission du droit d'auteur
**Articles** 66.6-66.71

the *Canada Gazette* at least 60 days before the regulation's proposed effective date, and a reasonable opportunity shall be given to interested persons to make representations with respect to the regulation.

pour leur entrée en vigueur, les intéressés se voyant accorder la possibilité de présenter à la Commission leurs observations.

#### Exception

**(3)** No proposed regulation that has been published pursuant to subsection (2) need again be published under that subsection, whether or not it has been altered as a result of representations made with respect thereto.

R.S., 1985, c. 10 (4th Supp.), s. 12; 2018, c. 27, s. 294.

#### Exception

**(3)** Ne sont pas visés les projets de règlement déjà publiés dans les conditions prévues au paragraphe (2), même s'ils ont été modifiés à la suite des observations.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12; 2018, ch. 27, art. 294.

#### General powers, etc.

**66.7 (1)** The Board has, with respect to the attendance, swearing and examination of witnesses, the production and inspection of documents, the enforcement of its decisions and other matters necessary or proper for the due exercise of its jurisdiction, all such powers, rights and privileges as are vested in a superior court of record.

#### Attributions générales

**66.7 (1)** La Commission a, pour la comparution, la prestation de serments, l'assignation et l'interrogatoire des témoins, ainsi que pour la production d'éléments de preuve, l'exécution de ses décisions et toutes autres questions relevant de sa compétence, les attributions d'une cour supérieure d'archives.

#### Enforcement of decisions

**(2)** Any decision of the Board may, for the purposes of its enforcement, be made an order of the Federal Court or of any superior court and is enforceable in the same manner as an order thereof.

#### Assimilation

**(2)** Les décisions de la Commission peuvent, en vue de leur exécution, être assimilées à des actes de la Cour fédérale ou de toute cour supérieure; le cas échéant, leur exécution s'effectue selon les mêmes modalités.

#### Procedure

**(3)** To make a decision of the Board an order of a court, the usual practice and procedure of the court in such matters may be followed or a certified copy of the decision may be filed with the registrar of the court and thereupon the decision becomes an order of the court.

#### Procédure

**(3)** L'assimilation se fait selon la pratique et la procédure suivies par le tribunal saisi ou par la production au greffe du tribunal d'une copie certifiée conforme de la décision. La décision devient dès lors un acte du tribunal.

#### Effect of variation of decision

**(4)** Where a decision of the Board that has been made an order of a court is varied by a subsequent decision of the Board, the order of the court shall be deemed to have been varied accordingly and the subsequent decision may, in the same manner, be made an order of the court.

R.S., 1985, c. 10 (4th Supp.), s. 12; 2002, c. 8, s. 131(F).

#### Décisions modificatives

**(4)** Les décisions qui modifient les décisions déjà assimilées à des actes d'un tribunal sont réputées modifier ceux-ci et peuvent, selon les mêmes modalités, faire l'objet d'une assimilation.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12; 2002, ch. 8, art. 131(F).

#### Distribution, publication of notices

**66.71** Independently of any other provision of this Act relating to the distribution or publication of information or documents by the Board, the Board may at any time cause to be distributed or published, in any manner and on any terms and conditions that it sees fit, any notice that it sees fit to be distributed or published.

1997, c. 24, s. 43.

#### Publication d'avis

**66.71** La Commission peut en tout temps ordonner l'envoi ou la publication de tout avis qu'elle estime nécessaire, indépendamment de toute autre disposition de la présente loi relative à l'envoi ou à la publication de renseignements ou de documents, ou y procéder elle-même, et ce de la manière et aux conditions qu'elle estime indiquées.

1997, ch. 24, art. 43.

*Copyright*
**PART VII** Copyright Board
Sections 66.8-66.91

*Droit d'auteur*
**PARTIE VII** Commission du droit d'auteur
Articles 66.8-66.91

## Studies

**66.8** The Board shall conduct such studies with respect to the exercise of its powers as are requested by the Minister.

R.S., 1985, c. 10 (4th Supp.), s. 12.

## Report

**66.9 (1)** The Board shall, not later than August 31 in each year, submit to the Governor in Council through the Minister an annual report on the Board's activities for the preceding year describing briefly the applications made to the Board, the Board's decisions and any other matter that the Board considers relevant.

## Tabling

**(2)** The Minister shall cause a copy of each annual report to be laid before each House of Parliament on any of the first fifteen days on which that House is sitting after the Minister receives the report.

R.S., 1985, c. 10 (4th Supp.), s. 12.

## Regulations

**66.91 (1)** The Governor in Council may make regulations issuing policy directions to the Board and establishing general criteria to be applied by the Board or to which the Board must have regard

**(a)** in establishing fair and equitable royalties to be paid pursuant to this Act; and

**(b)** in rendering its decisions in any matter within its jurisdiction.

## Regulations regarding time

**(2)** The Governor in Council may make regulations

**(a)** establishing the day by which, or the period within which, a matter before the Board — and any procedural step in the matter, whether set out in a provision of this Act or not — must be completed;

**(b)** establishing the minimum length of the effective period for the purposes of subsections 68.1(2) and 83(4);

**(c)** establishing a day for the purposes of paragraph 73.4(b); and

**(d)** authorizing the Board or a case manager to give a direction or make an order that adapts, restricts or excludes the application of any provision of regulations made under any of paragraphs (a) to (c) to a matter or any step in a matter.

## Études

**66.8** À la demande du ministre, la Commission effectue toute étude touchant ses attributions.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12.

## Rapport

**66.9 (1)** Au plus tard le 31 août, la Commission présente au gouverneur en conseil, par l'intermédiaire du ministre, un rapport annuel de ses activités résumant les demandes qui lui ont été présentées et les conclusions auxquelles elle est arrivée et toute autre question qu'elle estime pertinente.

## Dépôt

**(2)** Le ministre fait déposer le rapport devant chaque chambre du Parlement dans les quinze premiers jours de séance de celle-ci suivant sa réception.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12.

## Règlements

**66.91 (1)** Le gouverneur en conseil peut, par règlement, donner des instructions sur des questions d'orientation à la Commission et établir les critères de nature générale à suivre par celle-ci, ou à prendre en compte par celle-ci, dans les domaines suivants :

**a)** la fixation des redevances justes et équitables à verser aux termes de la présente loi;

**b)** le prononcé des décisions de la Commission dans les cas qui relèvent de la compétence de celle-ci.

## Règlements établissant des délais

**(2)** Le gouverneur en conseil peut par règlement :

**a)** prévoir les dates auxquelles, ou les délais dans lesquels, les affaires dont la Commission est saisie doivent être tranchées et les étapes procédurales d'une affaire, mentionnées dans la présente loi ou non, doivent être terminées;

**b)** établir la période d'application minimale pour l'application des paragraphes 68.1(2) et 83(4);

**c)** prévoir une date pour l'application de l'article 73.4;

**d)** permettre à la Commission ou au gestionnaire de l'instance de donner une directive ou de rendre une ordonnance qui adapte, restreint ou exclut l'application à une affaire, ou à une de ses étapes, de toute disposition d'un règlement pris en vertu des alinéas a) à c).

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 157 of 195

*Copyright*
**PART VII** Copyright Board
**Sections** 66.91-67.2

*Droit d'auteur*
**PARTIE VII** Commission du droit d'auteur
**Articles** 66.91-67.2

**Inconsistency or conflict**

**(3)** Regulations made under subsection (2) prevail over regulations made under subsection 66.6(1) or (1.1) to the extent of an inconsistency or conflict between them.

1997, c. 24, s. 44; 2018, c. 27, s. 295.

**Incompatibilité**

**(3)** En cas d'incompatibilité, les règlements pris en vertu du paragraphe (2) l'emportent sur tout règlement pris en vertu du paragraphe 66.6(1) ou (1.1).

1997, ch. 24, art. 44; 2018, ch. 27, art. 295.

# PART VII.1

# Collective Administration of Copyright

## Collective Societies

### Filing of proposed tariffs

**67 (1)** A collective society may file a proposed tariff with the Board for the purpose of establishing royalties with respect to rights the collective society administers under section 3, 15, 18, 19 or 21.

# PARTIE VII.1

# Gestion collective du droit d'auteur

## Sociétés de gestion

### Dépôt d'un projet de tarif

**67 (1)** En vue de l'établissement des redevances à verser relativement aux droits qu'elles administrent et qui sont prévus aux articles 3, 15, 18, 19 ou 21, les sociétés de gestion peuvent déposer auprès de la Commission un projet de tarif.

### Mandatory filing for certain royalties

**(2)** However, a collective society shall file a proposed tariff with the Board for the purpose of establishing royalties referred to in subsection 29.7(2) or (3) or paragraph 31(2)(d).

### Dépôt obligatoire d'un projet de tarif

**(2)** Toutefois, en vue de l'établissement des redevances visées aux paragraphes 29.7(2) ou (3) ou à l'alinéa 31(2)d), les sociétés de gestion sont tenues de déposer auprès de la Commission un projet de tarif.

### Entering into agreements

**(3)** A collective society may enter into agreements for the purpose of establishing royalties with respect to rights the collective society administers under section 3, 15, 18, 19 or 21, other than royalties referred to in subsection 29.7(2) or (3) or paragraph 31(2)(d).

R.S., 1985, c. C-42, s. 67; R.S., 1985, c. 10 (1st Supp.), s. 1, c. 10 (4th Supp.), s. 12; 1993, c. 23, s. 3; 1997, c. 24, s. 45; 2018, c. 27, s. 296.

### Conclusion d'une entente

**(3)** En vue de l'établissement des redevances à verser relativement aux droits qu'elles administrent et qui sont prévus aux articles 3, 15, 18, 19 ou 21 — à l'exclusion des redevances visées aux paragraphes 29.7(2) ou (3) ou à l'alinéa 31(2)d) —, les sociétés de gestion peuvent également conclure des ententes.

L.R. (1985), ch. C-42, art. 67; L.R. (1985), ch. 10 (1er suppl.), art. 1, ch. 10 (4e suppl.), art. 12; 1993, ch. 23, art. 3; 1997, ch. 24, art. 45; 2018, ch. 27, art. 296.

### Designation of collective society — paragraph 19(2)(a)

**67.1** On application by a collective society, the Board may designate the collective society as the sole collective society authorized to collect all royalties referred to in paragraph 19(2)(a) with respect to a sound recording of a musical work.

R.S., 1985, c. 10 (4th Supp.), s. 12; 1997, c. 24, s. 45; 2001, c. 34, s. 35(E); 2012, c. 20, s. 52; 2018, c. 27, s. 296.

### Désignation pour l'application de l'alinéa 19(2)a)

**67.1** Sur demande d'une société de gestion, la Commission peut la désigner comme étant la seule autorisée à percevoir, relativement à un enregistrement sonore d'une œuvre musicale, les redevances mentionnées à l'alinéa 19(2)a).

L.R. (1985), ch. 10 (4e suppl.), art. 12; 1997, ch. 24, art. 45; 2001, ch. 34, art. 35(A); 2012, ch. 20, art. 52; 2018, ch. 27, art. 296.

### Requests regarding repertoire

**67.2** A collective society shall answer, within a reasonable time, all reasonable requests from any person for information about its repertoire of works, performer's performances, sound recordings or communication signals.

R.S., 1985, c. 10 (4th Supp.), s. 12; 1993, c. 23, s. 4, c. 44, ss. 71, 79; 1997, c. 24, s. 45; 2018, c. 27, s. 296.

### Demandes relatives au répertoire

**67.2** Les sociétés de gestion sont tenues de répondre, dans un délai raisonnable, aux demandes de renseignements raisonnables de toute personne concernant leur

Droit d'auteur
**PARTIE VII.1** Gestion collective du droit d'auteur
Sociétés de gestion
**Articles 67.2-68.2**

répertoire d'œuvres, de prestations, d'enregistrements sonores ou de signaux de communication.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 12; 1993, ch. 23, art. 4, ch. 44, art. 71 et 79; 1997, ch. 24, art. 45; 2018, ch. 27, art. 296.

**67.3**  [Repealed, 1997, c. 24, s. 45]

**67.3**  [Abrogé, 1997, ch. 24, art. 45]

# Tariffs

# Tarifs

## Proposed Tariffs

## Projets de tarif

### Filing

**68**  A proposed tariff must be filed no later than October 15 of the second calendar year before the calendar year in which the proposed tariff is to take effect or, if a day is established under regulations made under subsection 66.91(2), no later than that day.

R.S., 1985, c. C-42, s. 68; R.S., 1985, c. 10 (4th Suppl.), s. 13; 1993, c. 23, s. 5; 1997, c. 24, s. 45; 2012, c. 20, s. 53; 2018, c. 27, s. 296.

### Dépôt

**68**  Le projet de tarif est déposé au plus tard soit le 15 octobre de la deuxième année civile précédant l'année civile au cours de laquelle est prévue la prise d'effet du projet de tarif, soit à la date prévue par règlement pris en vertu du paragraphe 66.91(2).

L.R. (1985), ch. C-42, art. 68; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 13; 1993, ch. 23, art. 5; 1997, ch. 24, art. 45; 2012, ch. 20, art. 53; 2018, ch. 27, art. 296.

### Form and content

**68.1 (1)**  A proposed tariff must be filed in both official languages and include

**(a)**  the acts to which the tariff is to apply;

**(b)**  the proposed royalty rates and any related terms and conditions; and

**(c)**  the effective period of the proposed tariff.

### Forme et teneur

**68.1 (1)**  Le projet de tarif est déposé dans les deux langues officielles et prévoit, notamment :

**a)**  les actes visés par le projet de tarif;

**b)**  les redevances envisagées et toute modalité afférente;

**c)**  la période d'application du tarif proposé.

### Minimum effective period

**(2)**  A proposed tariff's effective period must be at least three calendar years or, if a minimum period is established under regulations made under subsection 66.91(2), at least that minimum period.

1997, c. 24, s. 45; 2018, c. 27, s. 296.

### Période d'application minimale

**(2)**  La période d'application est d'au moins soit trois années civiles, soit, si une période minimale est établie par règlement pris en vertu du paragraphe 66.91(2), cette période minimale.

1997, ch. 24, art. 45; 2018, ch. 27, art. 296.

### Publication and notification

**68.2**  The Board, in the manner that it sees fit,

**(a)**  shall publish the proposed tariff as well as a notice that any objection to the proposed tariff must be filed within the period set out in subsection 68.3(2); and

**(b)**  may distribute a notice — or cause it to be distributed or published, on any terms and conditions that the Board sees fit — of the publication of the tariff and of the notice referred to in paragraph (a) to any person affected by the proposed tariff.

1997, c. 24, s. 45; 2012, c. 20, s. 54; 2018, c. 27, s. 296.

### Publication du projet de tarif

**68.2**  La Commission, de la manière qu'elle estime indiquée :

**a)**  est tenue de publier le projet de tarif ainsi qu'un avis indiquant que toute opposition doit être déposée auprès d'elle dans le délai prévu au paragraphe 68.3(2);

**b)**  peut envoyer à l'intention des personnes touchées par le projet de tarif — ou faire envoyer ou publier aux conditions qu'elle estime indiquées — un avis de la publication du projet de tarif et de l'avis visés à l'alinéa a).

1997, ch. 24, art. 45; 2012, ch. 20, art. 54; 2018, ch. 27, art. 296.

*Copyright*
**PART VII.1** Collective Administration of Copyright
Tariffs
Proposed Tariffs
**Sections 68.3-69**

*Droit d'auteur*
**PARTIE VII.1** Gestion collective du droit d'auteur
Tarifs
Projets de tarif
**Articles 68.3-69**

**Filing of objection**

**68.3 (1)** An objection to a proposed tariff may be filed with the Board by

**(a)** an educational institution, if the proposed tariff is filed for the purpose of collecting royalties referred to in subsection 29.7(2) or (3);

**(b)** a *retransmitter*, as defined in subsection 31(1), if the proposed tariff is filed for the purpose of collecting royalties referred to in paragraph 31(2)(d); or

**(c)** any user, in any other case.

**Time for filing objection**

**(2)** An objection shall be filed no later than the 30th day after the day on which the Board published the proposed tariff under paragraph 68.2(a) or, if a day is established under the regulations made under subsection 66.91(2), no later than that day.

**Copy to collective society**

**(3)** The Board shall provide a copy of the filed objection to the collective society.

2018, c. 27, s. 296.

**Reply to objection**

**68.4 (1)** The collective society may file a reply to an objection with the Board.

**Copy to be provided**

**(2)** The Board shall provide a copy of the filed reply to the person or entity that filed the objection.

2018, c. 27, s. 296.

## Withdrawal or Amendment of Proposed Tariff

### Request to withdraw or amend

**69** A collective society may, before a proposed tariff filed by it has been approved by the Board, make an application to the Board requesting that

**(a)** the proposed tariff be withdrawn; or

**(b)** a reference to an act set out in the proposed tariff be excluded from the approved tariff for all of the proposed effective period or, despite subsection 68.1(2), for a portion of that period.

R.S., 1985, c. C-42, s. 69; R.S., 1985, c. 10 (4th Supp.), s. 14; 1993, c. 44, s. 73; 1997, c. 24, s. 52(F); 2018, c. 27, s. 296.

**Dépôt d'une opposition**

**68.3 (1)** L'opposition peut être déposée auprès de la Commission par :

**a)** un établissement d'enseignement dans le cas d'un projet de tarif déposé pour la perception des redevances visées aux paragraphes 29.7(2) ou (3);

**b)** un *retransmetteur*, au sens du paragraphe 31(1), dans le cas d'un projet de tarif déposé pour la perception des redevances visées à l'alinéa 31(2)d);

**c)** un utilisateur dans tout autre cas.

**Dépôt d'une opposition : délai**

**(2)** L'opposition est déposée soit dans les trente jours suivant la date de la publication du projet de tarif conformément à l'alinéa 68.2a), soit dans le délai établi par règlement pris en vertu du paragraphe 66.91(2).

**Copie à la société de gestion**

**(3)** La Commission fournit une copie de l'opposition à la société de gestion.

2018, ch. 27, art. 296.

**Réponse aux oppositions**

**68.4 (1)** La société de gestion peut déposer auprès de la Commission une réponse aux oppositions dont elle reçoit copie.

**Copie des réponses**

**(2)** La Commission fournit à l'opposant concerné une copie de la réponse déposée.

2018, ch. 27, art. 296.

## Retrait ou modification du projet de tarif

### Demande de retrait ou de modification

**69** La société de gestion peut, avant l'homologation d'un projet de tarif qu'elle a déposé, présenter une demande à la Commission en vue du retrait du projet de tarif ou de l'exclusion de toute mention d'un acte visé par le projet de tarif pour toute la période d'application proposée ou, malgré le paragraphe 68.1(2), pour une partie de celle-ci.

L.R. (1985), ch. C-42, art. 69; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 14; 1993, ch. 44, art. 73; 1997, ch. 24, art. 52(F); 2018, ch. 27, art. 296.

Copyright
**PART VII.1** Collective Administration of Copyright
Tariffs
Withdrawal or Amendment of Proposed Tariff
**Sections 69.1-70**

Droit d'auteur
**PARTIE VII.1** Gestion collective du droit d'auteur
Tarifs
Retrait ou modification du projet de tarif
**Articles 69.1-70**

### Approval by Board

**69.1 (1)** The Board shall approve an application made under section 69 if it is satisfied that

**(a)** the collective society has provided sufficient public notice of its intention to make the application;

**(b)** every person who, in respect of the proposed effective period, has paid royalties that would not be payable if the application were approved has

**(i)** consented to the application,

**(ii)** received a refund of the royalties, or

**(iii)** entered into an agreement under subsection 67(3) that covers the act, repertoire or proposed effective period that is the subject of the application; and

**(c)** in the case of an application made under paragraph 69(b) with respect to a portion of the proposed effective period, the application is not made for the purpose of improperly circumventing the required minimum effective period.

### For greater certainty

**(2)** For greater certainty, the approval of an application made under section 69 does not preclude the collective society from filing, in accordance with this Act, a proposed tariff that deals in whole or in part with the act, repertoire or proposed effective period that was the subject of the application.

2018, c. 27, s. 296.

## Approval of Tariffs

### Approval

**70 (1)** The Board shall — within the period, if any, that is established under regulations made under subsection 66.91(2) — approve the proposed tariff after making any alterations to the royalty rates and the related terms and conditions, or fixing any new related terms and conditions, that the Board considers appropriate.

### Factors — performances of musical works and sound recordings

**(2)** In approving a proposed tariff for the performance in public or the communication to the public by telecommunication of performer's performances of musical works, or of sound recordings embodying such performer's performances, the Board shall ensure that

### Approbation par la Commission

**69.1 (1)** La Commission approuve la demande si elle est convaincue à la fois :

**a)** qu'un avis public suffisant de son intention de présenter la demande a été donné par la société de gestion;

**b)** que toute personne ayant versé des redevances relativement à la période d'application proposée qui, en raison de l'approbation de la demande, ne seront plus exigibles :

**(i)** soit a consenti à la demande,

**(ii)** soit a été remboursée,

**(iii)** soit a conclu une entente, au titre du paragraphe 67(3), portant sur l'acte, le répertoire ou la période d'application faisant l'objet de la demande;

**c)** que la demande n'a pas pour but de permettre à la société de gestion de se soustraire indûment aux exigences prévues au paragraphe 68.1(2), dans le cas d'une demande visant à exclure du tarif homologué toute mention d'un acte pour une partie de la période d'application proposée.

### Précision

**(2)** Il est entendu que l'approbation d'une demande n'a pas pour effet d'empêcher la société de gestion de déposer, conformément à la présente loi, un projet de tarif qui porte, en tout ou en partie, sur le même acte, le même répertoire ou la même période d'application que ceux ayant fait l'objet de la demande.

2018, ch. 27, art. 296.

## Homologation du tarif

### Homologation

**70 (1)** Dans le délai établi par règlement pris en vertu du paragraphe 66.91(2), la Commission homologue le projet de tarif après avoir apporté aux redevances et aux modalités afférentes les modifications qu'elle estime appropriées, ou avoir fixé toute nouvelle modalité afférente qu'elle estime appropriée.

### Prestations d'œuvres musicales et enregistrements sonores

**(2)** Lorsqu'elle homologue un projet de tarif pour l'exécution en public ou la communication au public par télécommunication de prestations d'œuvres musicales ou d'enregistrements sonores constitués de ces prestations, la Commission veille à ce que :

*Copyright*
**PART VII.1** Collective Administration of Copyright
Tariffs
Approval of Tariffs
**Section** 70

*Droit d'auteur*
**PARTIE VII.1** Gestion collective du droit d'auteur
Tarifs
Homologation du tarif
**Article** 70

**(a)** the tariff applies in respect of performer's performances and sound recordings only in the situations referred to in section 20;

**(b)** the tariff does not, because of linguistic and content requirements of Canada's broadcasting policy set out in section 3 of the *Broadcasting Act*, place some users that are subject to that Act at a greater financial disadvantage than others; and

**(c)** the payment of royalties by users under section 19 will be made in a single payment.

**Small cable transmission system**

**(3)** The Board shall fix a preferential royalty rate for small cable transmission systems in approving a tariff for

**(a)** the performance in public of musical works or dramatico-musical works, of performer's performances of such works, or of sound recordings embodying such works; or

**(b)** the communication to the public by telecommunication of musical works or dramatico-musical works, other than as described in subsection 31(2), of performer's performances of such works, or of sound recordings embodying such works.

**Small retransmission systems**

**(4)** The Board shall fix a preferential royalty rate for small retransmission systems in approving a tariff for royalties referred to in paragraph 31(2)(d).

**For greater certainty**

**(5)** For greater certainty, the Board may determine, in respect of any tariff that it approves, the portion of the royalties that is to be paid to each collective society.

**No discrimination**

**(6)** For greater certainty, the Board must not discriminate between owners of copyright on the ground of their nationality or residence in approving a tariff for royalties referred to in subsection 29.7(2) or (3) or paragraph 31(2)(d).

**a)** le tarif s'applique aux prestations et enregistrements sonores seulement dans les cas visés à l'article 20;

**b)** le tarif n'ait pas pour effet, en raison d'exigences différentes concernant la langue et le contenu imposées par le cadre de la politique canadienne de radiodiffusion établi à l'article 3 de la *Loi sur la radiodiffusion*, de désavantager sur le plan financier certains utilisateurs assujettis à cette loi;

**c)** le paiement des redevances visées à l'article 19 par les utilisateurs soit fait en un versement unique.

**Petits systèmes de transmission par fil**

**(3)** La Commission fixe un tarif préférentiel pour les petits systèmes de transmission par fil lorsqu'elle procède à l'homologation d'un projet de tarif pour l'un ou l'autre des droits suivants :

**a)** l'exécution en public d'œuvres musicales ou dramatico-musicales, de leurs prestations ou d'enregistrements sonores constitués de ces œuvres ou prestations;

**b)** la communication au public par télécommunication — à l'exclusion de la communication visée au paragraphe 31(2) — d'œuvres musicales ou dramatico-musicales, de leurs prestations ou d'enregistrements sonores constitués de ces œuvres ou prestations.

**Petits systèmes de retransmission**

**(4)** La Commission fixe un taux préférentiel pour les petits systèmes de retransmission, lorsqu'elle procède à l'homologation d'un tarif relativement aux redevances visées à l'alinéa 31(2)d).

**Précision**

**(5)** Il est entendu que la Commission peut, lorsqu'elle homologue un tarif, déterminer la quote-part de chaque société de gestion dans les redevances.

**Précision**

**(6)** Il est entendu que lorsqu'elle homologue un projet de tarif pour la perception des redevances visées aux paragraphes 29.7(2) ou (3) ou à l'alinéa 31(2)d), la Commission ne peut établir de discrimination entre les titulaires de droit d'auteur fondée sur leur nationalité ou leur résidence.

*Copyright*
**PART VII.1** Collective Administration of Copyright
Tariffs
Approval of Tariffs
**Sections 70-70.61 to 70.8**

*Droit d'auteur*
**PARTIE VII.1** Gestion collective du droit d'auteur
Tarifs
Homologation du tarif
**Articles 70-70.61 à 70.8**

### Regulations

**(7)** The Governor in Council may make regulations defining "small cable transmission system" and "small retransmission system" for the purposes of this section.

R.S., 1985, c. C-42, s. 70; R.S., 1985, c. 10 (4th Supp.), s. 15; 2018, c. 27, s. 296; 2020, c. 1, s. 33.

### Publication of approved tariff

**70.1** The Board shall publish the approved tariff in the *Canada Gazette* and provide a copy of it, together with the reasons for the Board's decision, to

**(a)** the collective society that filed the proposed tariff;

**(b)** every collective society that is authorized to collect royalties under the tariff;

**(c)** every person or entity that filed an objection under section 68.3; and

**(d)** any other person or entity that, in the Board's opinion, ought to receive the copy and reasons.

R.S., 1985, c. 10 (4th Supp.), s. 16; 1997, c. 24, s. 46; 2018, c. 27, s. 296.

**70.11** [Repealed, 2018, c. 27, s. 296]

**70.12** [Repealed, 2018, c. 27, s. 296]

**70.13** [Repealed, 2018, c. 27, s. 296]

**70.14** [Repealed, 2018, c. 27, s. 296]

**70.15** [Repealed, 2018, c. 27, s. 296]

**70.16** [Repealed, 2018, c. 27, s. 296]

**70.17** [Repealed, 2018, c. 27, s. 296]

**70.18** [Repealed, 2018, c. 27, s. 296]

**70.19** [Repealed, 2018, c. 27, s. 296]

**70.191** [Repealed, 2018, c. 27, s. 296]

**70.2** [Repealed, 2018, c. 27, s. 296]

**70.3** [Repealed, 2018, c. 27, s. 296]

**70.4** [Repealed, 2018, c. 27, s. 296]

**70.5** [Repealed, 2018, c. 27, s. 296]

**70.6** [Repealed, 2018, c. 27, s. 296]

**70.61 to 70.8** [Repealed, 1997, c. 24, s. 50]

### Règlements

**(7)** Pour l'application du présent article, le gouverneur en conseil peut, par règlement, définir « petit système de transmission par fil » et « petit système de retransmission ».

L.R. (1985), ch. C-42, art. 70; L.R. (1985), ch. 10 (4ᵉ suppl.), art. 15; 2018, ch. 27, art. 296; 2020, ch. 1, art. 33.

### Publication du tarif homologué

**70.1** La Commission publie dans la *Gazette du Canada* le tarif homologué et en envoie copie, accompagnée des motifs de sa décision :

**a)** à la société de gestion ayant déposé le projet de tarif;

**b)** à toute société de gestion autorisée par le tarif à percevoir des redevances;

**c)** à toute personne ou entité ayant déposé une opposition conformément à l'article 68.3;

**d)** à toute autre personne ou entité qui, de l'avis de la Commission, doit les recevoir.

L.R. (1985), ch. 10 (4ᵉ suppl.), art. 16; 1997, ch. 24, art. 46; 2018, ch. 27, art. 296.

**70.11** [Abrogé, 2018, ch. 27, art. 296]

**70.12** [Abrogé, 2018, ch. 27, art. 296]

**70.13** [Abrogé, 2018, ch. 27, art. 296]

**70.14** [Abrogé, 2018, ch. 27, art. 296]

**70.15** [Abrogé, 2018, ch. 27, art. 296]

**70.16** [Abrogé, 2018, ch. 27, art. 296]

**70.17** [Abrogé, 2018, ch. 27, art. 296]

**70.18** [Abrogé, 2018, ch. 27, art. 296]

**70.19** [Abrogé, 2018, ch. 27, art. 296]

**70.191** [Abrogé, 2018, ch. 27, art. 296]

**70.2** [Abrogé, 2018, ch. 27, art. 296]

**70.3** [Abrogé, 2018, ch. 27, art. 296]

**70.4** [Abrogé, 2018, ch. 27, art. 296]

**70.5** [Abrogé, 2018, ch. 27, art. 296]

**70.6** [Abrogé, 2018, ch. 27, art. 296]

**70.61 à 70.8** [Abrogés, 1997, ch. 24, art. 50]

Copyright
**PART VII.1** Collective Administration of Copyright
Fixing of Royalty Rates in Individual Cases
**Section** 71

Droit d'auteur
**PARTIE VII.1** Gestion collective du droit d'auteur
Fixation des redevances dans des cas particuliers
**Article** 71

# Fixing of Royalty Rates in Individual Cases

# Fixation des redevances dans des cas particuliers

### Application to fix

**71 (1)** If a collective society and a user are unable to agree on royalties to be paid with respect to rights under section 3, 15, 18, 19 or 21, other than royalties referred to in subsection 29.7(2) or (3) or paragraph 31(2)(d), or are unable to agree on any related terms and conditions, the collective society or user may, after giving notice to the other party, apply to the Board to fix the royalty rates or any related terms and conditions, or both.

### Demande de fixation

**71 (1)** À défaut d'une entente sur les redevances à verser relativement aux droits prévus aux articles 3, 15, 18, 19 ou 21, ou sur toute modalité afférente, la société de gestion ou l'utilisateur peuvent, après en avoir avisé l'autre partie, demander à la Commission de les fixer, à l'exclusion des redevances visées aux paragraphes 29.7(2) ou (3) ou à l'alinéa 31(2)d).

### Fixing royalties, etc.

**(2)** The Board may, for a period that the Board may specify, fix the royalty rates or their related terms and conditions, or both, as the case may be.

### Fixation des redevances, etc.

**(2)** La Commission peut, pour une période qu'elle précise, fixer les redevances, les modalités afférentes ou les deux.

### Application of subsections 70(2) and (3)

**(3)** Subsections 70(2) and (3) apply, with any necessary modifications, to the fixing of royalty rates or terms and conditions, or both, by the Board under subsection (2).

### Application des paragraphes 70(2) et (3)

**(3)** Les paragraphes 70(2) et (3) s'appliquent, avec les adaptations nécessaires, à toute fixation effectuée par la Commission en vertu du paragraphe (2).

### For greater certainty

**(4)** For greater certainty, the Board may deny an application made under subsection (1) or any part of one.

### Précision

**(4)** Il est entendu que la Commission peut refuser de donner suite à une demande faite en vertu du paragraphe (1) ou à une partie d'une telle demande.

### Copy of decision and reasons

**(5)** The Board shall send a copy of the decision and the reasons for it to the collective society and the user.

### Copie de la décision et de ses motifs

**(5)** La Commission fournit une copie de sa décision, accompagnée de ses motifs, à la société de gestion et à l'utilisateur.

### Definition of *user*

**(6)** In this section, ***user*** means

### Définition de *utilisateur*

**(6)** Au présent article, ***utilisateur*** s'entend de :

**(a)** a user who is not otherwise authorized to do an act referred to in section 3, 15, 18 or 21 in respect of the works, performer's performances, sound recordings or communication signals included in a collective society's repertoire; or

**a)** l'utilisateur qui n'est pas autrement autorisé à exécuter un acte mentionné aux articles 3, 15, 18 ou 21 relativement à une œuvre, à une prestation, à un enregistrement sonore ou à un signal de communication du répertoire d'une société de gestion;

**(b)** a user who is required to pay, in respect of sound recordings included in a collective society's repertoire, a royalty referred to in section 19 that has not otherwise been fixed or agreed on.

**b)** l'utilisateur qui, relativement à un enregistrement sonore du répertoire d'une société de gestion, est tenu de verser, en application de l'article 19, une redevance qui n'a pas autrement été fixée ou convenue.

R.S., 1985, c. C-42, s. 71; 1997, c. 24, s. 50; 2012, c. 20, s. 55; 2018, c. 27, s. 296.

L.R. (1985), ch. C-42, art. 71; 1997, ch. 24, art. 50; 2012, ch. 20, art. 55; 2018, ch. 27, art. 296.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 164 of 195

Copyright
**PART VII.1** Collective Administration of Copyright
Fixing of Royalty Rates in Individual Cases
**Sections 71.1-72**

Droit d'auteur
**PARTIE VII.1** Gestion collective du droit d'auteur
Fixation des redevances dans des cas particuliers
**Articles 71.1-72**

## Agreement

**71.1** The Board shall not proceed with an application under section 71 in respect of any matter in issue on which an agreement has been reached, if a notice is filed with the Board that such an agreement has been reached.

2018, c. 27, s. 296.

# Special Rules Related to Royalty Rates

### Special royalty rates

**72 (1)** Subsections (2) and (3) apply despite the tariffs approved by the Board under section 70, or despite the royalty rates fixed under subsection 71(2), for the performance in public or the communication to the public by telecommunication of performer's performances of musical works or of sound recordings embodying such performer's performances.

### Wireless transmission systems

**(2)** For wireless transmission systems, other than community systems and public transmission systems, broadcasters shall pay

**(a)** $100 on the first $1.25 million of annual advertising revenues in respect of each year; and

**(b)** 100% of the royalties set out in the approved tariff or fixed under subsection 71(2) for that year on any portion of annual advertising revenues exceeding $1.25 million.

### Community systems

**(3)** For community systems, broadcasters shall pay royalties of $100 in respect of each year.

### Effect of paying royalties

**(4)** The payment of the royalties set out in subsection (2) or (3) fully discharges all liabilities of the system in question in respect of the approved tariffs or the royalties fixed under subsection 71(2).

### Definition of *advertising revenues*

**(5)** The Board may, by regulation, define "advertising revenues" for the purposes of subsection (2).

## Entente

**71.1** Le dépôt, avant la fixation, auprès de la Commission d'un avis faisant état d'une entente réglant les questions dont elle est saisie opère dessaisissement à leur égard.

2018, ch. 27, art. 296.

# Règles particulières relatives aux redevances

### Tarifs spéciaux

**72 (1)** Les paragraphes (2) et (3) l'emportent sur tout tarif homologué par la Commission au titre de l'article 70 et sur toute fixation effectuée par la Commission en vertu du paragraphe 71(2) pour l'exécution en public ou la communication au public par télécommunication de prestations d'œuvres musicales ou d'enregistrements sonores constitués de ces prestations.

### Systèmes de transmission par ondes radioélectriques

**(2)** Dans le cas des systèmes de transmission par ondes radioélectriques, à l'exclusion des systèmes communautaires et des systèmes de transmission publics, les radiodiffuseurs :

**a)** payent chaque année 100 $ de redevances sur la partie de leurs recettes publicitaires annuelles qui ne dépasse pas 1,25 million de dollars;

**b)** payent, sur toute partie de leurs recettes publicitaires annuelles qui dépasse 1,25 million de dollars, cent pour cent des redevances établies par le tarif homologué ou fixées par la Commission en vertu du paragraphe 71(2) pour l'année en cause.

### Systèmes communautaires

**(3)** Dans le cas des systèmes communautaires, les radiodiffuseurs payent, chaque année, 100 $ de redevances.

### Effet du paiement des redevances

**(4)** Le paiement des redevances visées à l'un ou l'autre des paragraphes (2) ou (3) libère ces systèmes de toute responsabilité relativement aux tarifs homologués ou aux redevances fixées par la Commission en vertu du paragraphe 71(2).

### Définition de *recettes publicitaires*

**(5)** Pour l'application du paragraphe (2), la Commission peut, par règlement, définir « recettes publicitaires ».

Copyright
**PART VII.1** Collective Administration of Copyright
Special Rules Related to Royalty Rates
**Sections 72-73.1**

*Droit d'auteur*
**PARTIE VII.1** Gestion collective du droit d'auteur
Règles particulières relatives aux redevances
**Articles 72-73.1**

### Regulations

**(6)** The Governor in Council may make regulations defining "community system", "public transmission system" and "wireless transmission system" for the purposes of this section.

1997, c. 24, s. 50; 1999, c. 31, s. 61; 2002, c. 26, s. 3; 2018, c. 27, s. 296.

### Radio performances in places other than theatres

**72.1 (1)** In respect of public performances by means of any radio receiving set in any place other than a theatre that is ordinarily and regularly used for entertainments to which an admission charge is made, no royalties shall be collectable from the owner or user of the radio receiving set, but the Board shall, in so far as possible, provide for the collection in advance from radio broadcasting stations of royalties appropriate to the conditions produced by the provisions of this subsection and shall fix the amount of the same.

### Expenses to be taken into account

**(2)** In fixing royalties under subsection (1), the Board shall take into account all expenses of collection and other outlays, if any, saved or savable by, for or on behalf of the owner of the copyright or performing right concerned or their agents, in consequence of that subsection.

2018, c. 27, s. 296.

## Effects Related to Tariffs and Fixing of Royalty Rates

### Permitted Acts and Enforcement

### Effect of fixing royalties

**73** Without prejudice to any other remedies available to it, the collective society concerned may collect the royalties specified in an approved tariff or fixed by the Board under subsection 71(2) for the applicable period and, in default of their payment, recover them in a court of competent jurisdiction.

1997, c. 24, s. 50; 1999, c. 31, s. 62; 2002, c. 26, s. 4; 2018, c. 27, s. 296.

### Order — compliance with terms and conditions

**73.1** Without prejudice to any other remedies available to it, the collective society concerned may apply to a court of competent jurisdiction for an order directing a person to comply with any terms and conditions that are set out in an approved tariff or that are fixed by the Board under subsection 71(2).

2018, c. 27, s. 296.

### Règlements

**(6)** Pour l'application du présent article, le gouverneur en conseil peut, par règlement, définir « système communautaire », « système de transmission par ondes radioélectriques » et « système de transmission public ».

1997, ch. 24, art. 50; 1999, ch. 31, art. 61; 2002, ch. 26, art. 3; 2018, ch. 27, art. 296.

### Exécutions par radio dans des endroits autres que des théâtres

**72.1 (1)** En ce qui concerne les exécutions publiques au moyen d'un appareil radiophonique récepteur, en tout endroit autre qu'un théâtre servant ordinairement et régulièrement de lieu d'amusement où est exigé un prix d'entrée, aucune redevance n'est exigible du propriétaire ou de l'usager de l'appareil radiophonique récepteur; mais la Commission pourvoit, autant que possible, à la perception anticipée auprès des radio-postes émetteurs des redevances appropriées aux conditions nées des dispositions du présent paragraphe et en détermine le montant.

### Calcul du montant

**(2)** Ce faisant, la Commission tient compte de tous frais de recouvrement et autres déboursés épargnés ou pouvant être épargnés, en conséquence de l'application du paragraphe (1), par le détenteur concerné du droit d'auteur ou du droit d'exécution — ou par ses mandataires, ou pour eux ou en leur faveur.

2018, ch. 27, art. 296.

## Conséquences liées aux tarifs et à la fixation de redevances

### Actes autorisés et recours

### Portée de l'homologation et de la fixation

**73** La société de gestion concernée peut percevoir les redevances figurant au tarif homologué ou fixées par la Commission en vertu du paragraphe 71(2) pour la période d'application et, indépendamment de tout autre recours, en poursuivre le recouvrement en justice.

1997, ch. 24, art. 50; 1999, ch. 31, art. 62; 2002, ch. 26, art. 4; 2018, ch. 27, art. 296.

### Ordonnance : conformité aux modalités afférentes

**73.1** Indépendamment de tout autre recours, la société de gestion concernée peut demander à un tribunal compétent de rendre une ordonnance obligeant une personne à se conformer aux modalités afférentes prévues par un tarif homologué ou fixées par la Commission en vertu du paragraphe 71(2).

2018, ch. 27, art. 296.

Droit d'auteur
**PARTIE VII.1** Gestion collective du droit d'auteur
Conséquences liées aux tarifs et à la fixation de redevances
Actes autorisés et recours
**Articles 73.2-73.4**

## Continuation of rights

**73.2** If a proposed tariff's effective period begins before the proposed tariff is approved, and immediately after the expiry of the previous tariff, then, from the start of the effective period of the proposed tariff until the earlier of its approval and the end of its effective period,

**(a)** any person authorized under the previous tariff to do an act that is referred to in section 3, 15, 18 or 21 and that is covered by the proposed tariff may do so; and

**(b)** the collective society may collect the royalties in accordance with the previous tariff.

2018, c. 27, s. 296.

## Proceedings barred — tariff

**73.3** No proceedings may be brought against a person for the infringement of a right with respect to an act referred to in section 3, 15, 18 or 21 if

**(a)** the person has paid or offered to pay the royalties set out in an approved tariff that apply with respect to that act;

**(b)** in the case where section 73.2 applies with respect to that act, the person has paid or offered to pay the royalties referred to in paragraph 73.2(b); or

**(c)** in the case where no tariff has been approved with respect to that act and section 73.2 does not apply with respect to it, the person has offered to pay the royalties that are included in a proposed tariff and that will apply to that act once the tariff is approved.

2018, c. 27, s. 296.

## Approval of request made under section 69

**73.4** If the Board approves an application made under section 69, no proceedings may be brought against a person for the infringement of a right with respect to an act referred to in section 3, 15, 18 or 21 if

**(a)** the proposed tariff, if approved, will not apply to the act as a result of the Board's approval of the application; and

**(b)** the act occurs during the effective period set out in the proposed tariff and before the first anniversary of the day on which the collective society made its application under section 69 or, if a day has been established by regulations made under subsection 66.91(2), before that day.

2018, c. 27, s. 296.

## Maintien des droits

**73.2** Si l'homologation d'un tarif est postérieure au début de sa période d'application et que celle-ci débute immédiatement après la cessation d'effet du tarif antérieur, pour la période comprise entre le début de la période d'application du projet de tarif et son homologation, ou, si elle est antérieure, la fin de sa période d'application :

**a)** toute personne autorisée par le tarif antérieur à accomplir l'un ou l'autre des actes mentionnés aux articles 3, 15, 18 ou 21 — visés par le projet de tarif — a le droit d'accomplir cet acte;

**b)** la société de gestion concernée peut percevoir les redevances prévues par le tarif antérieur.

2018, ch. 27, art. 296.

## Interdiction des recours

**73.3** Il ne peut être intenté aucun recours pour violation d'un droit à l'égard d'un acte mentionné aux articles 3, 15, 18 ou 21 contre quiconque :

**a)** a payé ou a offert de payer les redevances figurant au tarif homologué applicables à l'égard de l'acte;

**b)** a payé ou a offert de payer les redevances mentionnées à l'alinéa 73.2b), dans le cas où l'article 73.2 s'applique à l'égard de l'acte;

**c)** en l'absence de redevances figurant au tarif homologué applicables à l'égard de l'acte et dans le cas où l'article 73.2 ne s'y applique pas, a offert de payer les redevances figurant à un projet de tarif et qui s'appliqueront à l'égard de l'acte une fois le tarif homologué.

2018, ch. 27, art. 296.

## Approbation d'une demande visée à l'article 69

**73.4** Si la Commission approuve une demande visée à l'article 69, il ne peut être intenté aucun recours pour violation d'un droit à l'égard d'un acte mentionné aux articles 3, 15, 18 ou 21, si le tarif proposé, n'eût été cette approbation, se serait appliqué à cet acte et que la violation est survenue durant la période d'application proposée du projet de tarif et, soit avant le premier anniversaire de la date à laquelle la demande a été faite au titre de l'article 69, soit avant la date prévue par règlement pris en vertu du paragraphe 66.91(2).

2018, ch. 27, art. 296.

Copyright
**PART VII.1** Collective Administration of Copyright
Effects Related to Tariffs and Fixing of Royalty Rates
Permitted Acts and Enforcement
**Sections 73.5-75**

*Droit d'auteur*
**PARTIE VII.1** Gestion collective du droit d'auteur
Conséquences liées aux tarifs et à la fixation de redevances
Actes autorisés et recours
**Articles 73.5-75**

### Effect of fixing of royalties

**73.5 (1)** If any royalties or related terms and conditions are fixed under subsection 71(2) in respect of a person, the person may, during the applicable period and on paying or offering to pay the applicable royalties, do the act referred to in section 3, 15, 18 or 21 with respect to which the royalties or related terms and conditions are fixed, subject to those related terms and conditions and to the terms and conditions established by the collective society and the person.

### Authority during application

**(2)** If an application is made under subsection 71(1), a person in respect of whom royalties or terms and conditions may be fixed may, until the Board's final decision on the application, do an act referred to in section 3, 15, 18 or 21 to which the application applies if the person has offered to pay the applicable royalties in accordance with any applicable related terms and conditions.

2018, c. 27, s. 296.

## Effects of Agreement

### No application

**74** An approved tariff and any royalty rates and related terms and conditions fixed by the Board under subsection 71(2), as well as sections 73.2 to 73.5, do not apply to a person in respect of the matters covered by an agreement referred to in subsection 67(3) that applies to the person.

1997, c. 24, s. 50; 2018, c. 27, s. 296.

## Claim by Copyright Owner — Particular Royalties

### Claims by non-members

**75 (1)** An owner of copyright who does not authorize a collective society to collect, for that person's benefit, royalties referred to in paragraph 31(2)(d) is, if the work is communicated to the public by telecommunication during a period when an approved tariff that is applicable to that kind of work is effective, entitled to be paid those royalties by the collective society that is designated by the Board, of its own motion or on application, subject to the same conditions as those to which a person who has so authorized that collective society is subject.

### Payment to non-members

**(2)** An owner of copyright who does not authorize a collective society to collect, for that person's benefit, royalties referred to in subsection 29.7(2) or (3) is, if such

### Portée de la fixation

**73.5 (1)** Dans le cas où des redevances ou des modalités afférentes ont été fixées par la Commission en vertu du paragraphe 71(2) à l'égard d'une personne, celle-ci peut accomplir, pour la période d'application, les actes mentionnés aux articles 3, 15, 18 ou 21 à l'égard desquels ces redevances ou ces modalités afférentes ont été fixées, si elle paie ou offre de payer les redevances applicables et, le cas échéant, conformément aux modalités afférentes fixées par la Commission et à celles établies par la société de gestion et la personne.

### Pouvoir durant le traitement de la demande

**(2)** Dans le cas où une demande est faite au titre du paragraphe 71(1), la personne à l'égard de laquelle des redevances ou des modalités afférentes pourraient être fixées peut, avant que la Commission ne rende sa décision finale à l'égard de la demande, accomplir les actes mentionnés aux articles 3, 15, 18 ou 21 qui font l'objet de la demande, si elle offre de payer les redevances applicables conformément à toute modalité afférente.

2018, ch. 27, art. 296.

## Portée de l'entente

### Portée de l'entente

**74** Le tarif homologué, toute redevance et toute modalité afférente fixées par la Commission, conformément au paragraphe 71(2), ainsi que les articles 73.2 à 73.5 ne s'appliquent pas à une personne relativement aux questions réglées par toute entente visée au paragraphe 67(3) qui s'applique à elle.

1997, ch. 24, art. 50; 2018, ch. 27, art. 296.

## Réclamation du titulaire du droit d'auteur : redevances particulières

### Réclamations des non-membres

**75 (1)** Le titulaire d'un droit d'auteur qui n'a habilité aucune société de gestion à agir à son profit peut, si son œuvre a été communiquée dans le cadre du paragraphe 31(2) alors qu'un tarif homologué s'appliquait en l'occurrence à ce type d'œuvres, réclamer auprès de la société de gestion désignée par la Commission — d'office ou sur demande — le paiement de ces redevances aux mêmes conditions qu'une personne qui a habilité la société de gestion à cette fin.

### Réclamation des non-membres dans les autres cas

**(2)** Le titulaire d'un droit d'auteur qui n'a habilité aucune société de gestion à agir à son profit pour la perception des redevances visées aux paragraphes 29.7(2) et (3)

*Droit d'auteur*
**PARTIE VII.1** Gestion collective du droit d'auteur
Réclamation du titulaire du droit d'auteur : redevances particulières
**Articles 75-76**

royalties are payable during a period when an approved tariff that is applicable to that kind of work or other subject matter is effective, entitled to be paid those royalties by the collective society that is designated by the Board, of its own motion or on application, subject to the same conditions as those to which a person who has so authorized that collective society is subject.

**Exclusion of other remedies**

**(3)** The entitlement referred to in subsections (1) and (2) is the only remedy of the owner of the copyright for the payment of royalties for the communication, making of the copy or sound recording or performance in public, as the case may be.

**Measures**

**(4)** The Board may, for the purposes of this section,

**(a)** require a collective society to file with the Board information relating to payments of royalties collected by it to the persons who have authorized it to collect those royalties; and

**(b)** by regulation, establish periods of not less than 12 months within which the entitlements referred to in subsections (1) and (2) must be exercised, beginning on

**(i)** the making of the copy, in the case of royalties referred to in subsection 29.7(2),

**(ii)** the performance in public, in the case of royalties referred to in subsection 29.7(3), or

**(iii)** the communication to the public by telecommunication, in the case of royalties referred to in paragraph 31(2)(d).

1997, c. 24, s. 50; 2018, c. 27, s. 296.

# Examination of Agreements

**Definition of *Commissioner***

**76 (1)** For the purposes of this section and section 76.1, ***Commissioner*** means the Commissioner of Competition appointed under the *Competition Act*.

**Filing agreement with the Board**

**(2)** If a collective society enters into an agreement under subsection 67(3) with a user, either party may file a copy of the agreement with the Board within 15 days after it is entered into.

peut, si ces redevances sont exigibles alors qu'un tarif homologué s'appliquait en l'occurrence à ce type d'œuvres ou d'objets du droit d'auteur, réclamer auprès de la société de gestion désignée par la Commission — d'office ou sur demande — le paiement de ces redevances aux mêmes conditions qu'une personne qui a habilité la société de gestion à cette fin.

**Exclusion des autres recours**

**(3)** Les recours visés aux paragraphes (1) et (2) sont les seuls dont dispose le titulaire pour obtenir le paiement des redevances relatives à la communication, à la reproduction, à la production de l'enregistrement sonore ou à l'exécution en public.

**Mesures**

**(4)** Pour l'application du présent article, la Commission peut :

**a)** exiger des sociétés de gestion le dépôt auprès d'elle de tout renseignement relatif aux versements des redevances aux personnes qui les ont habilitées à cette fin;

**b)** établir par règlement les délais de prescription des recours visés aux paragraphes (1) et (2) d'au moins douze mois à compter :

**(i)** dans le cas du paragraphe 29.7(2), de la reproduction,

**(ii)** dans le cas du paragraphe 29.7(3), de l'exécution en public,

**(iii)** dans le cas de l'alinéa 31(2)d), de la communication au public par télécommunication.

1997, ch. 24, art. 50; 2018, ch. 27, art. 296.

# Examen des ententes

**Définition de *commissaire***

**76 (1)** Pour l'application du présent article et de l'article 76.1, ***commissaire*** s'entend du commissaire de la concurrence nommé au titre de la *Loi sur la concurrence*.

**Dépôt auprès de la Commission**

**(2)** Dans les quinze jours suivant la conclusion d'une entente mentionnée au paragraphe 67(3), la société de gestion ou l'utilisateur partie à l'entente peuvent en déposer copie auprès de la Commission.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 169 of 195

Copyright
PART VII.1 Collective Administration of Copyright
Examination of Agreements
Sections 76-77

Droit d'auteur
PARTIE VII.1 Gestion collective du droit d'auteur
Examen des ententes
Articles 76-77

#### Non-application of section 45 of *Competition Act*

**(3)** Section 45 of the *Competition Act* does not apply in respect of any royalties or related terms and conditions arising under an agreement filed in accordance with subsection (2).

#### Access by Commissioner

**(4)** The Commissioner may have access to the copy of an agreement filed in accordance with subsection (2).

#### Request for examination

**(5)** If the Commissioner considers that an agreement filed in accordance with subsection (2) is contrary to the public interest, he or she may, after advising the parties, request that the Board examine it.

1997, c. 24, s. 50; 2012, c. 20, s. 56; 2018, c. 27, s. 296.

#### Examination and fixing of royalty

**76.1 (1)** The Board shall consider a request by the Commissioner to examine an agreement and may, after giving the Commissioner and the parties to the agreement an opportunity to present their arguments, alter the royalties and any related terms and conditions arising under the agreement or fix new related terms and conditions.

#### Copy of decision and reasons

**(2)** The Board shall send a copy of the decision and the reasons for it to the parties and to the Commissioner.

2018, c. 27, s. 296.

# PART VII.2

# Certain Applications to Board

## Owners Who Cannot be Located

#### Circumstances in which licence may be issued by Board

**77 (1)** Where, on application to the Board by a person who wishes to obtain a licence to use

    **(a)** a published work,

    **(b)** a fixation of a performer's performance,

    **(c)** a published sound recording, or

    **(d)** a fixation of a communication signal

in which copyright subsists, the Board is satisfied that the applicant has made reasonable efforts to locate the owner

#### Non application de l'article 45

**(3)** L'article 45 de la *Loi sur la concurrence* ne s'applique pas aux redevances et, le cas échéant, aux modalités afférentes objet de toute entente déposée conformément au paragraphe (2).

#### Accès

**(4)** Le commissaire peut avoir accès à la copie de l'entente.

#### Demande d'examen

**(5)** S'il estime qu'une telle entente est contraire à l'intérêt public, le commissaire peut, après avoir avisé les parties, demander à la Commission d'examiner l'entente.

1997, ch. 24, art. 50; 2012, ch. 20, art. 56; 2018, ch. 27, art. 296.

#### Examen et fixation

**76.1 (1)** La Commission procède à l'examen de la demande. Après avoir donné au commissaire et aux parties la possibilité de faire valoir leurs arguments, elle peut modifier les redevances et les modalités afférentes ou fixer de nouvelles modalités afférentes.

#### Copie et motifs

**(2)** La Commission fournit une copie de sa décision, accompagnée de ses motifs, aux parties et au commissaire.

2018, ch. 27, art. 296.

# PARTIE VII.2

# Demandes particulières à la Commission

## Titulaires introuvables

#### Délivrance d'une licence

**77 (1)** La Commission peut, à la demande de tout intéressé, délivrer une licence autorisant l'accomplissement de tout acte mentionné à l'article 3 à l'égard d'une œuvre publiée ou aux articles 15, 18 ou 21 à l'égard, respectivement, d'une fixation d'une prestation, d'un enregistrement sonore publié ou d'une fixation d'un signal de communication si elle estime que le titulaire du droit d'auteur est introuvable et que l'intéressé a fait son possible, dans les circonstances, pour le retrouver.

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 170 of 195

*Copyright*
**PART VII.2** Certain Applications to Board
Owners Who Cannot be Located
**Sections 77-78**

*Droit d'auteur*
**PARTIE VII.2** Demandes particulières à la Commission
Titulaires introuvables
**Articles 77-78**

of the copyright and that the owner cannot be located, the Board may issue to the applicant a licence to do an act mentioned in section 3, 15, 18 or 21, as the case may be.

#### Conditions of licence

**(2)** A licence issued under subsection (1) is non-exclusive and is subject to such terms and conditions as the Board may establish.

#### Payment to owner

**(3)** The owner of a copyright may, not later than five years after the expiration of a licence issued pursuant to subsection (1) in respect of the copyright, collect the royalties fixed in the licence or, in default of their payment, commence an action to recover them in a court of competent jurisdiction.

#### Regulations

**(4)** The Copyright Board may make regulations governing the issuance of licences under subsection (1).

1997, c. 24, s. 50.

# Compensation for Acts Done Before Recognition of Copyright or Moral Rights

#### Board may determine compensation

**78 (1)** Subject to subsection (2), for the purposes of subsections 32.4(2), 32.5(2), 33(2), 33.1(2) and 33.2(2), the Board may, on application by any of the parties referred to in one of those provisions, determine the amount of the compensation referred to in that provision that the Board considers reasonable, having regard to all the circumstances, including any judgment of a court in an action between the parties for the enforcement of a right mentioned in subsection 32.4(3) or 32.5(3).

#### Limitation

**(2)** The Board shall not

**(a)** proceed with an application under subsection (1) where a notice is filed with the Board that an agreement regarding the matters in issue has been reached; or

**(b)** where a court action between the parties for enforcement of a right referred to in subsection 32.4(3) or 32.5(3), as the case may be, has been commenced, continue with an application under subsection (1) until the court action is finally concluded.

#### Modalités de la licence

**(2)** La licence, qui n'est pas exclusive, est délivrée selon les modalités établies par la Commission.

#### Droit du titulaire

**(3)** Le titulaire peut percevoir les redevances fixées pour la licence, et éventuellement en poursuivre le recouvrement en justice, jusqu'à cinq ans après l'expiration de la licence.

#### Règlement

**(4)** La Commission peut, par règlement, régir l'attribution des licences visées au paragraphe (1).

1997, ch. 24, art. 50.

# Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur ou des droits moraux

#### Indemnité fixée par la Commission

**78 (1)** Sous réserve du paragraphe (2), la Commission peut, sur demande de l'une ou l'autre des parties visées aux paragraphes 32.4(2), 32.5(2), 33(2), 33.1(2) et 33.2(2), fixer l'indemnité à verser qu'elle estime raisonnable, compte tenu des circonstances. Elle peut notamment prendre en considération toute décision émanant d'un tribunal dans une poursuite pour la reconnaissance des droits visés aux paragraphes 32.4(3) ou 32.5(3).

#### Réserve

**(2)** La Commission est dessaisie de la demande sur dépôt auprès d'elle d'un avis faisant état d'une entente conclue entre les parties; si une poursuite est en cours pour la reconnaissance des droits visés aux paragraphes 32.4(3) ou 32.5(3), elle suspend l'étude de la demande jusqu'à ce qu'il ait été définitivement statué sur la poursuite.

Copyright
**PART VII.2** Certain Applications to Board
Compensation for Acts Done Before Recognition of Copyright or Moral Rights
**Sections 78-79**

*Droit d'auteur*
**PARTIE VII.2** Demandes particulières à la Commission
Indemnisation pour acte antérieur à la reconnaissance du droit d'auteur ou des droits moraux
**Articles 78-79**

**Interim orders**

**(3)** Where the Board proceeds with an application under subsection (1), it may, for the purpose of avoiding serious prejudice to any party, make an interim order requiring a party to refrain from doing any act described in the order until the determination of compensation is made under subsection (1).

1997, c. 24, s. 50; 2012, c. 20, s. 57.

# PART VIII

# Private Copying

## Interpretation

**Definitions**

**79** In this Part,

***audio recording medium*** means a recording medium, regardless of its material form, onto which a sound recording may be reproduced and that is of a kind ordinarily used by individual consumers for that purpose, excluding any prescribed kind of recording medium; (*support audio*)

***blank audio recording medium*** means

**(a)** an audio recording medium onto which no sounds have ever been fixed, and

**(b)** any other prescribed audio recording medium; (*support audio vierge*)

***collecting body*** means the collective society, or other society, association or corporation, that is designated as the collecting body under subsection 83(8); (*organisme de perception*)

***eligible author*** means an author of a musical work, whether created before or after the coming into force of this Part, that is embodied in a sound recording, whether made before or after the coming into force of this Part, if copyright subsists in Canada in that musical work; (*auteur admissible*)

***eligible maker*** means a maker of a sound recording that embodies a musical work, whether the first fixation of the sound recording occurred before or after the coming into force of this Part, if

**(a)** both the following two conditions are met:

**(i)** the maker, at the date of that first fixation, if a corporation, had its headquarters in Canada or, if a

**Ordonnances intérimaires**

**(3)** La Commission saisie d'une demande visée au paragraphe (1) peut, en vue d'éviter un préjudice grave à l'une ou l'autre partie, rendre une ordonnance intérimaire afin de les empêcher d'accomplir les actes qui y sont visés jusqu'à ce que l'indemnité soit fixée conformément à ce paragraphe.

1997, ch. 24, art. 50; 2012, ch. 20, art. 57.

# PARTIE VIII

# Copie pour usage privé

## Définitions

**Définitions**

**79** Les définitions qui suivent s'appliquent à la présente partie.

***artiste-interprète admissible*** Artiste-interprète dont la prestation d'une œuvre musicale, qu'elle ait eu lieu avant ou après l'entrée en vigueur de la présente partie :

**a)** soit est protégée par le droit d'auteur au Canada et a été fixée pour la première fois au moyen d'un enregistrement sonore alors que l'artiste-interprète était un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés*;

**b)** soit a été fixée pour la première fois au moyen d'un enregistrement sonore alors que l'artiste-interprète était sujet, citoyen ou résident permanent d'un pays visé par la déclaration publiée en vertu de l'article 85. (*eligible performer*)

***auteur admissible*** Auteur d'une œuvre musicale fixée au moyen d'un enregistrement sonore et protégée par le droit d'auteur au Canada, que l'œuvre ou l'enregistrement sonore ait été respectivement créée ou confectionné avant ou après l'entrée en vigueur de la présente partie. (*eligible author*)

***organisme de perception*** Société de gestion ou autre société, association ou personne morale désignée aux termes du paragraphe 83(8). (*collecting body*)

***producteur admissible*** Le producteur de l'enregistrement sonore d'une œuvre musicale, que la première fixation ait eu lieu avant ou après l'entrée en vigueur de la présente partie :

**a)** soit si l'enregistrement sonore est protégé par le droit d'auteur au Canada et qu'à la date de la première

Case 1:25-cv-00910-JMF    Document 26-7    Filed 02/28/25    Page 172 of 195

*Copyright*
**PART VIII** Private Copying
Interpretation
**Sections 79-80**

*Droit d'auteur*
**PARTIE VIII** Copie pour usage privé
Définitions
**Articles 79-80**

natural person, was a Canadian citizen or permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act*, and

**(ii)** copyright subsists in Canada in the sound recording, or

**(b)** the maker, at the date of that first fixation, if a corporation, had its headquarters in a country referred to in a statement published under section 85 or, if a natural person, was a citizen, subject or permanent resident of such a country; (*producteur admissible*)

**eligible performer** means the performer of a performer's performance of a musical work, whether it took place before or after the coming into force of this Part, if the performer's performance is embodied in a sound recording and

**(a)** both the following two conditions are met:

**(i)** the performer was, at the date of the first fixation of the sound recording, a Canadian citizen or permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act*, and

**(ii)** copyright subsists in Canada in the performer's performance, or

**(b)** the performer was, at the date of the first fixation of the sound recording, a citizen, subject or permanent resident of a country referred to in a statement published under section 85; (*artiste-interprète admissible*)

**prescribed** means prescribed by regulations made under this Part. (*Version anglaise seulement*)

1997, c. 24, s. 50; 2001, c. 27, s. 240.

## Copying for Private Use

### Where no infringement of copyright

**80 (1)** Subject to subsection (2), the act of reproducing all or any substantial part of

**(a)** a musical work embodied in a sound recording,

**(b)** a performer's performance of a musical work embodied in a sound recording, or

**(c)** a sound recording in which a musical work, or a performer's performance of a musical work, is embodied

fixation, le producteur était un citoyen canadien ou un résident permanent au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* ou, s'il s'agit d'une personne morale, avait son siège social au Canada;

**b)** soit si le producteur était, à la date de la première fixation, sujet, citoyen ou résident permanent d'un pays visé dans la déclaration publiée en vertu de l'article 85 ou, s'il s'agit d'une personne morale, avait son siège social dans un tel pays. (*eligible maker*)

**support audio** Tout support audio habituellement utilisé par les consommateurs pour reproduire des enregistrements sonores, à l'exception toutefois de ceux exclus par règlement. (*audio recording medium*)

**support audio vierge** Tout support audio sur lequel aucun son n'a encore été fixé et tout autre support audio précisé par règlement. (*blank audio recording medium*)

1997, ch. 24, art. 50; 2001, ch. 27, art. 240.

## Copie pour usage privé

### Non-violation du droit d'auteur

**80 (1)** Sous réserve du paragraphe (2), ne constitue pas une violation du droit d'auteur protégeant tant l'enregistrement sonore que l'œuvre musicale ou la prestation d'une œuvre musicale qui le constituent, le fait de reproduire pour usage privé l'intégralité ou toute partie importante de cet enregistrement sonore, de cette œuvre ou de cette prestation sur un support audio.

*Droit d'auteur*
**PARTIE VIII** Copie pour usage privé
Copie pour usage privé
**Articles 80-82**

onto an audio recording medium for the private use of the person who makes the copy does not constitute an infringement of the copyright in the musical work, the performer's performance or the sound recording.

#### Limitation

**(2)** Subsection (1) does not apply if the act described in that subsection is done for the purpose of doing any of the following in relation to any of the things referred to in paragraphs (1)(a) to (c):

> **(a)** selling or renting out, or by way of trade exposing or offering for sale or rental;

> **(b)** distributing, whether or not for the purpose of trade;

> **(c)** communicating to the public by telecommunication; or

> **(d)** performing, or causing to be performed, in public.

1997, c. 24, s. 50.

## Right of Remuneration

#### Right of remuneration

**81 (1)** Subject to and in accordance with this Part, eligible authors, eligible performers and eligible makers have a right to receive remuneration from manufacturers and importers of blank audio recording media in respect of the reproduction for private use of

> **(a)** a musical work embodied in a sound recording;

> **(b)** a performer's performance of a musical work embodied in a sound recording; or

> **(c)** a sound recording in which a musical work, or a performer's performance of a musical work, is embodied.

#### Assignment of rights

**(2)** Subsections 13(4) to (7) apply, with such modifications as the circumstances require, in respect of the rights conferred by subsection (1) on eligible authors, performers and makers.

1997, c. 24, s. 50.

## Levy on Blank Audio Recording Media

#### Liability to pay levy

**82 (1)** Every person who, for the purpose of trade, manufactures a blank audio recording medium in Canada or imports a blank audio recording medium into Canada

#### Limite

**(2)** Le paragraphe (1) ne s'applique pas à la reproduction de l'intégralité ou de toute partie importante d'un enregistrement sonore, ou de l'œuvre musicale ou de la prestation d'une œuvre musicale qui le constituent, sur un support audio pour les usages suivants :

> **a)** vente ou location, ou exposition commerciale;

> **b)** distribution dans un but commercial ou non;

> **c)** communication au public par télécommunication;

> **d)** exécution ou représentation en public.

1997, ch. 24, art. 50.

## Droit à rémunération

#### Rémunération

**81 (1)** Conformément à la présente partie et sous réserve de ses autres dispositions, les auteurs, artistes-interprètes et producteurs admissibles ont droit, pour la copie à usage privé d'enregistrements sonores ou d'œuvres musicales ou de prestations d'œuvres musicales qui les constituent, à une rémunération versée par le fabricant ou l'importateur de supports audio vierges.

#### Application des paragraphes 13(4) à (7)

**(2)** Les paragraphes 13(4) à (7) s'appliquent, avec les adaptations nécessaires, au droit conféré par le paragraphe (1) à l'auteur, à l'artiste-interprète et au producteur admissibles.

1997, ch. 24, art. 50.

## Redevances

#### Obligation

**82 (1)** Quiconque fabrique au Canada ou y importe des supports audio vierges à des fins commerciales est tenu :

Droit d'auteur
**PARTIE VIII** Copie pour usage privé
Redevances
**Articles 82-83**

**(a)** is liable, subject to subsection (2) and section 86, to pay a levy to the collecting body on selling or otherwise disposing of those blank audio recording media in Canada; and

**(b)** shall, in accordance with subsection 83(8), keep statements of account of the activities referred to in paragraph (a), as well as of exports of those blank audio recording media, and shall furnish those statements to the collecting body.

### No levy for exports

**(2)** No levy is payable where it is a term of the sale or other disposition of the blank audio recording medium that the medium is to be exported from Canada, and it is exported from Canada.

1997, c. 24, s. 50.

### Filing of proposed tariffs

**83 (1)** Subject to subsection (14), each collective society may file with the Board a proposed tariff for the benefit of those eligible authors, eligible performers and eligible makers who, by assignment, grant of licence, appointment of the society as their agent or otherwise, authorize it to act on their behalf for that purpose, but no person other than a collective society may file any such tariff.

### Filing of proposed tariff

**(2)** A proposed tariff must be filed no later than October 15 of the second calendar year before the calendar year in which the proposed tariff is to take effect or, if a day is established under regulations made under subsection 66.91(2), no later than that day.

### Form and content

**(3)** A proposed tariff must be filed in both official languages and include

**(a)** the proposed levy rates and any related terms and conditions; and

**(b)** the effective period of the proposed tariff.

It may also include a suggestion as to whom the Board should designate under paragraph (8)(b).

### Minimum effective period

**(4)** A proposed tariff's effective period must be at least three calendar years or, if a minimum period is established under regulations made under subsection 66.91(2), at least that minimum period.

### Publication

**(5)** The Board, in the manner that it sees fit, shall publish the proposed tariff and a notice that any person or

**a)** sous réserve du paragraphe (2) et de l'article 86, de payer à l'organisme de perception une redevance sur la vente ou toute autre forme d'aliénation de ces supports au Canada;

**b)** d'établir, conformément au paragraphe 83(8), des états de compte relatifs aux activités visées à l'alinéa a) et aux activités d'exportation de ces supports, et de les communiquer à l'organisme de perception.

### Exportations

**(2)** Aucune redevance n'est toutefois payable sur les supports audio vierges lorsque leur exportation est une condition de vente ou autre forme d'aliénation et qu'ils sont effectivement exportés.

1997, ch. 24, art. 50.

### Dépôt d'un projet de tarif

**83 (1)** Sous réserve du paragraphe (14), seules les sociétés de gestion agissant au nom des auteurs, artistes-interprètes et producteurs admissibles qui les ont habilitées à cette fin par voie de cession, licence, mandat ou autrement peuvent déposer auprès de la Commission un projet de tarif des redevances à percevoir.

### Délai de dépôt

**(2)** Le projet de tarif est déposé au plus tard soit le 15 octobre de la deuxième année civile précédant l'année civile au cours de laquelle est prévue la prise d'effet du projet de tarif, soit à la date prévue par règlement pris en vertu du paragraphe 66.91(2).

### Forme et teneur

**(3)** Le projet de tarif est déposé dans les deux langues officielles et prévoit notamment :

**a)** les redevances envisagées et toute modalité afférente;

**b)** la période d'application du tarif proposé.

Il peut également proposer un organisme de perception en vue de la désignation prévue à l'alinéa (8)b).

### Période d'application minimale

**(4)** La période d'application est d'au moins, soit trois années civiles, soit, si une période minimale est établie par règlement pris en vertu du paragraphe 66.91(2), cette période minimale.

### Publication

**(5)** La Commission, de la manière qu'elle estime indiquée, publie le projet de tarif déposé ainsi qu'un avis

*Copyright*
**PART VIII** Private Copying
Levy on Blank Audio Recording Media
**Section** 83

*Droit d'auteur*
**PARTIE VIII** Copie pour usage privé
Redevances
**Article** 83

entity who files an objection must do so no later than the 30th day after the day on which the Board made the proposed tariff public or, if a day is established under regulations made under subsection 66.91(2), no later than that day.

**Copy of objection**

**(6)** The Board shall provide a copy of the filed objection to each collective society concerned.

**Reply**

**(7)** Each collective society concerned may file a reply to an objection with the Board.

**Copy to objector**

**(7.1)** The Board shall provide a copy of the filed reply to the person or entity that filed the objection.

**Approval**

**(8)** The Board shall, within the period that is established under regulations made under subsection 66.91(2),

**(a)** approve a proposed tariff, after making any alterations to the levy rates and the related terms and conditions, or fixing any new related terms and conditions, that the Board considers appropriate; and

**(b)** subject to subsection (8.2), designate as the collecting body the collective society or other society, association or corporation that, in the Board's opinion, will best fulfil the objects of sections 82, 84 and 86.

**Terms and conditions**

**(8.1)** The related terms and conditions may include terms and conditions such as the form, content and frequency of the statements of account referred to in subsection 82(1), measures for the protection of confidential information contained in those statements, and the times at which the levies are payable.

**Designation**

**(8.2)** The Board is not obligated to designate a collecting body under paragraph (8)(b) if it has previously done so, and a designation under that paragraph remains in effect until the Board, under a proposed tariff or on a separate application, makes another designation.

indiquant que toute personne ou entité peut déposer auprès d'elle une opposition soit dans les trente jours suivant la date de la publication du projet de tarif, soit dans le délai établi par règlement pris en vertu du paragraphe 66.91(2).

**Copie aux sociétés de gestion concernées**

**(6)** La Commission fournit une copie des oppositions à chaque société de gestion concernée.

**Réponse aux oppositions**

**(7)** La société de gestion peut déposer auprès de la Commission une réponse aux oppositions dont elle reçoit copie.

**Copie des réponses**

**(7.1)** La Commission fournit à l'opposant concerné une copie de la réponse déposée.

**Mesures à prendre**

**(8)** Dans le délai établi par règlement pris en vertu du paragraphe 66.91(2), la Commission :

**a)** homologue le projet de tarif après avoir apporté, si elle l'estime approprié, des modifications aux redevances et aux modalités afférentes ou avoir fixé les nouvelles modalités afférentes qu'elle estime appropriées;

**b)** sous réserve du paragraphe (8.2), désigne, à titre d'organisme de perception, la société de gestion ou autre société, association ou personne morale la mieux en mesure, à son avis, de s'acquitter des responsabilités ou fonctions découlant des articles 82, 84 et 86.

**Modalités afférentes**

**(8.1)** Les modalités afférentes comprennent notamment les dates de versement des redevances, la forme, la teneur et la fréquence des états de compte visés au paragraphe 82(1) et les mesures de protection des renseignements confidentiels qui y figurent.

**Désignation**

**(8.2)** La Commission n'est pas tenue de faire une désignation en vertu de l'alinéa (8)b) si une telle désignation a déjà été faite. Celle-ci demeure en vigueur jusqu'à ce que la Commission procède, dans le cadre d'un projet de tarif ou d'une demande distincte, à une nouvelle désignation.

*Droit d'auteur*
**PARTIE VIII** Copie pour usage privé
Redevances
**Article 83**

**Publication of approved tariffs**

**(9)** The Board shall publish the approved tariff in the *Canada Gazette* and provide a copy of it, together with the reasons for the Board's decision, to

    **(a)** the collecting body;

    **(b)** each collective society that filed a proposed tariff;

    **(c)** every person or entity that filed an objection under subsection (5); and

    **(d)** any other person or entity that, in the Board's opinion, ought to receive the copy and reasons.

**Continuation of rights**

**(10)** If a proposed tariff's effective period begins before the proposed tariff is approved and that effective period begins immediately after the expiry of the previous tariff, then — from the start of the effective period of the proposed tariff until the earlier of its approval and the end of its effective period — the collecting body may collect the levies in accordance with the previous tariff.

**Authors, etc., not represented by collective society**

**(11)** An eligible author, eligible performer or eligible maker who does not authorize a collective society to file a proposed tariff under subsection (1) is entitled, in relation to

    **(a)** a musical work,

    **(b)** a performer's performance of a musical work, or

    **(c)** a sound recording in which a musical work, or a performer's performance of a musical work, is embodied,

as the case may be, to be paid by the collective society that is designated by the Board, of the Board's own motion or on application, the remuneration referred to in section 81 if such remuneration is payable during a period when an approved tariff that is applicable to that kind of work, performer's performance or sound recording is effective, subject to the same conditions as those to which a person who has so authorized that collective society is subject.

**Exclusion of other remedies**

**(12)** The entitlement referred to in subsection (11) is the only remedy of the eligible author, eligible performer or eligible maker referred to in that subsection in respect of the reproducing of sound recordings for private use.

**Publication du tarif homologué**

**(9)** La Commission publie dans la *Gazette du Canada* le tarif homologué et en envoie copie, accompagnée des motifs de sa décision :

    **a)** à l'organisme de perception;

    **b)** à chaque société de gestion ayant déposé un projet de tarif;

    **c)** à toute personne ou entité ayant déposé une opposition conformément au paragraphe (5);

    **d)** à toute autre personne ou entité qui, de l'avis de la Commission, doit les recevoir.

**Maintien des droits**

**(10)** Si l'homologation d'un tarif est postérieure au début de sa période d'application et que celle-ci débute immédiatement après la cessation d'effet du tarif antérieur, l'organisme de perception peut percevoir les redevances prévues par le tarif antérieur pour la période comprise entre le début de la période d'application du projet de tarif et son homologation, ou, si elle est antérieure, la fin de sa période d'application.

**Auteurs, artistes-interprètes non représentés**

**(11)** Les auteurs, artistes-interprètes et producteurs admissibles qui ne sont pas représentés par une société de gestion peuvent, aux mêmes conditions que ceux qui le sont, réclamer la rémunération visée à l'article 81 auprès de la société de gestion désignée par la Commission, d'office ou sur demande, si pendant la période où une telle rémunération est payable, un tarif homologué s'applique à leur type d'œuvre musicale, de prestation d'une œuvre musicale ou d'enregistrement sonore constitué d'une œuvre musicale ou d'une prestation d'une œuvre musicale, selon le cas.

**Exclusion d'autres recours**

**(12)** Le recours visé au paragraphe (11) est le seul dont disposent les auteurs, artistes-interprètes et producteurs admissibles en question en ce qui concerne la reproduction d'enregistrements sonores pour usage privé.

Copyright
**PART VIII** Private Copying
Levy on Blank Audio Recording Media
**Sections 83-85**

Droit d'auteur
**PARTIE VIII** Copie pour usage privé
Redevances
**Articles 83-85**

### Powers of Board

**(13)** The Board may, for the purposes of subsections (11) and (12),

**(a)** require a collective society to file with the Board information relating to payments of moneys received by the society pursuant to section 84 to the persons who have authorized it to file a tariff under subsection (1); and

**(b)** by regulation, establish the periods, which shall not be less than twelve months, beginning when the applicable approved tariff ceases to be effective, within which the entitlement referred to in subsection (11) must be exercised.

### Single proposed tariff

**(14)** Where all the collective societies that intend to file a proposed tariff authorize a particular person or body to file a single proposed tariff on their behalf, that person or body may do so, and in that case this section applies, with such modifications as the circumstances require, in respect of that proposed tariff.

1997, c. 24, s. 50; 2018, c. 27, s. 297.

## Distribution of Levies Paid

### Distribution by collecting body

**84** As soon as practicable after receiving the levies paid to it, the collecting body shall distribute the levies to the collective societies representing eligible authors, eligible performers and eligible makers, in the proportions fixed by the Board.

1997, c. 24, s. 50.

### Reciprocity

**85 (1)** Where the Minister is of the opinion that another country grants or has undertaken to grant to performers and makers of sound recordings that are Canadian citizens or permanent residents within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if corporations, have their headquarters in Canada, as the case may be, whether by treaty, convention, agreement or law, benefits substantially equivalent to those conferred by this Part, the Minister may, by a statement published in the *Canada Gazette*,

**(a)** grant the benefits conferred by this Part to performers or makers of sound recordings that are citizens, subjects or permanent residents of or, if corporations, have their headquarters in that country; and

### Mesures d'application

**(13)** Pour l'application des paragraphes (11) et (12), la Commission peut :

**a)** exiger des sociétés de gestion le dépôt de tout renseignement relatif au versement des redevances qu'elles reçoivent en vertu de l'article 84 aux personnes visées au paragraphe (1);

**b)** fixer par règlement des périodes d'au moins douze mois, commençant à la date de cessation d'effet du tarif homologué, pendant lesquelles la rémunération visée au paragraphe (11) peut être réclamée.

### Représentant

**(14)** Une personne ou un organisme peut, lorsque toutes les sociétés de gestion voulant déposer un projet de tarif l'y autorisent, déposer le projet pour le compte de celles-ci; les dispositions du présent article s'appliquent alors, avec les adaptations nécessaires, à ce projet de tarif.

1997, ch. 24, art. 50; 2018, ch. 27, art. 297.

## Répartition des redevances

### Organisme de perception

**84** Le plus tôt possible après avoir reçu les redevances, l'organisme de perception les répartit entre les sociétés de gestion représentant les auteurs admissibles, les artistes-interprètes admissibles et les producteurs admissibles selon la proportion fixée par la Commission.

1997, ch. 24, art. 50.

### Réciprocité

**85 (1)** Lorsqu'il est d'avis qu'un autre pays accorde ou s'est engagé à accorder, par traité, convention, contrat ou loi, aux artistes-interprètes et aux producteurs d'enregistrements sonores qui sont des citoyens canadiens ou des résidents permanents au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* ou, s'il s'agit de personnes morales, ayant leur siège social au Canada, essentiellement les mêmes avantages que ceux conférés par la présente partie, le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, à la fois :

**a)** accorder les avantages conférés par la présente partie aux artistes-interprètes et producteurs d'enregistrements sonores sujets, citoyens ou résidents permanents de ce pays ou, s'il s'agit de personnes morales, ayant leur siège social dans ce pays;

Droit d'auteur
**PARTIE VIII** Copie pour usage privé
Répartition des redevances
**Article** 85

**(b)** declare that that country shall, as regards those benefits, be treated as if it were a country to which this Part extends.

### Reciprocity

**(2)** Where the Minister is of the opinion that another country neither grants nor has undertaken to grant to performers or makers of sound recordings that are Canadian citizens or permanent residents within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if corporations, have their headquarters in Canada, as the case may be, whether by treaty, convention, agreement or law, benefits substantially equivalent to those conferred by this Part, the Minister may, by a statement published in the *Canada Gazette*,

**(a)** grant the benefits conferred by this Part to performers or makers of sound recordings that are citizens, subjects or permanent residents of or, if corporations, have their headquarters in that country, as the case may be, to the extent that that country grants those benefits to performers or makers of sound recordings that are Canadian citizens or permanent residents within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act* or, if corporations, have their headquarters in Canada; and

**(b)** declare that that country shall, as regards those benefits, be treated as if it were a country to which this Part extends.

### Application of Act

**(3)** Any provision of this Act that the Minister specifies in a statement referred to in subsection (1) or (2)

**(a)** applies in respect of performers or makers of sound recordings covered by that statement, as if they were citizens of or, if corporations, had their headquarters in Canada; and

**(b)** applies in respect of a country covered by that statement, as if that country were Canada.

### Application of Act

**(4)** Subject to any exceptions that the Minister may specify in a statement referred to in subsection (1) or (2), the other provisions of this Act also apply in the way described in subsection (3).

1997, c. 24, s. 50; 2001, c. 27, s. 241.

**b)** énoncer que ce pays est traité, à l'égard de ces avantages, comme s'il était un pays visé par l'application de la présente partie.

### Réciprocité

**(2)** Lorsqu'il est d'avis qu'un autre pays n'accorde pas ni ne s'est engagé à accorder, par traité, convention, contrat ou loi, aux artistes-interprètes ou aux producteurs d'enregistrements sonores qui sont des citoyens canadiens ou des résidents permanents au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés* ou, s'il s'agit de personnes morales, ayant leur siège social au Canada, essentiellement les mêmes avantages que ceux conférés par la présente partie, le ministre peut, en publiant une déclaration dans la *Gazette du Canada*, à la fois :

**a)** accorder les avantages conférés par la présente partie aux artistes-interprètes ou aux producteurs d'enregistrements sonores sujets, citoyens ou résidents permanents de ce pays ou, s'il s'agit de personnes morales, ayant leur siège social dans ce pays, dans la mesure où ces avantages y sont accordés aux artistes-interprètes ou aux producteurs d'enregistrements sonores qui sont des citoyens canadiens ou de tels résidents permanents ou, s'il s'agit de personnes morales, ayant leur siège social au Canada;

**b)** énoncer que ce pays est traité, à l'égard de ces avantages, comme s'il était un pays visé par l'application de la présente partie.

### Application

**(3)** Les dispositions de la présente loi que le ministre précise dans la déclaration s'appliquent :

**a)** aux artistes-interprètes ou producteurs d'enregistrements sonores visés par cette déclaration comme s'ils étaient citoyens du Canada ou, s'il s'agit de personnes morales, avaient leur siège social au Canada;

**b)** au pays visé par la déclaration, comme s'il s'agissait du Canada.

### Autres dispositions

**(4)** Les autres dispositions de la présente loi s'appliquent de la manière prévue au paragraphe (3), sous réserve des exceptions que le ministre peut prévoir dans la déclaration.

1997, ch. 24, art. 50; 2001, ch. 27, art. 241.

Droit d'auteur
**PARTIE VIII** Copie pour usage privé
Exemption
**Articles** 86-87

## Exemption from Levy

### Where no levy payable

**86 (1)** No levy is payable under this Part where the manufacturer or importer of a blank audio recording medium sells or otherwise disposes of it to a society, association or corporation that represents persons with a perceptual disability.

### Refunds

**(2)** Where a society, association or corporation referred to in subsection (1)

**(a)** purchases a blank audio recording medium in Canada from a person other than the manufacturer or importer, and

**(b)** provides the collecting body with proof of that purchase, on or before June 30 in the calendar year following the calendar year in which the purchase was made,

the collecting body is liable to pay forthwith to the society, association or corporation an amount equal to the amount of the levy paid in respect of the blank audio recording medium purchased.

### If registration system exists

**(3)** If regulations made under paragraph 87(a) provide for the registration of societies, associations or corporations that represent persons with a perceptual disability, subsections (1) and (2) shall be read as referring to societies, associations or corporations that are so registered.

1997, c. 24, s. 50.

## Regulations

### Regulations

**87** The Governor in Council may make regulations

**(a)** respecting the exemptions and refunds provided for in section 86, including, without limiting the generality of the foregoing,

**(i)** regulations respecting procedures governing those exemptions and refunds,

**(ii)** regulations respecting applications for those exemptions and refunds, and

**(iii)** regulations for the registration of societies, associations or corporations that represent persons with a perceptual disability;

## Exemption

### Aucune redevance payable

**86 (1)** La vente ou toute autre forme d'aliénation d'un support audio vierge au profit d'une société, association ou personne morale qui représente les personnes ayant une déficience perceptuelle ne donne pas lieu à redevance.

### Remboursement

**(2)** Toute société, association ou personne morale visée au paragraphe (1) qui achète au Canada un support audio vierge à une personne autre que le fabricant ou l'importateur a droit, sur preuve d'achat produite au plus tard le 30 juin de l'année civile qui suit celle de l'achat, au remboursement sans délai par l'organisme de perception d'une somme égale au montant de la redevance payée.

### Inscriptions

**(3)** Si les règlements pris en vertu de l'alinéa 87a) prévoient l'inscription des sociétés, associations ou personnes morales qui représentent des personnes ayant une déficience perceptuelle, les paragraphes (1) et (2) ne s'appliquent qu'aux sociétés, associations ou personnes morales inscrites conformément à ces règlements.

1997, ch. 24, art. 50.

## Règlements

### Règlements

**87** Le gouverneur en conseil peut, par règlement :

**a)** régir les exemptions et les remboursements prévus à l'article 86, notamment en ce qui concerne :

**(i)** la procédure relative à ces exemptions ou remboursements,

**(ii)** les demandes d'exemption ou de remboursement,

**(iii)** l'inscription des sociétés, associations ou personnes morales qui représentent les personnes ayant une déficience perceptuelle;

Case 1:25-cv-00910-JMF     Document 26-7     Filed 02/28/25     Page 180 of 195

Copyright
**PART VIII** Private Copying
Regulations
**Sections 87-89**

Droit d'auteur
**PARTIE VIII** Copie pour usage privé
Règlements
**Articles 87-89**

**(b)** prescribing anything that by this Part is to be prescribed; and

**(c)** generally for carrying out the purposes and provisions of this Part.

1997, c. 24, s. 50.

## Civil Remedies

### Right of recovery

**88 (1)** Without prejudice to any other remedies available to it, the collecting body may, for the period specified in an approved tariff, collect the levies due to it under the tariff and, in default of their payment, recover them in a court of competent jurisdiction.

### Failure to pay royalties

**(2)** The court may order a person who fails to pay any levy due under this Part to pay an amount not exceeding five times the amount of the levy to the collecting body. The collecting body must distribute the payment in the manner set out in section 84.

### Order directing compliance

**(3)** Where any obligation imposed by this Part is not complied with, the collecting body may, in addition to any other remedy available, apply to a court of competent jurisdiction for an order directing compliance with that obligation.

### Factors to consider

**(4)** Before making an order under subsection (2), the court must take into account

**(a)** whether the person who failed to pay the levy acted in good faith or bad faith;

**(b)** the conduct of the parties before and during the proceedings; and

**(c)** the need to deter persons from failing to pay levies.

1997, c. 24, s. 50.

## PART IX

# General Provisions

### No copyright, etc., except by statute

**89** No person is entitled to copyright otherwise than under and in accordance with this Act or any other Act of Parliament, but nothing in this section shall be construed

**b)** prendre toute mesure d'ordre réglementaire prévue par la présente partie;

**c)** prendre toute autre mesure d'application de la présente partie.

1997, ch. 24, art. 50.

## Recours civils

### Droit de recouvrement

**88 (1)** L'organisme de perception peut, pour la période mentionnée au tarif homologué, percevoir les redevances qui y figurent et, indépendamment de tout autre recours, le cas échéant, en poursuivre le recouvrement en justice.

### Défaut de payer les redevances

**(2)** En cas de non-paiement des redevances prévues par la présente partie, le tribunal compétent peut condamner le défaillant à payer à l'organisme de perception jusqu'au quintuple du montant de ces redevances et ce dernier les répartit conformément à l'article 84.

### Ordonnance

**(3)** L'organisme de perception peut, en sus de tout autre recours possible, demander à un tribunal compétent de rendre une ordonnance obligeant une personne à se conformer aux exigences de la présente partie.

### Facteurs

**(4)** Lorsqu'il rend une décision relativement au paragraphe (2), le tribunal tient compte notamment des facteurs suivants :

**a)** la bonne ou mauvaise foi du défaillant;

**b)** le comportement des parties avant l'instance et au cours de celle-ci;

**c)** la nécessité de créer un effet dissuasif en ce qui touche le non-paiement des redevances.

1997, ch. 24, art. 50.

## PARTIE IX

# Dispositions générales

### Revendication d'un droit d'auteur

**89** Nul ne peut revendiquer un droit d'auteur autrement qu'en application de la présente loi ou de toute autre loi fédérale; le présent article n'a toutefois pas pour effet

*Copyright*
**PART IX** General Provisions
**Sections 89-92**

*Droit d'auteur*
**PARTIE IX** Dispositions générales
**Articles 89-92**

as abrogating any right or jurisdiction in respect of a breach of trust or confidence.

1997, c. 24, s. 50.

### Interpretation

**90** No provision of this Act relating to

**(a)** copyright in performer's performances, sound recordings or communication signals, or

**(b)** the right of performers or makers to remuneration

shall be construed as prejudicing any rights conferred by Part I or, in and of itself, as prejudicing the amount of royalties that the Board may fix in respect of those rights.

1997, c. 24, s. 50.

### Adherence to Berne and Rome Conventions

**91** The Governor in Council shall take such measures as are necessary to secure the adherence of Canada to

**(a)** the Convention for the Protection of Literary and Artistic Works concluded at Berne on September 9, 1886, as revised by the Paris Act of 1971; and

**(b)** the International Convention for the Protection of Performers, Producers of Phonograms and Broadcasting Organisations, done at Rome on October 26, 1961.

1997, c. 24, s. 50.

### Review of Act

**92** Five years after the day on which this section comes into force and at the end of each subsequent period of five years, a committee of the Senate, of the House of Commons or of both Houses of Parliament is to be designated or established for the purpose of reviewing this Act.

1997, c. 24, s. 50; 2012, c. 20, s. 58.

d'empêcher, en cas d'abus de confiance, un individu de faire valoir son droit ou un tribunal de réprimer l'abus.

1997, ch. 24, art. 50.

### Règle d'interprétation

**90** Les dispositions de la présente loi relatives au droit d'auteur sur les prestations, les enregistrements sonores ou les signaux de communication et au droit à rémunération des artistes-interprètes et producteurs n'ont pas pour effet de porter atteinte aux droits conférés par la partie I et n'ont, par elles-mêmes, aucun effet négatif sur la fixation par la Commission des redevances afférentes.

1997, ch. 24, art. 50.

### Conventions de Berne et de Rome

**91** Le gouverneur en conseil prend les mesures nécessaires à l'adhésion du Canada :

**a)** à la Convention pour la protection des œuvres littéraires et artistiques, conclue à Berne le 9 septembre 1886, dans sa version révisée par l'Acte de Paris de 1971;

**b)** à la Convention internationale sur la protection des artistes interprètes ou exécutants, des producteurs de phonogrammes et des organismes de radiodiffusion, conclue à Rome le 26 octobre 1961.

1997, ch. 24, art. 50.

### Examen

**92** Cinq ans après la date de l'entrée en vigueur du présent article et à intervalles de cinq ans par la suite, le comité du Sénat, de la Chambre des communes ou des deux chambres désigné ou constitué à cette fin entreprend l'examen de l'application de la présente loi.

1997, ch. 24, art. 50; 2012, ch. 20, art. 58.

## SCHEDULE I

(Section 60)

# Existing Rights

| Column I<br>Existing Right | Column II<br>Substituted Right |
|---|---|
| *Works other than Dramatic and Musical Works* | |
| Copyright | Copyright as defined by this Act[1]. |
| *Musical and Dramatic Works* | |
| Both copyright and performing right | Copyright as defined by this Act. |
| Copyright, but not performing right | Copyright as defined by this Act, except the sole right to perform the work or any substantial part thereof in public. |
| Performing right, but not copyright | The sole right to perform the work in public, but none of the other rights comprised in copyright as defined by this Act. |

[1] In the case of an essay, article or portion forming part of and first published in a review, magazine or other periodical or work of a like nature, the right shall be subject to any right of publishing the essay, article or portion in a separate form to which the author is entitled on January 1, 1924 or would if this Act had not been passed have become entitled under section 18 of *An Act to amend the Law of Copyright*, being chapter 45 of the Statutes of the United Kingdom, 1842.

For the purposes of this Schedule the following expressions, where used in column I thereof, have the following meanings:

***Copyright*** in the case of a work that according to the law in force immediately before January 1, 1924 has not been published before that date and statutory copyright wherein depends on publication, includes the right at common law, if any, to restrain publication or other dealing with the work;

***Performing right***, in the case of a work that has not been performed in public before January 1, 1924, includes the right at common law, if any, to restrain the performance thereof in public.

R.S., c. C-30, Sch. I; 1976-77, c. 28, s. 10.

## ANNEXE I

(article 60)

# Droits existants

| Colonne I<br>Droit actuel | Colonne II<br>Droit substitué |
|---|---|
| *Œuvres autres que les œuvres dramatiques et musicales* | |
| Droit d'auteur | Droit d'auteur tel qu'il est défini par la présente loi[1]. |
| *Œuvres dramatiques et musicales* | |
| Droit de reproduction aussi bien que droit d'exécution et de représentation | Droit d'auteur tel qu'il est défini par la présente loi. |
| Droit de reproduction, sans le droit d'exécution ou de représentation | Droit d'auteur tel qu'il est défini par la présente loi, à l'exception du seul droit d'exécuter ou de représenter en public l'œuvre ou une de ses parties importantes. |
| Droit d'exécution ou de représentation, mais sans le droit de reproduction | Le seul droit d'exécuter ou de représenter l'œuvre en public, à l'exception de toute autre faculté comprise dans le droit d'auteur, tel qu'il est défini par la présente loi. |

[1] Lorsqu'il s'agit d'un essai, d'un article ou d'une contribution, insérés et publiés pour la première fois dans une revue, un magazine ou un autre périodique ou ouvrage de même nature, le droit d'auteur est assujetti à celui de publier séparément l'essai, l'article ou la contribution, auquel l'auteur est admis le 1er janvier 1924, ou l'aurait été en vertu de l'article 18 de la loi intitulée *An Act to amend the Law of Copyright*, chapitre 45 des Statuts du Royaume-Uni de 1842, n'eût été l'adoption de la présente loi.

Pour l'application de la présente annexe, les expressions ci-après, employées dans la colonne I, ont la signification suivante :

L'expression ***droit d'auteur*** ou ***droit de reproduction***, lorsqu'il s'agit d'une œuvre qui, selon la loi en vigueur immédiatement avant le 1er janvier 1924, n'a pas été publiée avant cette date, et à l'égard de laquelle le droit d'auteur prévu par une loi dépend de la publication, comprend la faculté d'après la *common law*, si elle existe sur ce point, d'empêcher la publication de l'œuvre ou toute autre action à son égard.

L'expression ***droit d'exécution ou de représentation***, lorsqu'il s'agit d'une œuvre qui n'a pas encore été exécutée ou représentée en public avant le 1er janvier 1924, comprend la faculté d'après la *common law*, si elle existe sur ce point, d'empêcher l'exécution ou la représentation publique de l'œuvre.

S.R., ch. C-30, ann. I; 1976-77, ch. 28, art. 10.

*Copyright*
**SCHEDULE II**

*Droit d'auteur*
**ANNEXE II**

## SCHEDULE II

[Repealed, 1993, c. 44, s. 74]

## ANNEXE II

[Abrogée, 1993, ch. 44, art. 74]

*Copyright*
**SCHEDULE III**

*Droit d'auteur*
**ANNEXE III**

# SCHEDULE III

[Repealed, 1997, c. 24, s. 51]

# ANNEXE III

[Abrogée, 1997, ch. 24, art. 51]

# RELATED PROVISIONS

— R.S., 1985, c. 10 (4th Supp.), ss. 23 to 26

### Application re moral rights

**23 (1)** The rights referred to in section 14.1 of the *Copyright Act*, as enacted by section 4, subsist in respect of a work even if the work was created before the coming into force of section 4.

### Restriction

**(2)** A remedy referred to in subsection 34(1.1) of the *Copyright Act*, as enacted by section 8, may only be obtained where the infringement of the moral rights of the author occurs after the coming into force of section 8.

### Idem

**(3)** Notwithstanding subsection (1) and the repeal by section 3 of subsection 14(4) of the *Copyright Act*, the rights referred to in section 14.1 of that Act, as enacted by section 4, are not enforceable against

**(a)** a person who, on the coming into force of this section, is the owner of the copyright in, or holds a licence in relation to, a work, or

**(b)** a person authorized by a person described in paragraph (a) to do an act mentioned in section 3 of that Act,

in respect of any thing done during the period for which the person described in paragraph (a) is the owner or for which the licence is in force, and the rights referred to in subsection 14(4) of that Act continue to be enforceable against a person described in paragraph (a) or (b) during that period as if subsection 14(4) of that Act were not repealed.

— R.S., 1985, c. 10 (4th Supp.), ss. 23 to 26

### Application re computer programs

**24** Subsection 1(2), the definition *computer program* in subsection 1(3) and section 5 apply in respect of a computer program that was made prior to the day on which those provisions come into force but where, by virtue only of subsections 1(2) and (3) and this section, copyright subsists in a computer program that was made prior to May 27, 1987, nothing done in respect of the computer program before May 27, 1987 shall be construed to constitute an infringement of the copyright.

# DISPOSITIONS CONNEXES

— L.R. (1985), ch. 10 (4ᵉ suppl.), art. 23 à 26

### Application

**23 (1)** Les droits visés à l'article 14.1 de la *Loi sur le droit d'auteur*, édicté par l'article 4, s'appliquent aux œuvres créées tant avant qu'après l'entrée en vigueur de cet article.

### Recours

**(2)** Les recours mentionnés au paragraphe 34(1.1) de la *Loi sur le droit d'auteur*, édicté par l'article 8, ne peuvent être formés qu'à l'égard de violations survenues après l'entrée en vigueur de cet article.

### Dérogation

**(3)** Par dérogation au paragraphe (1) et à l'article 3, les droits visés à l'article 14.1 de la *Loi sur le droit d'auteur*, édicté par l'article 4, ne sont pas opposables à quiconque est, lors de l'entrée en vigueur du présent article, titulaire du droit d'auteur ou détenteur d'une licence relative à l'œuvre en cause, ou encore une personne autorisée par l'un ou l'autre à accomplir tout acte mentionné à l'article 3 de la *Loi sur le droit d'auteur*, tant que subsiste cette titularité ou cette licence, les droits visés au paragraphe 14(4) de la même loi leur étant opposables comme s'il n'avait pas été abrogé au titre de l'article 3 de la présente loi.

— L.R. (1985), ch. 10 (4ᵉ suppl.), art. 23 à 26

### Disposition transitoire : application

**24** Le paragraphe 1(2), la définition de *programme d'ordinateur* au paragraphe 1(3) et l'article 5 de la présente loi s'appliquent à tout programme d'ordinateur élaboré antérieurement à l'entrée en vigueur de ces dispositions; toutefois, lorsque par la seule application de ces paragraphes et du présent article un droit d'auteur subsiste à l'égard d'un programme d'ordinateur élaboré avant le 27 mai 1987, les actes ayant visé celui-ci avant cette date n'ont pas pour effet de constituer une violation du droit d'auteur.

— R.S., 1985, c. 10 (4th Supp.), ss. 23 to 26

**Making of records, perforated rolls, etc.**

**25** It shall be deemed not to be an infringement of copyright in any musical, literary or dramatic work for any person to make within Canada during the six months following the coming into force of section 7 records, perforated rolls or other contrivances by means of which sounds may be reproduced and by means of which the work may be mechanically performed, if the person proves

(a) that before the coming into force of section 7, the person made such contrivances in respect of that work in accordance with section 29 or 30 of the *Copyright Act* and any regulation made under section 33 of that Act, as they read immediately before the coming into force of section 7; and

(b) that the making would, had it occurred before the coming into force of section 7, have been deemed not to have been an infringement of copyright by section 29 or 30 of the *Copyright Act*, as it read immediately before the coming into force of section 7.

— R.S., 1985, c. 10 (4th Supp.), ss. 23 to 26

**Infringements before coming into force**

**26** Subsection 64(1) and section 64.1 of the *Copyright Act*, as enacted by section 11, apply in respect of any alleged infringement of copyright occurring prior to, on or after the day on which section 11 comes into force.

— 1993, c. 44, ss. 60(2), (3)

**Application of amendments to s. 10**

(2) Subject to subsection 75(2) of this Act, section 10 of the *Copyright Act*, as enacted by subsection (1) of this section, applies to all photographs, whether made before or after the coming into force of this section.

— 1993, c. 44, ss. 60(2), (3)

**Application of amendments to s. 11**

(3) Except as provided by section 75 of this Act,

(a) section 11 of the *Copyright Act*, as enacted by subsection (1) of this section, applies only in respect of contrivances made after the coming into force of this section; and

— L.R. (1985), ch. 10 (4ᵉ suppl.), art. 23 à 26

**Confection d'empreintes, rouleaux perforés, etc.**

**25** N'est pas considéré comme une violation du droit d'auteur sur une œuvre musicale, littéraire ou dramatique le fait de confectionner, au Canada, dans les six mois suivant l'entrée en vigueur de l'article 7 de la présente loi, des empreintes, rouleaux perforés ou autres dispositifs au moyen desquels des sons peuvent être reproduits et l'œuvre, soit exécutée, soit représentée mécaniquement, lorsque celui qui les confectionne prouve :

a) qu'il en avait déjà fabriqué en conformité avec les dispositions des articles 29 ou 30 de la *Loi sur le droit d'auteur*, abrogés par l'entrée en vigueur de l'article 7 de la présente loi, et des règlements d'application de l'article 33;

b) qu'il s'est conformé, en ce qui a trait aux dispositifs fabriqués dans les six mois suivant l'entrée en vigueur de l'article 7 de la présente loi, aux articles 29 ou 30 de la *Loi sur le droit d'auteur*, dans leur version antérieure à l'entrée en vigueur de cet article 7.

— L.R. (1985), ch. 10 (4ᵉ suppl.), art. 23 à 26

**Violations antérieures**

**26** Le paragraphe 64(1) et l'article 64.1 de la *Loi sur le droit d'auteur*, édictés par l'article 11, s'appliquent à toute prétendue violation du droit d'auteur, même quand elle survient avant l'entrée en vigueur de cet article.

— 1993, ch. 44, par. 60(2) et (3)

**Application de l'article 10**

(2) Sous réserve du paragraphe 75(2) de la présente loi, l'article 10 de la *Loi sur le droit d'auteur*, dans sa version édictée par le paragraphe (1), s'applique à toutes les photographies, qu'elles aient été créées avant ou après l'entrée en vigueur du présent article.

— 1993, ch. 44, par. 60(2) et (3)

**Application de l'article 11**

(3) Sous réserve de l'article 75 de la présente loi, l'article 11 de la *Loi sur le droit d'auteur*, dans sa version édictée par le paragraphe (1), ne s'applique qu'aux organes fabriqués après l'entrée en vigueur du présent article, et l'article 11 de cette loi, en son état à l'entrée en vigueur du présent article, s'applique aux organes fabriqués avant l'entrée en vigueur du présent article.

**(b)** section 11 of the *Copyright Act*, as it read immediately before the coming into force of this section, continues to apply in respect of contravances made before the coming into force of this section.

— 1993, c. 44, ss. 75 to 77

— 1993, ch. 44, art. 75 à 77

### Application of certain amendments

**75 (1)** Subject to subsection (2), amendments to the *Copyright Act* made by this Act relating to the term of copyright apply in respect of all works, whether made before or after the coming into force of this section.

### Application de certaines modifications

**75 (1)** Sous réserve du paragraphe (2), les dispositions de la présente loi relatives à la durée du droit d'auteur s'appliquent à toute œuvre créée avant ou après l'entrée en vigueur de la présente loi.

### Idem

**(2)** Where the term of the copyright in a work expires before the coming into force of this section, nothing in this Act shall be construed as extending or reviving that term.

### Idem

**(2)** La présente loi n'a pas pour effet d'étendre ou de réactiver le droit d'auteur lorsqu'il a expiré avant l'entrée en vigueur du présent article.

— 1993, c. 44, ss. 75 to 77

— 1993, ch. 44, art. 75 à 77

### Cinematographs

**76 (1)** Except as provided by subsection (2) of this section, the *Copyright Act*, as amended by this Act, applies in respect of all cinematographs, whether made before or after the coming into force of this section, subject to subsection 75(2) of this Act.

### Œuvre cinématographique

**76 (1)** Sous réserve des paragraphes (2) et 75(2), la *Loi sur le droit d'auteur*, dans sa version modifiée par la présente loi, s'applique à toute œuvre cinématographique créée avant ou après l'entrée en vigueur du présent article.

### Idem

**(2)** Section 10 of the *Copyright Act*, as that section read immediately before the coming into force of this section and in so far as it governs who is the author of a photograph, continues to apply in respect of all cinematographs made before the coming into force of this section that were, before the coming into force of this section, protected as photographs.

### Idem

**(2)** L'article 10 de la *Loi sur le droit d'auteur*, en son état à l'entrée en vigueur du présent article, continue de s'appliquer, en ce qui a trait à l'auteur d'une photographie, à toute œuvre cinématographique créée et protégée à titre de photographie avant cette date.

— 1993, c. 44, ss. 75 to 77

— 1993, ch. 44, art. 75 à 77

### Application of section 5

**77** Nothing in section 5 of the *Copyright Act*, as amended by this Act, confers copyright on works made before the coming into force of this section that did not qualify for copyright under section 5 of the *Copyright Act* as it read immediately before the coming into force of this section.

### Application de l'article 5

**77** L'article 5 de la *Loi sur le droit d'auteur*, dans sa version modifiée par la présente loi, n'a pas pour effet de conférer un droit d'auteur sur des œuvres créées avant l'entrée en vigueur du présent article qui n'étaient pas, sous le régime de l'article 5 de la *Loi sur le droit d'auteur* en son état à l'entrée en vigueur du présent article, susceptibles de faire l'objet d'un droit d'auteur.

— 1997, c. 24, s. 18(2)

— 1997, ch. 24, par. 18(2)

 **(2)** Section 30 of the Act, as enacted by subsection (1) of this section, does not apply in respect of collections referred to in section 30 that are published before the coming into force of section 30. Such collections continue to

 **(2)** L'article 30 de la même loi, dans sa version édictée par le paragraphe (1) du présent article, ne s'applique pas aux recueils qui y sont visés et qui sont publiés avant son entrée en vigueur. Ceux-ci continuent d'être régis par l'alinéa 27(2)d) de la même loi, dans sa version

be governed by paragraph 27(2)(d) of the Act as it read before the coming into force of section 15 of this Act.

— 1997, c. 24, s. 20(4)

 (4) Section 39.1 of the *Copyright Act*, as enacted by subsection (1) of this section, applies in respect of

 (a) proceedings commenced but not concluded before the coming into force of subsection (1) of this section; and

 (b) proceedings commenced after the coming into force of subsection (1) of this section.

— 1997, c. 24, ss. 54 to 58.1

54 For greater certainty, all notices published under subsection 5(2) of the *Copyright Act* before the coming into force of this section are deemed to have been validly made and to have had force and effect in accordance with their terms.

— 1997, c. 24, ss. 54 to 58.1

54.1 Section 6 of the *Copyright Act* applies to a photograph in which copyright subsists on the date of the coming into force of this section, if the author is

 (a) a natural person who is the author of the photograph referred to in subsection 10(2) of the *Copyright Act*, as enacted by section 7 of this Act; or

 (b) the natural person referred to in subsection 10(1.1) of the *Copyright Act*, as enacted by section 7 of this Act.

— 1997, c. 24, ss. 54 to 58.1

55 (1) Part II of the *Copyright Act*, as enacted by section 14 of this Act, shall be construed as a replacement for subsections 5(3) to (6) and section 11 of the *Copyright Act* as those provisions read immediately before the coming into force of subsection 5(3) and section 8, respectively, of this Act.

(2) The rights conferred by Part II of the *Copyright Act*, as enacted by section 14 of this Act, shall not be construed as diminishing the rights conferred by subsections 5(3) to (6) and section 11 of the *Copyright Act* as those provisions read immediately before the coming into force of subsection 5(3) and section 8, respectively, of this Act, in relation to records, perforated rolls and other contrivances by means of which sounds may be mechanically

antérieure à l'entrée en vigueur de l'article 15 de la présente loi.

— 1997, ch. 24, par. 20(4)

 (4) L'article 39.1 de la *Loi sur le droit d'auteur*, édicté par le paragraphe (1) du présent article, s'applique aux procédures engagées après la date d'entrée en vigueur de ce paragraphe de même qu'aux procédures en cours à cette date.

— 1997, ch. 24, art. 54 à 58.1

54 Il est entendu que les avis publiés en application du paragraphe 5(2) de la *Loi sur le droit d'auteur* avant l'entrée en vigueur du présent article sont réputés avoir été valides et avoir produit leur effet conformément à leur teneur.

— 1997, ch. 24, art. 54 à 58.1

54.1 L'article 6 de la *Loi sur le droit d'auteur* s'applique aux photographies protégées par le droit d'auteur à l'entrée en vigueur du présent article si l'auteur était, selon le cas :

 a) une personne physique auteur de la photographie au sens du paragraphe 10(2) de la *Loi sur le droit d'auteur*, édicté par l'article 7 de la présente loi;

 b) une personne physique visée au paragraphe 10(1.1) de la *Loi sur le droit d'auteur*, édicté par l'article 7 de la présente loi.

— 1997, ch. 24, art. 54 à 58.1

55 (1) La partie II de la *Loi sur le droit d'auteur*, édictée par l'article 14 de la présente loi, a pour effet de remplacer les paragraphes 5(3) à (6) et l'article 11 de cette loi dans leur version antérieure à la date d'entrée en vigueur du paragraphe 5(3) et de l'article 8, respectivement, de la présente loi.

(2) Les droits conférés par la partie II de la *Loi sur le droit d'auteur*, édictée par l'article 14 de la présente loi, n'ont pas pour effet de restreindre les droits conférés, en vertu des paragraphes 5(3) à (6) et de l'article 11 de cette loi dans leur version antérieure à la date d'entrée en vigueur du paragraphe 5(3) et de l'article 8, respectivement, de la présente loi, relativement aux empreintes, rouleaux perforés et autres organes au moyen desquels des sons peuvent être reproduits mécaniquement et qui

reproduced that were made before the coming into force of subsection 5(3) and section 8, respectively, of this Act.

**(3)** Where an assignment of copyright or a grant of any interest therein

    **(a)** was made before the coming into force of Part II of the *Copyright Act*, as enacted by section 14 of this Act, and

    **(b)** was made by the maker of a sound recording who was a natural person,

subsections 14(1) and (2) of the *Copyright Act* continue to apply in respect of that assignment or grant, with such modifications as the circumstances require, as if the sound recording was the work referred to in those subsections and the maker of the sound recording was its author.

— 1997, c. 24, ss. 54 to 58.1

**56** Nothing in this Act shall be construed as diminishing the right conferred by section 14.01 of the *Copyright Act* as that section read immediately before the coming into force of section 12 of this Act.

— 1997, c. 24, ss. 54 to 58.1

**57** For greater certainty, the amendments to the *Copyright Act* that eliminate references to "British subject" and "Her Majesty's Realms and Territories" do not affect any copyright or moral rights that subsisted in Canada immediately before the coming into force of those amendments.

— 1997, c. 24, ss. 54 to 58.1

**58** Nothing in this Act shall be construed as reviving a copyright that expired before the coming into force of this section.

— 1997, c. 24, ss. 54 to 58.1

**58.1** No agreement concluded before April 25, 1996 that assigns a right or grants an interest by licence in a right that would be a copyright or a right to remuneration under this Act shall be construed as assigning or granting any rights conferred for the first time by this Act, unless the agreement specifically provides for the assignment or grant.

ont été confectionnés avant l'entrée en vigueur du paragraphe 5(3) et de l'article 8, respectivement, de la présente loi.

**(3)** Les paragraphes 14(1) et (2) de la *Loi sur le droit d'auteur* continuent de s'appliquer, avec les adaptations nécessaires, à la cession du droit d'auteur ou à la concession d'un intérêt dans ce droit effectuées, avant l'entrée en vigueur de la partie II de la *Loi sur le droit d'auteur*, édictée par l'article 14 de la présente loi, par le producteur d'un enregistrement sonore qui est une personne physique comme si l'enregistrement sonore était l'œuvre et le producteur, l'auteur de celle-ci.

— 1997, ch. 24, art. 54 à 58.1

**56** La présente loi n'a pas pour effet de restreindre le droit conféré en vertu de l'article 14.01 de la *Loi sur le droit d'auteur* dans sa version antérieure à la date d'entrée en vigueur de l'article 12 de la présente loi.

— 1997, ch. 24, art. 54 à 58.1

**57** Il est entendu que l'abrogation dans la *Loi sur le droit d'auteur* des mentions « sujet britannique » et « royaumes et territoires de Sa Majesté » ne porte pas atteinte au droit d'auteur ou aux droits moraux qui existaient au Canada avant l'entrée en vigueur de ces modifications.

— 1997, ch. 24, art. 54 à 58.1

**58** La présente loi n'a pas pour effet de réactiver le droit d'auteur éteint avant l'entrée en vigueur du présent article.

— 1997, ch. 24, art. 54 à 58.1

**58.1** Les ententes en matière de cession d'un droit qui, en vertu de la présente loi, constitue un droit d'auteur ou à rémunération, ou en matière de licence concédant un intérêt dans un tel droit, conclues avant le 25 avril 1996 ne valent pas cession ou concession d'un droit conféré à l'origine par la présente loi, sauf mention expresse du droit à cet effet.

— 1997, c. 24, ss. 62, 63

**Coming into force**

**62 (1)** The following provisions come into force or are deemed to have come into force on June 30, 1996:

   **(a)** the definitions *exclusive distributor*, *educational institution* and *library, archive or museum* in section 2 of the *Copyright Act*, as enacted by subsection 1(5) of this Act;

   **(b)** section 2.6 of the *Copyright Act*, as enacted by section 2 of this Act;

   **(c)** section 27.1 of the *Copyright Act*, as enacted by section 15 of this Act; and

   **(d)** section 45 of the *Copyright Act*, as enacted by section 28 of this Act.

**(2)** Notwithstanding subsection (1), the definition *exclusive distributor* referred to in paragraph (1)(a) shall be read as follows during the period beginning on June 30, 1996 and ending on the day that is sixty days after the day on which this Act is assented to:

*exclusive distributor* means, in relation to a book, a person who has, before or after the coming into force of this definition, been appointed in writing, by the owner or exclusive licensee of the copyright in the book in Canada, as

   **(a)** the only distributor of the book in Canada or any part of Canada, or

   **(b)** the only distributor of the book in Canada or any part of Canada in respect of a particular sector of the market. (*distributeur exclusif*)

**(3)** Notwithstanding paragraph (1)(d), paragraph 45(1)(e) of the *Copyright Act*, as enacted by section 28 of this Act, shall be read as follows for the period beginning on June 30, 1996 and ending on the day that is sixty days after the day on which this Act is assented to:

   **(e)** to import copies, made with the consent of the owner of the copyright in the country where they were made, of any used books.

— 1997, c. 24, ss. 62, 63

**63 (1)** No exclusive distributor, within the meaning assigned to that expression by subsection 62(2) of this Act, copyright owner or exclusive licensee is entitled to a remedy referred to in the *Copyright Act* in relation to an

— 1997, ch. 24, art. 62 et 63

**Entrée en vigueur**

**62 (1)** Les dispositions suivantes entrent en vigueur ou sont réputées être entrées en vigueur le 30 juin 1996 :

   **a)** les définitions de *bibliothèque, musée ou service d'archives*, *distributeur exclusif* et *établissement d'enseignement*, à l'article 2 de la *Loi sur le droit d'auteur*, édictées par le paragraphe 1(5) de la présente loi;

   **b)** l'article 2.6 de la *Loi sur le droit d'auteur*, édicté par l'article 2 de la présente loi;

   **c)** l'article 27.1 de la *Loi sur le droit d'auteur*, édicté par l'article 15 de la présente loi;

   **d)** l'article 45 de la *Loi sur le droit d'auteur*, édicté par l'article 28 de la présente loi.

**(2)** Toutefois, la définition de *distributeur exclusif* visée à l'alinéa (1)a) est réputée rédigée comme suit pour la période qui commence le 30 juin 1996 et se termine soixante jours après la date de sanction de la présente loi :

*distributeur exclusif* S'entend, en ce qui concerne un livre, de toute personne à qui le titulaire du droit d'auteur sur le livre au Canada ou le titulaire d'une licence exclusive au Canada s'y rapportant a accordé, avant ou après l'entrée en vigueur de la présente définition, par écrit, la qualité d'unique distributeur pour tout ou partie du Canada ou d'unique distributeur pour un secteur du marché pour tout ou partie du Canada; (*exclusive distributor*)

**(3)** Toutefois, l'alinéa (1)e) de l'article 45 de la *Loi sur le droit d'auteur* visé à l'alinéa (1)d) est réputé rédigé comme suit pour la période qui commence le 30 juin 1996 et se termine soixante jours après la date de sanction de la présente loi :

   **e)** d'importer des exemplaires de livres d'occasion produits avec le consentement du titulaire du droit d'auteur dans le pays de production.

— 1997, ch. 24, art. 62 et 63

**63 (1)** Pour la période qui commence le 30 juin 1996 et se termine à la date de sanction de la présente loi, les règles ci-après s'appliquent à l'exercice par un distributeur exclusif, au sens du paragraphe 62(2), d'un livre, ou

infringement referred to in subsection 27.1(1) or (2) of that Act, as enacted by section 15 of this Act, during the period beginning on June 30, 1996 and ending on the day on which this Act is assented to, unless

**(a)** before the infringement occurred, notice in writing has been given to the person referred to in subsection 27.1(1) or (2) of that Act, as enacted by section 15 of this Act, as the case may be, that

**(i)** there is an exclusive distributor of the book in Canada, and

**(ii)** section 27.1 of that Act came into force or was deemed to have come into force on June 30, 1996; and

**(b)** in the case of an infringement referred to in section 27.1 of that Act, as enacted by section 15 of this Act, the remedy is only in relation to a book that was imported during that period and forms part of the inventory of the person referred to in section 27.1 of that Act on the day on which this Act is assented to.

**(2)** No exclusive distributor, copyright owner or exclusive licensee is entitled to a remedy referred to in subsection (1) against an educational institution, library, archive or museum.

**(3)** For greater certainty, the expiration of the period referred to in subsection 62(2) of this Act does not affect the right of an exclusive distributor to continue, after the expiration of that period, legal proceedings validly commenced during that period.

— 2004, c. 11, s. 21(4)

**Application**

**21 (4)** Subsection (1) applies in respect of unpublished works deposited in an archive on or before September 1, 1999 or at any time after that date.

— 2012, c. 20, s. 59

**No revival of copyright in photograph**

**59 (1)** The repeal of section 10 of the *Copyright Act* by section 6 does not have the effect of reviving copyright in any photograph in which, on the coming into force of that section 6, copyright had expired.

**Cases where corporations were deemed to be authors**

**(2)** In any case in which, immediately before the coming into force of section 6, a corporation is deemed, by virtue of subsection 10(2) of the *Copyright Act* as it read before

par le titulaire du droit d'auteur sur le livre ou le titulaire d'une licence exclusive s'y rapportant, des recours mentionnés dans la *Loi sur le droit d'auteur* contre un importateur visé au paragraphe 27.1(1), édicté par l'article 15 de la présente loi, ou une personne qui fait l'un ou l'autre des actes visés au paragraphe 27.1(2), édicté par cet article :

**a)** avant les faits qui donnent lieu au litige, l'importateur ou cette personne, selon le cas, ont été avisés du fait qu'il y a un distributeur exclusif du livre et que l'article 27.1 est entré ou réputé entré en vigueur le 30 juin 1996;

**b)** les recours relatifs à une violation du droit d'auteur prévue à l'article 27.1 ne peuvent s'exercer que pour les exemplaires du livre importés pendant cette période et qui sont encore en stock à la date de sanction de la présente loi.

**(2)** Les recours visés au paragraphe (1) ne peuvent, pendant la période mentionnée à ce paragraphe, être exercés contre un établissement d'enseignement, une bibliothèque, un musée ou un service d'archives.

**(3)** Il est entendu que l'expiration de la période visée au paragraphe 62(2) de la présente loi ne porte pas atteinte au droit du distributeur exclusif de continuer, après cette expiration, les procédures validement intentées avant cette expiration.

— 2004, ch. 11, par. 21(4)

**Application**

**21 (4)** Le paragraphe (1) s'applique à l'œuvre non publiée déposée auprès d'un service d'archives avant le 1er septembre 1999 ou à compter de cette date.

— 2012, ch. 20, art. 59

**Droit d'auteur sur une photographie**

**59 (1)** L'abrogation de l'article 10 de la *Loi sur le droit d'auteur* par l'article 6 n'a pas pour effet de réactiver le droit d'auteur sur une photographie éteint à la date d'entrée en vigueur de cet article 6.

**Photographie dont une personne morale est réputée être l'auteur**

**(2)** Si une personne morale est, en vertu du paragraphe 10(2) de la *Loi sur le droit d'auteur* dans sa version antérieure à l'entrée en vigueur de l'article 6, considérée

the coming into force of that section 6, to be the author of a photograph in which copyright subsists at that time, the copyright in that photograph continues to subsist for the term determined in accordance with sections 6, 6.1, 6.2, 9, 11.1 or 12 of the *Copyright Act* as if its author were the individual who would have been considered the author of the photograph apart from that subsection 10(2).

### Cases where individuals were deemed to be authors

**(3)** In any case in which an individual is deemed to be the author of a photograph, by virtue of subsection 10(2) of the *Copyright Act* as it read before the coming into force of section 6, the individual continues, after the coming into force of that section 6, to be the author of that photograph for the purposes of the *Copyright Act*.

— 2012, c. 20, s. 60

### Engraving, photograph or portrait

**60** Subsection 13(2) of the *Copyright Act*, as it read immediately before the coming into force of section 7, continues to apply with respect to any engraving, photograph or portrait the plate or original of which was commissioned before the coming into force of that section 7.

— 2012, c. 20, s. 61

### No revival of copyright

**61** Subsections 23(1) to (2) of the *Copyright Act*, as enacted by section 17, do not have the effect of reviving the copyright, or a right to remuneration, in any performer's performance or sound recording in which the copyright or the right to remuneration had expired on the coming into force of those subsections.

— 2012, c. 20, s. 62

### Limitation or prescription period

**62 (1)** Subsection 43.1(1) of the *Copyright Act*, as enacted by section 49, applies only to proceedings with respect to an act or omission that occurred after the coming into force of that section.

### Former limitation or prescription period continued

**(2)** Subsection 41(1) of the *Copyright Act*, as it read immediately before the coming into force of section 47, applies to proceedings with respect to an infringement that occurred before the coming into force of that section.

comme l'auteur d'une photographie sur laquelle existe un droit d'auteur à l'entrée en vigueur de cet article 6, le droit d'auteur sur la photographie subsiste pour la période déterminée en conformité avec les articles 6, 6.1, 6.2, 9, 11.1 et 12 de la *Loi sur le droit d'auteur* comme si l'auteur était la personne physique qui aurait été considérée comme l'auteur de la photographie n'eût été ce paragraphe 10(2).

### Photographie dont une personne physique est réputée être l'auteur

**(3)** Si une personne physique est, en vertu du paragraphe 10(2) de la *Loi sur le droit d'auteur* dans sa version antérieure à l'entrée en vigueur de l'article 6, considérée comme l'auteur d'une photographie, elle continue de l'être pour l'application de la *Loi sur le droit d'auteur* à l'entrée en vigueur de cet article 6.

— 2012, ch. 20, art. 60

### Gravure, photographie, portrait

**60** Le paragraphe 13(2) de la *Loi sur le droit d'auteur*, dans sa version antérieure à l'entrée en vigueur de l'article 7, continue de s'appliquer à l'égard des gravures, photographies et portraits dont la planche ou toute autre production originale a été commandée avant l'entrée en vigueur de cet article 7.

— 2012, ch. 20, art. 61

### Droit d'auteur éteint

**61** Les paragraphes 23(1) à (2) de la *Loi sur le droit d'auteur*, édictés par l'article 17, n'ont pas pour effet de réactiver le droit d'auteur ou le droit à rémunération, selon le cas, sur une prestation ou un enregistrement sonore éteint à la date d'entrée en vigueur de ces paragraphes.

— 2012, ch. 20, art. 62

### Prescription

**62 (1)** Le paragraphe 43.1(1) de la *Loi sur le droit d'auteur*, édicté par l'article 49, ne s'applique qu'aux procédures engagées à l'égard des faits — actes ou omissions — postérieurs à l'entrée en vigueur de cet article.

### Prescription

**(2)** Le paragraphe 41(1) de la *Loi sur le droit d'auteur*, dans sa version antérieure à l'entrée en vigueur de l'article 47, continue de s'appliquer aux procédures engagées à l'égard des violations du droit d'auteur commises avant cette entrée en vigueur.

— 2015, c. 36, s. 82

**No revival of copyright**

**82** Paragraph 23(1)(b) and subsection 23(1.1) of the *Copyright Act*, as enacted by section 81, do not have the effect of reviving the copyright, or a right to remuneration, in a sound recording or performer's performance fixed in a sound recording in which the copyright or the right to remuneration had expired on the coming into force of those provisions.

— 2018, c. 27, s. 299

**Paragraphs 66.501(a) and (b)**

**299** The Copyright Board is not required to consider the criteria set out in paragraphs 66.501(a) and (b) of the *Copyright Act*, as enacted by section 292 of this Act, in a matter in which it fixes royalty rates, levies or any related terms and conditions if the matter is commenced before the day on which this section comes into force.

— 2018, c. 27, s. 300

**Subsections 68.1(2) and 83(4)**

**300** Neither subsection 68.1(2) nor subsection 83(4) of the *Copyright Act*, as enacted by sections 296 and 297 of this Act, respectively, applies with respect to a proposed tariff filed before the day on which this section comes into force.

— 2018, c. 27, s. 301

**Subsection 67.1(4)**

**301** Subsection 67.1(4) of the *Copyright Act*, as it read immediately before the day on which this section comes into force, continues to apply with respect to

**(a)** an infringement referred to in that subsection that occurred before that day; and

**(b)** the recovery of royalties to be paid under section 19 of that Act in relation to an act that occurred before that day.

— 2020, c. 1, s. 34

**No revival of copyright**

**34** Sections 6.1, 6.2 and 11.1, paragraphs 23(1)(a) and (b) and subsection 23(1.1) of the *Copyright Act*, as enacted by sections 24, 26 and 29, respectively, do not have the effect of reviving the copyright or a right to remuneration in any work, performer's performance fixed in a sound recording or sound recording in which the copyright or

— 2015, ch. 36, art. 82

**Aucune réactivation du droit d'auteur**

**82** L'alinéa 23(1)b) et le paragraphe 23(1.1) de la *Loi sur le droit d'auteur*, édictés par l'article 81, n'ont pas pour effet de réactiver le droit d'auteur ou le droit à rémunération, selon le cas, sur un enregistrement sonore ou une prestation fixée au moyen d'un enregistrement sonore si ce droit était éteint à l'entrée en vigueur de ces dispositions.

— 2018, ch. 27, art. 299

**Alinéas 66.501a) et b)**

**299** La Commission du droit d'auteur n'est pas tenue de prendre en considération les critères prévus aux alinéas 66.501a) et b) de la *Loi sur le droit d'auteur*, édictés par l'article 292 de la présente loi, lorsqu'elle fixe des redevances ou des modalités afférentes dans le cadre d'affaires dont elle est saisie et qui sont engagées avant la date d'entrée en vigueur du présent article.

— 2018, ch. 27, art. 300

**Paragraphes 68.1(2) et 83(4)**

**300** Les paragraphes 68.1(2) et 83(4) de la *Loi sur le droit d'auteur*, dans leur version édictée respectivement par les articles 296 et 297 de la présente loi, ne s'appliquent pas à un projet de tarif déposé avant la date d'entrée en vigueur du présent article.

— 2018, ch. 27, art. 301

**Paragraphe 67.1(4)**

**301** Le paragraphe 67.1(4) de la *Loi sur le droit d'auteur*, dans sa version antérieure à la date d'entrée en vigueur du présent article, continue de s'appliquer à l'exercice des recours visés à ce paragraphe si l'acte donnant droit au recouvrement des redevances à verser en application de l'article 19 de cette loi ou à la violation sont survenus avant la date d'entrée en vigueur du présent article.

— 2020, ch. 1, art. 34

**Aucune réactivation du droit d'auteur**

**34** Les articles 6.1, 6.2 et 11.1, les alinéas 23(1)a) et b) et le paragraphe 23(1.1) de la *Loi sur le droit d'auteur*, édictés par les articles 24, 26 et 29 respectivement, n'ont pas pour effet de réactiver le droit d'auteur ou le droit à rémunération, selon le cas, sur une œuvre, une prestation fixée au moyen d'un enregistrement sonore ou

the right to remuneration had expired on the coming into force of those provisions of that Act.

— 2022, c. 10, s. 280

**No revival of copyright**

**280** Section 6, subsections 6.2(2) and 7(1) and (3) and section 9 of the *Copyright Act*, as enacted by sections 276 to 279, do not have the effect of reviving the copyright in any work in which the copyright had expired before the day on which sections 276 to 279 come into force.

l'enregistrement sonore lui-même si ce droit était éteint à l'entrée en vigueur de ces dispositions de cette loi.

— 2022, ch. 10, art. 280

**Aucune réactivation du droit d'auteur**

**280** L'article 6, les paragraphes 6.2(2) et 7(1) et (3) et l'article 9 de la *Loi sur le droit d'auteur*, édictés par les articles 276 à 279, n'ont pas pour effet de réactiver le droit d'auteur sur une œuvre si ce droit était éteint à la date d'entrée en vigueur des articles 276 à 279.

# AMENDMENTS NOT IN FORCE

# MODIFICATIONS NON EN VIGUEUR

— 2023, c. 8, ss. 40(2) to (4)

— 2023, ch. 8, par. 40(2) à (4)

**40 (2) The definition *new media retransmitter* in subsection 31(1) of the Act is repealed.**

**40 (2) La définition de *retransmetteur de nouveaux médias*, au paragraphe 31(1) de la même loi, est abrogée.**

2002, c. 26, s. 2(1).

2002, ch. 26, par. 2(1).

**(3) The definition *retransmitter* in subsection 31(1) of the Act is replaced by the following:**

**(3) La définition de *retransmetteur*, au paragraphe 31(1) de la même loi, est remplacée par ce qui suit :**

***retransmitter*** has the meaning assigned by the regulations; (*retransmetteur*)

***retransmetteur*** S'entend au sens des règlements. (*retransmitter*)

2002, c. 26, s. 2(3).

2002, ch. 26, par. 2(3).

**(4) Paragraph 31(3)(a) of the Act is replaced by the following:**

**(4) L'alinéa 31(3)a) de la même loi est remplacé par ce qui suit :**

**(a)** defining "retransmitter" for the purposes of this section;

**a)** définir « retransmetteur » pour l'application du présent article;

**(a.1)** defining "local signal" and "distant signal" for the purposes of subsection (2); and

**a.1)** définir « signal local » et « signal éloigné » pour l'application du paragraphe (2);