# EXHIBIT A

To Dawn —
with love and best
personal wishes from
your Uncle Joe —
Artist - Creator of
SUPERMAN —
Joe Shuster
Sept. 7, 1979