UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MARK WARREN PEARY, individually and in his :
capacity as executor of the ESTATE OF JOSEPH :
SHUSTER :
: 25-CV-910 (JMF)
Plaintiff, :
: ORDER
-v- :
:
DC COMICS, INC., et al, :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 28, 2025, Plaintiff filed a motion for a preliminary injunction. Unless and until the Court orders otherwise, any opposition shall be filed by **March 14, 2025**, and any reply shall be filed by **March 21, 2025**. That said, the parties shall promptly confer and, **no later than March 5, 2025,** file a joint letter indicating their views on (1) whether this schedule should be modified in any way, (2) whether there is a need for discovery or an evidentiary hearing in connection with Plaintiff's motion, and (3) whether the Court should schedule a conference to discuss these or any other issues with the parties.

      SO ORDERED.

Dated: March 3, 2025
      New York, New York

                                                 JESSE M. FURMAN
                                           United States District Judge