# EXHIBIT 1

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results     Return to Search

### Entity Details

**ENTITY NAME:** E. C. PUBLICATIONS, INC.
**DOS ID:** 53781
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:**  -
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/06/1942
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/06/1942
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 03/31/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**     NAME HISTORY     FILING HISTORY     MERGER HISTORY     ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** E. C. PUBLICATIONS, INC.
**Address:** 28 LIBERTY STREET, NEW YORK, NY, UNITED STATES, 10005

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:** TODD FRANCIS DAVIS
**Address:** 2900 WEST ALAMEDA AVENUE, BURBANK, CA, UNITED STATES, 91505

### Principal Executive Office Address

**Address:** 2900 WEST ALAMEDA AVENUE, BURBANK, CA, UNITED STATES, 91505

### Registered Agent Name and Address

**Name:** C T CORPORATION SYSTEM

**Address:** 28 LIBERTY ST., NEW YORK, NY, 10005

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| NO PAR VALUE | 100 | $0.00000 |
| PAR VALUE | 1,000 | $50.00000 |

Agencies App Directory Counties Events Programs Services