# EXHIBIT 3

No. 252963

## Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County, do hereby certify that on November 5, 2015 I have compared the document attached hereto,

**CERTIFICATE OF DISCONTINUANCE OF BUSINESS AS PARTNERS FOR: DC COMICS FILED IN THIS OFFICE ON THE 30TH DAY OF OCTOBER 2015 page(s) 2**

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Milton Adair Tingling*

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

T 176— Certificate of Discontinuance of Business as Partners, 11-98.   BlumbergExcelsior, Inc., PUBLISHER, NYC 10013 www.blumberg.com

# Certificate of Discontinuance of Business as Partners

The undersigned do hereby certify that they have conducted or transacted business as partners under the name or designation of  DC Comics
at 1700 Broadway
County of  New York                , State of New York, and that a certificate of conducting business as partners was filed in the office of the County Clerk, County of  New York   , State of New York, on the  18th   day of  October, 1996   under index number  5861/96B
and that the last amended certificate was filed on the  1st   day of  July, 2014
in the office of the said County Clerk under index number  5861/96B   and we hereby further certify that the filing of a certificate in said county is no longer required for the reason that the said business was discontinued on the xxxxxxxxxxxxxxxxxxxday of xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx the conditions under which the business is conducted have changed so that the filing of a certificate in said County is no longer required for the reason that the office of the partnership has relocated to outside the State of New York and the partnership is no longer doing business in New York.

The full names of all the persons named in the original certificate or the amended certificate last previously filed as persons conducting or transacting the business or as partners are as follows:

NAME  Write "Deceased" after names of those not living.        RESIDENCE

E.C. Publications, Inc.                         2900 West Alameda Avenue, Burbank, CA  91505

Warner Communications LLC                       One Time Warner Center, New York, NY  10019

We therefore desire to file this certificate of discontinuance.

**In Witness Whereof,** We have this  26th  day of    October, 2015    , made and signed this certificate.

E.C. Publications, Inc.

Warner Communications LLC

*Brenda C. Karickhoff*
Brenda C. Karickhoff, Senior Vice President

State of New York, County of  New York    ss.:  ACKNOWLEDGMENT RPL309-a (Do not use outside New York State)

On October 26, 2015 before me, the undersigned, personally appeared  Brenda C. Karickhoff

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)

ACKNOWLEDGMENT IN NEW YORK STATE (RPL 309-a)

State of New York } ss.:
County of

On _____ before me, the undersigned, personally appeared _____

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

ACKNOWLEDGMENT OUTSIDE NEW YORK STATE (RPL 309-b)

State of } ss.:
County of

On _____ before me, the undersigned, personally appeared _____

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in

_____
(insert city or political subdivision and state or country or other place acknowledgment taken)

_____
(signature and office of individual taking acknowledgment)

REC'D COUNTY CLERK N.Y. COUNTY
15 OCT 30 PM 4: 12

INDEX No. 5861/96B

**Certificate of Discontinuance as Partners**

NO FEE

FORMERLY CONDUCTING BUSINESS UNDER THE NAME OF

DC Comics

PRINT YOUR NAME: Joe Lombard(?)
PRINT YOUR BUSINESS ADDRESS: 135 [illegible]
PRINT YOUR BUSINESS TELEPHONE NUMBER: 1517-5170(?)