# EXHIBIT 4

2019 290105

**FILED** Nov 04 2019
**EXPIRES** Nov 04 2024

Dean C. Logan, Registrar–Recorder/County Clerk

Electronically signed by TODD TRAN

YOUR RETURN MAILING ADDRESS

NAME: E.C. PUBLICATIONS, INC.

ADDRESS: 2900 WEST ALAMEDA AVENUE

CITY: BURBANK    STATE: CA    ZIP CODE: 91505

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

- [X] Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [ ] Amended Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

*1. DC
2.
Print Fictitious Business Name(s)

** 4000 WARNER BLVD.    |    2900 WEST ALAMEDA AVENUE
Street address of principal place of business    |    Mailing address if different

Burbank    CA    91522    LA COUNTY    |    Burbank    CA    91505
City    State/Country    Zip    COUNTY    |    City    State/Country    Zip

Articles of Incorporation or Organization Number (if applicable): AI #ON

***REGISTERED OWNER(S):

1. E.C. PUBLICATIONS, INC.
   Full Name/Corp/LLC (P.O. Box not accepted)
   2900 WEST ALAMEDA AVENUE
   Residence Address
   BURBANK    CA    91505
   City    State/Country    Zip
   NY
   If Corporation or LLC - Print State of Incorporation/Organization

2.

3.

4.

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

****THIS BUSINESS IS CONDUCTED BY: (Check one)

- [ ] an Individual
- [ ] a General Partnership
- [ ] a Limited Partnership
- [ ] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership
- [X] a Corporation
- [ ] a Trust
- [ ] Copartners
- [ ] a Married Couple
- [ ] Joint Venture
- [ ] State or Local Registered Domestic Partners
- [ ] a Limited Liability Partnership

*****The date registrant started to transact business under the fictitious business name or names listed above:    N/A
(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLCNAME (PRINT) E.C. PUBLICATIONS, INC.    TITLE Vice President

**REGISTRANT SIGNATURE** /s/ Jay Kogan    IF CORP OR LLC, PRINT NAME JAY KOGAN

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTICIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.
DEAN C. LOGAN, LOS ANGELES COUNTY CLERK    BY: _____, Deputy

Rev. 01/2014    P.O. BOX 1208, NORWALK, CA 90651-1208    PH: (562) 462-2177    WEB ADDRESS: LAVOTE.NET

Page 1 of 1

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

NOV 0 4 2019

Dean C. Logan, REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

YOUR RETURN MAILING ADDRESS

NAME: E.C. PUBLICATIONS, INC
ADDRESS: 3000 WEST ALAMEDA AVE. UNIT 119
CITY: BURBANK   STATE: CA   ZIP CODE: 91505



2024224593

FILED 10/30/2024
EXPIRES 10/30/2029

DEAN C. LOGAN, REGISTRAR-RECORDER/COUNTY CLERK
Electronically signed by CARINA CHEN

# FICTITIOUS BUSINESS NAME STATEMENT

The following person(s) is (are) doing business as:

1. DC
   Fictitious Business Name(s)

2. 

4000 WARNER BLVD.
Street address of principal place of business

Burbank | CA | 91522 | LA COUNTY
City | State | Zip | COUNTY

Articles of Incorporation or Organization Number (if applicable): AI #ON

REGISTERED OWNER(S):

1. E.C. PUBLICATIONS, INC.
   Full Name/Corp/LLC (if Corp/LLC must be registered in CA)

2900 WEST ALAMEDA AVENUE
Business Mailing Address

BURBANK | CA | 91505
Business Mailing City | State | Zip

NY
If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN TWO REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

THIS BUSINESS IS CONDUCTED BY: (Check one)
- [ ] an Individual
- [ ] a General Partnership
- [ ] a Limited Partnership
- [ ] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership
- [x] a Corporation
- [ ] a Trust
- [ ] Copartners
- [ ] a Married Couple
- [ ] Joint Venture
- [ ] State or Local Registered Domestic Partners
- [ ] a Limited Liability Partnership

The date registrant commenced to transact business under the fictitious business name or names listed above on 07/1999

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000)).

REGISTRANT/CORP/LLC NAME (PRINT): E.C. PUBLICATIONS, INC.   TITLE: SECRETARY
REGISTRANT SIGNATURE: _____   IF CORP OR LLC, PRINT NAME: CLARE M. CONROY

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTITIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE)

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.
VERIFIABLE BY GOING TO LAVOTE.GOV/FBN/CERTIFY TO SEARCH BY COPY NUMBER 3000107866

BY: CARINA CHEN, Deputy
DEAN C. LOGAN, LOS ANGELES COUNTY CLERK

P.O. BOX 1208, NORWALK, CA 90651-1208