# **EXHIBIT 5**



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**
**-FILED-**
File No.: BA20241062766
Date Filed: 6/3/2024

BA20241062766

| Entity Details | |
|---|---|
| Corporation Name | E.C. PUBLICATIONS, INC. |
| Entity No. | 2170474 |
| Formed In | NEW YORK |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 2900 WEST ALAMEDA AVENUE<br>BURBANK, CA 91505 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 2900 WEST ALAMEDA AVENUE<br>BURBANK, CA 91505 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Gunnar Wiedenfels | 2900 West Alameda Avenue<br>Burbank, CA 91505 | Chief Financial Officer |
| ▪ Tara L. Smith | 2900 WEST ALAMEDA AVENUE<br>Burbank, CA 91505 | Secretary |
| ▪ Todd Francis Davis | 2900 WEST ALAMEDA AVENUE<br>BURBANK, CA 91505 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Publication of comic books (Mad Magazine) |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Brooke Kerperien* | *06/03/2024*
--- | ---
Signature | Date

B2785-4098 06/03/2024 5:12 AM Received by California Secretary of State