# EXHIBIT 6

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS                              ALBANY, NY  12231-0001
                              FILING   RECEIPT
================================================================================
ENTITY NAME : E.C.PUBLICATIONS, INC.

DOCUMENT TYPE : ASSUMED NAME CERTIFICATE
================================================================================
    FILER:                                          FILED:   11/24/2009
    ------                                          CASH#:   227640
                                                    FILM#:   20091124054
    TIME WARNER INC.
    1 TIME WARNER CENTER
    LEGAL DETT., 14TH FL.
    NEW YORK           NY     10019




    PRINCIPAL LOCATION
    ------------------

    1700 BROADWAY

    NEW YORK
    NY     10019




    COMMENT:


    ASSUMED NAME
    ------------
    DC ENTERTAINMENT




================================================================================
SERVICE COMPANY   : CT CORPORATION SYSTEM                   CODE:  07
                                                            BOX :  27


FEES         185.00                             PAYMENTS:  185.00
----                                            --------
FILING  :     25.00                             CASH     :
COUNTY  :    100.00                             CHECK    :  185.00
COPIES  :     10.00                             C CARD   :
MISC    :       .00
HANDLE  :     50.00
                                                REFUND   :
                                                ------

================================================================================
                       DO3HD104                       DOS-281 (04/2007)
```

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 24, 2009.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

CT-07

0911240006*64*

NYS Department of State
Division of Corporations, State Records and UCC
One Commerce Plaza, 99 Washington Ave,
Albany, NY 12231-0001
www.dos.state.ny.us

## Certificate of Assumed Name
*Pursuant to General Business Law, §130*

**1. NAME OF ENTITY**

E.C. Publications, Inc.

*1a. FOREIGN ENTITIES ONLY. If applicable, the fictitious name the entity agreed to use in New York State is:*

**2. NEW YORK LAW FORMED OR AUTHORIZED UNDER (CHECK ONE):**

[X] Business Corporation Law          [ ] Limited Liability Company Law

[ ] Education Law                     [ ] Not-for-Profit Corporation Law

[ ] Insurance Law                     [ ] Revised Limited Partnership Act

[ ] Other (specify law):

**3. ASSUMED NAME**

DC Entertainment

**4. PRINCIPAL PLACE OF BUSINESS IN NEW YORK STATE (MUST BE NUMBER AND STREET. IF NONE, INSERT OUT-OF-STATE ADDRESS)**

1700 Broadway New York, NY 10019

**5. COUNTIES IN WHICH BUSINESS WILL BE CONDUCTED UNDER ASSUMED NAME**

[ ] ALL COUNTIES (if not, circle county[ies] below)

| | | | | | | |
|---|---|---|---|---|---|---|
| Albany | Clinton | Genesee | Monroe | Orleans | Saratoga | Tompkins |
| Allegany | Columbia | Greene | Montgomery | Oswego | Schenectady | Ulster |
| Bronx | Cortland | Hamilton | Nassau | Otsego | Schoharie | Warren |
| Broome | Delaware | Herkimer | (New York) | Putnam | Schuyler | Washington |
| Cattaraugus | Dutchess | Jefferson | Niagara | Queens | Seneca | Wayne |
| Cayuga | Erie | Kings | Oneida | Rensselaer | Steuben | Westchester |
| Chautauqua | Essex | Lewis | Onondaga | Richmond | Suffolk | Wyoming |
| Chemung | Franklin | Livingston | Ontario | Rockland | Sullivan | Yates |
| Chenango | Fulton | Madison | Orange | St. Lawrence | Tioga | |

**6. INSERT THE ADDRESS OF EACH LOCATION WHERE BUSINESS WILL BE CARRIED ON OR TRANSACTED UNDER THE ASSUMED NAME.** Use a continuous sheet, if needed. (The address must be set forth in terms of a number and street, city, state and zip code. Please note that the address(es) reflected in paragraph 6 must be within the county(ies) circled in paragraph 5. If the entity does not have a specific location where it will conduct business under the assumed name please check the statement below.)

1700 Broadway New York, NY 10019

[ ] No New York State Business Location

DOS-1338 (Rev. 4/08)    -1-

NY011 - 06/18/2008 C T System Online

09112400054

INSTRUCTIONS FOR SIGNATURE: If corporation, by an officer; if limited partnership, by a general partner; if limited liability company, by a member or manager or by an authorized person or attorney-in-fact for such corporation, limited partnership, or limited liability company. If the certificate is signed by an attorney-in-fact, include the name and title of the person for whom the attorney-in-fact is acting. (Example, John Smith, attorney-in-fact for Robert Johnson, president.)

Janice Cannon
Name of Signer

Janice Cannon
Signature

Assistant Secretary
Title of Signer

---

CT-07

## CERTIFICATE OF ASSUMED NAME
## OF

E.C. Publications, Inc.

*(Insert Entity Name)*

Pursuant to §130, General Business Law

TIME WARNER INC., 1 TIME WARNER CENTER, LEGAL DEPT., 14TH FL., NEW YORK NY 10019
FILER'S NAME AND MAILING ADDRESS

cst ref# 7709583ny

NOTE: This form was prepared by the New York State Department of State. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that all documents be prepared under the guidance of an attorney. The certificate must be submitted with a $25 fee. The Department of State also collects the following, additional, county clerk fees for each county in which a **corporation** does or transacts business: $100 for each county within New York City (Bronx, Kings, New York, Queens and Richmond) and $25 for each county outside New York City. All checks over $500 must be certified.

*(For office use only)*

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   NOV 24 2009
TAX $   $227646
BY:

NY011 - 06/18/2008 C T System Online

RECEIVED 2009 NOV 24 PH 12:06