# EXHIBIT 7

**ORIGINAL**

DE-154, GC-035

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address) | TELEPHONE AND FAX NOS | FOR COURT USE ONLY |
|---|---|---|
| Daniel M. Petrocelli (S.B. #97802)<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067-6035<br>ATTORNEY FOR (Name) DC Comics | Tel (310) 553-6700<br>Fax (310) 246-6779 | **FILED**<br>Los Angeles Superior Court<br>FEB 9 – 2011<br>John A. Clarke, Executive Officer/Clerk<br>BY_____ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

MATTER OF (Name): Estate of Joseph Shuster, also known as Joe Shuster

☒ DECEDENT   ☐ CONSERVATEE   ☐ MINOR   ☐ TRUST

**REQUEST FOR SPECIAL NOTICE**

CASE NUMBER: BP 080635

1. a ☐  I am a person interested in this proceeding
   b ☒  I am the attorney for a person interested in this proceeding (specify name of interested person)
        DC Comics

2. I REQUEST SPECIAL NOTICE of (complete only a or b)
   a ☒  the following matters (check applicable boxes)
      (1) ☒  **all matters** for which special notice may be requested (Do not checkboxes (2)-(8))
      (2) ☐  inventories and appraisals of property, including supplements
      (3) ☐  accountings
      (4) ☐  reports of the status of administration
      (5) ☐  objections to an appraisal
      (6) ☐  petitions for the sale of property
      (7) ☐  Spousal Property Petition (form DE-221) (Prob. Code, § 13650)
      (8) ☐  other petitions   ☐ all petitions   ☐ the following petitions (specify)

   b ☐  the following matters (specify)

3. SEND THE NOTICES to
   a ☒  the interested person at the following address (specify) (1) Amy Genkins, DC Comics, 1700 Broadway, 7th Floor, New York, NY 10019-5905

   (2) Wayne Smith, Warner Bros. Entertainment Inc., 4000 Warner Boulevard, Building 156, Room 5158, Burbank, CA 91522

   b ☒  the attorney at the following address (specify) (1) Daniel M. Petrocelli, Matthew T. Kline, and Cassandra L. Seto O'Melveny & Myers LLP, 1999 Avenue of the Stars, Suite 700, Los Angeles, CA 90067-6035

   (2) Patrick T. Perkins, Perkins Law Office, P.C., 1711 Route 9D, Cold Spring, NY 10516

Date: February 9, 2011

Daniel M. Petrocelli
(TYPE OR PRINT NAME)                                                    (SIGNATURE)

☒ Attorney for person requesting special notice (client's name) DC Comics

(Continued on reverse)

Form Approved by the Judicial Council of California
DE-154, GC-035 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

**REQUEST FOR SPECIAL NOTICE**
(Probate)

Probate Code, §§ 1250, 2700(c), 17204

American LegalNet, Inc.
www.USCourtForms.com

| MATTER OF (Name) Estate of Joseph Shuster, also known as Joe Shuster | CASE NUMBER BP 080635 |
|---|---|

**NOTE** A formal proof of service or a written admission of service must accompany this *Request for Special Notice* when it is filed with the court

You must have your request served on either the personal representative, conservator, guardian, or trustee, or his or her attorney, or obtain a signed *Admission of Service (see below)*

## PROOF OF SERVICE BY MAIL

1. I am over the age of 18 and not a party to this cause I am a resident of or employed in the county where the mailing occurred
2. My residence or business address is (specify) 1999 Avenue of the Stars, Suite 700, Los Angeles, CA 90067-6035

3. I served the foregoing *Request for Special Notice* on each person named below by enclosing a copy in an envelope addressed as shown below AND
    a. ☐ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid
    b. ☒ placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices I am readily familiar with this business' practice for collecting and processing correspondence for mailing On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid

4. a Date of deposit February 9, 2011         b Place of deposit (city and state) Los Angeles, California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date February 9, 2011

Sandra Watson
(TYPE OR PRINT NAME)                                        (SIGNATURE OF DECLARANT)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

John D Pettker, Esq, Rodi, Pollock, Pettker, Galbraith & Cahill, A Law Corporation, 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901

Mark Warren Peary, Executor of the Estate of Joseph Shuster, c/o John D Pettker, Esq, Rodi, Pollock, Pettker, Galbraith & Cahill, A Law Corporation, 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901

Marc Toberoff, Esq, Toberoff & Associates, P C, 2049 Century Park East, Suite 3630, Los Angeles, CA 90067

☐ List of names and addresses continued in attachment

### ADMISSION OF SERVICE

1. I am the ☐ personal representative, conservator, guardian, or trustee     ☐ the attorney
2. I ACKNOWLEDGE that I was served a copy of the foregoing *Request for Special Notice*

Date

(TYPE OR PRINT NAME)                                        (SIGNATURE)

DE-154 GC-035 [Rev January 1 1998]          **REQUEST FOR SPECIAL NOTICE**          Page two
                                                       (Probate)                                    American LegalNet, Inc
                                                                                                    www.USCourtForms.com