UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
MARK WARREN PEARY, individually and in his :
capacity as executor of the ESTATE OF JOSEPH :
SHUSTER, :
: 25-CV-910 (JMF)
Plaintiff, :
: ORDER
-v- :
:
DC COMICS, INC., et al., :
:
Defendants. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The Court adjusts the briefing schedule for Plaintiff's Motion for a Preliminary Injunction, *see* ECF No. 25, and Defendants' Motion to Dismiss, *see* ECF No. 30, as follows. Plaintiff shall file an opposition to the Motion to Dismiss by **March 21, 2025**. Defendants shall file any reply to Plaintiff's opposition by **March 28, 2025**. Defendants shall file an opposition to Plaintiff's Motion for a Preliminary Injunction by **April 7, 2025**. Plaintiff shall file any reply to Defendants' opposition by **April 21, 2025**.

- The parties are directed to confer and file a Stipulation and Proposed Order memorializing Defendants' agreement with respect to not relying on the delay caused by these extensions in opposing Plaintiff's motion.

SO ORDERED.

Dated: March 7, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge