UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK WARREN PEARY,<br><br>           Plaintiff,<br><br>     v.<br><br>DC COMICS, INC.; DC COMICS; DC ENTERTAINMENT, INC.; WARNER BROS. DISCOVERY, INC.; and DOES 1-10,<br><br>           Defendants. | Case No. 1:25-cv-00910-JMF<br><br>**DECLARATION OF MATT KLINE IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |

I, Matt Kline, declare and state the following:

1. I am a partner of O'Melveny & Myers LLP, counsel for Defendants DC Comics, DC Comics Inc., DC Entertainment, and Warner Bros. Discovery, Inc. in this action. I make this declaration in support of Defendants' Reply in support of their Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction or, in the Alternative, to Transfer Venue. I have personal knowledge of the facts set forth below and, if called to testify as a witness, could and would testify completely thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Petition for Probate of Will filed by Mark Warren Peary ("Peary") in the action *In re Estate of Joseph Shuster*, Case No. BP080635 in the Superior Court of California for the County of Los Angeles ("Probate Action") on July 23, 2003.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Supplement to Clear Probate Notes filed by Peary in the Probate Action on July 3, 2024.

-2-

4. Attached hereto as **Exhibit C** is a true and correct copy of the Status Report of Administration by Personal Representative of the Estate filed by Peary in the Probate Action on January 31, 2025.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 25, 2025
Los Angeles, California

_____
Matt Kline