# EXHIBIT A

DE-111

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| JOHN D. PETTKER, Esq. (SBN 42346)<br>RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL<br>A Law Corporation<br>444 South Flower Street, Suite 1700<br>Los Angeles, California 90071-2901 | (213) 895-4900   (213) 895-4921 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>JUL 2 3 2003<br>JOHN A. CLARKE, CLERK<br>BY E. ALVAREZ, DEPUTY |
| ATTORNEY FOR *(Name)*: MARK WARREN PEARY | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

ESTATE OF *(Name)*: JOSEPH SHUSTER, also known as JOE SHUSTER /lost
DECEDENT

| PETITION FOR | | CASE NUMBER: BP080635 |
|---|---|---|
| | [X] Probate of Will and for Letters Testamentary<br>[ ] Probate of Will and for Letters of Administration with Will Annexed<br>[ ] Letters of Administration<br>[ ] Letters of Special Administration<br>[X] Authorization to Administer Under the Independent Administration of Estates Act [X] with limited authority | HEARING DATE: 8/25/03<br>DEPT.: 5   TIME: 9:15 |

1. Publication will be in *(specify name of newspaper)*: DAILY JOURNAL
   a. [X] Publication requested.   b. [ ] Publication to be arranged.
2. **Petitioner** *(name of each)*: MARK WARREN PEARY   requests
   a. [X] decedent's will and codicils, if any, be admitted to probate.
   b. [X] *(name)*: MARK WARREN PEARY
      be appointed (1) [X] executor      (3) [ ] administrator
                   (2) [ ] administrator with will annexed   (4) [ ] special administrator
      and Letters issue upon qualification.
   c. [X] that [ ] full [X] limited authority be granted to administer under the Independent Administration of Estates Act.
   d. (1) [X] bond not be required for the reasons stated in item 3d.
      (2) [ ] $_____ bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law. *(Specify reasons in Attachment 2 if the amount is different from the maximum required by Probate Code section 8482.)*
      (3) [ ] $_____ in deposits in a blocked account be allowed. Receipts will be filed. *(Specify institution and location)*:

3. a. Decedent died on *(date)*: July 30, 1992   at *(place)*: West Los Angeles, California
      (1) [X] a resident of the county named above.
      (2) [ ] a nonresident of California and left an estate in the county named above located at *(specify location permitting publication in the newspaper named in item 1)*:
   b. Street address, city, and county of decedent's residence at time of death *(specify)*: 11944 Montana Avenue #305, West Los Angeles, County of Los Angeles, California 90049
   c. Character and estimated value of the property of the estate:
      (1) Personal property:   $ None
      (2) Annual gross income from
         (a) real property:   $ None
         (b) personal property: $ None
            Total:   $ None
      (3) Real property: $ None   *(If full authority under the Independent Administration of Estates Act is requested, state the fair market value of the real property less encumbrances.)*
   d. (1) [X] Will waives bond.   [ ] Special administrator is the named executor and the will waives bond.
      (2) [X] All beneficiaries are adults and have waived bond, and the will does not require a bond. *(Affix waiver as Attachment 3d(2).)*
      (3) [X] All heirs at law are adults and have waived bond. *(Affix waiver as Attachment 3d(3).)*
      (4) [ ] Sole personal representative is a corporate fiduciary or an exempt government agency.
   e. (1) [ ] Decedent died intestate.
      (2) [X] Copy of decedent's will dated: 6/28/1988   [ ] codicils dated: _____ are affixed as Attachment 3e(2).
         [X] The will and all codicils are self-proving (Prob. Code, § 8220).
         *(Continued on reverse)*

Form Approved by the Judicial Council of California
DE-111 [Rev. January 1, 1998]
Mandatory Use [1/1/2000]

**PETITION FOR PROBATE**

Legal Solutions Plus   Probate Code, §§ 8002, 10450

| ESTATE OF (Name): **JOSEPH SHUSTER, also known as JOE SHUSTER** | CASE NUMBER: |
|---|---|
| DECEDENT | |

3. f. **Appointment of personal representative** (check all applicable boxes):

> *Include in Attachment 3e(2) a typed copy of a handwritten will and a translation of a foreign language will.*

   (1) Appointment of executor or administrator with will annexed:
      (a) [X] Proposed executor is named as executor in the will and consents to act.
      (b) [ ] No executor is named in the will.
      (c) [ ] Proposed personal representative is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 3f(1)(c).)*
      (d) [X] Other named executors will not act because of [ ] death [X] declination [ ] other reasons *(specify in Attachment 3f(1)(d)).*

   (2) Appointment of administrator:
      (a) [ ] Petitioner is a person entitled to Letters. *(If necessary, explain priority in Attachment 3f(2)(a).)*
      (b) [ ] Petitioner is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 3f(2)(b).)*
      (c) [ ] Petitioner is related to the decedent as *(specify):*

   (3) [ ] Appointment of special administrator requested. *(Specify grounds and requested powers in Attachment 3f(3).)*

  g. Proposed personal representative is a [ ] resident of California [X] nonresident of California *(affix statement of permanent address as Attachment 3g)* [X] resident of the United States [ ] nonresident of the United States.

4. [X] Decedent's will does not preclude administration of this estate under the Independent Administration of Estates Act.

5. a. The decedent is survived by *(check at least one box in each of items (1) - (3))*
   (1) [ ] spouse [X] no spouse as follows: [X] divorced or never married [ ] spouse deceased
   (2) [ ] child as follows: [ ] natural or adopted [ ] natural adopted by a third party [X] no child
   (3) [ ] issue of a predeceased child [X] no issue of a predeceased child
  b. Decedent [ ] is [X] is not survived by a stepchild or foster child or children who would have been adopted by decedent but for a legal barrier. *(See Prob. Code, § 6454.)*

6. *(Complete if decedent was survived by (1) a spouse but no issue (only a or b apply), or (2) no spouse or issue. Check the **first** box that applies):*
  a. [ ] Decedent is survived by a parent or parents who are listed in item 8.
  b. [X] Decedent is survived by issue of deceased parents, all of whom are listed in item 8.
  c. [ ] Decedent is survived by a grandparent or grandparents who are listed in item 8.
  d. [ ] Decedent is survived by issue of grandparents, all of whom are listed in item 8.
  e. [ ] Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 8.
  f. [ ] Decedent is survived by next of kin, all of whom are listed in item 8.
  g. [ ] Decedent is survived by parents of a predeceased spouse or issue of those parents, if both are predeceased, all of whom are listed in item 8.
  h. [ ] Decedent is survived by no known next of kin.

7. *(Complete only if no spouse or issue survived decedent)* Decedent [X] had no predeceased spouse [ ] had a predeceased spouse who (1) [ ] died not more than 15 years before decedent owning an interest in **real property** that passed to decedent, (2) [ ] died not more than five years before decedent owning **personal property** valued at $10,000 or more that passed to decedent, (3) [ ] neither (1) nor (2) apply. *(If you check (1) or (2), check only the **first** box that applies):*
  a. [ ] Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 8.
  b. [ ] Decedent is survived by a parent or parents of the predeceased spouse who are listed in item 8.
  c. [ ] Decedent is survived by issue of a parent of the predeceased spouse, all of whom are listed in item 8.
  d. [ ] Decedent is survived by next of kin of the decedent, all of whom are listed in item 8.
  e. [ ] Decedent is survived by next of kin of the predeceased spouse, all of whom are listed in item 8.

8. **Listed in Attachment 8** are the names, relationships, ages, and addresses, so far as known to or reasonably ascertainable by petitioner, of (1) all persons named in decedent's will and codicils, whether living or deceased, (2) all persons named or checked in items 2, 5, 6, and 7, and (3) all beneficiaries of a devisee trust in which the trustee and personal representative are the same person.

9. [XX] Number of pages attached: _____9_____

Date: **July 17, 2003**

\* (Signature of all petitioners also required (Prob. Code, § 1020).)

▶ *(SIGNATURE OF ATTORNEY)*
JOHN D. PETTKER, Esq. (SBN 42346)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: **7-15-03**

MARK WARREN PEARY
(TYPE OR PRINT NAME)

▶ *(SIGNATURE OF PETITIONER)*

................................................
(TYPE OR PRINT NAME)

▶
(SIGNATURE OF PETITIONER)

DE-111 [Rev. January 1, 1998]        **PETITION FOR PROBATE**        Page two

**In the Matter of the Estate of JOSEPH SHUSTER, Decedent**
**Los Angeles County, California, Superior Court – Central District**

### ATTACHMENT 2c
### Requested Additional Power

Requested Additional Power

Petitioner requests that the court grant him the following power in addition to the general powers conferred upon him by law and under the Independent Administration of Estates Act: *the power to terminate prior transfers of the decedent's copyright(s) pursuant to Section §304(c) of the United States Copyright Act, 17 U.S.C. §304(c)(2)(D), and to maintain and defend on behalf of the decedent and the estate all proceedings necessary or appropriate in connection with this action.*



261503_1.doc

In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District

**ATTACHMENT 2d(1), 3(c) and 3(d)(1), (2) and (3)**

No bond should be required of petitioner to act as Executor, or if a bond is required by the Court, it should be for a nominal amount, for the following reasons:

1. The first named Executor, Jean Adele Peavy, has signed and filed a Declination to Act as Personal Representative and Waiver of Bond of Mark Warren Peary as Personal Representative. Jean Adele Peavy, who is the sister of the decedent, is also the sole beneficiary under the decedent's Will and the sole heir at law of the decedent's estate under the laws of intestacy.

2. Petitioner is the alternate named Executor under the decedent's Will, and the decedent's Will waives bond.

3. Petitioner, who is the son of Jean Adele Peavy, is the nephew of the decedent.

4. A probate proceeding with respect to the decedent's estate would be unnecessary but for the fact that a personal representative of his estate needs to be appointed for the purpose of *terminating prior transfers of the decedent's copyright(s) pursuant to Section §304(c) of the United States Copyright Act, 17 U.S.C. §304(c)(2)(D).* This right of the personal representative of the decedent's estate to terminate prior transfers of the decedent's copyright(s) was enacted into federal law as part of the Sonny Bono Copyright Act effective October 27, 1998. The purpose of such new law, enacted over six years after the decedent's death, is to give authors and their estates the power to recover previously assigned copyrights within time limits delineated in the statute.

5. All assets of the decedent, with the exception of the decedent's interest in and to *the copyrights*, which currently have an undetermined value, were of minimal value and transferred through a §13101 affidavit by Jean Adele Peavy shortly after the decedent's death on July 30, 1992.

Dated: ___July 15___, 2003

*/s/ Mark Warren Peary*
MARK WARREN PEARY

261503_1.doc

**In the Matter of the Estate of JOSEPH SHUSTER, Decedent**
**Los Angeles County, California, Superior Court – Central District**

### ATTACHMENT 3e(2)
### *(Lost)* **Last Will and Testament**

<u>Grounds for Admission of *Lost* Will</u>

The decedent died more than 10 years ago on July 30, 1992. Petitioner and other family members have made a diligent and extensive search for the original Will executed by the decedent on June 28, 1988, but have been unable to find it. Petitioner has only found a copy of such Will, which he is submitting for probate as the decedent's lost Will. Petitioner believes that the original of such Will has been lost or inadvertently destroyed. There would be no reason for the decedent to have revoked such Will by destroying it, because the terms of the Will replicate the result if the decedent died intestate. Under both the Will and the laws on intestacy, petitioner's mother, Jean Adele Peavy, who is the decedent's sister and sole surviving heir at law, would be the sole beneficiary of the decedent's estate and, but for her declination to act, would be entitled to be appointed personal representative. Further, under both the decedent's Will and the laws of intestacy, by reason of the declinations to act that have been filed concurrently with this petition, petitioner is entitled to be appointed personal representative.

The decedent never married and never had any issue.

261503_1.doc



THE Last Will and Testament of Joseph Shuster

Dated June 28, 19 80

# Last Will and Testament of

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, I   JOSEPH SHUSTER

of   W. Los Angeles, California

being of sound and disposing mind and memory, and not acting under duress, menace, fraud or the undue influence of any person whomsoever, do make, publish and declare this my Last Will and Testament.

I.

I hereby declare that I am the  brother  of JEAN ADELE PEAVY

at the time of the execution of this Will.

II.

I make no bequest, gift or devise to my children named in Paragraph I, or to any other child or children hereafter born to or adopted by me, except as hereinafter stated, knowing their   N/A   will provide for them.
(mother, or father)

III.

I hereby direct and order that all just debts for which proper claims are filed against my estate, and the expenses of my last illness and funeral, be paid by my execut_rix_ as soon after my death as is practicable; provided, however, that this direction shall not authorize any creditor to require payment of any debt or obligation prior to its normal maturity in due course.

IV.

I give, devise and bequeath unto   JEAN ADELE PEAVY   all of the rest, residue and remainder of my estate, whether real or personal, and wheresoever situated. In the event that   Jean Adele Peavy   shall predecease me, or in the event that both   Jean Adele Peavy   and I shall die as a result of a common accident, illness or disaster, then I give, devise and bequeath the residue and remainder of my estate to my nephew,   MARK WARREN PEARY  .

V.

I hereby nominate and appoint my  sister ,  Jean Adele Peavy  , exec_utrix_ of this my Last Will and Testament, to act without bond. In the event that my   sister  , is for any reason unable or unwilling to act as execut_rix_ hereof, I nominate and appoint   Mark Warren Peary   to act as execut_or_, also without bond.

## VI.

I further direct that my estate be settled without the intervention of any court, except to the extent required by law, and that my execut<u>rix</u> settle my estate in such a manner as shall seem best and most conveniently to <u>her</u>, and I hereby empower my executrix to mortgage, lease sell, exchange and convey the personal and real property of my estate without an order of court for that purpose and without notice, approval or confirmation and in all other respects to administer and settle my estate without the intervention of court.

VII.

I hereby revoke any and all former Wills and Codicils thereto made by me and declare this my Last Will and Testament.

In Witness Whereof I have hereunto set my hand this __28__ day of __June__, 19_88_.

_____Joseph Shuster_____
Testator

STATE OF CALIFORNIA
County of __Los Angeles__ } ss.

Each of the undersigned, being first duly sworn on oath, states that on this __28__ day of __June__, 19_88_:

(1) I am over the age of eighteen (18) years and competent to be a Witness to the Will of __JOSEPH SHUSTER__ (the Testat__or__);

(2) The Testat__or__, in my presence and in the presence of the other Witnesses whose signatures appear below:

   (a) Declared the foregoing instrument consisting of __one__ pages, of which this is the last to be __his__ Will;

   (b) Requested me and the other Witnesses to act as Witnesses to __his__ Will and to make this affidavit; and

   (c) Signed such instrument;

(3) I believe the Testat__or__ to be of sound mind, and that in so declaring and signing, __he__ was not acting under any duress, menace, fraud, or undue influence;

(4) The other witnesses and I, in the presence of the Testat__or__ and of each other now affix our signatures as Witnesses to the Will and make this affidavit.

_____Tom Fenaughty_____      _____Robert E Williams_____
Witness                                          Witness
_____9374 Overland Ave #1_____    _____3545 MENTONE AVE #3_____
Address                                           Address
_____L.A. Ca. 90064_____          _____Los Angeles, California 90034_____

_____
Witness

_____
Address

SUBSCRIBED & SWORN to before me this __28__ day of __June__, 19_88_.

_____F. Patrick Hagerty_____
Notary Public in and for the State of __California__,
residing at __Santa Monica, Calif.__

OFFICIAL SEAL
F. PATRICK HAGERTY
NOTARY PUBLIC-CALIFORNIA
PRINICIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires April 23, 1991

**In the Matter of the Estate of JOSEPH SHUSTER, Decedent**
**Los Angeles County, California, Superior Court – Central District**

### ATTACHMENT 3g
### Nonresident of California and Permanent Address

I, Mark Warren Peary, the proposed personal representative, am a non-resident of California. I reside in the State of New Mexico at the following residence address:

> 51 Camino Cabo
> Santa Fe, NM 87508

I hereby consent to act as the personal representative of the estate of my uncle, Joseph Shuster.

Dated: _July 15_, 2003

_____
MARK WARREN PEARY

261503_1.doc

## In the Matter of the Estate of JOSEPH SHUSTER, Decedent
## Los Angeles County, California, Superior Court – Central District

### **ATTACHMENT 8**

The following is a list of the names, relationships, ages, and addresses, so far as known to or reasonably ascertainable by petitioner, of (1) all persons named in decedent's will and codicils, whether living or deceased, (2) all persons named or checked in items 2, 5, 6, and 7, and (3) all beneficiaries of a devisee trust in which the trustee and personal representative are the same person:

| **Name and Address** | **Relationship** | **Age** |
|---|---|---|
| Mark Warren Peary<br>51 Camino Cabo<br>Santa Fe, NM 87508 | Petitioner/Nephew | Adult |
| Jean Adele Peavy<br>51 Camino Cabo<br>Santa Fe, NM 87508 | Sister | Adult |
| Dawn L. Peavy<br>11405 Lake Nemi<br>El Paso, Texas 79936 | Niece | Adult |

261503_1.doc

RODI, POLLOCK, PETTKER, GALBRAITH
& CAHILL, A Law Corporation
JOHN D. PETTKER (SBN 42346)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for MARK WARREN PEARY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, CENTRAL

In re the Matter of the Estate of

JOSEPH SHUSTER, also known as
JOE SHUSTER

Decedent.

CASE NO. BP080635

DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

I, JEAN ADELE PEAVY, state as follows:

1.  I am the only sibling of the decedent, JOSEPH SHUSTER. The decedent's and my parents are both deceased, having predeceased the decedent. I have two children, both of whom survived the decedent. They are Mark Warren Peary and Dawn L. Peavy.

2.  I am the sole beneficiary under the decedent's Will dated June 28, 1988, and am nominated to act as Executor under such Will.

3.  I hereby decline to serve as personal representative of the decedent's estate, whether as Executor of the decedent's Will or Administrator of his estate.

4.  I hereby waive the requirement of a bond by Mark Warren Peary, whether acting as

---

1
DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

1  Executor of the decedent's Will or Administrator of his estate.

2  Dated: July 15, 2003

4  *Jean Adele Peavy*
   JEAN ADELE PEAVY

28  261504_1.doc

2
DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

RODI, POLLOCK, PETTKER, GALBRAITH
& CAHILL, A Law Corporation
JOHN D. PETTKER (SBN 42346)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for MARK WARREN PEARY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, CENTRAL

| In re the Matter of the Estate of<br><br>JOSEPH SHUSTER, also known as<br>JOE SHUSTER<br><br>Decedent. | CASE NO.<br><br>NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY |
|---|---|

I, DAWN L. PEAVY, state and declare as follows:

1. I am the niece of JOSEPH SHUSTER (the "decedent"), the decedent named herein, being the daughter of the decedent's sister, Jean Adele Peavy. My brother is Mark Warren Peary.

2. If the decedent's Will is not admitted to probate and an Executor thereof is not appointed and if my mother, Jean Adele Peavy, declines to act as personal representative of the decedent's estate, I am a person entitled to equal priority for appointment as the personal representative of the decedent's estate with my brother, MARK WARREN PEARY.

3. If for any reason MARK WARREN PEARY is not appointed by the Court as Executor of the decedent's Will, I hereby nominate MARK WARREN PEARY of Albuquerque, New Mexico, to serve as the personal representative of the decedent's estate without the

1
NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY

1. requirement of any bond, pursuant to the authority provided to me under Sections 8461 and 8465 of the California Probate Code, and I decline to act as such personal representative.

4. My intent in making this nomination is to ensure the appointment of a person that I trust to serve as the personal representative of my uncle's estate.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on *July 15*, 2003, in El Paso, Texas.

*Dawn L. Peavy*
DAWN L. PEAVY

RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900

261505_1.doc

2
NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY

| SHORT TITLE: ESTATE OF: JOSEPH SHUSTER, also known as JOE SHUSTER | CASE NUMBER: |
|---|---|

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| SHORT CASE TITLE ESTATE OF: JOSEPH SHUSTER, also known as JOE SHUSTER | CASE NUMBER |
|---|---|
| | **FAMILY AND PROBATE CASE COVER SHEET-CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT** |

**This form is required in all new Family and Probate cases in the Los Angeles Superior Court.**

**This form is not required in Abandonment, Sole Custody & Emancipation cases. Please file those cases at Children's Court.**

I. Fill in the requested information and estimated length of hearing expected for this case:

MINOR CHILDREN INVOLVED? ☐ YES [X] NO   HOW MANY?   TIME ESTIMATE: N/A   ☐ HOURS/ ☐ DAYS.

II. Select the correct district (3 steps):
1. Under Column **1** below, check the one type of action which best describes the nature of this case.
2. In Column **2** below, circle the reason for your choice of district that applies to the type of action you have checked.

**Applicable Reasons for Choosing District (See Column 2 below)**

1. May be filed in Central District.
2. District where one or more of the parties reside.
3. District where proposed ward/conservatee resides.
4. Child is held within the district.
5. District where petitioner resides.
6. District where decedent resided.
7. Decedent resided out of state - held property in District.
8. Child resides or decedent parent's probate would be filed in district.

3. Fill in the information requested on page 2 in item III; complete item IV. Sign the certificate.

| -1- Type of Action (Check only one) | | -2- Applicable Reasons- See Above |
|---|---|---|
| **Marriage/Custody/Support Matters** | | |
| ☐ A5520 | Regular Dissolution of Marriage | 1., 2. |
| ☐ A5525 | Summary Dissolution of Marriage | 1., 2. |
| ☐ A5530 | Nullity of Void or Voidable Marriage | 1., 2. |
| ☐ A5510 | Legal Separation | 1., 2. |
| ☐ A6135 | Foreign Support Order | 1., 2. |
| ☐ A6136 | Foreign Custody Order | 1., 2., 4. |
| ☐ A6137 | Reciprocal Enforcement of Support - Initiating Petition | 1. |
| ☐ A6139 | Reciprocal Enforcement of Support - Registration of Foreign Support | 1. |
| ☐ A6122 | Domestic Violence Restraining Order (Civil Harassment - use Civil Cover Sheet) | 1., 2. |
| ☐ A6600 | Habeas Corpus Petition - Child Custody | 1., 4. |
| **Other Family Case** | | |
| ☐ A6080 | Determination of Parentage/Paternity (Non-governmental) | 1., 4., 8. |
| ☐ A6111 | Approval of Minor's Contract (6751 Family Code) | 1. |
| ☐ A6130 | Other Family Complaint or Petition (Specify): | 1., 2., 4., 8. |
| **Adoption Matters** (Submit Central District Filings at Children's Court) | | |
| ☐ A6101 | Agency Adoption | 1., 5. |
| ☐ A6102 | Independent Adoption | 1., 5. |
| ☐ A6103 | Adult Adoption | 1., 5. |
| ☐ A6104 | Stepparent Adoption | 1., 5. |

4
R2/00

**FAMILY AND PROBATE CASE COVER SHEET - CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT**

LASC Rule 2.0(d)
Page one of three pages
LA-4

| SHORT TITLE: ESTATE OF: JOSEPH SHUSTER, also known as JOE SHUSTER | CASE NUMBER |
|---|---|

| -1-<br>Type of Action<br>(Check only one) | | -2-<br>Applicable Reasons-<br>See Above |
|---|---|---|
| **Decedent Estates** | /Lost | |
| [X] A6210 | Petition for Probate of Will - Letters Testamentary | 1., 5., 6., 7. |
| [ ] A6211 | Petition for Probate of Will - Letters of Administration | 1., 5., 6., 7. |
| [ ] A6212 | Petition for Letters of Administration | 1., 5., 6., 7. |
| [ ] A6213 | Petition for Letters of Special Administration | 1., 5., 6., 7. |
| [ ] A6214 | Petition to Set Aside Small Estate (6602 Prob. Code) | 1., 5., 6., 7. |
| [ ] A6215 | Spousal Property Petition | 1., 5., 6., 7. |
| [ ] A6216 | Petition for Succession to Real Property | 1., 5., 6., 7. |
| [ ] A6217 | Summary Probate (7660 Prob. Code) | 1., 5., 6., 7. |
| [ ] A6218 | Petition re Real Property of Small Value (13200 Prob. Code) | 1., 5., 6., 7. |
| **Conservatorship/Guardianship/Trust Matters** | | |
| [ ] A6230 | Petition for Conservatorship of Person and Estate | 1., 3., 5. |
| [ ] A6231 | Petition for Conservatorship of Person only | 1., 3., 5. |
| [ ] A6232 | Petition for Conservatorship of Estate only | 1., 3., 5. |
| [ ] A6243 | Petition for Conservatorship of Spouse who Lacks Capacity | 1., 3., 5. |
| [ ] A6233 | Petition for Approval of Medical Treatment without Consent | 1., 3., 5. |
| [ ] A6240 | Petition for Guardianship of Person and Estate | 1., 3., 5. |
| [ ] A6241 | Petition for Guardianship of Person only | 1., 3., 5. |
| [ ] A6242 | Petition for Guardianship of Estate only | 1., 3., 5. |
| [ ] A6254 | Trust Proceedings Petition | 1., 5. |
| **Other Probate Court Matters** | | |
| [ ] A6260 | Petition for Compromise of Minor's Claim - no civil case filed (3500 Prob. Code) | 1., 5. |
| [ ] A6180 | Petition to Establish Fact of Birth, Death or Marriage | 1., 5. |
| [ ] A6200 | Other Probate Matter (Specify): | 1., 2. |

**-3-**

III. Choose the district: Enter the address of the party or decedent residence, property, or other circumstance you have circled in Column **2** as the proper reason for filing in the district you selected.

| REASON: CHECK THE NUMBER YOU CIRCLED IN -2- WHICH APPLIES IN THIS CASE | ADDRESS: |
|---|---|
| [X] 1. [ ] 2. [ ] 3. [ ] 4. [ ] 5. [ ] 6. [ ] 7. [ ] 8. | 11944 Montana Ave., #305 |
| CITY: West Los Angeles | STATE: CA | ZIP CODE: 90049 | |

IV. Certificate/Declaration of Assignment: The undersigned hereby certifies and declares that the above entitled matter is properly filed for assignment to the   CENTRAL   District of the Los Angeles Superior Court under §392 et seq., Code of Civil Procedure, 2300 et seq. of the Family Code, 2200 and 7000 et seq. of the Probate Code, and Rule 2(b), (c) and (d) of this court for the reason checked above. I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on   July 22, 2003
(DATE)

(SIGNATURE OF ATTORNEY/FILING PARTY)