# EXHIBIT 1

Case 1:25-cv-00910-JMF    Document 42-2    Filed 03/26/25    Page 1 of 3

1  RODI, POLLOCK, PETTKER, GALBRAITH
   & CAHILL, A Law Corporation
2  JOHN D. PETTKER (SBN 42346)
   444 South Flower Street, Suite 1700
3  Los Angeles, California 90071-2901
   Telephone: (213) 895-4900
4  Facsimile: (213) 895-4921

5  Attorneys for MARK WARREN PEARY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL

In re the Matter of the Estate of

JOSEPH SHUSTER, also known as
JOE SHUSTER

Decedent.

CASE NO. BP 080635

DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

I, JEAN ADELE PEAVY, state as follows:

1. I am the only sibling of the decedent, JOSEPH SHUSTER. The decedent's and my parents are both deceased, having predeceased the decedent. I have two children, both of whom survived the decedent. They are Mark Warren Peary and Dawn L. Peavy.

2. I am the sole beneficiary under the decedent's Will dated June 28, 1988, and am nominated to act as Executor under such Will.

3. I hereby decline to serve as personal representative of the decedent's estate, whether as Executor of the decedent's Will or Administrator of his estate.

4. I hereby waive the requirement of a bond by Mark Warren Peary, whether acting as

1  Executor of the decedent's Will or Administrator of his estate.

2  Dated: July 15, 2003

JEAN ADELE PEAVY

28  261504_1.doc

2
DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE