# EXHIBIT 2

ORIGINAL

| | |
|---|---|
| 1  RODI, POLLOCK, PETTKER, GALBRAITH<br>   & CAHILL, A Law Corporation<br>2  JOHN D. PETTKER (SBN 42346)<br>   444 South Flower Street, Suite 1700<br>3  Los Angeles, California 90071-2901<br>   Telephone: (213) 895-4900<br>4  Facsimile: (213) 895-4921<br>5  Attorneys for MARK WARREN PEARY,<br>   Petitioner | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>AUG 2 1 2003<br><br>JOHN A. CLARKE, CLERK<br>BY_____<br>    D. FREELAND, DEPUTY |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, CENTRAL

| | |
|---|---|
| In re the Matter of the Estate of<br><br>JOSEPH SHUSTER, also known as<br>JOE SHUSTER<br><br>                    Decedent. | CASE NO. BP080635<br><br>**WAIVER OF NOTICE OF AND CONSENT TO** PETITION FOR PROBATE OF (LOST) WILL AND FOR LETTERS TESTAMENTARY; AUTHORIZATION TO ADMINISTER UNDER THE INDEPENDENT ADMINISTRATION OF ESTATES ACT<br><br>Hearing Date  August 25, 2003<br>Time:         9:15 a.m.<br>Dept:         5 |

The undersigned declares as follows:

1. I have received a copy of the Petition for Probate of (Lost) Will and for Letters Testamentary and Authorization to Administer Under the Independent Administration of Estates Act ("Petition") filed in the above-captioned proceeding.

2. I have reviewed the Petition and am familiar with its contents. I waive any and all notice which may otherwise be required in connection with the request for the additional power to *terminate prior transfers of the decedent's copyright(s) pursuant to Section 304(d) of the United States Copyright Act, 17 U.S.C. §304(d), incorporating without limitation 17 U.S.C. §304(c)(2)(D), and to maintain and defend on behalf of the decedent and the estate all proceedings necessary or appropriate in connection with this action.*

/ / /

1

3. I consent to the granting of the foregoing additional power, and I request that the Court approve the Petition as filed.

Executed this __19__ day of August, 2003, in Santa Fe, New Mexico.



Jean Adele Peavy

263022_1.doc

---

2
WAIVER OF NOTICE OF AND CONSENT TO PETITION FOR PROBATE, ETC.