

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

File Number:

Daniel M. Petrocelli
D: +1 310 246 6850
dpetrocelli@omm.com

March 27, 2025

<u>**VIA ECF**</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      **RE:  <u>Response to Plaintiff's Letter Motion for Leave to File Document in *Peary v. DC Comics, et al.*, No. 1:25-cv-00910-JMF</u>**

Dear Judge Furman:

      DC opposes Peary's letter motion for leave to file a supplemental declaration in sur-reply. Peary's proffered "correction[s]" are inconsequential—none undermines the conclusion that the Court lacks subject-matter jurisdiction over his claims. In particular, while Peary tries to muddy Jean Peavy's status as Shuster's executor, the Central District of California found long ago that Jean Peavy was named in Shuster's will "as sole beneficiary and executrix of his estate" and leveraged that status to negotiate and secure the all-encompassing 1992 Agreement (notwithstanding Peary's current efforts to relitigate these objective facts). *See DC Comics v. Pac. Pictures Corp.*, 2012 WL 4936588, at *2 (C.D. Cal. Oct. 17, 2012), *aff'd*, 545 F. App'x 678 (9th Cir. 2013).

Respectfully submitted,

*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli

*Counsel for Defendants*

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo