# EXHIBIT E

Subscribe    Sign In

Film

# Super powers equal super box-office

Man of Steel keeps the summer popcorn season going

Expand



Tara Brady
Fri Jun 21 2013 - 00:00

Is it a bird? Is it a plane? Is it a seven-figure weekend tally? Keep calm, cinema operators: everything below the top spot may be floundering (*Epic* in third place with €139,605, *After Earth* in fourth with €97,797) but Superman is here to save the box office from this benighted heatwave.

Just as the tentpole season looked to be winding down awfully prematurely (even assuming our chums at Disney know something we don't, nobody expects *The Lone Ranger* to break records, right?), along comes *Man of Steel* with a weekend take of €965, 768, or €1.29 million if you lump in previews.

That sum makes *Man of Steel* this years' biggest opening weekend in the ROI and puts the DC hero just ahead of Marvel titan *Iron Man 3*'s €856,134.

Across the Atlantic, Superman's cape flew equally high. *MOS* earned $128.6 million Stateside over the weekend and raked in an additional $12 million from Thursday previews. That figure beats out *Toy Story 3* to make *Man of Steel* the biggest June opening of all time.

It's great news for the folks at Warner Bros, although the tally for non-Anglophone turf may well give executives pause for thought. To date only a paltry 32.4 per cent (or $73.3 million) of *Steel*'s take has originated in the Rest of World. The number isn't exactly megabucks, but it is comparable to the low initial ROW turnout for *The Dark Knight*. That film ultimately edged toward 46.8 per cent in non-US territories and hovered up more than a billion dollars worldwide.

**READ MORE**

The same executives would also do well to remember that *Superman Returns* was sitting on a comparable sum after its opening weekend back in 2006.

There's an interesting comparison to be made between *Man of Steel* and *Hangover 3*, which is, like much of the summer's fare, a Warner Bros release. The stag- themed threequel has underperformed in the US to the tune of $108.7 million but scored significantly better everywhere else. To date, 65 per cent of *Hangover 3*'s take is non-domestic; a whopping €1,932,515 of that has come from the ROI, where the film continues to ride high in the No 2 spot.

*Hangover 3* is just one of many comedies that have failed to connect in the US this summer. Despite a very visible and wildly expensive marketing campaign, the starry apocalyptic ensemble comedy *This Is the End* (released here next week) took only $20.7 million from more than 3,000 screens at the weekend – half of what the similarly staffed *Pineapple Express* mustered in its opening three days.

Maybe that's because *This Is the End*'s target audience are going to see the delightfully daft magician caper *Now You See Me* instead. Good word of

mouth has kept that movie, America's surprise summer hit, sitting pretty at No 3 after three weeks. The film can boast an $111 million haul worldwide, swiped right from under the noses of bigger studio bets. The film opens here July 5th if sunshine hasn't closed the country down before then.

Dave Franco   Fisher Isla   Henry Cavill   Jesse Eisenberg   Mark Ruffalo   Melanie Laurent   Michael Caine   Morgan Freeman   Woody Harrelson   Disney   Warner Bros

IN THIS SECTION

Ludivine Sagnier: 'This sexy bombshell had nothing to do with who I was. I felt confused'



Away: After all those cheap and nasty children's movies, here's a gem



Four new films to see this week: Black Bag, Sister Midnight, Opus, The Electric State



Oscar winner Gints Zilbalodis: 'It's really cool that we can make these films with free software'



The Movie Quiz: For what did Anora's Sean Baker not win a gong at the Oscars? 

## MOST READ

US shoppers cut spending as economic outlook concerns mount 

'People shouldn't have to live the way we are': Limerick housing crisis pushing people into homelessness 

Burke family pays Facebook to promote its video of their Washington DC protest 

St Patrick: 13 facts you need to know about Ireland's patron saint



The estate agent quoted a jaw-dropping figure for what he thought our house would go for



LATEST STORIES >

Jen Hogan: Let's take an extra day to think of all the reasons we're grateful to be Irish

Ludivine Sagnier: 'This sexy bombshell had nothing to do with who I was. I felt confused'

What do I need to know in order to rent out my parents' former home?

Samantha Cookes scammed her way around Ireland. How was she caught?

 Listen | 31:28

Blindboy Boatclub: 'We took the blue from the sky and put it in the ground'



## Book Club

Sign up to the Irish Times books newsletter for features, podcasts and more

Sign up

 

© 2025 The Irish Times DAC

### Subscribe

Why Subscribe?

Subscription Bundles

Subscriber Rewards

Student Subscription

Subscription Help Centre

Home Delivery

### Support

Contact Us

Help Centre

My Account

### About Us

Advertise

Contact Us

The Irish Times Trust

Careers

**Irish Times Products & Services**

ePaper

Crosswords & puzzles

Newspaper Archive

Newsletters

Article Index

Discount Codes

**Download the app**

 

**OUR PARTNERS:**  MyHome.ie  •  The Gloss  •  Recruit Ireland  •  Irish Times Training  •  RIP.ie

Terms & Conditions

Privacy Policy

Cookie Information

Cookie Settings

Community Standards

Copyright