# EXHIBIT I

# How James Gunn Sees *Superman* Fitting Into Our Politically Charged World

David Corenswet, Rachel Brosnahan, and Nicholas Hoult star in the upcoming DC film, out July 11.

By Germain Lussier

Published December 25, 2024  |  Comments (61)  |

Apple pie. Baseball. These are things you think of when you think of America. Another thing that could be added to the list, though, is the superhero. From 1938, when Superman graced the cover of *Action Comics #1*, superheroes have become a major American export. And, because he was the first, Superman will always be a little extra American than the rest.

Of course, Superman isn't American at all. He's an immigrant. An alien immigrant at that—and these days, those words have a much different connotation than they have in the past. At a recent event attended by io9, writer-director James Gunn spoke about how he feels his version of *Superman* fits into the politically charged America of today.

"When I watch the trailer and the movie, we do have a sort of battered vision of Superman at the beginning. I think that is our country," Gunn said. "I believe in the goodness of human beings. And I believe that most people in this country, despite their ideological beliefs [or] their politics, are doing their best to get by and trying to be good people, despite what it may seem like to the other side and what that other side might be. I think this movie is about that. It's about the basic kindness of human beings. And that it can be seen as uncool, and it can be seen as under siege when some of the darker voices are some of the louder voices. That's what happens when you let the internet seem like it's the world—when it's not the world. The world is us."

Gunn likened it to his own experiences. "I live in a very rural part of Georgia," he said. "I see the kindness and the beauty of the people every day who don't share all the same political beliefs as I do. But I think that's what the movie is about, the basic fundamental decency of human beings. All over the world, by the way."

Meaning, yes, Superman can be seen as a beacon of hope and goodness in America, the character's country of origin, but also the entire world that the hero oversees.

Do you think Gunn is onto something here with his read on humanity? Will *Superman* be a film embraced by all people? We'll find out in a few months when *Superman* opens in theaters July 11.

> Want more io9 news? Check out when to expect the latest Marvel, Star Wars, and Star Trek releases, what's next for the DC Universe on film and TV, and everything you need to know about the future of Doctor Who.