# EXHIBIT A

**CURRICULUM VITAE**

**IAN MILL KC**

---

**Education: Epsom College; Trinity Hall, Cambridge**

**Degree: MA in Classics and Law**

**Professional career:**

- **Called to the Bar of England and Wales by the Middle Temple: July 1981**
- **Member of Blackstone Chambers (originally, 2 Hare Court): July 1982 to date**
- **Appointed Queen's Counsel: May 1999**
- **Elected Joint Head of Blackstone Chambers: 2004 to 2011**
- **Qualified Mediator: March 2023**

**Areas of career specialisation: Media & Entertainment; Intellectual Property; Commercial Dispute Resolution; Sport**

**Legal Directories: Recognised by both principal directories as a leading practitioner in all specialist areas. In the field of Media & Entertainment, I have been for many years the standalone top-rated QC/KC at the English Bar**

**Reported cases (media & entertainment and intellectual property) include:**

***Moonbug Entertainment v CCM Touring & Anor* [2024] EWHC 793 (Comm)**

***Sheeran & Ors v Chokri & Ors* [2022] EWHC 1528 (Ch)**

***Duchess of Sussex v Associated Newspapers* [2021] EWHC 1245 (Ch); [2021] EWCA Civ 1810**

***Cayman Music v Blue Mountain Music* [2022] EWHC 1469**

***The Racing Partnership & Ors v Ladbrokes & Ors* [2019] EWHC 1156 (Ch); [2020] EWCA Civ 1300**

***Gloucester Place Music v Le Bon & Ors* [2016] EWHC 3091 (Ch)**

*BSI Enterprises v Blue Mountain Music* [2014] EWHC 107 (Pat); [2015] EWCA Civ 1551

*Dramatico Entertainment Ltd & Ors v BSkyB Ltd & Ors* [2012] EWHC 1152 (Ch)

*Novello & Co Ltd v Keith Prowse Music Publishing Co Ltd* [2004] EWCA Civ 1776

In case of assistance, a copy of my full CV as available on the Blackstone Chambers website is attached hereto.

clerks@blackstonechambers.com
+44 (0)20 7583 1770

# Blackstone
C H A M B E R S

# Ian Mill KC



*"He is exceptional. He is an absolutely superb advocate."*

— CHAMBERS AND PARTNERS, 2025

| | |
|---|---|
| Year of call: | **1981** |
| Appointed to silk: | **1999** |
| Degree: | **MA (Cantab)** |

Ian Mill KC is a leading silk, who has appeared frequently in substantial, high profile contractual and intellectual property disputes in the Chancery Division, the Commercial Court, the Court of Appeal, offshore in the BVI, Bermuda and Cayman and in international and domestic arbitrations.

Ian also sits regularly as an arbitrator in relation to high value commercial and company disputes, including disputes in the areas of media and entertainment and sport, and in relation to regulatory and disciplinary actions brought domestically and internationally by various sporting Governing Bodies. In particular, since 2014 he has acted as an Anti-Corruption Hearing Officer for world tennis; he sits as a Steward of Appeal of the British Boxing Board of Control; he has chaired International Tennis Federation Anti-Doping cases, PGA Disciplinary Panels, WPBSA Disciplinary Commissions and ECB Child Protection appeals, as well as numerous FA Rule K and FA Premier League Panels.

In 2023, Ian was elected as a judge to the FIA International Tribunal and International Court of Appeal.

Ian is a CEDR accredited Mediator - with a particular focus on resolving complex commercial, sports and intellectual property disputes and high value employment matters.

In December 2013, Ian was ranked as one of Chambers UK's Top Silk Bar 100, in their inaugural listing of the top barristers practising at the Bar of England & Wales.

Ian has for many years been highly recommended in both the leading independent legal directories, Chambers UK and Legal 500, across a wide range of specialist disciplines: commercial litigation, civil fraud, intellectual property, international arbitration, media & entertainment and sport.

He was named The Lawyer's Barrister of the Week in February 2021.

Blackstone Chambers, Blackstone House, Temple, London, EC4Y 9BW
Tel: +44(0)20-7583 1770 Fax: +44(0)20-7822 7350
Email: clerks@blackstonechambers.com

# EXPERIENCE

## Commercial

Ian has established his position as a Leading Silk in this field through the clarity of his contractual analysis, and through his performance, in particular as a trial lawyer, in cases involving such diverse subjects as jurisdiction and conflicts of laws, commercial fraud, professional negligence, media & entertainment, intellectual property and sport.

> *"An excellent advocate, who is very clever and very commercial."*
> — CHAMBERS AND PARTNERS, 2025

## Cases

### Re a Premier League footballer
2025

Acting for a player's agent in a substantial commercial claim by way of a Rule K arbitration against a Premier League footballer. Hearing in February 2025. Decision awaited.

### Advising the Premier League
2024 (Ongoing)

Advising on possible financial fair play breaches by a Premier League club.

### Re. Harrison
2024

Acting for Mr Harrison against whom an application was made to commit him to prison for contempt of court. The application was dismissed.

### Moonbug Entertainment Ltd v (1) CCM Touring LLC; (2) S2BN Entertainment Corporation
[2024] EWHC 793 (Comm)

Acted for the claimant in an action seeking a declaration based on an issue of construction of an ip licence. Successfully resisted a jurisdiction challenge by the defendants before Andrew Baker J in March 2024. Succeeded in obtaining the declaration sought: May 2024.

### Kingpyn v Misfits & Anor
Ongoing

Acting for the claimant in a claim for breach of contract relating to YouTube influencer boxing contests.

### Holmes v Berryman & Ors

2024

Acted for the members of Coldplay in proceedings brought by their former manager. The case settled in 2024.

### Civil contempt proceedings

Ongoing

Acting for a respondent to a civil contempt application arising out of matrimonial proceedings.

### Miller v Berry & ors

2023-2024

Acted for the claimant in an unlawful means conspiracy claim.

### Lyndou v Lazarichev & Ors

Ongoing

Acting for the defendants to a claim for damages arising from an alleged partnership agreement. Key issue of alleged fraudulent misrepresentation.

### Advising a Member of the Royal Family

Spring 2023

Advising a Member of the Royal Family on a contractual dispute.

### Cole Music v Darlington

2022-23

Acted for the claimant in proceedings relating to ownership of a tribute band name. Settled shortly before trial.

### Quantum Care Ltd & Anor v Modi

2022-23

Represented the defendant in his successful resistance to the claimants' appeal against the dismissal of the fraud claim against him at trial.

### BetGenius Ltd and Genius Sports Group Limited

2021-2022

Acted for Betgenius/Genius in a breach of confidence/unlawful means conspiracy claim against Sportradar relating to data acquired during professional football matches. Sportradar counterclaimed alleging breach of competition rules. Case settled at trial.

---

Blackstone
CHAMBERS

clerks@blackstonechambers.com
+44 (0)20 7583 1770

### Dean & Dunsire v Legal & General
2020-2022

Acted for the claimants in claim for breach of contract relating to modular home constructions. Settled before trial.

### Navigator Equities v Deripaska
2020

Acted for the Claimants in a claim relating to enforcement of an LCIA arbitral award against the Defendant. Hearing in July 2020 before Andrew Baker J concerned allegations of contempt and breach of contract relating to undertakings given by the Defendant.

### Dhir v Flutter Entertainment
2019-2021

Acted for the defendant to a claim seeking to recover sums on the basis of knowing or unconscionable receipt/unjust enrichment. Judgment of Griffiths J in June 2021. Claim dismissed.

### Re Arcelor Mittal
2019-2020

Acted for the Claimants who were seeking to enforce an arbitral award for an amount in excess of US$ 1.5 billion. Appeared in the Cayman Court of Appeal in November 2019 resisting an appeal against a Norwich Pharmacal Order. Appeal dismissed.

### Process & Industrial Development v Federal Republic of Nigeria
2019-2020

Actied for the Claimant in application under Section 66 of the Arbitration Act 1996 to enforce a US$10 billion arbitral award against the Defendant. Succeeded before Butcher J in August 2019.

### NF Football Investments (1) Nottingham Forest FC Limited (2) v (1) NFFC Group Holdings Ltd (2) Fawaz Al Hasawi
2019

Acted for Nottingham Forest in its appeal against an adverse judgment at trial obtained by the Claimant arising out of his sale of the club (Ian did not appear below). Issues of contractual construction. Hearing before Court of Appeal in November 2019. Appeal allowed in part.

### Haider v Credit Suisse
2017

Acted for Claimants in an action against the Defendant bank for mis-selling financial products. Succeeded at trial before Andrew Baker J in 2017. The Defendant's application for permission to appeal was refused.

Blackstone Chambers, Blackstone House, Temple, London, EC4Y 9BW
Tel: +44(0)20-7583 1770 Fax: +44(0)20-7822 7350
Email: clerks@blackstonechambers.com

# Blackstone
CHAMBERS

## Harb v Prince Abdul Aziz

2015-2017

Acted for the Defendant in proceedings brought by an alleged former wife of King Saud of Saudi Arabia. The Claimant alleged an oral agreement made by the Defendant to provide financial assistance. Trial before Peter Smith J in July 2015. The Claimant succeeded in her claim. Permission to appeal granted on all five grounds (including apparent bias of the trial judge). Hearing before the Court of Appeal in May 2016. The Court ordered a re-trial. The Defendant succeeded at that re-trial before Arnold J in February 2018. Permission to appeal was refused.

## Pakistan Cricket Board v Board of Control of Cricket in India

2015

Acted for the Respondent in an ICC Arbitration. The Claimant was seeking very substantial damages for breach of an alleged contractual obligation upon the Indian cricket team to undertake specified bipartite series. The Claimant's claim was dismissed.

## Re Bonhams

2014-2016

Acted for the auction house, Bonhams, in four related pieces of litigation in the Commercial Court arising out of the sale of a very rare Ferrari motor car in June 2014. Multiple allegations of fraudulent conduct were made. Trial listed for April 2016 before Flaux J. Settled at the commencement of trial.

## Re Salford Capital Partners Inc

2013-2015

Acted for the former General Partner of a BVI LP which has very substantial assets formerly owned by a very wealthy (now deceased) Georgian. Participating in and advising on multiple foreign (BVI) and UK court proceedings and LCIA arbitrations involving and arising from disputes over Salford's entitlement to share in the value of those assets following the termination of the partnership. The client was unsuccessful in its appeal to the Privy Council in June 2015 from a decision of the Eastern Caribbean Court of Appeal.

## Orb & Ors v Ruhan & Ors

2013-2014

Acted for Defendants to Counterclaim in very substantial commercial fraud proceedings in the Commercial Court. Trial (14-16 weeks) fixed to commence in December 2016. Case settled beforehand.

## T&L Sugars Limited v Tate & Lyle Industries Limited

2012-2015

Acted for the Claimant in Commercial Court proceedings arising out of the sale and purchase of parts of the Defendant's business. Succeeded on trial of preliminary issues before Flaux J [2014] EWHC 1066 (Comm). Trial in May 2015 before Simon J. Obtained judgment for the Claimant for €25 million.

Blackstone
CHAMBERS
Case 1:25-cv-00910-JMF    Document 51-1    Filed 04/07/25    Page 9 of 35
clerks@blackstonechambers.com
+44 (0)20 7583 1770

### Formula 1 arbitration re: Guy van der Garde

2014-2015

Succeeded in obtaining an Award, in an arbitration under Swiss International Arbitration Rules, in favour of the Formula 1 racing driver, Guy van der Garde, requiring the F1 team, Sauber, to honour its English law contractual obligation to nominate him as one of their two race drivers for the 2015 F1 Season. An order was made by an Australian Court (in advance of the first F1 race in Melbourne 14/15 March 2015) enforcing that Award as an order of that Court. This is, it is believed, the first time that a contract of service has been enforced specifically in such a context.

### England & Wales Cricket Board v Kaneria

2012-2013

Acted for the ECB in its arbitral disciplinary proceedings against the Pakistani international cricketer, Danish Kaneria, over spot fixing allegations involving the English cricketer, Mervyn Westfield. Offences established before a Cricket Disciplinary Panel and an Appeal Tribunal. Kaneria was given a lifetime ban. Kaneria's appeal against that ban to the Commercial Court was dismissed by Hamblen J [2014] EWHC 1348 (Comm). His application for permission to appeal to the Court of Appeal was subsequently rejected. In 2013, Cooke J in the Commercial Court ruled that the disciplinary proceedings were arbitrations for the purposes of the 1996 Act. He laid down guidance on that issue [2013] EWHC 1074 (Comm).

## Arbitration

Ian has a substantial practice in both domestic and international commercial arbitrations as an advocate, and in arbitrations in a largely sporting context both as an advocate and as a decision-maker. In 2023, Ian was elected as a judge to the FIA International Tribunal and International Court of Appeal.

*"A consummate advocate and clever tactician who is prepared to roll his sleeves up and work with the team."*
— LEGAL 500, 2022

## Cases

### Re a Premier League footballer

2025

Acting for a player's agent in a substantial commercial claim by way of a Rule K arbitration against a Premier League footballer. Hearing in February 2025. Decision awaited.

### Sitting as an Arbitrator in a football dispute

Ongoing

Arbitrating a commercial dispute between two Premier League clubs.

### Acting as a member of an FIA International Court of Appeal Panel

2024

A decision concerning an appeal in relation to a steward's decision in a competitive motorsport event organised by the FIA as part of the European Autocross and Cross Car Championship. The decision may be found here.

### Acted for the EFL

2023-24

Acted for the EFL against:

(1) Leicester City FC in relation to potential breaches of the EFL's Profitability & Sustainability Rules (Please find the decision here.);

(2) Gateshead FC, in relation to its attempt to challenge the EFL's security of tenure rules on competition grounds (Please find the decision here.);

(3) Barnsley FC and certain of its shareholders in successful disciplinary arbitral proceedings. (Please find the decision here.).

### FA v Arteta

2023

Successfully defended the Arsenal manager, Mikel Arteta, against an FA Misconduct Charge arising out of his post-match interview criticism, following Arsenal's defeat to Newcastle on 4 November 2023, of the VAR decision-making processes and system. Decision published on 14 December 2023.

### Chairing anti-corruption disciplinary proceedings

Ongoing

Regularly chairing anti-corruption disciplinary proceedings on behalf of the World Tennis Governing Bodies.

### Chaired a Disciplinary Proceeding

2024

Chaired a Disciplinary Proceeding relating to child protection for British Gymnastics.

### Steward of appeal of the British Boxing Board of Control

Ongoing

Acted as Steward of appeal of the British Boxing Board of Control to resolve a number of appeals from arbitral decisions of the Board.

### Re Snooker match fixing

2023

Acted as the chair of the WPBSA arbitral panel which heard match-fixing allegations against 10 Chinese snooker players.

**Blackstone**
C H A M B E R S

### Sitting as sole arbitrator in a football dispute
2022

Arbitrating a dispute between a well known Premier League footballer and his former agent.

### Process & Industrial Development v Federal Republic of Nigeria
2019-2020

Acted for the Claimant in application under Section 66 of the Arbitration Act 1996 to enforce a US$10 billion arbitral award against the Defendant. Succeeded before Butcher J in August 2019.

### Navigator Equities v Deripaska
2020

Acted for the Claimants in a claim relating to enforcement of an LCIA arbitral award against the Defendant. Hearing in July 2020 before Andrew Baker J concerned allegations of contempt and breach of contract relating to undertakings given by the Defendant.

### Re Arcelor Mittal
2019-2020

Acted for the Claimants who were seeking to enforce an arbitral award for an amount in excess of US$ 1.5 billion. Appeared in the Cayman Court of Appeal in November 2019 resisting an appeal against a Norwich Pharmacal Order. Appeal dismissed.

### Crystal Palace FC v Pulis
2016

Acted for the club in substantial contract claims (featuring allegations of fraudulent conduct) against its former manager. Arbitration hearing took place in February 2016. Award made. Section 68 and enforcement proceeding were brought before the Commercial Court. The Section 68 challenge by Mr Pulis failed. The enforcement proceedings were successful.

### EFL v Watford FC & Riva
2017

Acted for the English Football League in an investigation over the submission to it by Watford FC of forged bank letters of guarantee, followed by disciplinary proceedings against the club. The club, in August 2017, agreed to pay a record fine. The club's former chairman was also banned for an indefinite period.

### FIA v A Driver
2016

Acted for a driver facing disciplinary proceedings brought by the FIA.

clerks@blackstonechambers.com
+44 (0)20 7583 1770

### Pakistan Cricket Board v Board of Control of Cricket in India
2015

Acted for the Respondent in an ICC Arbitration. The Claimant was seeking very substantial damages for breach of an alleged contractual obligation upon the Indian cricket team to undertake specified bipartite series. The Claimant's claim was dismissed.

### International Tennis Federation Doping Tribunals
Acted as chair of a number of International Tennis Federation Doping Tribunals.

### Cardiff City dispute
Acted as member of panel to hear claims between the former Cardiff City Manager and the club.

### PGA Disciplinary Panel
Acted as chair of a PGA Disciplinary Panel which decided proceedings brought against the English golfer, Simon Dyson.

### Watford FC and Football League dispute
Acted as member of a panel to decide issues between the Football League and Watford FC.

### Southampton FC dispute
Acted as chair of a panel to resolve issues between the former Southampton FC manager and the club.

### London Welsh RFC appeal
Acted as member of a panel to resolve the appeal by London Welsh RFC against the RFU's refusal to admit it to the Premiership.

### Cardiff City FC v Segal & Ors
Acted for a defendant to a claim alleging conspiracy against him and others. Section 9(4) application to stay for arbitration was successfully made.

### Inter Milan v Sunderland AFC
2015-2017

Acted for Sunderland in a dispute as to the status of the player Ricardo Alvarez and the commercial rights as between Inter Milan and Sunderland under a loan agreement. Award of the FIFA Players' Status Committee issued in April 2016. Both parties appealed to CAS. Award of CAS in 2017.

clerks@blackstonechambers.com
+44 (0)20 7583 1770

### Re Salford Capital Partners Inc

2013-2015

Acted for the former General Partner of a BVI LP which has very substantial assets formerly owned by a very wealthy (now deceased) Georgian. Participating in and advising on multiple foreign (BVI) and UK court proceedings and LCIA arbitrations involving and arising from disputes over Salford's entitlement to share in the value of those assets following the termination of the partnership. The client was unsuccessful in its appeal to the Privy Council in June 2015 from a decision of the Eastern Caribbean Court of Appeal.

### Formula 1 arbitration re: Guy van der Garde

2014-2015

Succeeded in obtaining an Award, in an arbitration under Swiss International Arbitration Rules, in favour of the Formula 1 racing driver, Guy van der Garde, requiring the F1 team, Sauber, to honour its English law contractual obligation to nominate him as one of their two race drivers for the 2015 F1 Season. An order was made by an Australian Court (in advance of the first F1 race in Melbourne 14/15 March 2015) enforcing that Award as an order of that Court. This is, it is believed, the first time that a contract of service has been enforced specifically in such a context.

### Crosby Worldwide & Anor v Oldknow

Acted for the Claimants in an application to enforce an ICDR arbitral award against a former employee threatening to join a competitor in breach of restrictive covenants. Settled before hearing.

### England & Wales Cricket Board v Kaneria

2012-2013

Acted for the ECB in its arbitral disciplinary proceedings against the Pakistani international cricketer, Danish Kaneria, over spot fixing allegations involving the English cricketer, Mervyn Westfield. Offences established before a Cricket Disciplinary Panel and an Appeal Tribunal. Kaneria was given a lifetime ban. Kaneria's appeal against that ban to the Commercial Court was dismissed by Hamblen J [2014] EWHC 1348 (Comm). His application for permission to appeal to the Court of Appeal was subsequently rejected. In 2013, Cooke J in the Commercial Court ruled that the disciplinary proceedings were arbitrations for the purposes of the 1996 Act. He laid down guidance on that issue [2013] EWHC 1074 (Comm).

### FAPL Rule S arbitration

Acted successfully for the Premier League in an FAPL Rule S arbitration brought by a former Premiership football club manager who claimed to be a "Football Creditor" under the Premier League Rules.

## Mediation

Ian is a CEDR accredited Mediator - with a particular focus on resolving complex commercial, sports and intellectual property disputes and high value employment matters. Ian is able to draw upon his long experience of litigating significant disputes in each of these areas of his practice in order to add value as a mediator.

## Media & Entertainment

Ian is and has been for may years the standalone top rated silk in this area of practice in Chambers UK and The Legal 500. He has appeared in many of the major recent cases in this field (involving both contract and intellectual property issues). He has advised and acted for a large number of famous performers, as well as all the major record companies and music publishers, all the principal music industry trade bodies and collecting societies and numerous film, theatre, TV and radio companies, directors and producers.

> *"A top-class tactician, cross-examiner and legal brain, Ian is one of my favourite silks."*
> — CHAMBERS AND PARTNERS, 2025

## Cases

### Re. a record company
Ongoing

Advising one of the major record companies on the enforceability of its contractual terms.

### Re. a film company
Ongoing

Advising a major film company on the enforceability of its contracts with minors.

### Summers & Anor v Sumner
Ongoing

Acting for two members of The Police in a dispute with the third member over royalties.

### Re. a well-known recording artist
Ongoing

Advising on the enforceability of recording and publishing agreements.

Blackstone
CHAMBERS
Case 1:25-cv-00910-JMF     Document 51-1     Filed 04/07/25     Page 15 of 35
clerks@blackstonechambers.com
+44 (0)20 7583 1770

### Moonbug Entertainment Ltd v (1) CCM Touring LLC; (2) S2BN Entertainment Corporation

[2024] EWHC 793 (Comm)

Acted for the claimant in an action seeking a declaration based on an issue of construction of an ip licence. Successfully resisted a jurisdiction challenge by the defendants before Andrew Baker J in March 2024. Succeeded in obtaining the declaration sought: May 2024.

### Advised Dua Lipa

2022-24

Advised Dua Lipa in relation to a number of commercial and IP issues, which are now resolved.

### Kingpyn v Misfits & Anor

Ongoing

Acting for the claimant in a claim for breach of contract relating to YouTube influencer boxing contests.

### Holmes v Berryman & Ors

2024

Acted for the members of Coldplay in proceedings brought by their former manager. The case settled in 2024.

### Advising on film rights

Ongoing

Advising on worldwide exploitation rights relating to a well known 1980s film.

### Advising a Festival Promoter

Ongoing

Advising the promoter of a long running and well known festival.

### Advising the operators of a famous entertainment venue

Ongoing

Advising the operators of a famous entertainment venue in relation to payments to rights owners.

### Advising on reversion of US copyrights

Ongoing

Advising a major record company on a dispute with a well known artist over asserted reversion of US copyrights.

### Advised on value of music catalogue
2023

Advised a well known songwriter on the value of his catalogue in the context of matrimonial proceedings.

### Advice in relation to stage rights
2022-23

Advised a well known impresario in relation to stage rights relating to a famous old film.

### Cole Music v Darlington
2022-23

Acted for the claimant in proceedings relating to ownership of a tribute band name. Settled shortly before trial.

### Declan Colgan v UMG Recordings Inc
2021-2023

Acted for the claimant in its claim against the defendant record company for unpaid royalties.

### Cayman Music Ltd v Blue Mountain Music
2021-2022

Acted for the defendant in its successful resistance to a claim asserting ownership in a number of Bob Marley compositions. The claim was dismissed in 2022.

### Advice in relation to a theatrical production
2022

Advised on a dispute between two well known theatre companies.

### Sheeran & Ors v Chokri & Ors
2020-2022

Acted for Ed Sheeran and others, the co-writers and publishers of the song "Shape of You" in their successful claim for a declaration that they had not infringed any copyrights of the Defendants in writing and exploiting that song. Judgment of Zacaroli J in April 2022. Application for permission to appeal dismissed by Court of Appeal in June 2022.

### Duchess of Sussex v Associated Newspapers Limited
2020-2021

Acted as the Duchess of Sussex's Leading Counsel on her copyright claim in one of The Lawyer's Top 20 Cases of 2020. The Duchess' dispute with Associated Newspapers concerned their misuse of private information, following their publication of a letter written by her to her father. Warby J granted her application for summary judgment in March 2021. The Court of Appeal dismissed the defendants appeal in December 2021.

### Johnnie Moylett v Robert Geldof
2017-2018

Acted for Sir Bob Geldof in defence of a claim by the keyboard player of the Boomtown Rats that he had co-written "I Don't Like Mondays". Case settled on the eve of Trial in April 2018.

### Phonographic Performance Limited – Public Performance Tariff for specially featured entertainment
2017

Acted for PPL in defending Copyright Tribunal proceedings brought by the hotel, pub and night club representatives. Case settled.

### UK Music & Ors re the Private Copying Exception
2015

Acted for UK Music and other music representative bodies in a successful judicial review of the Government's introduction of the private copying exception into UK law. Judgment of Nicholas Green J in July 2015. Regulation quashed.

### PRS re Concerts and Festivals Tariff
2015

Advised PRS in a dispute with concert and festival promoters over increases to PRS's Concerts and Festivals Tariff. Revised tariff implemented by the Copyright Tribunal.

### Gloucester Place Music v Le Bon & Ors
2014

Acted for the Claimant in proceedings against the members of Duran Duran in relation to the future rights to exploit those members' musical compositions in the USA. Succeeded before Arnold J. Case settled before the Court of Appeal hearing.

### BSI Enterprises & Anor v Blue Mountain Music Limited
2014

Acted for the Defendant music publisher in relation to the ownership of copyright in 13 musical compositions written by Bob Marley, including "No Woman No Cry". Trial before Richard Meade QC in the Chancery Division in May 2014. Successful on all issues.

Blackstone
CHAMBERS
Case 1:25-cv-00910-JMF    Document 51-1    Filed 04/07/25    Page 18 of 35
clerks@blackstonechambers.com
+44 (0)20 7583 1770

### Dramatico Entertainment Ltd & Ors v BSkyB Ltd & Ors; EMI Records Limited & Ors v BSkyB Limited & Ors

Ongoing

Instructed by the Claimants (who are representative members of the entire UK record industry) to participate in and oversee multiple claims under Section 97A of the Copyright, Designs & Patents Act 1988 for orders against all the major UK internet service providers requiring them to block their subscribers' access to the websites that serially infringe those members' copyrights, including the world's largest Bittorrent tracker site, The Pirate Bay.

## Intellectual Property

Ian is rated as a leading practitioner in the field of intellectual property in the latest editions of both Chambers UK and The Legal 500. His work in this field is largely but not exclusively limited to soft IP (copyright, passing off, confidential information). However, he has also become increasingly involved in recent years in patent licensing disputes.

> "He is absolutely excellent. He is very experienced. He has great authority with the court and is very shrewd."
>
> — CHAMBERS AND PARTNERS, 2025

## Cases

### Re. a record company

Ongoing

Advising one of the major record companies on the enforceability of its contractual terms.

### Re. a film company

Ongoing

Advising a major film company on the enforceability of its contracts with minors.

### Re. a well-known recording artist

Ongoing

Advising on the enforceability of recording and publishing agreements.

### Moonbug Entertainment Ltd v (1) CCM Touring LLC; (2) S2BN Entertainment Corporation

[2024] EWHC 793 (Comm)

Acted for the claimant in an action seeking a declaration based on an issue of construction of an ip licence. Successfully resisted a jurisdiction challenge by the defendants before Andrew Baker J in March 2024. Succeeded in obtaining the declaration sought: May 2024.

### Advised Dua Lipa
2022-24

Advised Dua Lipa in relation to a number of commercial and IP issues, which are now resolved.

### Advising the operators of a famous entertainment venue
Ongoing

Advising the operators of a famous entertainment venue in relation to payments to rights owners.

### Advising on film rights
Ongoing

Advising on worldwide exploitation rights relating to a well known 1980s film.

### Advising the operators of a famous entertainment venue
Ongoing

Advising the operators of a famous entertainment venue in relation to payments to rights owners.

### Advising on reversion of US copyrights
Ongoing

Advising a major record company on a dispute with a well known artist over asserted reversion of US copyrights.

### Advised on value of music catalogue
2023

Advised a well known songwriter on the value of his catalogue in the context of matrimonial proceedings.

### Cole Music v Darlington
2022-23

Acted for the claimant in proceedings relating to ownership of a tribute band name. Settled shortly before trial.

### Advice in relation to stage rights
2022-23

Advised a well known impresario in relation to stage rights relating to a famous old film.

Blackstone Chambers, Blackstone House, Temple, London, EC4Y 9BW
Tel: +44(0)20-7583 1770 Fax: +44(0)20-7822 7350
Email: clerks@blackstonechambers.com

**Blackstone**
C H A M B E R S

### Live performance tariffs
2022

Advising rights owners on tariffs.

### Cayman Music Ltd v Blue Mountain Music
2021-2022

Acted for the defendant in its successful resistance to a claim asserting ownership in a number of Bob Marley compositions. The claim was dismissed in 2022.

### John Lobb Ltd v John Lobb Sa
Acting for the claimant in claim relating to ownership of trademarks

### Johnnie Moylett v Robert Geldof
2017-2018

Acted for Sir Bob Geldof in defence of a claim by the keyboard player of the Boomtown Rats that he had co-written "I Don't Like Mondays". Case settled on the eve of Trial in April 2018.

### Sheeran & Ors v Chokri & Ors
2020-2022

Acted for Ed Sheeran and others, the co-writers and publishers of the song "Shape of You" in their successful claim for a declaration that they had not infringed any copyrights of the Defendants in writing and exploiting that song. Judgment of Zacaroli J in April 2022. Application for permission to appeal dismissed by Court of Appeal in June 2022.

### BetGenius Ltd and Genius Sports Group Limited
2021-2022

Acted for Betgenius/Genius in a breach of confidence/unlawful means conspiracy claim against Sportradar relating to data acquired during professional football matches. Sportradar counterclaimed alleging breach of competition rules. Case settled at trial.

### The Racing Partnership & Ors v Labrokes & Ors
2020-2021

Acting for the Claimants in breach of confidence/unlawful means conspiracy claim relating to betting shows and key race data. Succeeded in part at trial. Both parties appealed to the Court of Appeal. Appeal heard in July 2020. Judgment awaited.

### Phonographic Performance Limited – Public Performance Tariff for specially featured entertainment

2017

Acted for PPL in defending Copyright Tribunal proceedings brought by the hotel, pub and night club representatives. Case settled.

### UK Music & Ors re the Private Copying Exception

2015

Acted for UK Music and other music representative bodies in a successful judicial review of the Government's introduction of the private copying exception into UK law. Judgment of Nicholas Green J in July 2015. Regulation quashed.

### PRS v Coral Racing & Ors

Acted for the Claimant in infringement proceedings against bookmakers in relation to music played by gaming machines in their premises. Case settled before trial.

### BSI Enterprises & Anor v Blue Mountain Music Limited

2014

Acted for the Defendant music publisher in relation to the ownership of copyright in 13 musical compositions written by Bob Marley, including "No Woman No Cry". Trial before Richard Meade QC in the Chancery Division in May 2014. Successful on all issues.

### Gloucester Place Music v Le Bon & Ors

2014

Acted for the Claimant in proceedings against the members of Duran Duran in relation to the future rights to exploit those members' musical compositions in the USA. Succeeded before Arnold J. Case settled before the Court of Appeal hearing.

### Dramatico Entertainment Ltd & Ors v BSkyB Ltd & Ors; EMI Records Limited & Ors v BSkyB Limited & Ors

Ongoing

Instructed by the Claimants (who are representative members of the entire UK record industry) to participate in and oversee multiple claims under Section 97A of the Copyright, Designs & Patents Act 1988 for orders against all the major UK internet service providers requiring them to block their subscribers' access to the websites that serially infringe those members' copyrights, including the world's largest Bittorrent tracker site, The Pirate Bay.

### Sony ATV Music Publishing v Le Bon & Ors

Acted for the Claimant owner of copyrights in Lennon/McCartney songs over a documentary film of a Beatles concert which the Defendant sought to exploit in the US. Succeeded on all issues at trial before Arnold J in June 2015. Permission to appeal granted. Action settled prior to Court of Appeal hearing.

### Football Association Premier League v BSkyB & Ors

Acted for the Claimant in obtaining blocking orders in relation to websites unlawfully streaming Premier League football games into the UK.

### PRS re Concerts and Festivals Tariff

2015

Advised PRS in a dispute with concert and festival promoters over increases to PRS's Concerts and Festivals Tariff. Revised tariff implemented by the Copyright Tribunal.

### PCL v Kek Gardner

Acted for the Defendant in expedited proceedings raising ip and contractual claims relating to their respective businesses. Trial in 2016, Court of Appeal in 2017.

## Sport

Ian is rated as a leading silk in sports disputes by both Chambers UK and The Legal 500. He has specialist knowledge of a wide range of sporting issues, having acted for many individuals, teams, organisers, managers, governing bodies and sports broadcasters.

*"He's an outstanding advocate and adviser."*

— CHAMBERS AND PARTNERS, 2025

As well as acting for parties, Ian has established himself as an experienced decision-maker in sporting disputes. Since UK Athletics appointed him to sit as Chairman of its Disciplinary Committee to hear the so-called "nandrolone" doping cases involving 6 athletics (including Linford Christie, Dougie Walker and Mark Richardson) shortly after he took silk, he has developed a reputation for decision making across a wide range of sports and in a wide variety of contexts (including both disciplinary processes and contractual disputes). For example, the FA has appointed him to chair a number of appeals from FA Disciplinary Commissions; he has been appointed and has sat as an FA Premier League Panel Member, a Chairman of the Sport Resolution's Panel of Arbitrators, Chairman of an International Cricket Council Tribunal and of several ECB Child Protection Appeal Panels, Chairman of several International Tennis Federation Anti-Doping Tribunals, a Football Association Arbitrator, a Football League Arbitrator, an RFU Disciplinary Appeal Chairman and an Appeal Steward of the British Boxing Board of Control. In September 2010, he was appointed by the World Professional Billiards & Snooker Association to hear its disciplinary proceedings against the snooker player, John Higgins. Very recently, he was appointed by Sports Resolutions as the chair of the WPBSA disciplinary panel that heard and decided the match-fixing allegations against 10 Chinese snooker players. He was first appointed by the Tennis World Governing Bodies as an Anti-Corruption Hearing Officer in 2014. In January 2025, he was re-appointed as one of three UK based AHOs for a further term of two years. In January 2024, Ian was elected (having been nominated by the F1 teams) as one of two UK judges of the FIA International Tribunal and International Court of Appeal for a term of four years.

Recent decision-making experiences have included the following:

- Acted as a member of an FIA International Court of Appeal Panel in an appeal concerning a steward's decision.

- Acted as the chair of the WPBSA panel which heard match-fixing allegations against 10 Chinese snooker players.

- Acted as an international tennis Anti-Corruption Hearing Officer in a number of proceedings brought against players and other participants in the sport.

- Acted as Steward of appeal of the British Boxing Board of Control to resolve a number of appeals from arbitral/disciplinary decisions of the Board.

- Acted as sole arbitrator in very recent commercial disputes between (a) a boxer and a promotor, and (b) a Premier League footballer and his former manager.

- Acted as chair of a number of International Tennis Federation Doping Tribunals (most recently in March 2017).

- Acted as member of a panel to hear claims between the former Cardiff City Manager and the club (2014).

- Acted as chair of a PGA Disciplinary Panel which decided proceedings brought against the English golfer, Simon Dyson (2013).

- Acted as member of a panel to decide issues between the Football League and Watford FC (2013).

- Acted as chair of a panel to resolve issues between the former Southampton FC manager and the club (2013).

- Acted as member of a panel to resolve the appeal by London Welsh RFC against the RFU's refusal to admit it to the Premiership (2012).

Ian was appointed to the Sports Advocacy Section of the London 2012 Olympic and Paralympic Pro Bono Legal Advice and Representation Service.

He is also a consulting editor of the International Sports Law Review, the co-author of the Arbitration chapter in Sports Law (Lewis & Taylor, 4th Edition), and co-author of the Arbitration chapter in the forthcoming publication, The Law Relating to Football (2nd edition).

## Cases

### Re a Premier League footballer

2025

Acting for a player's agent in a substantial commercial claim by way of a Rule K arbitration against a Premier League footballer. Hearing in February 2025. Decision awaited.

### Advising the Premier League

2024 (Ongoing)

Advising on possible financial fair play breaches by a Premier League club.

### Advising Boxing Promoters

Ongoing

Advising two well-known boxing promoters in relation to various commercial disputes.

### Sitting as an Arbitrator in a football dispute

Ongoing

Arbitrating a commercial dispute between two Premier League clubs.

### Acting as a member of an FIA International Court of Appeal Panel

2024

A decision concerning an appeal in relation to a steward's decision in a competitive motorsport event organised by the FIA as part of the European Autocross and Cross Car Championship. The decision may be found here.

### Acted for the EFL

2023-24

Acted for the EFL against:

(1) Leicester City FC in relation to potential breaches of the EFL's Profitability & Sustainability Rules (Please find the decision here.);

(2) Gateshead FC, in relation to its attempt to challenge the EFL's security of tenure rules on competition grounds (Please find the decision here.);

(3) Barnsley FC and certain of its shareholders in successful disciplinary arbitral proceedings. (Please find the decision here.).

### FA v Arteta
2023

Successfully defended the Arsenal manager, Mikel Arteta, against an FA Misconduct Charge arising out of his post-match interview criticism, following Arsenal's defeat to Newcastle on 4 November 2023, of the VAR decision-making processes and system. Decision published on 14 December 2023.

### Kingpyn v Misfits & Anor
Ongoing

Acting for the claimant in a claim for breach of contract relating to YouTube influencer boxing contests.

### Chaired a Disciplinary Proceeding
2024

Chaired a Disciplinary Proceeding relating to child protection for British Gymnastics.

### Chairing anti-corruption disciplinary proceedings
Ongoing

Regularly chairing anti-corruption disciplinary proceedings on behalf of the World Tennis Governing Bodies.

### Advice in relation to the purchase of a Premier League club
May 2023

Advising on qualification issues for a potential purchaser.

### Advice in relation to W Series Motorsport
2022

Advising a participant as to her contractual rights.

### Sitting as sole arbitrator in a football dispute
2022

Arbitrating a dispute between a well known Premier League footballer and his former agent.

### The FA v Barrett
2021-22

Acted for the defendant agent in disciplinary proceedings brought by the FA.

### Re the takeover of a Premier League club

2021

Advised on the Premier League's acceptance of the takeover of a Premier League club.

### Re DP World Tour

Advised the DP World Tour on aspects of its dispute with LIV Golf and its relationship with the PGA Tour.

### The Racing Partnership & Ors v Ladbrokes & Ors

2020-2022

Acted for the claimants in breach of confidence/unlawful means conspiracy claim relating to distribution of data from racecourses to off-course bookmakers. Trial before Zacaroli J [2019] EWHC 1156 (Ch). Appeals to the Court of Appeal succeeded in part [2019] EXCA Civ 1300. The defendants' application for permission to appeal to the Supreme Court was granted. Case settled just before hearing in the Supreme Court.

### Re a major broadcaster

Advised a major broadcaster in relation to certain of its sports related commercial contracts in the light of Covid 19

### Re Man City FC

2020

Acted for seven Premier League clubs in application relating to Man City's CAS appeal.

### Re a Premier League club

2020

Advising a Premier League club on its commercial contracts in the light of Covid 19.

### South Shields FC v FA

2020

Acted for the Claimant club in an unsuccessful claim to set aside the FA decision to render the 2019/20 season in National League 3 null and void.

### Re ECB

2020

Advising ECB on certain regulatory issues relating to player eligibility.

Blackstone
CHAMBERS
Case 1:25-cv-00910-JMF     Document 51-1     Filed 04/07/25     Page 27 of 35
clerks@blackstonechambers.com
+44 (0)20 7583 1770

### BetGenius Ltd and Genius Sports Group Limited
2021-2022

Acted for Betgenius/Genius in a breach of confidence/unlawful means conspiracy claim against Sportradar relating to data acquired during professional football matches. Sportradar counterclaimed alleging breach of competition rules. Case settled at trial.

### Mamadou Sakho (2) Ms Top Limited v Word Anti-Doping Agency
2021

Acted for the Defendant in a professional negligence claim brought by a Premier League footballer. Settled shortly before hearing of preliminary issues.

### FA v Kiko Casilla
2020

Acted for the Leeds United goalkeeper who was charged with using racist language during a match. Hearing in January 2020.

### CJ Motorsport Consulting Limited v Mr Sam Bird
2019

Acted for Defendant (a professional racing driver) in a claim for management commission. Succeeded on reverse Part 24 and strike out application. Judgment in July 2019.

### Sports Mantra India Private Ltd v Force India Formula 1 Team Ltd (in administration)
2019

Acted for the Defendant to a claim for agent's commission. Succeeded on reverse Part 24 and strike out application. Judgment in September 2019.

### NF Football Investments (1) Nottingham Forest FC Limited (2) v (1) NFFC Group Holdings Ltd (2) Fawaz Al Hasawi
2019

Acted for Nottingham Forest in its appeal against an adverse judgment at trial obtained by the Claimant arising out of his sale of the club (Ian did not appear below). Issues of contractual construction. Hearing before Court of Appeal in November 2019. Appeal allowed in part.

### EFL v Watford FC & Riva
2017

Acted for the English Football League in an investigation over the submission to it by Watford FC of forged bank letters of guarantee, followed by disciplinary proceedings against the club. The club, in August 2017, agreed to pay a record fine. The club's former chairman was also banned for an indefinite period.

Blackstone
CHAMBERS

### FIA v A Driver
2016

Acted for a driver facing disciplinary proceedings brought by the FIA.

### Pakistan Cricket Board v Board of Control of Cricket in India
2015

Acted for the Respondent in an ICC Arbitration. The Claimant was seeking very substantial damages for breach of an alleged contractual obligation upon the Indian cricket team to undertake specified bipartite series. The Claimant's claim was dismissed.

### Rosalina Investments v New Balance Athletic Shoes

Acted for the Defendant in a commercial dispute relating to the Belgium international footballer, Marouane Fellaini. Claim succeeded in application to strike out claim.

### Cardiff City FC v Segal & Ors

Acted for a defendant to a claim alleging conspiracy against him and others. Section 9(4) application to stay for arbitration was successfully made.

### FA of Wales v FIFA

Acted for the FA of Wales in its appeal to CAS against the imposition of financial penalties for the wearing and use of the red poppy symbol in international matches. FIFA have now changed their policy and rescinded those penalties.

### FA v Leeds United & Cellino

Acted for Leeds and its owner, Massimo Cellino, on their appeal against the FA Regulatory Commission decision relating to the transfer of Ross McCormack from Leeds to Fulham in July 2014. Hearings before an FA Appeal Board and Rule K Arbitral Panel in 2017. Sanctions against both clients reduced.

### Crystal Palace FC v Pulis
2016

Acted for the club in substantial contract claims (featuring allegations of fraudulent conduct) against its former manager. Arbitration hearing took place in February 2016. Award made. Section 68 and enforcement proceeding were brought before the Commercial Court. The Section 68 challenge by Mr Pulis failed. The enforcement proceedings were successful.

## Formula 1 arbitration re: Guy van der Garde

2014-2015

Succeeded in obtaining an Award, in an arbitration under Swiss International Arbitration Rules, in favour of the Formula 1 racing driver, Guy van der Garde, requiring the F1 team, Sauber, to honour its English law contractual obligation to nominate him as one of their two race drivers for the 2015 F1 Season. An order was made by an Australian Court (in advance of the first F1 race in Melbourne 14/15 March 2015) enforcing that Award as an order of that Court. This is, it is believed, the first time that a contract of service has been enforced specifically in such a context.

## Inter Milan v Sunderland AFC

2015-2017

Acted for Sunderland in a dispute as to the status of the player Ricardo Alvarez and the commercial rights as between Inter Milan and Sunderland under a loan agreement. Award of the FIFA Players' Status Committee issued in April 2016. Both parties appealed to CAS. Award of CAS in 2017.

## New Zealand Cricket v Neo Sports & Anor

2015

Acted for the Claimant in Commercial Court proceedings alleging breach of contract against a very substantial Indian sports broadcaster. Obtained summary judgment.

## Football Association Premier League v BSkyB & Ors

Acted for the Claimant in obtaining blocking orders in relation to websites unlawfully streaming Premier League football games into the UK.

## Warren v Burns

2014

Acted for the Claimant, the well known boxing promoter and manager in his dispute with the boxer, Ricky Burns. Obtained judgment for the Claimant following a trial before Robin Knowles J in October 2014.

## England & Wales Cricket Board v Kaneria

2012-2013

Acted for the ECB in its arbitral disciplinary proceedings against the Pakistani international cricketer, Danish Kaneria, over spot fixing allegations involving the English cricketer, Mervyn Westfield. Offences established before a Cricket Disciplinary Panel and an Appeal Tribunal. Kaneria was given a lifetime ban. Kaneria's appeal against that ban to the Commercial Court was dismissed by Hamblen J [2014] EWHC 1348 (Comm). His application for permission to appeal to the Court of Appeal was subsequently rejected. In 2013, Cooke J in the Commercial Court ruled that the disciplinary proceedings were arbitrations for the purposes of the 1996 Act. He laid down guidance on that issue [2013] EWHC 1074 (Comm).

clerks@blackstonechambers.com
+44 (0)20 7583 1770

# Civil Fraud, Asset Recovery & Injunctive Relief

Ian has for many years acted for claimants and defendants in substantial and often multi-jurisdictional fraud claims.

> *"Ian has huge gravitas. He is a great advocate and great at coming up with solutions."*
>
> — CHAMBERS AND PARTNERS, 2023

## Cases

### Lyndou v Lazarichev & Ors
Ongoing

Acting for the defendants to a claim for damages arising from an alleged partnership agreement. Key issue of alleged fraudulent misrepresentation.

### Quantum Care Ltd & Anor v Modi
2022-23

Represented the defendant in his successful resistance to the claimants' appeal against the dismissal of the fraud claim against him at trial.

### Re Arcelor Mittal
2019-2020

Acted for the Claimants who were seeking to enforce an arbitral award for an amount in excess of US$ 1.5 billion. Appeared in the Cayman Court of Appeal in November 2019 resisting an appeal against a Norwich Pharmacal Order. Appeal dismissed.

### Process & Industrial Development v Federal Republic of Nigeria
2019-2020

Acted for the Claimant in application under Section 66 of the Arbitration Act 1996 to enforce a US$10 billion arbitral award against the Defendant. Succeeded before Butcher J in August 2019.

### EFL v Watford FC & Riva
2017

Acted for the English Football League in an investigation over the submission to it by Watford FC of forged bank letters of guarantee, followed by disciplinary proceedings against the club. The club, in August 2017, agreed to pay a record fine. The club's former chairman was also banned for an indefinite period.

### Cobham Trade v Soans

Acted successfully for the Claimant in a fraud case against a former employee.

### Re Bonhams
2014-2016

Acted for the auction house, Bonhams, in four related pieces of litigation in the Commercial Court arising out of the sale of a very rare Ferrari motor car in June 2014. Multiple allegations of fraudulent conduct were made. Trial listed for April 2016 before Flaux J. Settled at the commencement of trial.

### Orb & Ors v Ruhan & Ors
2013-2014

Acted for Defendants to Counterclaim in very substantial commercial fraud proceedings in the Commercial Court. Trial (14-16 weeks) fixed to commence in December 2016. Case settled beforehand.

### Pyrrho Investments Limited v MWB Property Limited & Ors

Acted for the Fourth Defendant to Chancery Division proceedings alleging fraudulent breaches of fiduciary duties in the operation of a corporate group. Trial fixed for June 2017. Case settled.

### Crystal Palace FC v Pulis
2016

Acted for the club in substantial contract claims (featuring allegations of fraudulent conduct) against its former manager. Arbitration hearing took place in February 2016. Award made. Section 68 and enforcement proceeding were brought before the Commercial Court. The Section 68 challenge by Mr Pulis failed. The enforcement proceedings were successful.

### Bankas Snoras v Antonov & Anor

Acted for the first Defendant to proceedings brought in the Commercial Court which claim some €500 million allegedly defrauded from the Claimant bank. Case currently stayed.

## Professional Negligence

Ian has been instructed in substantial cases over the years dealing with professional negligence, for the most part involving the legal profession. In addition to the cases listed below, he has brought a successful claim by a commercial organisation against Slaughter & May, and successful claims for two Formula One racing teams against their respective solicitors, Linklaters and Baker & McKenzie. He also represented a barrister in defence of the most substantial claim brought against a member of the Bar, in relation to tax advice given by him.

*"He gives absolute clarity of advice."*
— LEGAL 500, 2018

Blackstone Chambers, Blackstone House, Temple, London, EC4Y 9BW
Tel: +44(0)20-7583 1770 Fax: +44(0)20-7822 7350
Email: clerks@blackstonechambers.com

## Cases

### Mamadou Sakho (2) Ms Top Limited v Word Anti-Doping Agency
2021

Acted for the Defendant in a professional negligence claim brought by a Premier League footballer. Settled shortly before hearing of preliminary issues.

### Haider v Credit Suisse
2017

Acted for Claimants in an action against the Defendant bank for mis-selling financial products. Succeeded at trial before Andrew Baker J in 2017. The Defendant's application for permission to appeal was refused.

### A Premier League Club v a Major Law Firm

Advising a Premier League Club over possible proceedings for professional negligence against a major law firm.

### CMP v Brabners

Acted for the Claimant in proceedings against the Defendant firm of solicitors alleging negligence in advising on and drafting commercial agreement in the music industry. Settled prior to trial.

### Miller v Sutton

Acted for the Defendant solicitors before the Court of Appeal, successfully resisting the Claimant's appeal against the striking out of his professional negligence claim against the firm.

### IIG Capital v Hazelwoods

Acted for the Claimant in a professional negligence action where the principal allegation was a failure on the part of the defendant accountants to unearth/disclose a serious fraud perpetrated by its client. Case settled prior to trial.

## ACHIEVEMENTS

## Selected earlier reported cases

### Commercial

- Lissack v Manhattan Loft Corporation (2012)
- Standard Bank v Al Jaber (2012)

Case 1:25-cv-00910-JMF    Document 51-1    Filed 04/07/25    Page 33 of
clerks@blackstonechambers.com
+44 (0)20 7583 1770

- Duet Real Estate & Anor v ESO Capital (2012)
- Slocom Trading & Anor v Tatik Inc. & Ors (2012)
- Rugby Football Union v Viagogo [2011] EWCA Civ 1585; [2012] SLR 31
- Fulham FC v FA Premier League & Anor (2011 – 2012)
- Grayken v Grayken (2011)
- Masri v Khoury (2011)
- Proactive Sports Management v Rooney [2011] SLR 36, [2010] EWHC 1807 (QB)
- Fulham FC v FA Premier League & Anor (2011 – 2012)
- Drafted a set of arbitral rules in relation to, and established a panel of arbitrators to resolve, music industry disputes under the auspices of Phonographic Performance Limited. Announced at the AGM of PPL in 2010.
- Masri v Khoury (2011)
- Rusal & Anor v Corbiere & Anor (2011)
- Grayken v Grayken (2011)
- Chinachem Charitable Foundation v Tony Chan & Ors (2009)
- Rayden v Edwardo (2009)
- Hitchcox & Anor v Handelsman & Ors
- Sheffield United FC v West Ham United FC (2007- 2009)
- Bertram & Ors v Baker Tilly & Anor (2008)
- Neo Sports Broadcast v Star India (2008)
- El Nasharty v J Sainsbury plc [2008] 1 Lloyd's Rep 360
- Sheffield United FC v FA Premier League (Premier League arbitration, 2007)
- Williams FI and McLaren Racing v Linklaters and Baker & McKenzie (2006)
- El Nasharty & Ors v Sainsbury's [2004] 1 Lloyd's Rep 309), [2008] 1 Lloyd's Rep 360.
- Lewis v Eliades & Ors [2003] 1 All ER (Comm) 850, [2004] 1 WLR 692; [2004] 1 All ER 1196)
- Summit Financial Group Limited v Slaughter & May (1999)

## Arbitration

- Fulham FC v FA Premier League & Anor (2011 – 2012)
- Drafted a set of arbitral rules in relation to, and established a panel of arbitrators to resolve, music industry disputes under the auspices of Phonographic Performance Limited. Announced at the AGM of PPL in 2010.
- Sheffield United FC v West Ham United FC (2007- 2009)
- Neo Sports Broadcast v Star India (2008)
- El Nasharty v J Sainsbury plc [2008] 1 Lloyd's Rep 360
- Sheffield United FC v FA Premier League (Premier League arbitration, 2007)
- El Nasharty & Ors v Sainsbury's [2004] 1 Lloyd's Rep 309), [2008] 1 Lloyd's Rep 360.

## Civil Fraud, Asset Recovery & Injunctive Relief

- Duet Real Estate & Anor v ESO Capital (2012)
- Slocom Trading & Anor v Tatik Inc. & Ors (2012)

- Grayken v Grayken (2011)
- Masri v Khoury (2011)
- Rusal & Anor v Corbiere & Anor (2011)
- Chinachem Charitable Foundation v Tony Chan & Ors (2009)
- Rayden v Edwardo (2009)
- El Nasharty v J Sainsbury plc [2008] 1 Lloyd's Rep 360
- El Nasharty & Ors v Sainsbury's [2004] 1 Lloyd's Rep 309), [2008] 1 Lloyd's Rep 360.
- Lewis v Eliades & Ors [2003] 1 All ER (Comm) 850, [2004] 1 WLR 692; [2004] 1 All ER 1196)

## Professional Negligence

- Bertram & Ors v Baker Tilly & Anor (2008)
- Williams FI and McLaren Racing v Linklaters and Baker & McKenzie (2006)
- Summit Financial Group Limited v Slaughter & May (1999)

## Media & Entertainment

- ITV v PRS/MCPS (2012)
- Remus v BBC & Ors (2012)
- Molko & Ors v Hewitt (2012)
- Crosstown Music Company v Taylor & Anor (2010)
- VPL v CSC (2010)
- PPL v BHA (2010)
- Winwood v Blackwell (2010)
- Buchanan v Range & Anor
- McLelland v Lightbody & Ors (2009)
- Taylor v Le Bon & Ors (2010)
- McPhail & Anor v Bourne & Ors (2008)
- Wadlow v Samuel (2007)
- Taylor v Rive Droite Music Limited [2006] EMLR 4)
- Spice Girls Ltd v Aprilia World Service BV [2000] EMLR 478, [2001] EMLR 174)
- Jonathan Shalit v Charlotte Church & Ors (2000)
- Hadley & Ors v Kemp & Anor [1999] EMLR 589
- Panayiotou & Ors v Sony Music Entertainment [1994] EMLR 229.

## Intellectual Property

- Generics v Yeda & Teva (2012)
- ITV v PRS/MCPS (2012)
- Remus v BBC & Ors (2012)
- Hudson Bay v Umbro (2010)
- VPL v CSC (2010)
- PPL v BHA (2010)
- Crosstown Music Company v Taylor & Anor (2008)

clerks@blackstonechambers.com
+44 (0)20 7583 1770

- Philips Electronics & Ors v Alba & Anor (2010)
- McPhail & Anor v Bourne & Ors (2008)
- BPI & Ors v Music Alliance [2008] EMLR 5
- Novello & Co Ltd v Keith Prowse Music Publishing Co Ltd [2004] EMLR 296), [2005] EMLR 477)

## Partnership
- Buchanan v Range & Anor
- McLelland v Lightbody & Ors (2009)
- Taylor v Le Bon & Ors (2010)

## Sport
- IWF v Lapikov (2012)
- Rugby Football Union v Viagogo [2011] EWCA Civ 1585; [2012] SLR 31
- FA v QPR (2011)
- Fulham FC v FA Premier League & Anor (2010 – 2012)
- Proactive Sports Management v Rooney [2011] SLR 36, [2010] EWHC 1807 (QB)
- WPBSA v Higgins (2010)
- Sports Network v Calzaghe [2009] ISLR 43
- Sheffield United FC v West Ham United FC [2009] ISLR 25
- Re Vodafone McLaren Mercedes ("Ferrarigate") (2007 – 2008)
- Sheffield United FC v FA Premier League [2007] ISLR 77
- Re Christine Ohuruogu (2006 - 2007)
- Chelsea FC v Adrian Mutu [2007] ISLR 32
- Re The Indianapolis Grand Prix (2005)

VAT registration number: 365439627

Barristers regulated by the Bar Standards Board