# EXHIBIT A

# CURRICULUM VITAE



**Carlo Salizzo**

Partner

Technology and Innovation

**T** +353 1 232 2011

**E** carlo.salizzo@matheson.com

## EXPERTISE

Carlo advises a wide range of domestic and international clients on all manner of intellectual property, technology and regulatory issues, with a particular focus on software and commercialisation of technology, intellectual property registration and licensing, data protection and privacy, as well as commercial contracting. His practice reflects the ever-changing landscape of Irish and EU law and guidance. This includes both strategic advice as to structuring and compliance, as well as advising as a subject-matter expert on technology, intellectual property and contract disputes.

Carlo is experienced in drafting and negotiating a wide range of contracts including intellectual property licensing and transfer arrangements, data sharing and processing agreements, services agreements and standard terms of business, software-as-a-service agreements, distribution and sales agency agreements, NDAs and CIIAAs..

Carlo is a member of the Intellectual Property & Data Protection Committee of the Law Society of Ireland.

## EXPERIENCE HIGHLIGHTS

Carlo's recent experience includes:

- advising an Irish collective rights management organisation on its obligations pursuant to Irish copyright legislation including in relation to its licensing arrangements and tariff structure;

- advising a hyperscale data centre operator on a copyright dispute against third parties in relation to the misappropriation of confidential designs;

- advising an international technology company on its ability to protect proprietary databases collated for the purposes of training AI models under Irish and EU intellectual property law;

- supporting a major European beverage company with its intellectual property projects, including the implementation of a trade secrets inventory and protection project;

- advising a global HR services business on Irish trade secrets law in the context of major ongoing global litigation against a competitor; and

- drafting sponsorship, creative services and commercial partnership agreements on behalf of Irish and international clients, including in respect of sports teams and marquee events.

## EDUCATION AND QUALIFICATIONS

Victoria University of Wellington (LLB, BA)

Solicitor, Law Society of Ireland

Barrister and Solicitor of the High Court of New Zealand (non-practising)