# EXHIBIT B

Home > Acts > 2000 > Copyright and Related Rights Act, 2000

# Copyright and Related Rights Act, 2000

FIRST SCHEDULE

*Section 10*

PART I

Transitional Provisions and Savings: Copyright

16. (1) Where the author of a literary, dramatic, musical or artistic work was the first owner of the copyright in the work, an assignment of the copyright and a grant of any interest in it, made by him or her (otherwise than by will) after the passing of the Act of 1927 and before the first day of October, 1964, shall not operate to vest in the assignee or grantee any rights with respect to the copyright in the work beyond the expiration of 25 years after the death of the author.

(2) The reversionary interest in the copyright expectant on the expiration of the period referred to in *subparagraph (1)* may, after the commencement of *Part II* of this Act, be assigned by the author during his or her life but in the absence of any assignment shall, on his or her death, devolve on his or her legal personal representatives as part of his or her estate.

(3) Nothing in this paragraph affects—

   (a)   an assignment of the reversionary interest by a person to whom it has been assigned,

   (b)   an assignment of the reversionary interest after the death of the author by his or her personal representatives or any person becoming entitled to it, or

   (c)   any assignment of the copyright after the reversionary interest has fallen in.

(4) This paragraph shall not apply to the assignment of the copyright in a collective work or a licence to publish a work or part of a work as part of a collective work.

(5) In *subparagraph (4)* "collective work" means—

   (a)   any encyclopaedia, dictionary, yearbook, or similar work,

   (b)   a newspaper or periodical, or

   (c)   any work written in distinct parts by different authors, or in which works or parts of works of different authors are incorporated.