# EXHIBIT A

# ANITA CADE

anita.cade@ashurst.com                                                                    **Partner, Ashurst Australia**

---

I lead the Intellectual Property and Media practice at Ashurst Australia.

I have experience in a number of areas of intellectual property law, including copyright. My copyright work is a particular focus of my practice and includes advising clients in relation to protection and enforcement of copyright, defense of copyright claims, and in licensing and commercializing copyright.

I represent clients in copyright rate setting proceedings in the Copyright Tribunal of Australia, and in copyright cases in Australian courts.

---

## EMPLOYMENT

| | |
|---|---|
| 1999 – current: | Ashurst Australia (formerly known as Blake Dawson Waldron, and Blake Dawson) |
| 2022 - current: | Head of Intellectual Property and Media team |
| 2018-2020 | Office Managing Partner, Sydney |
| 2012 - current: | Partner |
| 2005: | Admitted to practice in New South Wales, Australia |
| 2000: | Admitted to practice in Victoria, Australia |

## EXAMPLES OF COPYRIGHT EXPERIENCE

**Commercial Radio & Audio - Copyright Tribunal of Australia**

Leading the Ashurst team in music royalty rate setting proceedings in the Copyright Tribunal of Australia for Commercial Radio & Audio (**CRA**), the industry body for Australian commercial radio broadcasters, against Phonographic Performers Company of Australia (**PPCA**), the performing rights organization representing the interests of record companies and recording artists. The proceedings relate to the fees that Australian radio broadcasters should pay to broadcast sound recordings in their radio programs.

**The Walt Disney Company (Australia) – District Court of Queensland, Australia**

Representing The Walt Disney Company (Australia)(**TWDCA**) in proceedings brought in the District Court of Queensland alleging that the film "Indiana Jones and the Dial of Destiny" infringes the copyright in the plaintiff's e-book.

**The Walt Disney Company (Australia) - Copyright Tribunal of Australia**

Represented The Walt Disney Company (Australia)(**TWDCA**) in the Copyright Tribunal of Australia a rate setting proceedings concerning the fees that streaming video on demand

(SVOD) services should pay for the use of musical works in their services in Australia. The matter was against the Australasian Performing Right Association and the Australasian Mechanical Copyright Owners Society Limited, representing the interests of songwriters, composers and publishers.

**Commercial Radio & Audio - Copyright Tribunal of Australia**

Represented CRA in previous rate setting proceedings in the Copyright Tribunal against PPCA. The matter related to the fees that Australian radio broadcasters should pay to use sound recordings in online simulcasts of radio programs. Also represented CRA and radio station broadcasters in monitoring and enforcement activity to prevent infringement of the streams and other intellectual property of Australian radio stations by third party websites.

**Various**

Advised clients in the private and public sector and across industries on a range of contentious and non-contentious copyright and moral rights matters over many years, including on setting up frameworks to protect, manage and enforce copyright and moral rights and in negotiating commercial arrangements dealing with them.

# EDUCATION
- Monash University (Bachelor of Arts – Hons) - 1993
- La Trobe University (Bachelor of Laws) – 1998

# MEMBERSHIPS
- Board member of the Intellectual Property Committee of the Law Council of Australia.
- Former executive member of the Copyright Society of Australia, the Communications and Media Law Association and Intellectual Property Society of Australia New Zealand.

# EXAMPLES OF COPYRIGHT PUBLICATIONS

"The Internet: Laws & Regulatory Regimes", Australian chapter, *Juris Publishing*.

"Crown copyright use – Government reigns in Federal Court decision", May 2024, *Ashurst*, Anita Cade and Lily Sommer

"Risks and Roblox: Music Publishers Settle Lawsuit in Relation to User Generated Content", *Communications Law Bulletin,* November 2021, Anita Cade, Ted Talas and Helen Wei

"Skin in the Game – Copyright Law and the Depiction of Tattoos in Popular Media", *Communications Law Bulletin*, October 2020, Anita Cade and Lachlan Wright

"Australia – The Price Of Copyright: ACCC Releases Guidelines To Help Quantify Copyright Material", July 2019, Anita Cade

"Content denied: ISPs ordered to block overseas piracy websites", *NSW Law Society Journal,* March 2017, Anita Cade and Marlia Saunders