# EXHIBIT F

# *legal personal representative*

Encyclopaedic Australian Legal Dictionary

**Encyclopaedic Australian Legal Dictionary** > *L* > *LE*

## legal personal representative

***Practice and procedure***

A person who is an executor of the will or administrator of the estate (in the case of intestacy) of a deceased person, the trustee of the estate of a person under a legal disability, or a person who holds an enduring power of attorney granted by a person: for example, (CTH) Superannuation Industry (Supervision) Act 1993  s 10.

See also *administrator*; *executor*; *personal representative*; *power of attorney*; *trustee*.

# *executor*

Encyclopaedic Australian Legal Dictionary

*Encyclopaedic Australian Legal Dictionary*  >  *E*  >  *EX*

## executor

The person appointed by a testator to manage, administer, direct, and dispose of property under the will. The grant of probate affirms an executor's right to act. Executors' duties include: to bury the deceased; to prove the will; and to administer the estate properly according to law, which involves getting in the estate as quickly as possible, paying estate debts, and distributing the balance to the beneficiaries. The executor's office is a single office, so that if more than one executor is appointed their authority is joint and several: *Union Bank of Australia v Harrison* (1910) 11 CLR 492.

See also *administrator*; *joint and several*; *personal representative*; *testator*.