# EXHIBIT 1

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The New York Times | 1/31/2023 | Superman in Starring Role as DC Studios Unveils Strategy | https://www.nytimes.com/2023/01/31/business/media/dc-studios-superman.html |
| The Wall Street Journal | 1/31/2023 | Warner Bros. Discovery's DC Superhero Universe to Take On Marvel | https://www.wsj.com/articles/warner-bros-discoverys-dc-superhero-universe-to-take-on-marvel-11675184413 |
| CNN | 1/31/2023 | James Gunn announces new plans for DC film universe, including 'Superman: Legacy' | https://www.cnn.com/2023/01/31/entertainment/james-gunn-dc-movies/index.html |
| Los Angeles Times | 1/31/2023 | DC Studios slate unveiled: James Gunn and Peter Safran's plan to unify the comic book empire | https://www.latimes.com/entertainment-arts/business/story/2023-01-31/dc-warner-bros-presentation-boctatman-superman-james-gunn |
| Vanity Fair | 1/31/2023 | James Gunn Unveils Revamped DC Studios Universe Featuring Superman: Legacy, Viola Davis TV show, and a New Batman | https://www.vanityfair.com/hollywood/2023/01/superman-legacy-and-2-new-batman-movies-lead-dc-movie-revamp |
| Polygon | 1/31/2023 | Here's the official DC movie slate under James Gunn | https://www.polygon.com/23578415/new-dc-movies-james-gunn-release-date-superman-batman-schedule-calendar-upcoming |
| Polygon | 1/31/2023 | DC's new movie and TV slate, explained by James Gunn | https://www.polygon.com/23579802/james-gunn-dc-slate-movies-tv-animation-gaming-explained |
| The Wrap | 1/31/2023 | The Batman 2' and 'Superman' Reboot Get 2025 Release Dates to Jump-Start New DCU Era | https://www.thewrap.com/the-batman-2-release-date-superman-reboot-release-date-james-gunn/ |

1

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Wrap | 1/31/2023 | DC's New Slate: Here Are the 10 Movies and Shows That Kick Off 'Chapter 1' of the DCU | https://www.thewrap.com/dcu-new-movies-shows-supergirl-batman-james-gunn/ |
| The Hollywood Reporter | 1/31/2023 | DC Slate Unveiled: New Batman, Supergirl Movies, a Green Lantern TV Show, and More From James Gunn, Peter Safran | https://www.hollywoodreporter.com/movies/movie-features/james-gunn-unveils-dc-slate-batman-superman-1235314176/ |
| Deadline | 1/31/2023 | 'The Batman Part II', James Gunn's 'Superman: Legacy' Get Release Dates As DC Plan Revealed | https://deadline.com/2023/01/batman-2-superman-legacy-release-dates-james-gunn-matt-reeves-dc-1235245138/ |
| Variety | 1/31/2023 | New DC Universe Unveils First 10 Projects: 'Superman: Legacy' in 2025, Batman & Robin Movie, Green Lantern Series, Wonder Woman Prequel and More | https://variety.com/2023/film/news/dc-universe-superman-legacy-batman-green-lantern-supergirl-booster-gold-1235507426/ |
| Entertainment Weekly | 1/31/2023 | Superman reboot, *Wonder Woman* series, and more kick off new wave of DC movies | https://ew.com/movies/dc-movies-plan-superman-batman-wonder-woman/ |
| Esquire | 1/31/2023 | I'm (Cautiously!) Optimistic About James Gunn's DC Slate | https://www.esquire.com/entertainment/movies/a42723707/james-gunn-dc-slate/ |
| GQ | 1/31/2023 | James Gunn Unveils His New DCU Slate With Reboots of Superman, Batman, Green Lantern and More | https://www.gq.com/story/james-gunn-dcu-slate-reveal-superman-legacy-batman-brave-and-the-bold |
| Vulture | 1/31/2023 | Chapter 1: Everything We Know About the Future of the DC Universe | https://www.vulture.com/article/dc-universe-chapter-one-gods-monster-titles.html |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Variety | 2/9/2023 | James Gunn Says Zack Snyder 'Supports' New DC Universe, Responds to Fans Urging Netflix to Buy SnyderVerse: It 'Hasn't Expressed Interest' | https://variety.com/2023/film/news/james-gunn-zack-snyder-supports-dc-universe-changes-1235518441/ |
| Deadline | 2/18/2023 | James Gunn Clarifies Superman & Batman's Ages For 'Superman: Legacy' & 'The Brave And The Bold' | https://deadline.com/2023/02/james-gunn-clarifies-superman-batman-ages-superman-legacy-the-brave-and-the-bold-1235264423/ |
| TMZ | 2/19/2023 | James Gunn I Was Working on 'Superman' ... Before Cavill Was 'Back' | https://www.tmz.com/2023/02/19/james-gunn-dcu-superman-movie-in-works-before-henry-cavill-announcement/ |
| Deadline | 3/15/2023 | James Gunn To Direct His Script 'Superman: Legacy'; Pic Will Blast Off New DC Multiverse 'Chapter One, Gods & Monsters' | https://deadline.com/2023/03/james-gunn-direct-superman-movie-warner-bros-dc-1235300632/ |
| Entertainment Weekly | 3/15/2023 | James Gunn to direct Superman: Legacy years after declining another Man of Steel movie | https://ew.com/movies/james-gunn-superman-legacy-movie-director/ |
| Vanity Fair | 3/15/2023 | James Gunn Will Direct the Next Superman Movie Himself | https://www.vanityfair.com/hollywood/2023/03/james-gunn-directing-superman-movie |
| Variety | 3/15/2023 | James Gunn to Direct 'Superman: Legacy' | https://variety.com/2023/film/news/james-gunn-superman-legacy-director-1235555507/ |
| Vulture | 3/15/2023 | James Gunn Hires Himself to Direct Superman: Legacy | https://www.vulture.com/2023/03/superman-legacy-director-release-date-cast-details.html |
| The Wrap | 3/15/2023 | James Gunn Officially Suits Up to Direct 'Superman: Legacy' for DC Studios and WBD | https://www.thewrap.com/james-gunn-direct-superman-legacy-dc-studios/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Polygon | 3/15/2023 | What we know about Superman: Legacy | https://www.polygon.com/23579720/superman-legacy-cast-release-date-director-james-gunn |
| GQ | 3/15/2023 | James Gunn Confirms He'll Direct Superman: Legacy | https://www.gq.com/story/james-gunn-directing-superman-legacy |
| GQ | 3/16/2023 | With Henry Cavill Out, Who Will be the Next Superman? | https://www.gq.com/story/henry-cavill-out-new-superman-frontrunners |
| Deadline | 3/30/2023 | James Gunn "Making Private Lists" For Who'll Play Superman, Denies Logan Lerman Reports | https://deadline.com/2023/03/james-gunn-making-private-lists-for-wholl-play-superman-denies-logan-lerman-reports-1235313514/ |
| Variety | 3/30/2023 | James Gunn Denies New Superman Actor Is in 'Final Talks': I'm 'Prepping' Audition Material and Haven't Spoken to a 'Single Actor About the Role | https://variety.com/2023/film/news/james-gunn-superman-actor-search-audition-list-1235568791/ |
| Deadline | 4/3/2023 | James Gunn Talks 'Superman: Legacy' Tone, "Superhero Fatigue" & His Hopes For Marvel's Future | https://deadline.com/2023/04/james-gunn-on-superman-legacy-superhero-fatigue-marvels-future-1235317016/ |
| Variety | 4/3/2023 | James Gunn's 'Superman' Will Have a 'Quite Different' Tone From 'Guardians,' Director Says Making a Good Marvel Movie After 'Endgame' Is Hard | https://variety.com/2023/film/news/james-gunn-superman-guardians-of-the-galaxy-different-tones-1235572227/ |
| The Wrap | 4/18/2023 | James Gunn's 'Superman: Legacy' Starts Early Pre-Production, Director Says Costumes and More Are 'Up and Running' | https://www.thewrap.com/james-gunn-superman-legacy-pre-production/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Polygon | 4/30/2023 | James Gunn has the momentum to make a great Superman movie | https://www.polygon.com/23699119/james-gunn-superman-legacy-guardians-of-the-galaxy |
| The Wrap | 5/3/2023 | James Gunn Turned in First Draft of 'Superman: Legacy' Just Before Writers' Strike (Exclusive) | https://www.thewrap.com/james-gunn-superman-legacy-script-writers-strike/ |
| The New York Times | 5/13/2023 | A Long Journey to an Epiphany | https://www.nytimes.com/2023/05/12/movies/james-gunn-guardians-of-the-galaxy-vol-3.html |
| TMZ | 5/13/2023 | Superman: Legacy' Casting Search Begins Top Contenders: Corenswet, Mackey | https://www.tmz.com/2023/05/13/superman-legacy-casting-search-david-corenswet-emmy-mackey/ |
| Lexis News | 5/13/2023 | Superman: Legacy' Casting Heats Up With Nicholas Hoult, Rachel Brosnahan in the Mix | https://plus.lexis.com/api/document?collection=news&id=urn:contentItem:6877-2361-F03R-N226-00000-00&context=1530671 |
| The Wrap | 5/13/2023 | Superman: Legacy' Casting Heats Up With Nicholas Hoult, Rachel Brosnahan in the Mix | https://www.thewrap.com/superman-legacy-casting-nicholas-hoult-rachel-brosnahan-lex-luthor-lois-lane/ |
| The Hollywood Reporter | 5/13/2023 | Searching for Superman: Inside the Quest to Cast DC's New Top Hero (Exclusive) | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-cast-james-gunn-1235486603/ |
| The Wrap | 5/13/2023 | 'Superman: Legacy' Casting Heats Up With Nicholas Hoult, Rachel Brosnahan in the Mix | https://www.thewrap.com/superman-legacy-casting-nicholas-hoult-rachel-brosnahan-lex-luthor-lois-lane/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Vanity Fair | 5/15/2023 | Nicholas Hoult on The Great's Shocking Death: "It Was Difficult to Say Goodbye" | https://www.vanityfair.com/hollywood/2023/05/nicholas-hoult-on-the-greats-shocking-death-it-was-difficult-to-say-goodbye |
| New York Post | 5/15/2023 | 'Superman' top contenders to replace Henry Cavill revealed | https://nypost.com/2023/05/15/superman-top-contenders-to-replace-henry-cavill-revealed/ |
| The Hollywood Reporter | 5/15/2023 | Rachel Brosnahan Talks Being on the Shortlist to Play Lois Lane in 'Superman: Legacy': "It Would Be Extraordinary" | https://www.hollywoodreporter.com/movies/movie-news/rachel-brosnahan-shortlist-lois-lane-superman-legacy-1235492130/ |
| Deadline | 5/20/2023 | James Gunn Blasts DC Rumors As He Begins Storyboarding 'Superman Legacy' | https://deadline.com/2023/05/james-gunn-blasts-dc-rumors-begins-storyboarding-superman-legacy-1235374473/ |
| The Wrap | 6/8/2023 | 'Superman: Legacy' Casting Heats Up as Nicholas Hoult, Rachel Brosnahan, Phoebe Dynevor Advance to In-Person Screen Tests | https://www.thewrap.com/superman-legacy-nicholas-hoult-rachel-brosnahan-phoebe-dynevor/ |
| Polygon | 6/12/2023 | Superman Legacy adds Nathan Fillion as DC's most annoying Green Lantern ever | https://www.polygon.com/23792218/superman-legacy-casting-nathan-fillion-green-lantern |
| Deadline | 6/13/2023 | James Gunn On 'Superman: Legacy' Casting: "We're Narrowing It Down" | https://deadline.com/2023/06/james-gunn-superman-legacy-casting-1235416626/ |
| GQ | 6/16/2023 | In The Flash, Superman Lives | https://www.gq.com/story/the-flash-nicolas-cage-superman-cameo-superman-lives |
| TMZ | 6/18/2023 | Henry Cavill Iced Out of 'Flash' Entirely ... But Gadot, Affleck Appear | https://www.tmz.com/2023/06/18/henry-cavill-iced-out-the-flash-ending-gal-gadot-james-gunn/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Deadline | 6/19/2023 | James Gunn Says He's "Blown Away" With 'Superman: Legacy' Auditions | https://deadline.com/2023/06/james-gunn-superman-legacy-auditions-1235420423/ |
| The Hollywood Reporter | 6/26/2023 | Inside the 'Superman: Legacy' Screen Tests as Decision 2023 Drags Into Second Week | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-inside-james-gunns-search-1235523954/ |
| The Wrap | 6/27/2023 | Who Is David Corenswet? Meet the New Superman | https://www.thewrap.com/who-is-david-corenswet-new-superman-actor/ |
| GQ | 6/27/2023 | James Gunn Has Found His New Superman and Lois Lane | https://www.gq.com/story/james-gunn-superman-legacy-casts-david-corenswet-superman-rachel-brosnahan-lois-lane |
| Entertainment Weekly | 6/27/2023 | Who is David Corenswet? Meet the new Superman for James Gunn's DC Universe | https://ew.com/movies/superman-david-corenswet-everything-to-know/ |
| Entertainment Weekly | 6/27/2023 | Superman: Legacy finds Hollywood's new Man of Steel in David Corenswet with Rachel Brosnahan as Lois Lane | https://ew.com/movies/superman-legacy-casts-david-corenswet-rachel-brosnahan/ |
| Vanity Fair | 6/27/2023 | Superman: Legacy: David Corenswet and Rachel Brosnahan Are Your Next Clark Kent and Lois Lane | https://www.vanityfair.com/hollywood/2023/06/superman-legacy-david-corenswet-and-rachel-brosnahan-are-your-next-clark-kent-and-lois-lane |
| New York Post | 6/27/2023 | David Corenswet picked as newest Superman, replacing Henry Cavill | https://nypost.com/2023/06/27/david-corenswet-picked-as-newest-superman-replacing-henry-cavill/ |

7

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Polygon | 6/27/2023 | James Gunn's Superman reboot has found its Clark Kent and Lois Lane | https://www.polygon.com/23775999/david-corenswet-james-gunn-superman-actor-rachel-brosnahan-lois-lane |
| The Hollywood Reporter | 6/27/2023 | Superman: Legacy' Finds Leads With David Corenswet and Rachel Brosnahan | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-cast-david-corenswet-rachel-brosnahan-1235358907/ |
| Variety | 6/27/2023 | Superman: Legacy' Casts David Corenswet, Rachel Brosnahan as Clark Kent and Lois Lane | https://variety.com/2023/film/news/superman-legacy-david-corenswet-rachel-brosnahan-clark-kent-lois-lane-1235656106/ |
| The Hollywood Reporter | 6/27/2023 | Who Is David Corenswet? Meet DC's New Superman | https://www.hollywoodreporter.com/movies/movie-news/who-is-david-corenswet-everything-to-know-new-superman-1235525044/ |
| The Wrap | 6/27/2023 | David Corenswet to Play New Man of Steel in 'Superman: Legacy' | https://www.thewrap.com/superman-legacy-cast-david-corenswet-rachel-brosnahan/ |
| Rolling Stone | 6/28/2023 | David Corenswet is the First Jewish Superman. Here's Why that Matters. | https://www.rollingstone.com/tv-movies/tv-movie-features/david-corenswet-first-jewish-superman-why-matters-james-gunn-dc-comics-1234780413/ |
| TMZ | 6/28/2023 | David Corenswet Superman Casting Draws Comparison Ain't He a Young Cavill??? | https://www.tmz.com/2023/06/28/david-corenswets-superman-casting-comparisons-henry-cavill/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| New York Post | 6/28/2023 | David Corenswet as Superman is limping DC Studios' last chance | https://nypost.com/2023/06/28/david-corenswet-as-superman-is-dcs-last-hope/ |
| TMZ | 6/29/2023 | David Corenswet Total Package as Superman!!! | https://www.tmz.com/2023/06/29/david-corenswet-twitter-bulge-picture-superman-casting/ |
| Entertainment Weekly | 7/11/2023 | Superman: Legacy will introduce Nathan Fillion's Green Lantern and more DC heroes | https://ew.com/movies/superman-legacy-cast-nathan-fillion-green-lantern-isabela-merced-hawkgirl-edi-gathegi-mister-terrific/ |
| Vanity Fair | 7/11/2023 | Superman Legacy Cast Adds Isabela Merced, Edi Gathegi and Nathan Fillion: EXCLUSIVE | https://www.vanityfair.com/hollywood/2023/07/superman-legacy-cast |
| Deadline | 7/11/2023 | 'Superman: Legacy': Nathan Fillion, Isabela Merced & Edi Gathegi Latest To Join | https://deadline.com/2023/07/superman-legacy-adds-nathan-fillion-isabela-merced-edi-gathegi-1235434727/ |
| The Wrap | 7/11/2023 | 'Superman: Legacy' Cast Adds Nathan Fillion, Finds Its Hawkgirl and Mister Terrific | https://www.thewrap.com/superman-legacy-cast-adds-nathan-fillion-finds-its-hawkgirl-and-mister-terrific/ |
| Variety | 7/11/2023 | 'Superman: Legacy' Adds Nathan Fillion as Green Lantern, Plus Isabela Merced and Edi Gathegi | https://variety.com/2023/film/news/superman-legacy-nathan-fillion-isabela-merced-edi-gathegi-1235667292/ |
| Entertainment Weekly | 7/12/2023 | James Gunn promises Superman: Legacy 'revolves around Superman and Lois' as more DC heroes join cast | https://ew.com/movies/james-gunn-superman-legacy-about-superman-anthony-carrigan-metamorpho/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Wrap | 7/12/2023 | Anthony Carrigan Is 'Pumped' to Join James Gunn's 'Superman' Reboot: 'I'm Excited to Bring My Spark to It' | https://www.thewrap.com/anthony-carrigan-superman-legacy-james-gunn/ |
| The Wrap | 7/12/2023 | Superman: Legacy' Casts 'Barry' Star Anthony Carrigan as Metamorpho | https://www.thewrap.com/superman-legacy-anthony-carrigan-metamorpho/ |
| The Hollywood Reporter | 7/12/2023 | Superman: Legacy' Nabs 'Barry' Star Anthony Carrigan as DC Hero Metamorpho (Exclusive) | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-casts-anthony-carrigan-metamorpho-1235533648/ |
| The Wrap | 7/12/2023 | 'Superman: Legacy' Casts 'Barry' Star Anthony Carrigan as Metamorpho | https://www.thewrap.com/superman-legacy-anthony-carrigan-metamorpho/ |
| The Wrap | 7/12/2023 | Anthony Carrigan Is 'Pumped' to Join James Gunn's 'Superman' Reboot: 'I'm Excited to Bring My Spark to It' | https://www.thewrap.com/anthony-carrigan-superman-legacy-james-gunn/ |
| Deadline | 7/12/2023 | 'Superman: Legacy' Adds 'Barry's Anthony Carrigan To Cast | https://deadline.com/2023/07/superman-legacy-anthony-carrigan-barry-star-joins-cast-1235435718/ |
| GQ | 7/13/2023 | What the Superman: Legacy Cast Says About James Gunn's DC Universe | https://www.gq.com/story/superman-legacy-cast-james-gunn-dcu-metamorpho-green-lantern-mister-terrific-hawkgirl |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Cleveland.com | 7/17/2023 | Cleveland actress Isabela Merced lands superhero role in DC's 'Superman: Legacy' | https://www.cleveland.com/entertainment/2023/07/cleveland-actress-isabela-merced-to-play-this-superhero-in-dcs-superman-legacy.html#:~:text=CLEVELAND%2C%20Ohio%20%2D%2D%20Cleveland%20native,as%20swords%2C%20spears%20and%20maces. |
| New York Post | 9/28/2023 | Imploding DC Studios is keeping these three superhero actors — for now | https://nypost.com/2023/09/28/imploding-dc-studios-is-keeping-these-three-hero-actors-for-now/ |
| The Wrap | 11/11/2023 | James Gunn Says 'Superman: Legacy' Will Make its Release Date Thanks to Crew Who 'Never Lost Faith' During Strikes | https://www.thewrap.com/james-gunn-superman-legacy-release-date-strikes-dc-movies-reboot-2025/ |
| Deadline | 11/11/2023 | James Gunn Says 'Superman Legacy' Still On Track For 2025 Release Despite Strikes | https://deadline.com/2023/11/james-gunn-superman-legacyon-track-for-2025-release-strikes-1235600470/ |
| Entertainment Weekly | 11/13/2023 | Jacob Elordi reveals why he turned down a Superman audition: 'That's too dark for me' | https://ew.com/movies/jacob-elordi-turned-down-superman-audition/ |
| Deadline | 11/15/2023 | 'Superman: Legacy' Sets María Gabriela De Faría To Play Villain The Engineer | https://deadline.com/2023/11/superman-legacy-maria-gabriela-de-faria-villain-role-1235612761/ |
| TMZ | 11/17/2023 | David Corenswet Getting Jacked for 'Superman: Legacy' Gym'n It Up for the Tights!!! | https://www.tmz.com/2023/11/17/david-corenswet-getting-jacked-for-superman-legacy-role/ |

11

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Wrap | 11/17/2023 | New Superman David Corenswet Teases Physical Transformation for DC Reboot | https://www.thewrap.com/superman-david-corenswet-gym-body-dc-universe-movies/ |
| The Hollywood Reporter | 11/20/2023 | Nicholas Hoult in Talks to Play Lex Luthor in 'Superman: Legacy' | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-nicholas-hoult-lex-luthor-1235507781/ |
| The Wrap | 11/20/2023 | Nicholas Hoult in Talks for Lex Luthor Role in James Gunn's 'Superman: Legacy' | https://www.thewrap.com/superman-legacy-lex-luthor-nicholas-hoult/ |
| The Hollywood Reporter | 11/21/2023 | 'Superman: Legacy' Casts Skyler Gisondo as Jimmy Olsen (Exclusive) | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-casts-skyler-gisondo-jimmy-olsen-1235645745/ |
| Polygon | 11/22/2023 | By tapping Nicholas Hoult for Lex Luthor James Gunn is learning from Snyder's best | https://www.polygon.com/23971382/james-gunn-superman-casting-legacy-lex-luthor-nicholas-hoult |
| SlashFilm | 12/11/2023 | Nicholas Hoult Joins Superman: Legacy As Lex Luthor | https://www.slashfilm.com/1451837/nicholas-hoult-joins-superman-legacy-lex-luthor/ |
| Entertainment Weekly | 12/11/2023 | James Gunn confirms Nicholas Hoult as Lex Luthor in Superman: Legacy: 'Different from anything you've seen before' | https://ew.com/nicholas-hoult-lex-luthor-superman-legacy-8405184 |
| The Wrap | 12/11/2023 | Nicholas Hoult to Play Lex Luthor in 'Superman Legacy,' James Gunn Confirms | https://www.thewrap.com/nicholas-hoult-to-play-lex-luthor-in-superman-legacy-james-gunn-confirms/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Hollywood Reporter | 12/15/2023 | 'Superman: Legacy': Miriam Shor Joining James Gunn's Man of Steel Movie (Exclusive) | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-miriam-shor-cast-1235740562/ |
| The Hollywood Reporter | 12/16/2023 | James Gunn Shares Update on 'Superman: Legacy' Storyboard, Superhero Costume and Score | https://www.hollywoodreporter.com/movies/movie-news/james-gunn-update-superman-legacy-storyboard-costume-score-1235760908/ |
| Entertainment Tonight | 1/2/2024 | Superman: Legacy': James Gunn Confirms Nicholas Hoult Will Play Lex Luthor | https://www.etonline.com/superman-legacy-james-gunn-confirms-nicholas-hoult-will-play-lex-luthor-207082 |
| Entertainment Tonight | 1/2/2024 | Inside 'Superman Legacy': Cast Breakdown, James Gunn's Teases, DC Universe's Future and More | https://www.etonline.com/media/videos/inside-superman-legacy-cast-breakdown-james-gunns-teases-dc-universes-future-and-more |
| GQ | 1/5/2024 | What Was the DCEU? | https://www.gq.com/story/what-was-the-dceu |
| Polygon | 1/12/2024 | Every DC movie release set for 2025 and beyond | https://www.polygon.com/movies/22352001/new-dc-movies-release-schedule |
| Rolling Stone | 1/14/2024 | Anthony Carrigan on the End of 'Barry' and Playing Metamorpho in 'Superman: Legacy' | https://www.rollingstone.com/tv-movies/tv-movie-features/anthony-carrigan-superman-legacy-metamorpho-barry-emmys-1234946635/ |
| Entertainment Tonight | 1/16/2024 | Rachel Brosnahan Teases Her 'Feisty' Lois Lane in 'Superman: Legacy' | https://www.etonline.com/rachel-brosnahan-teases-her-feisty-lois-lane-in-superman-legacy-exclusive-218094 |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| SlashFilm | 1/29/2024 | Don't Expect Any Sort Of Origin Story In James Gunn's Superman: Legacy | https://www.slashfilm.com/1504104/dont-expect-origin-story-james-gunn-superman-legacy/ |
| Entertainment Tonight | 1/29/2024 | House of the Dragon' Star Milly Alcock Cast as DC's New Supergirl | https://www.etonline.com/house-of-the-dragon-star-milly-alcock-cast-as-dcs-new-supergirl-218799 |
| Entertainment Tonight | 2/10/2024 | Nathan Fillion Says First 'Superman: Legacy' Table Read Takes Place Next Week | https://www.etonline.com/nathan-fillion-says-first-superman-legacy-table-read-takes-place-next-week-219612 |
| SlashFilm | 2/13/2024 | Why Casting Isn't James Gunn's Top Priority For Superman: Legacy | https://www.slashfilm.com/1514008/superman-legacy-casting-not-james-gunn-priority/ |
| Entertainment Weekly | 2/16/2024 | James Gunn says Superman: Legacy dropped Bassem Youssef role before his Israel-Hamas comments | https://ew.com/james-gunn-says-superman-legacy-dropped-bassem-youssef-before-israel-hamas-comments-8584449 |
| SlashFilm | 2/19/2024 | Rachel Brosnahan Is 'Stalking' Journalists To Become Superman: Legacy's Lois Lane | https://www.slashfilm.com/1516637/superman-legacy-lois-lane-rachel-brosnahan-stalker/ |
| Superman SuperSite | 2/20/2024 | "Superman: Legacy" to Film in Cleveland and Cincinnati, OH | https://www.supermansupersite.com/Superman_Legacy_to_Film_in_Cleveland_and_Cincinnati_OH.html |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Cleveland | 2/21/2024 | DC Studios' upcoming 'Superman: Legacy' to film scenes in Cleveland and Cincinnati | https://www.cleveland.com/entertainment/2024/02/dc-studios-upcoming-superman-legacy-to-film-scenes-in-cleveland-and-cincinnati.html#:~:text=CLEVELAND%2C%20Ohio%20%2D%2D%20The%20Man,knowledge%20of%20the%20production%20said. |
| Entertainment Weekly | 2/22/2024 | See Nicholas Hoult go bald for Lex Luthor in first photo of Superman: Legacy cast | https://ew.com/nicholas-hoult-bald-lex-luthor-superman-legacy-cast-photo-8598700 |
| Deadline | 2/22/2024 | Superman: Legacy' Cast Photo Unveiled By James Gunn On Social; Glimpse Of Nicholas Hoult As Lex Luthor | https://deadline.com/2024/02/superman-legacy-cast-photo-james-gunn-nicholas-hoult-1235834452/ |
| The Hollywood Reporter | 2/22/2024 | James Gunn Shares First 'Superman: Legacy' Cast Photo: "All Together for the First Time" | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-james-gunn-first-cast-photo-1235832843/ |
| The Wrap | 2/22/2024 | James Gunn Posts First 'Superman: Legacy' Cast Photo: 'What a Wonderful Day' | https://www.thewrap.com/james-gunn-posts-first-superman-legacy-cast-photo-what-a-wonderful-day/ |
| Variety | 2/23/2024 | 'Superman: Legacy' to Begin Filming Next Week; David Zaslav Says News Is 'Optimistic' After 'Studio Has Really Been Underperforming' | https://variety.com/2024/film/news/superman-legacy-film-date-david-zaslav-slams-flops-1235920304/ |
| Deadline | 2/24/2024 | 'Superman: Legacy': How Rachel Brosnahan Reacted When She Saw The Suit | https://deadline.com/2024/02/superman-legacy-rachel-brosnahan-sag-awards-1235837087/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Variety | 2/25/2024 | Rachel Brosnahan Says 'Superman: Legacy' Table Read Was 'Amazing' and 'We're Still Finding These Characters' Ahead of Next Week's Filming Start | https://variety.com/2024/film/news/rachel-brosnahan-lois-lane-superman-legacy-table-read-amazing-1235921664/ |
| Deadline | 2/25/2024 | Superman: Legacy': How Rachel Brosnahan Reacted When She Saw The Suit | https://deadline.com/2024/02/superman-legacy-rachel-brosnahan-sag-awards-1235837087/ |
| SlashFilm | 2/29/2024 | James Gunn's Superman: Legacy Reveals New Title And First Look At Superman Suit | https://www.slashfilm.com/1529810/dc-james-gunn-superman-legacy-reveals-new-title-first-look-at-superman-suit/ |
| Entertainment Weekly | 2/29/2024 | Superman: Legacy reveals first glimpse of new suit, gets updated title | https://ew.com/superman-legacy-suit-logo-new-title-8602796 |
| Entertainment Tonight | 2/29/2024 | James Gunn Announces 'Superman: Legacy' Title Change and Gives First Look at New Superman Suit | https://www.etonline.com/james-gunn-announces-superman-legacy-title-change-and-gives-first-look-at-new-superman-suit-220764 |
| The Hollywood Reporter | 2/29/2024 | Superman: Legacy' Gets Title Change From James Gunn | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-gets-title-change-james-gunn-1235838713/ |
| Variety | 2/29/2024 | James Gunn Reveals 'Superman: Legacy' Title Change on First Day of Filming | https://variety.com/2024/film/news/superman-legacy-title-change-james-gunn-first-day-of-filming-1235927037/ |
| The Wrap | 2/29/2024 | James Gunn Kicks off 'Superman: Legacy' Production With First Look at Iconic Logo | https://www.thewrap.com/superman-legacy-suit-logo-image/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Hollywood Reporter | 2/29/2024 | 'Superman: Legacy' Gets Title Change From James Gunn | https://www.hollywoodreporter.com/movies/movie-news/superman-legacy-gets-title-change-james-gunn-1235838713/ |
| The Wrap | 2/29/2024 | James Gunn Kicks off 'Superman' Production With First Look at Suit, Title Change | https://www.thewrap.com/superman-legacy-suit-logo-image/ |
| Entertainment Digest | 3/1/2024 | Superman: Legacy gets a new title by James Gunn on the first day of shoot | No link |
| The Hollywood Reporter | 3/1/2024 | Wendell Pierce Cast as Perry White in James Gunn's 'Superman' (Exclusive) | https://www.hollywoodreporter.com/movies/movie-news/superman-casts-wendell-pierce-as-perry-white-1235840790/ |
| The Wrap | 3/1/2024 | Wendell Pierce to Play the Daily Planet's Perry White in 'Superman' | https://www.thewrap.com/wendell-pierce-perry-white-superman-actor/ |
| Deadline | 3/1/2024 | 'Superman': James Gunn DC Movie Sets Wendell Pierce As Perry White | https://deadline.com/2024/03/superman-wendell-pierce-1235843478/ |
| SlashFilm | 3/2/2024 | Superman Release Date, Cast, Director And More Info | https://www.slashfilm.com/1407472/superman-legacy-release-date-cast-director-more-info/ |
| The Hollywood Reporter | 3/5/2024 | Nicholas Hoult Talks Preparations to Play Lex Luthor in James Gunn's 'Superman' | https://www.hollywoodreporter.com/movies/movie-news/superman-nicholas-hoult-lex-luthor-preparations-1235843953/ |
| Variety | 3/5/2024 | Nicholas Hoult Has 'Been Working Out' to Play Lex Luthor in James Gunn's 'Superman,' Taking Inspiration From 'All-Star Superman' Comic | https://variety.com/2024/film/news/nicholas-hoult-working-out-lex-luthor-superman-1235930589/ |

17

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Deadline | 3/5/2024 | James Gunn Starts Filming 'Superman' In Norway & Teases Scene With Hero Fleeing To The Fortress Of Solitude | https://deadline.com/2024/03/james-gunn-filming-superman-norway-teases-scene-fortress-of-solitude-1235846557/ |
| The Wrap | 3/6/2024 | 'Superman' Director James Gunn Reveals a Few of the Inspirations for His Movie: | https://www.thewrap.com/superman-james-gunn-reveals-inspirations-for-movie-photos/ |
| TMZ | 3/22/2024 | Dolph Lundgren on 'Superman' Don't Know David Corenswet ... But Give Him A Chance!!! | https://www.tmz.com/2024/03/22/dolph-lundgren-new-superman-david-corenswet-apollo-creed-carl-weathers/ |
| Deadline | 4/17/2024 | 'Superman': Neva Howell To Play Ma Kent In James Gunn's DC Movie | https://deadline.com/2024/04/superman-neva-howell-james-gunn-1235888590/ |
| Variety | 4/29/2024 | James Gunn Confused by Conspiracy Theory Over Henry Cavill's Superman Re-Casting: My Superman 'Was Always Intended as and Pitched as a New Story' | https://variety.com/2024/film/news/james-gunn-henry-cavill-superman-recasting-timeline-1235985430/ |
| Entertainment Weekly | 5/6/2024 | Superman first look unveils David Corenswet as James Gunn's Man of Steel | https://ew.com/superman-david-corenswet-first-look-photo-8628709 |
| GQ | 5/6/2024 | Superman Costume Revealed: We Have a Suit, and the Suit Has Trunks | https://www.gq.com/story/superman-costume-revealed-we-have-a-suit-and-the-suit-has-trunks |
| TMZ | 5/6/2024 | David Corenswet Shown in Costume as New Superman Lookin' a Little Cavill-y??? | https://www.tmz.com/2024/05/06/david-corenswet-shown-superman-costume-reveal-first-time/ |
| New York Post | 5/6/2024 | 'Superman' director drops first photo of David Corenswet as Clark Kent: 'Get ready' | https://nypost.com/2024/05/06/entertainment/superman-director-drops-first-photo-of-david-corenswet-as-clark-kent-get-ready/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Polygon | 5/6/2024 | First photo confirms: James Gunn's Superman will wear his underwear on the outside | https://www.polygon.com/24150323/superman-costume-james-gunn-david-corenswet-underwear |
| Vulture | 5/6/2024 | Get Ready with David Corenswet's Superman | https://www.vulture.com/article/superman-james-gunn-suit.html |
| The Hollywood Reporter | 5/6/2024 | 'Superman' Unveils First Look at David Corenswet as the Man of Steel | https://www.hollywoodreporter.com/movies/movie-news/superman-david-corenswet-costume-1235856064/ |
| The Wrap | 5/6/2024 | 'Superman': First Look at David Corenswet in the Suit as the New Man of Steel | https://www.thewrap.com/new-superman-suit-david-corenswet-image-james-gunn-movie/ |
| Esquire | 5/6/2024 | Superman: Everything We Know | https://www.esquire.com/entertainment/movies/a44357507/superman-legacy-who-will-play-superman-james-gunn/ |
| Variety | 5/6/2024 | James Gunn's New Superman Suit Debuts: See David Corenswet as the Man of Steel in New Look at 2025 Superhero Film | https://variety.com/2024/film/news/superman-suit-david-corenswet-costume-james-gunn-1235927192/ |
| Rolling Stone | 5/15/2024 | Craig Gillespie's 'Supergirl' Movie Confirms June 2026 Theatrical Release | https://www.rollingstone.com/tv-movies/tv-movie-news/craig-gillespie-milly-alcock-supergirl-movie-june-2026-release-1235021106/ |
| Entertainment Weekly | 6/5/2024 | Meet the douchey sports reporter played by SNL vet Beck Bennett in Superman | https://ew.com/superman-beck-bennett-steve-lombard-8659087 |
| The Hollywood Reporter | 6/5/2024 | James Gunn's 'Superman' Adds 'Saturday Night Live' Actor Beck Bennett | https://www.hollywoodreporter.com/movies/movie-news/james-gunn-superman-beck-bennett-1235915955/ |

19

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Wrap | 6/5/2024 | James Gunn's 'Superman' Adds 'SNL' Alum Beck Bennett to Cast | https://www.thewrap.com/superman-james-gunn-beck-bennett-snl/ |
| The Hollywood Reporter | 6/7/2024 | James Gunn Fills Out Daily Planet Newsroom for 'Superman' (Exclusive) | https://www.hollywoodreporter.com/movies/movie-news/james-gunn-daily-planet-superman-1235917555/ |
| The Wrap | 6/7/2024 | 'Superman' Cast Rounds Out With Mikaela Hoover and Christopher MacDonald | https://www.thewrap.com/superman-mikaela-hoover-christopher-macdonald/ |
| Deadline | 6/7/2024 | Mikaela Hoover & Christopher MacDonald Join 'Superman' | https://deadline.com/2024/06/superman-adds-mikaela-hoover-christopher-mcdonald-to-cast-1235962433/ |
| Deadline | 6/7/2024 | Who Is David Corenswet, DC's New Superman? | https://deadline.com/feature/superman-actor-who-is-david-corenswet-1235425556/ |
| Entertainment Tonight | 6/13/2024 | Jude Law Says He Turned Down Playing Superman After Trying on Costume | https://www.etonline.com/jude-law-says-he-turned-down-playing-superman-after-trying-on-costume-227339 |
| TMZ | 6/24/2024 | David Corenswet It's a Bird, It's a Plane ... It's 1st 'Superman' Set Pics!!! | https://www.tmz.com/2024/06/24/david-corenswet-full-superman-costume-first-on-set-photos/ |
| Cleveland | 6/27/2024 | All the actors who have played Superman, from Kirk Alyn to David Corenswet | https://www.cleveland.com/entertainment/2024/06/all-the-actors-who-have-played-superman-from-kirk-alyn-to-david-corenswet.html |
| SlashFilm | 6/29/2024 | Superman Movie Fan Theories That Actually Make Sense | https://www.slashfilm.com/1611270/superman-movie-fan-theories-actually-make-sense/ |

20

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| New York Post | 7/3/2024 | Christopher Reeve's look-alike son will make a cameo in James Gunn's 'Superman' | https://nypost.com/2024/07/03/entertainment/christopher-reeves-son-will-appears-in-james-gunns-superman/ |
| Deadline | 7/11/2024 | James Gunn Unveils 'Superman' Logo For DCU Movie Releasing In Exactly One Year | https://deadline.com/2024/07/james-gunn-superman-logo-dcu-movie-1236007515/ |
| Cleveland.com | 7/12/2024 | 'Superman' to film scenes at Progressive Field | https://www.cleveland.com/entertainment/2024/07/superman-to-film-scenes-at-progressive-field.html |
| Cleveland.com | 7/15/2024 | 'Superman' film shoot finds Man of Steel tussled by The Engineer, unnamed villain at Progressive Field (photos, spoilers) | https://www.cleveland.com/news/2024/07/superman-film-shoot-finds-man-of-steel-tussled-by-the-engineer-unnamed-villain-at-progressive-field-photos-spoilers.html |
| Cleveland.com | 7/15/2024 | 'Superman' filming moves to Key Tower with Green Lantern, Hawkgirl on set (photos, spoilers) | https://www.cleveland.com/entertainment/2024/07/superman-filming-moves-to-key-tower-with-green-lantern-hawkgirl-on-set-photos-spoilers.html |
| Cleveland.com | 7/16/2024 | 'Superman' wraps production in Cleveland today | https://www.cleveland.com/entertainment/2024/07/superman-wraps-production-in-cleveland-today.html |
| The Hollywood Reporter | 7/17/2024 | 'Superman' Is "Close" to Being Done Filming, James Gunn Says | https://www.hollywoodreporter.com/movies/movie-news/superman-update-close-to-being-done-filming-james-gunn-1235951438/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Variety | 7/17/2024 | James Gunn's 'Superman' Is 'Getting Close' to the End of Filming After Wrapping Six-Week Cleveland Shoot: 'Still a Couple Weeks Left' | https://variety.com/2024/film/news/james-gunn-superman-filming-nears-end-cleveland-shoot-1236075264/ |
| Deadline | 7/17/2024 | James Gunn Wraps 'Superman' Filming In Cleveland & Shares Update On Production: "It's A Long Shoot… But We're Getting Close" | https://deadline.com/2024/07/james-gunn-superman-wraps-filming-cleveland-production-update-1236012623/ |
| Entertainment Weekly | 7/18/2024 | Christopher Reeve's son Will Reeve confirms Superman cameo: 'They've been so kind to me and my family' | https://ew.com/superman-christopher-reeve-son-will-reeve-cameo-8673048 |
| Variety | 7/18/2024 | Christopher Reeve's Son Will 'Had to Memorize One Line' for His Cameo in James Gunn's 'Superman': 'I Was Actually Nervous Doing That' | https://variety.com/2024/film/news/christopher-reeve-son-will-superman-cameo-one-line-dialogue-1236077304/ |
| Deadline | 7/18/2024 | Christopher Reeve's Son Will Reeve Teases Cameo In James Gunn's 'Superman': "It Was A Really Great Experience" | https://deadline.com/2024/07/christopher-reeve-son-will-reeve-teases-cameo-james-gunn-superman-1236014578/ |
| Polygon | 7/23/2024 | What DC isn't bringing to SDCC, but could have | https://www.polygon.com/sdcc/2024/7/23/24202130/sdcc-2024-dc-movies-release-james-gunn-updates |
| Entertainment Weekly | 7/25/2024 | Every upcoming DC movie release in order | https://ew.com/all-the-upcoming-dc-movies-8681718 |
| The Wrap | 7/25/2024 | Why James Gunn's 'Superman' Skipped Comic-Con \| Exclusive | https://www.msn.com/en-us/movies/news/why-james-gunns-superman-skipped-comic-con-exclusive/ar-BB1qD82e?ocid=BingNewsVerp |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Wrap | 7/26/2024 | DC Studios Unveils New Logo Ahead of James Gunn's Rebooted Universe | https://www.thewrap.com/dc-studios-new-logo-james-gunn-universe-reboot/ |
| The Hollywood Reporter | 7/30/2024 | James Gunn Celebrates 'Superman' Wrapping Its Shoot | https://www.hollywoodreporter.com/movies/movie-news/superman-james-gunn-wraps-filming-1235962379/ |
| The Wrap | 7/30/2024 | 'Superman' Filming Wraps as James Gunn Says He Aimed to 'Make a Movie About a Good Man in a World That Isn't Always So Much' | https://www.thewrap.com/superman-filming-wraps-james-gunn/ |
| Deadline | 7/30/2024 | James Gunn Wraps 'Superman' Filming: "It Has Been An Honor" | https://deadline.com/2024/07/james-gunn-wraps-superman-filming-1236026996/ |
| Variety | 7/30/2024 | 'Superman' Wraps Filming, James Gunn Announces | https://variety.com/2024/film/news/superman-wraps-filming-james-gunn-1236090605/ |
| Entertainment Tonight | 7/31/2024 | Superman' Wraps Filming: Everything to Know About James Gunn's New DC Movie | https://www.etonline.com/superman-cast-first-look-release-date-and-everything-we-know-about-james-gunns-new-dc-movie-226783 |
| Cleveland | 7/31/2024 | 'Superman' in post-production as filming wraps | https://www.cleveland.com/entertainment/2024/07/superman-in-post-production-as-filming-wraps.html |
| The Wrap | 8/16/2024 | Sean Gunn Says His 'Superman' Maxwell Lord Isn't Based on Other Live Portrayals | https://www.thewrap.com/sean-gunn-superman-maxwell-lord-james-gunn/ |
| The Wrap | 8/16/2024 | 'Superman' Finds Jonathan Kent in Pruitt Taylor Vince | https://www.thewrap.com/superman-jonathan-kent-actor-kent-pruitt-taylor-vince-james-gunn/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Deadline | 8/26/2024 | 'Superman' Director James Gunn Offers First Look At Skyler Gisondo As Jimmy Olsen | https://deadline.com/2024/08/jimmy-olsen-first-look-photo-unveiled-superman-james-gunn-1236050419/ |
| Entertainment Weekly | 8/28/2024 | Watch the Twisters cast react to their costar David Corenswet landing Superman role | https://ew.com/watch-twisters-cast-react-costar-david-corenswet-superman-role-8703462 |
| Deadline | 9/26/2024 | Alan Tudyk Playing Secret Role In James Gunn's 'Superman' – The Dish | https://deadline.com/2024/09/alan-tudyk-playing-secret-role-in-james-gunns-superman-the-dish-1236100921/ |
| Polygon | 9/28/2024 | What is Alan Tudyk's secret role in Superman? | https://www.polygon.com/dc/457411/alan-tudyk-superman-movie-role-casting-who |
| Variety | 9/28/2024 | 'Superman' Star David Corenswet Bulked Up to 230 Pounds to Play Man of Steel: 'I Didn't Fit Into Any of My Pants' | https://variety.com/2024/film/news/superman-david-corenswet-workout-weight-gain-1236159019/ |
| Entertainment Weekly | 10/11/2024 | Christopher Reeve's son says dad is the 'definitive' Superman ahead of cameo in James Gunn reboot | https://ew.com/christopher-reeve-definitive-superman-says-son-cameo-james-gunn-8727237 |
| Entertainment Weekly | 10/15/2024 | Superman's Krypto was inspired by James Gunn's own rescue dog — see a first look | https://ew.com/superman-krypto-first-look-inspired-by-james-gunn-rescue-dog-ozu-8728288 |
| The Hollywood Reporter | 10/15/2024 | James Gunn's Adopted Dog Inspired Krypto in 'Superman' and "Changed the Shape of the Story" | https://www.hollywoodreporter.com/movies/movie-news/james-gunn-krypto-superman-1236032549/ |
| The Wrap | 10/15/2024 | 'Superman' Director James Gunn Shares First Look at Krypto, Based on His Own Shelter Dog | https://www.thewrap.com/superman-krypto-super-dog-james-gunn-shelter-pet/ |

24

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Variety | 10/15/2024 | Krypto the Superdog Will Appear in James Gunn's 'Superman': He's a 'Not-So-Good-Good-Boy' | https://variety.com/2024/film/news/krypto-superman-james-gunn-superdog-1236178707/ |
| Deadline | 10/15/2024 | 'Superman' Director James Gunn Shares First Look At Krypto The Superdog Inspired By His Own Rescue Dog | https://deadline.com/2024/10/superman-james-gunn-krypto-the-superdog-1236116501/ |
| The Wrap | 10/16/2024 | 'Superman' Star David Corenswet in Talks to Lead 'Mr. Irrelevant' for Skydance Sports | https://www.thewrap.com/superman-david-corenswet-mr-irrelevant-skydance-sports/ |
| Variety | 10/22/2024 | Amy Adams Says Henry Cavill 'Was a Brilliant Superman,' Reacts to Rachel Brosnahan Taking Over Lois Lane: 'She's Gonna Be Great' | https://variety.com/2024/film/news/amy-adams-praises-henry-cavill-superman-lois-lane-rachel-brosnahan-1236185258/ |
| Deadline | 10/28/2024 | Nicholas Hoult Teases Lex Luthor Role In 'Superman': "Hopefully We've Done Something Special" | https://deadline.com/2024/10/nicholas-hoult-teases-lex-luthor-role-superman-1236160215/ |
| SlashFilm | 11/1/2024 | James Gunn's New DC Universe Needs To Work, Because This Is Superman's Last Chance | https://www.slashfilm.com/1699355/james-gunn-dc-universe-needs-work-superman-last-chance-public-domain/ |
| The Hollywood Reporter | 12/3/2024 | James Gunn Talks 'Creature Commandos' and 'Superman': "David Corenswet Is Going to Freak Everyone Out" | https://www.hollywoodreporter.com/tv/tv-features/james-gunn-creature-commandos-superman-1236076004/ |
| Variety | 12/9/2024 | 'Superman' to Film a 'Day and a Half of Pickup Shots' but 'No Reshoots,' Says James Gunn: 'Just a Handful of Individual Shots to Enhance the Film' | https://variety.com/2024/film/news/superman-pickup-shots-james-gunn-no-reshoots-1236243549/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Deadline | 12/9/2024 | James Gunn To Film "Pickup Shots" For 'Superman' In Order "To Enhance The Film": "No Reshoots" | https://deadline.com/2024/12/james-gunn-film-pickup-shots-superman-reshoots-1236199019/ |
| Entertainment Tonight | 12/13/2024 | Nicholas Hoult 'Very Excited' for Superman Fans to See David Corenswet's Clark Kent | https://www.etonline.com/media/videos/nicholas-hoult-very-excited-for-superman-fans-to-see-david-corenswets-clark-kent |
| Lexis News | 12/16/2024 | James Gunn's 'Superman' Trailer to Drop Thursday, First Poster Released | https://plus.lexis.com/api/document?collection=news&id=urn:contentItem:6DNG-RP81-F03R-N0GB-00000-00&context=1530671 |
| The Wrap | 12/16/2024 | James Gunn's 'Superman' Trailer to Drop Thursday, First Poster Released | https://www.thewrap.com/james-gunn-superman-trailer-release-date-poster/ |
| The Wrap | 12/16/2024 | James Gunn's 'Superman' Trailer to Drop Thursday, First Poster Released | https://www.thewrap.com/james-gunn-superman-trailer-release-date-poster/ |
| Variety | 12/16/2024 | James Gunn's 'Superman' Debuts First Poster That Nods to Christopher Reeve's Man of Steel | https://variety.com/2024/film/news/james-gunn-superman-poster-christopher-reeve-1236250220/ |
| Deadline | 12/16/2024 | 'Superman' Teaser Drops, Featuring Twist On John Williams' Iconic Theme Tune | https://deadline.com/2024/12/superman-teaser-twist-on-john-williams-theme-tune-james-gunn-1236204478/ |
| The Wrap | 12/17/2024 | James Gunn's 'Superman' Takes Flight: No Universe-Building, 'Top Gun'-Style Action and Why the Trunks Won Out | https://www.thewrap.com/james-gunn-superman-reboot-universe-building-action-casting/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Hollywood Reporter | 12/17/2024 | James Gunn Reveals How 'Top Gun: Maverick' Influenced 'Superman' | https://www.hollywoodreporter.com/movies/movie-news/james-gunn-top-gun-maverick-influenced-superman-teases-beginning-1236089127/ |
| The Wrap | 12/17/2024 | James Gunn's 'Superman' Takes Flight: No Universe-Building, 'Top Gun'-Style Action and Why the Trunks Won Out | https://www.thewrap.com/james-gunn-superman-reboot-universe-building-action-casting/ |
| Variety | 12/17/2024 | James Gunn Resisted Superman's Red Trunks Until David Corenswet's Pitch to Add Them to the Costume: 'Trying to Make It Look Serious Is Silly' | https://variety.com/2024/film/news/superman-trunks-costume-james-gunn-resisted-david-corenswet-pitch-1236252273/ |
| Entertainment Weekly | 12/18/2024 | Superman reveals Lois Lane, Daily Planet team ahead of trailer launch | https://ew.com/superman-lois-lane-rachel-brosnahan-first-look-daily-planet-team-8763323 |
| Entertainment Tonight | 12/18/2024 | 'Superman': David Corenswet and Rachel Brosnahan's Iconic Roles First Look! | https://www.etonline.com/media/videos/superman-david-corenswet-and-rachel-brosnahans-iconic-roles-first-look-232922 |
| Variety | 12/18/2024 | James Gunn Resisted Superman's Red Trunks Until David Corenswet's Pitch to Add Them to the Costume: 'Trying to Make It Look Serious Is Silly' | https://variety.com/2024/film/news/superman-trunks-costume-james-gunn-resisted-david-corenswet-pitch-1236252273/ |
| The Wrap | 12/18/2024 | Superman' Trailer Teaser Reveals First Footage of Rachel Brosnahan's Lois Lane, Jimmy Olsen and More \| Video | https://www.thewrap.com/superman-trailer-teaser/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Wrap | 12/18/2024 | 'Superman' Trailer Teaser Reveals First Footage of Rachel Brosnahan's Lois Lane, Jimmy Olsen and More \| Video | https://www.thewrap.com/superman-trailer-teaser/ |
| Deadline | 12/18/2024 | 'Superman' Trailer Teaser: James Gunn Shares First Footage Of Rachel Brosnahan As Lois Lane | https://deadline.com/video/superman-trailer-teaser-james-gunn-rachel-brosnahan-david-corenswet/ |
| SlashFilm | 12/19/2024 | The Superman Trailer Isn't Just Selling A Movie – It's Selling A Universe | https://www.slashfilm.com/1742372/how-superman-trailer-sets-up-james-gunn-dc-universe/ |
| SlashFilm | 12/19/2024 | For Director James Gunn, The New Superman Movie Is About One Thing | https://www.slashfilm.com/1741949/james-gunn-superman-movie-about-kindness/ |
| SlashFilm | 12/19/2024 | First Superman Trailer Introduces James Gunn's Bold New DC Universe | https://www.slashfilm.com/1718269/superman-james-gunn-2025-trailer/ |
| Entertainment Weekly | 12/19/2024 | Superman trailer reveals first look at Lex Luthor, Guy Gardner, Krypto, and more iconic DC characters | https://ew.com/superman-trailer-lex-luthor-first-look-guy-gardner-krypto-the-dog-more-8762447 |
| Vanity Fair | 12/19/2024 | Superman Bleeds: James Gunn Breaks Down the New Teaser Trailer | https://www.vanityfair.com/hollywood/story/superman-trailer-james-gunn |
| Entertainment Tonight | 12/19/2024 | Superman' \| Official Trailer | https://www.etonline.com/media/videos/superman-official-trailer-232942 |
| TMZ | 12/19/2024 | Superman' First Trailer Packed with Action, Lovin' ... and Superdog!!! | https://www.tmz.com/2024/12/19/superman-trailer-revealed-action-superdog-krypto-sidekick/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| New York Post | 12/19/2024 | 'Superman' trailer: David Corenswet soars into action as the new Man of Steel | https://nypost.com/2024/12/19/entertainment/superman-trailer-shows-david-corenswet-as-the-new-man-of-steel/ |
| Nerdist | 12/19/2024 | The History of Superman's Fortress of Solitude | https://nerdist.com/article/history-of-superman-fortress-of-solitude-superman-and-lois-dc-comics/ |
| Nerdist | 12/19/2024 | The DC Heroes We Meet in the SUPERMAN Trailer, Explained | https://nerdist.com/article/new-superman-legacy-cast-introduces-dc-comics-characters-to-gunn-dcu-hawkgirl-mister-terrific-green-lantern/ |
| Nerdist | 12/19/2024 | Who Is Superman's Dog, Krypto? The DC Comics History of the Kryptonian Canine | https://nerdist.com/article/krypto-superman-dog-dc-comics-history/ |
| Polygon | 12/19/2024 | James Gunn's Superman trailer reveals the start of a new DC Universe | https://www.polygon.com/trailer/491088/superman-teaser-james-gunn-krypto-mister-terrific |
| The Wrap | 12/19/2024 | 'Superman' Cast & Character Guide: Who's Who in James Gunn's Metropolis? | https://www.thewrap.com/superman-2025-cast-characters/ |
| Rolling Stone | 12/19/2024 | James Gunn Cracks the DCU Wide Open with First 'Superman' Trailer | https://www.rollingstone.com/tv-movies/tv-movie-news/superman-trailer-james-gunn-1235211446/ |
| The Hollywood Reporter | 12/19/2024 | Does the World Still Want Superman? | https://www.hollywoodreporter.com/movies/movie-news/is-superman-needed-2025-new-trailer-1236090597/ |
| The Wrap | 12/19/2024 | James Gunn Says His 'Superman' Was Inspired by 'Game of Thrones,' Talks Krypto and Other Superheroes | https://www.thewrap.com/james-gunn-superman-krypto-game-of-thrones-inspiration/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| The Wrap | 12/19/2024 | Superman' Soars Again: First Trailer Reveals James Gunn's Bold New Take on the Man of Steel | https://www.thewrap.com/superman-trailer-james-gunn-reboot/ |
| The Wrap | 12/19/2024 | Superman' Trailer Reactions See Fans Feeling Hopeful: 'James Gunn Gets It' | https://www.thewrap.com/superman-trailer-fan-reactions/ |
| The Hollywood Reporter | 12/19/2024 | Superman Is Bruised and Bloody in First Trailer as James Gunn Shares Secrets from Set | https://www.hollywoodreporter.com/movies/movie-news/superman-trailer-james-gunn-movie-1236089850/ |
| The Wrap | 12/19/2024 | 'Superman' Trailer Reactions See Fans Feeling Hopeful: 'James Gunn Gets It' | https://www.thewrap.com/superman-trailer-fan-reactions/ |
| The Wrap | 12/19/2024 | James Gunn Says His 'Superman' Was Inspired by 'Game of Thrones,' Talks Krypto and Other Superheroes | https://www.thewrap.com/james-gunn-superman-krypto-game-of-thrones-inspiration/ |
| The Wrap | 12/19/2024 | 'Superman' Soars Again: First Trailer Reveals James Gunn's Bold New Take on the Man of Steel | https://www.thewrap.com/superman-trailer-james-gunn-reboot/ |
| Variety | 12/19/2024 | 'Superman' Trailer: A Bloodied Man of Steel With Green Lantern, Hawkgirl and Krypto the Superdog: 'We're Embracing All of the Mythology,' Says James Gunn | https://variety.com/2024/film/trailers/superman-trailer-krypto-green-lantern-hawkgirl-james-gunn-1236254384/ |
| Deadline | 12/19/2024 | 'Superman' Trailer In Photos: Easter Eggs Feature LuthorCorp, The Kent Farm, The Daily Planet, The Fortress Of Solitude & More | https://deadline.com/gallery/superman-trailer-photos-dc-studios/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Deadline | 12/20/2024 | Suicide Squad's David Ayer Pushes Back On Backlash For Supporting James Gunn's 'Superman': "If Supporting Another Filmmaker Is So Contentious, I'm Just Lost" | https://deadline.com/2024/12/suicide-squad-david-ayer-backlash-james-gunn-superman-1236239652/ |
| Deadline | 12/20/2024 | James Gunn Says 'Superman's Trailer Is The "Most Viewed" In The "History Of Both DC & Warner Bros." | https://deadline.com/2024/12/james-gunn-supermans-trailer-most-viewed-history-dc-warner-bros-1236239818/ |
| Cleveland.com | 12/20/2024 | Cleveland, you're a star! Superman' trailer debuts. | https://www.cleveland.com/entertainment/2024/12/superman-trailer-debuts-and-theres-plenty-of-cleveland-in-it.html |
| Variety | 12/20/2024 | Superman' Trailer Launches to 'Over 250 Million Views,' Says James Gunn: 'The Most Viewed Trailer in the History of Both DC and Warner Bros.' | https://variety.com/2024/film/news/superman-trailer-views-most-watched-warner-bros-dc-history-1236256816/ |
| The Wrap | 12/20/2024 | James Gunn Thanks 'Superman' Fans for Making Trailer the Most Viewed 'In the History of Both DC and Warner Bros.' With 250 Million+ | https://www.thewrap.com/james-gunn-superman-trailer-250-million-views/ |
| Variety | 12/20/2024 | 'Superman' Trailer Launches to 'Over 250 Million Views,' Says James Gunn: 'The Most Viewed Trailer in the History of Both DC and Warner Bros.' | https://variety.com/2024/film/news/superman-trailer-views-most-watched-warner-bros-dc-history-1236256816/ |
| Deadline | 12/20/2024 | James Gunn Says 'Superman's Trailer Is The "Most Viewed" In The "History Of Both DC & Warner Bros." | https://deadline.com/2024/12/james-gunn-supermans-trailer-most-viewed-history-dc-warner-bros-1236239818/ |

| Outlet | Publication Date | Title | Link |
|--------|------------------|-------|------|
| The Wrap | 12/21/2024 | James Gunn Thanks 'Superman' Fans for Making Trailer the Most Viewed 'In the History of Both DC and Warner Bros.' With 250 Million+ | https://www.thewrap.com/james-gunn-superman-trailer-250-million-views/ |
| Vanity Fair | 12/24/2024 | Nicholas Hoult's Very Busy, Very Good Year | https://www.vanityfair.com/hollywood/story/nicholas-hoults-nosferatu-awards-insider |