# EXHIBIT 2

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Daily Mail | 1/31/2023 | DC Studios launches revamped new film and TV universe anchored by Superman, Batman and Swamp Thing - after dumping $90M Batgirl movie and bringing on new bosses James Gunn and Peter Safran | https://www.dailymail.co.uk/news/article-11698055/DC-Studios-launches-ambitious-new-film-TV-universe.html |
| Independent | 1/31/2023 | James Gunn calls out DC's 'f***ed up' history as he announces new Superman movie in 'unified' plan | https://www.independent.co.uk/arts-entertainment/films/news/james-gunn-dc-superman-movie-b2273086.html |
| Toronto Sun | 1/31/2023 | James Gunn's new DC slate includes new Batman, fresh take on Superman | https://torontosun.com/entertainment/movies/james-gunns-new-dc-slate-includes-new-batman-fresh-take-on-superman |
| ABC (Australian Broadcasting Corporation) | 1/31/2023 | The Loop: Joe Biden's former office searched by the FBI, Alec Baldwin charged over fatal Rust shooting, and Socceroos star Harry Souttar signs with Leicester City — as it happened | https://www.abc.net.au/news/2023-02-01/live-news-blog-the-loop-donald-trump-harry-souttar-dc-studios/101914588 |
| Boss Hunting | 2/1/2023 | Henry Cavill's Superman Return Has Officially Been Cancelled | https://www.bosshunting.com.au/entertainment/movies/henry-cavill-superman-cancelled/ |
| BBC | 2/1/2023 | Superman: James Gunn discusses Henry Cavill exit and DCU future | https://www.bbc.com/news/entertainment-arts-64482225 |
| The Times | 2/1/2023 | DC sets out plan to take over the cinematic universe | https://www.thetimes.com/article/610d15b6-a257-11ed-befb-a61c39e55892 |
| Geek Society | 2/1/2023 | The Future of the DCU is announced with Chapter One: Gods & Monsters | https://geeksociety.com.au/2023/02/01/the-future-of-the-dcu-is-announced-with-chapter-one-gods-monsters/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Supanova Comic Con & Gaming | 2/7/2023 | Gods & Monsters: Making Sense Of James Gunn's New DC Universe | https://www.supanova.com.au/gods-monsters-making-sense-of-james-gunns-new-dc-universe/ |
| Dark Horizons | 2/19/2023 | DC's Gunn Debunks Superman Age & Son Talk | https://www.darkhorizons.com/gunn-debunks-superman-age-son-talk/ |
| Dark Horizons | 2/20/2023 | "Superman: Legacy" Pre-Dates The New DCU | https://www.darkhorizons.com/superman-legacy-pre-dates-the-new-dcu/ |
| Daily Mail | 2/21/2023 | Superman: Legacy adds supermodel Sara Sampaio as Lex Luthor's assistant Eve Tesmacher and Skyler Gisondo as photographer Jimmy Olsen | https://www.dailymail.co.uk/tvshowbiz/article-12777617/Superman-Legacy-casts-Sara-SampaioSkyler-Gisondo.html |
| Dark Horizons | 3/10/2023 | Gunn Directing "Superman: Legacy" After All? | https://www.darkhorizons.com/gunn-directing-superman-legacy-after-all/ |
| CP24 | 3/15/2023 | James Gunn to direct 'Superman: Legacy,' aiming for 2025 | https://www.cp24.com/news/entertainment/2023/03/15/james-gunn-to-direct-superman-legacy-aiming-for-2025/ |
| GamesRadar+ | 3/15/2023 | James Gunn to direct Superman: Legacy | https://www.gamesradar.com/james-gunn-superman-legacy-dc-studios/ |
| Geek Ireland | 3/15/2023 | James Gunn Confirms Superman Legacy Director And Release Date | https://geekireland.com/james-gunn-superman-director/ |
| Daily Mail | 3/15/2023 | DC Comics chief James Gunn announces he will direct Superman: Legacy from his own script... only months after the Guardians Of The Galaxy helmer took on Warner Bros' top job | https://www.dailymail.co.uk/tvshowbiz/article-11864979/James-Gunn-announces-directing-upcoming-DC-Comics-based-film-Superman-Legacy.html |

2

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Landmark Cinemas | 3/16/2023 | James Gunn confirms Superman Legacy news and reveals why he's directing new movie | https://www.landmarkcinemas.com/movie-news/james-gunn-confirms-superman-legacy-news-and-reveals-why-hes-directing-new-movie |
| Barrie 360 | 3/16/2023 | James Gunn will direct "Superman: Legacy,": a script he wrote for the new DC era | https://barrie360.com/james-gunn-superman-dc/ |
| Cineworld | 3/16/2023 | James Gunn is set to direct DC's new Superman movie | https://www.cineworld.ie/static/en/ie/blog/james-gunn-to-direct-dc-new-superman-movie |
| Short List | 3/16/2023 | Superman: Legacy director James Gunn reveals inspiration for the movie | https://www.shortlist.com/lists/superman-legacy-director-james-gunn-reveals-inspiration-for-the-movie-403600 |
| Daily Mail | 3/17/2023 | New Superman movie will restore 'American Way' to hero's famous motto - after DC comics controversially dropped it in 2021: Director James Gunn says new movie will highlight Kansas 'heritage' | https://www.dailymail.co.uk/news/article-11870439/New-Superman-film-restore-American-Way-heros-moto-DC-comics-dropped-2021.html |
| GamesRadar+ | 3/23/2023 | James Gunn debunks more Superman rumors and says casting hasn't begun | https://www.gamesradar.com/james-gunn-superman-casting-rumors-debunked/ |
| GamesRadar+ | 3/30/2023 | James Gunn debunks more Superman casting rumors – and provides update on audition process | https://www.gamesradar.com/james-gunn-superman-casting-logan-lerman/ |
| Independent | 3/31/2023 | 'I don't know who that is': James Gunn says he's unaware of Logan Lerman in response to Superman rumours | https://www.independent.co.uk/arts-entertainment/films/news/james-gunn-logan-lerman-superman-rumours-b2311702.html |

3

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| GamesRadar+ | 4/18/2023 | Superman: Legacy enters pre-production – with an exciting tease from James Gunn | https://www.gamesradar.com/superman-legacy-pre-production-begins/ |
| GamesRadar+ | 4/20/2023 | James Gunn confirms a classic DC character will be in Superman: Legacy | https://www.gamesradar.com/james-gunn-confirms-jimmy-olsen-superman-legacy/ |
| GamesRadar+ | 5/1/2023 | JJ Abrams and Ta-Nehisi Coates' Superman movie could still happen, says James Gunn | https://www.gamesradar.com/jj-abrams-and-ta-nehisi-coates-superman-movie-could-still-happen-says-james-gunn/ |
| Mango Boys | 5/8/2023 | David Corenswet rocks the Superman cape in 2025 reboot | https://mangoboys.ca/david-corenswet-rocks-the-superman-cape-in-2025-reboot/ |
| GamesRadar+ | 5/9/2023 | Krypto will be in Superman: Legacy, teases James Gunn | https://www.gamesradar.com/james-gunn-krypto-superman-legacy/ |
| Dark Horizons | 5/13/2023 | Corenswet, Hoult In The Mix For "Superman" | https://www.darkhorizons.com/corenswet-hoult-in-the-mix-for-superman/ |
| GamesRadar+ | 5/15/2023 | James Gunn responds to Superman: Legacy casting reports | https://www.gamesradar.com/james-gunn-superman-legacy-casting-reports-responds/ |
| GamesRadar+ | 5/15/2023 | James Gunn's Superman: Legacy is reportedly eyeing David Corenswet for Clark Kent | https://www.gamesradar.com/david-corenswet-superman-legacy-james-gunn-clark-kent-casting-rumors/ |
| GamesRadar+ | 5/15/2023 | Superman: Legacy is looking for its Lois Lane – here are the potential frontrunners | https://www.gamesradar.com/superman-legacy-lois-lane-casting-update/ |
| Geek Ireland | 5/16/2023 | GEEK GOSS: Who's Auditioning For James Gunn's Superman Legacy? | https://geekireland.com/geek-goss-whos-auditioning-for-james-gunns-superman-legacy/ |

4

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| GamesRadar+ | 6/1/2023 | The Bold And The Beautiful star Pierson Fodé now a frontrunner for Superman: Legacy | https://www.gamesradar.com/the-bold-and-the-beautiful-star-pierson-fode-now-a-frontrunner-for-superman-legacy/ |
| BBC | 6/7/2023 | Superman: Legacy finds its Superman and Lois Lane | https://www.bbc.com/news/world-us-canada-66038503 |
| Dark Horizons | 6/8/2023 | "Superman: Legacy" Finalists Revealed | https://www.darkhorizons.com/superman-legacy-finalists-revealed/ |
| JOE | 6/9/2023 | The search for the new Superman looks like its down to these three actors | https://www.joe.ie/movies-tv/new-superman-casting-james-gunn-775541 |
| Independent | 6/9/2023 | Superman: Legacy hopefuls revealed for roles of Clark Kent and Lois Lane | https://www.independent.co.uk/arts-entertainment/films/news/james-gunn-superman-legacy-cast-b2354368.html |
| GamesRadar+ | 6/14/2023 | James Gunn confirms unlikely first DCU character | https://www.gamesradar.com/james-gunn-dcu-first-character-movie-blue-beetle-superman/ |
| Dark Horizons | 6/19/2023 | Gunn Talks "Superman: Legacy" Auditions | https://www.darkhorizons.com/gunn-talks-superman-legacy-auditions/ |
| GamesRadar+ | 6/20/2023 | James Gunn "blown away" by Superman: Legacy auditions | https://www.gamesradar.com/james-gunn-superman-legacy-auditions/ |
| Short List | 6/21/2023 | Superman: Legacy finds its Superman and Lois Lane actors | https://www.shortlist.com/news/superman-legacy-finds-its-superman-and-lois-lane-actors-403753 |
| British GQ | 6/23/2023 | The next Superman? It's looking like Nicholas Hoult, Tom Brittney or David Corenswet | https://www.gq-magazine.co.uk/culture/article/next-superman |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Men's Health UK | 6/23/2023 | David Corenswet and Rachel Brosnahan Are Officially Leading James Gunn's Superman: Legacy | https://www.menshealth.com/uk/entertainment/a44367205/superman-legacy-cast-david-corenswet-rachel-brosnahan/ |
| Dark Horizons | 6/26/2023 | New "Superman: Legacy" Casting Details | https://www.darkhorizons.com/new-superman-legacy-casting-details/ |
| Short List | 6/26/2023 | New superman casting: these are the actors who should be the next Superman | https://www.shortlist.com/lists/new-superman-casting-403492 |
| CP24 | 6/27/2023 | David Corenswet, Rachel Brosnahan cast as Superman and Lois Lane in James Gunn movie | https://www.cp24.com/news/entertainment/2023/06/27/david-corenswet-rachel-brosnahan-cast-as-superman-and-lois-lane-in-james-gunn-movie/ |
| GamesRadar+ | 6/27/2023 | Superman: Legacy has officially found its Clark Kent and Lois Lane | https://www.gamesradar.com/superman-legacy-has-officially-found-its-clark-kent-and-lois-lane/ |
| GamesRadar+ | 6/27/2023 | New Superman: Legacy report reveals superheroes already exist in James Gunn's DCU | https://www.gamesradar.com/superman-legacy-report-dcu-key-detail-james-gunn/ |
| GamesRadar+ | 6/27/2023 | Bill and Alexander Skarsgård reportedly Lex Luthor frontrunners for Superman: Legacy | https://www.gamesradar.com/superman-legacy-lex-luthor-bill-alexander-skarsgard/ |
| Dark Horizons | 6/27/2023 | DC Sets Its New Superman, Lois Lane | https://www.darkhorizons.com/dc-sets-its-new-superman-lois-lane/ |
| Geek Ireland | 6/27/2023 | Superman: Legacy Has Its Lois And Clark | https://geekireland.com/superman-legacy-has-its-lois-and-clark/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Daily Mail | 6/27/2023 | New Superman announced! Look Both Ways star David Corenswet will replace booted Henry Cavill as Clark Kent in Superman: Legacy - while Rachel Brosnahan is set to portray Lois Lane | https://www.dailymail.co.uk/tvshowbiz/article-12240157/New-Superman-announced-Look-Ways-star-David-Corenswet-replace-booted-Henry-Cavill.html |
| Toronto Sun | 6/27/2023 | David Corenswet set to play Man of Steel in 'Superman: Legacy | https://torontosun.com/entertainment/movies/david-corenswet-set-to-play-man-of-steel-in-superman-legacy |
| Scifi Radio | 6/28/2023 | David Corenswet to Play Man of Steel in 'Superman: Legacy' | https://scifi.radio/2023/06/28/david-corenswet-to-play-man-of-steel-in-superman-legacy/ |
| GamesRadar+ | 6/28/2023 | Why David Corenswet and Rachel Brosnahan look like the ideal Superman and Lois | https://www.gamesradar.com/why-david-corenswet-and-rachel-brosnahan-look-like-the-ideal-superman-and-lois/ |
| Boss Hunting | 6/28/2023 | The Tragedy Of Henry Cavill: The Squandered Superman | https://www.bosshunting.com.au/entertainment/movies/the-tragedy-of-henry-cavill-squandered-superman/ |
| Raidió Teilifís Éireann | 6/28/2023 | Superman: Legacy finds its Superman and Lois Lane | https://www.rte.ie/entertainment/2023/0628/1391567-superman-legacy-finds-its-superman-and-lois-lane/ |
| Buzz | 6/28/2023 | Henry Cavill's Superman replacement has been announced as well as his new Lois Lane | https://www.buzz.ie/movies/david-corenswet-rachel-brosnahan-superman-30340500 |
| Cineworld | 6/28/2023 | James Gunn's Superman Legacy casts its brand-new Clark Kent and Lois Lane | https://www.cineworld.ie/static/en/ie/blog/james-gunn-superman-legacy-casts-new-clark-kent-lois-lane |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| British GQ | 6/28/2023 | Hollywood proves David Corenswet will make a great Superman | https://www.gq-magazine.co.uk/article/david-corenswet-superman-hollywood |
| Esquire Australia | 6/28/2023 | Who is Hollywood's newest man of steel, David Corenswet? | https://www.esquire.com.au/dc-comics-new-superman-david-corenswet/ |
| Daily Mail | 6/28/2023 | Who is David Corenswet? Meet the actor who's replaced Henry Cavill as new Superman | https://www.dailymail.co.uk/tvshowbiz/article-12242179/Who-David-Corenswet-Meet-actor-whos-replaced-Henry-Cavill-new-Superman.html |
| Daily Mail | 6/28/2023 | David Corenswet has been saying for YEARS that Superman would be his dream role: 'My pie-in-the-sky ambition' | https://www.dailymail.co.uk/tvshowbiz/article-12244099/David-Corenswet-saying-years-Superman-dream-role.html |
| Le Journel de Montreal | 6/28/2023 | L'acteur David Corenswet sera le prochain Superman | https://www.journaldemontreal.com/2023/06/28/lacteur-david-corenswet-sera-le-prochain-superman |
| GamesRadar+ | 6/29/2023 | New Superman actor David Corenswet actually manifested the role years ago | https://www.gamesradar.com/superman-david-corenswet-manifested-role/ |
| Dark Horizons | 6/29/2023 | Corenswet On 'Bright & Optimistic' Superman | https://www.darkhorizons.com/corenswet-on-bright-optimistic-superman/ |
| Geek Ireland | 6/29/2023 | Fans Are All Saying The Same Thing About The New Superman | https://geekireland.com/fans-are-all-saying-the-same-thing-about-the-new-superman/ |
| Independent | 6/29/2023 | Superman: Legacy - After months of speculation, Henry Cavill's successor is announced | https://www.independent.co.uk/arts-entertainment/films/news/superman-david-corenswet-rachel-brosnahan-henry-cavill-b2366229.html |

8

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Independent | 6/29/2023 | David Corenswet: The actor who pipped Nicholas Hoult to coveted Superman role | https://www.independent.co.uk/arts-entertainment/films/news/david-corenswet-new-superman-actor-age-career-b2366230.html |
| The Guardian | 6/30/2023 | The arrival of a new Superman can't distract us from The Flash's dim box office | https://www.theguardian.com/film/2023/jun/30/james-gunn-superman-david-corenswet-rachel-brosnahan-legacy-flash-slump |
| Dark Horizons | 7/3/2023 | No Origin Story In "Superman: Legacy"? | https://www.darkhorizons.com/no-origin-story-in-superman-legacy/ |
| Dark Horizons | 7/9/2023 | Gunn On "Superman" Authority, Job & More | https://www.darkhorizons.com/gunn-on-superman-authority-job-more/ |
| Dark Horizons | 7/11/2023 | "Superman: Legacy" Casts Three Heroes | https://www.darkhorizons.com/superman-legacy-casts-three-heroes/ |
| GamesRadar+ | 7/12/2023 | Superman: Legacy adds Anthony Carrigan as Metamorpho | https://www.gamesradar.com/superman-legacy-adds-anthony-carrigan-as-metamorpho/ |
| GamesRadar+ | 7/12/2023 | Making Guy Gardner Superman: Legacy's Green Lantern proves that all bets are off in James Gunn's DCU | https://www.gamesradar.com/making-guy-gardner-superman-legacys-green-lantern-proves-that-all-bets-are-off-in-james-gunns-dcu/ |
| GamesRadar+ | 7/12/2023 | Superman: Legacy has added three major DC heroes to its line-up | https://www.gamesradar.com/superman-legacy-mister-terrific-hawkgirl-green-lantern/ |
| Dark Horizons | 7/12/2023 | Anthony Carrigan Joins "Superman: Legacy" | https://www.darkhorizons.com/anthony-carrigan-joins-superman-legacy/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| GamesRadar+ | 7/13/2023 | James Gunn is seemingly putting together a mini-Justice League with new Superman casting | https://www.gamesradar.com/superman-legacy-justice-league-hawkgirl-green-lantern-mister-terrific-metamorpho/ |
| GamesRadar+ | 8/18/2023 | James Gunn says he's not making a young Superman movie – clarifying confusion over Henry Cavill recast | https://www.gamesradar.com/james-gunn-superman-legacy-young-henry-cavill-explains/ |
| Dark Horizons | 8/18/2023 | Gunn: I Ain't Making "Young Superman" | https://www.darkhorizons.com/gunn-i-aint-making-young-superman/ |
| Landmark Cinemas | 8/19/2023 | James Gunn: 'I was never making a young Superman movie' | https://www.landmarkcinemas.com/movie-news/james-gunn-i-was-never-making-a-young-superman-movie |
| Short List | 8/21/2023 | James Gunn reveals more about the direction of Superman: Legacy | https://www.shortlist.com/news/james-gunn-reveals-more-about-the-direction-of-superman-legacy-403852 |
| Supanova Comic Con & Gaming | 8/21/2023 | What We Know About James Gunn's 'Superman: Legacy' | https://www.supanova.com.au/what-we-know-about-james-gunns-superman-legacy/ |
| GamesRadar+ | 9/21/2023 | James Gunn namechecks the story that's a "huge influence" on his new Superman movie | https://www.gamesradar.com/superman-for-all-seasons-legacy-james-gunn/ |
| The Guardian | 9/29/2023 | "The writers' strike is over – is it OK to get excited about Superman: Legacy now?" | https://www.theguardian.com/film/2023/sep/29/the-writers-strike-is-over-is-it-ok-to-get-excited-about-superman-legacy-now |
| Dark Horizons | 11/11/2023 | "Superman: Legacy" Still Flying For July 2025 | https://www.darkhorizons.com/superman-legacy-still-flying-for-july-2025/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Dark Horizons | 11/15/2023 | "Superman: Legacy" Casts The Engineer | https://www.darkhorizons.com/superman-legacy-casts-the-engineer/ |
| GamesRadar+ | 11/17/2023 | DC's new Superman is already getting swole | https://www.gamesradar.com/dc-james-gunn-superman-legacy-david-corenswet/ |
| Dark Horizons | 11/17/2023 | Photo: Corenswet Trains For "Superman: Legacy" | https://www.darkhorizons.com/photo-corenswet-trains-for-superman-legacy/ |
| Dark Horizons | 11/19/2023 | Gunn Shares "Superman: Legacy" Office Photo | https://www.darkhorizons.com/gunn-shares-superman-legacy-office-photo/ |
| GamesRadar+ | 11/20/2023 | James Gunn shuts down a long-standing story rumor about Superman: Legacy | https://www.gamesradar.com/superman-legacy-james-gunn-shuts-down-storyline-rumor/ |
| Dark Horizons | 11/20/2023 | Nic Hoult Is Lex Luthor In "Superman: Legacy" | https://www.darkhorizons.com/nic-hoult-is-lex-luthor-in-superman-legacy/ |
| GamesRadar+ | 11/21/2023 | Superman: Legacy casts The Righteous Gemstones star Skyler Gisondo as Jimmy Olsen | https://www.gamesradar.com/skyler-gisondo-superman-legacy-jimmy-olsen/ |
| Dark Horizons | 11/21/2023 | "Superman" Casts Jimmy, Miss Teschmacher | https://www.darkhorizons.com/new-superman-casts-jimmy-miss-teschmacher/ |
| Cineworld | 11/21/2023 | Nicholas Hoult is your new Lex Luthor in Superman: Legacy | https://www.cineworld.ie/static/en/ie/blog/nicholas-hoult-lex-luthor-superman-legacy |
| British GQ | 11/22/2023 | Superman: Legacy's cast was hand-picked by the internet | https://www.gq-magazine.co.uk/culture/article/superman-legacy-james-gunn |

11

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Independent | 11/22/2023 | New Superman movie might have just found its Lex Luthor | https://www.independent.co.uk/arts-entertainment/films/news/superman-legacy-lex-luthor-nicholas-hoult-b2451542.html |
| Dark Horizons | 12/9/2023 | Corenswet On His "Superman: Legacy" Approach | https://www.darkhorizons.com/corenswet-on-his-superman-legacy-approach/ |
| GamesRadar+ | 12/14/2023 | James Gunn says his Superman: Legacy script is 99.9% done | https://www.gamesradar.com/superman-legacy-script-update/ |
| Dark Horizons | 12/15/2023 | Klementieff, Shor Join "Superman: Legacy"? | https://www.darkhorizons.com/klementieff-shor-join-superman-legacy/ |
| Dark Horizons | 1/2/2024 | Gunn Shares "Superman" Pre-Production Update | https://www.darkhorizons.com/gunn-shares-superman-pre-production-update/ |
| GamesRadar+ | 1/16/2024 | Rachel Brosnahan teases her "feisty" Lois Lane – and Superman Legacy's sense of humor | https://www.gamesradar.com/rachel-brosnahan-lois-lane-tease-superman-legacy/ |
| Dark Horizons | 1/17/2024 | Brosnahan On Her "Superman: Legacy" Role | https://www.darkhorizons.com/brosnahan-on-her-superman-legacy-role/ |
| Dark Horizons | 1/19/2024 | Quick News: Superman, Rust, Emily, Law | https://www.darkhorizons.com/quick-news-superman-rust-emily-law/ |
| Dark Horizons | 1/20/2024 | "Superman Legacy" Gets Its Cinematographer | https://www.darkhorizons.com/superman-legacy-gets-its-cinematographer/ |
| Dark Horizons | 1/22/2024 | J.J. Abrams-Produced "Superman" Still Alive | https://www.darkhorizons.com/j-j-abrams-produced-superman-still-alive/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| GamesRadar+ | 2/1/2024 | One year after its reveal, James Gunn explains how plans for DCU Chapter One have changed | https://www.gamesradar.com/james-gunn-superman-legacy-dcu-chapter-one-creature-commandos-update/ |
| Dark Horizons | 2/16/2024 | "Superman: Legacy" Character Cut Stirs Chatter | https://www.darkhorizons.com/superman-legacy-character-cut-stirs-chatter/ |
| GamesRadar+ | 2/22/2024 | James Gunn shares first photo of Superman: Legacy cast together and yes, Nicholas Hoult is bald as he takes on Lex Luthor | https://www.gamesradar.com/superman-legacy-cast-nicholas-hoult-bald-james-gunn/ |
| GamesRadar+ | 2/22/2024 | The Superman: Legacy logo has been revealed – and it could be an intriguing comics Easter egg | https://www.gamesradar.com/superman-legacy-logo-kingdom-come-comics-easter-egg-dc/ |
| Dark Horizons | 2/22/2024 | Photo: Cast Assemble For "Superman: Legacy" | https://www.darkhorizons.com/photo-cast-assemble-for-superman-legacy/ |
| Independent | 2/22/2024 | Nicholas Hoult reveals shaved head for role as Lex Luthor in Superman: Legacy | https://www.independent.co.uk/arts-entertainment/films/news/nicholas-hoult-shaved-head-picture-superman-b2500972.html |
| Dark Horizons | 2/23/2024 | "Superman: Legacy" To Film Next Week | https://www.darkhorizons.com/superman-legacy-to-film-next-week/ |
| Short List | 2/23/2024 | Superman Legacy cast revealed in super selfie | https://www.shortlist.com/news/superman-legacy-cast-revealed-in-super-selfie-404311 |
| GamesRadar+ | 2/26/2024 | Superman's new suit gets a glowing response from Lois Lane star: "I was blown away" | https://www.gamesradar.com/new-superman-suit-superman-legacy-glowing-response-dcu/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Dark Horizons | 2/29/2024 | Gunn's "Superman" Gets New Title, Shield | https://www.darkhorizons.com/gunns-superman-gets-new-title-shield/ |
| Independent | 2/29/2024 | DC's James Gunn reveals Superman: Legacy has a new title as filming commences | https://www.independent.co.uk/arts-entertainment/films/news/superman-legacy-new-title-dc-b2505095.html |
| Daily Mail | 2/29/2024 | Director James Gunn reveals Superman: Legacy is now titled just Superman... while revealing the first look at the iconic crest | https://www.dailymail.co.uk/tvshowbiz/article-13143519/Director-James-Gunn-reveals-Superman-Legacy-entitled-just-Superman-revealing-look-iconic-crest.html |
| GamesRadar+ | 3/1/2024 | Suits and The Wire star cast in iconic Superman role in James Gunn's DCU | https://www.gamesradar.com/perry-white-superman-dc-casting-wendell-pierce/ |
| Dark Horizons | 3/1/2024 | Wendell Pierce Joins Gunn's "Superman" | https://www.darkhorizons.com/wendell-pierce-joins-gunns-superman/ |
| Daily Mail | 3/1/2024 | Superman's Rachel Brosnahan shares cute video with costars David Corenswet and BALD Nicholas Hoult from first day of filming | https://www.dailymail.co.uk/tvshowbiz/article-13144413/Superman-Rachel-Brosnahan-filming-David-Corenswet-Nicholas-Hoult.html |
| The Irish Sun | 3/4/2024 | SUPERMAN SAM Sara Sampaio wows in light blue bikini ahead of starring in new Superman: Legacy | https://www.thesun.ie/tvandshowbiz/12342436/sara-sampaio-superman-legacy/ |
| CGM Backlot Magazine | 3/7/2024 | James Gunn's Inspiration For Superman Spans Decades Of The Hero's History | https://www.cgmagonline.com/news/james-gunn-inspiration-for-superman/ |

14

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Daily Mail | 3/31/2024 | Nicholas Hoult goes bald after shaving his hair off for new role as Superman nemesis Lex Luthor as he attends basketball game in Atlanta | https://www.dailymail.co.uk/tvshowbiz/article-13256749/Nicholas-Hoult-goes-bald-shaving-hair-new-role-Superman-nemesis-Lex-Luthor-attends-basketball-game-Atlanta.html |
| Dark Horizons | 4/5/2024 | Gunn Nixes "Superman" Villain Rumors | https://www.darkhorizons.com/gunn-nixes-superman-villain-rumors/ |
| Dark Horizons | 4/6/2024 | Gunn's "Superman" Casts Its Jonathan Kent | https://www.darkhorizons.com/gunns-superman-casts-jonathan-kent/ |
| Dark Horizons | 4/7/2024 | New Superman's Cape Teased In Photo? | https://www.darkhorizons.com/new-supermans-cape-teased-in-photo/ |
| GamesRadar+ | 4/17/2024 | James Gunn's Superman casts Diary of a Wimpy Kid actor as Ma Kent | https://www.gamesradar.com/ma-kent-superman-james-gunn/ |
| Le Journel de Montreal | 5/1/2024 | James Gunn réfute une théorie du complot sur la reprise de «Superman» | https://www.journaldemontreal.com/2024/05/01/james-gunn-refute-une-theorie-du-complot-sur-la-reprise-de-superman |
| GamesRadar+ | 5/6/2024 | James Gunn might've just revealed the secret villain of his Superman movie - and there's some notable comic history behind it | https://www.gamesradar.com/solaris-tyrant-sun-dc-superman-james-gunn/ |
| GamesRadar+ | 5/6/2024 | James Gunn shares first look at David Corenswet as Superman and teases a surprise villain | https://www.gamesradar.com/superman-legacy-first-look-james-gunn-david-corenswet/ |
| Dark Horizons | 5/6/2024 | First Photo: David Corenswet Is "Superman" | https://www.darkhorizons.com/first-photo-david-corenswet-is-superman/ |

15

| Outlet | Publication Date | Title | Link |
|--------|-----------------|-------|------|
| Independent | 5/6/2024 | Superman first look: James Gunn unveils David Corenswet as Man of Steel | https://www.independent.co.uk/arts-entertainment/films/news/superman-david-corenswet-james-gunn-picture-b2540375.html |
| GamesRadar+ | 5/7/2024 | DC fans are poring over the details in the new Superman suit and what it might reveal about James Gunn's movie | https://www.gamesradar.com/entertainment/superhero-movies/dc-fans-are-pouring-over-the-details-in-the-superman-suit-and-what-it-might-reveal-about-james-gunns-movie/ |
| Boss Hunting | 5/7/2024 | First Look: David Corenswet Dons The Cape As DC's New Superman | https://www.bosshunting.com.au/entertainment/movies/david-corenswet-superman-legacy/ |
| BBC | 5/7/2024 | Superman: New suit divides opinion | https://www.bbc.co.uk/newsround/68968836 |
| British GQ | 5/8/2024 | How David Corenswet built a physique fit for Superman: Legacy | https://www.gq-magazine.co.uk/article/david-corenswet-superman-legacy-workout-diet |
| Dark Horizons | 6/2/2024 | Photos Reveal Kent Farm In Gunn's "Superman" | https://www.darkhorizons.com/photos-reveal-kent-farm-in-gunns-superman/ |
| Daily Mail | 6/6/2024 | SNL star Beck Bennett to make his DC Studios debut in James Gunn's highly-anticipated Superman remake | https://www.dailymail.co.uk/tvshowbiz/article-13500001/SNL-star-Beck-Bennett-make-big-screen-debut-James-Gunns-Superman-remake.html |
| Dark Horizons | 6/22/2024 | Quick News: Superman, Wives, Oscars, Three | https://www.darkhorizons.com/quick-news-superman-wives-oscars-three/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Dark Horizons | 6/24/2024 | "Superman" Set Photos Show Full Costume | https://www.darkhorizons.com/superman-set-photos-show-full-costume/ |
| Daily Mail | 6/24/2024 | Superman Returns! David Corenswet seen on set in iconic suit for FIRST time as he films hotly-anticipated new movie in franchise - after Henry Cavill was booted from role | https://www.dailymail.co.uk/tvshowbiz/article-13564307/Superman-Returns-David-Corenswet-seen-set-iconic-suit.html |
| Metro | 6/25/2024 | Who is the new actor filling the Superman suit and replacing Henry Cavill? | https://metro.co.uk/2024/06/25/new-actor-filling-superman-suit-replacing-henry-cavill-21103382/ |
| Dark Horizons | 6/27/2024 | More "Superman" Set Pics Reveal Baddies | https://www.darkhorizons.com/more-superman-set-pics-reveal-baddies/ |
| Independent | 6/27/2024 | Fans have mixed feelings after photos of David Corenswet as Clark Kent on set leak online | https://www.independent.co.uk/arts-entertainment/films/news/david-corenswet-clark-kent-superman-photos-leaked-b2569765.html |
| GamesRadar+ | 6/28/2024 | 5 ways the new Superman movie costume blends details from over 80 years of comic book history, all the way back to 1938's Action Comics #1 | https://www.gamesradar.com/entertainment/dc-movies/superman-suit-david-corenswet-comic-influences-dc/ |
| Toronto Sun | 7/4/2024 | Christopher Reeve's son will make a cameo in James Gunn's 'Superman' | https://torontosun.com/entertainment/movies/christopher-reeves-son-will-make-a-cameo-in-james-gunns-superman |

17

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Daily Mail | 7/7/2024 | The Marvelous Mrs. Maisel star Rachel Brosnahan poses with Pikachu at Pokemon Go Fest... after landing Lois Lane role in Superman: Legacy | https://www.dailymail.co.uk/tvshowbiz/article-13608481/Rachel-Brosnahan-Pikachu-Pokemon-Lois-Lane-Superman.html |
| Dark Horizons | 7/17/2024 | "Superman" Wraps Cleveland Location Shoot | https://www.darkhorizons.com/superman-wraps-cleveland-location-shoot/ |
| Dark Horizons | 7/30/2024 | James Gunn's "Superman" Wraps Filming | https://www.darkhorizons.com/james-gunns-superman-wraps-filming/ |
| Raidió Teilifís Éireann | 7/31/2024 | James Gunn celebrates completion of filming Superman: 'And that's a wrap' | https://www.rte.ie/entertainment/2024/0731/1462745-james-gunn-celebrates-completion-of-filming-superman/ |
| Geek Ireland | 7/31/2024 | James Gunn releases sweet snap following the conclusion of Superman filming | https://geekireland.com/james-gunn-superman-tribute/ |
| Virgin Radio | 7/31/2024 | James Gunn gives major Superman filming update - all the details | https://virginradio.co.uk/entertainment/152835/james-gunn-major-superman-filming-update |
| Dark Horizons | 8/12/2024 | Gunn Isn't Expecting "Superman" Reshoots | https://www.darkhorizons.com/gunn-isnt-expecting-superman-reshoots/ |
| Brick Fanatics | 8/12/2024 | Superman 2025 movie is not expected to inspire any LEGO sets | https://www.brickfanatics.com/superman-2025-movie-not-expected-lego-sets/ |
| Independent | 8/21/2024 | James Gunn clears up Superman: Legacy confusion as Blue Beetle overtakes Barbie at the box office | https://www.independent.co.uk/arts-entertainment/films/news/james-gunn-superman-dcu-blue-beetle-b2396451.html |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Independent | 8/27/2024 | Superman director James Gunn shares first look at popular comic book character | https://www.independent.co.uk/arts-entertainment/films/news/superman-2025-james-gunn-jimmy-olsen-b2602294.html |
| Dark Horizons | 9/28/2024 | Corenswet Talks "Superman" Weight Gain | https://www.darkhorizons.com/corenswet-talks-superman-weight-gain/ |
| Independent | 9/30/2024 | New Superman actor says he 'didn't feel great' after bulking up for the role | https://www.independent.co.uk/arts-entertainment/films/news/david-corenswet-superman-muscle-b2621109.html |
| Mirror | 9/30/2024 | Fans share wild Superman: Legacy post-credits theory after 'secret character' update | https://www.mirror.co.uk/tv/tv-news/fans-share-wild-superman-legacy-33783336 |
| Geek Ireland | 10/8/2024 | Is James Gunn writing his own Superman comic? | https://geekireland.com/is-james-gunn-writing-his-own-superman-comic/ |
| Dark Horizons | 10/13/2024 | "Superman" Assembly Cut Done Ages Ago | https://www.darkhorizons.com/superman-assembly-cut-done-ages-ago/ |
| Dark Horizons | 10/15/2024 | First Look: Gunn's Superman & Krypto | https://www.darkhorizons.com/first-look-gunns-superman-krypto/ |
| The Aspiring Kryptonian | 10/17/2024 | James Gunn Reveals First Look At Krypto In Upcoming 'Superman' Film | https://theaspiringkryptonian.com/2024/10/17/first-look-at-krypto-the-superdog/ |
| Dark Horizons | 10/19/2024 | Gunn Offers "Superman" Trailer Update | https://www.darkhorizons.com/gunn-offers-superman-trailer-update/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Yahoo News Canada | 10/24/2024 | Superman: Everything we know about James Gunn's DCU film so far | https://ca.news.yahoo.com/superman-everything-know-james-gunn-123028824.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAGxc-bGGkz8alLaztk7hdYE6jAjXVRLPp4FkFUr47J0socyhRohPa2DQn2kYU47BExtmyItBv4foXCiSM4DHA4gDzljBjfJ4L60m2Fv84JS3h0PTnAUM9SBbEgkhyA4xzFZ1Qi50LsBOT1EMcPJ5saWITkWIm0qwUxRXIvsn0A7c |
| Dark Horizons | 10/27/2024 | Gunn On "Superman" Toy Leaks, Trailer Prep | https://www.darkhorizons.com/gunn-on-superman-toy-leaks-trailer-prep/ |
| GamesRadar+ | 11/5/2024 | Meet Metamorpho, the weirdest member of the Justice League in James Gunn's new Superman movie | https://www.gamesradar.com/entertainment/dc-movies/who-is-metamorpho-comic-history/ |
| Dark Horizons | 11/11/2024 | "Superman" Trailer Nearly Ready To Fly | https://www.darkhorizons.com/superman-trailer-nearly-ready-to-fly/ |
| Dark Horizons | 11/25/2024 | Gunn's "Superman" Aims To Be Family Friendly | https://www.darkhorizons.com/gunns-superman-aims-to-be-family-friendly/ |
| Dark Horizons | 11/27/2024 | "Superman" Trailer: WB Says 'Make It Better'? | https://www.darkhorizons.com/superman-trailer-wb-says-make-it-better/ |
| Dark Horizons | 11/28/2024 | Gunn Responds To "Superman" Trailer Report | https://www.darkhorizons.com/gunn-responds-to-superman-trailer-report/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Dark Horizons | 12/5/2024 | Gunn's "Superman" Gets An Imposing Lex | https://www.darkhorizons.com/gunns-superman-gets-an-imposing-lex/ |
| Dark Horizons | 12/7/2024 | Gunn Explains "Superman" Additional Filming | https://www.darkhorizons.com/gunn-explains-superman-additional-filming/ |
| Dark Horizons | 12/16/2024 | First Poster For James Gunn's "Superman" | https://www.darkhorizons.com/first-poster-for-james-gunns-superman/ |
| Kerrang | 12/16/2024 | First poster for James Gunn's Superman unveiled; trailer release date confirmed | https://www.kerrang.com/first-poster-for-james-gunn-superman-unveiled-trailer-release-date-confirmed-david-corenswet-dc-comics |
| Daily Mail | 12/16/2024 | Superman fans go wild over first look of David Corenswet in the blue superhero suit | https://www.dailymail.co.uk/tvshowbiz/article-14198975/Superman-fans-wild-David-Corenswet-look.html |
| Dark Horizons | 12/17/2024 | Corenswet Settled "Superman" Trunks Debate | https://www.darkhorizons.com/corenswet-settled-superman-trunks-debate/ |
| Dark Horizons | 12/17/2024 | Gunn's "Superman" Trailer Sets Launch Time | https://www.darkhorizons.com/gunns-superman-trailer-sets-launch-time/ |
| Edinburgh News | 12/17/2024 | Superman trailer: The troubled timeline of the DC production as teasers land for new film | https://www.edinburghnews.scotsman.com/whats-on/arts-and-entertainment/james-gunn-superman-teaser-trailer-timeline-of-production-henry-cavill-drama-4913400 |
| Dark Horizons | 12/18/2024 | "Superman" Trailer Teased With 30-Second Clip | https://www.darkhorizons.com/superman-trailer-teased-with-30-second-clip/ |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| CP24 | 12/19/2024 | 'Superman' trailer previews new DC Studios era | https://www.cp24.com/news/entertainment/2024/12/19/superman-trailer-previews-new-dc-studios-era/ |
| CGM Backlot Magazine | 12/19/2024 | James Gunn's Superman Trailer Gives us Hope for a Brighter DC Cinematic Future | https://www.cgmagonline.com/news/james-gunns-superman-trailer-dc-cinematic/ |
| Yahoo News Canada | 12/19/2024 | Nicholas Hoult teases his take on Lex Luthor in new Superman movie | https://ca.news.yahoo.com/nicholas-hoult-teases-lex-luthor-162500398.html |
| GamesRadar+ | 12/19/2024 | James Gunn explains how his Superman movie strikes a balance between Silver Age comic book aesthetics and modern storytelling | https://www.gamesradar.com/entertainment/dc-movies/james-gunn-explains-how-his-superman-movie-strikes-a-balance-between-silver-age-comic-book-aesthetics-and-modern-storytelling/ |
| GamesRadar+ | 12/19/2024 | James Gunn explains how All-Star Superman influenced his reboot movie, especially Nicholas Hoult's "badass" Lex Luthor | https://www.gamesradar.com/entertainment/dc-movies/james-gunn-all-star-superman-movie-influence/ |
| Dark Horizons | 12/19/2024 | Teaser Trailer: James Gunn's "Superman" | https://www.darkhorizons.com/teaser-trailer-james-gunns-superman/ |
| Raidió Teilifís Éireann | 12/19/2024 | First look Superman trailer shows glimpse of superhero dog Krypto and Lex Luthor | https://www.rte.ie/entertainment/2024/1219/1487479-watch-heres-your-first-look-at-the-superman-trailer/ |
| Geek Ireland | 12/19/2024 | WATCH: James Gunn's Superman leaps onto the screen with first trailer | https://geekireland.com/watch-james-gunn-superman-first-trailer/ |
| BBC | 12/19/2024 | Superman returns with a superdog to save superhero movies | https://www.bbc.com/news/articles/c2exjm310rjo |
| BBC | 12/19/2024 | Superman has a Superdog in new movie trailer | https://www.bbc.co.uk/newsround/articles/c75wqxgz6q9o |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Independent | 12/19/2024 | Superman director says 'battered' hero in new film represents the US | https://www.the-independent.com/arts-entertainment/films/news/superman-movie-trailer-james-gunn-guy-gardner-b2667635.html |
| Yahoo UK | 12/19/2024 | Everything we know about Superman as teaser trailer lands | https://uk.movies.yahoo.com/movies/superman-release-date-cast-plot-james-gunn-dc-081438990.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAGxc-bGGkz8alLaztk7hdYE6jAjXVRLPp4FkFUr47J0socyhRohPa2DQn2kYU47BExtmyItBv4foXCiSM4DHA4gDzljBjfJ4L60m2Fv84JS3h0PTnAUM9SBbEgkhyA4xzFZ1Qi50LsBOT1EMcPJ5saWITkWlm0qwUxRXIvsn0A7c |
| Short List | 12/19/2024 | Is it a bird? Is it a plane? No, it's the Superman trailer! | https://www.shortlist.com/news/is-it-a-bird-is-it-a-plane-no-its-the-superman-trailer-405109 |
| Brick Fanatics | 12/19/2024 | First Superman trailer gives us hope for potential LEGO DC 2025 sets | https://www.brickfanatics.com/superman-trailer-gives-us-hope-for-lego-dc/ |
| The Guardian | 12/19/2024 | First trailer for James Gunn's new Superman movie released | https://www.theguardian.com/film/2024/dec/19/first-trailer-for-james-gunn-new-superman-movie-released |

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| Daily Mail | 12/19/2024 | Superman fans all saying he's already been upstaged by another character in FIRST trailer from James Gunn film | https://www.dailymail.co.uk/tvshowbiz/article-14210937/superman-fans-trailer-upstaged-character-james-gunn-film.html |
| Le Journel de Montreal | 12/19/2024 | James Gunn dévoile la bande-annonce de son nouveau «Superman» | https://www.journaldemontreal.com/2024/12/19/superman-entrevue-avec-james-gunn |
| 1075koolfm | 12/20/2024 | First Look: James Gunn's Brighter, Bolder Take on Superman | https://1075koolfm.com/first-look-james-gunns-superman/ |
| Dark Horizons | 12/20/2024 | "Superman" Budget Talk, Trailer Numbers | https://www.darkhorizons.com/superman-budget-talk-trailer-numbers/ |
| Toronto Star | 12/20/2024 | Director opens up about new 'Superman'; As first trailer lands, James Gunn says film mixes old, new | https://www.thestar.com/entertainment/movies/james-gunn-opens-up-about-superman-his-highly-anticipated-dc-studios-reboot-as-the-first/article_a9bdac40-bd7a-11ef-8a29-c32108407d11.html |
| Independent | 12/20/2024 | Superman fans delighted as beloved character features in new film's first trailer | https://www.independent.co.uk/arts-entertainment/films/news/superman-trailer-krypto-david-corenswet-cast-reaction-b2667633.html |
| CBC | 12/20/2024 | New Superman trailer hints at a brighter, more hopeful hero | https://www.cbc.ca/news/entertainment/new-superman-trailer-1.7416289 |

24

| Outlet | Publication Date | Title | Link |
|---|---|---|---|
| News.com.au | 12/20/2024 | First trailer for James Gunn's Superman released | https://www.news.com.au/entertainment/movies/upcoming-movies/first-trailer-for-james-gunns-superman-released/news-story/f99161be9cd5641d0eb2bd3cf47dab41 |
| The AU Review | 12/20/2024 | Everything we learned from James Gunn at the exclusive Superman trailer launch | https://www.theaureview.com/watch/superman-trailer-launch/ |
| The Sydney Morning Herald | 12/20/2024 | It's Superdog! Co-star looks to steal the show in new Superman film | https://www.smh.com.au/culture/movies/it-s-superdog-co-star-looks-to-steal-the-show-in-new-superman-film-20241220-p5kzuc.html |
| Toronto Star | 12/22/2024 | How the city (and the Star) helped make the Man of Steel; Superman creator Joe Shuster's time working as a newsboy at the Toronto Daily Star inspired his superhero's journalist alter ego | https://www.thestar.com/entertainment/superman-has-deep-connections-to-toronto-heres-how-the-city-and-the-star-helped-make/article_75e57a04-bc91-11ef-b700-8f23109dc548.html |
| Dark Horizons | 12/24/2024 | "Superman" Sees Lois Take On Digital News | https://www.darkhorizons.com/superman-sees-lois-take-on-digital-news/ |
| Dark Horizons | 12/24/2024 | New "Superman" Aims To Be Apolitical | https://www.darkhorizons.com/new-superman-aims-to-be-apolitical/ |
| Dark Horizons | 12/24/2024 | Gunn On "Superman" Post-Credits, VFX Rumor | https://www.darkhorizons.com/gunn-on-superman-post-credits-vfx-rumor/ |
| Dark Horizons | 12/28/2024 | Conflicting Reports Over "Superman" Screenings | https://www.darkhorizons.com/conflicting-reports-over-superman-screenings/ |