# EXHIBIT 3

| Account | Platform | Publication Date | Link |
|---|---|---|---|
| DC Official | Instagram | 1/31/2023 | https://www.instagram.com/p/CoFsW62MQD4/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | X (formerly Twitter) | 2/1/2023 | https://x.com/JamesGunn/status/1620837262232780800 |
| James Gunn | Instagram | 2/6/2023 | https://www.instagram.com/p/CoVL5uLPBZH/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Jordan Jones, reposted by James Gunn | X (formerly Twitter) | 2/14/2023 | https://x.com/jordnjnes/status/1625616852721213459 |
| James Gunn | Instagram | 3/8/2023 | https://www.instagram.com/p/Cpiv5F8Pcgr/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 3/15/2023 | https://www.instagram.com/p/Cp0mJO8PyUo/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | X (formerly Twitter) | 3/15/2023 | https://x.com/JamesGunn/status/1636091179711467520 |
| James Gunn | X (formerly Twitter) | 4/18/2023 | https://x.com/JamesGunn/status/1648310784651571200 |
| James Gunn | X (formerly Twitter) | 4/18/2023 | https://x.com/JamesGunn/status/1648458100654116867 |
| James Gunn | X (formerly Twitter) | 4/18/2023 | https://x.com/JorgeJimenezArt/status/1648329829547114497 |
| James Gunn | X (formerly Twitter) | 6/27/2023 | https://x.com/JamesGunn/status/1673785892870447104 |
| James Gunn | Instagram | 7/11/2023 | https://www.instagram.com/p/CukPzQgPKOa/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

1

| Account | Platform | Publication Date | Link |
|---|---|---|---|
| James Gunn | Instagram | 7/11/2023 | https://www.instagram.com/p/Cuk3zOWvMf8/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |
| James Gunn | Instagram | 10/4/2023 | https://www.instagram.com/p/Cx-tCwhgIrG/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |
| James Gunn | Instagram | 11/11/2023 | https://www.instagram.com/p/Czg4oqCvf9B/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |
| James Gunn | X (formerly Twitter) | 11/11/2023 | https://x.com/JamesGunn/status/1723391758544064876 |
| James Gunn | Instagram | 11/15/2023 | https://www.instagram.com/p/Czr91gVPQKy/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |
| James Gunn | Instagram | 11/19/2023 | https://www.instagram.com/p/Cz1thZtPwBd/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |
| James Gunn | Instagram | 11/21/2023 | https://www.instagram.com/p/Cz6-XdaPBaO/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |
| James Gunn | Instagram | 12/24/2023 | https://www.instagram.com/p/C1QRt1SvGOJ/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |
| James Gunn | Instagram | 1/31/2024 | https://www.instagram.com/p/C2xwH5cPWYn/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFIZA== |

2

| Account | Platform | Publication Date | Link |
| --- | --- | --- | --- |
| James Gunn | Instagram | 2/1/2024 | https://www.instagram.com/p/C2z42Y9AQIP/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 2/2/2024 | https://www.instagram.com/p/C22e9kpAew3/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 2/21/2024 | https://www.instagram.com/p/C3n4hH5vfbH/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 2/22/2024 | https://www.instagram.com/p/C3qExTkPYpl/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 2/29/2024 | https://www.instagram.com/p/C38mWMeMSn7/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 3/5/2024 | https://www.instagram.com/p/C4JwnGdgHzG/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 4/7/2024 | https://www.instagram.com/p/C5eB6lBAkJZ/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Warner Bros. | Instagram | 4/18/2024 | https://www.instagram.com/p/C56FIEgxSBT/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Superman | Instagram | 4/18/2024 | https://www.instagram.com/p/C551e8aAefi/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Account | Platform | Publication Date | Link |
|---|---|---|---|
| James Gunn | X (formerly Twitter) | 4/18/2024 | https://x.com/JamesGunn/status/1780945799997714465 |
| James Gunn | Instagram | 4/19/2024 | https://www.instagram.com/p/C58f6x2rBfA/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |
| James Gunn | Instagram | 5/1/2024 | https://www.instagram.com/p/C6bmPxpgvMZ/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |
| James Gunn | Instagram | 5/6/2024 | https://www.instagram.com/p/C6ogjVERTI8/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |
| Warner Bros. | Instagram | 5/6/2024 | https://www.instagram.com/p/C6ogxrERM6k/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |
| Superman | Instagram | 5/6/2024 | https://www.instagram.com/p/C6ogjVERTI8/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |
| James Gunn | Instagram | 5/9/2024 | https://www.instagram.com/p/C6wVIX_AWXE/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |
| James Gunn | Instagram | 5/31/2024 | https://www.instagram.com/p/C7o1BwsAWWV/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |
| James Gunn | Instagram | 6/5/2024 | https://www.instagram.com/p/C72QpgDv0W5/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA== |

| Account | Platform | Publication Date | Link |
|---|---|---|---|
| James Gunn | Instagram | 7/11/2024 | https://www.instagram.com/p/C9Scs9NgEfv/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Superman | Instagram | 7/11/2024 | https://www.instagram.com/p/C9SeFV8MGiS/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | X (formerly Twitter) | 7/11/2024 | https://x.com/JamesGunn/status/1811461253887328643 |
| James Gunn | Instagram | 7/17/2024 | https://www.instagram.com/p/C9hpwSagRis/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | X (formerly Twitter) | 7/30/2024 | https://x.com/JamesGunn/status/1818394469588189362 |
| James Gunn | Instagram | 10/15/2024 | https://www.instagram.com/p/DBJpSmavhtu/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | X (formerly Twitter) | 10/15/2024 | https://x.com/JamesGunn/status/1846220011356000665 |
| James Gunn | X (formerly Twitter) | 10/19/2024 | https://x.com/foxhouet/status/1847747670053441677 |
| James Gunn | Instagram | 12/16/2024 | https://www.instagram.com/reel/DDpFFk4xPGM/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 12/16/2024 | https://www.instagram.com/reel/DDpD0GvxNb-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Account | Platform | Publication Date | Link |
|---|---|---|---|
| Warner Bros. | Instagram | 12/16/2024 | https://www.instagram.com/reel/DDo825JJNwW/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Warner Bros. | Instagram | 12/16/2024 | https://www.instagram.com/reel/DDpD1Dgpn2S/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Superman | Instagram | 12/16/2024 | https://www.instagram.com/reel/DDpD1Dgpn2S/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Warner Bros. | X (formerly Twitter) | 12/16/2024 | https://x.com/warnerbros/status/1868654814432784592 |
| James Gunn | X (formerly Twitter) | 12/16/2024 | https://x.com/JamesGunn/status/1868657524423143789 |
| James Gunn | X (formerly Twitter) | 12/16/2024 | 87K |
| James Gunn | Instagram | 12/18/2024 | https://www.instagram.com/reel/DDuOXlox01s/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| James Gunn | Instagram | 12/18/2024 | https://www.instagram.com/p/DDvikk6t5MF/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Superman | Instagram | 12/18/2024 | https://www.instagram.com/reel/DDuJNYGJZOV/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Warner Bros. | X (formerly Twitter) | 12/18/2024 | https://x.com/warnerbros/status/1869381848205545749 |
| James Gunn | X (formerly Twitter) | 12/18/2024 | https://x.com/JamesGunn/status/1869383651231961596 |

| Account | Platform | Publication Date | Link |
|---|---|---|---|
| James Gunn | Instagram | 12/19/2024 | https://www.instagram.com/reel/DDwyLDgxQEP/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Warner Bros. | Instagram | 12/19/2024 | https://www.instagram.com/reel/DDwunoJp6qt/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Superman | Instagram | 12/19/2024 | https://www.instagram.com/reel/DDxcmSlytMt/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Water Tower Music | Instagram | 12/19/2024 | https://www.instagram.com/reel/DDxqGGDTMv8/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Superman | Instagram | 12/19/2024 | https://www.instagram.com/reel/DDwunoJp6qt/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Warner Bros. | X (formerly Twitter) | 12/19/2024 | https://x.com/warnerbros/status/1869743977634615692 |
| James Gunn | X (formerly Twitter) | 12/19/2024 | https://x.com/JamesGunn/status/1869743248928870579 |
| James Gunn | Instagram | 12/20/2024 | https://www.instagram.com/p/DD0UxAUSOX1/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| DC Official | Instagram | 12/20/2024 | https://www.instagram.com/reel/DD0js9qy09J/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Account | Platform | Publication Date | Link |
|---|---|---|---|
| James Gunn | X (formerly Twitter) | 12/20/2024 | https://x.com/JamesGunn/status/1870240897901748667 |
| Superman | Instagram | 12/23/2024 | https://www.instagram.com/reel/DD8O5OCSILu/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

8