# EXHIBIT 1

## THE RT. HON. PROFESSOR SIR ROBIN JACOB CV (2025)

1. Sir Robin Jacob is the Sir Hugh Laddie Professor of Intellectual Property Law at University College London.

2. From 1960 to 1963, he read Natural Sciences (mainly physics) at Trinity College, Cambridge. He then read for the Bar and simultaneously took a law degree. He was called to the Bar by Gray's Inn in 1965 and graduated from the London School of Economics (of which he was a Governor for about 20 years) in 1967.

3. After pupillage (the Bar's name for an apprenticeship) he entered practice as a barrister practising mainly but not exclusively in all forms of intellectual property in 1968. He was in the Chambers of Thomas Blanco White QC and succeeded him as Head of Chambers in 1989.

4. In 1976, he was appointed by the Attorney-General as the Junior Counsel to the Treasury in intellectual property matters. In this role, he handled all the Government's intellectual property cases before the courts, representing the Patent Office in all court proceedings up to and including the House of Lords and the UK Government in a number of important IP cases before the European Court of Justice. He was also the principal advisor for all Government departments in relation to intellectual property cases.

5. In 1981 he was appointed a Queen's Counsel. He continued in practice at the Patent Bar acting for private clients. In 1987, he was elected Chairman of the Patent Bar Association (now called the Intellectual Property Bar Association). His practice became quite international: He represented clients before the courts of Hong Kong, Singapore and Australia (he is a King's Counsel of New South Wales) as well as the Competition Authority of the European Commission. He often visited the USA to see clients (his first visit was in 1974). In 1987, he was appointed to hear appeals from the Trade Marks Office against refusals to register trade marks and in 1989, he was appointed Deputy Chairman of the Copyright Tribunal (both of these were part-time only). He continued in practice meanwhile.

6. In 1993, he was appointed a High Court Judge. He sat in the Chancery Division, part of which consists of the Patents Court (judges of that court have particular experience in patents). The Chancery Division deals with a wide variety of commercial and property related matters such as tax, company law, insolvency, trusts, wills, land law and probate. It also deals with many contractual disputes, though very specialised types of contract cases such as insurance or shipping contracts, generally international in nature, are taken by the Commercial Court which forms part of the Queen's Bench Division.

7. From 1997 to 2001, he was the Supervising Chancery Judge for Birmingham, Bristol and Cardiff which meant he was in charge of Chancery matters in those cities and their associated Circuits and heard the most important cases there. From 1995 until that assignment and thereafter he was the Judge in Charge of the Patents List.

8. In 2003 he was appointed a "Lord Justice of Appeal," the formal title of a judge of the Court of Appeal of England and Wales. From then until he decided to leave the court to take his present Chair in May 2011 he was in charge of the Intellectual Property List and sat on nearly all IP cases in the Court of Appeal.

9. He also heard and decided (or in the Court of Appeal helped decide) a great range of other types of civil dispute including commercial contract disputes, insolvency and company law cases. Of the cases in the Court of Appeal, about 40% would have been intellectual property work and 60% spread over these other types of dispute, mainly of a commercial nature.

10. In early 2011, the opportunity arose to become the Sir Hugh Laddie chair at UCL. Although he could have stayed in the Court of Appeal for another 5 years, Sir Robin chose the opportunity for a new career and challenges. He continued to sit in the Court of Appeal from time to time until he reached the age limit in April 2016.

11. He has done many things in the law extra-judicially. In 1989, he was elected a "Bencher" of Gray's Inn, one of the four Inns of Court. The Benchers are the governing body. He was Treasurer of the Inn in 2007 ("Treasurer" was the name given in mediaeval times to the head of an organisation).

12. In 2011, his fellow European Judges elected him President of the Intellectual Property Judges' Association, an association of European patent judges. He continues to be President of that association even though has formally retired from being a Judge. He is regularly consulted on IP matters by the UK government, the European Patent Office and, until Brexit, the European Commission. Until the UK decided not to participate in the Unified Patent Court he was Chairman of the Advisory Panel to the Preparatory Committee for that Court Unified Patent Court (the main function of this was to advise on judicial appointments and training) and a member of the Preparatory Committee's Expert Panel. He was a member of the European Commission's Expert Group on the development and implications of patent law in the field of biotechnology and genetic engineering until the Group reported in May 2016.

13. He has written extensively on all aspects of Intellectual Property Law as well as other legal subjects and has appeared and spoken at many conferences and symposia around the world. He continues to do so.

14. He organises major symposia on important IP topics at UCL and at other universities These include major conferences on the subject of Patents in Telecoms. These were held UCL (twice), George Washington University, Washington (3 times) and most Tokyo University and most recently UCL (2024). Annually he hosts "Ask the Judges" at which judges from different levels of the trade mark system discuss questions sent in by the audience.

15. He also does expert witness work for proceedings in other countries (the USA, Japan, Canada, Malta, India, the European Trade Mark Office, Sweden, Denmark and France). He has been cross-examined as an expert witness on English law in New York, San Francisco arbitrations and the High Court of Delhi and deposed in a number of US cases which subsequently settled. He was an ICC appointed panellist for "community objections" to top level domain names and is a panel member of SIAC, the LCIA, HKIAC and KLRC. He undertakes advisory work provided it is compatible with the other work he does.

16. He sits as a "mock" judge at a "mock hearing" organised by a party in a case about to take place in the courts. The party's actual counsel appears for the party and a

barrister or solicitor appears for the other side. The purpose is to gain an outsider's opinion of the strengths and weaknesses of the party's case. He has conducted about 20 such hearings.

17. He also has done quite a lot (over 25) of substantial mediations.

18. He was appointed by the Chinese Competition Authority (MOFCOM) as one of two "Trustees" to monitor the compliance of Nokia of its commitment to MOFCOM not to change its licensing policy under its Standard Essential Patents, a requirement of MOFCOM's approval of Nokia's sale of its mobile phone handset business (but not the relevant patents) to Microsoft. That appointment was extended to compliance by Alcatel-Lucent when that company was acquired by Nokia. The appointments finally expired in in 2022 when the monitoring periods expired.

19. He is a member of the following arbitral bodies, SIAC, HKIAC, KLIAC, LCIA, CIArb and the International Arbitration Centre in Tokyo. .He undertakes work as an arbitrator. Three substantial arbitrations have gone to final awards. He chaired the last of these in Hong Kong in 2023  Others to which he was appointed (about 6) have settled mainly but not always at an early stage. He was a judge of the Astana International Financial Centre Court in Kazakhstan until 2020 (when he reached the age limit). He continues to be a member of the panel of arbitrators of that Centre.