

| | | |
|---|---|---|
| O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067-6035 | T: +1 310 553 6700<br>F: +1 310 246 6779<br>omm.com | File Number: |

May 8, 2025

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

<u>*VIA ECF*</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**RE: <u>Letter-Motion for Entry of Judgment or Leave to File Proposed Judgment in <em>Peary v. DC Comics, et al.</em>, No. 1:25-cv-00910-JMF</u>**

Dear Judge Furman:

Defendants DC Comics Inc.; DC Comics; DC Entertainment; and Warner Bros. Discovery, Inc. (collectively, "DC") respectfully move this Court for entry of judgment pursuant to Federal Rule of Civil Procedure 58(d) or for leave to file a proposed judgment.

On April 24, 2025, the Court granted DC's Motion to Dismiss in full and directed the Clerk of Court to close the case. ECF No. 63. The Clerk has since done so. However, no judgment has issued. Pursuant to Federal Rule of Civil Procedure 58, every judgment must be set out in a separate document, with certain exceptions not applicable here. The entry of judgment triggers important case deadlines, including the deadline to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4.

Federal Rule of Civil Procedure 58(d) provides that a party may request judgment to be set out in a separate document as required by Rule 58(a). Therefore, DC respectfully requests that the Court enter judgment or grant DC leave to file a proposed judgment for the Court's consideration.

|  | Respectfully submitted, |
|---|---|
| Dated: May 8, 2025 | O'MELVENY & MYERS LLP |
|  | By: */s/ Daniel M. Petrocelli*<br>Daniel M. Petrocelli |

Daniel M. Petrocelli (*pro hac vice*)
 dpetrocelli@omm.com
Matt Kline (*pro hac vice*)
 mkline@omm.com
Cassandra L. Seto (*pro hac vice*)
 cseto@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Natasha W. Teleanu
 nteleanu@omm.com
Danielle Feuer
 dfeuer@omm.com
1301 Avenue of the Americas, Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants*