UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARK WARREN PEARY, individually and in his
capacity as executor of the Estate of Joseph Shuster,

                    Plaintiff,

-against-                          25 **CIVIL** 0910 (JMF)

**JUDGMENT**

DC COMICS, INC. et al.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 24, 2025 and Order dated May 8, 2025, the Court concludes that it lacks subject-matter jurisdiction over this case; the case therefore must be and is dismissed. Accordingly, the Court need not and does not address Defendants' alternative argument that the case should be transferred to another federal district. See ECF No. 31, at 12. Additionally, given the Court's lack of jurisdiction, Peary's motion for a preliminary injunction must be and is denied as moot. Judgment is entered in favor of the defendants and the case is closed.

**Dated:** New York, New York

      May 9, 2025

                                              **TAMMI M HELLWIG**
                                                Clerk of Court

                       BY:
                                                **Deputy Clerk**